FILED
CLERK, U.S. DISTRICT COURT
OCT 3 0 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Del Rosio Alfaro<br><br>PETITIONER(S)<br>v.<br><br>Deborah Patrick, Acting Warden of Central California Women's Facility<br><br>RESPONDENT(S). | CASE NUMBER<br><br>CV07-7072 CJC<br><br>NOTICE OF COMMENCEMENT<br>OF CAPITAL HABEAS CORPUS CASE |

Please be advised that the capital habeas corpus case referred to above was initiated on October 30, 2007 and assigned to Judge Cormac J. Carney for all further proceedings.

Clerk, U. S. District Court

Date: 10/30/07                                By L. Horn
                                              Deputy Clerk

cc: Chief Deputy of Operations
    Chief Deputy of Administration
    Court Support Supervisor
    Clerk of Court
    Death Penalty Habeas Corpus Law Clerks
    Petitioner
    Courtroom Deputy Michelle Urie

    California Attorney General
    All Counsel of Record
    Chair, Death Penalty Committee
    Ninth Circuit Court of Appeals, Death Penalty Coordinator
    Intake Supervisor
    CJA Supervising Attorney
    Data Collections - DQA

## NOTICE TO COUNSEL FROM CLERK

ON ALL DOCUMENTS SUBSEQUENTLY FILED IN THIS CASE, PLEASE DESIGNATE **DEATH PENALTY CASE** NEXT TO THE CASE NUMBER. THIS WILL FLAG THE DOCUMENTS SO THAT THEY WILL BE PROCESSED EXPEDITIOUSLY.