```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  NOV - 7 2007

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO | CASE NO. CV 07-7072 CJC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| DEBORAH PATRICK, ACTING WARDEN Central California Women's Facility, | ORDER APPOINTING COUNSEL |
| Respondent. | |

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for petitioner Mario Lewis Gray in this action. The address and telephone number of counsel is 321 East 2nd Street, Los Angeles, California 90012, (213) 894-2854.

IT IS SO ORDERED.

DATED: November 4, 2007

_____
HONORABLE DAVID O. CARTER
United States District Judge

Submitted by:

_____
Randall W. Schnack
CJA Supervising Attorney

CV 07-7072-CJC: Maria Del Rosio Alfaro -v- Deborah Patrick,
Service List re: Order Appointing Counsel

| | |
|---|---|
| Hon. David O. Carter<br>U.S. District Judge<br>Santa Ana Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>**(For this Order only)** | Hon. Cormac J. Carney<br>U.S. District Judge<br>Santa Ana Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701 |
| Sean Kennedy,<br>Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, CA 90012 | Deborah Patrick, Acting Warden<br>Central California Women's Facility<br>23370 Road 22, P.O. Box 1501<br>Chowchilla, CA 93610 |
| Maria Del Rosio Alfaro<br>C.D.C. #W-45403, AO4-C1-141L<br>Central California Women's Facility<br>P.O. Box 1508<br>Chowchilla, CA 93610 | Capital Habeas Law Clerks<br>U.S. District Court<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
| Tony Rackauckas, District Attorney<br>County of Orange<br>401 Civic Center Drive<br>Santa Ana, CA 92701 | Keith Borjon, Capital Case Coordinator<br>Deputy Attorney General<br>300 S. Spring Street, #8003<br>Los Angeles, CA 90013 |
| Kyle Niki Cox Shaffer<br>Assistant Attorney General<br>Office of the Attorney General<br>110 West A Street, Suite 700<br>San Diego, CA 92101 | Michael G. Millman<br>Executive Director of the<br>California Appellate Project<br>101 Second Street, #600<br>San Francisco, CA 94105 |
| Karen L. Snell, Esq.<br>102 Buena Vista Terrace<br>San Francisco, CA 94117 | Clerk of the Court<br>Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 |

CV 07-7072-CJC: Maria Del Rosio Alfaro -v- Deborah Patrick,
Service List re: Order Appointing Counsel

I hereby certify that this document was served by First Class Mail Postage Prepaid or Inter-Office Messenger, to all counsel (or parties) at their respective most recent address of record in this action on this date.

Dated: *October 7, 2007*
Deputy Clerk: *LisaMarie Tobey*