

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DEBORAH PATRICK, Acting Warden ) <br> of Central California Women's ) <br> Facility, ) <br> ) <br> ) <br> Respondent ) | Case No.: CV07-7072-CJC <br><br> **DEATH PENALTY CASE** <br><br> [~~PROPOSED~~] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE CAPITAL CASE COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL |

Upon request of petitioner, and pursuant to Local Rules 83-17.4 (a) and (b), and 83-17.6 (a) and (c),

IT IS HEREBY ORDERED that this matter be referred to the Capital Case Committee for the United States District Court, Central District of California, for appointment of the Federal Defender or other qualified counsel to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Deborah Patrick, Acting Warden of Central California Women's Facility; the Clerk of the Orange County Superior Court; Kyle Niki Cox Shaffer, Deputy Attorney General of the State of California; the District Attorney of Orange County; the Federal Defender for the Central District of California; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

PROPOSED ORDER STAYING EXECUTION OF DEATH SENTENCE

LODGED
CLERK, U.S. DISTRICT COURT
OCT 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

IT IS SO ORDERED

Dated November 2, 2007

United States District Judge

1 | DATED: ~~_____~~  ~~_____~~
2 |                                          UNITED STATES DISTRICT JUDGE

On 11-2-07, at 5:30 pm, I,
M. BORGARDING, telephoned and left a message
with Denise Dull and Eric Messick (no answer)
at San Quentin Prison and telephoned and
left a message with Keith Borjon and Pamela Hamanaca
at the Attorney General's Office
regarding this stay of execution order.
In addition I FAX'd a copy of this
order to ~~Keith B~~ Denise Dull 415 454-6388.

M Borjord

PROPOSED ORDER STAYING
EXECUTION OF DEATH SENTENCE

## PROOF OF SERVICE

I, Mariza Vergara, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the [PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE CAPITAL CASE COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL.

On October 29, 2007, following ordinary business practice, service was:

[ ] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[x] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

Please see attached Service List.

This proof of service is executed at Los Angeles, California, on October 29, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_MARIZA VERGARA_

## SERVICE LIST

Clerk of the Court
Orange County Superior Court
Central Justice Center
700 Civic Center Drive West
Santa Ana, CA  92701

Deborah Patrick
Acting Warden
Central California Women's Facility
23370 Road 22, P.O. Box 1501
Chowchilla, CA  93610

Maria del Rosio Alfaro
CDC# W-45403
A04-C1-141L
P.O. Box 1508
Chowchilla, CA  93610

Karen L. Snell
Attorney At Law
102 Buena Vista Terrace
San Francisco, CA  94117

Michael G. Millman
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA  94105

Tony Rackauckas
Orange County District Attorney
401 Civic Center Drive
Santa Ana, CA  92701

Kyle Niki Cox Shaffer
Asst. Attorney General
110 West A Street, Suite 700
San Diego, CA  92101

PROOF OF SERVICE