ORIGINAL

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 26 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO | CASE NO. CV 07-7072 CJC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| DEBORAH PATRICK, ACTING WARDEN Central California Women's Facility, | AMENDED ORDER APPOINTING COUNSEL |
| Respondent. | |

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for petitioner Maria Del Rosio Alfaro in this action. The address and telephone number of counsel is 321 East 2nd Street, Los Angeles, California 90012, (213) 894-2854.

IT IS SO ORDERED.

DATED: November 26, 2007

_____
HONORABLE DAVID O. CARTER
United States District Judge

Submitted by:

_____
Randall W. Schnack
CJA Supervising Attorney

CV 07-7072-CJC: Maria Del Rosio Alfaro -v- Deborah Patrick,
Service List re: Order Appointing Counsel

Hon. David O. Carter
U.S. District Judge
Santa Ana Courthouse
411 West Fourth Street
Santa Ana, CA 92701
**(For this Order only)**

Sean Kennedy,
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

Maria Del Rosio Alfaro
C.D.C. #W-45403, AO4-C1-141L
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA 93610

Tony Rackauckas, District Attorney
County of Orange
401 Civic Center Drive
Santa Ana, CA 92701

Kyle Niki Cox Shaffer
Assistant Attorney General
Office of the Attorney General
110 West A Street, Suite 700
San Diego, CA 92101

Karen L. Snell, Esq.
102 Buena Vista Terrace
San Francisco, CA 94117

Hon. Cormac J. Carney
U.S. District Judge
Santa Ana Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Deborah Patrick, Acting Warden
Central California Women's Facility
23370 Road 22, P.O. Box 1501
Chowchilla, CA 93610

Capital Habeas Law Clerks
U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012

Keith Borjon, Capital Case
Coordinator
Deputy Attorney General
300 S. Spring Street, #8003
Los Angeles, CA 90013

Michael G. Millman
Executive Director of the
California Appellate Project
101 Second Street, #600
San Francisco, CA 94105

Clerk of the Court
Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701

CV 07-7072-CJC: Maria Del Rosio Alfaro -v- Deborah Patrick,
Service List re: Order Appointing Counsel

I hereby certify that this document was served by First Class Mail Postage Prepaid or Inter-Office Messenger, to all counsel (or parties) at their respective most recent address of record in this action on this date.

Dated: _December 3, 2007_
Deputy Clerk: _AriaMaria Tobey_