SEAN K. KENNEDY, SBN 145632
Federal Public Defender
LINDA L. GRIFFIS, SBN 100827
Deputy Federal Public Defender
linda_griffis@fd.org
321 East 2nd Street, Los Angeles, CA 90012-4202
213/894-7025; fax: 213/894-7566

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO, PLAINTIFF(S) | CASE NUMBER  CV 07-7072-CJC |
| v. | |
| DEBORAH PATRICK, Warden of Central California Women's Facility, DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _____LINDA L. GRIFFIS_____ , _____100827_____ , _____linda_griffis@fd.org_____
           *Name*                          *CA Bar ID Number*              *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
MARIA DEL ROSIO ALFARO

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
             PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____  New Facsimile Number _____
   New E-mail address _____

☒ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☒ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _LINDA L. GRIFFIS_  CA State Bar Number _100827_
Firm/Government Agency Name _FEDERAL PUBLIC DEFENDER_
Address: _321 East 2nd Street, Los Angeles, CA 90012-4202_
Telephone Number _213/894-7541_  Facsimile Number _213/894-7566_
E-mail address _linda_griffis@fd.org_

☐ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
  ☐ The order relieving me as counsel of record was filed on: _____.

  ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

  ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: January 3, 2008

_____
*Attorney Signature*
LINDA L. GRIFFIS, DFPD

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.