SEAN K. KENNEDY, SBN 145632
Federal Public Defender
CRAIG A. HARBAUGH, SBN 194309
Deputy Federal Public Defender
craig_harbaugh@fd.org
321 East 2nd Street, Los Angeles, CA 90012-4202
213/894-7865; fax 213/894-7566

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARIA DEL ROSIO ALFARO,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DEBORAH PATRICK, Warden of<br>Central California Women's Facility,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV 07-7072-CJC<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| --- | --- |

**The following information must be provided:**

I, _____Craig A. Harbaugh_____ , ____194309____ , ____craig_harbaugh@fd.org____
      *Name*             *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
Maria Del Rosio Alfaro

and am requesting the following change(s):

## *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐  TO UPDATE NAME OR FIRM INFORMATION:
    ☐  I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑  TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐  I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑  This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name Craig A. Harbaugh _____ CA State Bar Number 194309 _____
Firm/Government Agency Name Federal Public Defender _____
Address: 321 East 2nd Street, Los Angeles, CA 90012-4202 _____
Telephone Number 213/894-7865 _____ Facsimile Number 213/894-7566 _____
E-mail address  craig_harbaugh@fd.org _____

☐ TO BE REMOVED FROM THE CASE: **
   I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

   ☐   The order relieving me as counsel of record was filed on: _____.

   ☐   There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this
       case.

   ☐   I am no longer with the firm/government agency representing the above-named party in this action. There
       is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

   **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures
   please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER,
   *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency
   MUST continue to represent and receive service for the parties indicated above in this action.**

Date: January 3, 2008 _____          _____
                                                           *Attorney Signature*
                                                     CRAIG A. HARBAUGH, DFPD

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A
separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.