SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
email: craig_harbaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARIA DEL ROSIO ALFARO, | ) | CASE NO. CV 07-7072-CJC |
|---|---|---|
| Petitioner, | ) | **DEATH PENALTY CASE** |
| v. | ) | **NOTICE OF FILING OF PROTECTIVE PETITION FOR WRIT OF HABEAS CORPUS [28 U.S.C. § 2254]** |
| DEBORAH L. PATRICK, Warden of Central California Women's Facility, | ) | |
| Respondent. | ) | |

Petitioner Maria Del Rosio Alfaro ("Petitioner"), by and through her counsel, hereby gives notice of the filing of Protective Petition for Writ of Habeas Corpus (the "protective petition" or "petition") pursuant to 28 U.S.C. § 2241 *et seq*., filed contemporaneously herewith. The State of California convicted and sentenced Petitioner to death. Petitioner's conviction and death sentence must be set aside because they are the result of numerous violations of his constitutional rights.

Petitioner files this protective petition for the reasons discussed below. The protective petition contains claims previously presented by Petitioner in state court, as well as additional claims which have not been presented to the state court. Petitioner intends to file a full or complete federal habeas petition by March 9, 2009, after federal habeas counsel has had an opportunity to investigate potentially meritorious claims further. Petitioner also intends to seek a stay of the federal action until she

1  files the full petition or, if a stipulation with Respondent is not forthcoming, a request

2  to stay the case so that Respondent is not required or allowed to file an answer or

3  other response to the protective petition until after Petitioner files the full petition.

4      Petitioner files this protective petition in an abundance of caution in the

5  unlikely event that the 180-day statute of limitations set forth in Chapter 154 of the

6  federal habeas statute, 28 U.S.C. § 2263(a), is later held to apply to this case.

7  Chapter 154 (28 U.S.C. §§ 2261-66) provides special rules favorable to a State in

8  capital habeas cases, including the shorter limitations period, but only if the State met

9  conditions that qualify it to "opt in" and receive Chapter 154's benefits, including

10  provisions for the appointment and compensation of competent state habeas counsel.

11  *Lindh v. Murphy*, 521 U.S. 320, 330-31, 117 S. Ct. 2059, 138 L. Ed. 2d 481 (1997).

12      The federal courts have uniformly held that California does not qualify for the

13  benefits of Chapter 154, including the shorter limitations period. *See*, *e.g.*,

14  *Calderon v. Ashmus*, 523 U.S. 740, 118 S. Ct. 1694, 140 L. Ed. 2d 970 (1998).

15  However, the USA Patriot Act Improvement and Reauthorization Act, enacted on

16  March 9, 2006 ("the Act"), changes the process by which states may be certified to

17  qualify for Chapter 154. *See* 28 U.S.C. §§ 2261(b), 2265. The Act transfers authority

18  to decide whether a state qualifies for Chapter 154 from the federal courts to the

19  United States Attorney General. To date, the United States Attorney General's

20  regulations have yet to be published and California has not requested to be certified

21  as a Chapter 154-qualifying state under the new procedures. However, Petitioner

22  believes that, following publication of the regulations, California may ask in the

23  future to be certified.

24      The Act provides that once the Attorney General certifies a state as an opt-in

25  jurisdiction, the Act's provisions will apply to pending cases. It also says that, for

26  cases that were pending at the time of enactment, the various provisions involving

27  time lines will begin to run from the date of enactment. The date the mechanism

28

2

1  for the appointment and compensation of state habeas counsel "was established shall

2  be the effective date of certification . . . ."  28 U.S.C. § 2265(a)(2).

3       By filing this protective petition, Petitioner does not concede or admit that

4  Chapter 154 applies to her case.  To the contrary, Petitioner does not believe that

5  California qualifies for certification under Chapter 154, or that Chapter 154 applies

6  to his case or to any capital habeas case challenging a California death judgment.

7  Petitioner believes that the retroactive application of Chapter 154's shorter limitations

8  period to any capital habeas petitioner would be unfair, unlawful and

9  unconstitutional.  Nevertheless, because the issue of the application of Chapter 154's

10  shorter limitations period to her case has not been definitively resolved, Petitioner

11  files this protective petition to preserve her right to federal habeas review.  *See Pace*

12  *v. DiGuglielmo*, 544 U.S. 408, 416, 125 S. Ct. 1807, 161 L. Ed. 2d 669 (2005)

13  (stating that a federal habeas petitioner concerned that his pending state habeas

14  petition might not toll AEDPA's one-year limitations period should file a protective

15  federal petition within the federal limitations period to preserve his right to federal

16  habeas review).

17       Because the protective petition was prepared in an extremely short time-frame,

18  Petitioner was not able to provide all meritorious claims.  Petitioner's counsel needs

19  the full one-year period provided by the Antiterrorist and Effective Death Penalty Act

20  ("AEDPA") to investigate adequately, develop and present all potential claims.

21  *McCleskey v. Zant*, 499 U.S. 467, 498, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991)

22  / / /

23  / / /

24

25

26

27

28

3

1   (federal habeas counsel is charged with the obligation to "conduct a reasonable and

2   diligent investigation aimed at [uncovering] *all* relevant claims and grounds")

3   (emphasis added).

4                                                 SEAN K. KENNEDY
                                                  Federal Public Defender
5

6   Dated:  August 1, 2008                              /s/
                                                  CRAIG A. HARBAUGH
7                                                 LINDA L. GRIFFIS
                                                  Deputy Federal Public Defenders
8
                                                  Attorneys for Petitioner
9                                                 MARIA DEL ROSIO ALFARO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4

**PROOF OF SERVICE**

     I, the undersigned, declare that: I am employed in Los Angeles County, California; my business address is the Federal Public Defender's Office, 321 East Second Street, Los Angeles, California 90012-4202; I am over the age of eighteen years; I am not a party to the above-entitled action; I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **NOTICE OF FILING OF PROTECTIVE PETITION FOR WRIT OF HABEAS CORPUS [28 U.S.C. § 2254]** on the following individual(s), addressed as follows, by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery: | [ x ]Placing same in an envelope for hand-delivery and personally served: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office: | [ ] Faxing same via facsimile machine: |
|---|---|---|---|

OFFICE OF DEATH PENALTY
LAW CLERKS
U.S. Courthouse, 8th Floor
312 North Spring Street
Los Angeles, CA  90012

     This proof of service is executed at Los Angeles, California, on August 1, 2008.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                  /s/Patricia Jacobson
                  PATRICIA JACOBSON