## DECLARATION OF SILVIA MELENDEZ ALONSO

I, Silvia Melendez Alonso, declare as follows:

1. I am the mother of Maria del Rosio Alfaro. Maria, who the family calls "Rosie," is the oldest of my three children with Jose Luis Alfaro, Sr. Rosie was born in Orange County on ▇▇▇, 1971. My other children with Jose Alfaro are Silvia Alfaro, born in Tangancicuro, Mexico on ▇▇▇, 1973, and Jose Luis Alfaro, Jr., born in Anaheim on ▇▇▇, 1979. I have three other children by my current husband, Salvador Alonso: Ricardo, 12, Salvador, 10, and Alejandro, 9. Ricardo, Salvador, Alejandro and I all live with my husband, Salvador, in a house that used to belong to my sister, Rosa M. Sanchez.

2. I am the oldest of my parents', Jose and Mercedes Melendez, six children. I was born on ▇▇▇, 1953 in the village of Tangancicuro, located in the state of Michoacan, Mexico. My brothers and sisters include Rosa Melendez Sanchez, 46, Guilllermo Melendez, 40, Jose Melendez, Jr., 38, Mercedes Melendez, 36, and Arturo Melendez, 31. Arturo and my daughter Rosie are only five years apart. All of my brothers and sisters were born in Tangancicuro, Mexico.

3. My father worked as a carpenter in Tangancicuro, but as I was growing up, there was less and less work. Our family was poor and it was very hard for people to make a living there. My father's sister, Amalia, had come to the United States and lived in Livingston, California. She told my father that he could get work in California picking fruit and vegetables. My father first came to California around 1965 and worked picking almonds, sweet potatoes, apricots and peaches. He lived in California during the picking season, for about seven or eight months, and during the rainy season he came home to Mexico.

He did construction work in Mexico during the four or five months of the agricultural off-season. My father traveled between California and Mexico for about three years.

4. When my father returned to California in August of 1968, my mother and I came with him. My brothers and sisters stayed in Mexico with my father's parents. My mother and I lived worked with my father in the fields picking fruit for three months, but the work was very hard. My mother and I struggled, and my father usually had to pick enough fruit for the three of us. After three months we went back to Mexico for a visit. My mother's sister, Teresa Guerra, who was also visiting Tangancicuro at the same time, lived in Anaheim, California. She told us that we should come to Anaheim because there was a lot of work and that it would not be so hard as picking fruit. My father, mother and I all went to look for jobs and we all found a job within three days. My father got a job as a dishwasher, my mother got a job in the housekeeping department of the Grand Hotel, and I got a job in a carwash. We moved to a one-bedroom apartment on Michelle Street in Anaheim.

5. My brothers and sisters stayed in Mexico at first. My brother Guillermo and my sister Rosa came to the United States in 1971 after my parents moved a bigger apartment on Cerritos Avenue in Anaheim. I had already married Jose Luis Alfaro at this time and had moved into an apartment on Jeffrey Street in Anaheim. My brothers Jose and Arturo and my sister Mercedes only came to the United States in 1973 or 1974 when my grandmother passed away. I do not know what my grandmother died of, but I do know that she lost her mind at the end and that she could not recognize anybody a lot of the time. She had high blood pressure and was sick in her brain and her stomach.

2

6. About twenty-five years ago, while my parents lived on Cerritos Avenue, my sister Rosa and her husband bought the house that I live in now. My parents and my brother Guillermo moved in with Rosa and her family. About one year later, my father and Guillermo put their money together and bought a house just up the street from Rosa's. My parents still live in that same house. My husband, Jose Alfaro, my children Rosie, Silva and Jose Luis, Jr., and moved in with my parents and my brother Guillermo after we moved from Jeffrey Street in about 1978. My brother Guillermo later bought a house just across the street from my parents and he still lives there. My brother Jose also lives across the street from my parents. My sister Rosa lives about two blocks away, my sister Mercedes lives about one half mile away, and my brother Arturo lives about four miles away. My family has often puts its money together for each other to use. We have a family reunion every weekend at my parents' house.

7. I knew my husband, Jose Alfaro – Rosie's father – because we came from the same village in Mexico, Tangancicuro. I knew him from when I was about 14 years old. We got married when I was visiting Mexico around 1970. We came back to the United States and lived with my parents on Cerritos Avenue, but we moved into our own apartment on Jeffrey Street, near Disneyland, a couple of months later. This area is known as "Little Tijuana" or Little TJ." When we were first married, we both had jobs at the Grand Hotel. I worked in housekeeping and Jose worked as a busboy.

8. From the very beginning of our marriage, Jose would beat me. At first, Jose only hit me on the weekends when he had been drinking, but he started drinking more and more, and the beatings came more often. He would only hit me when he was drunk, but he would be drunk more often as time went by, and for a number of years he drank every day. Jose

3

did not want me to have more responsibility at my job and to become a supervisor. I believe he was jealous of me.

9. I started working at the Disneyland Hotel in 1978 after leaving the Grand Hotel. I had been a supervisor at the Grand Hotel and within three months of cleaning rooms at the Disneyland Hotel, they asked me if I wanted to be a supervisor. At first I did not want the job because I did not speak English very well and there were some American women who worked as cleaners and I was worried that I could not communicate with them. I also worried that I could not write out work orders because I did not write English either. I finished the sixth grade in Mexico and only wrote in Spanish. My supervisors told me that they would help me, though, and that they still wanted me to have the job. Jose did not want me to take the job as a supervisor. He told me that they were only promoting me so that they could see me fail and they could fire me. He told me that I was stupid. I believed him at first, but I took the job anyway. When I first worked as a supervisor, the American women did not want to take instructions from me because I am Mexican. Sometimes I would inspect the rooms and they would still be dirty – the bathrooms weren't clean or the rooms had not been dusted – and if I would show this to the American women and ask them to finish the job, they would tell me to clean it myself. This happened a number of times, but the management supported me and the American women began to accept my authority. I also learned to speak more English and to write English.

10. I worked as a supervisor at the Disneyland Hotel until 1979, when my son Jose Luis, Jr. was born. Jose Jr. was born with epilepsy and had seizures right after his birth, including the day he was born and the day after. The doctors told me that they were not sure what



4

kind of epilepsy that he had, but that they believed he would need a lot of care and attention. I quit my job so I would have the time to take care of Jose Jr. After a couple of months, Jose stopped having seizures, and the doctors said that his epilepsy could be controlled with medication. I decided to go back to work and asked for my job back at the Disneyland Hotel in July 1979. I had lost my seniority, but my supervisor's position was still open and I took the job. I have always worked very hard at the Hotel and worked long hours. I worked many different shifts – day, swing and night shifts – and would work for twelve to fourteen hours a day. During one period of over a year, I worked sixteen to eighteen hours a day. I also worked on weekends for many years.

11. In 1980, the Hotel asked me if I wanted to become an assistant manager of housekeeping. Jose was very angry that I was offered a promotion and told me that the only reason that I was being promoted was because I was a "kiss ass." I still took the job and I have been an assistant manager since then. I am now responsible for more than forty employees.

12. During this time, Jose started drinking more and more. He was working full time at Carl's Jr. in their warehouse and he would only drink on the weekends, but he would be drunk every Friday, Saturday and Sunday. On the weekends, he would hit me in the face with his fists, and I often had black eyes and split lips. He would also kick me in the legs with his boots. At first I would not fight back because I was scared of him, but I began to fight back more and more. Sometimes I defended myself with a lamp or a broom or other things around the house. I never called the police, though, because I was very afraid of what Jose would do. When we lived on Jeffrey Street, I could hear Jose getting drunk outside with his friends and I could hear him fighting with his friends. I knew that when he came home he would hit me, so I would take Rosie and Silvia and lock us either

5

in the bathroom or in the closet until Jose either left or passed out asleep. I remember many nights making up a bed in the bathtub with pillows and blankets, so that Rosie and Silvia could sleep until we were safe enough to unlock the bathroom door and put them into their real beds.

13. In 1977, when Jose was visiting his family in Mexico, I learned that he had a daughter with another woman. We were still living on Jeffrey Street at the time, but when I learned about Jose's child by another woman I was very hurt and I moved into my parents' house with Rosie and Silvia. When Jose came back from Mexico, he asked to come back and he moved with into my parents' house with me. Jose and I had a bedroom in the garage at the house, and Rosie and Silvia had a bedroom inside. Jose still drank every weekend and still beat me. My father and mother would always take Jose's side during these fights and tell me that I was being too hard on Jose. They believed that a woman should stand by her husband. My father once threw me out of the house, telling me that it was his house and if I didn't like how I was being treated by Jose, that I could leave.

14. When I was young, my father was an alcoholic and had violent fights with my mother. I remember hearing them fight and being very scared by it. My father stopped drinking, but I believe that he felt sympathy for Jose because of his own alcoholism. His father, my grandfather, was also an alcoholic. The only person who tried to help me was my brother Guillermo. He would try to talk to Jose. Guillermo said that he remembered how bad things were in our family when my father was drinking and that he did not want me to suffer in the same way with my own family.

15. My parents usually believed that I was at fault for Jose's beating me and for his drinking. One day, though, when I was cleaning Jose's bedroom in the garage, I found a small doll under the bed that was made with my stockings and had a small picture of me on its face. It had small nails stuck all over it. I know that Jose believed in these things. I called my mother in to show her the doll and she started crying for me. When Jose came home I confronted him with the doll and asked him what it was for. He denied that he knew anything about the doll but I do not know anyone else the doll could have come from and I knew he believed in this type of magic. I do not believe in it, and in front of Jose, I pulled the pins out of the doll and cut the doll up to show him that nothing would happen to me.

16. Jose's father also believed in magic. He was sick for many years, and he believed that he had been cursed by a witch. He had an infected foot and pieces of it became rotten and came off, but the doctors told him that it was not gangrene. He went to regular doctors, but when he wasn't cured, he started going to witch doctors. He spent a lot of money on those doctors over the years. Jose's father and mother had to sell all of their cows and horses, except one horse, to pay the bills.

17. Both of Jose's parents were alcoholic and Jose would tell me that he had seen his father beat his mother many times. Jose would try to intervene between his father and mother and to protect his mother. Once, when we were visiting Mexico, both Jose and his father were drunk and got into a fight. Jose was very angry and reminded his father about the time that he (Jose's father) had hit Jose's mother over and over with the handle of his gun. The fight became very violent and then police came. They arrested Jose and he spent the night in jail.

18. When I was working long hours, different members of my family would take care of Rosie and Silvia. Sometimes they would go to my sister Rosa's house, or sometimes people (including Rosa and Guillermo) took care of them at my parents' house. Sometimes Jose would take care of them, but he often just had his friends over and they were drunk and noisy in the front yard while Rosie and Silvia were inside. One time I came home from work and found that Jose and his friends had dressed Rosie up in a sombrero and cowboy boots and told her that she was a cowgirl.

19. Rosie saw and heard the fights that Jose and I would have from the time she was a little girl. As she got older, she tried to step in between Jose and me and to stop us from fighting, but that made Jose furious. When Rosie was about nine, Jose started drinking more and more. He eventually lost his job at Carl's Jr. in 1984 because he was drinking on he job. He also got caught stealing meat from Carl's Jr. with a friend of his. After he lost his job, he began spending every day in Little TJ drinking with his friends. He drank all the time at this point and would come home and hit me or hit Rosie and Silvia. He used a belt at times to hit Rosie and Silvia. He also stole money from me and borrowed money from my brothers and my father.

20. As Jose became more violent and more drunk, Rosie started having trouble, too. Rosie was 12 when Jose was fired for stealing. Rosie always asked me why I did not leave Jose when he treated us so badly. She was very angry with me for staying with Jose and she was very angry with Jose for being so abusive to me and to the family. When I asked Jose to help me with Rosie, he refused and said that she was my problem. He also said that Rosie was an embarrassment to him. I know that Rosie and her father sometimes

saw each other in Little TJ and that Rosie would be high on drugs and that her father would be drunk.

21. I told Jose that I needed help with Rosie. I said that if he wouldn't help me, then I could not continue living with him. He said that he wanted to leave. He told me that he would have gone to Mexico but that he did not have enough money. I asked my father for money to give to Jose so that he could go to Mexico. He refused, but my brother Guillermo gave me the money. I went to Jose the next day and said that if he wanted to go, I had the money. He said that he wanted to leave, so I bought him a ticket, packed all of his clothes, and told him to go. This was in 1986. He came back within a year and asked me to take him back, but I said that it was too late. I never saw him again after that. Once I went to go visit Mexico and heard that he had threatened to kill me if I came to Mexico, but I knew by then he was a sick alcoholic and I did not fear him any more.

22. When Rosie was born, she weighed eleven pounds. She started walking at about fourteen months, maybe as early as twelve. She started talking at about a year and a half. Rosie was always chubby. When she was a baby she ate everything in sight. We always made fun of her because she loved her food so much. When we asked her what he wanted to eat, she said "everything." If we asked her to choose between two kinds of food, she just said "everything." When we brought food to the table, someone always made a joke, saying "Everybody get your food fast, before Rosie gets it." As she got into elementary school, and later junior high school, she became very self-conscious about being heavy. Her sister, Silvia, was slim and very pretty, and Rosie wanted to look like her. She tried to wear Silvia's clothes, but they just didn't look good on her. She felt badly about her

size, but she couldn't stop eating. She seemed to gain weight very easily, but she never seemed to lose it.

23. Rosie always had trouble at school, and she learned things more slowly than her sister, Silvia. Silvia helped Rosie with her homework, even though she was eighteen months younger. Rosie was very shy around people she didn't know. Rosie went to La Palma Elementary School when we lived on Jeffrey Street and she seemed to get along with the other students. When we moved, she started at James Madison Elementary and had a much harder time at first. The other kids at James Madison were mostly white, and they teased her, calling her "fatso" and "wetback" and "Mexican beans." She also needed glasses but she wouldn't wear them because the other students made fun of her.

24. One day when Rosie came home from school, she immediately went to change her clothes and wanted to take a shower. I asked her what was wrong but she didn't want to tell me. When she got in the shower, I saw that her back and legs were all red and full of cactus spines. I asked her what had happened and she said that the other children had made fun of her and pushed her into a row of cactus trees just up the street. I went to the school to complain, but when Rosie found out she became very upset. She told me that if I complained to the school, it would only make it worse and the kids would take it out on her.

25. When Rosie was about nine, she developed a habit of cleaning the house constantly. I have always worked in housekeeping and keep a very clean house, but Rosie's cleaning was excessive and constant. She was always cleaning the living room (under the sofa, behind the tables) and the kitchen. She made her sister get out of bed so that she could make the beds and clean in their bedroom. She also arranged and rearranged the furniture

10

over and over. She moved the furniture in her own room and, when Jose and I were living in my parents' garage, she always wanted to rearrange the furniture in there. However, she refused to clean the beer cans from the front yard after her father and his friends would drink there. She complained about them but the beers cans were the one thing she wouldn't clean up.

26. When Rosie was about twelve or thirteen, I learned that she was using drugs. I noticed the change because she began talking back to me and talking back to Jose. She would argue with me about why I stayed with Jose; she was angry that I stayed with him when he was so abusive. After she started using drugs, Rosie stopped taking care of herself. When Jose left and went to Mexico in 1986, Rosie took the blame for his leaving. She felt that it was her fault that the family had fallen apart. She began sleeping all the time and eating less and less and she would cry often. During this time, Rosie struggled with her drug problem and tried to get off drugs. She would be off of drugs sometimes for months, but during those months she still had problems sleeping and she her appetite was bad.

27. When she was on drugs, or when her father was very violent, Rosie often stayed away from home late at night, sometimes for several days. I knew she was struggling but I didn't always know how to help her. Sometimes when she was out, I lay down behind the door so that I would wake up when she came in. Other times, I went out to Little TJ looking for her so I could bring her home. At one point, I sent her to Mexico for several months, but she started using drugs again when she returned home.

28. I became even more concerned when Silvia started doing drugs. That was when I realized that both my daughters were in trouble. I took Rosie for counseling, and then put

11

her into the drug treatment hospital. By then, it was probably too late for Rosie. I thought I could help her by working hard and having enough money to support the family, but I think that wasn't enough. I didn't know what else to do at the time.

29. At one point, I saw that Rosie had bandages around her wrists. I asked her what had happened and she told me that she cut herself cleaning. I later asked her sister Silvia what had happened and Silvia told me that she had cut her wrists. Sometimes I woke up at one or two in the morning and found Rosie watching television in the living room. She was having trouble sleeping and didn't want to watch television in her room because it would wake everyone up in the back of the house. I often sat with her because I didn't want her to leave. Jose Jr. was a baby at that time, so I sometimes brought him for Rosie to hold. I knew that Rosie wouldn't leave the house if she was taking care of her brother.

30. Shortly after Rosie's arrest, she told me that she wanted to plead guilty. She told me this many times. She never said that she wanted to die or to be put to death, but she did say that she was willing to spend the rest of her life in jail. Rosie felt very responsible for what had happened and wanted to take responsibility for the crime.

31. I also remember that about three days after the crime, two men came to our house looking for Rosie. One came to the door while the other one waited in a car parked out front. The one who came to the door was Hispanic, and tall and skinny. He looked sick and like he could be a drug addict. He had long dirty black hair and a scar on his left check. He was dressed all in black. He insisted on talking to Rosie but I told him that Rosie

///

///

///

didn't live in the house anymore. I could not see the face of the man waiting in the car. I do not remember the car very well, only that it was old. I felt very frightened by these two men.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of May, 2001 in Anaheim, Calfornia.

*Silvia Melendez*
Silvia Melendez

32. When Rosie was 6 or 7 years old, when we were living on Jeffrey Street, Jose had cashed his check and was leaving me alone with the girls and an empty refrigerator. I begged him not to leave. I tried to stop him by putting Rosie in front of the car. Jose did not stop. He hit Rosie with the passenger side of the car and pushed her along the concrete wall. When I picked her up, her arm and the side of her face was bleeding.

*SM*

13

EX 3    63

## DECLARATION OF MARIA DEL ROSIO ALFARO

1. I, Maria del Rosio Alfaro, declare and state:

2. I am the Petitioner in the action, In re Maria del Rosio Alfaro, On Habeas Corpus, California Supreme Court No. S027730, Orange County Superior Court No. C-82541. I am filing this declaration based on my own knowledge and belief.

3. After I was arrested in June, 1990, I decided that I wanted to plead guilty. My desire was to plead guilty unconditionally. I did not want to be sentenced to death. I hoped that my guilty plea would help convince the jury to sentence me to life without the possibility of parole.

4. At no time before I took the witness stand in the first penalty phase did my lawyer prepare me for cross-examination about the circumstances of the crime. To the contrary, he told me that I would not be cross-examined about the crime.

5. At no time did Mr. Monroe explain to me the value of the third man's role in the crimes as mitigating evidence. Instead, he told me that he wanted to argue that this man, and not I, had killed Autumn Wallace. I did not want him to make this argument. Therefore, I was unwilling to disclose to him the man's identity.

6. At no time did Mr. Monroe tell me that I could be cross-examined based on Dr. Consuelo Edwards' report. I understood that my conversations with Dr. Edwards were confidential.

S:\Current Files\A-J\ALFARO\Habeas\Rosie\Declaration.wpd

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 27th day of July, 2001, at Chowchilla, California.

*Maria Rosio Alfaro*
Maria del Rosio Alfaro