**Impairment.** Invariably there is some degree of impairment in academic functioning. The overall level of impairment is most marked when language or articulation is affected.[32]

Rosie Alfaro's school records document persistent impairments affecting all aspects of language development and expression, including even her ability to recognize and identify individual letters of the alphabet.

24. The cautionary statements of the *DSM-III*, and the explicit diagnostic criteria set forth in each subsequent version, recognize that the disorders suffered by Ms. Alfaro can have serious consequences for emotional, academic, social, and behavioral functioning. They occur during critical developmental periods in the lives of children and adolescents, yet their disabling effects often extend into adulthood. Current criteria for the developmental language disorders require that these deficits "significantly interfere" with academic achievement, occupational functioning, or social communication.[33]

25. The severity of an individual's impairments is likely to be exacerbated by the co-existence of neurological deficits, other mental or emotional disturbances, or multiple learning disabilities. This is a critical consideration in a thorough evaluation of Ms. Alfaro, not only during the critical developmental years of childhood and adolescence, but also in young adulthood. The records I reviewed suggested that several (if not all) of these potentially exacerbating factors were present during Rosie Alfaro's development. Notes of Dr. Rogers, written during psychological and intelligence testing, suggested that "[s]he should have Neuro workup..." and considered the possibility of "organic sequelae from drugs or syphilis or solvents."[34] Several evaluators have either diagnosed, or noted significant symptoms of, a range of psychiatric and/or emotional disorders, including the following: Organic Brain Syndrome, Anxiety Disorders, Depressive Disorders (including Major Depressive Disorder and Dysthymia), Post-Traumatic Stress Disorder, Adjustment Disorders, Dependent Personality Disorders, and numerous chronic substance-related conditions. Records also consistently place her cognitive abilities in the range of "Borderline intellectual functioning."

---

[32] *DSM-III*, p. 93.
[33] *See, e.g., DSM-IV-TR*, pp. 58-66.
[34] 9/13/00 Declaration of Martha Lee Rogers, Ph.D., paragraph 11.

### V.   "Age" in Context:  "Chronological Age" vs. "Mental Age"

26.   The records indicate that Rosie Alfaro, despite her chronological age (a full year older than her classmates), was significantly less mature -- academically and socially -- than the younger children in the classroom. In second grade, her "Normal Grade Placement" was consistently identified as "third." Nonetheless, she consistently performed academically at least two to three years below her already-adjusted grade placement.

27.   The records reveal a strong emotional component to Ms. Alfaro's evident immaturity:

> Teacher reports her to be extremely shy, reluctant to wear her glasses. Mother did not speak English (interpreter)...[35]

> ...Rosio is classified as limited-English-speaking....Mrs. Alfaro indicated that Rosio is self-conscious about her weight and compares herself unfavorably to her sister... Rosio [is] extremely shy and reserved...cooperative and well-behaved, although she seldom expresses self-confidence...[36]

The records describe Rosie as shy and overweight, with acne, poor vision and some degree of stuttering. A broad range of factors have been associated, individually and cumulatively, with educational failure, including (among others) "...prevalent family disorganization, anarchic discipline, diminished personal worth, low expectations, frustrated aspirations, and other environmental handicaps."[37] Evaluators have identified several environmental obstacles which might also have affected Rosie's development, including racial hostility beginning during her first years of schooling:

> As the parents improved their income, they moved to a more affluent area...[S]he began to attend James Madison Elementary which at that time had only 5% Hispanic students... Here, school became very stressing to her as students made fun of her accent and her moderately overweight condition. She was called "fatso" and a "dirty Mexican." She often cried and dreaded going to school. ...[38]

---

[35] 11/6/79 Psychological Report by Betty DiRegolo, ACSD records.
[36] 3/18/80 Psychoeducational Report by Betty DiRegolo, ACSD records.
[37] Sattler, J.M. (ed.) (1988). *Assessment of Children-Third Edition*. San Diego, p. 574.
[38] 3/29/92 report of Armando T. Morales, DSW, p. 4.

11

28. In measuring intellectual capacity and academic performance, and particularly discrepancies between the two, academic and resource specialists, including school psychologists, routinely assess students for gaps or inconsistencies in academic achievement, (sometimes measured in terms of "mental" or "performance" age), intellectual potential (*e.g.*, I.Q.), and chronological age. The concept of "Mental Age" is critical in the history of our clinical understanding and assessment of intelligence and academic achievement in children. David Wechsler, author of many of the most widely used and respected tests of intelligence and other cognitive abilities -- including the Wechsler Assessment of Intelligence Scale [WAIS], now in its 3rd revision (the "WAIS-III"), and the Wechsler Memory Scale [WMS], also in its 3rd revision (the "WMS-III") -- relied heavily on this concept in developing these assessment instruments, and discussed the concept in one of his early works:

> The term mental age, as now used in psychology, was first coined by Binet, who offered it as a way of defining different degrees or levels of intelligence. ...[H]e proposed to define these levels in terms of the measured abilities of children at different ages.[39]

The significance of Mental Age computations has been the subject of some debate in the decades since Wechsler's statements, but the concept remains the same.

29. At 8 years old, Rosie Alfaro took the Peabody Picture Vocabulary Test, a well-established measure of receptive vocabulary, which revealed that Rosie had a Mental Age of only 3-5 (3 years and 5 months).[40] Four months later, her Mental Age on the same test had risen, but only to 4-4 (4 years and 4 months).[41] Despite evident improvements within a short period, her performance on this test was unusually deficient. Scores like this in a young child suggest serious impairments. In the case of the Peabody Test, I am struck by two factors: (1) the gap between her chronological age and her measured mental age (8-1 vs. 3-5 on the first test; 8-4 vs. 4-4 on the second); and (2) the fact that on both tests, despite interventions aimed at improving her skills, Rosie's Mental Age was measured at approximately one-half her

---

[39] Wechsler, D. (1958). "The Concept of Mental Age, IQ and Deviation Scores," in *The Measurement and Appraisal of Adult Intelligence-Fourth Edition*. Baltimore: Williams & Wilkins Co., p. 24.
[40] Mental Age ["MA"] is no longer used in scoring the Peabody Picture Vocabulary Test-Revised.
[41] Test Summary Sheets (11/79; 3/80), ACSD records.

12

chronological age. This suggests to me that Ms. Alfaro was very possibly struggling with a more disabling cognitive or neurological impairment.

30. On other tests of achievement taken during the same period, her Age Equivalency[42] continued to trail about two years behind what was expected of someone at her grade placement. At approximately 8-1/2 years old, her Age Equivalency was measured at 6-8 and 6-10.[43] At 9, her Performance Age[44] still lagged two years behind her chronological age: several tests measured her Age Equivalency as two years behind, while other tests placed her mental age between three and four years below her chronological age. When Ms. Alfaro left school in her early teens, she was performing academically and cognitively at roughly the level expected of a 9-year-old child.

### VI.  Rosie Alfaro's Relative "Maturity"

31. At counsel's request, I have carefully reviewed the Order of Judge Millard dated July 14, 1992, specifically as it relates to Ms. Alfaro's age as a possible sentencing factor. The Order reads, in part:

> ...[I]t does appear that the defendant was eighteen years old at the time of the crime. If mere age by itself without any other factor is involved, it would appear perhaps that the age of eighteen might be a mitigating factor in the case. The Court feels that you have to put the age in context of what her background shows that she had dropped out of school at an early age, been out on the streets for a substantial period of time, been involved in the drug culture for a substantial period of time, things of that nature. So it would appear that in a streetwise sense *she was much more mature than her age would indicate.*[45]

32. I agree that an accurate assessment of Ms. Alfaro's maturity and her level of functioning requires full consideration of the context of her abilities and life circumstances. The Court's order (quoted above) identified several factors which provide critical information and insights regarding her emotional and intellectual development and her level of functioning,

---

[42] Age Equivalency is the level or stage of development expressed in terms relative to what is typical of the average child of that age or relative to the norms in the population as a whole.
[43] See 11/1/79 Test for Auditory Comprehension of Language in English; 3/12/80 Test Summary, including scores on the Motor-Free Visual Perception Test, ACSD.
[44] Performance Age (or Achievement Age) is a measure of achievement considered to be the "average" or "normal" age at which that level of performance is reached.
[45] 190.4(e) hearing order, dated 7/14/92, pp. 6-7 [emphasis added].

13

including: (1) her extremely limited academic progress and the brevity of her education; (2) the unstable and chaotic childhood and adolescence which left her homeless and vulnerable for extended periods of time; and (3) early and prolonged exposure to toxic substances, including alcohol, heroin and cocaine, known to compromise intellectual and behavioral functioning, especially among those, like Rosie Alfaro, already suffering with compromised intellectual functioning.[46]

33. This last factor is especially salient, as Ms. Alfaro's records confirm that she became dependent on street drugs at a very young age and used chronically and habitually for many years, including substances (such as organic solvents) known to cause physical injury to the brain itself. She was admitted into detoxification and rehabilitation programs at least twice as an adolescent. The extent of her addiction, including the poor judgment and emotional turmoil which so often accompany (or lead to) dependence and abuse, is reflected in her inpatient records from Doctors' Hospital of Lakewood:

> This is a 13-year-old girl admitted here with a four year history of using drugs....[T]he patient has been using heroin and cocaine especially in the last few months....[S]he is using intravenous drugs about three times per day. She has also been sniffing paint thinners. ... She required medications to help with the withdrawal symptoms....[47]

Another entry notes:

> ...She would either use heroin or cocaine and occasionally make speed balls and use them conjointly...[S]he is unable to give me any idea of how much....In addition to that, she was using alcohol...[48]

Her diagnoses upon discharge were: (1) Polydrug Abuse, (2) Heroin Withdrawal, and (3) Cocaine Withdrawal.

34. Other evaluations also report heavy I.V. drug use (mostly herion and cocaine) by 13, chronic PCP use beginning at 14, and paint thinners while she was only 11 years old.[49]

---

[46] Evidence of Ms. Alfaro's intellectual impairments include her test scores throughout elementary school, as well as her performance on the WAIS-R (a standard measure of adult intelligence) administered pre-trial by Dr. Martha Rogers.
[47] 1/16/86 Discharge Summary by Monsoor Shah, M.D., Doctors' Hospital of Lakewood.
[48] 1/8/86 History and Physical by Monsoor Shah, M.D., Doctors' Hospital of Lakewood.
[49] See, e.g., 3/23/92 report of Consuelo Edwards, M.D.

These are toxins which almost certainly exacerbated whatever pre-existing cognitive and intellectual impairments she suffered. While awaiting trial, Rosie Alfaro was given the Alcohol Use Inventory, the results of which "very strongly suggest[ed] a diagnosis of Alcohol Dependence," closely related to "considerable anxiety and depression" and "mental health problems of a significant, if not serious, nature."[50] Another evaluator described her use of drugs and alcohol as "self-medication beginning about age 10."[51]

35. Other documents and data point to several additional factors and circumstances which might have a profound impact on a young woman's development in all areas, including the following:

> *Chronic violence within the home, with Rosie Alfaro as a frequent witness to brutal beatings of her mother at the hands of her (Rosie's) father;[52]
>
> *Sexual victimization (apparently including rape) in her own home by a family friend (or perhaps even relative), when she was approximately 9 years old, undoubtedly exacerbated by the secrecy, shame, terror, distrust, and betrayal commonly associated with early childhood exploitation;[53]
>
> *A striking lack of emotional support or even physical protection within her parents' home, which was quite unstable, and usually consisted of an alcoholic (and frequently violent and periodically absent) father and an overworked mother whose work responsibilities rendered her effectively absent for most of Rosie Alfaro's childhood and adolescence;[54]
>
> *Sporadic school attendance, including extended absences from the academic programs made available to her, often triggered by unperfected (or unannounced) returns (sometimes for several months) to her grandparents' village in rural Mexico, during which Ms. Alfaro apparently received no schooling of any kind;[55]
>
> *What appears to be a range of co-existing psychiatric and/or emotional disorders which went unidentified and untreated, including several conditions known to be associated with Rosie's diagnosed developmental language disorders – *e.g.*, social difficulties (including extremely poor self-esteem), anxiety symptoms, depressive episodes, chronic concentration and attentional deficits, trauma-related symptoms and behaviors,

---

[50] 10/24/90 Interpretive Report and Profile of Maria delRosio Alfaro, Alcohol Use Inventory.
[51] 3/29/92 report of Armando T. Morales, D.S.W.
[52] See 3/23/92 report of Consuelo Edwards, M.D.; 3/29/92 report of Armando T. Morales, DSW.
[53] *Ibid.*
[54] *Ibid.*
[55] See ACSD records.

adjustment disorders, borderline intellectual functioning, and possible organic deficits;[56] and

*A home life characterized by a severe lack of boundaries (emotional, sexual, and even generational), unrelenting intrusive criticism by her parents, and several other needy (disabled) household members whose needs distracted from her own, including (for many years) an infirm and alcoholic father, a brother with a chronic seizure disorder from infancy, and a half-brother with Down's Syndrome, born very close in time to the birth of Rosie's own first child.

### VII. Findings and Conclusions

36.     These are salient factors which would presumably be expected to influence the emotional, intellectual, physical and social development of any adolescent. Any one of these factors places the child at greatly increased risk of developing or exacerbating emotional, social, behavioral and/or cognitive impairments which can severely thwart that individual's ability to function in society. In Ms. Alfaro's case, these included significant deficits in her ability to reason and her ability to accurately comprehend and interpret verbal information. She had a mental age of 9 when she left school for the last time at the age of 14. The obstacles to her academic achievement are well documented. She made very little progress, despite what appear to have been good faith efforts by appropriate professionals to address her unique needs. Lack of educational continuity, coupled with social difficulties and low self-esteem, a chaotic (and frequently terrifying) home life, the emotional upheaval of several moves between Anaheim and Mexico, as well as complicating co-existing conditions (physical, cognitive and emotional), diminished any possibility of progress beyond the very basic elementary education she attained. Her severe and chronic substance problem at an early age intensified these risks. It is possible that her academic and social failure and her early addictions were, to some degree, related.

---

[56] Pre-trial mental health evaluations, as well as institutional records from the time of trial through the present, include the following psychiatric diagnoses: Depressive Disorders, Organic Brain Syndrome, Anxiety Disorders, Adjustment Disorders with Mixed Emotional Features, Dependent Personality Disorder, Alcohol Dependency, Polysubstance Abuse and Dependence, Post-Traumatic Stress Disorder, Borderline Personality Disorder, and an "ongoing organic mental disorder." While awaiting trial in the Orange County Jail, mental health staff prescribed increasing doses of Sinequan, an antidepressant, then Desyrel, Elavil, and Imipramine (also in gradually increasing doses). Since her conviction and incarceration, CDC staff have prescribed Prozac, Imipramine, Klonopin, Vistaril, Elavil, Zoloft, Lithium and Paxil, as well as Mellaril, Haldol and Triavil (psychiatric medications having antipsychotic properties), often in combination. Most recently, Ms. Alfaro has been medicated with a combination of Prozac and Neurontin. Ms. Alfaro attempted suicide more than once prior to her trial.

37. These and other factors undoubtedly influenced her development, but not in the manner suggested by Judge Millard. None of the circumstances or events he identified could be expected to render a severely compromised young woman "more mature than her age would indicate." They might result in a lifestyle, an environment, and/or early experiences that most young women would hope to avoid. Those circumstances would neither encourage nor result in maturity, insight, good judgment, or even basic personal safety. Rather, the experiences, deprivations and afflictions suffered by Rosie Alfaro — individually and cumulatively -- would almost inevitably result in extremely impaired social functioning, emotional and psychiatric disturbances, chronic vulnerability, self-destructive behaviors, and (ultimately) tragedy for herself and others.

38. It is my professional opinion, based on the records, documents, and court transcripts I reviewed, that at the time of the offense for which she has been convicted, Ms. Alfaro was in no sense, clinical or otherwise, "more mature than her age would indicate." Rather, the materials strongly suggest that she was functioning at the other end of the spectrum, significantly *less* mature than many young women of her age. She lacked the insight, stability, confidence, judgment, emotional support and intellectual resources necessary to function as a healthy 18-year-old young woman; instead, Rosie Alfaro labored under multiple impairments which further hindered her already-compromised ability to function and survive as a young adult.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this _28_ day of March, 2001 in _San Francisco_, California.

_Cynthia Asprodites_
CYNTHIA ASPRODITES, PH.D.