## DECLARATION OF MARCY ARCUETA

I, Marcy Arcueta, declare as follows:

1. I am the mother of Wendy Alfaro, born ███ 1977 in Orange County, California. Wendy's father was Jose Luis Alfaro. When I knew Jose Alfaro, he was living with his wife and two daughters, Rosie and Silvia. When Jose and I would spend time together, he sometimes had his daughters with him. They seemed like nice little girls. I have not seen Jose Alfaro or his daughters since ~~the late 1970s.~~ 1983. - M.A.

2. My daughter, Wendy, has never met her father. He did not deny that Wendy was his daughter, but he never helped me financially. I needed child support but I did not pursue it, mostly because he was still living with his wife and she was a very difficult woman. I knew that she had once stabbed her husband and injured him. Jose told me that he and his wife fought constantly. When I saw him, he often had bruises and marks on his body. I believe that she caused these injuries during their fights at home.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of May, 2001 in Orange County, California.

_Marcy Arcueta_
Marcy Arcueta

I declare under penalty of perjury under the laws of the United States of America and the State of California that I have translated and read this declaration completely in Spanish to my mother, Marcy Arcueta. Dated May 21, 2001.

_Wendy Alfaro_
WENDY ALFARO

Declaration of Betty Cleary - Soto

I, Betty Cleary-Soto, declare as follows:

I was the manager of the Chapman & Brookhurst McDonald's restaurant, 9845 Chapman Ave., Garden Grove, CA in 1990. Rosie Alfaro was one of my employees. Sometime in late spring of 1990 Rosie gave notice, saying that her boyfriend was being released from jail and she wanted to spend time with him. Perhaps a week after this conversation I saw a brown Monte Carlo automobile drive into the parking lot at the restaurant. It had a dull brown color, as if the paint was not the original paint. I did not see the driver. Rosie got into the car and the car drove off. Eleanor Vasquez, another employee told me that the driver of the Monte Carlo was Rosie's boyfriend, and she mentioned a name which I recall as "Manuel." I knew the

000228

EX 12    228

Declaration of Betty Cleary Soto       Page Two

car was a Monte Carlo, because at that time I owned a 1981 Monte Carlo. The car driven by the person Eleanor Vasquez described as Rosie's boyfriend was an older Monte Carlo, from the style and line. Rosie quit about a week or so later.

After Rosie was arrested, two defense investigators came to interview me, a man and a woman. I told them about the brown Monte Carlo and about Rosie's boyfriend. That was the only time I saw the brown Monte Carlo. The police never interviewed me.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and complete to the best of my knowledge and belief. Executed this 18th day of September 2000 at Huntington Beach County of Orange, California

(s.): Betty S. Soto
(date): 9-18-00

000229

EX 12   229

## DECLARATION OF ROSA MELENDEZ SANCHEZ

I, Rosa Melendez Sanchez, declare as follows:

1. I am an aunt of Maria DelRosio Alfaro, who we call "Rosie", or "Rosario." Rosie's mother, Silvia Melendez, is my older sister. Silvia and I have a younger sister named Mercedes Melendez Galvez and three brothers: Guillermo ("Memmo") Melendez, Jose ("Pepe") Melendez, and Arturo ("Turo") Melendez. We were all born in Tanganicicuro, Michoacan, Mexico.

2. I have known Rosie Alfaro since she was a baby. I moved to California in the early 1970's, soon after she was born. When Rosie was a young girl, my husband and I bought a house in Anaheim. Rosie and her parents lived with us in that house for awhile. Her mother now lives in that same house with her sons (Rosie's half-brothers). Not long after we bought that house, my father and my brother Guillermo bought a house around the corner from us. Sylvia and her husband, Jose Luis Alfaro, lived with my parents in that house at several times while their daughters, Rosie and Silvia Alfaro, were growing up.

3. I spent quite a bit of time with Rosie when she was young. Even when she and her family were living separately, Rosie and Silvia often stayed at my parents' house when their mother was working. Rosie often came to visit. When she was in elementary school, I helped her with her schoolwork. She also talked to me about her problems. She often cried when she with me. Rosie Alfaro was a very unhappy little girl.

4. The problems Rosie talked about when she was young were almost about her father, Jose Luis Alfaro. Jose Alfaro was an alcoholic. He got very drunk and fought with my sister, even when the children were very young. Rosie often complained because Jose was so mean to her mother. She defended her mother and tried to protect her from Jose, but she could not

1

protect her mother. She could not protect herself either. She was very frightened of her father, both for herself and for her mother.

5. When Rosie was in junior high school, she became very involved with drugs. She was the oldest of the cousins (my children, Silvia's children and our other nieces and nephews), so we did not know how to help her. She came to me several times asking for help. When she spoke about the drugs, she cried a lot, especially after her son Danny was born. She wanted to stop using drugs but she didn't seem to be able. She tried to stop many times, but then she fell apart again every time.

6. She desperately wanted her parents to help her. She complained that her father wasn't helping her. She felt that he should be a role model and help her fight the drug problem. Instead of helping Rosie, her father was hanging out in an area of town called Little TJ, where he got drunk with his buddies. One time, Rosie came to me in tears, telling me that she had seen her father on the street in Little TJ. Instead of talking to Rosie or trying to help her, he slapped her in the face in front of her friends. I tried to tell her that she could be a role model for her father by showing him that she could stay straight.

7. Since Rosie's trial, my son has had some of the same problems Rosie had. He has had serious problems with drugs for several years. Like Rosie, he has tried to stop several times. My husband and I have put him in hospitals and treatment programs, but each time he comes out, he ends up going back to the drugs. He also suffers from depression, which he has had since ~~before~~ Rosie first went to jail.

8. I came to court several times when Rosie was on trial. I am a very emotional person and her situation made me very sad. I was upset for her and upset for her family. Rosie knows how emotional I get, so she never tried not to talk about her legal case or her situation in jail and

on trial for her life. When we spoke on the telephone, she asked about my children and other family members. She tried not to show me how sad she was, but when I went to the courtroom I could see it. She made a point of smiling at me when I came in, but then she turned back in her seat and I could see her go back within herself. When witnesses testified, Rosie didn't seem to pay attention to them, or to anything else in particular. Instead, she just looked down at herself.

9. During Rosie's trial, her attorney asked me if I would testify on her behalf. I agreed that I would and was prepared to be called as a witness, but he never called me. No one ever explained why I wasn't called.

10. I read both English and Spanish, but to be sure that I have understood this thoroughly and completely, my niece, Silva Alfaro, has read this to me in Spanish.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 21st day of May, 2001 in Anaheim, California.

_____
Rosa Melendez Sanchez

I, Silva Alfaro, declare under the penalty of perjury under the laws of the United States of America and the State of California that I have read this to my aunt, Rosa Sanchez, completely and accurately in Spanish and that this declaration was executed this 21st day of May, 2001 in Anaheim, California.

_____
Silvia Alfaro