EXAMINATION OF:

MARIA DEL ROSIO ALFARO
(ROSIE ALFARO)
AFTER INJECTION OF SODIUM
PENTOTHAL

PEOPLE V. MARIA ALFARO

CASE NUMBER: 90-26853
ATTORNEY: WILLIAM MONROE
TRANSCRIBED BY LS FOR SANDBERG

EXAMINER(S):

DR. BRUCE DANTO
DR. TOM STREET
LAURA LAWHON, SANDBERG
   INVESTIGATIONS
DEPUTY TERESA ORTIZ, ORANGE
   COUNTY SHERIFF'S DEPARTMENT
DEPUTY KATHY PALMER, ORANGE
   COUNTY SHERIFF'S DEPARTMENT

DR. BRUCE DANTO          DD
DR. TOM STREET:          DS
LAURA LAWHON:            LL
TERESA ORTIZ:            TO
KATHY PALMER:            KP

ROSIE ALFARO:            RA

DATE: 9/22/91

TAPE NO. 1 SIDES 1 AND 2 (TAPE MARKED TAPE C-90)

(***) DENOTES PART OF CONVERSATION UNINTELLIGIBLE)

---

DD:  Okay?

LL:  Okay.

DD:  I'm Dr. Bruce Danto and I'm conducting a pentothal...uh,
     sodium pentothal interview on Rosie Alfaro.  Uh, the date
     is um, the 22nd of September, 1991.  It is now 2:28 by my
     watch and we are uh, conducting this interview at 100
     East Valencia Mesa, Suite 208, Fullerton, California
     92635.

1

000239

happening.  And I'll do that when I proceed to prepare the injection.

Uh, first of all, let me ask you about your health in genera.  Have you had any problems with lung disease?

RA:  No.

DD:  Liver disease?

RA:  No.

DD:  Kidney disease?

RA:  No.

DD:  Have you been allergic to anything?

RA:  No.

DD:  Okay.  This uh, solution that we're going to give you today is a one percent solution, which is very weak.  You probably had stronger stuff out on the streets than what I'm going to give you.

Uh, in order to make sure that you're going to be okay, we have this intravenous solution, can you focus on uh, the sign up there?  This is five percent dextrose and water ....dextrose is a word for sugar.  And what that does it we slip the medicine into the solution as it drips into your vein and this will keep your vein open so that uh, you know, we will be on tap to help you if there are any problems.

I've given about a 1,000 of these so far and I've never had a problem. So, I don't anticipate one today cause I'm rather conservative in what I do.

Um, we're going to be mixing this solution here which is pentothal sodium and it is uh, 25 milligrams per milliliter or 500 milligrams.  This makes up a 2.5 percent, I was in error when I said 1 percent.

RA:  Uh huh.

DD:  2.5 percent solution.  Very weak and after I pull the needle from your vein, you should be fully functional in about five minutes.

Um now the medical equipment we have, we have a portable oxygen unit here.  In the event that there's any trouble

3




000240

LL:  Yeah. Gets a little fuzzy when it comes too close.
     There, okay.

DD:  Okay?  And this is the syringe and the powder here is all
     pentothal sodium.  Okay?  There's the sign on it.

     Do you see that?

RA:  Uh huh.

LL:  Okay.

DD:  The reason I keep pushing it in and pulling it back is
     because the water mixes with the powder and uh, I have to
     sort of stir it up a little bit, by injection current to
     make it dissolve.

     Okay.  Now we're ready with that.  Tom, could you do me a
     favor?

DS:  Sure.

DD:  Hold that up.

DS:  Yeah.

DD:  And uh, what the hell did I do with my....(***) here.
     [BACKGROUND NOISES]  How're you feeling today?

RA:  (***)

DD:  Scared?  Well we'll try to de-scarify you alright?  You
     step over this way, that's it.

DS:  In the light?

DD:  Yeah.  Hold up your hand.

RA:  I can't...

DD:  This is the ligature, when we get this out of the way and
     I'll just...lean my way over.  Does that hurt you?

RA:  No.

DD:  Just relax now.  Relax your fist.  Let me bypass the
     syringe (***).  I think I'm going to stick with what
     looks the best.  Relax yourself.  You'll feel a little
     stick now.

     (***) good one.  Looks fine.  How do you feel?

5

00024

RA:   On my hands.  I have a big vein on my hand (***).

DD:   Okay.  We'll take a look at this.  Over here?

RA:   Yeah.

DD:   It's not a big one.

RA:   Well...they used it (***)

DD:   Well we'll see what we can do.  See what we can do with
      this one.

      Okay, relax.  Scarred up.  Were you using that hand for
      shooting?

RA    Uh huh.

DD:   (***) Um, can you go in where the band-aids are (***)?

LL:   Should I turn this off for a second?

DD:   No, you can leave it on.

LL:   Oops.  No, it's not (***).  Okay.  That's going to slip
      around.  I might as well turn it off.

DD:   Let's see what we've got here.  Same problem.  So
      traumatized.  You see all the pitting?

DS:   Yeah.

DD:   Well...cut the...alright.  (***) scar tissue.  Lot of
      scar tissue.

      Can we get this one off and you can put the other one on?

TO:   Sure.

DD:   Cause there's nothing...I don't ...

??:   (***)

DD:   Where?  Just nothing.  She's got scars.

DS:   Okay.  If you can get this one off, put on this one.

TO:   (***)

DD:   Yeah.  Have to fish for it a little bit.

      (***)

                            7

000242

XX:   Are we turned (***).

DD:   It goes down when it's open.

XX:   Uh huh.

DD:   And it's not...

XX:   Yeah.

DD:   Here you go.  Looks like it's puffing up to me.  Did you try to...

XX:   (***) a little (***) turn (***).

DD:   Take this down.

XX:   Okay.  Thanks.  That's good enough.

DD:   Good?

XX:   Good enough.  We've got (***).

DD:   Okay.

XX:   A piece of cake.

DD:   (***)

XX:   (***) try to be...

DD:   I just stabbed myself.  You don't have AIDS do you?

RA:   Oh no, I don't.

DD:   Okay.  That's a small one to get you started with.  (***) it went in there.

XX:   I'm lucky I guess.  Here, you're...

DD:   I can't help it.

XX:   (***) okay.

DD:   Okay.  Is it going?  Great.  Okay.

      Thank you.

XX:   Uh huh.

DD:   Okay.  Still (***) now (***) bleeding.  Try to get something going.

9

000243

EX 16   241

RA:   Uh huh.

DD:   Do you remember that day?

RA:   Yeah.

DD:   Do you remember the day of the week that it was?

RA:   Um, ...I can't remember.

DD:   Pardon?

RA:   I can't remember.

DD:   Okay.  Do you remember what you were doing at that time?

RA:   Yeah.

DD:   What were you doing?

RA:   Um, picking up.

DD:   Picking up what?

RA:   Drugs.

DD:   Drugs?

RA:   Yeah.

DD:   Okay.  What kind of drugs were you picking up?

RA:   Heroin and coke.

[WHISPERING]

DD:   And where were you going to get the drugs?

RA:   To Little TJ.

DD:   Little TJ?

RA:   Yeah.

DD:   What's Little TJ?

RA:   That's where you find it.

DD:   Where is that located?

RA:   On..on...by Disneyland Hotel.

11



RA: Cause I wasn't allowed to go by myself.  I was by myself.
So...

DD: Who told you you couldn't?

RA: Manuel.

DD: Manuel?

RA: Uh huh.

DD: Okay.  Did Manual make decisions for you?

RA: Yeah.

DD: Okay.  Now I want you to tell me without me interrupting
you at least in the beginning, everything you remember
from the time you picked up the drugs and by the way,
what time was that during the day?

RA: I think it was like around 10:00.

DD: 10:00 o'clock in the morning?

RA: And 11:00.

DD: Between 10:00 and 11:00?

RA: Uh huh.

DD: Okay.  How can you be so sure of the time?

RA: Uh..cause I remember I was watching Sally, and after
Sally was over and then...

DD: What's Sally?

RA: A talk show.

DD: A talk show.  What was Sally doing?

RA: Uh, I don't...I wasn't paying attention to the TV.

DD: How long did you watch Sally?

RA: Uh...(***) like around, about an hour.

DD: Do you remember another program that you watched?

RA: Cartoons.

DD: What cartoons?

13



000245

DD:  There were a bunch of people living there?

RA:  Yeah.

DD:  Are they illegals?

RA:  Uh uh.

DS:  You had some money when you left?

RA:  Yeah.

DS:  How much?

RA:  Uh, like...$20.00.

DS:  I want you to think about this, as though it's happening right now, rather than trying to think about it as in terms of what happened in the past. Okay?

RA:  Uh huh.

DS:  You're in the car right now.  Can you feel yourself in the car?  Where are you sitting in the car?

RA:  I was (***)

DS:  And where's your daughter?

DD:  Is that front or back in the passenger side?

RA:  In the front.

DS:  Where are the kids?

RA:  The little girl's in the back and I have my little boy.

DS:  Are you talking to the driver?  What're you saying to him right now?

RA:  He knows what I was going to go do.

DS:  He knows where you were going?

RA:  Uh huh.

DS:  How did he know that?

RA:  Cause he knew what I was...was (***)

DS:  What were you looking for?

15

000246

RA:   I went upstairs and I fixed.

DS:   What did you cook it up in?

RA:   A spoon.

DS:   Did you use a piece of cotton or a cigarette filter?

RA:   Cigarette filter.

DS:   Where did you inject yourself?

RA:   Neck.

DS:   What did it feel like?

RA:   I got well.

DS:   Were you starting to get sick?

RA:   Yeah.

DS:   When you start to get sick, what happens to you?

RA:   I start getting the chills and...(***) start (***) out.

DS:   Get cramps?

RA:   No.

DS:   What did you do after you fixed at Juan's house?

RA:   I went back to the house.

DS:   Does Juan live next to you?

RA:   No.

DS:   How'd you get back to the house?

RA:   I got a ride.

DS:   Who'd you get that ride with?

RA:   I don't know, some guy.

DS:   Was he at Juan's house also?

RA:   No.

DS:   How did you get a ride with someone that you don't know
      that wasn't at Juan's house?

17



000247

DS:  And you went back to Juan's house again?

RA:  Yeah.

DS:  Why?

RA:  Cause I was high and I wanted more.

DS:  Did you...did you shoot up again?

RA:  Yeah.

DS:  What time was that?

RA:  Around....12:00, 11:00.

DS:  Do you know what day of the week that is?

RA:  I can't remember.

DS:  Was that the day that the problem happened over at the other house?

RA:  Yeah.

DS:  How did you get to the...when...when did you decide to go to the other house?  Where were you when you made that decision?  Were you at Juan's or were you at home?

RA:  Juan's.

DS:  And...I'm not clear about what you're saying.  You see yourself going home first before you went to uh, to Autumn's house?

RA:  Yeah.

DS:  Did you go straight there from Juan's?

RA:  Yeah.

DS:  And how many bags had you had at that time?  Did you shoot up with?

RA:  I had like a gram.

DS:  How many dime bags is that?

RA:  Probably five bags.

DS:  But you only bought three.

19

000248
000241

RA:  His hair's slicked back.

DS:  Hair slicks back.

DD:  What kind of car does Shorty drive?

RA:  He didn't have a car.

DD:  What else is there about Shorty?  Does he have tattoos?

RA:  Yeah.

DD:  What are his tattoos like?

RA:  Uh, there...I've met 'em but (***)

DD:  Is that the first time you met Shorty?

RA:  Yeah.

DD:  Anything...do you know where he has his tattoos?

RA:  I know he has a teardrop on his eye.

DD:  He has a teardrop tatoo on his eye, did you say?

RA:  Yeah.

DD:  Which eye?

RA:  I don't know.

DD:  Anything else you can remember about him?  Did he have a moustache?  Beard?

RA:  Yeah, he had this big moustache.

DD:  Any scars on his face?

RA:  Um, no.

DD:  What was he wearing that day?

RA:  I can't remember.

DD:  Okay.  Were you high at the time?

RA:  Yeah.

DD:  So then Shorty and you and the kids went over to Autumn's?



**EX 16   247**

RA:  Yeah.

DD:  Tell..tell me just like I'm Miguel. What...what exactly did you say?

RA:  I asked him if he could take me to this one house.

DD:  Did you tell him you were going to April's house?

RA:  I didn't say a name.

DD:  Why did you want to go there?

RA:  Cause I wanted to go get a VCR for Manny.

DD:  You were going to take a VCR from the house?

RA:  Yeah.

DD:  Did you tell Miguel that you were going to do this?

RA:  No.

DD:  Why did you tell Miguel you wanted to go there?

RA:  Cause my (***)

DD:  Starting to hurt again?

RA:  Yeah.

DD:  What time is it now that you're in Miguel's car going to April's house?

RA:  I don't know.

DD:  Is it daylight or is it dark?

RA:  Daylight.

DD:  Is there a lot of traffic or is there no traffic?

RA:  A little but not a lot of traffic.

DD:  Excuse me.  Was that Manual or Miguel?

RA:  Miguel.

DD:  Miguel.

DS:  How old is Miguel?

23

000250
8AS000

**EX 16    248**

DS: How did you know that...that uh...how did you know that Miguel would be able to buy it?

RA: Cause I had asked him before.

DS: How much money did Miguel tell you he would give you?

RA: A $100.00.

DS: Did you tell him what kind of a VCR it was?

RA: No.

DS: What happened when you got to April's house? Was the door unlocked?

RA: It was open.

DS: How did you go in?

RA: I knocked.

DS: What happened when you knocked?

RA: Autumn answered the door.

DS: What did you say to Autumn?

RA: I asked her if I could come in and (***)

DS: To do what?

RA: My makeup.

DS: What did she say to you?

RA: Yeah.

DS: What did you do then?

RA: I went in there.

DS: Where was Miguel?

RA: Outside.

DS: Did he watch...

DD: What was your...what was your...plan?  What were you planning on doing (***)?

RA: I wanted to get something to sell for drugs.

25

000251

RA: All coke.

DD: No what did the speed ball look like?  Was it a bindle..

DS: Describe that?

DD: Was it a bindle with the...with uh, uh, tinfoil attached to it?

RA: Yeah.

DD: What did the coke look like?

RA: It was in a rock.

DD: Did you smoke it?

RA: No.

DD: You cooked it?

RA: Uh, no.

DD: How did you do it?

RA: I melted it with water.

DD: Hot water?


END OF SIDE 1

SIDE 2

DD: Hot water?

RA: No.

DD: How did you melt it with water?

RA: (***)

DD: Did you use your kit?

RA: Yeah.

DD: And where did you...where did you inject it?

RA: My neck.

DD: How many times did you do cocaine that day, with heroin?

27

000252

RA:   Yeah.

DS:   What did you do?  And where was Autumn?

RA:   I went in and I knew where she was at.

DS:   Do you remember where you were at?

RA:   By the door.

DS:   And what did you do when you entered the house?

RA:   I went to her room.

DS:   What were you wearing?

RA:   A blue shirt.  Black pants.

DS:   What kind of shoes?

RA:   White.

DS:   What kind of shoes though.  That's the color.  What kind of shoes?

RA:   My LA gear.

DS:   LA gear?

RA:   Uh huh.

DD:   What was Autumn wearing?

RA:   I think she was wearing a dress.

DS:   Did she make you mad?

RA:   No.

DS:   Did she make you afraid somehow?

RA:   Yeah.

DS:   Why?

RA:   Cause she seen me.

DS:   Seen you what?

RA:   Taking some things.

DS:   What were you taking?

29

A-060253

**EX 16    251**

DD:  How did he know to come into the house?

RA:  I went up to the door.

DD:  Did you yell at him.

RA:  No.

DD:  How did he know to come into the house?

RA:  I just wanted to tell him.

DD:  Was Shorty in the car also?

RA:  No.

DD:  Where was Shorty?

RA:  I couldn't see shorty.

DD:  Was he there?

RA:  No.

DD:  Let me ask you this.  When you waved to Miguel, had you and he arranged that you were going to signal him when you got in?

RA:  No.

DD:  How did he know what you meant when you waved?

RA:  He (***) tell him to come.

DD:  So you spoke to him as well as waved to him?

RA:  I just signaled with my hands.

DD:  Okay.  But that was sort of a common type of gesture?

RA:  Yeah.

DD:  Like you were waving him toward the inside of the house?

RA:  Uh huh.

DD:  You're sure.

RA:  Yeah.

DD:  Have you done this before with Miguel?

31

A000254

RA:   (***).

DD:   Did she say anything?

RA:   Yeah.

DD:   What did Autumn say?

RA:   Where was I taking the Nintendo.

DD:   And what did you tell Autumn?

RA:   Nothing.

DD:   Was Autumn getting upset?

RA:   Yeah.

DD:   Was she starting to cry?

RA:   Yeah.

DD:   Did you tell her to stop crying?

RA:   Yeah.

DS:   Did she say that she was going to tell somebody about what you were doing?

RA:   Yeah.

DS:   Who?

RA:   April.

DS:   Who's April?

RA:   Her sister.

DS:   Pardon?

RA:   Her sister.

DS:   Her sister.  And how did you feel when she said she was going to tell April?

RA:   Kinda of scared.

DS:   Scared of what?

RA:   Giving me trouble.

33

000255

**EX 16    253**

RA: I don't know.

DS: Does it make you feel good when people get mad?

RA: Yeah.

DS: Does it make you feel stronger than they are?

RA: Yeah.

DS: Why?

RA: So they won't mess around with me.

DS: So it makes you look tougher?

RA:. Yeah.

DS: Okay.  Is that how you honestly feel?

RA: Yeah.

DS: Let's go back inside the house again now.  You're in and uh, and Autumn is next to you and Miguel took the Nintendo.

RA: Yeah.

DS: And what happened from that point?  She said she was going to tell April, her sister.

RA: She...I had send her to...to cl..to clean...(***) my eyelash curlers.

DS: You told Autumn to go clean your eyelash curler?

RA: Yeah.

DS: Where did she go to do that?

RA: I don't know.  In the kitchen?

DS: How long was she gone?

RA: For a while.

DS: Why did you tell her to do that?

RA: So I could be taking things out of the house.

DS: What else did you take?

35

000256
č2S000

DD:   What was that?

RA:   The knife in his (***)

DD:   Whose switch blade?

RA:   Miguel's.

DD:   How did it happen that he had a switchblade?

RA:   He carried one with him.

DD:   But how did you see it?

RA:   I...

DD:   Did he pull it out and open it?

RA:   He had it on his pants pocket.

DD:   But did he pull it out?

RA:   No, not yet.

DD:   Did he ever pull it out?

RA:   Yeah.

DD:   Tell me about that.

RA:   When I wanted to go.

DD:   You wanted to leave and Miguel pulled his knife out?

RA:   Yeah.

DD:   What did he say to you?

RA:   (***)

DD:   What did he say to you?  Did he say he was going to kill
      you?  Did he say he wanted you to stay longer?  What did
      he say to you?  What did Miguel say to you?

RA:   That he was going to get Manny.

DD:   He was going to get Manny?

RA:   Uh.

DD:   Your son?

37

000257