RA: I got the knife.

DD: How did you decide to pick up a knife?

RA: I seen it right there.

DD: What did it look like?

RA: It was long.

DD: What did you do with the knife? Did you put it in your pocket or did you hold it in your hand?

RA: I was holding it in my hand.

DD: And where did you go with the knife?

RA: To the bathroom.

DD: How were you...what were you thinking about?

RA: Manny.

DD: What do you mean, Manny?

RA: Manny was (***)

DD: He was outside.

RA: Yeah.

DD: Were you thinking about what you would do to Autumn?

RA: No.

DD: What were you thinking about?

RA: I was scared.

DD: Scared of what?

RA: Miguel.

DD: You were scared of Miguel?

RA: Yeah.

DD: Why?

RA: He (***) was going to (***).

DD: Did he say he would kill Manny?

39

RA: No.

DS: Did he cut Autumn with the knife?

RA: No.

DS: Did he watch you cut Autumn?

RA: Yeah.

DS: Where was he when this happened?

RA: Right there.

DS: Right where?

RA: There in the bathroom.

DS: Rosie, Rosie?

RA: Yeah.

DS: Are you aware that you're crying right now?

RA: No.

DS: Is this how you felt when this happened? When uh Miguel said he was going to kill Manny?

RA: Yeah.

DS: Pardon?

RA: Yeah.

DS: Did you cry then?

RA: Yeah.

DS: Is that why you're crying now? Rosie? What are you thinking now?

RA: (***)

DS: I can't hear you.

RA: (***)

DS: Pardon?

RA: Autumn.

41

DD: Where?

RA: I don't know.

DD: I mean in her head or her body?

RA: Yeah.

DD: Was her back to you or was she facing you?

RA: Her back was to me.

DS: What did she say?

RA: She was screaming.

DS: And where was Miguel?

RA: Right there.

DS: Did Miguel say anything?

RA: No.

DD: Was he urging you to keep on stabbing her?

RA: (***)

DD: Pardon?

RA: Yeah.

DD: Yes?

RA: Yes.

DS: How did you feel the first time you stabbed her?

RA: I was scared.

DS: What did you feel like? What was...what were you thinking?

RA: I didn't mean to hurt her.

DS: If you didn't mean to hurt her, why didn't you stop?

RA: Because I was scared.

DS: Scared of what?

RA: Miguel.

43

000260
000260

RA: He raped me.

DD: He raped you? When was that?

RA: When I was in (\*\*\*)

DD: Pardon?

RA: I was in elementary.

DD: Elementary school?

RA: Yeah.

DD: Where did this happen?

RA: In the park.

DD: What park?

RA: Modjeska Park.

DD: And what did he do?

RA: He said my father wasn't going to pick me up today. He was going to take me home.

DD: And what did he do.

RA: (\*\*\*) to the park.

DD: And then what?

RA: He (\*\*\*)

DD: Pardon?

RA: He gave me a cigarette.

DD: How old were you then?

RA: Nine.

DD: Is that the first time he hurt you?

RA: Yeah.

DD: What did he do to you then?

[PHONE RINGING]

DS: She's hyperventilating now.

```
DD:  Did you tell anybody?  Did you tell anybody about it?
RA:  No.
DD:  Why not?
RA:  I was scared.
DD:  Did he threaten you?
RA:  Yeah.
DD:  If you...did he threaten you with something in order to
     keep you from telling somebody?
RA:  Yeah.
DD:  What did he say?
RA:  He said he'd kill me.
DD:  Did he have a knife then?
RA:  No.
DD:  How did he say he would kill you?
RA:  He said he'd kill me and (***)
DD:  Did he hurt you again after that time?
RA:  Yeah.
DD:  He did?
RA:  Yeah.
DD:  Was that a yes or a no?
DS:  Yeah.  That was a yes.
DD:  When did he hurt you the next time?
RA:  He kept on doing it.
DD:  How many times did he hurt...did he do that to you?
RA:  Until I went to junior high.
DD:  How often?
RA:  I don't remember.
```

47

000262
139000

DD: Which gang is Miguel a member of?

RA: He's not from a gang.

DD: What about Shorty?

RA: I don't know Shorty very good.

DD: Have either of them been in jail?

RA: Shorty...I had met him that day he had gotten out of prison.

DD: What prison?

RA: I don't know.

DD: Do you know what jumping in means?

RA: Yeah.

DD: What does jumping in mean?

RA: When they jump you into the neighborhood.

DD: Did you jump in?

RA: No.

DD: Why?

RA: Cause I don't want to.

DD: Did they want you to?

RA: Yeah.

DD: You were inside the house with Autumn now, and was the last time that Miguel hurt you in junior high school then?

RA: Yeah.

DD: Had he tried to hurt you after junior high school?

RA: Yeah.

DD: Did he ever hurt you after junior high school?

RA: Yeah.

DD: When?

49

000263

RA: On the floor.

DD: What did you do then?

RA: I was crying.

DD: What did you do next?

RA: I ran.

DD: What did Miguel do?

RA: I don't know.

DD: Did you go with him?

RA: No.

DD: What did he say to you after this happened?

RA: Nothing.

DD: Did he tell you that he would kill you?

RA: Not me.

DD: Did he tell you anything about what to do?

RA: Yeah.

DD: What did he tell you?

RA: He told me not to tell anybody.

DD: Who did you tell?

RA: Nobody.

DD: What did you think about while this was happening?

RA: I don't remember.

DS: Let's go into this. Uh, where did you get the knife from?

RA: The kitchen.

DS: And where in the kitchen did you get the knife?

RA: I don't know. On the sink or (***) don't know.

DS: And what kind of knife was it?

51

DD: He continued to take things out after you hurt Amber? Uh, Autumn rather?

RA: Yeah.

DD: How much stuff did he continue to take out?

RA: I don't know.

DD: What did he take?

RA: The VCR.

DD: You'd already given him the VCR hadn't you?

RA: Yeah.

DD: Did you see him carry things out after Autumn went uh, to the floor?

RA: Yeah.

DS: What kinds of things did you take?

RA: TV. VCR, a radio. (**) we take the telephone from the house.

DS: Who else came into the house besides Miguel after this?

RA: Just me and (***).

DS: Did you go back and look at Autumn?

RA: Yeah.

DS: What did you see?

RA: She was on the floor.

DS: Was she breathing?

RA: I don't know.

DS: Was she making any noise?

RA: I don't know.

DS: What did you think would happen?

RA: I was scared.

DS: Did you think what you were doing was right or wrong?

53

DS: When you left the house, did you tell him?

RA: No.

DS: Did you have blood on you?

RA: I don't know.

DS: Did Autumn scream?

RA: Yeah.

DS: Could Shorty hear it?

RA: I don't know.

DS: How many times before did you think about hurting someone with a knife?

RA: Never.

DS: You said you like it when people get mad because you're tougher than they are. Do you remember that?

RA: (***)

DS: Did you carry a knife before?

RA: No.

LL: (***)

DS: Do you think about hurting people?

RA: No.

DS: How many times before have you hurt somebody, Rosie?

RA: Never.

DS: How many times did you hit somebody?

RA: Couple of times.

DS: Didn't that hurt them?

RA: I don't know.

DS: How long ago was it that you hit somebody?

RA: A while.

55

DS: Did it feel like you were shooting up when you were stabbing Autumn?

RA: I don't know.

DD: Did you get excited?

RA: Yeah.

DD: How did you get excited?

RA: I couldn't stop.

DD: What did it feel like to be excited?

RA: It...I don't know.

DD: You have a boyfriend?

RA: No.

DD: Have you had a boyfriend in the past?

RA: Yeah.

DD: Have you had times when you've gotten excited with him?

RA: Yeah.

DD: Did this feel the same way?

RA: No.

DD: What was different about it?

RA: I don't know.

DS: When you were stabbing Autumn, did you wet yourself?

RA: No.

DS: Did you pass any gas?

RA: I don't really remember.

DD: Did you feel like throwing up?

RA: Yes.

DD: While it was happening or afterwards?

RA: Afterwards.

DS: Do you know what crystal is?

RA: Yeah.

DS: When's the last time yo did any crystal?

RA: More than a year.

DS: Do you like cocaine better or crystal better?

RA: Crystal.

DS: If you do cocaine, and you do crystal, can you tell the difference between the two?

RA: Yes.

DS: When you did the drugs at Juan's house, did you do crystal or did you do cocaine?

RA: I don't know.

DS: What do you think it was?

RA: (***)

DS: What do you think it was though Rosie?

RA: I thought it was (***).

DS: What did it feel like? Did it feel like crystal or did it feel like cocaine?

RA: Crystal.

DS: And...and again, in your mind, what would uh, be the difference? What made you so sure that it uh, was crystal?

RA: Because it burned.

DS: Burned where?

RA: In my veins.

DS: If you do crystal does it burn your veins?

RA: Yes.

DS: And it felt like it was crystal?

RA: Yes.

59

000268

```
DS:  Did Miguel do any crystal?
RA:  No.
DS:  Does Miguel do dope?
RA:  No.
DS:  Why does Miguel threaten people?
RA:  I don't know.
DS:  Did your father know that Miguel raped you?
RA:  No.
DS:  Why not?
RA:  I never told him.
DS:  I see.
DD:  Who did you tell?
RA:  Nobody.
DD:  Did you want to tell somebody?
RA:  Yes.
DD:  Why didn't you do it then?
RA:  I was scared.
DD:  Do you have any brothers?
RA:  Yeah.
DD:  Did you ever tell your brother?
RA:  He's younger than me.
DD:  What did you think about after you left Autumn's house?
RA:  I was scared.
DD:  Where did you go?
RA:  Home.
DD:  Did you do some more drugs?
```

61

RA: That if I did it right, then nothing would happen to Manny.

DS: Where did you go then?

RA: Home.

DS: Did you think about Autumn?

RA: Yes.

DS: Do you remember when the police went to the house?

RA: Yes.

DS: Why did you go back?

RA: Cause I wanted to see if I really killed her.

DS: You didn't think you had killed her?

RA: No.

DS: Why?

RA: I don't know.

DS: Why didn't you think you had killed her?

RA: I don't know.

DD: Were you wishing that you hadn't?

RA: Yes.

DD: Is that because you didn't really intend to do it?

RA: Yes.

DS: Are you glad Autumn is dead?

RA: No.

DS: Was it exciting to you when you were doing this?

RA: Yeah.

DS: Do you like to do things that are exciting?

RA: Yes.

DS: Did you like doing this?

63

000270

RA: No.

DD: How did you know where to stab her?

RA: I wasn't looking.

DS: Did Miguel stab her too?

RA: I don't know.

DS: Did you see Miguel stab her?

RA: No.

DS: Did Miguel tell you he had stabbed her?

RA: No.

DS: Did Miguel clean off a knife?

RA: No.

**END OF SIDE 2**

000271

EX 16   269

RA: No.

DS: Were you selling some of the stuff that was taken from the house?

RA: Yeah.

DS: And what did you sell?

RA: The typewriter.

DS: And who bought that?

RA: Some (***)

DS: How much money?

RA: $50.00

DS: Did you go back to Juan's house after that?

RA: Yeah.

DS: Did you buy some more stuff?

RA: Yeah.

DS: What did you buy?

RA: Balls.

DS: Did you tell Juan that he had sold you crystal?

RA: No.

DS: Why not?

RA: I don't know.

DS: Do you know that it was crystal that he gave you?

RA: No.

DS: But you believe that it was?

RA: Yes.

DS: Did you want crystal, or did you want cocaine?

RA: Cocaine.

2

000272
000271

EX 16    270

DD: And why is that?

RA: If I do believe, nothing's wil happen to Manny.

DD: But you're in custody. Does that mean you did it right? You've been arrested and you're going on trial. Does that mean you did it right?

RA: No.

DD: Has he come to visit you at the jail?

RA: No.

DD: Have you heard anything about where he is right now?

RA: No.

DS: Rosie, do you find yourself in places where you don't remember going?

RA: Going?

DS: Do you suddenly find yourself in some place and you don't remember going there?

RA: No.

DS: Do you hear voices talking to you and telling you to do things?

RA: (***)

DS: Do you hear anybody besides Miguel?

RA: No.

DS: Do you feel like there's someone living with you or inside of your body?

RA: I don't know.

DS: Is there someone living inside your body besides yourself?

RA: I don't know.

DS: Why don't you know?

RA: I (***)

4

RA: He's locked up.

DD: How...how long ago?

RA: When I was 14.

DD: I see.

DS: Have you been having dreams?

RA: Yes.

DS: Tell me about them. What do you dream about?

RA: Miguel.

DS: What else do you dream about? Rosie?

RA: Yeah.

DS: What else do you dream about besides Miguel?

RA: My babies.

DS: What babies?

RA: My babies.

DS: How many do you have?

RA: Four.

DS: And what are their names?

RA: (***), Manny, Eddie and Ernie.

DS: And who are the fathers?

RA: They all are mine from Manual. And one's from some other guy.

DS: Who is that?

RA: Mardin.

DS: What is his name?

RA: Mardin.

DS: Martin or Mardin?

RA: Martin.

6

000274

DD: Where is he?

RA: [CRYING]

DS: Do you see him in your house? Do you see him in Autumn's house?

RA: Yeah.

DS: Autumn's house?

RA: Yeah.

DS: And what do you see him doing to...to Manny?

RA: [CRYING]

DS: Is he stabbing him?

RA: [CRYING]

DS: Rosie? Is he stabbing him?

RA: [CRYING]

DS: Rosie? Is he stabbing him?

RA: [CRYING]

DS: Rosie. Is he stabbing him?

RA: Yes.

DS: Is he using his knife?

RA: [CRYING] Yes.

DS: We're not going to let that happen. That's a fear.

RA: [CRYING]

DS: You'll be okay Rosie, and so will Manny. Does somebody have Manny now?

RA: Yes.

DS: Who has Manny?

RA: [CRYING] His father.

DS: Where does his father live?

8

[WHISPERING]

DS: Rosie, how do you feel? Your mouth dry?

RA: (\*\*\*)

DS: Okay. We'll have them uh, the officers help you. I'm going to stop the tape recording as of this point. It is now 4:15 exactly.

**END OF EXAMINATION**