# Accent



For $300 an hour, Thomas Streed, right, and Dr. Bruce Danto, shown with a .45-caliber handgun, delve into deaths of questionable circumstance.

# FINAL ANALYSIS

## Investigation service combines psychiatry and sleuthing to examine violent deaths

Story by Kim Christensen
Photo by Bruce Strong
The Orange County Register

A glance around Dr. Bruce Danto's office yields more than a few clues to his line of work.

Academic certificates adorn the walls, and his bookshelves boast a hardback gallery of infamous bad guys, from Al Capone to the Zodiac killer.

Even Danto's necktie, with little white skulls on a blood-red background, hints at what he does for a living.

But perhaps the most telling of all are his tabletop figurines of Sherlock Holmes and Sigmund Freud.

Like the fictional detective and the psychoanalyst, Danto is both a shrink...

...up one-half of Death ...tional, a Fuller-
...e formed this
...eed, a former
...eriff's detective.
...the two "death
...ily delve into homi-
cides, suicides, industrial accidents, natural disasters or any other death of questionable circumstance.

"Suppose a person is found dead of a gunshot wound," Danto said. "Was it self-inflicted? Was it homicide, or was it an accident? That's the kind of thing we find out."

Such was the case with an El Paso, Texas, infant who had been scalded in a bathtub and died a month later.

A baby sitter said the child had fallen into the tub while the hot water was running, but photographs told Danto otherwise.

Pictures of the girl's feet indicated to him that she had been dipped into the 140-degree water as punishment. The absence of burns on the baby's back and bruises on her neck also showed that she had been held face down in the tub.

"The material was all there,"
Danto said. "It just hadn't been read right by the police."

As a result of his investigation, a civil suit was dropped against his client, a water-heater manufacturer, and authorities pursued criminal charges against the baby sitter.

The case underscored what Danto and Streed tout as Death Investigation International's advantages over the police.

Unlike overworked and understaffed police departments, they can spend as much time on a case as is necessary, or at least as much as their clients can afford.

"When you stop to consider that any major department may have anywhere from nine to 15 homicides or deaths to investigate on a weekend and they're short of staff, a lot of important details sometimes slip away," Danto said.

Like his partner, Danto, 61, knows what life is like on the other side of a badge.

A psychiatrist since 1962, he spent eight years in the 1970s and early '80s working with county sheriffs' departments in Michigan. He later conducted private-practice investigations into deaths of jail inmates and patients of hospitals and mental health facilities.

Streed, 47, retired in March after 22 years with the San Diego County Sheriff's Office, 20 of them as a homicide investigator. He has a doctoral degree in behavioral sciences and teaches investigative courses to police officers around the nation.

The two became acquainted a few years ago at professional gatherings such as conferences of the American Academy of Forensic Sciences, of which both are fellows.

Their first case together was about three years ago, when Streed enlisted the forensic psychiatrist's help in investigating the shooting of a teen-ager

Please see INVESTIGATORS/2

000277

## ESTIGATORS: Psychiatrist and former detective probe



Ygnacio Nanetti/The Orange County R
Thomas Streed, left, and Bruce Danto became acquainte conferences and have joined forces to investigate mysterious de

n Diego County sheriff's

)y, who had just broken up girlfriend, was intoxicated puties found him alongside The youth turned his back )uty pointing a shotgun at d squatted down to the the gun at his side in an gesture of surrender, aid.

way did he pose any dan- the officer," Danto said. 1en he got up and turned the officer just blew him le was killed instantly."

was called in to determine the shooting was a "vic- :ipitated homicide" — the victim wished to die — 1er the deputy had been too shoot.

ng together, he and Streed ned that the latter had oc-

's analysis of the teen- sychological makeup indi- 1at the boy was not self- ive, he said.

d Streed also checked into ity's background and found :r questionable cases: one 1 a man's arm was broken sarily during an arrest, ther in which he did noth- :op a suicide.

nk he 'needed' this young lie," Danto said of the dep- st like he 'needed' the oth-

er man to commit suicide and he 'needed' to break the other guy's arm."

There was not enough evidence to prosecute the deputy, who nego- tiated a disability retirement. The youth's family agreed to settle a civil suit.

"We got this officer off the street at a cost to the county of $50,000, which is cheap" when compared with similar wrongful-death cases, Danto said.

He and Streed since have cooper- ated on about a dozen cases, ap- proaching most in the same fash- ion. Besides interviewing ac- quaintances and relatives of the deceased, they also round up all available records.

"We get all the documents that are available: photographs, dia- grams, sketches, police reports, witness reports, transcripts, depo- sitions — anything we can — and we read every single word," Streed said. "It gives you a kind of a game plan, an impression of where you have to go with these cases."

Photographs often provide the best clues to how a death occurred, said Streed, who has learned to shun convention.

When viewing photos, for in- stance, he turns them upside down.

"Most people look at stills so the normal scene is displayed: the sky at the top, the ground at the bot- tom, so to speak," he said.

"I skew them. What it does is it creates an unsensical image for your brain to try to decipher. When you do that, it causes you to look at things much more analytically."

When examining a murder scene, he also tape-records his dis- cussions — with himself.

"I carry on a conversation with myself and the killer: 'Why did you do that? Why did you walk in here?'" he said. "It provides a first-person impression of what's taken place."

For Danto and Streed, the death- investigation business is an exten-

sion of their personal interest subject.

Danto's fascination with dates to his childhood, when year-old he began working f undertaker who was "kind of father" to him in Lexington,

"I was the only kid in towr basically got to see real, live bodies," he said.

Danto's interest extends aspects of death, including h touches the lives of surviving ily members. He has counsele relatives of homicide and su victims and in 1968 founded a

000278

## and feelings in their research

ide-prevention and drug-intervention center in Detroit.

While living in Michigan, he was or several years a "special deputy" of the Wayne County Sheriff's Department. Among other things, Danto trained deputies how to respond to hostage situations, said Tony Shannon, the department's current deputy chief.

"If you asked him to stay around the clock at a hostage situation, he would," Shannon said.

Capt. Richard Russel of the St. Clair County Sheriff's Department remembers Danto as a flamboyant psychiatrist who worked with his department's detectives and often testified as an expert witness for the prosecution.

"He was a little eccentric," he said, recalling Danto's affinity for saucer-size turquoise-and-silver belt buckles and other Indian jewelry.

Danto was the first in the area to use intravenous "truth serums" such as sodium pentothal to help witnesses remember pertinent details, Russel said.

Although he and Streed would not discuss current cases in detail, citing pending legal action, Danto said he and his partner also have used sodium pentothal in the case of a young Orange County woman who has been convicted of murder.

They have been hired by the woman not to prove her innocence but to enhance her memory, which she contends was affected by drugs she was taking at the time of the slaying.

Their findings, Danto said, could save her from a death sentence.

"We did the pentothal interview to bring out certain details of the crime to see if other people were there or whether there were mitigating circumstances," he said.

The woman, while under the influence of the sodium pentothal, recalled injecting herself with methamphetamine, Danto said. Examination of the "flurry of stab wounds" on the victim's body also indicated that the killer was using the drug, he said.

Among those who have used the death analysts' services are police departments, insurance companies, prosecutors and defense attorneys.

Streed and Danto said they strive for impartiality, whomever their clients.

"We're not in the endorsement business," Streed said. "We're interested in establishing the truth of the matter and letting the chips fall where they may."

He summed up his interest in death in a single word: curiosity.

"Bruce said one time that every murder has a story to tell," he said. "Our job as death analysts is to find out what the story is."

NOTE:
JOHN ALLEN



```
DATE ASSIGNED  6-15-90
DR#  90 26853
CORONER#
CRIME  187 PC
DATE & TIME  6-15-90
VICTIM  WALLACE,
        AUTUMN CAROL.
SUSPECT

LOCATION  10462 HEDWNA
          ANAHEIM
```

707

000281
000280

## ORANGE COUNTY SHERIFF-CORONER DEPARTMENT

## *SPECIAL BULLETIN*

.O. BOX 449, SANTA ANA, CA 92702    PHONE (714) 647-7000    BRAD GATES, SHERIFF-CORONER

# WANTED FOR MURDER



SUSPECT #1

**SUSPECT #1**

M H 27 to 32 Avg Hgt & Wgt. Thick full black hair combed straight back, full bushy mustache, brn eyes, possibly a small scar on the left cheek and acne scarring, hairy forearms, wearing a lt. blu s/s button-down sports shirt, slightly faded blu jeans (501's?)

SUSPECT #2 - M Possibly Hispanic, brown hair, white s/s T-shirt, NFD



Golden brown 78-79 Chevy Monte Carlo 2-dr. paint is in fair condition, perhaps starting to oxidize. There may be a tan spot on the vehicle (vinyl roof? / primer?)

THE WITNESS IS CERTAIN THE SUSPECT VEHICLE IS A 1978 OR 1979 CHEVY MONTE CARLO, AND NOT A GM LOOK-A-LIKE.

**LOOK-A-LIKE SUSPECT VEHICLE**

SEE REVERSE SIDE

CASE: #90-26853                                BULLETIN DATE: 06-22-9

**CONFIDENTIAL - FOR LAW ENFORCEMENT ONLY**

000282

EX 19    279

**MAJOR INVESTIGATION CLUES**

CLUE # 534
000584

Date: 6-22-90  Time: 1205  Ofcr Taking Info: Nature(?)
Info From: Dep. Kenneth Hader via Sgt Brimmage
Address: OCJ  Phone: 647-4550

Suspect (Name and Description): GONZALEZ, ROBERT FRIAS
S.A. — DOB ███ -57
MMA 5-5 165 BLK BRN — ████
Booking # 1128381. AKA "BETO" (**)

DR. #
CII #
Print Class:

Suspect's Vehicle:

Info: Dep H saw flyer — pulled file on poss look alike (info above). Gonzales may drive a black or dark blue Camaro — 78 to 80 or so, — seen by Central Court in this veh Jan 90.

(**) priors for 211, dope, parole viol Member of FX.

(Continue Reverse Side)

Assigned To: Burney  6-22-90

Disp: