# CHRONOLOGICAL RECORD

# 642

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case

| DATE | TIME | INVESTIGATION | DR |
|---|---|---|---|
| 6-29-90 | 1445 | PROBATION OFFICER DON BARR BOOKED ROBT FRIAS GONZALEZ INTO OCJ FOR PC 1203.2 PROB. VIOLATION. HE IS ON PROB FOR 2 COUNTS OF HS 11351 + 1 CT. HS 11359 HIS PROBATION ENDS ON 10-92 | |
| | | DON BARR 569-2315 | |
| | | DAN NAKAGAWA 558-4969 (PAROL OFF FOR GONZALEZ) HIS PAROLE ENDS 8-10-90 | |
| | | GONZALEZ'S PARENTS → ELOISA + SALVADORE GONZALEZ (543-8594) | |
| | | CII — M05409005 | |
| | | FBI — 4602OR9 | |
| | | OC — 336858 | |
| | | CDL — C3588707 | |
| | | SS — ███████ | |
| | | A# — 92016 (PROBATION) | |
| | | C# — C37479 (PRISON) | |
| | | STREET NAME — "BETO" | |
| | | TATS — NUMEROS | |
| | | VEH. — OWNS A BLUE ISUZU/DRIVES DRK BLU FIREBD. DRIVES FATHER'S 74 MONTE CARLO (LT BLU) | |
| | | ADD — ███████ S.A. (543-8594) | |
| | | AKA — SEGURA, OCTAVIO MICHAEL 2/85 | |

000284

EX 21   281