COPY

VIOLATION: PC187

(X) INTERVIEW    ( ) CONVERSATION    ( ) TELEPHONE

NAME OF INTERVIEWEE:    Antonio Reynoso

DATE/TIME OF INTERVIEW:    July 2, 1990

LOCATION OF INTERVIEW:    O.C.S.D. Homicide Interview Room

CONDUCTED BY:    Investigator T. Giffin - O.C.S.D. - Homicide
                 Investigator G. Bale - O.C.S.D. - Homicide

TRANSCRIBED BY:    M.A. Garcia - O.C.S.D. - Investigations

--**-- (DENOTES INAUDIBLE PORTIONS OF TAPE)

(FIRST PART OF TAPE DID NOT RECORD)

REYNOSO:   ...Yes...
GIFFIN:    ...would you say?
REYNOSO:   Yeah, not a, it was not a two (2) door.
GIFFIN:    Okay.
REYNOSO:   You know what I mean.
GIFFIN:    Okay, usually when we call cars two (2) doors that means there's one (1) door on the driver's side...
REYNOSO:   ...uh-huh...
GIFFIN:    ...one (1) door on the passenger's side.
REYNOSO:   Yeah.
GIFFIN:    And a four (4) door car has...
REYNOSO:   ...oh, yeah, yeah...
GIFFIN:    ...two (2) doors on each side.
REYNOSO:   Two (2) doors on each side, yeah. It was two (2) doors.
GIFFIN:    It was a two (2) door car...
REYNOSO:   ...yeah, two (2) door car, yeah.
GIFFIN:    Uh, and it was medium brown?
REYNOSO:   Yeah.
GIFFIN:    Was it dark brown?

1974J

3137

000285

EX 22    282

| | |
|---|---|
| REYNOSO: | Yeah, it was like light brown, yeah. |
| GIFFIN: | Like gold maybe? |
| REYNOSO: | Like, yeah, something... |
| GIFFIN: | ...goldish brown... |
| REYNOSO: | ...yeah... |
| GIFFIN: | ...golden brown maybe? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | What color was the interior? |
| REYNOSO: | Mmm, I don't remember. I don't know if it was black or brown. |
| GIFFIN: | Did it have mag wheels or anything like that? Anything real particular? |
| REYNOSO: | No, I don't think so. I think it was just regular, you know, wheels. From a factory, yeah. |
| GIFFIN: | Did it have anything custom on the inside, you know, like, uh, maybe a small steering wheel or... |
| REYNOSO: | ...fancy, no it was just a normal car. |
| GIFFIN: | Let me show you a picture of a car... |
| REYNOSO: | ...okay... |
| GIFFIN: | ...stay right there... |
| REYNOSO: | ...okay, uh-huh. |
| GIFFIN: | Did it look anything like that? |
| REYNOSO: | Nah, it's too big. It's, uh, a Monte Carlo, Grand Prix, something like that. No it's too big. The car was like, something like a Camaro or something like that. But it was not a, (it was not a Monte Carlo) |
| GIFFIN: | Like a Camaro or a Firebird? |
| REYNOSO: | Fire, yeah, something like that, you know, it was a small car. |
| GIFFIN: | What about the color on that one? |
| REYNOSO: | About the same color, the same color. |
| GIFFIN: | What about the driver of the car? What did he look like? |
| REYNOSO: | Uh, the driver? |
| GIFFIN: | Yeah. |
| REYNOSO: | Mmm, I don't remember at all. I don't know if he was skinny or fat. I didn't even look, you know, I just went for a ride, you know, but I didn't even, I don't even know what he looked like. |

3/38

1974J

000286

| | |
|---|---|
| GIFFIN: | Did he ever get out of the car? |
| REYNOSO: | Mmm, no. |
| GIFFIN: | He never got out of the car? |
| REYNOSO: | Not that I know of. |
| GIFFIN: | Did he pull into the driveway? Or did he park out front or did he park across the street of this house? |
| REYNOSO: | He parked in the driveway. |
| GIFFIN: | Did he pull in forward or did he back in? |
| REYNOSO: | Back in, backed in. |
| GIFFIN: | What kind of clothes were you wearing that day? |
| REYNOSO: | The day? I'm always wearing a white t-shirt, always. |
| GIFFIN: | A white t-shirt? |
| REYNOSO: | Always, always. Every time if you went up to see me a white t-shirt and, uh, Levis. |
| GIFFIN: | What kinds of clothes did the driver of the car have on? |
| REYNOSO: | Hmm, I don't know. You mean color, I don't know. |
| GIFFIN: | What kind of clothes? |
| REYNOSO: | It was just, just regular clothes but I don't, I don't know. I don't remember the color. |
| GIFFIN: | How long was, uh, Rosa inside the house? |
| REYNOSO: | Hmm, let me see, no more, no more than ten (10) minutes. |
| GIFFIN: | Okay. |
| REYNOSO: | Cause we, we, uh, went back real quick, you know, back to Jeffery. |
| GIFFIN: | Was she loaded? |
| REYNOSO: | I don't know. |
| GIFFIN: | Antonio, come on. |
| REYNOSO: | I, I swear to god I don't know. |
| GIFFIN: | You've seen people loaded before. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And you know what it's like... |
| REYNOSO: | ...I do... |
| GIFFIN: | ...to be loaded because you've been loaded. |
| REYNOSO: | Yeah. I, I know what you're trying to say, yeah, but I didn't, I didn't, I didn't even look, you know, if she was. |
| GIFFIN: | I'm not asking you if you saw her shoot up or anything. |

3/39

19740

000287

REYNOSO: Oh, I know, I know. It's, you know, what I'm, you know what I'm, you know, I'm trying to say that I, you know, I didn't ask her. You know, I don't know. I didn't even look at her you know. I didn't even look, you know, see if she was using drugs or not, you know. The only reason that I went because, you know, it was, there was gonna be a pretty, you know, it was gonna be a good deal, you know, for me. You know, to get a v.c.r. But I didn't, you know, I didn't....

GIFFIN: ...did it sound too good to be true?

REYNOSO: Hell no. When I came, right away when we came back, you know, I go, I didn't even, you know, I didn't even see the goddamn v.c.r. Oh, I know that it was in the back of the car but I didn't, you know, I didn't get to, uh, buy it, you know. So I got all pissed and just take, took off, you know. I went back to my house. But I don't know if she was using drugs or not.

GIFFIN: Did she have any needle marks or anything like that? I mean, you know, how hypes marks? I don't think I have any marks.

REYNOSO: You know it's like if I show you my arms right now, you know, it's like when I go to my mom's, you know, right away come on son let me see your arms. She knows that I'm not using because I'm, you know, I look, you know, healthy. And when I start using, you know, you lose weight. So she knows that, uh, she's know when, when I'm using. And she's, you know, she's pretty healthy. The girl, if you see her she don't even look that, uh, you don't even know that, uh, she's using. Cause, you know, she's about my size, you know, pretty, uh, healthy. A lot of, a lot of people, you know, they, they lose too much weight because people like us, you know, a lot of people that don't have a place to stay.

GIFFIN: Who do you stay with now?

REYNOSO: With my friends.

GIFFIN: What's his name?

REYNOSO: Rosindo.

3130

1974J
000288

EX 22   285

| | |
|---|---|
| GIFFIN: | ~~What is it?~~ |
| REYNOSO: | ~~You want me to write it down for you? Rosindo~~ |
| GIFFIN: | ~~Sure.~~ |
| REYNOSO: | ~~Rodriguez.~~  Shorty's real name |
| GIFFIN: | Write it right there. |
| REYNOSO: | Right here? |
| GIFFIN: | Yeah. |
| REYNOSO: | ~~He owns the apartment.~~ |
| GIFFIN: | ~~He owns it?~~ |
| REYNOSO: | I mean, you know, pays... |
| GIFFIN: | ...he rents it. |
| REYNOSO: | Yeah, he rents, he pays the rent and everything. But it's the same, you know, the same phone number so. There's another guy too. Two (2), two (2) brothers. Same name. |
| GIFFIN: | Ernesto. |
| REYNOSO: | Yeah, Ernesto. |
| GIFFIN: | Ernesto, or Arresto? |
| REYNOSO: | No, Ernesto, E-R-...Erne-oh, sorry put a, yeah. E-R-N-E-S-T-O, yeah, you got it right now. |
| GIFFIN: | ~~Ernesto Rodriguez.~~ |
| REYNOSO: | ~~Uh-huh, yeah.~~ |
| GIFFIN: | How old is Ernesto? |
| REYNOSO: | About twenty (20), twenty-one (21) I think. |
| GIFFIN: | How about, uh, Rosindo? |
| REYNOSO: | Uh, he's, I don't know his age. |
| GIFFIN: | Older or younger? |
| REYNOSO: | No, he's older than him, yeah. |
| GIFFIN: | He's as old as you? |
| REYNOSO: | Yeah, no, I mean older than, uh, him. He's about twenty, about twenty-four (24), or twenty-five (25), something like that. |
| GIFFIN: | Where do you know these guys from? |
| REYNOSO: | From the street. They're working people. Oh, they're like, the only reason that I'm there because they know that I'm not using. If I start using they'll kick me out of the house real quick, yeah. But they're pretty good guys, you know, they're, you know, they're work and, uh, they don't, they don't even drink. |

1974J

3131

00028

EX 22   286

```
                                                        DR NO.  90-26853
                                                        PAGE     6
```

GIFFIN:   Do you drink at all?

REYNOSO:  No, not anymore I quit, I quit drinking, smoking, and everything. I don't even smoke no more.

GIFFIN:   Now Rosa was in the house for ten (10) minutes and she brought out t.v. and a v.c.r. and some clothes?

REYNOSO:  Uh-huh.

GIFFIN:   Did she bring out anything else that you can think, try hard?

REYNOSO:  Hmmm, oh, okay, I think it was a typewriter, I think, yeah

GIFFIN:   Okay, the v.c.r. was it one of the little ones or was it a big one, was it silver, was it black?

REYNOSO:  Hmmm, I don't Remember if it was black, but it was, it was pretty good size.

GIFFIN:   Oh, about twenty (20) inches across, twenty-four (24) inches?

REYNOSO:  I don't know it was pretty big.

GIFFIN:   What about the t.v. was it a big one or a little one?

REYNOSO:  No, it was just a, about this big. Probably twenty-one (21) inches, probably, small.

GIFFIN:   Nineteen (19), twenty (20) inch?

REYNOSO:  Yeah.

GIFFIN:   I don't know if they have twenty (20) inch.

REYNOSO:  About nineteen (19), yeah. Yeah, it probably was a nineteen (19).

GIFFIN:   Was it a portable or did it have a big wood cabinet?

REYNOSO:  Oh no, it was not a portable t.v., it was a pretty...

GIFFIN:   ...okay. The typewriter...

REYNOSO:  ...uh-huh.

GIFFIN:   What can you tell me about the typewriter? Was it, uh...

REYNOSO:  ...mmm, it was...

GIFFIN:   ...was it a big one?

REYNOSO:  It was...

GIFFIN:   ...a big electronic one or was it a portable one.

REYNOSO:  No, it was, it was a, it was pretty, it was a small one. Small.

GIFFIN:   Okay. What other, other things did she bring out of the house?

REYNOSO:   Just... there was, brought a lot of shit in the back seat didn't even look.

GIFFIN:    Ahh, you took a peek, what was it?

REYNOSO:   I know that it was a lot of clothes and everything, but se I was busy with the baby cause the baby was right, right next to me.

GIFFIN:    Were in the front seat or the back seat?

REYNOSO:   No, in the back seat watching the baby.

GIFFIN:    Okay.

REYNOSO:   And she was talking to the, the driver. So I didn't, you know, I was just like watching the baby. That's why I didn't even, I didn't even know, I didn't even know that, uh, I don't even know if it was more stuff, you know, caus there was a lot clothes, you know, all over.

GIFFIN:    Okay.

REYNOSO:   But I know, yeah, I just remember that it was a typewriter.

GIFFIN:    Typewriter.

REYNOSO:   Yeah, I know that it was.

GIFFIN:    Were the clothes folded up or in suit cases? Were they on hangers?

REYNOSO:   It was on hangers all over, all over the god damn seat.

GIFFIN:    Okay. Any kind, were they wire hangers, or wooden hangers, or those bright plastic hangers, or anything ring a bell?

REYNOSO:   I think it was wire hangers.

GIFFIN:    You couldn't tell whether they were girls clothes or boys clothes?

REYNOSO:   No. I don't know if it women's clothes or men's clothes.

GIFFIN:    She probably bring some more things out besides, uh, these three (3).

REYNOSO:   That's what I'm trying to explain to you that, uh, listen, it was hard for me to see all this, you know, all the stuff in the back seat cause it was a lot of, a bunch of clothes, you know, all over and, uh, I didn't see nothing else.

GIFFIN:    Well, did she look like a hype?

REYNOSO:   Her?

GIFFIN:    Yeah.

REYNOSO:   You want me to tell you the truth, yeah.

| | |
|---|---|
| GIFFIN: | She looked like a hype? |
| REYNOSO: | It's like if you see me on the streets, you know, with, uh, tattoos all over my arms what are you gonna think, the same thing. |
| GIFFIN: | Well, I'd say right now that you probably used in the past. You look pretty good now. |
| REYNOSO: | I didn't use nothing for seventeen (17) months. |
| GIFFIN: | How long were you in Suzanneville? |
| REYNOSO: | About sixteen (16) months. |
| GIFFIN: | Sixteen (16) months. |
| REYNOSO: | Yeah. |
| BALE: | If they need to do a influence exam can we move down to the other room? |
| GIFFIN: | They're not gonna do him for an influence. |
| BALE: | No. |
| REYNOSO: | Oh, you can do it if you want to. |
| BALE: | No, he's too easy. He's too cooperative I got somebody else out there. |
| REYNOSO: | All right. |
| GIFFIN: | It's 2341 already. We're not keeping you up too late are we? |
| REYNOSO: | Uh... |
| GIFFIN: | ...this is kind of important. |
| REYNOSO: | Ah, it's all right, don't worry about it. |
| GIFFIN: | Okay. |
| BALE: | Yeah, I hate to do this to you but we... |
| REYNOSO: | ...yeah, it's okay. |
| GIFFIN: | Yeah, we'll get your stuff here. |
| BALE: | I might have to ask you to repeat some of this stuff later down there... |
| GIFFIN: | Sure... |
| BALE: | ...cause I kind of missed out the first part. |
| GIFFIN: | Go ahead. Follow, uh, Gary there. |
| REYNOSO: | All right. |
| BALE: | Let me grab something here, okay. |

Handwritten annotation: When? Cross ref. to When + Where Beto did time

(END OF TAPE, SIDE ONE)

000292
reyoso

3134

EX 22    289

**COPY**

DR NUMBER: 90-26853
VIOLATION: PC187

(X) INTERVIEW    ( ) CONVERSATION    ( ) TELEPHONE

NAME OF INTERVIEWEE:    Antonio Reynoso

DATE/TIME OF INTERVIEW:    July 2, 1990 @ 11:32 p.m.

LOCATION OF INTERVIEW:    Sheriff's Headquarters

CONDUCTED BY:    Investigator T. Giffin - O.C.S.D. - Homicide
                 Investigator G. Bale - O.C.S.D. - Homicide

TRANSCRIBED BY:  Mary A. Garcia - O.C.S.D. - Investigation Division
                 Alma Villasenor - O.C.S.D. - Investigation Division

--**-- (DENOTES INAUDIBLE PORTIONS OF TAPE)

---

| | |
|---|---|
| REYNOSO: | I better drink a Coke cause I'm getting sleepy. |
| GIFFIN: | Cup of coffee? |
| REYNOSO: | No, he's gonna bring me a Coke right now. |
| GIFFIN: | Coke. |
| REYNOSO: | Plenty of caffeine, yeah. |
| GIFFIN: | Okay. You don't know a guy named, uh, Martin Martinez, do you? |
| REYNOSO: | Martin Martinez, no, nutt-huh. I don't know, you know, too many people ar, around here. |
| GIFFIN: | You're not from Anaheim? |
| REYNOSO: | No, not really. |
| GIFFIN: | I'll tell you what, in all seriousness, Antonio, the story you tell me... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...is very intriguing. |
| REYNOSO: | You mean very important? |
| GIFFIN: | I really think so. And it seems to fit in with the investigation that, uh, that I'm working. |
| REYNOSO: | All right. |
| GIFFIN: | And that car doesn't do anything for you. |
| REYNOSO: | It's too big. |
| GIFFIN: | ...what's that say? |

1966J

3135

ACSU-
00029

| | |
|---|---|
| REYNOSO: | Monique. *what did she know about her. Can she help us?* |
| GIFFIN: | Monique. |
| REYNOSO: | Yeah. |
| GIFFIN: | Is that somebody that, uh... |
| REYNOSO: | ...that was an old girlfriend, but we broke up a couple of years ago. But I used to hang around with her. |
| GIFFIN: | So that's the left side. |
| REYNOSO: | Yeah, it is. |
| GIFFIN: | If you had to do it all over again would you have the tattoos? |
| REYNOSO: | No. |
| GIFFIN: | Okay, keeping in mind... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...everything that you've talked about up 'till now. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And everything you've told me, now what did we talk about a half hour or so? |
| REYNOSO: | Yeah. |
| GIFFIN: | Is there anything you would change? |
| REYNOSO: | I'm telling the truth. |
| GIFFIN: | That's all we want you to do is to tell the truth. See this investigation... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...concerns the murder of this girl right here, Autumn Carol Wallace. |
| REYNOSO: | Is that right? |
| GIFFIN: | Did you hear anything about that little girl getting murdered? |
| REYNOSO: | No. |
| GIFFIN: | A little nine-year-old girl? Do you watch t.v. at all? |
| REYNOSO: | Not really. |
| GIFFIN: | Listen to the news? |
| REYNOSO: | Just soap operas. |
| GIFFIN: | Read the paper? |
| REYNOSO: | No. But I will, starting, starting today probably or tomorrow. Cause I want to know, you know... |

1966J

3136

| | |
|---|---|
| GIFFIN: | Well, my partner and I have been working, uh, pretty hard on it. |
| REYNOSO: | Is that right? |
| GIFFIN: | And, uh, we've talked to... |
| REYNOSO: | ...so, I got... |
| GIFFIN: | ...a lot of people... |
| REYNOSO: | ...I got a question for you now. |
| GIFFIN: | Okay. |
| REYNOSO: | So it's true that, uh, that there was somebody looking for me, huh? |
| GIFFIN: | I don't know if it's you yet that I'm looking for to be perfectly honest with you Antonio. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Uh, when we first talked in, uh, like we were out there with the Anaheim Officer. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Uh, I, I wasn't sure it was you we were looking for, but now after talking to you... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...it, it might very well be that we were, uh, that we were looking for. |
| REYNOSO: | That it was probably me, huh. |
| BALE: | Did you want something Tom? |
| GIFFIN: | No, I'm fine. |
| BALE: | How's that? |
| REYNOSO: | Thank you |
| BALE: | Is that okay? |
| REYNOSO: | Yeah, uh-huh. |
| BALE: | Let me shut this door... |
| REYNOSO: | ...yeah, that's why, you know, that, uh, when the guy told me that, you know, that I was, uh, a couple of narcs, you know, around the hou, you know, around the house looking for me. |
| GIFFIN: | Uh-huh. |
| REYNOSO: | Right away I went to the phone, you know, and, uh, you know, because I don't want no trouble I just got out of prison and especially right now that I'm doing, you know, |

|  |  |
|---|---|
|  | fine. And I go see my parole officer, you know, like every two (2), you know, twice a month and, uh, but I, uh, I don't, I guess he doesn't know. And they got a photo and everything. They got my address and phone number and, they got everything so I was just... |
| GIFFIN: | ...so you weren't worried? |
| REYNOSO: | Yeah, I just, I didn't, you know, I used to keep, you know, I used to go to the, I used to go to the liquor store and then I used to go to Jeffery and I know it was, I, you know, I know what they look like narcs. So I used to go down there and I used to see, it was two (2). |
| BALE: | They all look alike, huh? |
| REYNOSO: | Let me explain something to you. There was two (2) in a grey little car and then, and I was just walking, you know, back to my house and this guy, you know, he, uh, driving slow, you know. I go, "Oh man, what did I do now." And, uh, and I go, "Oh, it's got to be a narc, you know, probably he's looking for somebody." But I noticed that it was, you know, something, you know. |
| GIFFIN: | When was this? |
| REYNOSO: | I mean, just today when I went down there to Jeffery to buy some, uh, milk and tortillas. And then tonight, you know, when I was watching t.v. this guy, you know, was right there and this guy told me that, uh, that there was a couple of narcs, you know, with photos and everything. And I go, "Get out of here you're crazy." Cause I don't even go nowhere, you know, I just go look for a job and come back and, you know, stay home. |
| GIFFIN: | Do we look like narcs? |
| REYNOSO: | When I see the car I know it was, uh, it was narcs. When I was standing right there waiting with the, you know, the two (2) officers, I know that it was two (2) narcs. |
| BALE: | Now, when you say narc, you mean detectives? |
| REYNOSO: | I mean detectives, yeah, yeah that's what I'm saying. |
| BALE: | Thank you. |
| REYNOSO: | Oh, yeah, I know it's different, yeah. |
| GIFFIN: | We're... |

1966J

3138

000296 -

| | |
|---|---|
| REYNOSO: | ...high class. |
| GIFFIN: | We're not narcotic officers. |
| REYNOSO: | Investigators, yeah. |
| GIFFIN: | Yeah, there's some pretty good guys with narcotics I guess. Uh, do you feel like you're under arrest now? |
| REYNOSO: | How, no, I don't feel like... |
| GIFFIN: | ...like I told you before... |
| REYNOSO: | ...yeah... |
| GIFFIN: | ...uh, we ask you to voluntarily come down here... |
| REYNOSO: | ...oh, yeah, yeah, I don't, yeah. |
| GIFFIN: | You came down here with... |
| REYNOSO: | ...I agreed with you... |
| GIFFIN: | ...your own free will... |
| REYNOSO: | ...I agree with you. |
| GIFFIN: | You can get up and leave right now if you want. |
| REYNOSO: | But I don't want, uh, not walk in. |
| GIFFIN: | You want to get up and walk away? |
| REYNOSO: | No. |
| GIFFIN: | If you don't want to that's fine. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | But we'd like to talk to you some more about this. And I'm really trying to get it clear in my own mind... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...uh, what all went on because we're getting... |
| REYNOSO: | ...if you got a... |
| GIFFIN: | ...several different stories. |
| REYNOSO: | Is that right? |
| GIFFIN: | Several different stories and we want to get your story down pat so it's clear in my mind, uh, what your part if anything in this whole investigation is. |
| REYNOSO: | What I'm telling you is the truth. |
| GIFFIN: | Okay. |
| REYNOSO: | It's the, you know, I'm not... |
| GIFFIN: | ...let's back up then from the beginning. |
| REYNOSO: | All right. |
| BALE: | Yeah, I missed a lot so I need to... |
| REYNOSO: | ...all right... |

1966J

3/39

| | |
|---|---|
| BALE: | ...start right from the beginning if we could. |
| REYNOSO: | Okay. |
| GIFFIN: | You told me about a Friday or a Saturday... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...afternoon... |
| REYNOSO: | ...afternoon, about five o'clock (5:00) |
| GIFFIN: | Could it have been three o'clock? |
| REYNOSO: | No, I think it was five o'clock? (5:00) |
| GIFFIN: | Could it have been four o'clock (4:00) |
| REYNOSO: | I'm not sure but it was in the afternoon, yeah. |
| GIFFIN: | Late afternoon? |
| REYNOSO: | Late afternoon, yeah. |
| GIFFIN: | So you think it was five (5)? |
| REYNOSO: | Yeah. |
| GIFFIN: | Could it have been six (6)? |
| REYNOSO: | Probably, yeah? |
| GIFFIN: | Could it have been four (4), somewhere in the afternoon? |
| REYNOSO: | Yeah, but it was late in the afternoon. |
| GIFFIN: | Late in the afternoon on Saturday or Friday? |
| REYNOSO: | Or Friday, yeah, uh-huh. |
| GIFFIN: | And we already discussed that it could have been June fifteenth (15) or sixteenth (16)... |
| REYNOSO: | ...or sixteen (16), yeah. |
| GIFFIN: | Why do those days stick-out in your mind? I mean it was a little over two (2) weeks ago. |
| REYNOSO: | Cause, because I think it was, uh, it was date that I went down there. |
| GIFFIN: | Down where? |
| REYNOSO: | Jeffery. |
| GIFFIN: | That was the day you went down Jeffery? |
| REYNOSO: | Yes, uh-huh. |
| GIFFIN: | For what? |
| REYNOSO: | To, you know, buy some milk and tortillas. |
| GIFFIN: | You've done that before though? |
| REYNOSO: | Yeah. |
| GIFFIN: | You said you go down there everyday. |

1966J

3140

000298

```
                                                       DR NO.  90-26853
                                                       PAGE       7
```

| | |
|---|---|
| REYNOSO: | No, not everyday, I mean, you know like, like right now it's been almost three (3) days that I don't even go over there, you know, I've been putting applications, you know, here and there you know. But I go over there, you know, once in awhile, you know, because the liquor store is far, you know, so just go, go to Jeffery and, uh, you know there is a truck right there with milk and, you know, food so I just go down there. |
| GIFFIN: | So about a little over two (2) weeks ago... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...Friday or Saturday you're walking down the street to get some milk and tortillas on Jeffery. |
| REYNOSO: | On Jeffery. |
| GIFFIN: | Do you buy it from where the truck sits parked there, one of the grocery trucks? |
| REYNOSO: | Yeah, uh-huh? |
| GIFFIN: | All right. What happened when you're down the street? You saw something or you did something? |
| REYNOSO: | Oh, I saw the girl and, uh, you know, was standing right there drinking, drinking a soda and I start talking to her and, uh, she told me about the v.c.r. and a t.v. so we went... |
| GIFFIN: | ...why did she tell you this? Was, was she with other people? |
| REYNOSO: | Oh, there was a bunch of people around her. |
| GIFFIN: | I think you described this girl to me before. Now, let me go over that again. |
| REYNOSO: | All right. |
| GIFFIN: | She's a female hispanic. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Twenty (20) to twenty-one (21). |
| REYNOSO: | Uh-huh. |
| GIFFIN: | five-three (5-3), a hundred and seventy (170) pounds, with black hair. |
| REYNOSO: | Black, yeah... |
| GIFFIN: | ...did she have short hair or long hair? |
| REYNOSO: | Long hair I think. |

1966J

3141

000299

```
                                               DR NO.  90-26853
                                               PAGE     8
```

| | |
|---|---|
| GIFFIN: | Was it straight or curly, or... |
| REYNOSO: | ...straight hair. |
| GIFFIN: | You don't remember what, uh, color of eyes she had? |
| REYNOSO: | No. |
| GIFFIN: | And tattoos? |
| REYNOSO: | Tattoos I don't remember. |
| GIFFIN: | That's right because she had long sleeves... |
| REYNOSO: | ...she was wearing long sleeves, yeah. |
| GIFFIN: | Do you remember what color that was, that long sleeve thing was? |
| REYNOSO: | No. |
| GIFFIN: | How do you come up with here name? |
| REYNOSO: | Cause the other people they used to call her Rosa. |
| GIFFIN: | Have you seen here there before? |
| REYNOSO: | No, first time. |
| GIFFIN: | But the other people that she was with called her Rosa? |
| REYNOSO: | Yeah. |
| GIFFIN: | What did she call you? |
| REYNOSO: | By my name, Tony? |
| GIFFIN: | Antonio? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Did she call you any other names? |
| REYNOSO: | Shorty. |
| GIFFIN: | Shorty? |
| REYNOSO: | Uh-huh. Not too many people, just the few guys that call me Shorty but everybody call, you know, they used to use my name. |
| GIFFIN: | Why did she call you Shorty. |
| REYNOSO: | Cause I'm short probably. |
| GIFFIN: | Okay. |
| BALE: | Is that what it says on the back of your hand here. |
| REYNOSO: | Yeah, right here, yeah. |
| BALE: | Shorty. Maybe she saw that. |
| REYNOSO: | Yeah, probably, yeah. |
| GIFFIN: | And she told you about a v.c.r., she asked you if you wanted to buy a vcr or what? |

1966J

3142

000300

REYNOSO: She told me that, uh, that, uh, there was a lot of stuff in her house, you know, like a vcr and a the t.v. and a typewriter and a bunch of clothes and, uh, so, uh, she was looking for a... I <u>was gonna get a ride for her, but I didn't get a ride so, uh, she got a ride from somebody else</u>. Some guy that I don't even know. So we went the house and, uh, she got everything.

GIFFIN: Did she have a stereo there, t.v., vcr, typewriter, clothes, usually a stereo goes with that. Is there a big console stereo or, you know, like a stereo...

REYNOSO: ....no, I didn't see no stereo.

GIFFIN: No, stereo. Now, uh, she asked you for a ride?

REYNOSO: Yeah, uh-huh.

GIFFIN: And what did you tell her?

REYNOSO: Mmm, that I was gonna try and get a ride, pero (but), I don't have no car so. I was gonna somebody for a, to give us ride but I didn't get no ride for her so. She asked somebody, she got a ride from somebody else.

GIFFIN: You don't know what that person's name was?

REYNOSO: No.

GIFFIN: Did she seem to know this person?

REYNOSO: I don't think so. I don't know. You know like, remember that I was telling you that I was in the back seat and, uh, and she was there in the front with him and I was holding the baby in the back so I don't, you know, I don't even know what he, you know, what he looks like.

GIFFIN: How old was her baby?

REYNOSO: About two (2)-years-old.

GIFFIN: Is the door to the room down there open, our office?

BALE: No, I closed it.

GIFFIN: Well, I don't have my keys, darn it, I want to get something. Show him the picture.

REYNOSO: Okay.

GIFFIN: Scoot up, let me get by here partner.

REYNOSO: Go ahead.

BALE: Let me move this. Let me slide this down this way to make a little more room.

1966J                                    3143

| | |
|---|---|
| REYNOSO: | All right. I'm glad, I'm glad that I came. |
| BALE: | Yeah, I imagine. |
| REYNOSO: | Yeah. |
| BALE: | So what did you do at Susanville? Did you work on crew out or did you? |
| REYNOSO: | I just, no... |
| BALE: | ...stay inside or? |
| REYNOSO: | Yeah, I used to be a dorm porter. Then, uh, then my points went down so they took me to a, to a camp. |
| BALE: | Uh-huh. |
| REYNOSO: | To, uh, be a fire fighter or whatever. |
| BALE: | Uh-huh. |
| REYNOSO: | But I got a, there was a friend of mine that, uh, he used to work in the office in computers so he got a job for me, in, uh, working with, uh, uh, you know, like income. Cause the other guys they go to, uh, they go to, uh, you know, to fires. |
| BALE: | Uh-huh. |
| REYNOSO: | Like right now, and I used to be, you know, I used to work in the office, you know, like helping, you know. |
| BALE: | So that's a pretty good job. |
| REYNOSO: | It was a good job. I used eat everything. |
| BALE: | Beats fighting fires, that's hard work. |
| REYNOSO: | Oh, yeah, uh-huh. And, you know, the guys that I used to work for they used to, they used to be real good to me. They used to bring me, uh, there was a Mexican... |
| BALE: | ...uh-huh... |
| REYNOSO: | ...captain that he used to work with me, he used to bring me everything. You know like avocados, burritos, stuff like that. |
| BALE: | Oh, really? We were just talking about what he did when he was up north. |
| REYNOSO: | Uh-huh. |
| BALE: | Suzanville. |
| GIFFIN: | This is all you? |
| REYNOSO: | Nothing but petty thefts and, uh, and, uh... |

1966J

3144

000302