| | |
|---|---|
| GIFFIN: | ...let's see 11550, that's under the influence, under the influence, under the influence. |
| REYNOSO: | That's all it is, under the influence. |
| GIFFIN: | Under the influence, petty theft... |
| REYNOSO: | ...petty theft, yeah. |
| GIFFIN: | Petty theft, possession of controlled substance. What was that, heroin? |
| REYNOSO: | Heroin, yeah. |
| GIFFIN: | Marijuana, transporting and selling narcotics. You know what? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | I bet somebody had read you your rights before. |
| REYNOSO: | Yeah. Too many times. |
| GIFFIN: | Did you understand them? |
| REYNOSO: | Yeah. |
| GIFFIN: | Do you read English? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Do you read Spanish? |
| REYNOSO: | Anything, yeah, everything. |
| GIFFIN: | I wish I could read Spanish. I don't. Uh, let's see. What was your address again? |
| REYNOSO: | 16, uh, 33 Walnut, apartment 2. |
| BALE: | Where did you go to school, Tony? |
| REYNOSO: | In L.A. |
| BALE: | In L.A.? |
| REYNOSO: | Uh-huh. |
| BALE: | Did you go to high school there? |
| REYNOSO: | I didn't even finish high school. I used to get in trouble all the time. |
| BALE: | No, not you. |
| GIFFIN: | Tony. Okay, you've probably heard your rights before. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | I'm going to read them to you again. |
| REYNOSO: | All right. |
| GIFFIN: | You have the right to remain silent. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Do you understand that? |

1966J

3145

000303

EX 22   300

| | |
|---|---|
| REYNOSO: | Yes. |
| GIFFIN: | You have, no, I'm sorry. Anything you say may be used against you in court. Do you understand that? |
| REYNOSO: | Yes. |
| GIFFIN: | You have the right to an attorney before and during any questioning. |
| REYNOSO: | Yes. |
| GIFFIN: | You understand that? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | If you cannot afford an attorney one will be appointed for you before questioning if you wish. |
| REYNOSO: | Yes. |
| GIFFIN: | Do you understand that? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Okay. Can we talk about all this stuff? |
| REYNOSO: | Sure, yeah, go ahead. |
| GIFFIN: | Okay. |
| BALE: | What time you for that. |
| GIFFIN: | Uh, zero-zero-zero-four (0004). |
| BALE: | Okay. And a new day. |
| GIFFIN: | Okay. Now, to back up... |
| REYNOSO: | ...uh-huh. |
| GIFFIN: | And I'll just reinterate, I'll just go over it and if anything changes... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...or if I'm not saying it exactly right, please stop me. |
| REYNOSO: | Sure. |
| GIFFIN: | You were walking north on Jeffery... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...which would be from Audrey toward Lynn. |
| REYNOSO: | Lynn, uh-huh. |
| GIFFIN: | And you were walking on the right side of the street. |
| REYNOSO: | On the right side, yeah. |
| GIFFIN: | Which would of been the east side of the street. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And as you were approaching Jeffery. |
| REYNOSO: | Uh-huh. |

1966J                                               3146

000304

```
                                              DR NO.  90-26853
                                              PAGE    13

GIFFIN:    I'm sorry, as you were approaching Lynn...
REYNOSO:   ...Lynn, yeah...
GIFFIN:    ...the intersection of Lynn, uh, you were going to buy some
           milk and tortillas at one of the trucks there?
REYNOSO:   The trucks there, yeah.
GIFFIN:    And you saw this girl who was, uh, sitting against the wall
REYNOSO:   Sitting against the wall, yeah.  And there was a bunch of
           guys right there.
GIFFIN:    A bunch of guys and she asked you if you wanted to buy a
           vcr?
REYNOSO:   Uh-huh.
GIFFIN:    And you told her that you'd be interested in it?
REYNOSO:   Uh-huh.
GIFFIN:    Did she talk about price or money or anything?
REYNOSO:   She didn't say no, no price at all.
GIFFIN:    Okay.  She was drinking a soda?
REYNOSO:   Mmm, I was drinking a soda.
GIFFIN:    Oh, you were drinking a soda?
REYNOSO:   Yeah, not her.
GIFFIN:    Not her.
REYNOSO:   Uh-huh.
GIFFIN:    She is a female hispanic.
REYNOSO:   Uh-huh.
GIFFIN:    Twenty (20) to twenty-one (21), five-three (5'3), a
           hundred-and-seventy (170).
REYNOSO:   Uh-huh.
GIFFIN:    Kind of chubby.
REYNOSO:   Kind of chubby, yeah.
GIFFIN:    Long black hair.
REYNOSO:   Uh-huh.
GIFFIN:    Kind of straight.  She had a long sleeve top on, but you
           don't remember the color.
REYNOSO:   I don't remember the color.
GIFFIN:    So you couldn't see if she had any tattoos or not?
REYNOSO:   Tattoos, yeah.
GIFFIN:    And the other people there were calling her Rosa.
REYNOSO:   Rosa.
```

1965J                                          347            000305

| | |
|---|---|
| GIFFIN: | She called you Shorty. |
| REYNOSO: | Shorty, uh-huh. |
| GIFFIN: | Did she know you from before? |
| REYNOSO: | First time. |
| GIFFIN: | And she just called you Shorty right, did she see your tattoo that says Shorty? |
| REYNOSO: | Mmm, I don't think so. Just a few people that I knew call me shorty. |
| GIFFIN: | Okay. And she told you that she had a lot of stuff that she wanted to sell... |
| REYNOSO: | ...at her house, yeah, uh-huh. |
| GIFFIN: | She said it was her house? |
| REYNOSO: | It was her house, yeah. |
| GIFFIN: | And this stuff was a TV, a VCR? |
| REYNOSO: | A t.v., and a v.c.r., and a typewriter, and a bunch of clothes. |
| GIFFIN: | But no stereo? |
| REYNOSO: | No, stereo, I didn't see no stereo. |
| GIFFIN: | She asked you for a ride that's how it started off? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And then you said you'd see if you could get a ride? |
| REYNOSO: | Yeah. |
| GIFFIN: | What happened? |
| REYNOSO: | I didn't get a ride so she went and got it from, uh, somebody else. |
| GIFFIN: | Do you know who she got it from? |
| REYNOSO: | No. |
| GIFFIN: | Did you ever see this person before? |
| REYNOSO: | Never. |
| GIFFIN: | Do you know what kind of car he had? |
| REYNOSO: | It was... |
| GIFFIN: | ...and I want you to think real hard on this 'cause this is real important. |
| REYNOSO: | It was like, Camaro, same color like, you know, like that one, like brown or something like that. |
| GIFFIN: | Yeah, I'm showing you a picture of a Monte Carlo... |

1966J

3148

000306

| | |
|---|---|
| REYNOSO: | ...yeah, uh-huh... You showed me the picture but that's not the car. |
| GIFFIN: | It's not a Monte Carlo? |
| REYNOSO: | It's not a Monte Carlo. |
| GIFFIN: | It was a Camaro. |
| REYNOSO: | Thunderbird, you know, like something like that. |
| GIFFIN: | Thunderbird? |
| REYNOSO: | No, the other one the... |
| GIFFIN: | ...Firebird? |
| REYNOSO: | Firebird, yeah. Firebird. |
| GIFFIN: | But it was that color? |
| REYNOSO: | Throw, throw that one away, it wasn't that car. |
| GIFFIN: | Okay. But it was, that's the color? |
| REYNOSO: | Yeah. The color is, is you know right, but it was not, it was a different kind of car. |
| GIFFIN: | Was it an older Camaro, or a newer Camaro, or Firebird? |
| REYNOSO: | Mmm, I don't know. |
| GIFFIN: | Okay. Uh, you don't remember if it had any mag wheels or anything custom on the interior? I mean did it have a bench seat across the front where you could sit three (3) people, or did it have bucket seats? |
| REYNOSO: | Just two (2) people. |
| GIFFIN: | Two (2) people in the front? |
| REYNOSO: | Yeah, in the front. |
| GIFFIN: | Did it have two (2) seats? |
| REYNOSO: | Two (2) seats in the front, yeah. |
| GIFFIN: | Was it an automatic or a stick? Did he have to shift the gears, or... |
| REYNOSO: | ...I think it was an automatic. |
| GIFFIN: | Anything else particular about the car? |
| REYNOSO: | The wheels, just regular wheels. |
| GIFFIN: | Okay. Nothing else sticks in your mind? |
| REYNOSO: | No. |
| GIFFIN: | All right. Did it have any dents in it or like was it crashed anywhere? I mean come on, most cars over there have a few dents in 'em? |
| REYNOSO: | All of 'em. No, I didn't see no, no, uh, dents. |

1966J

3149

000307

EX 22   304

| | |
|---|---|
| GIFFIN: | No damage, primer spots, anything like that? You know what primer is? |
| REYNOSO: | No. Uh-huh. |
| GIFFIN: | Now the guy that drove it... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...he was a male hispanic? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | How tall do you think he was? |
| REYNOSO: | I don't know. |
| GIFFIN: | How old? |
| REYNOSO: | About thirty (30). |
| GIFFIN: | Was he skinny, fat, average? |
| REYNOSO: | Probably like me, like medium. |
| GIFFIN: | You don't know if he was as short as you or taller than you? |
| REYNOSO: | I don't know 'cause he was sitting down. |
| GIFFIN: | He, was he in the car the whole time? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | I mean from the first time you saw him? |
| REYNOSO: | Yeah, he was in the car. |
| GIFFIN: | Until you got out of the car? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | He was always in the car and he never got out of the car? |
| REYNOSO: | Nutt-huh. |
| GIFFIN: | What color of hair? |
| REYNOSO: | Black. |
| GIFFIN: | How did he comb it? |
| REYNOSO: | Huh? |
| GIFFIN: | How did, how did he comb it? |
| REYNOSO: | Uh, probably back like me I think. |
| GIFFIN: | It wasn't real long was it? |
| REYNOSO: | Short. Short hair. |
| GIFFIN: | Okay. Do you recall what color of eyes he had? |
| REYNOSO: | Mmm, probably black. He was a mexican, probably black eyes. |
| BALE: | Dark? |
| REYNOSO: | Dark, yeah. |
| GIFFIN: | How about clothes? |
| REYNOSO: | Clothes, I don't remember. |

1966J
000328

3150.

| | |
|---|---|
| GIFFIN: | What kind of clothes did he have on? |
| REYNOSO: | I don't know. |
| GIFFIN: | I mean did he have a shirt like this or a plaid shirt? |
| REYNOSO: | Just regular clothes. But I don't remember what it was. It was a shirt... |
| GIFFIN: | ...you said you had a white t-shirt on and Levis? |
| REYNOSO: | Oh, me, yeah. I was wearing, uh, a white t-shirt and Levis. |
| GIFFIN: | But what about him? |
| REYNOSO: | I don't remember. |
| GIFFIN: | What kind of shirt, you said something about a shirt? |
| REYNOSO: | Just probably a regular shirt. |
| GIFFIN: | Are you guessing now? Are you guessing Antonio? |
| REYNOSO: | I'm getting tired now. |
| BALE: | Yeah, if you don't know just, you know, just tell us you don't. |
| REYNOSO: | Yeah, no, I don't, I don't know if it was a, if he was wearing a shirt, I don't remember. |
| GIFFIN: | Short sleeve t-shirt is what you had on? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | Blue Levis? |
| REYNOSO: | Blue Levis, yeah. |
| GIFFIN: | 501's? |
| REYNOSO: | No, I don't know, just Levis. |
| GIFFIN: | Okay. |
| REYNOSO: | Regular Levis. |
| GIFFIN: | Now. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Rosa says "I have this stuff let's go get it?" |
| REYNOSO: | Let's go get it, yeah. |
| GIFFIN: | Why did she want to go get it? |
| REYNOSO: | Because I was gonna buy the v.c.r. from her. |
| GIFFIN: | Why do you think she was selling it? Be honest with me, Antonio? |
| REYNOSO: | Mmm... |
| GIFFIN: | ...I want you to be honest with me. |
| REYNOSO: | Well you know a drug addict, well, you know how they are, you know. |

1966J

3/5/

  ▓▓▓ ▓-huh.
  ▓▓▓ ▓ you tell me if this was the baby, or the infant, or the ▓▓▓ ▓ld that was with you.
  ▓▓▓ ▓ right.
  ▓▓▓ ▓hink I can.
  ▓▓▓ ▓ep in mind that picture might not be right up to date.
  ▓▓▓ ▓t's what I was gonna tell you right now that, uh, the ▓▓▓ ▓y looks older than, that was before, it was a while back.
  ▓▓▓ ▓e baby looks older?
  ▓▓▓ ▓h.
  ▓▓▓ ▓t about the face, does the face look the same?
  ▓▓▓ ▓h.
  ▓▓▓ ▓y.
  ▓▓▓ ▓t was the baby's name remember?  What did she call it?
  ▓▓▓ ▓on't know.  Does she have two (2), two (2) kids?
  ▓▓▓ ▓t did she tell you?
  ▓▓▓ ▓e told me that she has two (2).  She does, huh?
  ▓▓▓ ▓ssibly.
  ▓▓▓ ▓se I know one of, uh, she told me that, uh, one of the ▓▓▓ ▓y's name was Manny.
  ▓▓▓ ▓y.
  ▓▓▓ ▓ I don't know this name.
  ▓▓▓ ▓ don't know if...
  ▓▓▓ ▓ I don't know it's his name, you know, Manny, or it's the ▓▓▓ ▓er one, but I know that, uh, she told me there were two ▓▓▓ ▓, that she has two (2) babies.
  ▓▓▓ ▓ she say what the name of the other one was?
  ▓▓▓ ▓ The only one that I remember is Manny.
  ▓▓▓ ▓s that look like the one that was with you?
  ▓▓▓ ▓h.
  ▓▓▓ ▓ face and everything looks the same?
  ▓▓▓ ▓h, but I'm not, it looks the same but I'm not sure if ▓▓▓ ▓'s him because, you know, he's uh, he looks older now, ▓▓ baby.

  ▓▓▓ ▓ it looks like him?

000310

3/5 3

| | |
|---|---|
| GIFFIN: | Okay. Why don't you put your initials right back there. Okay. You drive over to this house. It take five (5) minutes to get there. |
| REYNOSO: | About five (5) minutes to get there, yeah. |
| GIFFIN: | You're in the back seat of the car and Rosa is in the front seat. |
| REYNOSO: | And I'm behind her. |
| GIFFIN: | You're behind her. And this other guy is driving? |
| REYNOSO: | Yeah. |
| GIFFIN: | Did it seem like Rosa knew this guy that was driving? |
| REYNOSO: | I don't know. |
| GIFFIN: | Did she talk to him? Did she, uh... |
| REYNOSO: | ...she was talking to him, but I don't know if, you know. |
| GIFFIN: | Did she use any names when she talked to him? |
| REYNOSO: | No. No names at all. |
| GIFFIN: | Now did Rosa give this guy directions to get to the house? |
| REYNOSO: | Mmm, yeah. You know she was telling him, you know, to make a left, make a right, you know. |
| GIFFIN: | Are you familiar with that area enough to give the directions? |
| REYNOSO: | If you take me. |
| GIFFIN: | Okay. Maybe we'll do that after we take you home and, uh, it's daylight or something. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Maybe later on, maybe tomorrow or something. |
| REYNOSO: | Anytime I'll be able to, uh, show you. |
| GIFFIN: | Okay. Once this person who is driving the car got to the house, where did he park? |
| REYNOSO: | Mmm, in the street. |
| GIFFIN: | Parked in the street? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | After he parked in the street what happened? |
| REYNOSO: | They started to take everything out of the car. |
| GIFFIN: | What did he take out of the car? |
| REYNOSO: | The t.v.. |
| GIFFIN: | No, you're going over to the house... |
| REYNOSO: | ...oh... |

| | |
|---|---|
| GIFFIN: | ...to pick up the stuff. |
| REYNOSO: | Uh-huh, okay. |
| GIFFIN: | Okay, driving over to the house... |
| REYNOSO: | ...oh, to her house? |
| GIFFIN: | To her house to pick up the stuff... |
| REYNOSO: | ...all right, uh-huh... |
| GIFFIN: | ...where did he park? |
| REYNOSO: | Oh, in the driveway. |
| GIFFIN: | Is that where he stopped first or did he stop somewhere else first? |
| REYNOSO: | No, he didn't stop. He went straight to the house. |
| GIFFIN: | Okay, when he got to the... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...did he go to the driveway first, or did he park in the street first, did somebody get out first or what happened? |
| REYNOSO: | Mmm, I think he parked first. |
| GIFFIN: | He parked first? |
| REYNOSO: | Yeah. |
| GIFFIN: | Where did he park? |
| REYNOSO: | In the streets, you know, in the sidewalk. |
| GIFFIN: | Okay. |
| REYNOSO: | And then, uh... |
| GIFFIN: | ...did somebody get out? |
| REYNOSO: | I got out of the car with the baby. |
| GIFFIN: | You did? |
| REYNOSO: | Yeah. |
| GIFFIN: | Okay, did, uh, Rosa get out first to let you out? |
| REYNOSO: | No she went... |
| GIFFIN: | ...or did she stay in the car? |
| REYNOSO: | No, she went straight to the house. |
| GIFFIN: | Oh, so she got out first? |
| REYNOSO: | Yeah. Went straight to the house. |
| GIFFIN: | And you got out with the baby? |
| REYNOSO: | And I got out with the baby... |
| GIFFIN: | ...okay... |
| REYNOSO: | ...and I was just walking, you know, back and forth on the sidewalk. |

```
                                              DR NO.  90-26853
                                              PAGE    22
```

| | |
|---|---|
| GIFFIN: | Okay. |
| REYNOSO: | And then, uh, she was telling him, you know, to back up the car. |
| GIFFIN: | She told him to back up the car? |
| REYNOSO: | Yeah. |
| GIFFIN: | Where did she tell him to back up the car to? |
| REYNOSO: | I mean, you know, in the driveway. |
| GIFFIN: | Oh, he backed the car into the driveway? |
| REYNOSO: | Yeah, he moved the car and, you know... |
| GIFFIN: | ...backed it into... |
| REYNOSO: | ...back to... |
| GIFFIN: | ...so he was parked in front of the house? |
| REYNOSO: | Yeah, he was. |
| GIFFIN: | Then he pulled passed the driveway and he backed in? |
| REYNOSO: | Backed in, yeah. |
| GIFFIN: | Did you stay in the front yard? |
| REYNOSO: | Yeah. |
| GIFFIN: | Okay, when did he get out of the car? |
| REYNOSO: | He didn't get out of the car. He was there in the car. |
| GIFFIN: | Okay. When Rosa went up to the front door, I, I'm sure I asked you before... |
| REYNOSO: | ...yeah. |
| GIFFIN: | Did she have a key? |
| REYNOSO: | She knocked. |
| GIFFIN: | She knocked? |
| REYNOSO: | Yeah. |
| GIFFIN: | Ring the doorbell? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Do you remember which, whether she knocked or rang the door bell? |
| REYNOSO: | I think she knocked. |
| GIFFIN: | Somebody came to the door? |
| REYNOSO: | Yeah. |
| GIFFIN: | Did you see who it was? |
| REYNOSO: | No. |
| GIFFIN: | Did she go inside the house? |
| REYNOSO: | Yeah, she went inside the house. |

1966J                                                    3156

```
                                                      DR NO.   90-26853
                                                      PAGE     23
```

| | |
|---|---|
| GIFFIN: | Okay, how long was she in the house? |
| REYNOSO: | No more than ten (10) minutes. |
| GIFFIN: | Okay. What happened next. |
| REYNOSO: | Well I know there was somebody in the house, but I didn't, you know, it was hard to hear. |
| GIFFIN: | Now... |
| REYNOSO: | ...uh-huh |
| GIFFIN: | Let me see if we can describe this house just for a minute. Uh, there's a main street you're driving on. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | From Jeffery and Lynn. When you, when you're on this main street and you're just about to this house... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...do you turn left or do you turn right? |
| REYNOSO: | ...you know, it's a right. |
| GIFFIN: | Right turn. |
| REYNOSO: | Yeah, we made a right, yeah. |
| GIFFIN: | Okay. |
| REYNOSO: | A right turn. |
| GIFFIN: | After you turned right did you drive a long time or a short time? |
| REYNOSO: | It was a pretty short time, yeah. |
| GIFFIN: | So... |
| REYNOSO: | ...it was just right there. |
| GIFFIN: | Right there. |
| REYNOSO: | Yeah. |
| GIFFIN: | Was it the house on the corner or was it two (2) houses in, or three (3) houses in? |
| REYNOSO: | It's not too many houses. It's about three (3), or four (4) houses, yeah. |
| GIFFIN: | Pretty close... |
| REYNOSO: | ...pretty close to the corner, yeah. |
| GIFFIN: | So he parks the vehicle first on the street at the sidewalk |
| REYNOSO: | Uh-huh, yeah. |
| GIFFIN: | Rosa gets out? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And you and the, uh, little child... |

```
                                                           3157
000314   1966J
```

| | |
|---|---|
| REYNOSO: | ...baby... |
| GIFFIN: | ...the baby... |
| REYNOSO: | ...little child, yeah. |
| GIFFIN: | You get out of the car. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | And Rosa tells... |
| REYNOSO: | ...him... |
| GIFFIN: | ...the driver to park the car in the driveway... |
| REYNOSO: | ...park it in the driveway, yeah... |
| GIFFIN: | ...she says back it in? |
| REYNOSO: | Back it in, yeah. I remember that he said, "No." |
| GIFFIN: | He said no? |
| REYNOSO: | Yeah. |
| GIFFIN: | Why? |
| REYNOSO: | I don't know. He was afraid probably. |
| GIFFIN: | After he says no what did Rosa say to that? |
| REYNOSO: | I think she was screaming at him, she was yelling. Telling him to back it up. |
| GIFFIN: | Okay. You say the driver never got out of the car? |
| REYNOSO: | Nutt-huh. |
| GIFFIN: | You stayed in the front yard with the baby? |
| REYNOSO: | With the baby. |
| GIFFIN: | What did you do in the front yard? Did you walk around? Did you sit down? Did you kneel? Did you play with the baby? |
| REYNOSO: | Just playing with the baby 'cause he was crying. |
| GIFFIN: | How did you play with the baby? |
| REYNOSO: | You know just, you know, like when you play with the child, you know, make 'em, you know, I was walking with him, you know. We started walking. |
| GIFFIN: | Was he able to walk by himself? Could you just hold his hand? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | And he could walk? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | As long as you hold his hand? |
| REYNOSO: | Yeah. |

*[Handwritten annotation: Age of Manny 11 mos old - not walking]*

1966J

3/58

DR NO. 90-26853
PAGE 25

GIFFIN: Did he talk?
REYNOSO: No.
GIFFIN: He couldn't talk?
REYNOSO: Couldn't talk.
GIFFIN: Too young to talk?
REYNOSO: Too young.
GIFFIN: Okay, but he was old enough, could he walk by himself?
REYNOSO: Probably.
GIFFIN: You think?
REYNOSO: Yeah.
GIFFIN: Did you try and see if he could walk by him...
REYNOSO: ...I didn't try but I was holding his hands and then he was walking pretty good when I was holding his hands.
GIFFIN: And the driver never got out of the car?
REYNOSO: Nutt-huh.
GIFFIN: That's strange. Rosie was in the house for, uh, ten (10) minutes?
REYNOSO: Uh-huh.
GIFFIN: And then she did what?
REYNOSO: Tried to, uh, get her stuff back probably.
GIFFIN: What did she do?
REYNOSO: First time when I see her, when, uh, first time when I, when I saw her, you know, she brought a t.v., and then the v.c.r., t.v. and the v.c.r. and then, uh, a typewriter, and there was about, a lot of, you know, bunch of clothes.
GIFFIN: What else?
REYNOSO: Then we took off.
GIFFIN: You know what? She had some more stuff. What else did she bring out of the house?
REYNOSO: Just the t.v., v.c.r., typewriter, a bunch of clothes...
GIFFIN: ...any...
REYNOSO: ...hangers, white hangers.
GIFFIN: Any other property.
REYNOSO: I didn't see nothing else.
GIFFIN: You said there was no stereo?
REYNOSO: No stereo, no.

1966J
000316

3159

EX 22  313

| | |
|---|---|
| GIFFIN: | Uh, what are some of the other things hypes steal? They steal, uh... |
| REYNOSO: | ...they steal everything when your on drugs. |
| GIFFIN: | Did she, let's see I asked you about the stereo... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...and she didn't bring out a stereo. Uh, v.c.r., she did bring out... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...typewriter. Did she bring out like a clock radio? |
| REYNOSO: | Mmm, I didn't see clock radio. |
| GIFFIN: | An ironing board? |
| REYNOSO: | No, I mean there was a lot of, she was throwing a lot shit in the back of the car all over my face. *Thought you were walking w/ the kid* |
| GIFFIN: | Uh-huh. |
| REYNOSO: | I was, you know... |
| GIFFIN: | ...did she bring out, uh, portable radios, like a ghetto blaster? You know a boom box? |
| REYNOSO: | No, I didn't see no, uh, no radios at all. Probably under the, under the clothes, but I didn't see nothing. |
| GIFFIN: | Did that look like the v.c.r.? |
| REYNOSO: | I think so. |
| GIFFIN: | Did that look like the typewriter? |
| REYNOSO: | I see that typewriter something like that. |
| GIFFIN: | Did that look like the t.v.? |
| REYNOSO: | Yeah. I didn't see that. |
| BALE: | You didn't see which one? |
| GIFFIN: | No... |
| BALE: | ...clock radio? |
| GIFFIN: | Put your initials beside the ones that you saw. Okay. What about some of this stuff in the back? |
| REYNOSO: | I didn't see nothing else. |
| GIFFIN: | Make-up mirror? An iron? Telephones? |
| REYNOSO: | I didn't see no phones at all. |
| GIFFIN: | Nintendo game? |
| REYNOSO: | I didn't see that either. |
| GIFFIN: | Calculator? |
| REYNOSO: | Calculator, no. |

1966J

3/60

| | |
|---|---|
| GIFFIN: | Okay. Microwave oven? |
| REYNOSO: | No. No, she didn't bring none, no microwave oven. |
| BALE: | Why? |
| REYNOSO: | I don't know. She... |
| BALE: | ...sure you do. |
| REYNOSO: | Oh... |
| BALE: | ...huh... |
| REYNOSO: | ...you know why she didn't bring the microwave oven because, uh, cause I was screaming to her, you know, that, uh, I got go, I don't want to get in trouble. Yeah, it's true the microwave oven, yeah, she didn't bring that one... |

(END OF SIDE ONE, TAPE ONE, ANTONIO REYNOSO)

| | |
|---|---|
| | ...think she did. |
| GIFFIN: | Antonio? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | I want you to be very honest with me. |
| REYNOSO: | I, I do. |
| GIFFIN: | Come on, there are a few other things that you want to tell me. |
| REYNOSO: | No, if I had something to say I'd tell you right now. Now that I, you told me about the microwave oven... |
| GIFFIN: | ...uh-huh... |
| REYNOSO: | ...it's true about that, yeah, 'cause I was, you know, I was yelling that, uh, come on I got go, you know, you know I don't want to get in trouble. And it's true, yeah, that, uh, that she didn't bring the microwave out with her 'cause we took off. Even the driver, you know, he was getting pretty upset, you know because she was taking too long. And I was just, you know... |
| GIFFIN: | ...why didn't she bring the microwave oven? |
| REYNOSO: | Because the driver he was screaming and I was screaming to her too, you know... |
| BALE: | ...hurry up. |
| REYNOSO: | Yeah, hurry up, you know, I don't want to get in trouble. |
| GIFFIN: | Did she bring anything else? |

1966J

3/61

000318

| | |
|---|---|
| REYNOSO: | Nutt-huh. After that we took off. |
| GIFFIN: | Did she have anything else in her hands when she came out? |
| REYNOSO: | Mmm... |
| GIFFIN: | ...like a knife? |
| REYNOSO: | No, I didn't see no knife, not at all. |
| GIFFIN: | Did she have a purse with her? |
| REYNOSO: | A purse? Yeah. |
| GIFFIN: | Could there have been a knife in the purse? |
| REYNOSO: | I don't know. I don't have no idea. |
| GIFFIN: | Did she have any blood on her? |
| REYNOSO: | Not at all. |
| GIFFIN: | Okay, after you all got in the car and drove away... |
| REYNOSO: | ...uh-huh. |
| GIFFIN: | Where did you go then? |
| REYNOSO: | To Jeffery. |
| GIFFIN: | You go straight back there? |
| REYNOSO: | Back to the same place. |
| GIFFIN: | Straight back didn't go anywhere else? |
| REYNOSO: | Nowhere. |
| GIFFIN: | Did you go the same way you came over? |
| REYNOSO: | The same way we came... |
| GIFFIN: | ...you didn't drive around the other neighborhoods or anything... |
| REYNOSO: | ...oh no, no, no we went around, yeah. We went around, yeah that's true, yeah. And we didn't go back to the same way, you know, we, uh, we went around. |
| GIFFIN: | You took another route? |
| REYNOSO: | Another, yeah, uh-huh. |
| GIFFIN: | Other neighborhoods. |
| REYNOSO: | And other neighborhoods, yeah that's true. |
| GIFFIN: | Why? |
| REYNOSO: | Because, what did she say, something about probation. |
| GIFFIN: | Uh-huh. What about probation? |
| REYNOSO: | She say that, uh, she told me that, uh, that, uh, she was, I don't know somebody was looking for her already. |
| GIFFIN: | Uh-huh. |

1966J

3/6∂

| | |
|---|---|
| REYNOSO: | After we got all the stuff in the car. So she told the driver to, uh, go around. |
| GIFFIN: | And why is that? |
| REYNOSO: | I don't know. But it's true that, uh, yeah, it's true. |
| GIFFIN: | Once you got back to, uh, Jeffery... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | What happen then? |
| REYNOSO: | She sold everything. |
| GIFFIN: | Who did she sell... |
| REYNOSO: | ...she was taking everything out of the car and, uh, and, uh, I didn't get nothin' so I just took off. |
| GIFFIN: | She didn't give you anything? |
| REYNOSO: | Hell no. |
| GIFFIN: | Nothing? |
| REYNOSO: | Nothing. |
| GIFFIN: | Is she giving it away? |
| REYNOSO: | I don't know probably sold everything to everybody, I don't know. |
| BALE: | Was she having Christmas in the middle of the street just 'cause she's this nice lady... |
| REYNOSO: | ...oh, no... |
| BALE: | ...she's gonna give all this stuff away, come on man. |
| REYNOSO: | She was trying to get some money probably. |
| BALE: | Okay. |
| REYNOSO: | Yeah. |
| BALE: | Yeah, probably. |
| REYNOSO: | It's like if I go, if I, if I go do a robbery you think that I'm gonna give everything away? |
| BALE: | Hell no. There's no way you'd do it. |
| REYNOSO: | Yeah. |
| BALE: | Okay. Do you know what that is in the bottom of the card there? |
| REYNOSO: | Yeah. |
| BALE: | What's that? |
| REYNOSO: | What do you mean? |
| BALE: | This little design right here. |
| REYNOSO: | Its a fingerprint. |

1966J

3163