DR NO.   90-26853
PAGE     30

| | |
|---|---|
| BALE: | That's a fingerprint. |
| REYNOSO: | Yeah. |
| BALE: | Okay, that's your thumb print... |
| REYNOSO: | ...yeah, yeah... |
| BALE: | ...it says there... |
| REYNOSO: | ...thumb print yeah. |
| BALE: | Okay, so you have thumb prints and fingerprints and... |
| REYNOSO: | ...yeah, uh-huh. |
| BALE: | Okay. |
| REYNOSO: | Uh-huh. |
| BALE: | I just want to make sure you still have those. |
| GIFFIN: | Do you know they never change? |
| REYNOSO: | Oh, I know that. |
| BALE: | Do you know what else about 'em?  You probably already know this, they're unique.  Nobody has your fingerprints.  You already knew that... |
| REYNOSO: | ...oh, I know that, yeah, everybody has different, finger, yeah. |
| BALE: | Okay.  To simplify things a little bit for you... |
| REYNOSO: | ...yeah, uh-huh... |
| BALE: | ...so you don't get yourself too deep... |
| REYNOSO: | ...in too deep, yeah. |
| BALE: | We've recovered some of this property and guess what? |
| REYNOSO: | Uh-huh. |
| BALE: | Some of it has fingerprints on it.  Which ones of those things are we going to find your fingerprints on?  Fingerprints don't lie so don't bullshit us, don't kid yourself. |
| REYNOSO: | Oh, no, no, no.  I, you know, yeah, you know, yeah, uh-huh... |
| BALE: | ...some of those things your prints are gonna be on. |
| REYNOSO: | Oh, you know, I hope not. |
| BALE: | 'Cause you touched, 'cause you touched 'em. |
| REYNOSO: | No I didn't.  I didn't touch nothing. |
| BALE: | Are you absolutely sure?  Okay.  It's important. |
| REYNOSO: | Oh, yeah, yeah, I'm telling you the truth, I didn't touch.. |
| BALE: | ...because we know you were there. |

1966J

3/64

DR NO.   90-26853
PAGE     31

REYNOSO:   Oh, yeah, I, I didn't...

BALE:      ...there's no doubt, no doubt about that.

REYNOSO:   Yeah, I didn't...

BALE:      ...you know, you're being honest about that.

REYNOSO:   Yeah, I'm, I'm honest to you that I didn't touch no...

BALE:      ...okay...

REYNOSO:   ...no, nothing.

BALE:      Okay.

GIFFIN:    Newspaper articles, Uh, let's see, "Sheriff's Criminalists
           are engaged in what is called Ninhydrin process at a house
           in the 10400 block of Hedlund", that means the application
           of chemicals to make fingerprints detectable by
           sophisticated laser equipment.

REYNOSO:   Uh-huh.

BALE:      You know what happens, Tony?

REYNOSO:   Uh-huh.

BALE:      They put this stuff in the place and then they shut the
           lights off and they turn on this laser wand and it lights
           up like Christmas every fingerprint in the house.

REYNOSO:   Is that right?

BALE:      Oh, yeah.  Fingerprints on things you wouldn't believe and
           I probably shouldn't be telling you this.

REYNOSO:   No, that's all right.

BALE:      But it's...

REYNOSO:   ...I'm glad I'm...

BALE:      ...but whatever has happened, happened in this case...

REYNOSO:   ...yeah...

BALE:      ...whatever fingerprints are there...

REYNOSO:   ...uh-huh...

BALE:      ...are gonna be there and there were some fingerprints.

REYNOSO:   No, I understand that.  you know...

BALE:      ...and you're getting easier, and easier for us to find all
           the time.  We kind of like that idea.

REYNOSO:   Yeah.

BALE:      And you have, uh, lots of sets of fingerprints on file so
           it's no problem.

REYNOSO:   Oh, I...

1966J                          3145                   000322

EX 22   319

DR NO.   90-26853
PAGE     32

| | |
|---|---|
| BALE: | ...you understand... |
| REYNOSO: | ...you know, I know.  I got fingerprints all over, yeah. |
| BALE: | Okay, okay. |
| REYNOSO: | Yeah, I understand. |
| GIFFIN: | Do you know... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...there might of been neighbors in the area that saw you in the front yard... |
| REYNOSO: | ...oh, it was, there was a few, uh, there was, I don't know if it was a youngsters but there were people, you know, right in the front yard. |
| GIFFIN: | Did you see anybody walking by that saw you there? |
| REYNOSO: | No, but it was, you know... |
| GIFFIN: | ...was there somebody driving by that saw you there? |
| REYNOSO: | I didn't see nobody driving by but it was, you know, kids, you know playing in the front yard, yeah. |
| BALE: | What do you usually find when you have kids in a neighborhood?  Do you ever see any parents? |
| REYNOSO: | Mmm. |
| BALE: | People taking care of the kids.  In other words, it's not a whole neighborhood full of kids there's usually some parents that are taking care kids. |
| REYNOSO: | But it was not too many.  It was just... |
| BALE: | ...okay... |
| REYNOSO: | ...I don't, I'm not sure, but it was some kids, you know, right there in the front door, yeah. |
| BALE: | Did you already, uh... |
| GIFFIN: | ...no, I was gonna show you... |
| BALE: | ...oh, you got 'em?  Oh, yeah, please do. |
| GIFFIN: | This is you CDC card. — To THe Jury |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | A picture of you. |
| REYNOSO: | Yeah, that's me right there. |
| BALE: | Guess who everybody in the world saw right where you said you were? |
| REYNOSO: | Is that Me? |
| GIFFIN: | Ahh, looks pretty good don't you think? |

1966J

3164

000023

DR NO.   90-26853
PAGE     33

| | |
|---|---|
| REYNOSO: | I don't know.  Take a look, I don't know. |
| BALE: | They kind of cleaned up the stache a little bit, you know, and gave you a little bit of a trim on the hair cut but you look at the eyes... |
| REYNOSO: | ...you know why I don't... |
| BALE: | ...the eyebrows... |
| REYNOSO: | ...yeah, but see, see my, my, see the difference between, uh, his mustache and mine? |
| GIFFIN: | Uh-huh... |
| BALE: | ...uh-huh, yeah, you got a trim. |
| REYNOSO: | Because mine is long... |
| BALE: | ...he got a trim. |
| REYNOSO: | Mine is long and, uh, his is shorter than mine. |
| BALE: | Okay. |
| REYNOSO: | So this is not me. |
| BALE: | If it's not you who is it? |
| REYNOSO: | I don't know, but I'm sure that it's not me. |
| BALE: | See this mark here? |
| REYNOSO: | Yeah. |
| BALE: | The one you have on... |
| REYNOSO: | ...see I don't even have marks.  I just got a... |
| BALE: | ...don't... |
| REYNOSO: | ...yeah... |
| BALE: | ...what's this on the left side of your eye. |
| REYNOSO: | Teardrop, yeah. |
| BALE: | Okay. |
| GIFFIN: | Wait a minute.  Just hold on a second. |
| REYNOSO: | All right. |
| BALE: | The point, the point is... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...it's broad daylight... |
| GIFFIN: | ...you, you tell me, Gary, now look straight ahead. |
| BALE: | Twins.  It's you man. |
| REYNOSO: | I don't, I don't think... |
| BALE: | ...I mean for a drawing, this is a good photograph. |
| REYNOSO: | Oh, yeah, yeah. |
| BALE: | This is a good photograph for a drawing... |

000324

000324

2/67

DR NO.  90-26853
PAGE    34

| | |
|---|---|
| REYNOSO: | I know, I know. |
| BALE: | For a drawing this is good. |
| REYNOSO: | Yeah. |
| GIFFIN: | Look, look in the mirror. |
| REYNOSO: | I know I'm looking, yeah, it looks just like me. But I know that it's not me. What do you think, you think that's me? |
| GIFFIN: | Well, let me put it this way, somebody saw this person in the front yard holding a kid just like the one you were holding at the same time you were holding the kid in the front yard. |
| BALE: | Wearing the same kind of clothes you were wearing, by the same kind of car you described... |
| REYNOSO: | ...is that right? |
| BALE: | Oh, yeah. |
| REYNOSO: | So I'm, see I'm telling you the truth. |
| BALE: | Oh, I believe that part, sure. |
| REYNOSO: | So, see I'm telling you the truth. |
| BALE: | You're on the right track. |
| REYNOSO: | It's good that, uh, that, uh, that you agree with me.  So you don't think that I'm lying to you. |
| BALE: | I don't think you're telling us everything but I don't think you're lying to us. |
| REYNOSO: | Oh, I'm telling you everything.  I'm... |
| BALE: | ...no, no, no.  Let's not go too far. |
| REYNOSO: | All right. |
| BALE: | Okay.  No one, we've been doing this a couple of years between the two (2) of here... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...and we've seen about, uh, let's see... |
| GIFFIN: | ...over thirty (30) years. |
| BALE: | ...over thirty (30), but I'm not real good at numbers.  Between the two (2) of us over thirty (30) years.  We have, we have never talked to anybody that told us everything.  So this is nothing personal but that's just a matter of fact. |
| REYNOSO: | Oh, I know, I know, yeah. |

1966J

$3/60$

DR NO.   90-26853
PAGE     35

BALE:       Everybody holds back.

REYNOSO:    Yeah, it's true.

BALE:       You are only gonna tell us what you think we know 'cause
            that's just the way people are.  Okay?  You're gonna tell
            us what you thing you have to tell us.

REYNOSO:    No.

BALE:       But come on...

REYNOSO:    ...straight, straight, I'm gonna tell you straight.

BALE:       Okay.

REYNOSO:    Whatever I te, whatever I say to you right, whatever I tell
            you right now...

BALE:       ...see just before you go too far now...

REYNOSO:    ...uh-huh...

BALE:       ...cause I don't want you to box yourself into the corner...

REYNOSO:    ...oh, no, no...

BALE:       ...where you feel you, like you have to stick the...

REYNOSO:    ...ño, I'm not...

BALE:       ...with the story...

REYNOSO:    ...I don't feel like that.

BALE:       See that box of paper over there?

REYNOSO:    Uh-huh.

BALE:       We've got about four (4) more like that.

REYNOSO:    Uh-huh.

BALE:       We've got a couple dozen detectives been 'round the clock
            for over two (2) weeks on this case and we have a lot of
            information.

REYNOSO:    Uh-huh.

BALE:       So we are asking you to tell us what happened.  But we're
            not pushing buttons and trying to drag it out of you little
            bit by little bit.  We hope we don't have to do that.

REYNOSO:    Oh, no, no, I'm not...

BALE:       ...there's, okay...

REYNOSO:    ...I understand.

BALE:       There's more to the story than what you're telling us.
            You're telling us, most of what you're telling us is just
            fine it, it's the truth according to what we understand.
            But like people will do you kind of candy coatin' it a
            little bit...

EX 22   323

DR NO.  90-26853
PAGE    36

| | |
|---|---|
| REYNOSO: | ...mmm. |
| BALE: | ...making yourself, you know, the guy that's going there to get some milk and tortillas, okay.  When people go there to pick it up it's not milk and tortillas, okay.  And its not just a neighborhood grocery store for milk and tortillas... |
| REYNOSO: | ...well, I, okay... |
| BALE: | ...they go there to pick up dope. |
| REYNOSO: | Okay, I agree with you. |
| BALE: | And they meet other people that have similar interests, they get together and all kinds of things happen, okay.  We have talked to an excess and went over six-hundred-and-fifty (650) people now, pushing seven hundred (700)... |
| GIFFIN: | ...seven hundred (700) people. |
| BALE: | Seven hundred (700) people, okay.  And so this likeness which is looking more and more like you by the minute.  Plus, you put yourself there.  I mean, that's not an issue really. |
| REYNOSO: | Yeah. |
| BALE: | Um, there are people that saw this guy also with the kid elsewhere. |
| REYNOSO: | Uh-huh. |
| BALE: | Like back on the street there, okay.  And what you need to do is to tell us all the details about, you know, where the property went and this guy with no face that you can't remember, um, you need to describe him a little better for us. |
| REYNOSO: | Oh, yeah.  I'm hap, I don't remember. |
| BALE: | See for one thing, you need to remember this... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...does, does he know that, uh, about anybody being, uh, in her hotel behind this at all? |
| GIFFIN: | Well, I don't know.  Uh, you know Rosa?  Have you seen Rosa since this thing had  happened? |
| REYNOSO: | Not even one time. |
| BALE: | Okay, have you seen the other guy? |
| REYNOSO: | No. |

3/70

000327

| | |
|---|---|
| BALE: | Gee, where do you think, well I don't know. |
| REYNOSO: | No, I... |
| BALE: | ...where do you think they might be? |
| REYNOSO: | I mean Rosa? |
| GIFFIN: | Uh-huh, Rosa for example.   Where do you think she might be. |
| REYNOSO: | Probably locked up. |
| BALE: | Probably locked up, okay. |
| GIFFIN: | What about the other guy? |
| REYNOSO: | The other guy I don't know. |
| BALE: | Now, if he had a chance to tell his story what do you think he would say about you and what you did?  Come on now you've been around.  You told me your thirty-four (34) years old and you're nobody's fool.  The guy is looking at the serious situation here and he comes and talks to us like you're talking to us.  What's he gonna say about this guy, "Shorty," Antonio?  What's he gonna say about what you did? |
| REYNOSO: | Who... |
| BALE: | Is he gonna change anything? |
| REYNOSO: | I mean her? |
| BALE: | Is Rosa or the guy driving the car... |
| REYNOSO: | ...oh, I don't... |
| BALE: | ...going to say anything different about what you did? |
| REYNOSO: | I don't know because I don't know the guy. |
| BALE: | Okay. |
| REYNOSO: | That's why I'm explaining, I'm trying to explain to you that, uh... |
| BALE: | ...and what about other people on the street in the neighborhood? |
| REYNOSO: | I don't know what to say. |
| BALE: | Okay.  Have you, you told us that you, uh, can read and write Spanish and English... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...is that right?  So you read the newspaper? |
| REYNOSO: | I didn't buy the newspaper but I know. |
| BALE: | Do ever watch t.v.?  Not much? |
| REYNOSO: | Not much. |

1966J

3171

000328

DR NO.  90-26853

BALE:        Now I missed part of the, uh, the initial conversation before we got kicked out of the other room there. Um, does he understand what we're here about?

GIFFIN:      Yeah, I told him right up front that we're talking about the murder of the nine (9) year old girl...

REYNOSO:     ...yeah...

GIFFIN:      ...in Anaheim...

REYNOSO:     ...he explained to me already.

BALE:        Did you, did you...

REYNOSO:     ...yeah...

BALE:        ...okay. That's about as serious as it gets.

REYNOSO:     Oh, I agree with you. It is a serious situation, yeah.

BALE:        Okay. It's a lot more serious...

REYNOSO:     ...to me...

BALE:        ...now, not that there's anything correct about stealing other people's property.

REYNOSO:     Uh-huh.

BALE:        Not that there is anything correct about going down wherever to pick up dope.

REYNOSO:     Uh-huh.

BALE:        Okay, we're not condoning that. We're not saying that's okay. But the worst of this whole thing is that there's a nine (9) year old little girl that was killed.

REYNOSO:     Just a child, yeah...

BALE:        ...okay.

REYNOSO:     Yeah, I understand that.

BALE:        Okay, and, um, you put yourself there where this happened. Okay. So did the other people. So did the neighbors. So did the people back at Jeffery and Lynn in the neighborhood there. People have been talking, and talking, and talking about you. They describe you, they tell us, you know, if you wear a hat one day or not. They tell us what you wear, they tell us, well, somebody thinks you got a mark by you eye. Somebody else thinks it's a scar. Somebody else thinks it's tattoo. Let me see your arms. Its got one with the lady on it and one with the, uh...

REYNOSO:     ...Virgin Mary...

1966J                                          3/72

000329

EX 22   326

| | |
|---|---|
| BALE: | ...Virgin of Guadelupe type... |
| REYNOSO: | ...but I don't, because I don't have no scars on my face. |
| GIFFIN: | Okay. |
| BALE: | Well if you see it from a distance, if somebody just looked casually they might think that was a mark. |
| REYNOSO: | Oh... |
| BALE: | ...or a bruise or something... |
| REYNOSO: | ...yeah... |
| BALE: | ...like that okay. |
| GIFFIN: | If somebody looks at you CDC card, that looks like a scar instead of a tattooed teardrop, doesn't it? See. |
| BALE: | So I mean we got all these people telling us all this stuff and it all keeps coming back to this guy here. And then low and behold, it's you, and you tell us it's you. But you're not telling us everything about what happened and what led up to it. There's a lot of things we already know about, okay. About what happened before you guys left. Because we were told straight out like you said you're telling us straight out. Of course they didn't tell us straight out the first time, they held back 'cause they were just fishing to see what we knew. And once, once they found out that we got the whole story down then... |
| REYNOSO: | ...but, I... |
| BALE: | ...there, there's more to it about, um... |
| REYNOSO: | ...I'm, I'm telling you, you know, everything I did with her. |
| BALE: | Okay. Do you have some more questions, I have a few. If it's to where we could... |
| GIFFIN: | ...I think it'd be a good time to ask some more questions cause... |
| BALE: | ...okay. Yeah, cause I'm, I'm pretty confused here, okay. I get easily confused so I want to, I want to make sure. This is your chance to... |
| REYNOSO: | ...all right... |
| BALE: | ...tell us everything about what happened. Okay, when you're talking about what you wore, you said you wore a white t-shirt... |

REYNOSO:    ...t-shirt, uh-huh...

BALE:       ...and Levis, like you're wearing now.  Do you remember
            what kind of shoes you were wearing?  Had you been wearing
            what you have on now, or would it have been something
            different?

REYNOSO:    No, it was a black pair of shoes.

BALE:       Black...

REYNOSO:    ...black, uh, shoes.

BALE:       What kind of shoes are those?  Are they a regular shoe?

REYNOSO:    Just regular.

BALE:       Or a tennis shoe?

REYNOSO:    No, regular shoes, yeah, like...

BALE:       ...what kind of sole do they have on 'em?

REYNOSO:    They're the ones that I brought from prison.

BALE:       Okay, is that an issue, prison issue...

REYNOSO:    ...yeah...

BALE:       ...type thing?

REYNOSO:    Yeah.

BALE:       Okay, do you still have 'em?

REYNOSO:    Yeah, they're at the house.

BALE:       Okay, what size shoe do you wear?

REYNOSO:    Eight (8), eight and a half (8 1/2).

BALE:       Okay.  And that's just a smooth sole or does it have, uh...

REYNOSO:    ...no, just smooth...

BALE:       ...tread on it or just smooth, okay.  This guy that was
            driving that was driving the car...

REYNOSO:    ...uh-huh...

BALE:       ...if you saw him again would you recognize him?

REYNOSO:    Probably, yeah.

BALE:       Okay.  'Cause he would recognize you.

REYNOSO:    Yeah.

BALE:       Okay.

REYNOSO:    Probably if you show me...

BALE:       ...I mean everybody...

REYNOSO:    ...I know...

BALE:       ...you know, they must like you a lot because everybody
            recognizes you and everybody is pretty concerned...

1966J                                          3174

000331

EX 22    328

| | |
|---|---|
| REYNOSO: | ...uh-huh... |
| BALE: | ...'cause, you know, they're, they're afraid something like this happens to a nine (9) year old little girl and they don't know what everybody did then they're afraid. |
| REYNOSO: | Yeah. |
| BALE: | So I mean everybody is giving up everybody. |
| REYNOSO: | I know, I understand. |
| BALE: | In this kind of a case.  Cases where usually they keep their mouth shut, everybody is talking, okay so that's where we are at with that.  Okay, before you went over there, okay, I mean talking about you're at Jeffery and Lynn... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...you meet up with Rosa... |
| REYNOSO: | ...yeah... |
| BALE: | ...and Rosa is talking about what first?  Before she ever talks about going to pick these things up, this property what's she talking about? |
| REYNOSO: | About her stuff, you know. |
| BALE: | Okay, now what kind of stuff?  Not her property, I'm talking about what's she interested right then? |
| REYNOSO: | I don't know, I don't have no idea. |
| BALE: | Come on. |
| REYNOSO: | What do you, what do you mean? |
| BALE: | Did she look like she was usin'? |
| REYNOSO: | Oh, like, uh, drug addict? |
| BALE: | Yeah. |
| REYNOSO: | To me, yeah. |
| BALE: | Okay, well, have you used heroin? |
| REYNOSO: | Me? |
| BALE: | Yeah. |
| REYNOSO: | Yeah. |
| BALE: | Yeah, okay.  Well, I mean you've got a five (5) foot printout here that tells me you life history.  Okay. |
| REYNOSO: | Yeah, yeah, it's true, yeah. |
| BALE: | Okay.  So you see somebody that's using, you have a certain op, professional oppinion about how they act and what they do. |

1966J

3175

000332

EX 22   329

DR NO.  90-26853
PAGE    42

| | |
|---|---|
| REYNOSO: | Yeah. |
| BALE: | Okay.  The truth is she was looking for some place to get some dope, right?  Okay.  You nod your head yes. |
| REYNOSO: | Uh-huh. |
| BALE: | Okay.  That's the truth of the matter. |
| REYNOSO: | Uh-huh. |
| BALE: | Okay.  And the truth is she had something and you had something and you put 'em together and somebody can get high, right? |
| REYNOSO: | Yeah, but I didn't... |
| BALE: | ...okay, who had which?  I already know the answers so don't... |
| REYNOSO: | ...oh, I know... |
| BALE: | ...don't... |
| REYNOSO: | ...no, what I was gonna say that... |
| BALE: | ...don't waste everybody's time, tell me the truth. |
| REYNOSO: | That, uh, but I wasn't using drugs. |
| BALE: | Okay, one person has dope another person's got a kit, or whatever they call them this week. |
| GIFFIN: | A rig. |
| BALE: | A rig. |
| REYNOSO: | A rig, yeah. |
| BALE: | Yeah, okay, a rig. |
| REYNOSO: | Uh-huh. |
| BALE: | And you put 'em together and now somebody can get loaded, okay.  I already know who had what, you tell me.  It'll get easier from that point on. |
| REYNOSO: | I know but I don't, I don't, I don't know.  I don't know what to say. |
| BALE: | You don't... |
| REYNOSO: | ...becau, see it's... |
| BALE: | ...did you see anybody with the rig?  No?  You sure? |
| REYNOSO: | See it's hard for me because I'm not, see I'm not, I'm not using drugs. |
| BALE: | Well that's what I would say if I was you too, okay.  But why would people tell us that you were? |
| REYNOSO: | They're lying. |

1966J

3/76

000333

DR NO.   90-26853
PAGE     43

BALE:       Okay, people that aren't even involved say that you and
            Rosie get together, she's got a rig you got some dope, you
            need the rig, she needs the dope, I mean we're talking one
            and one is two here, okay.

REYNOSO:    I know, I know what you're trying to say, yeah.

BALE:       Well, I'm not, I'm not trying to say it that's what I'm
            saying.  That's what were told happened.

REYNOSO:    Uh-huh.

BALE:       And by people that have no interest in lying to us they
            weren't there with the little kid in front of the house
            where the nine (9) year old girl was killed, you were.  And
            you told us how you got there and those kind of things but
            you're down playing what happened first.  Okay.  We're
            trying to figure out what everybody's actions...

REYNOSO:    ...uh-huh...

BALE:       ...were, where they're coming from.  Was she fucked up?
            Was she loaded?  Or did she act normal?  How did she act,
            Rosa?

NOSO:       Well she was...

BALE:       ...before you went over there how did she act?

REYNOSO:    Acting alone probably.

BALE:       She was what?

REYNOSO:    Using.

BALE:       Yeah, but how, what was her...

REYNOSO:    ...oh, she was acting...

BALE:       ...her demeanor, her attitude...

REYNOSO:    ...she was acting, yeah, attitude...

BALE:       ...like...

REYNOSO:    ...no, you know, I know when...

BALE:       What was she acting like?

REYNOSO:    You know when you, you know when you are drug addict, you
            know, you, when you use, you know, you act like...

BALE:       ...okay, but what was, what does she act like?  Does she
            act like was...

REYNOSO:    ...no, she was...

B.   :      ...sleeping, or did she act hyper, or...

REYNOSO:    ...no, she was...

1966J

OOO334

3/77

**EX 22   331**

| | |
|---|---|
| BALE: | ...what does she do, I mean you tell me... |
| REYNOSO: | ...acting, act normal you know. |
| BALE: | Just normal. |
| REYNOSO: | Yeah. |
| BALE: | Did she seem like she knew what she was doing? |
| REYNOSO: | I don't think so. |
| BALE: | Did, I mean when she, if she walked through a door way would she run into the wall or did she walk through it and... |
| REYNOSO: | ...oh no, she was.. |
| BALE: | ...and act normal? |
| REYNOSO: | She was acting normal, yeah. |
| BALE: | Okay.  That's what I'm trying to find out.  See you were there you saw her. |
| REYNOSO: | I know she was acting normal, yeah, uh-huh |
| BALE: | Okay, I know what she thought about it but I want to know what you thought about it from your view point, okay.  Were you drunk or were you loaded with anything that would effect how you remember what happened? |
| REYNOSO: | No, not even... |
| BALE: | ...not even... |
| REYNOSO: | ...drunk. |
| BALE: | Okay. |
| REYNOSO: | Cause I report to my parole officer every two (2) weeks and I got to, uh, give 'em a bottle every, every two (2) weeks. |
| BALE: | Uh-huh.  Okay.  Rosa is in the house for ten (10) minutes after you guys get over there. |
| REYNOSO: | Uh-huh. |
| BALE: | Now, did she really tell you that this was her house or these were her things or did she tell you I know where we can get some stuff that we can sell and buy some dope or what, or get some money or whatever. |
| REYNOSO: | She told me... |
| BALE: | ...I already know some of the answers so tell me the truth. |
| REYNOSO: | She told me that it was her stuff. |
| BALE: | She told, she told you it was her stuff... |

1966J

3/78

0C0335

REYNOSO:    ...and, uh, it was her house.  She used to live there but it was...

AT victims House

BALE:       ...She used to live there...

REYNOSO:    ...yeah, it was her stuff, yeah.

BALE:       And she went up to the house...

REYNOSO:    ...to the house...

BALE:       ...and knocked on the door.

REYNOSO:    And knocked and then got everything and, uh...

BALE:       ...okay, and you didn't see who came to the door?

REYNOSO:    No.

GIFFIN:     Tony...

BALE:       ...you're real sure now?

REYNOSO:    Yeah, I'm sure, I'm sure.

GIFFIN:     Tony, she's going into the house and bringing out all this stuff, did you really think it was hers?

REYNOSO:    Oh, okay.

GIFFIN:     Did you really think it was hers?

BALE:       Now come on man...

REYNOSO:    ...yeah, yeah, yeah.  But she told me that, you know.

GIFFIN:     Okay, maybe she told you that.

REYNOSO:    Yeah.

GIFFIN:     But you know what, I can tell you...

REYNOSO:    ...uh-huh...

GIFFIN:     ...you know, this whole building here, this whole beautiful building, it belongs to me.

REYNOSO:    Yeah, I know yeah.  I know what you're trying to say.

GIFFIN:     Okay, do you really believe that it belongs to me?  Do you believe I own this whole building?

BALE:       Now he knows exactly...

REYNOSO:    ...not really...

BALE:       what you're saying...

REYNOSO:    Yeah.

GIFFIN:     You know I don't own the building don't you?

REYNOSO:    But I, yeah, but I, I...

GIFFIN:     ...when she tells you that all this stuff, the v.c.r., the typewriter, all the clothes, it's all hers.  Did you really believe?

1966J

3179

000033

DR NO. 90-26853
PAGE 46

REYNOSO:       You want me to tell you the truth?

GIFFIN:        Yes.

REYNOSO:       I did believe her.

GIFFIN:        You really believed that?

BALE:          Well, maybe you wanted to but I real, if you really thought
               about it I don't think that you believed it 'cause they're,
               I've been talking to you for a few minutes I don't think
               you're a dummy, okay. And here's a gal that you've already
               put her in a classification, or you've decided in you mind
               this gal uses dope. And she, here she is hauling stuff out
               of this house, you, you're outside looking around, playing
               with the kid like you really don't want to see what's going
               on. Like somehow it won't effect you if you don't watch
               it. And the other guy...hmmm, hmmm, hmmm, he's all looking
               around same time. I mean you guys might as well have been
               walking through Sears filling you pockets with tools and
               the tool department and what, and have five (5) security
               guards following you along, I mean...

REYNOSO:       ...but I...

BALE:          ...it was...

REYNOSO:       ...I did...

BALE:          ...okay, I'm just telling you what it looked like to
               everybody that saw it. And there's bunch of 'em. And as
               including the stuff going into the car, okay. And the
               other guy was outside of the car too. He was seen outside
               of the car, okay. So you may have tried to convince
               yourself that you're not aware of him being outside the
               car. Did you put any of that stuff in the trunk of the
               car, in the back seat?

REYNOSO:       Nothing. I didn't grab nothing.

BALE:          Okay. When she brought it out of the house who put it in
               the car?

REYNOSO:       Her.

BALE:          And?

REYNOSO:       I didn't see the other guy putting nothing in the back.

BALE:          You didn't see him, okay. Could he have?

REYNOSO:       I don't know.

1966J

-51 BC

U00337
ICE0000

BALE:       Okay, if you didn't see him when he got out of the car, and
            we know he got out of the car, he got out of the car...

REYNOSO:    ...I don't, I didn't see him.

BALE:       You don't, you don't remember that part, okay.

REYNOSO:    I don't remember, yeah.  But I did, you know, I don't know,
            you know, you think that I'm, I know it was dumb, you know,
            that, uh, but I did believe her that it was her stuff...

BALE:       ...well..

REYNOSO:    ...I mean the way she was talking to me, you know because,
            uh...

BALE:       ...I, I can believe that you wanted to believe her but I, I
            also know that you knew better, but we, we won't belabor
            that...

REYNOSO:    ...yeah...

BALE:       ...because that's, that's kind of obvious.

REYNOSO:    All right.

BALE:       When this is going on...

REYNOSO:    ...uh-huh...

BALE:       ...and she's in the house a typical thing when somebody is
            going through somebody elses house stealing stuff a certain
            amount of noise gets made.  Okay, even if people are trying
            to be quiet.  What did you hear?

REYNOSO:    Noise.

BALE:       What kind of noise?

REYNOSO:    I hear people talking but, you know...

BALE:       ...okay...

REYNOSO:    ...it was not, not too loud you know like...

BALE:       ...you heard people talking?

REYNOSO:    Yeah.  But I didn't hear no...

BALE:       ...could you hear anything on what they said?

REYNOSO:    No, not at all.

BALE:       Okay.  Did you hear sounds of anything getting tipped over
            or broken and stuff like that?

REYNOSO:    I didn't hear nothing.

BALE:       You sure?

REYNOSO:    I'm sure.

BALE:       Okay.

1966J                                   3/81

000033
000348