REYNOSO: I'm sure I was, but, I was with the baby right there, you know, on the sidewalk.

BALE: Did you hear any struggling or like a fight or anything like that? Any kind of noise like there was any kind of struggle going on?

REYNOSO: Nothing at all.

BALE: Did you hear any screaming or yelling?

REYNOSO: I didn't hear nothing.

BALE: Okay, did you hear the telephone ring?

REYNOSO: Telephone? No.

BALE: Do you know there was some phone calls made?

REYNOSO: I didn't hear nothing in there. Nothing about a phone.

BALE: Okay. And when Rosie is bringing the stuff, did she start bringing the stuff out immediately or was it a little while...

REYNOSO: ...no...

BALE: ...before she brought it out...

REYNOSO: ...it, it took a, you know, a few, you know, a couple, a couple minutes, you know and then, uh, to start bringing everything, you know, to the car.

BALE: Okay.

REYNOSO: Yeah.

BALE: Then she starts bringing the stuff out?

REYNOSO: Yeah. Out of the house, yeah.

BALE: Okay. Now how does she bring it out of the house? Through what door?

REYNOSO: Through the front door.

BALE: The front door?

REYNOSO: Yeah.

BALE: You said during this time that, um, about this time you're getting afraid like she's been there too long...

REYNOSO: ...uh-huh...

BALE: ...the driver is acting afraid?

REYNOSO: Yeah, he was.

BALE: Because she's been too long? Now people don't think those kind of things when someone is going to pick up their own property at a house where they used to live. People think



PAGE 1110
000349
3/82

those kind of things when they know they're sitting there playing with somebody's kid while the woman rips off somebody's house.

REYNOSO: I, I don't even know, I don't know that she was gonna do that.

BALE: Well why were you nervous then?

REYNOSO: I was just you know, worried, that, uh, something, you know, that, uh...

BALE: ...well...

REYNOSO: ...you know what I'm saying because...

BALE: ...well I think I do, but I want you tell me in your words.

REYNOSO: Uh-huh.

BALE: What was you gut feeling about what was going on in there? Did you think this woman was bringing her own stuff out...

REYNOSO: ...when, uh...

BALE: ...really.

REYNOSO: Yeah, okay.

BALE: At that point now. I know what you thought before...

REYNOSO: ...at that point, yeah, you know like she was taking too long then I start, you know, thinking, you know, that she was doing something wrong.

BALE: Uh-huh.

REYNOSO: But I was, you know, I didn't, I didn't really pay attention, you know, because I was playing with the baby. And I was thinking that, uh, you know, she won't do, you know, a stupid thing like that and, uh, but she was taking too long. And I was getting, you know, kind of nervous because...

BALE: ...yeah, I would of been too. Okay, Rosa yelled at the driver and he backed the car up into...

REYNOSO: ...uh-huh...

BALE: ...driveway...

REYNOSO: ...driveway, yeah...

BALE: ...and the stuff was getting put in the car.

REYNOSO: Put in the car, yeah.

BALE: And you didn't touch any of that stuff?

REYNOSO: Nutt-huh.

3183

1966J

BALE: We're not gonna find any of you fingerprints on it?
REYNOSO: I hope not.
BALE: Oh, hope not. Okay. Did you go anywhere else that day and help anybody else move anybody's furniture or property or anything else?
REYNOSO: Nutt-huh.
BALE: Okay, so that was the only...
REYNOSO: ...I didn't help nobody.
BALE: Okay, so that was the only, that was the only time.
REYNOSO: When we went back to, uh, we went back to Jeffery I give the baby back to her and that's all. But I didn't help her, you know, with taking stuff, you know, carrying her stuff, nothing.
BALE: You were talking about you didn't see some of the items on the property sheet there, could she have brought those things out when you couldn't see it? In other words, the calculator...
REYNOSO: ...uh-huh...
BALE: ...the iron, those kinds of things?
REYNOSO: I didn't see all this stuff in that car in the back seat.
BALE: It had to be about a car full.
REYNOSO: There was a lot of...
BALE: ...we're talking about a car like a Chevy, a Camaro, or a Fire, Pontiac Firebird or something like that, you got three (3) adults and a child and, uh, and a bunch of clothes and all these appliances.
REYNOSO: There was a lot of stuff in there.
BALE: It was about a load, huh?
REYNOSO: There was a lot of stuff in the back seat, yeah.
BALE: Okay. Did you go back and make another trip?
REYNOSO: No, I didn't make, we didn't go back.
BALE: You didn't go back?
REYNOSO: I didn't, we didn't go back.
BALE: Okay, you didn't go back. Did anyone else go back and get more stuff?
REYNOSO: Uh, I don't know. I took off.
BALE: As far as you know?

1966J

2/04

REYNOSO: I went home.

BALE: Okay. The things you saw on the property sheet, did you see any of those things later when you got back to, uh, Jeffery and Lynn?

REYNOSO: What do you mean?

BALE: In other words, you say you didn't put 'em in the car...

REYNOSO: ...uh-huh...

BALE: ...did you see her take 'em out of the car?

REYNOSO: No. No, I didn't see nothing.

BALE: Okay. Now after the time when she, the point and time where she is bringing stuff to the car, how does she act then? How is she acting then? What is she act like? What's she doing?

REYNOSO: She was acting normal.

BALE: Just normal like nothing happened?

REYNOSO: Like nothing happened, yeah.

BALE: Okay.

GIFFIN: She wasn't loaded was she?

REYNOSO: I don't know.

GIFFIN: Did she look like it?

REYNOSO: Yeah.

GIFFIN: Did she look like she might have been loaded?

REYNOSO: Probably.

GIFFIN: You don't know though?

REYNOSO: I'm not sure yeah because see I don't, I don't hang around over there too much, you know, I go over there, you know, once in a while. Like when I go buy some...

BALE: ...you know what booze smells like, right? Alcohol?

REYNOSO: Uh-huh.

BALE: When you're sittin' in the car did you smell booze on her or anything? Did she act drunk like alcohol?

REYNOSO: No.

BALE: Or anything like that?

REYNOSO: Like beer? Nutt-huh.

BALE: So nothing like that.

REYNOSO: Nothing like that.

3105

1966J

000352

BALE: When she came out of the house carrying these thing afterwards did she say anything about what happened in the house?

REYNOSO: She didn't say nothing to us.

BALE: You're absolutely sure?

REYNOSO: I'm sure, yeah. She didn't say nothing to, to us.

BALE: Okay.

REYNOSO: Nothing at all.

BALE: I think you agree with us this is a pretty serious situation.

REYNOSO: Oh, I know, I agree with you, yeah. I know it's serious, yeah. We're talking about a child.

BALE: Uh-huh. Did she tell you that she killed her?

REYNOSO: I don't, no, she didn't say nothing to me. Nothing.

BALE: Did you kill her?

REYNOSO: Who me?

BALE: You.

REYNOSO: Are you kidding?

BALE: No, I'm not kidding.

REYNOSO: No, I don't, I don't do those things.

BALE: Okay, well that's what everybody tells us but people do things like that.

REYNOSO: Not me. I'm still...

BALE: ...okay...

REYNOSO: ...I don't do those things.

BALE: Did you watch the child be killed? No?

REYNOSO: I didn't see nothing.

BALE: You didn't, you didn't help, you didn't watch, you didn't see...

REYNOSO: ...oh no, hell no, I'm not crazy. I'm still...

BALE: ...okay, I didn't say you were crazy. I don't think you're crazy at all.

REYNOSO: No, I know.

BALE: I think you're real sorry you were there.

REYNOSO: Oh yeah, I am sorry. I'm, I'm very sorry that I went with her.

BALE: I bet.

REYNOSO: Oh yeah, I am, I am.

BALE: I would be too.

REYNOSO: Yeah, especially right now, you know, that I know that, uh, you know, whatever...

BALE: ...but she never let on at all like there was any kind of problem?

REYNOSO: I saw that she didn't say nothing to us. We took off. We went, uh, we went back to, uh, Jeffery...

BALE: ...uh-huh...

REYNOSO: ...she didn't say, like nothing. Like nothing.

BALE: Uh-huh. Okay.

REYNOSO: To do those things you got to be, uh, you got to be crazy.

BALE: No, not at all. You just have to have a disrespect for life.

REYNOSO: Yeah, that's, that's the best...

BALE: ...maybe your own, maybe other people's.

REYNOSO: Uh-huh.

BALE: Okay. You don't know anything more about it, huh?

REYNOSO: No.

BALE: It kind of puts you in a bad spot, huh?

REYNOSO: Hmm, a real bad spot.

BALE: Okay, you sure you guys didn't, uh, use a little before you went over there?

REYNOSO: I didn't use at all.

BALE: Okay.

GIFFIN: Tony...

REYNOSO: ...uh-huh...

GIFFIN: ...I just have a real hard time with the fact that you go for a ride with a girl who you know is a hype.

REYNOSO: Uh-huh.

GIFFIN: You know she's using and she's telling you some yokey story about how she's going to get her things out of her house, yet she goes up to the front door of the house and has to knock on the door, somebody has to let her in. You're waiting out front with her child...

REYNOSO: ...her child, yeah...

1966J

3187

GIFFIN: ...she doesn't take the child inside with her. She doesn't invite you in. She brings all this stuff and puts in the trunk of the car...

REYNOSO: ...by herself. And then we took off and she don't even say nothing to us.

GIFFIN: That's awfully suspicious. That makes her sound like a burglar. You know what a burglar is?

REYNOSO: It's hard to, uh, I feel sorry for her. It's just that, uh...

BALE: ...but I'll tell you what I feel a lot more sorry for the dead nine (9) year old girl.

REYNOSO: That's what I'm saying because, you know, like it's just a child.

BALE: Now you talked about doing robberies and stuff and I'm not gonna get into past history...

REYNOSO: ...uh-huh...

BALE: ...cause I'm not trying to play games with you on that. Um, but one guy goes to pull a robbery, he goes inside does the robbery, are you with me so far?

REYNOSO: Uh-huh.

BALE: His partner waits in the car.

REYNOSO: You're involved.

BALE: The guy goes inside pulls the robbery, shoots somebody, kills him. Comes out with the money. The guy in the car may or may not know about what happened inside. What happens to the guy in the car? The police pulled the car over and these two (2) guys are in it down the street what happens?

REYNOSO: He's in trouble.

BALE: Yeah. It's a bad spot. That's why it's real important, uh, especially under these circumstances that you level with us about everything. And that includes the least of your problems right now.

REYNOSO: Yeah, uh-huh.

BALE: Is whether or not you guys used some dope before you went over there. I mean that's, that's nothing compared to...

REYNOSO: ...oh, no, I understand, yeah...

BALE: ...what happened about the murder charge. I don't mean...

REYNOSO: ...uh-huh...

BALE: ...that's it's nothing, you know, because it's, it has consequences for you...

REYNOSO: ...it's nothing...

BALE: ...I know that...

REYNOSO: ...compared to, to the crime.

BALE: But we've got people telling us that that happened that have no reason to lie to us. They have no interest in it. We have no, um, you know, there's no way we can put any pressure on them or have any advantage over them, but they tell us this is what happened. So we're in a position where we're inclined to believe 'em. Okay? Can you blame us?

REYNOSO: Oh, no, I don't, I don't blame you at all, you know.

BALE: We, we take it, we take it at face value.

REYNOSO: I don't, I don't blame you at all, you know, because, you know, you, you guys...

BALE: ...our job is to find out the truth.

REYNOSO: The truth.

BALE: The whole entire truth.

REYNOSO: Yeah, uh-huh...

BALE: ...not just the part that Rosa wants to remember or the part that Antonio wants to remember, or the part that, uh, the other gentleman wants to remember, but everybody remembers something that makes them look just a little bit, just a little bit better. And again, that's human nature and we understand it.

REYNOSO: Uh-huh...

BALE: ...but...

REYNOSO: ...its like...

BALE: ...it doesn't, it doesn't tell the whole truth. See and if you don't tell the whole truth then you tell one (1) little lie here, I mean you've been in this route before and then you get caught up in it then you got to live the lie.

REYNOSO: It's like when I, when I was talking to the officer, you know, like the only reason that I called, you know,

because, you know, I feel, you know, I don't feel, I didn't do nothing, you know. I explained to the officer and everything that, uh, that I went with her, you know, to the house and got everything out of the house.

BALE: Yeah.

REYNOSO: But I didn't touch nothing.

BALE: Who's the other guy, Tony?

REYNOSO: I don't, I don't know. If I knew you think I'm, I'd tell you straight out.

BALE: People are giving you, giving you up all up and down the street...

REYNOSO: ...oh...

BALE: ...because of the kind of crime that it is.

REYNOSO: Yeah, but what, what do you want, see I'm in a, what do you want me to say if I don't know the guy? It's like I was, I just got out of prison...

BALE: ...I know that...

REYNOSO: ...and I don't know too many people. It was just a...

BALE: ...well you knew, you knew a couple of people before you went to prison.

REYNOSO: Oh, yeah, yeah, I agree with that, yeah. I know a few people.

BALE: And how did you, okay, you live, um...

REYNOSO: ...uh-huh...

BALE: ...I'm trying to remember what your address is now.

REYNOSO: 1633, apartment 2.

BALE: Okay, so you get out of prison and you go back to a neighborhood you're...

REYNOSO: ...yeah, uh-huh...

BALE: ...familiar with...

REYNOSO: ...uh-huh...

BALE: ...comfortable with.

REYNOSO: Uh-huh.

BALE: A couple of reasons people do that. One is because they can get milk and tortillas there in walking distance.

REYNOSO: I always go to, you know, to the store, you know, to, uh...

BALE: ...and another reason is because that's where their friends are. That's where their dope connections are and, you know, these kind of habits aren't broken easily.

REYNOSO: It's like...

BALE: ...right?

REYNOSO: Oh it's, it's hard.

BALE: Okay.

REYNOSO: See like right now if I want to slam I slam but I don't want to. I don't want to. You know there is a lot of drugs on Jeffery. If I go to Jeffery...

BALE: ...oh, yeah.

REYNOSO: It's a lot of, I got a, you know, friend, a couple of friends that, uh, they know me. If I get, if I want to get in trouble real easy I just go over there, ey, uh...

BALE: ...okay, you're, you're telling us...

REYNOSO: ...yeah...

BALE: ...the truth here right? You're not holding back anything?

REYNOSO: Oh no. I'm...

BALE: Who did, who did Rosa pick up from on Jeffery?

REYNOSO: I don't know.

BALE: Sure. See this is the kind of stuff that hurts your credibility. This is your chance to tell, you know, we're taking notes we're gonna write reports you chance to tell the whole world the whole truth but you, you can't do it.

REYNOSO: No, no, I'm telling the truth I don't know. Because every, see every, like...

BALE: ...did, did she get it from you?

REYNOSO: I don't even have nothing.

BALE: You didn't answer my question.

REYNOSO: I mean the dope?

BALE: You know what a polygraph is?

REYNOSO: Yeah, but she...

BALE: ...lie detector?

REYNOSO: Yeah.

BALE: Do you think if you took one of those that you could, uh, pass it if we asked you questions like answer this, "Yes or no, Antonio, did you use heroin, and, or, cocaine, speed



3191

ball, or whatever that day?" Do you think you could pass it? You think so, huh? Okay. If you, and if we ask you the question, "Did you supply, or furnish, or give, or sell heroin to...

REYNOSO: ...to her?

BALE: Rosa, or anybody else?"

REYNOSO: Nobody else.

BALE: It would be no problem?

REYNOSO: Nobody... Yeah, no problem.

BALE: Okay, we have to run that down when people tell us these things. Okay.

REYNOSO: Cause I don't even, I don't want nothing to do with drugs. Right now I'm, I'm thinking about myself. I don't, I don't, you know, I don't wanna deal drugs no more.

BALE: I don't blame you. It brings you a lot of grief.

REYNOSO: A lot of...

BALE: ...a lifetime, a lifetime of grief.

REYNOSO: A lot of problems, yeah. But I know that it's, you know, serious, you know.

BALE: Okay. You hear people talking over there, you, so you were there, you were there the day that we picked, uh...

REYNOSO: ...uh-huh...

BALE: ...Rosie up off the street, right? When she came down with us? You saw the car...

REYNOSO: ..oh...

BALE: ...you said you...

REYNOSO: ...oh, I was right there, yeah...

BALE: ...you were right there.

REYNOSO: Yeah that's true, yeah.

BALE: Okay. So you knew she was using.

REYNOSO: When I was right there, I go down there but I don't use.

BALE: Okay, but let's get off of that for that a minute...

REYNOSO: ...yeah, okay, uh-huh...

BALE: ...you saw the cars come, you saw the, you said they have a gray car or whatever it was, that two (2) guys and you figured they're narcs or whatever.

REYNOSO: Oh, okay, yeah, yeah.

BALE: Okay, I'm going back to the day...

REYNOSO: ...back, yeah...

BALE: ...Rosie was picked up.

REYNOSO: Yeah, all right.

BALE: And we got people telling us you stood, you know, not too far away.

REYNOSO: Uh-huh.

BALE: You know maybe a hundred feet something like that and watched her get picked up.

REYNOSO: Uh-huh.

BALE: Right, that was you.

REYNOSO: I was right there yeah.

BALE: Yeah, it was you. Okay.

REYNOSO: I was right there, yeah.

BALE: The other guy, the one that was driving the car, are you gonna let him lay a bunch of stuff off on you about what happened? I mean this, we're talking people that are, that are scared.

REYNOSO: Oh, I know.

BALE: They're looking for, they're trying to make everybody else the bad guy...

REYNOSO: ...see I'm not, I'm not scared. I'm not scared because I didn't do nothing. I don't have nothing to do with that.

BALE: Okay, the problem is though you were there.

REYNOSO: Yeah, that's what saying that, uh...

BALE: ...that's, that's the big problem...

REYNOSO: ...yeah, that, uh, you know, I have, I was there but I feel clean because I know that I didn't, I don't have nothing to do with the child. I won't do that not even, not me. But I, yeah, I remember that day when, uh, yeah, that's true.

BALE: And this guy with this gold or brown car whatever kind of it is have you seen him since?

REYNOSO: Nutt-huh.

GIFFIN: Antonio...

REYNOSO: ...uh-huh...

GIFFIN: I want you to think back real carefully.

REYNOSO: Sure.

GIFFIN: On everything you've told us.

REYNOSO: Uh-huh.

GIFFIN: And every now and then we push the right button and you go, "Oh, yeah, yeah now I remember a microwave, yeah, I remember." Well, you know what Antonio? There are a couple of other buttons we could push but we're not because this is a test of your honesty and your truthfulness.

REYNOSO: Uh-huh.

GIFFIN: We want you to be truthful with us. And we want you tell us everything you know about this. All we're after is the truth.

REYNOSO: I know but I already did.

GIFFIN: We haven't pushed all the buttons yet. Have we?

REYNOSO: I don't know. I know that I was gonna go through all this, you know, this stuff, you know. You think that, uh, cause I want, I don't want no, no, uh, can't even go to the store, you know, because they're right behind me like yesterday. But I, you know, I'm helping you, you know. What else, you know if I don't know nothing, you know, I'm not gonna lie to you.

GIFFIN: No, we're not asking you to makeup things and we're not asking you for lies...

REYNOSO: ...you know...

GIFFIN: ...we're only after the truth.

REYNOSO: Yeah.

GIFFIN: That's it.

REYNOSO: You know, I went with her and, uh, we got all the stuff and we took off and everything...

GIFFIN: ...well, let's, let's go about what you were thinking.

REYNOSO: Uh-huh.

GIFFIN: I mean she's a hype. She says I'm gonna go pick up some, uh, stuff from my house. She has to knock to get in, come on, you know she's doing a burglary. You know all the stuff that she's out and puttin' in the car isn't hers, it's stolen stuff. You know that. You've been around. Your thirty-four (34) years old. You got a rap sheet.

REYNOSO: I know.

3/94

BALE: And that's just the times you got caught.

REYNOSO: I know.

BALE: We know how that works. That's just the tip of the iceberg

REYNOSO: I know, but see...

GIFFIN: ...okay...

REYNOSO: ...you don't...

GIFFIN: ...Antonio...

REYNOSO: ...I know...

GIFFIN: ...don't lie to us...

(END OF TAPE ONE, SIDE TWO, ANTONIO REYNOSO)

(NOW PEING TRANSCRIBED BY ALMA VILLASENOR)

EYNOSO: ...I didn't know, I believe, you know, that day, I thought it was her stuff, you know. You know, like you say...yeah, I'm, I'm...

BALE: At first you probably did.

REYNOSO: Yeah, I swear to God...

BALE: ...you wanted to believe...

REYNOSO: ...no, honest to...that I, that I did.

GIFFIN: But what point did you figure out, "You know what Antonio, I'm only kidding myself, this is all stolen shit."

BALE: "So I'll play with the baby in the driveway here and I'll just kind of turn my head and that way..."

REYNOSO: ...you see, you see...

BALE: "...that way it'll be on them, it won't be on me. I'll just be the guy out here playing with the baby and I didn't see nothing."

REYNOSO: No, see now I...tell you something right now...

BALE: ...about the guy, the guy at the robbery says, "Oh, I just, my partner said he's gonna go in and get a pack of cigarettes" and he's sitting there sweating bullets, huh, and he's sitting there...

REYNOSO: ...see when I went...

BALE: ...with the motor running and the guy comes...

REYNOSO: ...even if you don't be...

3195

1966J

000362

BALE: ...running out with a little bag and says, "Hit it."

REYNOSO: Even if you don't believe me, when I went with her to the house, I swear to God, I didn't think that, I was waiting for her like, you know, I didn't worry about nothing.

BALE: At first.

REYNOSO: At first, yeah.

BALE: Yeah.

REYNOSO: I go, "It's her, you know, it's gotta be her house because she went in." It's gotta...and, uh, she brought everything, you know, like it was hers. But I start worrying about, you know, about it, you know, because she was taking too long. But she didn't say nothing to us, you know, she took off and, uh, she didn't say that, uh, you know, it was, it was somebody else stuff, nothing.

BALE: Were, did, were you a little bit suspicious when she got back to Jeffrey and started selling stuff right out of the trunk of the car in the street?

REYNOSO: And then...

BALE: And all the people come running...I've driven through there and watched them do it.

REYNOSO: Yeah.

BALE: They all descend on the car, the trunk comes open and people come up and the money comes out and people...I've, I've watched people standing in broad day light and do dope deals, for Christ sake. I mean, you could, you could walk down there in full uniform and see that.

REYNOSO: I know.

BALE: You know? Come on. She's selling stuff out of the trunk of the car, I mean, every time you move, do you sell all your shit out of the trunk of the car after you go through the trouble of moving it? Nah. She was selling stolen property and you knew damn well what she was doing.

REYNOSO: I swear to God I, I...

BALE: Oh well.

REYNOSO: Believe it or not...

BALE: Don't, don't swear to God because you're, you're kidding yourself.

REYNOSO: No, no, no. I'm telling you the truth.
BALE: You're kidding, you're kidding yourself.
REYNOSO: No, I'm not kidding myse...see, you're wrong.
BALE: No, I don't think so.
REYNOSO: I'm trying to help you and, and you don't believe me.
BALE: It's pretty hard for me to believe that a guy with your experience...
REYNOSO: And a guy like me, is why you don't believe me, yeah.
BALE: A guy with your experience...
REYNOSO: ...yeah, that's why, yeah.
BALE: ...I mean, you told me, you told me you've been around, I appreciate your honesty about that.
REYNOSO: Yeah.
BALE: If you were a little fourteen (14) year old kid that somebody says, "Oh let's go for a ride" and never been in any kind of mischief and I could see that little fourteen (14) year old kid sitting in the driveway and not know what's going on. But not you Antonio. You know better.
REYNOSO: Believe me...
BALE: You got a sense, you've stayed alive, uh, alive this long not by being stupid. You had to have a little sense of survival and a little awareness of what's going around you.
REYNOSO: Yeah. But sometimes you don't, you don't, you don't have time to think. See, like that day...
BALE: Yeah.
REYNOSO: ...you know, it was, it was so quick, you know, that I, I was, you know, I was kind of, you know, I was trying to get the VCR so I didn't even, I didn't even think that, uh, I mean, you know, you know, like you say you know, she's just a, a drug addict like me.
BALE: Uh-huh.
REYNOSO: But I didn't think that, uh, she was gonna do that, you know, because when...I know, I understand, you know, when you're on drugs, uh, your mind is different.
BALE: Okay, when you say you didn't think she was gonna do that, do you mean you didn't think she was gonna go there and kill the little girl?

1966J

3197

REYNOSO: Oh, hell no, I didn't even think, uh...now that I...

BALE: ...okay.

REYNOSO: ...I don't even, it's hard to believe, you know, whatever she did.

BALE: Well believe it.

REYNOSO: Yeah, but it's, you know.

BALE: Okay, and you didn't go in the house?

REYNOSO: No.

BALE: Not even part way in the house?

REYNOSO: Not even.

BALE: You didn't touch any of the appliances or furniture or walls or any of that stuff?

REYNOSO: Nutt-uh, nothing.

GIFFIN: You didn't help anybody take a microwave oven off the shelf?

REYNOSO: No, nutt-uh.

GIFFIN: So your fingerprints wouldn't be on any microwave ovens, would they?

REYNOSO: You, uh, bring the micro...if you got a microwave oven, bring it over here and...

GIFFIN: I'm just checking.

REYNOSO: No, that's I'm saying, you know, because I'm trying to, you know, be honest with you.

BALE: What about the other guy, this, this phantom, faceless, undescribable...

REYNOSO: ...oh, the other...

BALE: ...individual that nobody seems to be able to remember much about?

REYNOSO: See it's, it's like, you know, when you, like, I don't even know the guy, it's hard for me to...even if you show me the guy right now, it's hard for me to, uh, to say that, uh, "Yeah it's him."

BALE: It's hard for you why?

REYNOSO: Because I didn't...

BALE: Because you can't or because you won't? And be honest with me here.

REYNOSO: Honest...

BALE: If, if you could identify him right now, if you could poin him out, if you could tell me where he was right now, woul you do it? Be honest.

REYNOSO: If, if I knew, if I knew, yeah.

BALE: If you know you'd say, okay...

REYNOSO: If I, if I'm sure that it's...

BALE: ...I know this guy and that's him.

REYNOSO: If I'm sure that, uh, it's him, you know, this is the guy the one who was driving the car, I go, "Yeah, it's him." But I, I'm not sure, you know, I'm not gonna tie, you know...

BALE: ...uh-hum.

REYNOSO: ...put somebody else, you know, in this trouble.

BALE: Okay.

GIFFIN: When you got back to Jeffrey...

REYNOSO: ...uh-hum.

GIFFIN: ...after Rosa took all the property, you just said you got out of the car.

REYNOSO: Yeah.

GIFFIN: And then went back to the apartment.

REYNOSO: I went back to my apartment.

GIFFIN: You didn't go upstairs to anybody's apartment up there...

REYNOSO: ...oh, yeah, I did, yeah, I went up there.

GIFFIN: Oh, did I push a button again?

BALE: Yeah, he had you leaving a minute ago.

GIFFIN: Oh yeah. Did I remember something else?

REYNOSO: We went up there, yeah, yeah.

GIFFIN: Who's apartment was that?

REYNOSO: It was, I don't know his name but it was...

GIFFIN: What, what kind of guy is he? Is he a youngster or old...

REYNOSO: Kind of old, kind of old.

GIFFIN: Old guy?

REYNOSO: Yeah.

GIFFIN: Now, what did you do up in his apartment?

REYNOSO: Just visited.

GIFFIN: What did you do up in his apartment?

REYNOSO: I didn't do nothing.

Cf to Sabrina + Bette saying Δ is selling when she comes [illegible]

314a

1966J