GIFFIN:    What did you do up in his apartment in the bathroom with
           Rosa? *Rosa + Sabrina says phit up w/ Shorty*

REYNOSO:   Naw, I didn't go to the bed, bedroom with her, not at all.
           I was right there in the living room with, with him, with
           the, the guy and there was another guy but I didn't, I
           didn't go back to the...

BALE:      ...bathroom.

REYNOSO:   ...not at all.

BALE:      Do you have a twin brother?

REYNOSO:   No.

GIFFIN:    Does he look a lot like you?

REYNOSO:   No.

BALE:      Does he have a little tear drop tattoo on his left eye?

REYNOSO:   Nutt-uh.

BALE:      Does he have the same kind of tattoos?

REYNOSO:   Nobody has what I have.

BALE:      Does he call himself Shorty?  Then who was in the bathroom,
           who was in the bathroom doing dope with Rosie?

REYNOSO:   It wasn't me.

BALE:      Wasn't you?  It must of been some other dude, huh?

REYNOSO:   It wasn't me, I'm sure that it wasn't me, yeah.  Oh, that,
           I know the guy, the old man, the one who lives, you know,
           in the apartment.

GIFFIN:    Who bought the VCR?

REYNOSO:   VCR, VCR, what about it?

GIFFIN:    Who bought it?

REYNOSO:   I don't know.

BALE:      See we can do another honesty test here, you wanna show a
           couple more pictures?

GIFFIN:    Sure.

BALE:      We already know who this guy is, right?  That's you.

REYNOSO:   No, it's not me.

BALE:      Okay.  Let me borrow this picture for just a second.
           Okay.  Who's this guy?

REYNOSO:   Oh, I know him.

BALE:      I know you do.

REYNOSO:   Mario, he's name is Mario.


1966J                                                    37⁰⁰

808000
000367

DR NO.   90-26853
PAGE     67

BALE:       Right. He knows you too. Everybody knows you, you're a
            pretty popular guy. That's the only problem with being
            popular is everybody knows you.

REYNOSO:    See I, see is what I'm saying, that I, I'm not lying to yc

BALE:       Okay.

REYNOSO:    If you show me people that I know, I tell you straight out
            I know the guy, yeah.

BALE:       Okay.  Do you know Mario's last name?

REYNOSO:    No.

BALE:       Nickname?

REYNOSO:    No.  But I know his first name, Mario.

BALE:       Okay, what can of car does he drive?

REYNOSO:    I don't know.

BALE:       Don't know?  Are you sure?

REYNOSO:    I seen him, you know, walking, you know, down the street.

BALE:       Have you ever seen him drive a gold or a brown Camaro or
            Firebird or Monte Carlo?

REYNOSO:    No.

BALE:       Are you sure?

REYNOSO:    Uh-hum.

BALE:       Okay.

REYNOSO:    But I know him.

BALE:       That's Mario.

REYNOSO:    Yeah.

BALE:       This is the one he said was Mario.

REYNOSO:    Uh-hum.

GIFFIN:     Okay.

BALE:       Do you guys want anything?  I'm getting thirsty, I'm gonna
            get another Coke.

GIFFIN:     I don't know, I was thinking of, uh...

REYNOSO:    I still have mine.

BALE:       Still good?

REYNOSO:    Yeah.

BALE:       Okay.

GIFFIN:     You got anything else you wanna cover?

BALE:       Um, well, yeah, let's, let's go back over just, in just a
            second, I'll be right back.

1966J

3201.

000368

DR NO.   90-26853
PAGE      68

REYNOSO:     So what do you think?

GIFFIN:      I think you're still not telling me truth.

REYNOSO:     I'm, uh, honest to God that I'm telling you the truth.
             What I did, I'm telling you truth.

GIFFIN:      Antonio, I said before, you're not telling me everything
             and all I have to do is go through and push the right
             button.

REYNOSO:     You got me twice already, I know, I agree with you, yeah.

GIFFIN:      And I push the button and...

REYNOSO:     ...yeah, but it's nothing...

GIFFIN:      ...oh yeah.

REYNOSO:     ...you know, it's nothing that, uh, it's nothing to worry
             about, you know, like, I did went upstairs, went upstairs
             and I was right there in the living room sitting with, uh,
             talking to the old man.

GIFFIN:      What's the old man's name?

REYNOSO:     We call him, uh, Juan.  But I don't know if it's his real
             name.

GIFFIN:      Where does he work?

REYNOSO:     Mm, Disneyland, I think.

GIFFIN:      What else can you tell me about him?

REYNOSO:     About him?  He's, he's always working, the old man.

GIFFIN:      What about his apartment?  Do people go there a lot?

REYNOSO:     Not really.

BALE:        Do people go there to shoot up?  To slam?

REYNOSO:     That day, it was my first time, uh, you know visiting, you
             know, him.  Cause I didn't see him for a long, you know, a
             long time so that day I was, was the only time that, uh, I
             went upstairs to, uh, his apartment.  But I, you know, I
             don't, I don't go over there too much.

GIFFIN:      And that was after you came back from that house with Rosa.

REYNOSO:     Yeap.

GIFFIN:      Did you help her carry some of the stuff upstairs?

REYNOSO:     Not me.

GIFFIN:      Are you sure?

REYNOSO:     I'm sure.

GIFFIN:      Were you helping her sell things?

1966J

3208

DR NO.   90-26853
PAGE      69

| | |
|---|---|
| REYNOSO: | Not at all.  I was helping carrying the baby. |
| GIFFIN: | What about Manuel? |
| REYNOSO: | Manuel, Manuel, Manuel. |
| GIFFIN: | Manuel the guy that sells pieces. |
| REYNOSO: | I don't...you got me that, right, right now. |
| GIFFIN: | Manuel Torres. |
| REYNOSO: | I don't know Manuel Torres.  There's a lot of, it's a bunch of new guys in there that I don't even know. |
| GIFFIN: | What can you tell me about Francisco? |
| REYNOSO: | Who's Francisco? |
| GIFFIN: | I don't know.  What can you tell me about him? |
| REYNOSO: | I don't even know him. |
| | (PAUSE) |
| GIFFIN: | Who drives a black Z-28 Camaro? |
| REYNOSO: | I don't know. |
| | (PAUSE) |
| GIFFIN: | Do you have anything else? |
| BALE: | No.  I know why Antonio, why you can't or won't tell us about using drugs.  And the reason is what? |
| REYNOSO: | I mean using drugs who? |
| BALE: | You. |
| REYNOSO: | I'm not using. |
| BALE: | Yeah, right, okay.  But if you were... |
| REYNOSO: | ...do you want my... |
| BALE: | ...if you were... |
| REYNOSO: | ...uh-huh... |
| BALE: | ...let's say if you were, why couldn't you tell us right now? |
| REYNOSO: | Because I'm, I didn't use. |
| BALE: | Okay.  But you say you didn't, oh, let's give you that for right now.  You haven't used anything for, you know, forever... |
| REYNOSO: | ...uh-hum. |
| BALE: | ...a long time, okay, just for example, but if you were why couldn't you tell us right now?  What would prevent you from telling us? |
| REYNOSO: | Because I'm not using. |

000370

DR NO.  90-26853
PAGE     70

| | |
|---|---|
| BALE: | No, no, no. |
| REYNOSO: | If I was using, I would tell you. |
| BALE: | I'll make it real simple for you.  Have we, have we, um, threatened you or promised anything like that? |
| REYNOSO: | Oh no, no, no.  No you're not... |
| BALE: | ...are you afraid to talk to us? |
| REYNOSO: | No, I'm not afraid, I'm not afraid of you, I'm not afraid of him. |
| BALE: | Okay, okay. |
| REYNOSO: | You guys, you guys... |
| BALE: | ...then what are you afraid of? |
| REYNOSO: | Of nothing. |
| BALE: | Okay. |
| REYNOSO: | I don't worry about nothing. |
| BALE: | You don't worry about anything. |
| REYNOSO: | Of nothing. |
| BALE: | You mentioned something about tests or something? |
| REYNOSO: | Yes. |
| BALE: | Okay.  You have to take tests in the condition of... |
| REYNOSO: | ...uh-hum. |
| BALE: | ...parole, is that it? |
| REYNOSO: | Parole, yeah. |
| BALE: | Okay.  And if, um, the parole board found out or rather the, uh, the parole officer found out that you're using drugs, that could potentially be a problem for you, right? |
| REYNOSO: | Uh-hum, yeah, right. |
| BALE: | Well, that's, my belief is that you've told us just about everything except you're not going to telling us about any drug use because you would be admitting to some kind of violation possibly.  If you had, I'm not saying you did, cause I didn't see you use any drugs.  But, um, that's my impression from what you said.  Is that correct? |
| REYNOSO: | You don't believe me about, you know, I already told you... |
| BALE: | No, no, I'm not saying not belief or disbelief. |

1966J

3204

000373
000371

DR NO.   90-26853
PAGE   71

| | |
|---|---|
| REYNOSO: | Uh-hum. |
| BALE: | Okay, it's not, you know, it's not an accusation right now. |
| REYNOSO: | Uh-hum. |
| BALE: | It's just a question.  The reason you can't tell us about that part of what happened, is because you're afraid of the consequences of that.  Not afraid like you're, you know, fear but you know what the consequences are, right? |
| REYNOSO: | This, this is not my, I'm not afraid of nothing. |
| BALE: | Yeah, I know that.  I'm not saying you're afraid like you're shaking like this. |
| REYNOSO: | If I was, if I was, you know, like, you know, like, I don't know, you know, I'm trying to do good, you know.  If I want drugs I get them anytime I want to. |
| BALE: | Yeah, I know that. |
| REYNOSO: | Is, you know, if I don't have no money but I go to the stores, I can go to K-mart or any store and get some clothes, rob and get, you know. |
| BALE: | Uh-hum. |
| REYNOSO: | But I don't want to do that because I'm, I'm trying to, to do good.  I live right there in Jeffrey.  And, and, uh, when I go, when I go to the, you know, to buy whatever milk or whatever, there's people right there, you know, I can, you know, they ask me, "You want some."  People that I don't even know. |
| BALE: | Uh-hum. |
| REYNOSO: | And I say, no.  Believe it or not, I said no, because I'm trying hard to, I'm gonna change my life.  I'm trying hard. |
| BALE: | Okay.  I think we better take a little break, huh?  Got anything else? |
| GIFFIN: | No, I think we keep going on with the same things time and time again.  Antonio is not budging on some things, that I think he should budge on.  Because I haven't push the right button. |
| REYNOSO: | You already did twice, you got me twice already. |

1966J

$3205$

| | |
|---|---|
| BALE: | There's no motivation.  That's what it is, there's no motivation. |
| REYNOSO: | You got me twice already. |
| BALE: | Well, I believe most of what you said, okay?  And that's pretty good for me.  I'm hard to convince. |
| REYNOSO: | I'm glad, I'm glad that, uh, I'm honest to, you know, with you that I'm glad you believe me because, I'm the only reason that I'm telling you the truth because we're talking about a child. |
| BALE: | Uh-hum. |
| REYNOSO: | And, I know it's, it's serious, you know.  This is not a, this is not a, you know, you're under the influence, you know, you, uh, you're selling dope. |
| BALE: | Uh-hum. |
| REYNOSO: | This is something that, uh... |
| BALE: | It's about the murder of a little girl. |
| REYNOSO: | Yeah, that's why, you know, I'm here.  That's why I'm here. |
| BALE: | That's right. |
| REYNOSO: | Yeah.  Because this is serious, you know stuff.  And I'm, uh, you know, I'm telling you the truth, you know.  It could of happen to my niece, to my, you know, to anybody. |
| BALE: | Uh-hum.  That's true.  Who would know who this other guy is? |
| REYNOSO: | I don't have no idea. |
| BALE: | No idea? |
| REYNOSO: | Nutt-um. |
| BALE: | How long have you lived in that area? |
| REYNOSO: | A couple years, same place. |
| BALE: | No idea, huh.  Okay.  Now, does he know about the, uh, the primary, uh, admissions in the case or, um, should we not bore him with that right now? |
| GIFFIN: | No. |
| BALE: | Okay. |
| GIFFIN: | No. |

1966J

3006

DR. NO. 90-26853

| | |
|---|---|
| BALE: | Okay. Well, like others, I guess, we'll have to save a little something for later. |
| GIFFIN: | Let me go see if the, uh, narcs are done in that room. |
| REYNOSO: | Can I use the restroom real quick? |
| BALE: | Uh, just a minute while I make sure the hall is clear, we don't to walk you around in front of a bunch of people out there. |
| REYNOSO: | Oh, they're waxing the floors? |
| BALE: | Well, no they got, they had several people they were interviewing. You never know who you're gonna bump into in the hallway. |
| REYNOSO: | Yeah, it's true. |
| BALE: | Okay, so. We'll wait till the hallway's clear and then we'll uh, head on down there. |
| REYNOSO: | But I'm glad that, that you believe me. Cause, uh, I'm trying to... |
| BALE: | ...I believe you've told me as much as you think you can, all right. And I respect that cause I know it's not easy. |
| REYNOSO: | Cause nobody, you know... |
| BALE: | But in a case like this we have to ask for more. Because there's always a little more. |
| REYNOSO: | Yeah. |
| BALE: | We don't always get it but we have to ask, you know, it's our responsibility. |
| REYNOSO: | Yeah. |
| BALE: | We have to go talk to this little girl's family and school mates and, and look at them and say, we, we did all we could do. |
| REYNOSO: | Yeah. |
| BALE: | All clear? |
| GIFFIN: | Yeah. Come on down Antonio. |
| REYNOSO: | All right. |

(END OF TAPE TWO, SIDE ONE, ANTONIO REYNOSO)

1966J

3307

000374
CT2000

5

000375

DR NO.  90-26853

(NOW BEING TRANSCRIBED BY MARY ALICE GARCIA)

| | |
|---|---|
| GIFFIN: | ...first off we want to show you some pictures. |
| REYNOSO: | Pictures, all right.  Is this her? |
| GIFFIN: | Is it? |
| REYNOSO: | Yeah. |
| BALE: | Her, who? |
| REYNOSO: | Rosa. |
| BALE: | Okay. |
| BALE: | At what, 3:20 about?  3:20 in the a.m. |
| REYNOSO: | Oh, yeah. |
| GIFFIN: | Did you forget who you were?  Did you forget who you were? |
| REYNOSO: | I put a name. |
| BALE: | But he told me some of those names on his, uh... |
| REYNOSO: | ...oh, yeah... |
| BALE: | ...on his rap he says... |
| GIFFIN: | ...Antonio Moreno... |
| BALE: | ...he say I don't remember those.  That's not me man.  He's still trying to remember those names. |
| REYNOSO: | There's too many names that I used. |
| BALE: | Este muchacho... (This guy...)  You know this guy? |
| REYNOSO: | No. |
| BALE: | Are you sure. |
| REYNOSO: | Yeah, I'm sure, yeah. |
| BALE: | Okay. |
| REYNOSO: | Yeah. |
| BALE: | Okay, I just want to... |
| REYNOSO: | ...I have too many names just for, you know, I get confused. |
| BALE: | I can understand that, it makes sense. |
| GIFFIN: | So you just her by Rosa? |
| REYNOSO: | Uh-huh, yeah. |
| GIFFIN: | Do you know her by any other names? |
| REYNOSO: | Nope. |
| GIFFIN: | But that is the girl that you went to that house with. |
| REYNOSO: | That's her. |

1966J

3208

000376

DR NO.   90-26853
PAGE     75

GIFFIN:      She's the one that stole all the property.

REYNOSO:     Stole the property, yeah...

GIFFIN:      ...brought it out.

REYNOSO:     Uh-huh.

GIFFIN:      When, were you around when, uh, Rosa got arrested?

REYNOSO:     Yeah.

GIFFIN:      Over there on Jeffery Lynn, did you see her get
             arrested and everything?

REYNOSO:     I was right there, right next to the truck then I
             bought a soda and then, uh, went back home, but I seen
             her you know.  I saw Reyna and, uh, what's his name,
             the other guy, Mario?

GIFFIN:      Mario.

REYNOSO:     He was right there.  That guy right there, he was
             right there.  I was drinking a soda when I passed by.

GIFFIN:      Did you have a baseball cap on?

REYNOSO:     Yeah.  A white one.

GIFFIN:      A white baseball cap?

REYNOSO:     Yeah.

GIFFIN:      Do you usually where baseball caps?

REYNOSO:     Not always.  Once in a while.  Like you know when I
             get up in the morning and I don't feel like combing my
             hair I just put, uh, a hat, yeah.  But I was right
             there.  The car was right here then, uh, so Reyna was
             right here, Mario and, uh, and her too.

GIFFIN:      Do you have a black baseball cap?

REYNOSO:     No, it was a white one.

GIFFIN:      Do you have a black one?

REYNOSO:     No I don't, I don't even have a black one.

GIFFIN:      Do you have a blue one?

REYNOSO:     No.

GIFFIN:      Just a white one?

REYNOSO:     Just the white one, that's the only one that I have
             right now at the house.

BALE:        Okay, it's the only one you have right now but a
             couple of weeks ago did you have any other hats?

REYNOSO:     Oh no, nutt-huh.

1966J

3209

000377

EX 22   364

DR NO.   90-26853
PAGE     76

| | |
|---|---|
| BALE: | Okay. |
| REYNOSO: | Even if you go to, even you go to my house its only one at the house just the white one that I bought over there from, uh, prison, yeah.  I don't have a black one. |
| BALE: | Does it have anything on it or is it plain? |
| REYNOSO: | No it has, uh, letters in the front. |
| BALE: | What, what does it say? |
| REYNOSO: | Right here, Chiques. |
| BALE: | Okay, is that something you had put on the hat? |
| REYNOSO: | Yeah, uh-huh. |
| BALE: | Okay. |
| REYNOSO: | Yeah.  I got it at the house. |
| GIFFIN: | Whats it say? |
| REYNOSO: | Right here. |
| BALE: | Chiques. |
| REYNOSO: | C-H, C-H-I-Q-U-E-S. |
| GIFFIN: | What does that mean? |
| REYNOSO: | Just, you know, when I was young my neighborhood. |
| GIFFIN: | What does chiques mean that's your neighborhood? |
| REYNOSO: | Yeah, uh-huh.  That's in Oxnard. |
| GIFFIN: | What's the writing on like? |
| REYNOSO: | The, what do you mean? |
| GIFFIN: | The writing is it, uh, block lettering... |
| REYNOSO: | ...oh... |
| GIFFIN: | ...or is it the old English? |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | Old English? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Is it black letters? |
| REYNOSO: | Yeah, yeah. |
| GIFFIN: | Oh, I know what I wanted to ask you. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | You said the guy that was driving the car... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...never got out of the car. |
| REYNOSO: | Nutt-huh. |

3710

000378 1966J

EX 22   365

GIFFIN:     Never got out?  How did the trunk get open?

REYNOSO:    She did.

GIFFIN:     Where did she get the key?

REYNOSO:    From, from him probably.  She was doing all the work.

GIFFIN:     Did you see her do that?

REYNOSO:    No.  But it was open but I don't know, I don't know if it was her or not.  But it was wide open the trunk, yeah.

GIFFIN:     You said you didn't get anything out of all the things she brought out of the house.

REYNOSO:    Thanks to god that I didn't buy nothing.

GIFFIN:     Did the driver get anything?

REYNOSO:    Not that I know.

GIFFIN:     Well when you got back to Jeffery and Lynn you said you and Rosa went up to Juan's apartment.

REYNOSO:    Uh-huh.

GIFFIN:     Where did the driver go?

REYNOSO:    I don't know.  I don't have no idea.

GIFFIN:     Did he come up to the apartment?

REYNOSO:    No, he didn't go upstairs.

GIFFIN:     Did he leave?

REYNOSO:    I didn't see, I didn't see him leaving, but I went upstairs but I didn't see the guy after the day.

GIFFIN:     When you came back outside was he around?

REYNOSO:    Nutt-huh.

GIFFIN:     How long did you stay up in Juan's apartment?

REYNOSO:    Not very long.  About half an hour probably.

GIFFIN:     Who left first you or Rosie?

REYNOSO:    I did.

GIFFIN:     What did Rosie did when you left?

REYNOSO:    I don't know.

GIFFIN:     Where did you go after you left?

REYNOSO:    Went back home to my apartment, apartment 2.

GIFFIN:     Did Rosie fix Juan while she was up in Juan's apartment.

REYNOSO:    I don't know I didn't see her.

GIFFIN:     Are you sure?

1966J

EX 22   366

DR NO.   90-26853
PAGE     78

REYNOSO:    I'm sure, yeah.

GIFFIN:     What if two (2) people had told us different?

REYNOSO:    You know, everybody is lying now.

GIFFIN:     Okay, there's a lot of people lying.

REYNOSO:    If, if I was fixing I'd tell you straight out.  You
            know I'm not afraid, you know, I'm a drug addict.  If
            I fix, I fix, you know, but I'm not using.  It's not
            the first time that I'm, you know, talking to an
            investigator like you guys.

BALE:       Yeah, we know that.

REYNOSO:    Yeah, so you know.

GIFFIN:     When you were at that house over there and you, you
            had the little baby or the infant, or the child or
            what not.

REYNOSO:    Uh-huh.

GIFFIN:     How's the little boy dressed?  What kind of clothes
            did he have on?

REYNOSO:    The little boy?

GIFFIN:     Yeah.

REYNOSO:    Just a, a pair of pants I think.

GIFFIN:     Shorts or long pants?

REYNOSO:    No it was long pants and a like, I don't remember if
            it was t-shirt, I don't remember.

GIFFIN:     You know what color the pants were?

REYNOSO:    Mmm, no.

GIFFIN:     Do you know what kind of t-shirt?

REYNOSO:    Nutt-huh.

GIFFIN:     Shoes?

REYNOSO:    He was wearing shoes but I don't know if it was, you
            know, regular shoes or, uh, tennis shoes.

GIFFIN:     Is there else about him that sticks out in your mind?

REYNOSO:    About the little boy?

GIFFIN:     Uh-huh.

REYNOSO:    No.  If you show me another picture, you know, It'll
            be easy for me to, uh...

GIFFIN:     That's about all I have.  Do you have anything else,
            Gary?

000380⁰⁹⁶⁶ᴶ

321⁺

DR NO.  90-26853
PAGE    79

| | |
|---|---|
| BALE: | Let me see you tattoos. |
| GIFFIN: | Who's your next of kin? |
| REYNOSO: | Huh? |
| GIFFIN: | Who's you next of kin? |
| REYNOSO: | What do you mean? |
| BALE: | Relative. |
| GIFFIN: | Relative. |
| REYNOSO: | Relatives, uh, Jackie. |
| GIFFIN: | I-E, a girl. |
| REYNOSO: | It's a girl, yeah. Jackie, J-A-K-, uh, C-K-I-E. |
| GIFFIN: | What's her last name? |
| REYNOSO: | Esleperger. |
| GIFFIN: | Esleperger? |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Spell that. |
| REYNOSO: | E-S-L-E-P-R-G-E-R, uh-huh. |
| GIFFIN: | and what's the relationship? |
| REYNOSO: | Just friends. |
| GIFFIN: | What's her telephone number? |
| REYNOSO: | Just an address she doesn't have no phone. |
| GIFFIN: | What's the address? |
| REYNOSO: | 4625 Reading. |
| GIFFIN: | Redding? |
| REYNOSO: | Yeah, no, no, reading like, R-E-A-D-I-N-G. |
| GIFFIN: | What city is that? |
| REYNOSO: | Oxnard. Reading Drive with a "D" and "R" too. |
| GIFFIN: | What's the zip code there? |
| REYNOSO: | It's 93033. |
| GIFFIN: | Tattoos, wow. |
| BALE: | Let's see Monique. |
| REYNOSO: | Monique. |
| GIFFIN: | You have any others on you neck or on you face? |
| REYNOSO: | No. |
| GIFFIN: | Okay. Let's see. Jackie, what's that? |
| REYNOSO: | My love. |
| GIFFIN: | Jackie, my love. And what's this one? |
| REYNOSO: | Just like loving mother in Spanish |

1966J

3213

000381

| | |
|---|---|
| GIFFIN: | I don't think I'll ever be able to get all these. |
| REYNOSO: | You don't need, you don't even need this. I have plenty of finger, fingerprints all over in Anaheim too. I just went over there last week. |
| GIFFIN: | Okay. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | We talked to, uh, people over in Parole... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...and, uh, we're going to book you for violation of probation, or violation of parole... |
| REYNOSO: | ...okay... |
| GIFFIN: | ...until we sort this mess out. |
| REYNOSO: | All right. |
| GIFFIN: | And I don't want you to think this is an absolute... |
| REYNOSO: | ...oh, no, no, no, do whatever you... |
| GIFFIN: | ...you know a slamming the door... |
| REYNOSO: | ...oh, no... |
| GIFFIN: | ...you going to prison for the rest of your life for murder. |
| REYNOSO: | Oh, no, no, do whatever you want to do. |
| GIFFIN: | Because we're still investigating this. |
| REYNOSO: | Yeah, uh-huh. |
| GIFFIN: | You've given us some information we have check out. |
| REYNOSO: | All right. |
| GIFFIN: | If it goes bad for ya and, uh, only you know in your heart... |
| REYNOSO: | ...uh-huh... |
| GIFFIN: | ...whether you've lied to us, well, we know a few things, a few buttons we haven't pushed. |
| REYNOSO: | Just remember that I didn't lie to you. |
| GIFFIN: | You know where you're going to end up, okay? Uh, suffice to say you were at a murder scene... |
| REYNOSO: | ...probably have to go to court and everything, huh? |
| GIFFIN: | I don't know yet. |
| BALE: | Too early to tell. |
| GIFFIN: | Way too early to tell, but this is the no sweat deal over in the county, nice room in the IRC. Have you been there yet? |

1966J                                                    3214

000382

DR NO.  90-26853
PAGE    81

REYNOSO:    Yeah.

GIFFIN:     That's about it.

REYNOSO:    All right.

GIFFIN:     Unless you have something else Gary?  You want to make any phone calls?  Nobody to call?

BALE:       No questions?

REYNOSO:    No.

BALE:       Okay.

REYNOSO:    Not at all.

BALE:       Well, I think you did the right thing, uh, coming in to talk to us because this beats, uh...

REYNOSO:    ...uh-huh...

BALE:       ...getting pulled over on the street...

REYNOSO:    ...yeah...

BALE:       ...the whole world is out there looking for you.

REYNOSO:    All right.

BALE:       You know, I mean there's...

REYNOSO:    ...uh-huh...

BALE:       ...probably, well, combined photographs and flyers to police agencies and stuff there's several thousands of these things out there...

REYNOSO:    ...uh-huh...

BALE:       ...sooner or later somebody would of put it together.

REYNOSO:    Yeah.

BALE:       You know and I'd say probably...

REYNOSO:    ...I...

BALE:       ...the safest way to go.

REYNOSO:    Yeah, it was, yeah.

BALE:       For your personal safety.

REYNOSO:    yeah.

BALE:       Any reason to believe you're gonna have any problem over there, do you get along over there okay?

REYNOSO:    I get along with everybody.

BALE:       Okay.  And you don't have any medical problems...

REYNOSO:    ...not at all...

BALE:       ...anything we need to know about?

REYNOSO:    Nutt-huh.

1966J

$3 \iota^{15}$

000383

DR NO.   90-26853
PAGE     82

| | |
|---|---|
| BALE: | That's all I have. |
| GIFFIN: | He got his name right.  It's backwards.  See how they tell, teach you to sign it, last name first. |
| REYNOSO: | I always do it that way. |
| BALE: | Yeah, he does.  It's on his, uh... |
| REYNOSO: | ...yeah... |
| BALE: | ...other paperwork. |
| REYNOSO: | Uh-huh. |
| GIFFIN: | Well, let's go back down to the office. |
| REYNOSO: | All right. |
| GIFFIN: | Make a phone call and say if, uh, you room is ready. |
| REYNOSO: | Okay. |

**(END OF INTERVIEW, ANTONIO REYNOSO, TAPE THREE)**

1966J

000384

324