SEAN K. KENNEDY, Bar no. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>   Petitioner,<br><br> v.<br><br>DEBORAH PATRICK, Warden of<br>Central California Women's Facility,<br><br>   Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**VOLUMES 1 - 11** |

# EXHIBITS IN SUPPORT OF
# PETITION FOR WRIT OF HABEAS CORPUS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of Raymond McGrath, 07/30/2001 |
| 2. | Declaration of Martha Lee Rogers, Ph.D., 09/13/2000 |
| 3. | Declaration of Silvia Melendez Alonso, 05/21/2001 |
| 4. | Declaration of Maria Del Rosio Alfaro, 07/27/2001 |
| 5. | Declaration of Charles A. Sanislow, Ph.D., 07/03/2001 |
| 6. | Declaration of Sabrina Duran, 09/20/2000 |
| 7. | Declaration of Natasha Khazanov, Ph.D., 07/14/2001 |
| 8. | Declaration of Pablo Stewart, M.D., 07/23/2001 |
| 9. | Declaration of Silvia Alfaro, 05/22/2001 |
| 10. | Declaration of Cynthia Asprodites, Ph.D., 05/28/2001 |
| 11. | Declaration of Marcy Arcueta, 05/21/2001 |
| 12. | Declaration of Betty Cleary-Soto, 09/18/2000 |
| 13. | Declaration of Rosa Melendez Sanchez, 05/21/2001 |
| 14. | Memorandum from Stephen Shepard to William Monroe, 11/22/1991 |
| 15. | Note from Laura Lawhon's file (Monroe's Investigator), 08/20/1991 |
| 16. | Transcript of Dr. Danto's Sodium Pentothal Interview with Ms. Alfaro 09/27/1991 |
| 17. | Orange County Register Article "Final Analysis: Investigation Service Combines Psychiatry and Sleuthing to Examine Violent Deaths", 11/26/1991 |
| 18. | O.C.S.D. Deputy Allen's Interview Notes, 06/16/1990 |
| 19. | Flyer of Composite Drawing |
| 20. | Discovery page 2185 (Clue #584) |
| 21. | Discovery Page 2185 (Clue #642) |
| 22. | Police Interview with Antonio "Shorty" Reynoso / Raul Rodriguez, 07/02/1990 |
| 23. | Sandberg Interview of Torrres-Graciano in Mexico, 01/26/1992 |

| | | |
|---|---|---|
| 1 | 24. | Autopsy Report of Autumn Wallace, 06/16/1990 |
| 2 | 25. | O.C.S.D. Criminal Investigation Report re Telephone Interview with |
| 3 | | Ryan Joseph Finan, 06/25/1990 |
| 4 | 26. | Interview of Lien Nguyen by Inspector Giffin, 06/17/1990 |
| 5 | 27. | Psychiatric Evaluation by Consuelo Edwards, M.D., 03/23/1992 |
| 6 | 28. | Criminal Record of Antonio "Shorty" Reynoso / Raul Rodriguez |
| 7 | 29. | Report by Armando T. Morales, DSW, 03/29/1992 |
| 8 | 30. | Anatomical Type Chart, by Consuelo Edwards, M.D. |
| 9 | 31. | Clinical Articles re Sodium Pentathol |
| 10 | 32. | Interview of Joyce Wallace and Roy Chester Wallace, 06/15/1990 |
| 11 | 33. | Orange County Sheriff-Coroner Department forensic Services, Report of Toxicological Examination, 06/28/1990 |
| 12 | | |
| 13 | 34. | Sheriff-Coroner Department Teletype Messages, 07/06/1990 |
| 14 | 35. | Interview of Vicky Darr, 12/1990 |
| 15 | 36. | Criminal History of Manuel Torres-Graciano |
| 16 | 37. | O.C.S.D. Investigator Giffin's Investigative Overview, 11/02/1990 |
| 17 | 38. | Memo from Laura Lawhon to William M. Monroe Regarding |
| 18 | | Toxicologist, 01/13/2001 |
| 19 | 39. | News Article About Hon. Theodore Millard, 01/01/2001 |
| 20 | 40. | Jury Interview Notes (L. Lawhon email to W. Monroe) 04/28/1992 |
| 21 | 41. | Pretrial News Articles Regarding Murder of Autumn Wallace |
| 22 | 42. | O.C.S.D. Interview of Juan Jiminez, 07/02/1990 |
| 23 | 43. | Defense Investigator Interview of Juan Jiminez, 10/11/1990 |
| 24 | 44. | O.C.S.D. Investigator Tom Giffin's Notes |
| 25 | 45. | Laura Lawhon Notes re Interview of Ms. Alfaro, 03/25/1991 |
| 26 | 46. | Laura Lawhon Notes re Linda Wallace, 11/11/1991 |
| 27 | 47. | Notation re William Monroe's Request to District Attorney for Life Without Possibility of Parole |
| 28 | | |

| | | |
|---|---|---|
| 1 | 48. | O.C.S.D. Interview of Sabrina Duran, 07/05/1990 |
| 2 | 49. | Excerpt from O.C.S.D. Investigator Gary Bale's Notebook |
| 3 | 50. | Investigative Email from Detective Bale to Investigator Raymond McGrath, 06/21/2001 |
| 4 | 51. | David Sandberg Witness List Exchange, 05/02/1992 |
| 5 | 52. | O.C.S.D. Coroner's report of Evidence Examination, 07/19/1990 |
| 6 | | |
| 7 | 53. | Statement of Probable Cause and Arrest Affidavit for Ms. Alfaro |
| 8 | 54. | Sandberg's Case Book Index notes on Manuel Torres-Graciano's Criminal History |
| 9 | | |
| 10 | 55. | Advertisement in 1992 Clerk's Union Newsletter |
| 11 | 56. | Multi-Generational Family Alcohol History Chart |
| 12 | 57. | WAIS-R Records, 11/06/1990 |
| 13 | 58. | WMS-R Records, 11/08/1990 |
| 14 | 59. | MMPI-Z Records, 02/03/1992 |
| 15 | 60. | Interpretive Report and Profile of Maria Del Rosio Alfaro, Alcohol Use Inventory, 10/24/1990 |
| 16 | 61. | Juvenile Records of Ms. Alfaro |
| 17 | 62. | Pre-Sentence Report by Bruce M. Carel, Deputy Probation Officer, Orange County Probation Department, 07/14/1992 |
| 18 | | |
| 19 | 63. | Interview Notes of Dr. Consuelo Edwards, 01/31/1992 |
| 20 | 64. | 190.4(e) Hearing Order, 07/14/1992 |
| 21 | 65. | Order Appointing Dr. Martha Rogers as Expert Witness, 10/11/1990 |
| 22 | 66. | Jose Alfaro Medical Records |
| 23 | 67. | Jose Alfaro's Pre-Sentence Report, 01/29/1999 |
| 24 | 68. | Birth Certificate of Manuel Cueva, Jr. |
| 25 | 69 | Birth Certificate of Ehdie Berto Cueva-Alfaro |
| 26 | 70. | Birth Certificate of Ernesto Cueva-Alfaro |
| 27 | 71. | Birth Certificate of Daniel Alfaro |
| 28 | 72. | CIGNA Healthplans, 10/20/1985 through 12/04/1985 |

| | | |
|---|---|---|
| 1 | 73. | Lakewood Hospital and New Beginnings, 01/ 8-16/1987 |
| 2 | 74. | Phoenix House, 01/16-18/1987 |
| 3 | 75. | Family Health Plan - Fountain Valley, 08/14/1987 |
| 4 | 76. | Medical Records from Western Medical Center, 12/31/1989 |
| 5 | 77. | Medical Records from University of California Irvine Medical Center, 07/04-15/1989 |
| 7 | 78. | Medical Records from Western Medical Center, 12/31/1989 |
| 8 | 79. | Orange County Jail Records |
| 9 | 80. | Medical Records from Western Medical Center, 02/05/1981 |
| 10 | 81. | California Correctional Women's Facility Records |
| 11 | 82. | Anaheim County School District Records |
| 12 | 83. | Declaration of Karen Snell, 07/30/2001 |
| 13 | 84. | Lawhon Notes, 1990 |
| 14 | 85. | Email re Toby Silver, 09/1991 |
| 15 | 86. | U.S. Census Bureau Data for Orange, CA., 1990 |
| 16 | 87. | Voir Dire Chart |
| 17 | 88. | Declaration of Silvia Alfaro, 07/16/2008 |
| 18 | 89. | Declaration of Tamara Benedict, 07/18/2008 |
| 19 | 90. | Declaration of Jeff Hasner re Gerardo Rangel, 7/29/2008 |
| 20 | 91. | Declaration of Ralph Glass, 07/29/2008 |
| 21 | 92. | Declaration of Ian MacNeil, 07/30/2008 |