Manuel Torres

[The tape mainly features three people: the private investigator, the interpreter and the interviewee, Manuel Torres. Let "P" indicate the investigator, "I" indicate the interpreter and "T" indicate Manuel Torres. There is a brief interruption by a fourth person, a woman, who will be indicated by "W." The investigator only speaks English, Manuel Torres only Spanish, and the interpreter switches between the two. There are several points where the tape skips or stops and starts. This is noted as "Break in tape."]

P:  This is the...this is going to be screwed up in terms of date wise, but this is the only available tape...but it's the 26th of January, 1992 we're in the town of Tecuala it's approximately 1:00. We have gone to the home of Manuel Torres Graciano and we have spoken with the mother Patricia Graciano at ▮▮▮▮▮▮▮▮▮▮▮▮, Tecuala, Nayrit. Sean has already talked to the family...and the wife...what was the wife's name?

I:  Almaria.

P:  Almaria...I would say Granciano in a home next to 325 ...is going to look for her husband who may be at some cock fights. We hope she is going to bring him back.

[Break in tape]

P:  Come over here please. Jesus Christ.

T:  How great we found you. We came from a long way away.

I:  What a pleasure we found you, he says. We came from far away. This is our card. I am the interpreter.

P:  And I am an investigator, private.

I:  I am a private investigator. I am the interpreter, I speak for him.

[Laughs]

P:  We came all the way from the United States...Isabel told us basically where...

I:  We came all the way from the United States. Isabel, your sister, told us how to get here. The address and everything.

P:  There is no trouble. I'm not police. [Some commotion in the background]

I:  There is no problem.

P:  But I know about...I mean...Come talk with us alone. I don't want your wife...

I:  So you don't have to talk in front of your wife. It's for you.

P:  Do you remember Rosie Alfaro?

I:  Do you remember a young lady named Rosie Alfaro?

T:  Yes.

000355

I:   Yes.

P:   And you remember Juan?

I:   And do you remember Juan?

T:   Which Juan?

I:   Which Juan?

P:   Alfaro. I mean no, no, Jose.

I:   I mean Jose Alfaro.

P:   Her Dad.

I:   Her Dad.

T:   I don't know.

I:   I don't know.

P:   How did you know Rosie?

I:   How did your meet Rosie?

T:   I met her there in the barrio.

I:   I met her there at the...uh...barrio.

P:   Right now, I have the tape machine on so we can talk.

I:   He has on the tape machine so that we can talk.

P:   Again, it's so we can talk and I don't have to take notes.

I:   It's so we can talk and not have to take notes and be writing...one forgets. Is that OK?

T:   Fine.

I:   Fine.

P:   Do you remember...We work for the attorney...

I:   We work for the attorney, the lawyer...

P    ...that represents Rosie...

I:   ...that represents Rosie...

P:   ...with her big problem back in the United States.

I:   ...with the problem that she has in the United States.

P:   And you know that trouble, right?

I:   You know that problem, right?

T:   Yes.

I:   Yes.

P:   We have talked to Rosie...

I:   We have spoken with Rosie...

P:   ...and some other people...

I:   ...and some other people...

P:   ...and we know that you were friends with her right after it all happened.

I:   ...and we know that you were friends with her after the incident occured. Right?

T:   When I was friends with her I didn't know anything about that.

I:   When I was friends with her I didn't know about that.

P:   OK. Did you used to sometimes share a hotel room with her?

I:   Did you sometimes share a room, an apartment room with her.

T:   An apartment, no.  But a hotel room, yes, sometimes.

I:   An apartment, no.  But a hotel room, yes, at times.

P:   We aren't here because of your problems.  We don't care about that.

I:   We aren't here because of any problem you may have had.  We don't care about that.

P:   We are here to help Rosie.

I:   We are here to help Rosie.

P:   And we think you can help us.

I:   And we think that possibly you can help us.

P:   Because we think that you...[a woman comes on the scene] We want to speak to you alone.

I:   We would like to speak with you alone.  Is that OK?

W:   Do you know Isabella?

I:   Do we know Isabella? she says.

P:   Yes we talked with her and another person in my office spoke with her.

I:   Yes we spoke with her and someone else in David's office has spoken with her.  Yes, and if you would like to leave a message with us ...

W:   When are you leaving?

I:   When are we leaving?

P:   After we speak to him.

I:   After we speak with him we're going.

P:   And we took pictures and we'll take some more

I:   We are going to show the photos to Isabella, OK?

P:   We'll bring them back there.

W:   [Inaudible]

I:   They spoke.  She called yesterday on the phone.

P:   Good.

I:   Very good.

W:   The plot she has here...indiscernible

I:   What?

M:   It doesn't have a house.

I:   The "solar" that she has here they want to take it down because it doesn't have a house.  That's the message we're going to take back to Isabella.

I:   I'm not sure what that means, let me ask him.  What is a "solar"?

M:   A patio that doesn't have a house.

I:   Oh, they want to take away a lot that she has here because she hasn't built anything on it.  We need to let her know that when we get back there.

P:   When did you leave the United States?

I:   When did you leave the United States?

T    It's been a long time, I don't remember very well.

I:   I don't remember, it's been awhile.

T:   It's been over a year, right?

I:   It's been more than a year now.

I:   [To P] Over a year.  That would make sense.  I think I read that he left right after...

P:   Do you remember it to be...did you used to live over in Jeffrey?

I:   Did you live on Jeffrey Street in Anaheim?

T:   Yes.

P:   Did you know Miguel, uh...

I:   Chrisantos.

P:   Chrisantos.

I:   Did you know Miguel Chrisantos? Mr. Miguel Chrisantos.  Miguel is his name.  Did you know him?  Miguel Chrisantos.

T:   No, I don't remember.

i:   I don't remember.

P:   OK.  Wait a second.  I've got some pictures.

I:   He wants to show you some pictures to see if you recognize any of the people.

P:   Do your remember talking to the police?

I:   Do you remember when you spoke to the police.  Do you remember that?

T:   About  what?

I:   About  what?

P:   About this case.

I:   About this case.

T:   No.

I:   About Rosie.

T:   No.

P:   This is Rosie right here.

I:   This is Rosie, right?

T:   I can't see very well.

I:   He can't see very well.

T:   Yes.

I:   Yes.

P:   OK.  Showing a picture of Rosie when she was pregnant.

[Break in tape]

T:   [Inaudible.]

I:   My wife wants to go to the tortilleria...

P:   Oh, OK.  Give us twenty minutes at the most.

T:   [Inaudible.]

I:   What did you say?

T:   [Inaudible--whispering]

000388

I:    Oh, OK. The lady behind us. He says he's worried. He doesn't want the lady sitting on the sidewalk right behind you to be listening.

P:    OK. OK. Well let's go somewhere else then.

I:    Let's go somewhere else.

T:    I'd like to eat, but let me put a shirt on.

I:    I'd like to eat, but let me put a shirt on.

[Break in tape.]

P:    Back up tape. You keep your voice down. When was the last time you saw Rosie?

I:    When was the last time you saw Rosie?

T:    I don't remember very well.

I:    I don't remember.

T:    I think the last time I saw her was when they picked her up.

I:    I think the last time I saw her ...uh...he says the last time he saw her was when she was picked up.

P:    Where was that?

I:    Where was that?

T:    There on the street.

I:    On Jeffrey?

T:    Yes.

I:    It was there on Jeffrey.

P:    Were you around when she got arrested?

I:    Were you there when they arrested her?

T:    Yes.

I:    Yes.

P:    Where exactly?

I:    Exactly in what part of the street? Do you remember?

P:    Or in what apartment?

I:    Or in what apartment?

T:    Where my mother lived with my sister.

I:    Where my sister's apartment is.

T:    Right there in another apartment.

I:    Right next door in another apartment. Like this.

[Roosters crow]

I:    Even the roosters are being recorded.

[Laughs]

[Break in tape]

P:    OK. What happened that day?

I:    What happened that day when they arrested her?

T:    They said she had a really big problem.

I:    They said she had a really big problem.

P:    And what did they do?

I:    What did they do.

T:   Well, they arrested her.
I:    They arrested her.
P:   So you were right there when they arrested her?
I:    Were you there when they arrested her?  You saw it?
T:   Yes.
I:    Yes.
P:   Was she with you in that apartment?
I:    Was she with you in that apartment?
T:   No we were sitting down there.
I:    No we were sitting down there.
P:   Was she doing drugs?
I:    Was she doing drugs?
T:   Yes.
I:    Yes.
P:   Did you see her doing drugs?
I:    Did you see her doing drugs?
T:   Yes.
I:    Yes.
P:   How soon before they arrested her did she do them?
I:    How soon before they arrested her did she do them?
T:   When she arrived there she said she hadn't used, but I don't know, I hadn't seen her.
I:    When she arrived there she said she hadn't used, but I don't know, I hadn't seen her.
P:   Well, did you see her shoot or not?
I:    Did you see her shoot or not?
T:   Yes.
I:    Yes.
P:   What was she using?
I:    What was she using?
T:   Cocaine and heroine.
I:    Cocaine and heroine.
P:   Do you remember how much or how much she might have shot?
I:    Do you remember how much?
P:   A big one?
I:    A lot?
T:   No, a dime.
I:    A dime.
T:   A dime of cocaine and then a...[inaudible]
I:    A dime of cocaine and what? Oh, A dime of cocaine and a dime of black.
P:   Had she been doing drugs all day?
I:    Had she been doing drugs all day?



I:    That's called a speedball, right?

T:    Right.

P:    Had she been doing it all day?

I:    Had she been doing it all day?

T:    I don't remember well.

I:    I don't remember.

P:    What's important is that we know what her mind was like when they arrested her.

I:    It's important that we know what her mind was like when they arrested her.

P:    Because they did an interview after that and we want to know whether she was all messed up or not.

I:    Because she was interviewed after that and we want to know if she had her five senses or was all messed up.

T:    She was all messed up, I believe.

I:    No, she was all messed up, I think.

P:    She was?  Was she, you know...

I:    Was she, like this...

P:    [Indiscernible]

I:    Did she look bad?

T:    No, not very bad, but more or less.

I:    Not very bad, but more or less.

P:    Rosie is not the smartest girl in the world is she?

I:    Rosie is not the smartest girl in the world is she?

T:    No, of course not.

[Laughs]

I:    No, of course not.

T:    Is it true what happened?

I:    Is it true what happened?

P:    Is what true?

I:    Is what true?

T:    That she killed a kid.

I:    Whether or not she killed a little kid?  Is that true?

P:    Well, this is what we need your help on.

I:    That is what we need your help on.

P:    It's very possible that she knows or was around when it happened.

I:    It's possible that she knows or was around when it happened.

P:    What did she tell you?

I:    What did she tell you?

T:    Yes, she told me she had done it.

I:    She told me she had done it.

P:    Did she show you that she was upset?

I:    Did she show you that she was angry or affected?

8

T:  She said...we were in an apartment, a hotel...
I:  She said...we were in an apartment, a hotel...
T:  ...and she comes over to me and says you know what?
I:  ...and she comes over to me and says you know what?
T:  I killed a little kid.
I:  I killed a little kid
T:  I said what are you talking about? You're just lying.  You little bitch, you're just lieing.
I:  I said what are you talking about? You're just lying.  You little son of a ... you little bitch, you're just lying.
T:  I didn't believe it.  You know what, I told her, if you want, let's go back to where I live.
I:  I didn't believe it.  I told her let's go back to where I live.
T:  And she said OK and that's how we ended up in the conversation.
I:  And she says OK and that's how we ended up in the conversation.
T:  And that was when it happened, that she got arrested.
I:  And that was when that happened, when she got arrested.
T:  When the narks came by they were looking at us.  I wasn't afraid of them.
I:  When the narks came by they were looking at us.  I wasn't afraid of them.
T:  I said, "The narks are coming, you better get out of here," because of what she told me.  I thought maybe it's true.
I:  I said, "The narks are coming you better get out of here," because maybe what she told me is true.
T:  Then the car stopped, they were looking, they turned around, they showed the photo, said they were police and they asked me, "What is she to you?"
I:  Then the car stopped, they were looking, they turned around, showed her photo and they asked me, "What is she to you?"
T:  "She's just a friend," I told them.
I:  I told them, "She's just a friend."
T:  They said, "Let's go."
I:  They said, "Come on let's go."
P:  So they took him in?
I:  They took you in?
T:  No, not me.
I:  Not him.
T:  No, they just asked me what is she to me and I said she's just my friend and they said we'll let you go and I left.
I:  They just asked me what is she to me and I said she's just my friend and I left.

000392
100393

T: So I spent some time there.  Nobody came by or anything.  I was on probation, so I figured I would rather not go to the fucking [indiscernible].

I: So I spent some time there. Nobody came by or anything. I was on probation, so I figured I would rather not go to the fucking...

[Break in tape]

P: And you didn't see Rosie again after that?

I: And you didn't see Rosie again after that?

T: No she got screwed. I haven't seen her since.

I: No she got screwed. I haven't seen her since.

P: So when you saw them down the street and they came back and asked you the questions...

I: So when you saw them down the street and they came back and asked you the questions...

P: ...was Rosie right there with you?

I: ...was Rosie right there with you also?

T: Yes.

I: Yes.

P Was she hiding?

I: Was she hiding?

T: Hiding?

I: Hiding?

T: She was right there when the police came?

I: Was she right there when the police came?

T: Yes, she was right there sitting down.

I: She was right there, sitting down.

T: I said no problem.

I: I said no problem.

P: They picked her up right then?

I: So they picked her up right there?

T: Yes.

I: Yes.

P: Did she try to sell you some property?

I: Did she try to sell you some property?

T: No.

I: No.

P: Did you and her go out?

I: Did you and she go out?

T: [In response to former question] Well, yes, in front of the apartment. A television I think.

I: Well, yes, in front of the apartment.  A television I think.

P: Did she tell you where she got that from?

I: Did she tell you where she got that from?

000393

10

T:   From a guy she was with or a husband that she had.  But something went wrong between them

I:   From a husband that she had, or a guy that she was with.  They ended up not doing so well or something.

P:   Who was that?

I:   Who was that?

T:   I never knew him.

I:   I never knew him.

P:   Were you in LA County jail right before this all happened?

I:   Were you in LA County jail right before this happened?

T:   Yes.

I:   Yes.

P:   Did Rosie visit you there?

I:   Did Rosie visit you there?

T:   No.

I:   No.

P:   Never?

I:   Never?  She never visited you there?

T:   No. I don't think we even knew each other.  I don't remember very well.

I:   I don't think we even knew each other.  I don't remember very well.

P:   What were you in jail for?

I:   What were you in jail for in Los Angeles?

T:   Because I sold drugs.

I:   Because I sold drugs.

P:   You used to work with a guy named Kiko?

I:   You used to work with a guy named Kiko?

T:   Yes.

I:   Yes.

P:   And he's still down there?

I:   And he's still down there?

T:   I don't know.

I:   I don't know.

P:   Did you and Rosie used to go out and sell for Kiko?

I:   Did you and Rosie used to sell for Kiko?

T:   No, not Rosie, I did.

I:   No, not Rosie, I did.

P:   Did Rosie used to buy a lot from you?

I:   Did Rosie used to buy a lot from you?

T:   No.

I:   No.

P:   Tell him this is a crazy question...

I:   This is a crazy question...

P: But if you were going to rate how much she used, in other words, as an addict, based on your knowing her, was she a big major...

I: How much did she use as a drug addict? A lot, a little, medium, based on what you know of her?

T: She used a little bit.

I: She used a little bit.

P: Was she fucked up a lot though? Everytime you saw her?

I: Was she messed up a lot? Everytime you saw her was she messed up?

T: No.

I: No.

P: Tell him that I have questions written down, that's why I keep looking at this.

I: He has questions written down. That's why he keeps looking there.

P: Do you think he left the U.S. in July?

I: Do you think you left the U.S. in July?

P: Did you leave soon after Rosie was arrested?

I: Did you leave soon after Rosie was arrested?

T: Yes.

I: Yes.

T: I spent a few days at the house.

I: I spent a few days at the house.

T: I was there, and I decided suddenly I'd go back.

I: I was there, and I said you know, I'll go back.

P: Were you a little concerned that they would come for you?

I: Were you a little concerned that they would come for you?

T: No, I didn't have any problems with that.

I: No, I didn't have any problems.

T: They said that it came out in the paper that I was with her. I didn't know anything about that.

I: They said that it came out in the paper that I was with her. I didn't even know anything about that.

P: Does he know Kiko pretty well?

I: Did you know Kiko well?

P: I want to show him a couple of pictures here.

I: He is going to show you some pictures to see if you recognize people.

P: Does he know this car?

I: Do you know this car?

P: [To tape] I'm showing him pictures of the Monte Carlo.

[Roosters crow.]

P: Oh, what do they know.

I: What do they know.

T: They are fighting roosters. They're up on the top.

000395

12

```
I:    They are fighting roosters.  They're up on the top.
P:    Tell him that I would like to see the roosters before we leave.
I:    He would like to see the roosters before we leave.
P:    This Monte Carlo, whose is it?
I:    This Monte Carlo, whose is it?
T:    I don't know.
I:    I don't know.
P:    Did Kiko drive a car like that?
I:    Did Kiko drive a car like that?
T:    No.
I:    No.
P:    What kind of car did he drive?
I:    What kind of car did he drive?
T:    A Camaro.
I:    Camaro.
P:    What color?
I:    What color?
T:    Black.
I:    Black.
P:    Do you know what year it was?
I:    From what year was the car.
P:    [To I] Try and get a picture.
T:    '87 I think.
[Break in tape]
P:    OK. Do you know Martine?  Rosie's boyfriend?
I:    Do you know Martine?  Rosie's boyfriend?
T:    No.
I:    No.
P:    Do you know this guy?
I:    Do you know him?
P:    Who's that?
I:    Who is that?
P:    Shorty.
I:    Shorty.
P:    Did you see him around that time she was arrested?
I:    Did you see him around that time she was arrested?
T:    Yes.
I:    Yes.
P:    He hung out with Rosie?
I:    He hung out with Rosie?
P:    Was he with her on the day she was arrested?
I:    Was he with her on the day she was arrested?
T:    He was with her when she brought the television over and all that.
```



I:   When she brought the television over he was with her.
P:   Really? And that was how many days before she was arrested?
I:   And that was how many days before she was arrested?
T:   That happened first and it was just a little while afterwards.
I:   That happened first and there was just a short while.
P:   What happened first?
I:   What happened first?
T:   What.
I:   What do you mean?
P:   When did he see Shorty with Rosie? When was the last time he saw Shorty before he left?
I:   When was the last time you saw Shorty before you left?
[Break in tape]
T:   I think he was in the paper wasn't he?
P:   Right.
T:   I think [indiscernible] was too.
P:   Right.
P:   Did she tell you about anybody else that was with her...when she supposedly...when the child was killed.
I:   Did she tell you about anybody else that was with her when the child was killed.
T:   No.
I:   No.
P:   No one else? That's really important.
I:   She didn't tell you anything?  This is very important.
T:   No, she didn't tell me.
I:   No, she didn't tell me.
P:   Do you think that this was done by one person, what she was talking about?
I:   Do you think that only one person committed this?
T:   No, I would think about two people.
I:   No, I would think about two people.
P:   Did you know this man?
I:   Did you know this man here?
P:   [To tape] I'm showing a picture of Miguel Christantos.
T:   No.
I:   No.
P:   He doesn't look familiar?
I:   He doesn't look familiar?
T:   No, I don't know him.
I:   No, I don't know him.
P:   He thinks this is crazy; all his neighbors are wondering...
I:   This is crazy. All your neighbors are wondering...

000597

EX 23   384

P:   Do you know this person?
I:   Do you know this person?
T:   No, I don't know him either.
I:   No, I don't know him either.
P:   How about this person?
I:   How about this person?
P:   [To tape]  I'm showing the picture of David Gonzalez and now Rafael
     Cervantes.
P:   How about this person?
I:   How about this person?
P:   [To tape]  I'm showing the picture of Beto.
T:   Yeah, I think I do know that guy.
I:   Yeah, I think I do know that guy.
P:   Where would you know him from?
I:   Where do you know him from?
T:   From the barrio.
I:   There at the barrio.
P:   Do you think he was hanging around with Rosie?
I:   Do you think he was hanging around with Rosie?
T:   He was the one who had the car--with Shorty--he had the car when
     they dropped off the stuff.
I:   He was the one who had the car when they had the stuff.
P:   So this guy was the one who was driving when they had the stuff.
P:   [To tape]  I'm looking at Beto with the mustache and the dark hair.
P:   When was that that you saw him driving the car with Shorty?
I:   When did you see him driving the car with Shorty and Rosie and the
     things.
T:   The day that they had the things, I don't know when that was.
I:   The day that they had the things, I don't know when that was.
P:   What car was he driving?
I:   What type of car was he driving?  Do you remember?
T:   I don't remember.
I:   I don't remember.
P:   Was it a Camaro?
T:   No.
I:   No.
P:   Was it a Monte Carlo?
I:   Was it a Monte Carlo?
T:   Something like a Monte Carlo.
I:   Something like a Monte Carlo.
P:   Did it look similar to the Monte Carlo, the gold car?
I:   Did it look similar to the Monte Carlo--the gold car that he showed
     you?

T:    Maybe a Regal.

I:    Maybe a Regal.

P:    And that was how many days before Rosie was arrested?

I:    How many days before Rosie was arrested did that happen with the things?

T:    That happened first and then she was arrested.

I:    That happened first and then she was arrested.

T:    [Indiscernible]

I:    Something about a Juan that deals with Disneyland.

T:    He works at Disneyland.

I:    He works at Disneyland.

P:    Oh, right.  Juan. Who worked at Disneyland with you?

I;    Who worked at Disneyland with you?

P:    Did you work there?

I:    Did you work there?

T:    No I never worked there.

I:    No I never worked there.

P:    Who did Juan work with?

I:    Who worked with Juan?

T:    I worked at the hotel.

I:    He worked at the hotel.

P:    How did you know Juan?

I;    How did you know Juan?

T:    He lived near us.

I:    He lived close to us, nearby.

P:    Was that a place that Rosie would shoot up?

I:    Was that a place that Rosie would shoot up?

T:    I believe so. That's where I met Rosie, that's where she would hang out.

I:    That's where I met Rosie, that's where she would hang out.

P:    At Juan's?

I:    At Juan's house?

T:    Yes

I:    Yes.

T:    Juan knew her for quite some time.

P:    He did.

I:    Yes that's right.

P:    I was your impression...You believe that this guy and this guy together, I'm showing you pictures of Shorty with the teardrop on the left eye and this guy Beto, were together?

I:    Was it your impression that these two were together?

T:    I don't remember very well, but I think so.

I:    I don't remember very well, but I think so.

P:   [To tape] I'm showing a picture of Juan Himenez.  Señor Juan.
I:   Señor Juan.
P:   Why are you laughing?
I:   Why are you laughing?
T:   Just because.
I:   Just because.
I:   This is Juan right?  Let him see them real good.
T:   Yes.
I:   Yes.
P:   He identifies.
P:   And this man, do you know this man?
I:   And do you know this man?
T:   No.
I:   No.
P:   When Rosie told you this was she messed up...about the child?
I:   When Rosie told you about the child was she messed up?
T:   No.
I:   No.
P:   Was she sad, was she upset?
I:   Was she sad, was she angry?  How was she?
T:   When she killed him?
I:   When she killed him?
P:   No, when she talked to him.
I:   When she talked to you.
T:   No she wasn't angry
I:   No she wasn't mad
T:   She just said that and I said your lying.
I:   She just said that and I said your lying.
T:   I didn't really believe her.  I didn't tell anybody about that.
I:   I didn't really believe her.  I didn't tell anybody about that.
P:   Nobody? This the first time?
T:   Oh, here yes.  But there is no problem here.  There no.
I:   I've mentioned that here, but there is no shit here.
P:   And then you said to her, why don't you come to Mexico with you.
I:   And then you said to her, why don't you come to Mexico with you.
T:   Yes.
I:   Yes.
P:   How many days was she with you at the apartment?
I:   How many days was she with you at the apartment?
P:   Or at the motels.
I:   Or at the motels.
T:   About a month or two.
I:   About a month or two.

000400

P:   Were you girlfriend and boyfriend?
I:   Were you girlfriend and boyfriend?
T:   Well, yes.
I:   Well yes.
P:   Did you know a girl named Sabrina?
I:   Did you know a girl named Sabrina?
T:   Yes.
I:   Yes.
P:   Did she shoot up too?
I:   Did she shoot up too?
P:   Would you help them get their stuff?
I:   Would you help them get their stuff?
T:   Sometimes.   When they were really hurting.
I:   Sometimes.   When they were really bad off.   Hurting.
P:   OK, but do you have any idea who could have been the other people that were with Rosie?
I:   Do you have any idea who could have been the other people that were with Rosie?
P:   The problem is...you liked Rosie right?
I:   You liked Rosie right?
T:   Yes, I liked her, but I don't think she and I were the best.
I:   Yes, I liked her, but I don't think she and I were, you know...
P:   OK, but you don't want to see her get the death penalty do you?
I:   But you don't want them to kill her?
T:   No, but I'm already married here.
I:   No, but I'm already married here.
T:   I was set here first.
I:   I was set up first.
P:   She is the only one arrested in that case.   No one else.
I:   She is the only one arrested in that case.   No one else.
P:   They said Shorty was there, but they didn't arrest him.
I:   They said Shorty was there, but they didn't arrest him.
T:   Yes, Shorty was there.
I:   Yes, Shorty was there.
P:   Was Rosie with you...who else was there?
I:   Who else was there?
T:   She and I and him and somebody else,  I don't remember the other guy.
I:   She and I and him and somebody else,  I don't remember the other guy.
P:   Could it have been this guy Beto?
I:   Could it have been the other one, Beto?
T:   I don't think so, no.

000431

I:   I don't think so, no.
P:   Do you remember her children?
I:   Do you remember her children?
T:   Just one.
I:   Just one.
P:   Did she used to bring him with you?
I:   Did she used to bring him with you?
T:   She'd bring him then they'd get up and go.
I:   She'd bring him then they'd get up and go.
P:   Were you pretty good friends with Shorty too?
I:   Were you pretty good friends with Shorty too?
T:   Yes.
I:   Yes.
P:   Shorty was a pretty messed up guy too.
I:   Shorty was a pretty messed up guy too.
T:   No, he was pretty normal.
I:   No, he was pretty calm.
P:   But he did a lot of drugs.
I:   But he did a lot of drugs.
T:   At first yes, then just a few.
I:   At first yes, then just a little.
P:   We need to find out exactly what a little bit is.   One speedball a day?
I:   We need to find out exactly what a little bit is.   One speedball a day?
T:   Who, Shorty?
I:   Who, Shorty?
P:   Yes.
I:   Yes.
T:   No, I would think two.   One in the morning and one in the afternoon.
I:   No, I would think two.   One in the morning and one in the afternoon.
P:   And Rosie?
I:   And Rosie?
T:   The same.
I:   The same.
P:   Did you happened to come across Rosie's purse when you left?
I:   Did you happened to come across Rosie's purse when you left?
T:   Yes it was in the house.
I:   Yes it was in the house.
P:   When she was arrested was it left behind in the house?
[Break in tape]
I:   Are we back on?
P:   Yeah.
P:   Was that purse left behind when she was arrested?
T:   I think so.

I:    I think so.

P:    Do you know if you packed it when you left?

I:    Did you bring it here when you left?

T:    No, why would I want it?

I:    Why would I want it?

P:    Where do you think it is?

I:    Where do you think it is?

T:    I would think it's there or they threw it a way.  It was an old and broken.

I:    I would think it's there or they threw it a way.  It was an old one and all broken.

P:    Do you think Isabel had it?

I:    Do you think Isabel had it?

T:    No I would thin they already threw it out.

I:    No I would thin they already threw it out.

P:    When you saw Rosie and she told you what she did, did she have any blood on her?

I:    When you saw Rosie and she told you what she did, did she have any blood on her?

T:    Blood on her from what?

I:    Blood on her from what?

P:    Anything.

I:    Anything.   Whatever.

T:    No.

I:    No.

P:    When she used to shoot up, did she used to squirt?

I:    When she used to shoot up, did she used to squirt?

T:    What?

I:    Like what do you mean?

P:    She will use, pull a little blood and then squirt it.

I:    She would use, with a syringe take a little blood and then squirt it in the air.

T:    No.

I:    No.

P:    That wasn't common?

I:    That wasn't customary?

T:    No.  She couldn't find her veins.

I:    No.  She couldn't find her veins.

P:    Where did she used to shoot?

I:    Where did she used to shoot?

T:    The hand, sometimes the neck or someone would do it for her.  I never really watched.

000103

I:     The hand, sometimes the neck or someone would do it for her.  I
       never really watched.
P:     Did you use?
I:     Did you use?
T:     Just in my nose.
I:     Just in my nose.
P:     Now you don't need it.
I:     But now you don't.
T:     Not anymore.
I:     No.
P:     It's a good life down here.
I:     It's a different life down here.
T:     There is coke down here too and its much better too.
I:     There is coke down here too and its much better too.
P:     But the government  really frowns on it.
I:     The government is harder on it here right?
T:     It's the same.  The difference is they'll beat you up here, they'll just
       give you food up there.
I:     It's the same.  The difference is they'll beat you up here, they'll just
       give you food up there.
[Laughs]
P:     There is a jail here in Mazatlan...
I:     There is a jail here on the highway to Mazatlan.  Is that a jail?
T:     I don't know.
I:     I don't know.
P:     You haven't done time down here?
I:     Have you been arrested here?
T:     For being drunk.
I:     Just for being drunk.
P:     Oh.  How many times were you arrested up there?
I:     How many times were you arrested in the United States.
T:     Many times, but for cockfighting.
I:     Many times, but for cockfighting.
P:     In Anaheim?
I:     In Anaheim?
T:     No in Linwood.
I:     No in-Linwood.
P:     Do you make good money?
I:     Do you make good money?
T:     No it's just fun.  They kill each other.  That's where it came from,
       why I'm all bloody.
I:     No it's just fun.  They kill each other.  That's where it came from,
       why I'm all bloody.

P:    I'm glad it's from a bird.
[Laughs]
P:    Is he a champion?
I:    Is he a champion?
T:    He's for breeding.
I:    He's for breeding.
P:    Did Kiko...when Rosie and you were living in motels, was Kiko giving you rides once in a while?
I:    Did Kiko...when Rosie and you were living in motels, was Kiko giving you rides once in a while?
T:    Yes, sometimes.
I:    Yes, sometimes.
P:    Was Kikos name Enrique?
I:    Was Kikos name Enrique?
T:    I don't know, I thought it was Jose.
I:    I don't know, I thought it was Jose.
P:    Oh, OK.  What was Kiko's car. The Camaro?
I:    Oh, OK.  What was Kiko's car. The Camaro?
T:    A little Toyota.  Like a Guayanita.
I:    A little Toyota.  Like a Guayanita, whatever that is.
P:    I want to go through these photos one more time and I want you to put your initials and the letter.
I:    He wants to go through the photos again for you to put your initials.
P:    These two guys were together when they came by with the television and the things.
I:    These two guys were together when they came by with the television and the things.
T:    I don't remember this one very well, but this one yes.
I:    I don't remember this one very well, but this one yes.
P:    But you think it was this one possibly?
I:    But you think it was this one possibly?
T:    Yes.
I:    Yes.
P:    Put your initials, your name and the letter A.
P:    Now on the set of pictures.
p:    You know who this is?
I:    You know who this is?  Who is that?
T:    Shorty.
I:    Shorty.
P:    Could you put your initials and the letter B.
[Someone enters scene]

000405

22

I:    We just need a few more minutes with your brother alone.  We are almost done.  Is that OK, will you give a chance.  We are not very social here, but forgive us.  Forgive us.

P:    What else can you tell me that can help us understand who was with Rosie when this problem may have taken place.

I:    What else can you tell me that can help us understand who was with Rosie when this problem may have taken place.

T:    I don't know.

I:    I don't know.

P:    Have you spoken to anyone else about this besides us?

T:    Here? Yes.

P:    Who?

I:    Who?

T:    What do you mean?

I:    Did anyone else come asking here?   [To P] Because he didn't understand.

T:    No.

I:    No.

P:    Your watch dog is here.

I:    Here comes the dog--I mean the rooster.

I:    He's got a blind eye. Because of a fight.  But he won.

P:    He's a tough bird?   What makes them strong?

I:    How do you know which one is going to be a good fighter?

T:    There are a lot of different breeds.   Like the Bond Red.

I:    There are a lot of different breeds.   What is it called?

T:    Bond Red.

I:    Those are called Bond Reds.

[Break in tape]

P:    Did you know another guy that Rosie used to have as a boyfriend?

I:    Did you know another one of Rosie's boyfriends?

T:    She had a lot of them.

I:    She had a lot of them.

T:    El Chino?

I:    El Chino?

P:    Is this el Chino?

I:    Is this el Chino?

T:    No.

I:    No.

P:    Do you know him?

I:    Do you know him?

P:    [To tape] Showing picture of Martin Martinez Redonda.   [To I] Come here for a second let me see?

P:    Is this el Chino? [To tape] Showing Rafael Cervantes.

T:    El Chino has a cut off leg.

I:    El Chino has a cut off leg.

T:    I think he's in jail.

I:    I think he's in the joint.

P:    Is that him?

I:    Is that him?

T:    No.

I:    No.

T:    I did know this guy too. I don't know what his name is.

I:    I knew this guy too.  I don't know his name

P:    [to tape] Picture of Rosie and another man.

P:    Did he hang out on Jeffrey?

I:    Did he hang out on Jeffrey?

T:    Sometimes.

I:    Sometimes

P:    Did you know him about the time that Rosie was with you in the hotels.

I:    Did you know him about the time that Rosie was with you in the hotels.

T:    Yes.

I:    Yes.

P:    Did he used to shoot up with her?

I:    Did he used to shoot up with her?

T:    I don't know.

I:    I don't know.

P:    [To tape]  That was the xeroxed copied picture of Rosie standing behind the mill, Mexico with...

P:    Did Rosie used to prostitute herself to make money for the drugs?

I:    Did Rosie used to prostitute herself to make money for the drugs?

T:    I don't know.

I:    I don't know.

P:    Was el Chino her pimp?

I:    Was el Chino her pimp?

T:    The little kid that she has is el Chino's son.

I:    The little kid that she has is el Chino's son.

P:    Was el Chino in the joint when Rosie was with you?

I:    Was el Chino in prison when Rosie was with you?

T:    Yes, I think so.

I:    Yes, I think so.

P:    He was away then.

I:    He wasn't there then.

T:    No.

I:    No.

24

P:  Was he the one that got Rosie all fucked up?
I:  Was he the one that got Rosie all messed up?
T:  With her vice?
P:  Yes.
T:  Yes, I think so.
I:  Yes, I think so.
P:  Was he a big dealer in the area?
I:  Was he a big dealer in the area?
T:  No.
I:  No.
T:  Bunk.
P:  He used to sell bunk?
I:  He used to sell bunk?
T:  I don't know, maybe a little bit.  That's all he used to sell.
I:  I don't know, maybe a little bit.  That's all he used to sell.  [To P] I
    don't know what is it.
P:  [To I]  Bad dope.
P:  Is there anything else you can think of to help us with Rosie?
I:  Is there anything else you can think of to help us with Rosie?
T:  I don't know.
I:  I don't know.
P:  Do you think that if Rosie was all fucked up on drugs that she was
    violent.
I:  Do you think that if Rosie was all fucked up on drugs that she was
    violent.
T:  I don't know.
I:  I don't know.
P:  Would you have ever believed that Rosie could stab a nine year old
    girl?
I:  Would you have ever believed that Rosie could stab a nine year old
    girl?
T:  No.
I:  No.
P:  She loved her baby.
I:  She loved her own child right?
T:  Yes.
I:  Yes.
P:  What was he going to say?
I:  What were you going to say
T:  I didn't believe that she might have killed a kid, but who knows?
I:  I didn't believe that she might have killed a kid, but who knows?
P:  Are you going to stay in Mexico for quite some time?
I:  Are you going to stay in Mexico for quite some time?


060408