**SHERIFF'S DEPARTMENT**
ORANGE COUNTY
SANTA ANA, CALIFORNIA

GATES, SHERIFF-CORONER

AUTOPSY RECORD

| Name of Deceased | WALLACE, Autumn Carol | Case No. | 90-03254-VS |
|---|---|---|---|

RESIDENCE: 10462 Hedlund Drive
CITY: Anaheim                    STATE: CA

AGE: 09        SEX: Female              RACE: White

PLACE OF DEATH: Decedent's residence
10462 Hedlund
Anaheim

DATE OF DEATH: Found: 06-15-90     TIME OF DEATH: Found: 1753 hrs.

CAUSE OF DEATH: Exsanguination

    Due to: Lacerations of heart, larynx, and right subclavian artery

    Due to: Stab wounds, chest and neck

OTHER COND. None

ADMITTING DIAGNOSIS:

AUTOPSY DATE: 06-16-90          AUTOPSY TIME: 1000 hrs.

PLACE OF AUTOPSY: Sheriff-Coroner Forensic Science Center
1071 W. Santa Ana Blvd.
Santa Ana, CA 92703

AUTOPSY ATTENDANCE: A. Leckie, OCCO; M. Fleckstein, OCCO; G. Seachrist, OCSD;
R. Mumford, OCSD; J. Sidebotham, OCSD; T. Giffin, OCSD;
T. Mandala, OCSD; K. Wong, OCSD

DATE D.C. ISSUED: 06-16-90
DATE D.C. AMENDED:

_____ M.D.

_____ M.D.
David M. Katsuyama, M.D., AUTOPSY SURGEON

34/69

000411

F 0680-167(2/2)(R4/84)

SHERIFF'S DEPARTMENT
ORANGE COUNTY
SANTA ANA, CALIFORNIA

⌐ GATES, SHERIFF-CORONER

AUTOPSY RECOR

| Name of Deceased | | Case No. | |
|---|---|---|---|
| | WALLACE, Autumn Carol | 90-03254-VS | |
| | | | Page 2 |

IDENTIFICATION:  The body is received in a white plastic body bag with
Coroner's seal on the zipper and with tag on the zipper indicating the remains
are those of "CASE 90-03254-VS, AUTUMN WALLACE".

EXTERNAL DESCRIPTION:  The enclosed body is that of an unembalmed, well
developed, well nourished White female appearing the stated age of nine years,
whose body length is 55-1/2 inches and body weight of 95 lbs. There are large
amounts of blood smeared and drying on the skin surfaces on the anterior
aspect.  There are number of stab wounds on the upper portion of the chest,
chiefly to the left of midline.  The hair is light brown, of medium length.
There is bloody material mingled and is drying within the hair.  There is also
a moderate amount of bloody material smeared on the face and is drying.
Several areas of disruption are immediately apparent on the left side of the
face.  The arms show a moderate amount of blood on the surfaces, especially on
the left lateral posterior aspect, from the medial aspect of the olecranon
area to the dorsum of the hand that appears to have flowed, and appearing to
be from a pool of blood that the particular arm was in.  There is what appears
to be a stab wound on the dorsum of the hand.  There is an electrode pad on
the left posterior flank area.  The anterior aspect of the abdomen shows no
obvious stab wounds.  No obvious stab wounds are immediately identified on the
posterior portion of the lower extremities in the more distal aspects;
however, several stab wounds in the medial gluteal portions are identified.
All of these wounds will be subsequently described after the surfaces are
washed of the blood.

After washing the bloody material from the skin surfaces, the areas of injury
are more visible.  The hair is light brown, is up to 15 inches in length in
portions.  The upper eyelid on the left side shows two horizontal disruptions,
the upper about 1/2 inch in length, the lower about 3/8 inch in maximum
dimension.  There is a reddish discoloration in the inferior aspect of the
left eyebrow, about 1/8 to 3/16 inch in maximum length.  There is a more or
less horizontal disruption below the lateral margin of the left periorbital
tissue about 3/4 inch in maximum dimension.  There is a diffusely yellowish
discoloration on the left forehead about 1/2 inch to the left of midline, more
or less vertically oriented, about 3/4 x 1-1/2 inches.  There is diffuse
reddish discoloration of the right periorbital tissue about the lateral aspect
of the right eyebrow extending toward the hairline.  However, no obvious
disruptions are encountered.  There are no obvious disruptions on the right
side of the face.  However, there are two disruptions below the level of the
ear behind the angle of the jaw, more or less vertically oriented, one about

_____ M.D.

_____ M.D.

David M. Katsuyama, M.D.    AUTOPSY SURGEON

000412

⊛ F 0680-167(2/2)(R4/84)

34 70

**SHERIFF'S DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

⊃ GATES, SHERIFF-CORONER

**AUTOPSY RECC**

| Name of Deceased | Case No. |
|---|---|
| WALLACE, Autumn Carol | 90-03254-VS<br>Page 3 |

3/4 inch in maximum dimension, and slightly below this about 3/4 inch lower is another disruption about 3/4 inch in maximum dimension. There is a small vertical disruption about 3/8 inch in maximum dimension within the ear lobe in the upper portion on the right. There are two line-like discolorations at the midline between the nostrils and the upper lip. Bloody material exudes from both nostrils. On the left side of the face, beginning about 1-1/4 inches to the left of midline, about 1/4 inch lateral from the left nostril is a curved disruption about 1-1/4 inch in length and slightly more laterally, somewhat more obliquely, is a disruption about 3/4 inch in maximum length. There are two disruption over the left angle of the jaw, one somewhat obliquely anteriorly, and slightly more posteriorly about 3/4 inch in maximum dimension. There are a number of smaller disruptions below the angle of the jaw ranging up to 1/8 inch in maximum dimension, and a larger disruption about 3/8 inch in maximum dimension. There are other larger disruptions behind the left ear. In this area behind the left ear, there are four disruptions, three longer, more-or-less horizontal, up to 3/4 to 5/8 inch in maximum dimension, and a smaller one about 3/16 inch, about 3/4 inch above this cluster. The right side of the neck shows no major evidence of trauma, except in the immediate suprasternal area, where there is a small disruption about 3/8 inch in length, slightly obliquely in a downward direction, with an area of abrasion about 2-1/2 inches in length, and with another group of interrupted discolorations extending from the lower margin, upwardly and to the left for about 1-1/4 inches. In the midline above the opening, is a smaller opening about 3/16 inch in maximum dimension with a line-like mark extending downwardly and to the left for about 1-1/2 inches. There is a somewhat more gaping disruption about 3/4 x 3/16 inch, about 1-1/4 inches to the left of midline, slightly lower in level. There is a line-line discoloration on the undersurface of the chin beginning slightly to the right of midline going backward for about 3/4 inch. The upper left chest shows a group of disruptions, a thin cluster above the level of the left nipple, gaping to 1-1/4 inch in maximum dimension and up to 3/8 inch in width. Several of these show rectangular margins. There is a small disruption in the left axillary portion about 3/8 inch in maximum dimension, another on the anterior aspect of the left arm about 3/8 inch in maximum dimension, about 5 inches from the tip of the shoulder. There is a small area of abrasion, somewhat irregular, about 3/4 x 1 inch, lateral from the olecranon, and a line-like mark on the lateral aspect overlying the malleolus about 3/4 inch in maximum length. The dorsum of the left hand shows two longitudinal disruptions, one more or less curved, about 1 inch in length. This is at the base of the middle finger. On the base of the fourth finger is a more or less longitudinal disruption about 3/4

_____ M.D.

_____ M.D.
David M. Katsuyama, M.D.   AUTOPSY SURGEON

3471

000413

**SHERIFF'S DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

J GATES, SHERIFF-CORONER

**AUTOPSY RECORD**

| Name of Deceased | | Case No. | |
|---|---|---|---|
| | WALLACE, Autumn Carol | Case No. | 90-03254-VS |
| | | | Page 4 |

inch in maximum dimension. These connect with each other through the
subcutaneous tissue.

Below the level of the left nipple within the areola to the left, is a small
disruption about 3/8 inch. About 2 inches laterally from this area is another
small disruption about 3/8 inch in maximum dimension. Below this about 2
inches, is a small disruption about 1/8 inch in maximum dimension. More
medially, about 2-1/2 inches to the left of midline, is a small disruption
about 1/8 to 3/16 inch in maximum width, and almost in the midline are two
small marks, each about 1/16 inch in maximum dimension. There is a small mark
below the right nipple about 2-1/2 inches in line with the nipple line, about
1/8 inch in maximum dimension. There is in the upper portion of the abdomen
on the right side, a somewhat oblique disruption about 3/16 inch in maximum
length and with a line-like mark extending downwardly toward the navel for
about 3/4 inch. The lower abdomen shows no obvious disruptions. No scars are
identified on the chest or the abdomen. The external genitalia are female.
No pubic hair is present. The lower extremities on the anterior aspect shows
no obvious disruptions. The posterior aspect of the right arm about 7 inches
above the elbow shows two disruptions that are interconnected. Each of these
disruptions are about 3/4 inch in maximum width, and a rectangular margin is
identifiable on the upper portion of each of these disruptions. The back of
the head behind the left ear shows areas of disruption, five in number, more
or less parallel to each other, pointing in a downward direction over an area
about 2-1/2 x 2-1/2 inches. Penetration on several of these disruptions is up
to 2-1/2 inches. There are linear marks, more or less horizontal, somewhat
curved, on the mid-posterior neck, especially to the right of midline, ranging
up to 3 inches in maximum dimension. A large number of more or less
horizontal disruptions are present from the lower neck to mid-lower chest,
from about 50 inches from the top of the head to about 40 inches from the top
of the head. These range up to slightly over 3/4 inch, many showing
rectangular margins, especially on the left side of the disruptions. Most of
these are more or less horizontal, penetrating in a downward direction,
although there are two at the inferior aspect of the right scapula, more or
less obliquely and perpendicular to each other. These penetrate into the
underlying connective tissues, chiefly from the right toward the left, except
for the two oblique ones beneath the lower margin of the right shoulder blade,
which extends deeply penetrating toward the right. Lower on the back at the
upper margin of the buttock, are two line-line marks to the left of midline,
each about 1/8 inch in maximum dimension with lines extending downwardly for
about 1 and 3/8 inch. The left lateral area of the buttock area shows two

_____ M.D.

00041 ~

~ IAIIIG

F 0680 T67(2/2)(R4/84)

3472

_David M. Katsuyama_ _____ M.D.

David M. Katsuyama, M.D.        AUTOPSY SURGEON

**SHERIFF'S DEPARTMENT**
ORANGE COUNTY
SANTA ANA, CALIFORNIA

⸤ GATES, SHERIFF-CORONER

**AUTOPSY RECO**

| Name of Deceased | | Case No. | |
|---|---|---|---|
| WALLACE, Autumn Carol | | | 90-03254-VS<br>Page 5 |

disruptions, the higher about 3/4 inch in maximum dimension, the lower about
1/8 inch in maximum dimension.  The upper penetration is in a somewhat upward
direction into the underlying connective tissues for about 2-3/4 inch.  On the
medial aspect of the buttocks are four disruptions, one on the medial aspect
of the right buttock and three on the medial aspect, which penetrate into the
underlying connective tissues for at least 1-1/2 inches.

INTERNAL EXAMINATION:  The usual Y-shaped incision is employed.  A number of
disruptions on the left upper chest extend into the connective tissues and
into the ribcage.  There is a small amount of bloody material that has seeped
into the adjacent connective tissues.  There are two in the anteromedial
aspect of the first left intercostal space, two in the medial aspect of the
second intercostal space.  The organs of the chest and abdomen occupy their
usual positions.  There are two disruptions on the upper medial aspect of the
left lung.  A disruption into the pericardial sac is identified in the upper
portion.  There is about 75 cc's of blood in the right pleural space and about
50 cc's of blood is present in the left pleural space.  Only a small amount of
bloody material is present in the pericardial sac.  The organs of the chest
and abdomen occupy their usual general positions.  No disruptions into the
abdomen are encountered.

CARDIOVASCULAR SYSTEM:  The heart shows a through-and-through disruption of
the left ventricle with the penetration from the anterior mid-portion through
the left lateral wall into the chamber and then out the posterior aspect, with
a small disruption identified on the anterior aspect of the inferior vena cava
and right atrium at their junctions.  There is diffuse hemorrhage in the
connective tissues surrounding the vessels in the neck, especially on the
left.  There is also disruption of the right subclavian artery just after its
origin.

The heart weighs 150 grams.  The coronary arteries arise in their usual
locations and take their usual general courses.  As noted previously, there is
a disruption of the anterior aspect of the left ventricle and another
disruption in the posterior aspect of the left ventricle, in line with each
other.  No gross additional abnormalities are identified.

RESPIRATORY SYSTEM:  The tongue is grossly normal.  The larynx shows two stab
wounds extending from one side to the other.  There is diffuse hemorrhage into
the connective tissues immediately adjacent.  There is a small amount of
brownish mucoid material in the lumen of the larynx and trachea.  The right

_____ M.D.

_____ M.D.
David M. Katsuyama, M.D.    AUTOPSY SURGEON

000415

3473

F0680·167(2/2)(R4/84)

SHERIFF'S DEPARTMENT
ORANGE COUNTY
SANTA ANA, CALIFORNIA

) GATES, SHERIFF-CORONER

AUTOPSY RECORD

| Name of Deceased | WALLACE, Autumn Carol | Case No. | 90-03254-VS<br>Page 6 |
|---|---|---|---|

lung weighs 140 grams, the left 120 grams.  The right lung shows no
significant abnormality.  The left lung shows two small stab wounds on the
upper medial aspect.  No gross evidence of consolidation, abscess, significant
emphysema or fibrosis is encountered on either lung.  The pulmonary vessels
appear grossly normal.

DIGESTIVE SYSTEM:  The esophagus shows no gross abnormality.  There is about
150 cc's of brownish-gray, granular material and fluid in the stomach.  The
mucosa shows no significant abnormality.  The small bowel, appendix and colon
are grossly normal.  The mesentery and mesocolon are grossly normal.

HEPATIC SYSTEM:  The liver weighs 840 grams.  Multiple sections  reveal a
congested, reddish-brown substance with no significant accentuation of the
lobular pattern or increase in fibrous components.  The gallbladder and
extrahepatic biliary tract are unremarkable.

PANCREAS:  The pancreas has the usual lobular, yellow-tan appearance and shows
no gross evidence of fibrosis, abscess, saponification, or calcification.

ENDOCRINE SYSTEM:  The adrenals show no gross abnormality in appearance, size,
or location.  The thyroid gland is not grossly enlarged, has the usual
glistening pinkish-tan appearance.  The parathyroid glands are not grossly
enlarged.

HEMIC & LYMPHATIC SYSTEM:  The spleen weighs 80 grams.  Multiple sections
reveal a somewhat decongested, red-purple substance.  The lymph nodes of the
chest and abdomen are not grossly enlarged.  The marrow spaces appear grossly
normal.

UROGENITAL SYSTEM:  The right kidney weighs 80 grams, the left 80 grams.
Multiple sections reveal easily stripped capsules overlying decongested,
yellowish-brown cortices averaging 3/16 inch in thickness.  The ureters and
urinary bladder are grossly normal.  No urine is present.  The uterus, uterine
tubes and ovaries show no significant abnormality, and are consistent in
appearance with age.

MUSCULOSKELETAL SYSTEM:  The musculature is that of a child.  The skeletal
system of the trunk shows no significant additional abnormalities except for
the disruptions in the intercostal spaces of the anteromedial aspect of the
first and second intercostal space on the left.

_____ M.D.                    _____ M.D.
                                        AUTOPSY SURGEON
                                David M. Katsuyama, M.D.

000416
C11000
F 0680-167(2/2)(R4/84)

3474

SHERIFF'S DEPARTMENT
ORANGE COUNTY
SANTA ANA, CALIFORNIA

GATES, SHERIFF-CORONER

AUTOPSY RECO

| Name of Deceased | | Case No. | |
|---|---|---|---|
| WALLACE, Autumn Carol | | | 90-03254-VS |
| | | | Page 7 |

CENTRAL NERVOUS SYSTEM: The scalp shows very minimal hemorrhage in the connective tissues overlying the left supraorbital ridge. The calvarium shows no fractures on the dorsal aspect or at the base. There is no epidural, subdural, or subarachnoid hemorrhage. The brain weighs 1480 grams. The arteries at the base have the usual distribution and show no significant sclerosis or narrowing. Multiple sections through cerebrum, cerebellum, midbrain and pons show no gross evidence of hemorrhage, infarct or neoplasm. The ventricular system is normal in size.

SPINAL CORD: The spinal cord is removed via the anterior approach. No gross abnormalities of the vertebral bodies are encountered. No gross evidence of epidural, subdural, or subarachnoid hemorrhage is encountered. The spinal cord shows no significant additional abnormality.

ANATOMICAL DIAGNOSIS

    I.  Stab wounds, head and neck, chest and back, multiple, extensive
   II.  Lacerations
        A.  Heart
        B.  Right subclavian artery
        C.  Left lung
        D.  Hemothorax, bilateral, moderate
        E.  Exsanguination, massive

The autopsy is terminated at 1220 hours.

_____ M.D.

DMK:mbs  06/18/90;  1432c;

3475

_____ M.D.

David M. Katsuyama, M.D.

AUTOPSY SURGEON

000417
21 AUG

F0680-167(2/2)(R4/84)

## TOXICOLOGY REPORT
### OFFICE OF THE CORONER
### ORANGE COUNTY, CALIFORNIA

NAME OF DECEASED: ___WALLACE, Autumn___   AGE _9_   SEX _Female_

SPECIMENS SUBMITTED (UNEMBALMED) Blood, Brain, Liver, Urine, Stomach Contents

BLOOD RECEIVED BY: ___DaLie___   FROM: ___FSC Refrigerator___

OTHER TISSUE RECEIVED BY: _DaLie_   FROM: ___Freezer___

Replicate samples of blood were analyzed for ethanol and other
common volatiles employing a headspace gas chromatographic method.
None were detected.
VALLERCAMP - 6/18/90   MOORE - 6/18/90

Samples of blood were screened for barbiturates, cocaine,
methamphetamine, opiates, phencyclidine, and related compounds by
RIA.  None were detected.
NANDI - 6/27/90, 8/3/90

LAB REPORT NO. _C90-0753_

DATE OF REPORT _8/10/90_

000419

.(CRS) F0660-145.1 (9/78)

34 74

_Bina R. Nandi_

**BINA R. NANDI**
**FORENSIC TOXICOLOGIST**

EX 24   403

# HISTOLOGY RECORD

DATE OF AUTOPSY: 6 16 90

DATE TISSUE CUT: 7 2 90

BY: _____

NUMBER OF CASSETTES MADE: 4 75

DATE TO LAB: _____ BY: _____

NUMBER OF BLOCKS MADE: 4

    DATE: 7-3-90 BY: MS

DATE SLIDES PREPARED: 7-25-90 BY: MS

NUMBER OF SLIDES MADE: 4 H & E BY: MS

NUMBER OF SPECIAL STAINS: _____ BY: _____

DATE READ: _____ BY: _____

---

## PRELIMINARY REPORT OF MICROSCOPIC EXAMINATION

OPINION AS TO CAUSE OF DEATH:

no change in COD

DATE OF THIS REPORT: 7 29 90

PATHOLOGIST: _____ M.D.

---

DATE RETURNED TO F.S.C. AUG 04 1990 BY: D.M.K.

NUMBER OF SLIDES RETURNED: 4 CHECKED BY: RI

NUMBER OF BLOCKS RETURNED: 4 CHECKED BY: RI

DATE FILED: AUG 04 1990 BY: RI

REMARKS: _____

3477

**G**

F0660-319 (6/85)

000419

COUNTY OF ORANGE

BRAD GATES
SHERIFF-CORONER

AUTOPSY RECORD  90-03254-VS      14

WALLACE, AUTUMN C.

F  4-15-90  1:53



000420

M.D.

3478

6

COUNTY OF ORANGE
SHERIFF-CORO



AUTOPSY RECORD 40-08254-VS    14

WALLACE, AUTUMN C.

M.D.

3479

000421    7

ORANGE COUNTY SHERIFF – CORONER DEPARTMENT
FORENSIC SCIENCE SERVICES

------------------------------------------
REPORT OF TOXICOLOGICAL EXAMINATION
------------------------------------------

NAME (L/F M) ALGARO MARIA _____     L R #. 9 0 - 4 0 9 9 7 - A

VIAL # _____ SAMPLE TYPE BA BLOOD #142943     DATE SUBMITTED _____

SUBMITTING AGENCY ORANGE COUNTY SHERIFF & DEPARTMENT     DEPT CASE # _____

CHARGE 187 _____ OTHER CHARGES NONE _____     COURT _____

ARRESTING OFFICER UNKN _____ ARREST DATE TIME 4-5-90 ____

TECHNICIAN SUMMERS _____ COLLECTION DATE TIME 4-23-90 1535 ___ LOCATION ____ __

SPECIAL REQUEST BFD _____

CHAIN LAFERTY CALIE _____

OTHER NAMES NONE _____

OTHER SAMPLES NONE _____
------------------------------------------------------------------------------
LABORATORY ANALYTICAL RESULTS

BLOOD ALCOHOL RESULT = _0.00_ % (WT/VOL)

THE SAMPLE WAS SCREENED FOR THE FOLLOWING

| DRUG | DATE | ANALYST | INITIALS |
|------|------|---------|----------|
| COCAINE | 07/05/90 | BITTNER | |
| PHENCYCLIDINE | 07/05/90 | BITTNER | |
| OPIATES | 07/05/90 | BITTNER | |
| METHAMPHETAMINE | 07/05/90 | BITTNER | |
| ** COCMS | 08/09/90 | WUERDEMANN | CW |
| ** COCMS | 07/23/90 | AJS | AJS |
| ** OPMS | 07/26/90 | WUERDEMANN | CW |
| ** OPMS | 08/09/90 | DTE | |

DRUGS   DETECTED:

COCAINE & BENZOYLECGONINE

MORPHINE

Date _____ By _____

3338

000422