90-26853

**SHERIFF'S DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

## CRIMINAL INVESTIGATION REPORT

| OFFENSE: CPC 187 Murder | LOCATION: 10462 Hedlund, Anaheim | |
|---|---|---|
| VICTIM: Wallace, Autumn C.(1-25-81) | DATE: Fri. 6-15-90 | GRID: 15E1 |

RE: clue sheet 40.

**INFORMANT:** Finan, Ryan Joseph( ███ )
R- ███ , Anaheim.  956-7595.

**DETAILS:**

On Mon. 6-25-90, at approx. 0800hrs, I telephoned Ryan Finan to talk to him reference his conversation with Investigator B. Lumm during the neighborhood canvass(clue sheet 40).

Finan said at approx. 1500hrs, on Fri. 6-15-90, he was at a friends house(Robbie Nelson).  Nelson lives at an unknown residence on Hedlund, across the street from the victim's residence.

Finan said that he saw a vehicle parked in front of the victim's residence on the street, which he described as around a 1980, brown, 2 door, older paint, with black tires and gold rims.  I asked Finan if he was familiar with a buick regal, chevy monte carlo, or an olds cutless, and Finan said the vehicle looked more like a chevy monte carlo.

I asked Finan if he had seen anyone around the vehicle or the house, and he said no.  He also said that he hadn't seen the vehicle in the area before. Finan said that he could be reached at his residence during the summer while school is out.

14 5/c

*L. Vandor* #109

I/O:INV. L. VANDOR #109   Rpt by: L.VANDOR #109   DATE: 6-25-90   APPRVD:

000423

**COPY**

DR NUMBER: 90-26853

VIOLATION: PC 187

(X) INTERVIEW    ( ) CONVERSATION    ( ) TELEPHONE

NAME OF INTERVIEWEE:     Lien Nguyen

DATE/TIME OF INTERVIEW:  June 17, 1990

LOCATION OF INTERVIEW:   Command Post/10462 Hedlund, Anaheim

CONDUCTED BY:            Investigator T. Giffin - O.C.S.D. - Homicide
                         Investigator T. Mandala - O.C.S.D. - Homicide

TRANSCRIBED BY: Alma Villasenor - O.C.S.D. - Investigation Division

--**-- (DENOTES INAUDIBLE PORTIONS OF TAPE)

---

GIFFIN:   The date is Sunday, 6-17-90. The time now is 1544. This is Investigator Tom Giffin. With me is Investigator Tom Mandala. Uh, we're in the mobile command van parked in front of 10462 Hedlund in Anaheim. This is in reference to Sheriff's case number 90-26853. This will be an interview of Lien Nguyen. Lien is spelled, L-I-E-N, last name, Nguyen, N-G-U-Y-E-N. Date of birth of ▓▓▓-59. Lien, uh, we discussed a little bit before we turned on the tape recorder, uh, basically that you saw a car parked in the driveway here last Friday afternoon and your house is located across the street and the third house north, across the street.

NGUYEN:   Right.

GIFFIN:   So we're dealing of a distance here of approximately 50 yards from your, from the, uh, front of your house to the driveway here. You had a pretty good vision, you could see it all right?

NGUYEN:   No, because, uh, on that time I just hurried to get home, so I just passed so quick and I think the color of the car is, uh, light color, it looked like, right here or something like that.

GIFFIN:   Okay, you drove by this...

3/3/

1867I

000425

```
                                              DR NUMBER:  90-26853
                                              Page         2
```

| | |
|---|---|
| NGUYEN: | Just drove by so quick because I don't make attention to, uh, that at all because sometimes just a lot of people come and go, so. |
| GIFFIN: | Okay, what time was that? |
| NGUYEN: | Around, uh, just say about after four (4). |
| GIFFIN: | After four (4) in the afternoon? |
| NGUYEN: | Yes. |
| GIFFIN: | Okay. But before what time? After four (4)... |
| NGUYEN: | Around four (4), uh, 4:10 to 4:30, around there. |
| GIFFIN: | 4:10 to 4:30? |
| NGUYEN: | Yes. Because when my kid opened the door and then run outside, it's almost five (5), almost five (5) and I caught him in the house so I didn't see any car. |
| GIFFIN: | At five (5:00) o'clock, you didn't see a car. Was the car pulled in forward or was it backed in, if you can remember? |
| NGUYEN: | No, I don't. I'm afraid not. |
| GIFFIN: | Sometimes if you close your eyes and think back to what you saw that time, it might help you. |
| NGUYEN: | That would be hard because you know when I passed, they have the, the big tree in there so it's hard for me to see it, if I see it one I will know it, which, what, back or not, but I, I don't. |
| GIFFIN: | You don't remember whether it was back there? |
| NGUYEN: | I just see, it looked like, I passed so fast so I just see, remember the color of the car, you know, it was black color, it looked like, um... |
| GIFFIN: | Well, was it a, uh, a black or a white color? Was it a dark color or a light color? |
| NGUYEN: | Light color it looked like, um, gray color or something like that. |
| GIFFIN: | Red? |
| NGUYEN: | No, not red. Uh, let me see... |
| GIFFIN: | Let me to show you the... |
| NGUYEN: | ...look like, like light blue. |
| GIFFIN: | Light blue? |
| NGUYEN: | Yeah. |
| GIFFIN: | Okay. |



3132

18671

DR NUMBER: 90-26853
Page 3

| | |
|---|---|
| NGUYEN: | The, the light color look like, uh... |
| GIFFIN: | Okay, this is kind of a blue green. |
| NGUYEN: | No. It looked like, it look like, you see, um, you see the bu, uh, the, the car seat for the baby seat over there, for the baby? |
| GIFFIN: | Yes. Kind of a gray? |
| NGUYEN: | Yeah. But a little bit lighter. |
| GIFFIN: | Lighter than that? |
| NGUYEN: | Yeah. That color looked too old, you know, the car. |
| GIFFIN: | It looked old? |
| NGUYEN: | Yeah. Cause I believe on, uh, three (3:00) o'clock, my kid still calling Autumn and talk to her on the phone. |
| GIFFIN: | You were on the phone at three (3)? |
| NGUYEN: | My, my son call Autumn at three (3:00) o'clock. |
| GIFFIN: | Oh, your daughter talked to... |
| NGUYEN: | ...yeah, Autumn. |
| GIFFIN: | ...Autumn at three (3:00) o'clock on the phone. |
| NGUYEN: | Yes. |
| GIFFIN: | Okay. Uh, did you see any people around this car that was parked...was the car parked in the driveway or was it parked out front? |
| NGUYEN: | Driveway. |
| GIFFIN: | Right in the driveway. |
| NGUYEN: | Yeah. |
| GIFFIN: | Were there any people around it? |
| NGUYEN: | Look like two (2), I saw two (2) people. |
| GIFFIN: | Okay, were they, uh... |
| NGUYEN: | You know, it's hard because I just passed by and just saw two (2) head in there, that's all. |
| GIFFIN: | Were they men or women? |
| NGUYEN: | I think men. |
| GIFFIN: | Okay. Were they older or younger? |
| NGUYEN: | No, I didn't see anything because just, I just passed by and I just, you know, when I see two (2) --**--, you know, just look like the two (2) head in the back, that's all. |
| GIFFIN: | You saw two (2) heads in the back? |
| NGUYEN: | Yeah. |

3133

000427

1867I

```
                                                    DR NUMBER:  90-26853
                                                    Page          4
```

| | |
|---|---|
| GIFFIN: | In the back of the car? |
| NGUYEN: | The car. |
| GIFFIN: | Okay. |
| NGUYEN: | So it look, I mean, I just passed by and I think two (2) in there but I don't know how many, I just say two (2). |
| GIFFIN: | Okay. Was the door open or the hood open or was the trunk open? Or maybe nothing was opened, nothing has to be opened. |
| NGUYEN: | No, it was... |
| GIFFIN: | Now, you said you saw them at the back of the car. |
| NGUYEN: | It is, it is... |
| GIFFIN: | Between the car and the house or... |
| NGUYEN: | Yeah, it looked like they park in the driveway... |
| GIFFIN: | Right. |
| NGUYEN: | ...and I just passed by and saw, look like the, the people sitting in the car, two (2) or something. |
| GIFFIN: | Were they sitting in the car? |
| NGUYEN: | Yeah. |
| GIFFIN: | Oh, sitting in the car. |
| NGUYEN: | Yeah. |
| GIFFIN: | They weren't outside and they weren't standing around? |
| NGUYEN: | No. I just saw the car and it looked like --**-- because I was outside and I didn't see the car later on. |
| GIFFIN: | Okay. Were they Mexicans or blacks or? |
| NGUYEN: | I don't know, really don't. |
| GIFFIN: | Okay. Did you see any children around? |
| NGUYEN: | No, at that time, no children around. |
| GIFFIN: | No children in the car? |
| NGUYEN: | No. |
| GIFFIN: | You mentioned earlier that, uh, you think you might of seen the car before. |
| NGUYEN: | Yeah, a long time ago. |
| GIFFIN: | How long is a long time ago? |
| NGUYEN: | You know, five (5) or six (6) month ago. |
| GIFFIN: | Five (5) or six (6) months ago? |
| NGUYEN: | Yeah, long time. It look like...when, you know, when the car, that the shape of the car... |



3134

```
                                                    DR NUMBER: 90-26853
                                                    Page         5
```

GIFFIN: ...uh-hum.

NGUYEN: ...look like a big shape, just like I see that car for a couple times in this area.

GIFFIN: Uh-hum. Was it in the driveway when you saw it before? When you saw it five (5) or six (6) months ago?

NGUYEN: Uh...

GIFFIN: ...or was it just driving by?

NGUYEN: Just driving by.

GIFFIN: Okay. Did it have any dents in it or maybe a smashed fender, anything like that that you remember?

NGUYEN: No, I don't.

GIFFIN: Was it all one color? If you remember.

NGUYEN: Look like the same color.

GIFFIN: Same color.

NGUYEN: Yeah.

MANDALA: On the top too? You know how some cars have a different kind of top.

NGUYEN: Oh you mean, it's a, like a to, to...

GIFFIN: Like a vinyl top.

NGUYEN: No, I didn't see it.

GIFFIN: Okay. Would you recognize the car if you saw it again?

NGUYEN: I might, I'm saying not sure because I don't want to give to you the wrong information.

GIFFIN: Okay.

NGUYEN: See that's why...

GIFFIN: ...you could only give us what information that you have.

NGUYEN: Yes.

GIFFIN: Okay.

NGUYEN: --**--. No, I just see the car.

GIFFIN: Okay. The time now is 1552. We're going off tape.

NGUYEN: I think that before is...

GIFFIN: Okay, the date is still Sunday, 6-17-90. The time now is 1610 hours. This is a continuation of the interview with Lien Nguyen. Uh, Lien, while we were off tape, uh, you had time to think about the color of the car and you talked with you husband about colors, and it's your impression now that the car is, or the car that you saw that Friday

3/35

18671                                                         000429

EX 26   413

DR NUMBER: 90-26853
Page 6

|         |                                                                                                                                                   |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------|
|         | afternoon parked in the driveway here, was not gray but it was more brown or gold.                                                                |
| NGUYEN: | It looked like is, uh, brown is just too dark but is the middle of the, let's say, the gold colors, the old.                                      |
| GIFFIN: | Brown was too dark and gold is closer to the color?                                                                                               |
| NGUYEN: | Yeah, yeah.                                                                                                                                       |
| GIFFIN: | Was the paint in good condition or bad condition?                                                                                                 |
| NGUYEN: | Not too, not too good condition but not too bad condition. But it looked too old.                                                                 |
| GIFFIN: | It looked older?                                                                                                                                  |
| NGUYEN: | Yeah.                                                                                                                                             |
| GIFFIN: | But it wasn't in bad condition it just looked older?                                                                                              |
| NGUYEN: | No, yeah.                                                                                                                                         |
| GIFFIN: | Okay. Okay. Can you think of anything else? I know we stopped kind of abruptly before. Uh, you didn't see any children, you saw two (2) men in there and they were in the car the whole time. |
| NGUYEN: | No, I mean, the time I just passed by...                                                                                                          |
| GIFFIN: | ...right.                                                                                                                                         |
| NGUYEN: | ...I saw the car and the people in the car. And they just...after that I don't see any.                                                           |
| GIFFIN: | When did you look out your window or look over here again and not see the car?                                                                    |
| NGUYEN: | Around, when my kid just get out of the, the house, about four (4), uh, four-forty-five (4:45) almost five (5).                                   |
| GIFFIN: | Four-forty-five (4:45).                                                                                                                           |
| NGUYEN: | Yes.                                                                                                                                              |
| GIFFIN: | It was gone then at four-forty-five (4:45)?                                                                                                       |
| NGUYEN: | Yeah, it was just too quiet, no, don't have any car.                                                                                              |
| GIFFIN: | Okay. That's fine, time now is 1612 hours. Thank you very much Lien.                                                                              |
| NGUYEN: | Your welcome.                                                                                                                                     |

(END OF INTERVIEW, LIEN NGUYEN)



3/36