Consuelo Mercé Edwards, M.D.

Diplomate American Board
of Psychiatry and Neurology

March 23, 1992

William Monroe, Esq.
Attorney at Law
450 W. 4th Street, Suite 101
Santa Ana, CA  92701

RE:  Maria del Rocio Alfaro
Case No. C-82541

Dear Mr. Monroe:

Pursuant to your request and the Court Order of Judge John J.
Ryan dated August 13, 1991, the above named defendant was
evaluated.  This evaluation was conducted at the Orange County
Women's Jail.  The defendant was clearly informed regarding the
confidential nature of this evaluation; Miss Alfaro understood
and agreed to proceed.  This evaluation is based on interviews
conducted on 11/12/91, 11/14/91, 11/15/91, 11/20/91, 12/06/91,
01/10/92, 01/20/92, 01/31/92 and 02/14/92; viewing video tapes
on the defendant on 09/21/91, 10/13/91, 11/09/91 and 11/10/91;
psychological test reviewed on 10/13/91; research reviewed on
02/05/92 and/or records reviewed on 11/21/91; and conferences
with the attorney and investigator on 09/18/91, 11/20/91,
11/21/91, 02/11/92, 02/17/92, 02/26/92, 03/10/92 and 03/23/92.

## PSYCHIATRIC EVALUATION

## I.  PRELIMINARY IDENTIFICATION

Name - Maria del Rocio Alfaro; Age - 20; Date of Birth - ████████
███, 1971; Race - Hispanic; Sex - female; Marital Status -
Single; Nationality of Origin - United States; Language -
English and Spanish; Religion - Christian.  Miss Alfaro is
currently at the Orange County Women's Jail and has been there
since June 28, 1990.

Miss Alfaro understands she is being accused of murder.

## II.  MEDICO-LEGAL ISSUES

1)  What was the state of mind of Miss Alfaro at the time of the
alleged crime?

Psychiatry Professionals Medical Group

1125 E. 17th St. Suite E. 101, Santa Ana, California 92701 (714) 972-2050

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Two

## III. PSYCHIATRIC HISTORY

### A. The Instant Offense - The Defendant's Version

Miss Alfaro had been living with her boyfriend in his parent's home for six months. She got up that "Friday", June 16 "or was it 15?", 1990, ("?"), about 9 a.m., washed her face and teeth and shot up heroin, about $10 worth, because she used to get up sick and needed it. Then she cleaned her room and kitchen and fed her nine month old baby, Manny. Then she would (and did) shoot a speedball, $10 of heroin and $20 of cocaine, dressed up and drank two beers. She told Maria, her boyfriend's father's girlfriend, that she was going to the store when actually she was going to get more drugs. She took Maria's four year old daughter and her own baby.

She got a ride from the next door neighbor, who is a 28 to 30 year old male, whom she knew by sight. He dropped her off and she went up to Juan's home and left the children with him and obtained information regarding where to find drugs. Juan is a 50 year old man. She went to "the place", downstairs, to "Manuel", and got about $15 to $20 of both heroin and cocaine.

At about 11 a.m. she went back to Juan's and shot a speed ball (whole amount); sat down to "chat" and they both did coke which he had; he did it by snorting it and she did it by injecting her vein.

She asked some man for a ride back home. She felt drugged, i.e. "really wired", talking and doing things a lot and "she knew she had to have more". She got ready again, with her baby, and got another ride to Juan's. He gave her coke (shooting up), put the baby to sleep in his bed and went downstairs to chat with people in the street. She met Shorty, previously unknown to her, who asked her for a "rig" (paraphernalia) and she agreed for half of a "fix", both went up to Juan's where they shared the "fix"; he had more and they kept shooting up, three times, approximately every 15 to 20 minutes.

They went downstairs and while chatting he asked her if she knew where to get any VCR's. They were talking about stealing something; her father's friend, Miguel, who had raped her as a child, sat with them. After some thinking Shorty urged her to find a private home. She finally thought of a friend's home, knowing that nobody would be home "it was about lunchtime". She had lived in that home a while back in 1989(?) and she knew their schedule because she had kept in touch with them.

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Three

She told Shorty where it was and asked him to get a ride.  He
did not know of one.  She turned to Miguel and asked him to take
them to the house because she had things there which she needed
to pick up.  He could not have understood her conversation with
Shorty, because his knowledge of English is limited.  Miguel
asked if she would sell the VCR to him and she agreed.  She and
Shorty went to Juan's, picked up the child and Shorty carried
the baby downstairs.

They went to the house and parked by the curb, she left the baby
with Shorty and went to the door, which was open all the way,
with the screen door shut.  She knocked and Autumn, a nine year
old girl, answered the door;  Miss Alfaro asked if April, the
eighteen year old sister, was home.  Autumn said "no" and Miss
Alfaro asked to use the bathroom and Autumn opened the door.

Miss Alfaro went to the bathroom, displayed her make-up, opened
the door and asked her to clean her eyelash curler and the girl
took it and left the bathroom.  She planned to get the things
while the girl cleaned the eyelash curler.

She checked the house, went to April's room and saw from the
window that the car was not by the curb but in the driveway, and
nobody was in the car.  She started getting things (clothes,
etc.) and went to the mother's room and saw an open box and a
Nintendo, which she put in the box; then she went back to
April's room and started putting more things in the box.  She
put a TV on top of the Nintendo and the clothes on top.

She looked for Autumn and saw her in the kitchen facing away.
She went back to April's room, grabbed the whole mound and
carried it, tippytoes, to the door.  When Miguel saw her
approach he got closer to the door and she gave him all that.
The screen had been left open, "pretty sure, although I can't
remember for sure".

When she returned, Autumn asked something and Miss Alfaro said
something about her baby.  Autumn went back to her task and the
defendant went back to the bathroom and wondered if Autumn had
seen something.

She went back to April's room and took the typewriter and went
to the door.  Miguel was there and she gave him whatever was in
her hands and he took it to the car.  She felt Miguel knew
things were stolen because he was acting "paranoid" and
hurrying.  She saw Autumn watching them and Autumn said
something.  The defendant went back to the bathroom and began to
put her things in her bag when she heard the screen door slam;

000433

EX 27   417

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Four

she "knew someone came in"; she left the bathroom and saw Autumn
and Miguel in the living room.  He told the defendant in Spanish
that the girl had seen everything and "what was she (Miss
Alfaro) going to do?"  The defendant said "I'll get my things
from the bathroom and let's leave".  He said "no, you have to do
something about it!"  ("no, la nina nos vio y tienes que hacer
algo!")  Autumn was asking them to leave, she does not know
Spanish, and the defendant asked her to get her eyelash curler.

Autumn went out of the room and Miguel started urging Miss
Alfaro to do something and told her to consider that "Morrito"
(her baby, Manny) was outside and if she did not want anything
to happen to him she better do something.  At first the
defendant did not think he was serious, but he took a knife out
of its sheath and asked her to go towards the kitchen.  He was
walking behind her with the knife in his right hand pointing
towards her "because she felt it".  He told her to get a knife
and she cannot remember where in the kitchen she found it.  He
asked the defendant to call Autumn to the bathroom.  The girl
asked them to leave, and the defendant asked her to get her
something(?) she had left in the bathroom by the kitchen, not
the first one she had used; Autumn went to the bathroom and the
defendant grabbed a knife from somewhere, went with Miguel into
the bathroom and directed the girl to look for it "over there by
the toilet".  Miguel was saying "do it, do it, do it" and Miss
Alfaro began to cry.  Autumn bent down to look for it and Miss
Alfaro stabbed her on the back.  Right then Miguel closed the
door and moved to the other bathroom door.  The defendant kept
stabbing her, but with her own face turned away and her eyes
closed.  Autumn fell towards the door they had come in and the
defendant heard Autumn say "okay"(?) as she was falling
backwards, and then forward.  She kept stabbing her, "five
times, a short time, a minute".  "She did not look at her and
does not know where she stabbed."

Miguel moved to that door, opened it, and left.  He grabbed her
wrist but the defendant pulled away and left through the other
door and went to the first bathroom and gathered her things,
cleaned her shoes and the knife of blood, and grabbed her bag.
She does not know where Miguel was all that time.  She was going
to the front door and Miguel was in the living room and asked
"and what about the VCR?"  She was crying and was shocked and
worried about her baby, but said "ok" and told him where it was.
He went to get it and asked her to get other things.  As she was
trying to get a microwave oven and other things he came back and
said "let's go, leave everything".

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Five

They left and went back to Juan's.  Miguel kept half of the
things in his car; the defendant and Shorty took everything else
upstairs.  The baby was sleeping and she put him on the bed.

Shorty and Miss Alfaro sold everything to the people standing
around and with some money they bought more drugs.  They shot up
again several times and then got her baby, got a ride from
Chico, a guy she knew, for $5.

She went to the Housing office, which is in front of the police
station on Anaheim Boulevard, because she was supposed to apply
for housing.  She went to Carl's Jr. where she bought fries for
her baby and a coke for her.  She phoned her boyfriend to pick
her up; while waiting for him she took the knife out of her
purse and threw it in the trash can.  Her boyfriend picked her
up and took them home.

Her boyfriend knew she had done drugs at one time, but not since
they were together, approximately two years, because she never
did drugs near him nor his family.

She knew it (stabbing Autumn) was wrong, but can't remember what
she felt or was running through her mind.  She only knew she
just wanted out of there, and Manny.  She did not know whether
Autumn was dead or not, but had to be badly hurt.

The car was like a Trans Am, light blue with dark blue parts,
and it belonged to Miguel.

By this time she knew she was "strung out" and needed to do more
and more drugs and had to leave home, as she had done two times
before since she had been living with this boyfriend, and do
whatever necessary to get drugs.  On Sunday morning she left,
without the baby (left him with Maria), and went on the streets
to do what she had to do.  Miguel would approach her, tell her
not to say anything about what had happened and give her drugs.
He would also say "you know what's going to happen if you talk."

Two weeks later she was picked up by the police.  She feared him
more than the police.  "She never wanted to hurt anyone; if
Miguel had not pressured her she would not have done anything."
"She ain't a mean person."

There were two markedly hazy areas in the history as told by the
defendant: one is the fact that she described the role of
"Miguel" in the commission of the crime, when actually she had
previously mentioned to the police that no one else was involved
in the crime, and furthermore that any attempts to obtain from

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Six

the defendant identifying data on Miguel were met with denial on
her part, frequently stating that her mother or anyone in her
family could not possibly identify Miguel.  In view of the fact
that she was saying that Miguel had been an old drinking friend
of her father, it was rather peculiar that she could give no
more information about Miguel, whom she had known since she was
nine or ten years old and also did her family, than she could
about Shorty, whom she had just met on the day she went to
Autumn's house.  Another hazy area is one year, approximately
between the age of fifteen to sixteen plus, when she had stopped
associating with Martin and Chino, but before she had been
involved and living with Manuel.  Given her pattern of
dependence on the group she used to associate with; her
personality characteristics of being a follower and the absence
of a father and otherwise moral guidance from the family, it is
unlikely that she would have spent one year living in the
streets without associating with anyone.  Finally, when faced
with these inconsistencies as well as other, she said that a
person named Beto is to all intent and purposes the "Miguel" in
the description of the main events, that a Miguel does exist and
he is indeed a friend and contemporary of her father, but he had
no participation whatsover in the crime described, and that she
never thought that he might be blamed because of her lies.  She
was just very unwilling to talk about Beto, who is also known as
"Flaco", and who had been her partner in crime (stealing cars,
houses, anything, and using or selling drugs, and who had
introduced her to quick money and prostitution).  She described
Beto as a person in the late twenties or early thirties wearing
at times pendleton shirts who now she thinks is "a real mean
person, just crazy, just don't care about anything".  However at
that time she considered him her teacher and she was his
"puppet".  "I liked to be used, now I hate it."  She says that
Beto has tattoos and some of them are names, in particular there
is one across the left side of his neck midway, with lettering
similar to handwriting, with a large size capital initial and
the others are lower case letters, the characters have shaded
lines, the name is a short name, and that she believes it's a
woman's name.  She says that she feels that Beto may attack her
whole family.

On the Monday following the crime, she agreed with Beto and
Shorty that, if necessary, she would take the blame because she
was a juvenile and "nothing would happen to her".  After Shorty
left, Beto told her "you know better than to say anything
because I know where your family lives".  She says she has seen
Beto at times beat up people for their money, several men and at
least one woman.  He had a small gun, probably a .22 caliber, to
threaten people with, although sometimes it did not even have

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Seven

bullets in it.  He carried a knife at all times on the right
side, on a holster belt as in the history of events.   She
continues to remember that she stabbed Autumn five times but no
more.  In some recollections she remembers it as being real fast
"like one moment I do it in a flash and them I'm out" other
times she remembers it as in slow motion, real slow.  In both
cases she remembers Beto as a cheerleader saying "do it, do it,
do it".  She repeatedly says that I have no idea what Beto can
do to her family, that she knows what he and all his family can
do and that no one including the police are going to help
protect her family.   For this reason and because she hates
herself so much, she does not wish to be helped and frequently
has rejected her attorney's help.

## B. Past Psychiatric History

She has been in three different drug programs:  New Beginnings,
Phoenix House, and Women's Home, but left because she did not
like them.  She has been in Juvenile Hall twice for drugs and
stealing.

## C. Medical History

1.  Illnesses:

For the past year she has had a rash in her arms and
forearms, and itchy when exposed to sunlight.

2.  Current Medical Conditions:

She has had some headaches with dizziness and blacking
out about eight months ago for ten weeks (last trimester
of pregnancy) and no more.  She had Cesarean section for
a twin delivery.  Loss of eyesight acuity (50% as per
defendant) in right eye, progressive in past three
years.  Heartburn extending to her mid abdomen; begins
upon awakening, yields while she is eating and returns
afterwards.  Since the delivery of her last pregnancy
she has had backaches whenever she lies on her back or
sits for long periods.  She feels it stems from an
epidural she had for delivery.

She has been repeatedly HIV negative.  Has had a
venereal disease (syphilis treated with shots).

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Eight

3.  Surgeries:

She has had three Cesarean sections.  In the last one,
after stitches were removed her wound opened, and had to
be sutured again.

4.  Accidents:

She was in a motor vehicle accident in 1989, as a
passenger.  She suffered whiplash and was hospitalized
and released the next day, no sequelae.

5.  Medication or Other Treatment:

Sinequan, an antidepressant, 100 mg at bedtime for four
months; one month ago it was discontinued because of
side effects: "hangover, was more depressed, and had
more appetite."  Pepcid b.i.d. for two months until two
days ago.  It was discontinued because she feels it was
not helping.  Desyrel, another depressant, 1 tablet qhs
for one month.  First it makes her hyper, then she
sleeps.

6.  Drugs of Abuse:

**Marijuana** - she started using marijuana when she was
eleven years old.  She smoked one joint per week, then
daily until she was thirteen.  **Tobacco** - since she was
fifteen she was using varying amounts up to two packs
per day.  **Coffee** - no coffee nor tea.  She drinks two
cans of Coca Cola per day.  **Cocaine and Heroin** - she
started i.v. use when she was thirteen years old, using
it once a week, then together with heroin everyday.
Occasionally stopping for one month, once a year.  She
used none while pregnant at fourteen.  She started four
months later, using it ten times daily, occasionally
stopping for one month or one week, then resuming use.
She was clean during her second pregnancy except for one
and one half day (could not count how many fixes).
Started again five months after delivery, using the same
pattern until jailed.  **PCP** - started when she was
fourteen years old by smoking it, as frequently as she
could move.  None during pregnancies, otherwise started
a couple months after delivery.  **Paint Thinner** - "here
and there" for one year when she was eleven years old.

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Nine

Crystal - "speed" since she was fifteen, first she started snorting it, then i.v. off and on, about three times a month until jailed.

She mostly used her neck veins because a "better high, is near the brain", also used elbows and dorsum of hands.  Alcohol - at fourteen she occasionally drank, but by fifteen it was an everyday thing.  She drank about two thunderbirds, "like Jack Daniels", everyday. During her pregnancy she would drink off and on.

She started using drugs because of friends, because she felt comfortable around drug addicts.  She had money from her mom, (she lied to her), then she started stealing and selling, prostitution and then dealing drugs.  She got help and was able to withdraw from drugs during pregnancies because she knew it was bad for the baby.  But she did not think much about herself.

She has overdosed at least five times, not with suicidal intention, just using drugs until she would pass out. Her friends would try to revive her by several means, but would not take her to a hospital.

7.  Pregnancies:

She has had three pregnancies and has had three Cesarean sections.  She has four children, a two year old, a four year old and eight month old twins.  When jailed she did not know she was one month pregnant.

## D. Family Psychiatric History

Her paternal grandfather and father were alcoholics.  Her mother was a "nervous wreck" whenever her kids made her mad.  Her maternal grandfather was also an alcoholic, but recovered about ten years ago.

## E. Family Medical History

The defendant's father  is thirty-eight years old.  He left the family when the patient was fourteen; now he is with his mother in Michoacan, Mexico, and is believed to be sick, i.e. he does not recognize people, he still drinks, and his mother supports him.  Her mother is thirty-eight years old, alive and well, and is currently working as a supervisor/manager in housekeeping at the Disneyland Hotel and is expecting a baby.

000439

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Ten

## F.  Personal History

The defendant is the oldest of five siblings.  She has three brothers and two sisters.  She was born in Orange County and was born presumably of normal pregnancy.

    1.   Family Relationships:

Her parents fought over anything.  Miss Alfaro feels that her father was a good man, when sober.  He worked at Carl's Jr., but drank often.  The father was nice when he was not drunk.  When he was drunk he insulted and occasionally beat the patient.  He would try to pick on the children, starting fights, throwing things around, trying to hit the mother all the time, and would indeed hit her if he could catch her.  The children would go with the maternal grandparents until things cleared two or three days later.  Her mother is described as nice and understanding, but strict.

When her father began to find out that Miss Alfaro was using drugs he would tell the mother, but the mother was so sick of him that she would not believe him.

At thirteen years old, she began to sneak out of home through a window for a few hours.  She would go out with guys, friends, or to get drugs.  She started stealing ever since she was little and selling drugs since she was fourteen.  Since she was fourteen she occasionally did prostitution.

Her home was not a happy home because her father was always "fighting, drinking and beating mom".

Her father left home when the defendant was fourteen years old.

Her eighteen year old sister has a baby and did poorly in school.  A brother also did poorly in school and was in trouble with the school.  Her mother graduated(?) from a Catholic school in Mexico.  The defendant's mother now has a boyfriend, has two children by him and is expecting the third.

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Eleven

2.  Education:

The defendant did not finish seventh grade.  She always
had difficulty reading, spelling, "math is the worst",
other subjects also bad.  She had poor attention, felt
rejected by peers but had no problems with teachers.
She did not finish special courses in continuation
school.

3.  Work History:

At seventeen she worked at McDonald's as a cashier and
then was transferred to grill; full-time for six months.

4.  Military:

No experience.

5.  Social and History Current Situation:

The family is Catholic; she used to go to church until
she was fifteen whenever she was living with her family.
When she had her first child she was with her mother and
took care of him until he was four months old, when she
began to use drugs again.

She had been living with Manuel for over two years when
she was arrested, the last six months in his father's
house, and she and Manuel had taken steps to obtain
government sponsored housing of their own.

6.  Sexual History:

When she was nine years old, her father's drinking
friend picked her up from school and took her to the
park, he gave her a cigarette and later she woke up in
his car, with her shoes off, long pants off, hurting
between her legs and saw her panties stained with blood.
The man was outside of the car, she got dressed, did not
know the meaning, but she felt it was not right.  She
did not complain out of fear of her father.  She
realized the meaning when she had her first sexual
experience.

She has been sexually active and promiscuous since she
was thirteen years old.  From the age of thirteen or
fourteen she lived with Martin and Chino simultaneously.

000441

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Twelve

Actually she lived with Chino because he had a house and
drugs, but she was more involved with Martin.   Either
may be the father of Danny, the son she had at fifteen.
She stopped associating with them for about one year
before meeting Manuel at age sixteen.   She is very vague
about her life and associations during that one year.
Four · months after she met Manuel they began living
together.   She has lived with him for two and one half
years.  He is the father of her three youngest children.

One time she left for two days for drugs when she was
five months pregnant.   "Not i.v., she had been clean".
She returned because she felt bad (remorseful) about
leaving Manuel and abusing her pregnancy.

Again she left for one or two days when Manny was two
months old and returned because she felt guilty.

When she returned each time Manuel did not want her
back, but she cried, begged and made lots of promises.
He treated her well, like no other man has and she was
working at two McDonald's, one in Long Beach and another
in Anaheim, for six months.

## IV.  MENTAL STATUS

### A.  General Description

Miss Alfaro is a well developed, mildly obese twenty year old
female appearing her stated age.   She was dressed in jail
attire, her grooming was good and clean.   She was cooperative,
somewhat     distant,   had   good   eye   contact,   and   had   normal
psychomotor   activity.    She   has   medium   and   small   size   tattoes
visible in the wrists and arms.   She says she has a lot over her
body.   She had three healing scars, parallel, on her left wrist,
volar aspect, perpendicular to the long axis of her forearm, in
the last two interviews.

### B.  Speech and Language

Her   speech   is   spontaneous,   with   normal   articulation,   with
adequate production overall, and her vocabulary is limited.

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Thirteen

## C. Affectivity

She has been depressed since her incarceration and has been
treated with Sinequan after the delivery of her twins.   She is
also seeing an MH nurse for the past month.   She had been in
solitary for ten months.   She met an inmate and they became
close friends for two months.   When the inmate was released the
defendant cut her wrist one week later.   She felt lonely.

When she cut her wrist she did not have suicidal ideation, as
per her own statement, she was just disgusted, angry, and sour
at life.   She broke a razor with her teeth and slashed her left
wrist three times and then lied on the bed.   It was church time,
about 6:30 p.m., and she had expected that no one would see her
at the time, but an inmate saw her, and rang the alarm; however
the defendant refused medical attention.   She says "yet I wanted
to live, I just do not understand".

At times she gets very anxious over nothing that she can
possibly think of, but her heart starts beating, she shakes and
she becomes very fearful.   This lasts for about fifteen or
thirty minutes.   She has been irritable when she is with other
inmates.

During interviews her mood varies from neutral to irritable to
hopeless.   Her affective expressions have been somewhat
restricted, at times tearful, but always appropriate to the
thought content.   She gets very anxious when discussing certain
sensitive issues.

## D. Thought Processes

Are normal, coherent and logical.

## E. Thought Content

She describes bizarre behavior in the past while on drugs, since
she was thirteen years old, as told by her mother.   She has
never had suicidal ideation nor homicidal ideation.   She wanted
to fight girls from the Buena Park gang.   Whenever she was
"high" she felt grandiose, she was often "confused" about
"unreal" conversation around her, and has had persecutory
ideation.   She has had auditory hallucinations of people talking
about her and then would jump out of windows; she had visual
hallucinations of trees with eyeballs, and olfactory

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Fourteen

hallucinations of fire, i.e. a house on fire.   When she was
thirteen she had tactile hallucinations of spiders on her body.
Sometimes she had kinestetic hallucinations, i.e. when she was
actually sitting she would feel like "she's really walking".

## F. Sensorium

She is alert and oriented to time, place, person and situation.

## G. Cognitive Functions

1. Attention and Concentration:

Are good.

2. General Information:

Is poor and her vocabulary is below average.

3. Memory:

Is good by testing for retention and recall, good for
recent events and occasionally vague and spotty for
remote events; but she feels she was forgetful, and
still is.

4. Calculations:

Her calculations are good, with effort, and her general
understanding is good.

5. Abstract Thinking:

Is good when tested with similarities and proverbs. At
times she gives concrete answers, but is generally
appropriate.

6. Clinical Estimate of the Patient's Intellect:

Is below average.  As per intelligence tests performed
about three months after she was taken to jail, her IQ
is 78.

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Fifteen

## H. Impulse Control

She used to have difficulty controlling hostility.  She used to get into fights with her boyfriend and kept punching him, she could not control it and kept hitting him although he hit harder.  She would also throw things at him.

## I. Insight

She believes she was "all wrong" when she was out of jail, but she thought then she was "all right".  She feels now that her mind is right, she can think.

## J. Judgement

Is fairly good socially by observation during the interview, and is now good for activities of daily living.

## K. Reliability

She does give reliable information in some of the key areas.  She is not quite reliable in some concrete details.  She says she has been used to lying.  She tends to gloss over details; there are lacunae, i.e. spotty areas in her past memory, specially in time frames.  Given her drug abuse, this is the least to be expected.

## L. Self-Description

"I'll do anything to be liked; I am a follower, wanted to impress people, wanted everybody to like me, wanted to buy my friends by doing what they wanted me to do; first I wanted to be used: if you ever need me."  She was always high.  Now she feels she is a nice person.  She now puts people first, instead of herself.

# V.  FURTHER DIAGNOSTIC STUDIES

Standard drawings of a clock, a potted plant, and a box rendered drawings that were well constructed, were well integrated, with the exception of the clock, where all the numbers on the left side of the clock are missing.  While this is quite characteristic of people with serious damage on the right side

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Sixteen

of the brain, this did not fit the clinical picture of the
patient and upon questioning she revealed that she felt that the
numbers were being placed wrong and she simply gave up.  She did
not feel that this problem could be solved through her efforts.

The Draw a Person Test produced a woman and a man with well
integrated figures but of extremely small size and with their
hands behind their bodies.  They are drawn frontally and their
faces have complete features.  A request to draw the figures in
a larger size produced again well integrated figures with their
hands also behind their back.  They are practically a copy of
the previous figures except for the size.  Both the manner in
which she constructed the clock and the drawing of the human
figures would reveal passivity and helplessness and to a certain
degree hopelessness.

## VI.  DIAGNOSIS AS PER DSMIII-R

Axis I (Clinical Syndromes):

(On or about the time of the crime)

> 1)    Usually  constant  Organic  Brain  Syndrome:  either
> Intoxication of cocaine and/or morphine or Withdrawal
> of either or both, with poor judgement associated with
> both syndromes.

> 2)    Anxiety  Disorder  NOS  (Not  Otherwise  Specified)
> secondary to threats to her son's life.

> 3)    History of Probable Attention Deficit Hyperactive
> Disorder.

> 4)    Conduct Disorder, moderate severity, group type.

> 5)    History of Polydrug Abuse, Chronic to Episodic,
> (morphine and cocaine predominantly).

(Currently)

> 6)    Adjustment Disorder with Mixed Emotional Features
> (depression and anxiety), now, secondary to all of the
> above, plus incarceration, plus fears for her family's
> life.

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Seventeen

> 7)   Malingering considered, but ruled out since she
> has not even attempted to exonerate herself; but to
> the contrary.

Axis   II   (Personality   Disorders   or   Traits   and   Specific
Developmental Disorders):

> 1)   Specific Developmental Disorders (learning
> disabilities) highly probable.

> 2)   Borderline  intellectual  functioning.   (IQ  in  the
> 71-84 range)

> 3)   Dependent Personality Disorder.

Axis III (Medical or Physical Conditions):

> 1)   50% loss of sight in right eye, as per defendant ,
> cause or nature unknown.

> 2)   History of dizziness and blackouts during the last
> pregnancy.

> 3)   History of overdoses with loss of consciousness at
> least five times.

Axis IV (Severity of Psychosocial Stressors):

> Enduring Circumstances, rated 5, i.e. extreme:  Chaotic
> family  life,  inconsistent  management  with  harsh
> discipline, presence of a father with Alcohol Dependence
> and later on absence of a father; history of Attention
> Deficit and Learning Disabilities and association with a
> delinquent subgroup.  Currently incarceration.

Axis V (Global Assessment of Functioning Scales):

> Current GAF = 55
> Highest GAF in the past 12 months = probably same

## VII.  PSYCHIATRIC - LEGAL OPINION

Maria del Rocio Alfaro was legally sane when she committed the
above crime, in the sense that she knew what she was doing and

RE: ALFARO, Maria del Rocio
March 23, 1992
Page Eighteen

she knew it was wrong. Yet she was most likely (i.e., she had
to be) intoxicated with cocaine and morphine or withdrawing of
either one or both drugs, given her pattern of abuse at that
time.

## VIII.  DATA AND REASONING FOR ABOVE OPINION

In the key issues the defendant describes what she was doing
without any attempts to conceal it, even when she says that she
did not want to do it and kept resisting the urgings of the man
who was with her.  She knew that she must not do it because she
"never wanted to kill anyone" and felt that it was very wrong,
but yielded to the fear for "Morrito's" life.  She said enough
to assume responsibility for the stabbing of Autumn.  She does
not attempt to deny her participation in the guilt and does not
present her statement of stabbing Autumn five times as an
attempt to exonerate herself, but as a perplexed commentary
regarding the information given to her that there were more than
five wounds in the child's body.  Besides, she believes that
five wounds must have caused serious damage to anyone and cannot
explain the presence of the other wounds.

She does not know where the other man was, in the house, while
she was in the other bathroom trying to clean the blood.

Two men with a child have been seen at the time and place of the
murder and the description of one of them corresponds to the
physical characteristics of Beto.

She does meet all the criteria for the above formulated
diagnosis.

The laboratory findings when arrested are consistent with her
description of her pattern of abuse of drugs.

Maladaptive behavior with impaired judgement exist in
intoxication of either cocaine or morphine; anxiety and fears
develop with repeated use of cocaine.  She probably does meet
the criteria for Attention-deficit Hyperactivity Disorder, and
Specific Developmental Disorders, which are commonly associated
diagnoses with a conduct Disorder diagnosis, and furthermore she
has limited intellectual functioning i.e., "Borderline".  All of
this, in the presence of Dependent Personality Disorder, makes
her an ideal candidate to subordinate herself to others, to
agree with others even when she believes them to be wrong, for
fear of being rejected.  She would volunteer to do things that
are unpleasant or demeaning in order to get others to like her.

000448

RE:  ALFARO, Maria del Rocio
March 23, 1992
Page Nineteen

It must be kept in mind that she does not have a history of cruelty to animals or to others, that she has established enduring interpersonal relationships which she has honored to the best of her ability, and that she is a nurturing mother, i.e., she has respected her pregnancies and has cared for her children.

In fact, the last mentioned characteristics of her attachment and respect for interpersonal relationships and care for her family have been the most persistent source of unreliablity in her giving of information in the sense that she has refused by a variety of means, including lying, to give pertinent data that could identify the man that was with her in the house and at whose instance she committed the crime.  She says repeatedly that she is far more afraid of him than she is of the police and of any of the results of the current legal procedures.

It does not appear that Miss Alfaro had any intention to kill, nor had planned it, or prepared for it.  She believed it was about lunch time and nobody would be home.  She did not even expect to get in trouble for the stealing they were planning. Killing was not in keeping with her personality nor with her prior behavior.  At the moment of the stabbing, she felt under the extreme anxiety of having to choose between stabbing Autumn or exposing her child.  Throughout most of her adolescence she had been subserviant, i.e. at his beck and call, to Beto, with whom she had a relationship like "teacher and puppet", whenever he appeared on the scene.  Given her state of mind it was very difficult for her to weigh the choices before her.

It must be said that the same forces are still operating today in Miss Alfaro, i.e. whether to cooperate in her defense and disclose the identity of the man who put her into such dilemma, and in the process expose her four children, and she believes also her younger brother and sister, to the threats of this man. Because of this fear, she often says that she rather die than help her attorney since she does not believe that preserving her own life is worthy of endangering the life of her children and younger siblings.

Another important factor interfering on her full disclosure is the fact that she is very remorseful.  She feels "awful" for what she did.  It is something that she cannot accept in herself and "deserves whatever is coming to her".

RE:   ALFARO, Maria del Rocio
March 23, 1992
Page Twenty

I hope the preceeding report addresses your concerns and is of
service to you.  Thank you for this interesting referral.

Sincerely,

Consuelo M. Edwards, M.D.

CME/cd

000450

```
OCD₊ 00041 02/14/92 10.13.37
ZAQ1-09663 02/14/92 10.13.36
FROM CLETS:IH

□□: QHY.CA030013A.07776116.INV HAR      DATE:02-14-92 TIME:10:12:00
    .TRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:INV HARPER

** III CALIFORNIA ONLY RECORD
CII/A07776116
DOB/████-1955 SEX/M  RAC/HISPANIC
HGT/503 WGT/135 EYE/BRO  HAI/BRO  POB/CA
NAM/01 RODRIGUEZ,RAUL ROGER
     02 RODRIGUEZ,RAUL
     03 BALANAS,ROBERTO
     04 BOLANAS,ALBERTO
     05 BOLONOS,ALBERTO
     06 MARTINEZ,RAUL
     07 MORENO,ANTONIO REYNOSO
     08 REYNOSO,ANTONIO MORENO
     09 REYNOSO,ANTONIO
     10 REYNOSO,ANTONIO MOREJO
     11 RODRIGUEZ,RAUL RAZO
     12 REYNOSA,ANTONIO MORENO
     13 REYNOLD,ANTONIO
     14 RODRIGUEZ R,RAUL
     15 RAZO,RAUL
     16 RDORIGUEZ,RAUL
     17 RAZO,RAUL RODRIGUEZ

FPC HENRY
O 25 - MCM -
M 24 -A O I 12

r  /428679DA2
L ./████-58  ████-59  ████-57  ████-55
CDL/C7035386
IDN/X7024660
SOC/████████
INN/CDC-E022107
SMT/TAT RF ARM; TAT L ARM; TAT R ARM; TAT NECK
MDS/TAT L EYE
OCC/DISHWASHER; MAINTENANCE; PAINTER; LABORER

PAROLE:  CDC
    CAPA ORANGE CO              #E22107
* * * *

REGISTRATION:          NAM:01
11-03-87  CAPD OXNARD

CNT:01   #64442
  11590 H&S REGISTRATION OF CONTROL SUB OFFENDER
    ADR:1439 VALLEY PARK DR, OXNARD, CA
- - - -
06-28-90  CAPD ANAHEIM

CNT:01   #143962-5
  11590 H&S REGISTRATION OF CONTROL SUB OFFENDER
    ADR:1633 WALNUT STREET N2R 2, ANAHEIM, CA
* * * *

ARR/DET/CITE:          NAM:01
09-13-84  CASO VENTURA
```

3820

000451

CNT:01    #157751-377224
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
    ARR BY:CAPD OXNARD
- - - -
COURT:                 NAM:01
08-03-87  CAMC VENTURA

CNT:01    #MM60535
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:36 MONTHS PROBATION, 90 DAYS JAIL
* * * *

ARR/DET/CITE:         NAM:02
11-22-84  CASO VENTURA

CNT:01    #157751-381566
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
    ARR BY:CAPD OXNARD
- - - -
COURT:                 NAM:02
08-03-87  CAMC VENTURA

CNT:01    #MM62243
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:160 DAYS JAIL
* * * *

ARR/DET/CITE:         NAM:04
12-07-84  CAPD OXNARD

CNT:01    #64442
  484(A) PC-PETTY THEFT
* * * *

ARR/DET/CITE:         NAM:05
05-13-85  CASO SANTA ANA

CNT:01    #573892
  488 PC-PETTY THEFT
    ARR BY:CAPD GARDEN GROVE
    COM:ARR BY NBR 85-19435
- - - -
COURT:                 NAM:05
09-08-86  CAMC WESTMINSTER

CNT:01    #GGW112067PO
  484/488 PC-THEFT/PETTY THEFT
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:12 MONTHS PROBATION, 5 DAYS JAIL OR FINE
* * * *

ARR/DET/CITE:         NAM:06
05-29-85  CASO LOS ANGELES

CNT:01    #8093399-950711403
  11350 H&S-POSSESS CONTROLLED SUBSTANCE
* * * *

000452

```
ARR/DET/CITE:            NAM:06
06-30-85  CASO LOS ANGELES

CNT:01    #8138057-850853803
  11360(A) H&S-SELL/FURNISH/ETC MARIJUANA/HASH
* * * *

ARR/DET/CITE:            NAM:08
09-02-86  CAPD ANAHEIM

CNT:01    #143962
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
- - - -
COURT:                   NAM:08
09-22-86  CASC ORANGE

CNT:01    #C61637
  11351 H&S-POSSESS NARCOTIC CONTRL SUB FOR/SALE
 DISPO:DISMISSED

CNT:02
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN:36 MONTHS PROBATION, 60 DAYS JAIL

10-20-88
 DISPO:PROBATION REVOKED
 DISPO:PROBATION REINSTATED
  SEN:180 DAYS JAIL

05-24-89
 DISPO:PROBATION TERMINATED
  SEN:3 YEARS PRISON
* * * *

ARR/DET/CITE:            NAM:08
09-04-86  CASO SANTA ANA

CNT:01    #573892
  -BENCH WARRANT
  484/488 PC-THEFT/PETTY THEFT
   COM:BWARR NBR 112067PO

CNT:02
  -COURT REMAND
  11351 H&S-POSSESS NARCOTIC CONTRL SUB FOR/SALE

CNT:03
  -COURT REMAND
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
   COM:NBR N8601131 FOR DISPO SEE ENTRY OF 090286 PD
        ANAHEIM ARREST
* * * *

ARR/DET/CITE:            NAM:01
07-29-87  CASO VENTURA

CNT:01    #15775I 459593
  -WARRANT         -FAIL TO APPEAR
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
   COM:WARR NBR-MMS0616 CNT, 1
```

38

000463

```
CNT:02
   -WARRANT          -FAIL TO APPEAR
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
    COM:WARR NBR-MM62243 CNT, 2

CNT:03
   -WARRANT
  270 PC-FAILURE TO PROVIDE

CNT:04
   -WARRANT
  166.4 PC-DISOBEY COURT ORDER/PROCESS
    COM:WARR NBR-VE06060 CNT 3, 4
- - - -
COURT:              NAM:01
08-03-87  CAMC VENTURA

CNT:01    #VE06060
  270 PC-FAILURE TO PROVIDE
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
  166.4 PC-DISOBEY COURT ORDER/PROCESS
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:36 MONTHS PROBATION
* * * *

ARR/DET/CITE:          NAM:08
10-12-88  CASO SANTA ANA

CNT:01    #573892-1062608
   -COURT REMAND
  11550 H&S-USE/UNDER INFLUENCE CONTROL SUBST
    COM:R O NBR NMS700181
- - - -
SUPPLEMENTAL ARR:      NAM:08
10-12-88  CASO SANTA ANA

CNT:01    #573892-1062608A
   -WARRANT
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
    COM:WARR NBR C61837
- - - -
SUPPLEMENTAL ARR:      NAM:08
10-12-88  CASO SANTA ANA

CNT:01    #573892-1062608,B
   -WARRANT
  484/488 PC-THEFT/PETTY THEFT
   COM:WARR NBR 112067PO
* * * *

ARR/DET/CITE:          NAM:08  DOB:████-1957
01-27-89  CASO SANTA ANA

CNT:01    #573892-1062608C
   -PROBATION VIOL   -WARRANT
  166.4 PC-DISOBEY COURT ORDER/PROCESS
  WARRANT   #VE06060
* * * *

ARR/DET/CITE:          NAM:09  DOB:████-1966
02-22-89  CASO ANAHEIM
```

000454

CNT:01    #143962
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE

CNT:02
  11350 H&S-POSSESS NARCOTIC CONTROL SUBSTANCE
- - - -
COURT:                    NAM:09
05-24-89  CASC ORANGE

CNT:01    #C72474
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
*DISPO:CONVICTED
   CONV STATUS:FELONY
   SEN: STAYED
   COM::
      STAY PENDING COMPLETION OF SENTENCE ON C-61637
* * * *

ARR/DET/CITE:          NAM:08  DOB:████-1955
02-24-89  CASO SANTA ANA

CNT:01    #573892-1093896
   -COURT REMAND
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE

CNT:02
   -COURT REMAND
  11350 H&S-POSSESS NARCOTIC CONTROL SUBSTANCE
   REMAND    #NF8900240
* * * *

ARR/DET/CITE:          NAM:08  DOB:████-1955
03-27-89  CASO SANTA ANA

CNT:01    #573892-1093896B
   -BENCH WARRANT    -FAIL TO APPEAR
  11550 H&S-USE/UNDER INFLUENCE CONTROL SUBST

CNT:02
   -BENCH WARRANT    -FAIL TO APPEAR
  4149 B&P-POSSESS HYPODERMIC NEEDLE/SYRINGE
   BNCH WARR #NM8902253
- - - -
COURT:                    NAM:08
05-19-89  CAMC FULLERTON

CNT:01    #NM8902253
  11550 H&S-USE/UNDER INFLUENCE CONTROL SUBST
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:12 MONTHS JAIL

CNT:02
  4149 B&P-POSSESS HYPODERMIC NEEDLE/SYRINGE
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:6 MONTHS JAIL
* - - *

CUSTODY:JAIL          NAM:08
05-19-89  CASO SANTA ANA

3824

DCC 455

```
CNT:01    #573892 10938960
  -PROBATION VIOL
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
    SEN:180 DAYS
    COM:NBR NM8700181
* * * *

CUSTODY:CDC          NAM:10
06-22-89  CASD CORRECTIONS

CNT:01    #E22107
  -PROBATION REV
  11352 H&S-TRANS/SELL NARCOTIC CONTRL SUBSTANCE
    SEN FROM:ORANGE CO   CRT #C61637
    SEN:3 YEARS PRISON

06-08-90
  DISPO:PAROLED FROM CDC
    RECVD BY:CAPA ORANGE CO
* * * *

ARR/DET/CITE:         NAM:11  DOB:     -1955
07-21-90  CAPD ANAHEIM

CNT:01    #143962
  148 PC-OBSTRUCTS/RESISTS PUBLIC OFFICER

CNT:02
  148.9(A) PC-FALSE IDENTIFICATION TO PEACE OFCR
- - - -
COURT:              NAM:11
07-23-90  CAMC FULLERTON

CNT:01    #NM9010571
  148 PC-OBSTRUCTS/RESISTS PUBLIC OFFICER
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
 *DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN:36 MONTHS PROBATION, 30 DAYS JAIL,
        IMP SEN SS
* * * *

CUSTODY:JAIL          NAM:01
07-23-90  CASO SANTA ANA

CNT:01    #573892 1239673
 148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
   SEN:30 DAYS
   COM:COMM NBR NM9010511
* * * *

ARR/DET/CITE:         NAM:01  DOB:     -1955
10-11-90  CAPD ANAHEIM

CNT:01    #143962
  11550 H&S-USE/UNDER INFLUENCE CONTROL SUBST

CNT:02
  148.9(A) PC-FALSE IDENTIFICATION TO PEACE OFCR
- - - -
COURT:              NAM:01
11-27-90  CAMC FULLERTON
```

3925

```
CNT:01     #NM9014695
  11550*H&S-USE/UNDER INFLUENCE CONTROL SUBST
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR

CNT:02
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN:36 MONTHS PROBATION, 90 DAYS JAIL,
       IMP SEN SS
* * * *

ARR/DET/CITE:          NAM:01   DOB:    -1955
10-12-90  CASO SANTA ANA

CNT:01     #573892 1260625
  -WARRANT
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE

CNT:02
  -WARRANT
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
  WARRANT    #NM9014695
  COM:FOR DISPO SEE ENTRY OF 101190 CAPDANAHEIM
* * * *

ARR/DET/CITE:          NAM:01   DOB:    -1955
02-15-91  CAPD ANAHEIM

CNT:01     #143952
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
- - - -
COURT:               NAM:01
10-02-91  CAMC FULLERTON

CNT:01     #NM9101922
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN:45 DAYS JAIL
* * * *

ARR/DET/CITE:          NAM:01   DOB:    -1955
02-16-91  CASO SANTA ANA

CNT:01     #573892-1290320
  -BENCH WARRANT     -PROBATION REV
  11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE

CNT:02
  _BENCH WARRANT     -PROBATION REV
  148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
  BNCH WARR #NM9014695
* * * *

ARR/DET/CITE:          NAM:01   DOB:    -1955
02-20-91  CASO VENTURA

CNT:01     #15775  537531
  -WARRANT          -PROBATION VIOL
  166.4 PC-DISOBEY COURT ORDER/PROCESS
  WARRANT   #VE36060
- - - -
```

3206

000457

```
ARR/DET/CITE:              NAM:17  DOB:     -1955
09-06-91  CAPD ANAHEIM

CNT:01      #143962
   496.1 PC-RECEIVE/ETC KNOWN STOLEN PROPERTY

CNT:02
   470(A) PC-FORGERY

CNT:03
   475A PC-POSSESS BAD CHECK/MONEY ORDER

CNT:04
   459 PC-BURGLARY
   - - - -
COURT:              NAM:17
10-02-91  CAMC FULLERTON

CNT:01      #NM9107798
   475A PC-POSSESS BAD CHECK/MONEY ORDER
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
   459 PC-BURGLARY
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:03
   496.1 PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:04
   470 PC-FORGERY
 *DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    SEN:36 MONTHS PROBATION, 135 DAYS JAIL,
        IMP SEN SS
 * * * *

ARR/DET/CITE:              NAM:15  DOB:     -1955
09-10-91  CASO SANTA ANA

CNT:01      #7S0941 1338720
    -COURT REMAND
   470 PC-FORGERY
    ARR BY:CAPD ANAHEIM

CNT:02
    -COURT REMAND
   475A PC-POSSESS BAD CHECK/MONEY ORDER

CNT:03
    -COURT REMAND
   459 PC-BURGLARY

CNT:04
    -COURT REMAND
   496.1 PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
    REMAND    #NM9107798
    COM:FOR DISPO SEE CAPDANAHEIM ARR DATE 09-06-91 ENTRY
   - - - -
SUPPLEMENTAL ARR:      NAM:15
09-10-91  CASO SANTA ANA

CNT:01      #7S0941 1338720A
    -COURT REMAND
   148.9 PC-FALSE IDENTIFICATION TO PEACE OFFICER
    REMAND    #NM9107798
    COM:FOR DISPO SEE ENTRY 00:591 CAPDANAHEIM  ...
```

COOC458

UNIVERSITY OF CALIFORNIA, LOS ANGELES                                    UCLA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

NEUROPSYCHIATRIC INSTITUTE AND HOSPITAL
CENTER FOR THE HEALTH SCIENCES
760 WESTWOOD PLAZA
LOS ANGELES, CALIFORNIA 90024-1759

March 29, 1992

William Monroe
Attorney at Law
450 W. 4th. Street, Suite 101
Santa Ana, California  92701

RE:  Maria Del Rosio Alfaro
     DOB:  10-12-71

Dear Mr. Monroe,

On March 18, 1992, Superior Court Judge John J. Ryan signed an
order appointing me as a psychosocial evaluation expert for the
Defense in the Maria Del Rosio Alfaro case, #C-82541.   The
information contained in this report should assist the jury in
resolving the issue of the appropriateness of life without the
possibility of parole versus death.

By way of professional credentials, I have been on the UCLA
School of Medicine faculty, Neuropsychiatric Institute & Hospital,
for twenty-one years and in 1977, founded and directed the first
psychiatric clinic in the University of California system
specializing in the assessment and treatment of Spanish-speaking
patients.   I provide clinical supervision and consultation to
physicians, psychiatrists, social workers and nurses in training in
the psychotherapeutic assessment and treatment of Hispanic
patients.   I am a licensed psychotherapist in the state of
California (LCSW #2714), hence, authorized to diagnose and treat
non-medically, patients. As a full professor, I also teach courses
related to the assessment and treatment of Hispanic patients, with
special expertise concerning suicidal and homicidal patients, and
homicide perpetrators.

In addition, I have had over 35 years of experience in working
with juvenile and adult male and female criminal offenders,
including many who abused drugs and alcohol.  I have been a mental
health consultant with the California Youth Authority since 1977,
treating parolees and providing consultation to parole officers
concerning the management of parolees.

What follows is my psychosocial evaluation of Ms. Alfaro which
is based upon two interviews with her in the Orange County jail,
and interviews with her mother, maternal grandparents, maternal

Mr. William Monroe
Page 2
3/29/92

aunt, her four-year-old son, and common law husband.  In addition
to the above interviews which occurred on March 20, 21, and 23,
1992, numerous reports and documents related to her medical,
psychological, psychiatric, juvenile history and law enforcement
investigation, were analyzed.  This psychosocial evaluation has as
its main purpose two major functions:

1.    to provide the court a comprehensive analysis to
      understand what factors contributed to make an Hispanic
      adolescent female (age 18.8 years old at the time of the
      offense) commit such a shocking violent crime; and

2.    to assess whether this young lady has any value to
      society as a human being which might warrant a life
      sentence rather than state execution as it concerns her
      conviction for first-degree homicide with special
      circumstances.

      The report will not be prepared in a traditional psychiatric
or psychological report format, rather, this psychosocial
evaluation will have two major sections:  Part One will concern six
"Predisposing Factors" within a relevant topic framework followed
by an analysis, and Part Two will focus on Ms. Alfaro's value or
lack of value to society.


<u>PSYCHOSOCIAL EVALUATION</u>

<u>PART ONE</u>

1.    <u>Identifying Data</u>

      Maria Del Rosio Alfaro is a plump, dark-haired, 20-year-old
bilingual, bicultural, tattooed female of Mexican descent born at
the U.C. Irvine Hospital in Orange County.  She is the mother of
four children, Daniel, born ███████████, 1987 (father unknown),
Manuel, born ███████, 1989, and twin boys, Eddie and Ernie, born on
███████, 1991, while Ms. Alfaro was in custody on the present
offense.  The father of her last three children was her common-law
spouse, Manuel Reynoso Cuevas, a 21-year-old Mexican who came to
the U. S. when he was thirteen years of age.  He works as a waiter
in a restaurant six days per week.  They were in a common-law
relationship for almost three years.  Having children at near 16
years of age, uneducated and unemployed, places a young adolescent
female at even higher risk for additional problems.  The common-law
relationship was often conflictual.

000460

Mr. William Monroe
Page 3
3/29/92

2.   Pertinent Genetic-Biological Family History

There is a strong genetic factor in alcoholism which is seen
to run in families.  Children of alcoholics become alcoholic four
times more often than children of non-alcoholics.  Studies report
higher rates for alcoholism among twins than non-twin siblings.
Ms. Alfaro is an alcoholic (in remission) as well as a drug addict,
also in remission.

Ms. Alfaro comes from a very traditional, male dominated,
hard-working, religious Catholic, Mexican family having their
origin in Tangancicuaro and Zamora, two small towns in the State of
Michoacan, Mexico.   Her maternal great-grandfather on her
grandfather's side, was a construction laborer and died at age 82
due to a bladder infection. He was an alcoholic. His wife died at
age 78 due to a kidney infection. Her maternal great-grandmother,
on her grandmother's side, was a nicotine addict who smoked four
packs of cigarettes per day. She died of lung cancer at age 72,
and her husband, a laborer, was an alcoholic and died of cirrhosis
of the liver at age 44 in 1947. Ms. Alfaro's father is also an
alcoholic as is his mother.

Ms. Alfaro's maternal grandparents, ages 59 and 57, are
relatively healthy with the exception of the grandmother who has
been suffering severe tension headaches in response to Ms. Alfaro's
predicament.  She's receiving treatment for this problem.   The
grandparents, as well as the mother, have been employed for many
years at a local hotel--the grandfather in the laundry department,
and the grandmother and mother as maids.  With their modest
earnings, they purchased and reside in their home located in the
Hispanic section of Anaheim.   This is a very warm, close-knit
extended family unit with several relatives residing in the
immediate area.

With the exception of Ms. Alfaro, no other member of the
family, dating back to the great grandparents, has received
psychiatric treatment. The maternal grandparents had six children,
now ranging in age from 39 to 24.  Ms. Alfaro's mother is the
oldest of these children, and she in turn also had six children
with Ms. Alfaro being the oldest at 20.  The mother has had 3 boys
from her current relationship, ages 3, 1-1/2 and two months.  The
1-1/2-year-old is a "Down's Syndrome" child due to complications
related to the mother's age when pregnant.  Ms. Alfaro's four
children are reported to be healthy as Ms. Alfaro was apparently
drug-free during her pregnancies, with the exception of occasional
light alcohol consumption..

Mr. William Monroe
Page 4
3/29/92

3.    Early Childhood Developmental Factors

     Ms. Alfaro was a 10-lb. 2-ounces, natural birth baby who was
bottle-fed by family members other than the mother who had to work
to help support the family.  She always had a healthy appetite as
a child and walked a little late at 14 months because of her
excessive weight.  She slept well, had a calm demeanor, did not
present behavioral problems and began walking at age 2-1/2.  She
was an affectionate child and bonded well with her mother.  Her
only language was Spanish and in spite of this, she made a good
adjustment in Kindergarten and 1st and 2nd grade at Palm Lane which
had about 80% Hispanic students.  As the parents improved their
income, they moved to a more affluent area where they had better
schools.  In the 3rd grade she began to attend James Madison
Elementary which at that time had only 5% Hispanic students, with
the rest being non-Hispanic white students.  Here school became
very stressing to her as students made fun of her accent, and her
moderately overweight condition.  She was called "fatso" and a
"dirty Mexican." She often cried and dreaded going to school.  The
mother complained to school officials on a few occasions but the
insults continued.  Her grades were average, a few "As," but mostly
"Bs" and "Cs."  She dreaded school and felt she did not fit in.
Her grades began to deteriorate in the 5th and 6th grade.  Being
rejected at school can contribute to a child's low self-esteem at
a critical period of their life when they are learning to be
industrious and validated by the school and peers.

4.    Family Emotional Environment

     A warm, secure, loving home environment is extremely important
in order for a child to develop healthy emotions, emotional
security, confidence and self-esteem.  This appeared to have been
the case for Ms. Alfaro during her first five years of life as the
parents' marriage was still relatively stable.  Ms. Alfaro received
love from her mother; was a loving child and reached out to and
established close relationships with her siblings, immediate
relatives and local peers.

     This emotional foundation still exists as reported by
grandparents, mother, maternal aunt, investigators, her four-year-
old son, and common-law husband--that is, when she is sober!  She
has the capacity to establish relationships.

     However, as her father's drinking problem escalated into
physical assaults on the mother in the presence of Ms. Alfaro as
she approached eight years of age, this further caused her fear and
anxiety and affected her school performance.

Mr. William Monroe
Page 5
3/29/92

5.    Childhood Psychological Trauma

    It is indeed traumatic for a child to observe their parents in
violent confrontation.  At age eight or nine, her mother reports
that once Ms. Alfaro attempted to protect her mother from the
father's violence, but that then he turned on her and beat her with
his fists.  These beatings by her father who was getting drunk two
to three times per week, occurred five or six times per year until
she was twelve years of age.  The beatings stopped when the mother
finally left the father.  Ms. Alfaro could not recall these
beatings.  This "blocking out" of painful trauma is not uncommon
for PTSD victims, especially children.

    Ms. Alfaro did recall, however, that about age 8 or 9, she was
raped by one of her father's male companions.  She bled vaginally
and did not report the incident to her mother because she felt she
would be blamed.  These traumatic episodes are known to cause Post
Traumatic Stress Disorder symptoms.

    In my evaluation of Ms. Alfaro, she certainly has several
psychiatric symptoms which would qualify her for a PTSD diagnosis.
Her PTSD has never been specifically treated and as a child her
symptoms of anxiety, fear and depression, motivated her to seek her
own self-prescribed medication--paint thinner, marijuana, PCP,
heroin, and cocaine, to control and suppress these painful
memories.

6.    Searching for a Substitute Family

    When children experience rejection by their own family and
rejection by the school as they begin to approach early adoles-
cence, they gravitate to and are attracted to other youngsters
having similar experiences.  These are the seeds which give growth
to gangs.  At age 12, Ms. Alfaro began to incorporate some of the
non-violent aspects of female adolescent gang culture.  Her mother
would not permit these new female friends to visit the home.
Further alienated, and rarely attending school, one day she was
initiated into heroin injection by a female heroin addict in her
"30s."  She slept in response to her first injection but then she
quickly developed a physical and psychological dependence on this
drug.  She now had a new group of friends--street junkies.  She
used various types of drugs but the foundation of her drug
addiction was alcohol, heroin and cocaine.  Her mother had her
placed into three different drug programs but because of limited
insurance coverage, she was released prematurely.  While in the
programs, Ms. Alfaro was very motivated to stop using drugs.

    In the community, she began to incorporate the sub-culture
life-style of the lower class female street addict.  To support her
habit, she stole from her family and friends, lied, and manipulated

Mr. William Monroe
Page 6
3/29/92

in the pursuit of drugs, and "turned tricks" for money to buy drugs, or "did tricks" for drugs.  She described herself as a "thief."  These female street addicts rarely, if ever, are violent. Instead, they prey on potential victims.  Some, known as "Black Widows," prey on recently released convicts who are former drug addicts, hoping to manipulate them out of their "gate money," that is, their prison release money.  "Black Widows" usually congregate at "shooting galleries" or at drug treatment programs.

It might be that Ms. Alfaro had this in mind when she allegedly met two older, seasoned "ex-cons" who were ten to fifteen years older than she, who possibly had some role in the homicide. She no doubt, was "well over her head" with these "veteran" companions.

7.   Psychosocial Analysis and Diagnosis

In analyzing the above six predisposition factors, any <u>one</u> could place a child, adolescent, or adult at very high risk for emotional, behavioral, criminal or substance abuse problems.  For Ms. Alfaro, her only strength was having a relatively normal early childhood between one and five years of age.

In the case of Ms. Alfaro, however, the dynamics of at least <u>six</u> predisposing factors were negatively impacting her psychosocial functioning, hence contributing to her offense.  These factors were:  1) beginning motherhood before age 16, being unemployed, having only a 7th grade education and being in a conflictual "common-law" spousal relationship; 2) having inherited a genetic, biological vulnerability to alcoholism addiction; 3) language and cultural complications in elementary school further aggravated by rejection by "white" students; 4) living in a chaotic family environment beginning about age 7, and thereafter increasingly becoming worse as her father's alcoholism and battering of the mother occurred; 5) the traumatization of Ms. Alfaro by rape at age 8 or 9, compounded with frequent physical assaults by the father until she was about thirteen years of age; and 6) her increased involvement with a "substitute family" (the street addict sub-culture), which met her needs for companionship and drugs. Impaired judgement caused by drugs and questionable companions, also contributed to the offense.

Her victimization as a sexual and physical assault victim further traumatized her severely and to this day these PTSD scars remain untreated.   The PTSD symptoms required calming, which through self-medication beginning about age 10 (drugs and alcohol), surfaced several generations of genetic vulnerability toward addiction.  In short, she became an addict and joined the street addict culture.

Mr. William Monroe
Page 7
3/29/92

Her career as a Latina or Hispanic drug addict, however, did not follow the usual path of most Latina drug addicts, that is, continued prostitution with the possibility of death due to AIDS, or suicide due to major depression and drugs, or burning out as an addict and then aging as an alcoholic. A few are able to leave drugs and live a normal life. Ms. Alfaro, however, did not seem to have the emotional or physical strength to alter her path which led to the destruction of a child's life, with the possibility of destroying her own life.

In my interviews with Ms. Alfaro, it was my impression that she was moderately depressed. She did in fact make a suicide attempt by slashing her wrists with a razor about October, 1991. Three scars were seen on her left wrist. Such attempts are usually found among very depressed people. Her depression in part, is also reactive, that is, an emotional reaction to being separated from her children, family and friends, and part of it is also related to remorse, shame and guilt concerning her offense. Her depression might also be of a long-standing, chronic nature, a by-product of her untreated PTSD symptoms originating at age 9 in response to the rape incident and physical beatings. It might also be that in addition to the alcoholism genetic factor, there is an underlying endogenous (biological) depression which may also have a genetic base. To arrive at a precise diagnosis as to the type of depression Ms. Alfaro is suffering, however, a careful, extensive evaluation would have to be made of Ms. Alfaro and selected family members. In the meantime, my initial diagnostic impression of Ms. Alfaro is as follows:

DSM III-R, 309.89 - Post Traumatic Stress Disorder, chronic type, present since age 9;

DSM III-R, 312.20 - Adolescent Conduct Disorder, Group Type (stealing, lying, burglary, run away), severe, since age 13 to July, 1990.

DSM III-R, 303.90 - Alcohol Dependence, in full remission since July, 1990.

DSM III-R, 304.90 - Polysubstance Dependence, in full remission since July, 1990.

PART TWO

### Ms. Alfaro's Value to Society

1. As a psychiatric biobehavioral clinical scientist in the UCLA School of Medicine Department of Psychiatry, specializing in the study of suicide, homicide and the relationship of suicide to

Mr. William Monroe
Page 8
3/29/92

homicide, Ms. Alfaro represents a unique opportunity to advance our current state of knowledge concerning the relationship between culture (American and Mexican), five generations of addictive genetic vulnerability in one family (from the great grandparents to Ms. Alfaro's four children), the new apparent potential for female violence emanating from the injected mixture of heroin, alcohol and cocaine and dependence upon such substances. From Ms. Alfaro, we can also learn about the specific points of early adolescent decision-making which make a troubled youngster choose a gang, street addict groups, become a "loner" criminal offender, or other alternative. Much can be learned genetically from her children, especially her infant twins, concerning the possible impact of multiple drug use upon their biological make-up. All of this information is valuable to society to identify high-risk youths and families in order to prevent these major violent crimes from occurring.

2.    There is sufficient research information which documents the emotional impact upon immediate family members when there is a suicide in the family. It places them also at very high risk for suicide as in times of depression, they identify with the "solution" adopted by the departed family member. In those cases where a family member was victimized by a homicide, similar vulnerabilities have been seen to happen. In the case of Ms. Alfaro, execution by the State would place her four children at very high-risk for possible homicidal or suicidal potential or both in later years, as they would have been branded by society as children coming from an Hispanic mother who was so bad that she had to be executed. She would become the first Hispanic female ever to be executed in the state of California, and perhaps in the nation. In her current sober state, Ms. Alfaro can be a warm, nurturing mother and if imprisoned for life, she would at least still be able to be of some positive influence to her children.

Ms. Alfaro is a classic case of a child sexual and physical abuse victim becoming a perpetrator of violence. Her execution could perpetuate this violence cycle in these children.

3.    In analyzing all of the documents in the Alfaro case, it was reported that she had a "78 I.Q." This reflects a person who is of "borderline" intelligence. She describes herself as "street wise" but that she is "not good" academically. I am impressed by her articulation and thinking. I have read letters she has written to relatives, both in English and Spanish. She does not spell well in either language, but her communication in both languages is clear, intelligent, and more important, positive! She gives very positive advice to her pre-teen and teen-age cousins and other relatives, and because of her tragic predicament, they are listening to her. Her sister is already improving her behavior.

Mr. William Monroe
Page 9
3/29/92

Her written materials are supported by her art work which is outstanding and reflects a potential for further development.

    She wants an education to improve herself.   Through educational improvement and her art, she could have the potential with Department of Corrections assistance and resources in the community, to communicate her positive messages to many high-risk pre-delinquent and delinquent youngsters in a newsletter or other similar form.   This would have a delinquency prevention effect. These documents and drawings are attached to this report, numbered from #1 through #6.

                    Sincerely yours,

                    Armando T. Morales, DSW
                    Professor and Director
                    of Clinical Social Work

am:ae

Attachments

Here is a poem me + one of my friends in hear wrote.  It's about Heroin.

### "THE KING'S BLACK HORSE'

Beware, my freind, my name is King Heroin, known to all as the destroyer of men + women.  Where first i was born, no one knows, I come from the Land where the poppy grow's.

I'm a world of power, and you'll know it's true, use me once and you'll know it too.  I entered the country with out a passport, ever since ive been hunted and sought, by addict's and pusher's and plainclothe's clicks, But most by junkie's who will shed innocent blood for me, to get a quick fix.  My little black grain's are nothing but waste, i'm soft and deadly so bitter to taste.  I'll make a school boy forget his books, and make a world beauty forget her looks.  I'll cause a good husband to cast out his wife and send a greedy pusher to prison for life. I'm King of crime, the prince of corruption, I'll capture your soul and cause your destruction. "Am I not a just King, a God to behold", more treasured than diamonds more precious than gold.

If you wish to hear more of the thing's i can do, of the men i've delighted and the women i slew.  I'll make a man shabby that once dressed so nice, and all who use me will go down in vice. I'll control your body your mind + your soul with a full course of torment, first pleasure then pain.  "Ah", the fuzz have taken you from under my wing, they dare to defy me, I who am King.  Night's you'll toss and turn and won't sleep, you'll rise in the morning so humble + weak.  You'll be cold, then hot, and you'll vomit and cough, after 10 day's of madness you might throw it off.  You'll curse my name, and down me in speech, but you'd pick me up again if i were in reach.  And night's, when you lie awake planning your fate, you know i'll be waitting just beyond the gate.

I gave you a warning, you didn't take heed, so put you'r feet in the stirrup's and mount my street, put yo'r foot in the stirrup and ride me well, for the Black Horse of Heroin will ride you to HELL.

"Why i should Live!"

I deserve to live cause i a'm not that cold hearted murderer people seem to think i a'm. I have alot of remorse for what has happened and there's not a day i don't think of that innocent 9 year old who died for a very sadd + stupid reason. I think of her mother and the pain + hurt she's gone threw the pain that no matter how much she try's to forget will never go away. I put my self in the little girl's mother shoe's and think of what i were to do if some one took one of my little boy's life - and the thaght is enough to just drive me crazy, and one thing i sure know is that i would make the person responsible pay for the rest of his or her life for shedding innocent blood. At times i just hate my self so much that i just feel like taking my life-but i don't cause i know i ain't a bad person, drug's and only drug's change my whole being. Drug's had control of me - drug's made me feel like a different person all the time i could become anything + anyone i wanted to be, but for the past 2 year's i've learned to live a sober healthy life - i've laughed and smilled while sober some thing i couldn't do out there in the world unless i was high, i can't say i really like my self yet cause i really don't cause i've shed innocent blood but i'm trying to live with what is already done - i wish i could turn back time but i can't so i just have to be strong to except the thing's i can-not change and the courage + wisdom to know the difference.

(Signed) Rosie Alfaro

[Requested by and received on March 25, 1992 by Dr. Armando Morales, Professor, Department of Psychiatry, UCLA School of Medicine]

*Attachment #1*

"Why i should Live!"

I deserve to live cause i a'm not that cold hearted murderer people seem to think i a'm. I have alot of remorse for what has happened and there's not a day i don't think of that innocent 9 year old who died for a very sadd + stupid reason. I think of her mother and the pain + hurt she's gone threw the pain that no matter how much she try's to forget will never go away. I put my self in the little girl's mother shoe's and think of what i were to do if some one took one of my little boy's life - and the thaght is enough to just drive me crazy, and one thing i sure know is that i would make the person responsible pay for the rest of his or her life for shedding innocent blood.  At times i just hate my self so much that i just feel like taking my life-but i don't cause i know i ain't a bad person, drug's and only drug's change my whole being. Drug's had control of me - drug's made me feel like a different person all the time i could become anything + anyone i wanted to be, but for the past 2 year's i've learned to live a sober healthy life - i've laughed and smiled while sober some thing i couldn't do out there in the world unless i was high, i can't say i really like my self yet cause i really don't cause i've shed innocent blood but i'm trying to live with what is already done - i wish i could turn back time but i can't so i just have to be strong to except the thing's i can-not change and the courage + wisdom to know the difference.

(Signed) Rosie Alfaro

[Requested by and received on March 25, 1992 by Dr. Armando Morales, Professor, Department of Psychiatry, UCLA School of Medicine]

*Attachment #2*

Here is a poem me + one of my friends in hear wrote.    It's about Heroin.

### "THE KING'S BLACK HORSE'

Beware, my freind, my name is King Heroin, known to all as the destroyer of men + women.  Where first i was born, no one knows, I come from the Land where the poppy grow's.

    I'm a world of power, and you'll know it's true, use me once and you'll know it too.  I entered the country with out a passport, ever since ive been hunted and sought, by addict's and pusher's and plainclothe's clicks, But most by junkie's who will shed innocent blood for me, to get a quick fix.  My little black grain's are nothing but waste, i'm soft and deadly so bitter to taste.    I'll make a school boy forget his books, and make a world beauty forget her looks.  I'll cause a good husband to cast out his wife and send a greedy pusher to prison for life. I'm King of crime, the prince of corruption, I'll capture your soul and cause your destruction. "Am I not a just King, a God to behold", more treasured than diamonds more precious than gold.

    If you wish to hear more of the thing's i can do, of the men i've delighted and the women i slew.  I'll make a man shabby that once dressed so nice, and all who use me will go down in vice. I'll control your body your mind + your soul with a full course of torment, first pleasure then pain.  "Ah", the fuzz have taken you from under my wing, they dare to defy me, I who am King.  Night's you'll toss and turn and won't sleep, you'll rise in the morning so humble + weak.   You'll be cold, then hot, and you'll vomit and cough, after 10 day's of madness you might throw it off.  You'll curse my name, and down me in speech, but you'd pick me up again if i were in reach.   And night's, when you lie awake planning your fate, you know i'll be waitting just beyond the gate.

    I gave you a warning, you didn't take heed, so put you'r feet in the stirrup's and mount my street, put yo'r foot in the stirrup and ride me well, for the Black Horse of Heroin will ride you to HELL.



Attachment #3

Hi, Kari.

How Are you? I hope your ok! And being good. So how's school Again, Are you getting smarter? I hope so. And your Girl's Scouts is ok to? Hope your having Fun! . . . .

But remember Always listen to what your mom tell's you, And of course your Dad to.

How's your brother Jr. And little Secar, i bet his big now.

Send me a picture of you if you can ok! And write me back if you want to K! . . . . Well i got to go now we have to eat our lunch, yak! it's so groce.



Love YA!
. Rosie.

God Bless u
And your
     brothers! . .

000472

attachment # 4





Q00474

Attachment # 6



000475



|  | COMPOSITE | SHORTY | BETO |
|---|---|---|---|
| ANATOMICAL TYPE | ATHLETIC MESOMORPHIC | ENDOMORPHIC | MESOMORPHIC |
| EXPRESSION: | AGGRESSIVE HOSTILE | BANAL,BLAND PLACID | HOSTILE AGGRESSIVE; ARRESTING FACE |
| MOUTH | AFFIRMING DEFENSIVE | DOESN'T ADD T      O EXPRESSION OBLITERATED |  |
| FACE | NOT ROUND | ROUNDED | NOT ROUND |
| HAIRLINE | ROUNDED PEAK IN CNTR | SQUARE    WITH ANGLES |  |
| MARKS | SCAR DOESN'T RESEMBLE A TATOO | TEARDROP TATOO | SCAR |
| NECK (COMPARE VERTICAL DROP FROM POINT EAR IMPLANTS ON FACE TO BASEOF NECK) | THIN | THICK | THIN |
| CHIN |  | DOUBLE |  |
| MUSTACHE | LIGHT    AREAS OF  NO    HAIR ABOVE LIPS MAKING     AN HOURGLASS DESIGN | PROMINENTLY LONG NO SKIN ABOVE LIPS | LIGHT    AREAS OF  NO   HAIR ABOVE     LIPS MAKING    AN HOURGLASS DESIGN |
| BRIDGE    OF NOSE | PROMINENT | L  E  S  S PROMINENT | PROMINENT |

000477

| EYEBROWS | END      ABOVE<br>EYELINE | VERY LONG<br>LOW BELOW<br>OUTER   ANGLE<br>OF EYE |
|----------|---------------------------|---------------------------------------------------|
| TIP OF NOSE | HIGHER THAN<br>NOSTRILS |                                              |

000478