IAQIH QMA.CA0300040.SEX/X.AGE/28.
            PTE/GIFFIN--HOMICIDE-9016853          .NAM GRACIANO.MANUEL T

0007I IAQ QM

OCV  2010T 07/02/90 21.13.58
IAQI 1341T 07/02/90 21.13.37
FROM CLETS:IM
HE:OMA.CA0300040.SEX/X.AGE/28.       DATE:07-02-90 TIME:21:10:54
RESTRICTED-DO NOT USE FOR EMPLOYMENT.LICENSING OR CERTIFICATION PURPOSES
ATTN:GIFFIN-HOMICIDE-9026853

   CII               NAM            .   DOB     S R HGT EYE HAIR TYP.
A09120060 GRACIANO.MANUEL TORRES          ████-60 M W 505 BRO BLK

   *    *    *    *    *    *    END OF MESSAGE    *    *    *    *    *    *    *

IAQIH QMY.CA0300040.09180060.GIFFIN-HOMICIDE-9026853

11 90

000561

```
888'S TAG UP


UC:  00.08 27 08 90 21.15.17
I-DI 18-38 07 02 90 21.14.58
I-UM UCB 31.4
RETURN.IPD200040.03:20030.GJFFIN-       DATE:07-02-90 TIME:2.:10:13
RESTRICTED-DO NOT USE FOR EMPLOYMENT. LICENSING OR CERTIFICATION PURPOSE
S
ATTN:GIFFIN-HOMICIDE-9028883
** III CALIFORNIA ONLY RECORD
III A09.80030
DOB/03-28-1960  SEX.M  RAC/W  HGT/505  WGT/141  EYE BRO  HAI/BLK  POB:MM
NAM/01 TORRES,JOSE MANUEL
    02  ORRES,JOSE MANUEL
    03  SPACIANO,MANUEL  TORRES
MNU.FBI-970500HA3
****
06-17-89  CARDANA-EIM
          186359
          01::1135L HS-POSS OR PURCHASE FOR SALE CONTROL SUB
          02::11550(A) H&S-USE/UNDER INFL CONTRLD SUBSTANCE
06-30-89  CASCORANGE
          C75145
          01::11351 HS-POSS OR PURCHASE FOR SALE CONTROL SUB
          DISPO:DISMISSED
          02::11550 H&S-USE/UNDER INFLUENCE CONTROL SUBST
          DISPO:DISMISSED
          03::11351 HS-POSS OR PURCHASE FOR SALE CONTROL SUB
          *DISPO:CONVICTED-PROB/JAIL
          CONV STATUS:FELONY
          SEN: 036 MONTHS PROBATION . 045 DAYS JAIL
****
08-18-89  CASOSANTA ANA           DOB:03-28-1960
          7077-9-1138030
          01:WARRANT
          11351 HS-POSS OR PURCHASE FOR SALE CONTROL SUB
          02:WARRANT
          11550(A)(1) H&S-USE/UNDER INFL CONTRLD SUB
****
11-26-89  CASOSANTA ANA           DOB:03-28-1960
          707749-1161904
          01:BENCH WARRANT
          597C PC-OWN/TRAIN ANIMAL FOR FIGHTING
     *    *    *    END OF RECORD
```

11 99

000562

OC #
BI #  707 749
IN #

**ORANGE COUNTY JAIL**
Santa Ana, California

FPC

# BOOKING I.D. RECORD



BKG : 1175076    DATE/TIME: 011990 2312 BOOK STATUS: BWAR HSG LOC: IRINININED
NAME: GRACIANO        , MANUEL       TORRES         DOB:           POB:
A#:
M H 306 140 BRO BRO           SSN:              DLN:           ST:
CLVING: Y  MED HIST: MED ATTN REQ          ARR POCY CASE : 90-03133
AGENCY: ANH    JURIS: LA      WARNT/CS   87M0283602         BAIL: $
COMM/TM:                                                    FINE: $
CHARGES:       CT DEG OFFENSE              DESCRIPTION
               01 01  M  PC597(C)          CRUELTY TO ANIMALS
               02
               03
               04
               NO MORE CHARGES

| RESIDENCE ADDRESS | | COMPLEXION | BUILD | CITIZENSHIP | MARITAL STATUS |
|---|---|---|---|---|---|
| EMPLOYED BY | BUSINESS ADDRESS | OCCUPATION | | HOX RELATIONSHIP | |
| 01338 S  JEFFREY#3 | ANAHEIM | CA | | MM | |
| NEXT OF KIN  NAME | ADDRESS | | | | |
| UNEMPLOYED | | | | | |

SCARS, MARKS, TATTOOS, AMPS, DEFORMITIES & OTHER IDENTIFYING CHARACTERISTICS:

RMTS (FOR ADDITIONAL SPACE USE OTHER SIDE)

## FOR SHERIFF'S RECORDS USE ONLY

SENTENCE

FINGERPRINTS VERIFIED BY:                    LOGGED BY:                      PHOTO TO BE

| FOR JAIL USE ONLY | ID OFFICER | DATE / TIME PROCESSED | PRINT | PHOTO | FAX | KW CARD |
|---|---|---|---|---|---|---|
| | | 01209  0230 | | | | |

PLAIN IMPRESSIONS — LEFT HAND    LEFT THUMB   RIGHT THUMB    PLAIN IMPRESSIONS - RIGHT HAND



000563



000564

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

707 749

LAST NAME NAM — FIRST NAME — MIDDLE NAME
TORRES, Jose Manuel

CONTRIBUTOR
SO   CA0300000
SANTA ANA, CA

DATE OF BIRTH DOB
1960

LEAVE BLANK

000565

EX 36   546

OC #
BI #   707 744
FBI #

**ORANGE COUNTY JAIL**
Santa Ana, California

FPC 

**BOOKING I.D. RECORD**

BKG : 1138030     DATE/TIME: 081889 2230 BOOK STATUS: CTDR HSG LOC: IRININIBO
NAME: TORRES         , JOSE         MANUEL         DOB:          POB: MM
AKA:
M H 505 140 BLK BRO                    SSN:                    DLN:                    ST:
ILL/INJ: N  MED HIST:                        ARR AGCY CASE   :
AGENCY: SOT   JURIS: NOC   WARNT/CS : NF8901295              BAIL: $  15000.00
COMM/TM:                                                     FINE: $
CHARGES:      CT OEG OFFENSE              DESCRIPTION
            01 02  F  HS11351       POSSESSION OF NARCOTIC
            02 03  F  HS11550       UNDER INFLUENCE OF DRUGS
            03
            04
            NO MORE CHARGES

| RESIDENCE ADDRESS | | ANAHEIM | CA | COMPLEXION | BUILD | CITIZENSHIP MM | MARITAL STATUS S |
|---|---|---|---|---|---|---|---|
| EMPLOYED BY | BUSINESS ADDRESS | | | OCCUPATION | | HOW RELATIONS | |
| NEXT OF KIN  NAME | | ADDRESS | | | | | |
| SCARS, MARKS, TATTOOS, AMPS, DEFORMITIES & OTHER IDENTIFYING CHARACTERISTICS | | | | | | | |

ATS (FOR ADDITIONAL SPACE USE OTHER SIDE)

**FOR SHERIFF'S RECORDS USE ONLY**

SENTENCE

FINGERPRINTS VERIFIED BY:                    LOGGED BY:                    PHOTO TO BE □

FOR JAIL USE ONLY   ID OFFICER'S   DATE - TIME PROCESSED 08989 0590   PRINT   PHOTO   PALM   H.W. CARD

PLAIN IMPRESSIONS — LEFT HAND      LEFT THUMB   RIGHT THUMB   PLAIN IMPRESSIONS - RIGHT HAND

OC0566

767-749

**ORANGE COUNTY JAIL**
Santa Ana, California



# BOOKING I.D. RECORD

BKG : 1161904      DATE/TIME: 112689 0233 BOOK STATUS: BWAR HSG LOC: IRININ1N3OK
NAME: GRACIANO      , MANUEL      TORRES          DOB: ████      POB: MM
AKA:                    ,
M W 506 150 BRO BRO          SSN:                OLN:              ST:
ILL/INJ: N   MED HIST:                    ARR AGCY CASE  : 8957755
AGENCY: ANH    JURIS: LA      WARNT/CS : 87M0283602        BAIL: $    1000.00
COMM/TM:                                              FINE: $
CHARGES:          CT DEG OFFENSE          DESCRIPTION
            01 01  M  PC597(C)          ANIMAL FIGHTING
            02
            03
            04
            NO MORE CHARGES



**FOR SHERIFF'S RECORDS USE ONLY**

**FOR JAIL USE ONLY**

000567

90-26853

### SHERIFF'S DEPARTMENT
### ORANGE COUNTY
### SANTA ANA, CALIFORNIA

## CRIMINAL INVESTIGATION REPORT

| OFFENSE: PC 187 Murder | LOCATION: 10462 Hedlund, Anaheim | |
| VICTIM: Autumn Carol WALLACE | DATE: Fri., 6-15-90 | GRID: 15E1 |

**DETAILS OF INCIDENT:**

### INVESTIGATIVE OVERVIEW

The following overview is a summary of reports and interviews in this criminal investigation, including those by the initially responding deputies, investigative personnel, the Coroner's Office, the Crime Lab, and the Identification Bureau.

On Friday, 6-15-90 at 1751 hours, the Orange County Sheriff's Department Emergency Communications Bureau received a "911" call of a "hurt girl" who was assaulted and the victim of a robbery, across the street from 10441 Hedlund in the unincorporated area of Anaheim. Patrol Deputies T. GALLIVAN and C. GLENN were dispatched at 1754 hours along with Deputy D. LAMPHERE. Patrol Sergeant L. FORRESTER was also dispatched to the scene. The call was initially routed to the Orange County Fire Department Paramedics. Deputies arrived at 1755 hours and found the victim's mother, Linda Carol WALLACE, 41, had discovered her daughter's body face down in a pool of blood in the master bathroom near the back of the house.

At 1819 hours I received a telephone call at my residence from Sgt. SIDEBOTHAM of the Homicide Detail, directing me to respond with Inv. T. MANDALA, to 10462 Hedlund, Anaheim, regarding an eleven year old female victim who had expired, apparently from multiple stab wounds. I arrived at the scene at 1922 hours and met with other deputies present.

Investigators J. ALLEN, M. WALLACE, B. BLACKBURN, and R. RUSSELL, responded to the scene to conduct the initial neighborhood canvass. During the canvass Inv. ALLEN spoke with a neighbor who lives diagonally across the street from the WALLACE. The neighbor, Susan MATA, saw light brown older Chevrolet Monte Carlo backed into the

3446

I/O:GIFFIN #11/BALE #71 **Rpt by:**T. GIFFIN **DATE:** 11-7-90 APPRY

driveway of the WALLACE's residence at about 1605 hours.  She also saw
two male Hispanic adult subjects and a small child, in front of the
residence.

After preliminary interviews of neighbors and Linda WALLACE, it
was learned Autumn WALLACE, a third grader at nearby Dr. Jonas Salk
Elementary School, walked home after school with friends and entered
her locked home with her house key.  Autumn was the last person to
leave the home at 0815 hours in the morning and the first to arrive
home at approximately 1410 hours.  She had several phone conversations
with friends and her mother until 1530 hours.

Linda WALLACE told us she last spoke with her daughter, who she
identified as Autumn Carol WALLACE, age nine (9), at 1415 hours on
6-15-90.  Linda said she came home from work at 1740 hours on 6-15-90
and found her eighteen year old daughter, April, waiting at the house
for her.  According to Linda, April said she came home from work at
1720 hours and found her television missing from her (April's) room
along with some clothing items on the floor which were not previously
there.  April left the house and waited outside for Linda to arrive
home from work.

When Linda arrived at the house with her sister-in-law, Joyce
WALLACE (     -44]                     , Garden Grove), with whom she
carpools, they both entered the house and found Autumn's body sprawled
on the floor in the bathroom at the rear of the house adjacent to the
master bedroom, in a large pool of blood.

The Orange County Sheriff's Department Homicide Detail,
Identification Bureau, Crime Lab, and Coroner's Office all responded
to the crime scene to document and process the crime scene, and
conduct the investigation into the death.

During the course of the investigation, both April and Linda told
us the following items were missing from within the home:

1) AKAI 4-Head VCR, Model # VS-33UB, S/N 20625-04919
2) PORTLAND 13" Portable Color TV, Model # DCB-415PR
3) SHARP Electronic Printing Calculator, Model # EL-1197S
4) BROTHER Portable Electronic Typewriter, Model # SX-23
5) SOUNDESIGN AM/FM Electronic Clock Radio with Cassette Player,
   Model # 3826
6) BLACK & DECKER Automatic Shut-Off Electronic Iron, Model #
   F440WHD
7) NORTHWESTERN BELL "FAVORITE" Telephone, Trimline style with push



3447

CONTINUED                      Page 3                      90-26853

buttons in the handset, white in color
8) NORTHWESTERN BELL "FAVORITE PLUS" Telephone, Trimline style with
   push buttons in the handset, memory dialing, mauve in color
9) NINTENDO Action Set, Entertainment Video System, with three
   game tapes and electronic light gun.
10) Sears "Best" lighted and magnifying make-up mirror with
    textured beige plastic exterior finish
11) MISCELLANEOUS clothing items from April's room, including:

a) Black stone-washed jeans, elastic waist size 3T for
   child, pockets and zippers on front with leather,tags
   still attached
b) Pants and long sleeve jacket outfit, royale blue with
   black specs, sweater type material size medium
c) Dress shorts, black with pleated front, no pockets in the
   back, size large
d) Pants, golden brown, pleated, belt loops, size 13, cuffed
   at bottom
e) Jacket, black and white with gray specs, heavy material,
   length above the knee, sweater material rolled up around
   the wrists, sweater material rolled up around the collar,
   silk type lining on inside
f) Blouse, faded burgundy, buttons up the front, elbow
   length gathers on elbows and back towards the bottom,
   light oil stain on front
g) Blouse, faded black, cotton, long sleeve, studs on front
   size large
h) Boots, mid-calf length, black leather, lace up the back,
   tie at the top, size 9, scuffed at the tips, heels worn
   out

While conducting the investigation, Inv. MANDALA and I
interviewed the victim's older sister, April Lynn WALLACE ▊▊-72),
at 2145 hours on 6-15-90. April told us she has a friend named Rosie
ALFARO, a female Hispanic 18 years old, heavy set with numerous
tattoos, who is a "hype" (intravenous drug user) and has been in the
house before. She said she knows Rosie has been involved in thefts in
the past and has a heroin/cocaine habit. She also said Rosie calls
her frequently asking for rides. April said asking for a ride is just
a ruse on Rosie's part so she (Rosie) can "pick-up" (purchase
narcotics). At 2315 hours, 6-15-90, one and one half hours after we
obtained this information from April, Rosie walked by the crime scene
and asked me if she could talk to April. Rosie identified herself to

3440

I/O:GIFFIN #11/BALE #71 Rpt by:T. GIFFIN DATE: 11-7-90 APPRVD:

000571

CONTINUED                              Page 4                              90-26853

me as Maria del Rosio ALFARO, ▇▇▇▇-71) living a 1856 W. Tamara,
Anaheim.  Rosie was with a person who identified himself to me as
Manuel Reynoso CUEVA (7-23-68).  Manuel told me he is Rosie's
boyfriend and the father of the infant they were pushing around in a
stroller, Manny Jr.  Rosie said she is the mother of the child.  Rosie
told me she called 10462 Hedlund at 1530 hours, earlier in the day
(6-15-90), in an attempt to speak with April.  She said she spoke with
Autumn on the telephone and learned April was not home.

    Rosie told me she had been at the "housing place" in Anaheim
across from the Police Department (Anaheim Housing Authority, 300 So.
Harbor Blvd. # 610, Anaheim), with Manny Jr., checking on the
availability of housing earlier that afternoon.  Rosie told me she
left the "housing place" at 1450 hours, and walked across the street
to a Carl's Jr. restaurant and purchased a soft drink and then walked
to the nearby public library where she placed the telephone call to
April's house to solicit a ride home.  Because April was not home, she
said she "hung around" the area with Manny Jr., until Manuel CUEVA
came home from work to his father's house at ▇▇▇▇▇▇▇▇ in Anaheim.
She said she was able to contact Manuel at about 1800 hours and
subsequently received a ride home with him.

    On Saturday, 6-16-90 at 1000 hours, Inv. MANDALA told me he
attended the autopsy of Autumn WALLACE at the Orange County Sheriff's
Department Forensic Science Center.  The post-mortem examination was
performed by Dr. KATSUYAMA, who stated the cause of death was
exsanguination due to multiple stab wounds.  Inv. MANDALA told me he
learned from Dr. KATSUYAMA, Autumn WALLACE suffered in excess of fifty
(50) stab wounds to the face, neck, chest, back, hip, arm, and hand.

    At 1830 hours on Saturday, 6-16-90, Lead Forensic Specialist D.

                              3-149

000572 I/O:GIFFIN #11/BALE #71 Rpt by:T. GIFFIN DATE: 11-7-90 APPRVD:
152000

LUCAS telephoned me and said he had a "CAL-ID" hit from a fingerprint lift he made from the sink counter top in the back bathroom where the body of Autumn WALLACE was discovered. He said the print matched that of Rosie GONZALEZ (████-68) CII # A08131516. At 1930 hours I spoke on the telephone with "Pam" at the California Department of Justice Command Center in Sacramento and learned there was no record for "Rosie GONZALEZ" because the fingerprint card was submitted by Anaheim Police Department on a juvenile arrest in February, 1986, and a final disposition card was not submitted. Therefore, the fingerprints remained in the CAL-ID data base while the record itself was purged. I believed the CAL-ID hit made on the latent lift for Rosie GONZALEZ ████-68) was probably Rosie ALFARO ████-71).

At 1940 hours on Saturday, 6-16-90, Inv. MANDALA and I arrived at 1856 W. Tamara, Anaheim, to speak with Rosie ALFARO. Rosie voluntarily accompanied us to the Orange County Sheriff's Department West County Substation in Stanton, to be interviewed further regarding this investigation. At the Substation, Rosie voluntarily submitted to "elimination prints" taken by Forensic Specialist M. HARTSTEIN and a Polaroid photograph. Rosie also told me she was the "Rosie GONZALEZ" from the Anaheim Police Department arrest in February of 1986 which lead to the DOJ/CII entry which in turn lead to the CAL-ID match.

Rosie told us the last time she was at the WALLACE residence was Tuesday, 6-12-90 at 1530 hours. Rosie said she was out for a walk with her son Manny Jr. and decided to stop by the WALLACE home to see if April was there. Rosie told us only Autumn was home. She said she asked Autumn if she could come inside to use the telephone. Once inside the house, with Autumn's consent, Rosie told us she called her sister, Silvia. In a later interview on Monday, 6-25-90 at 2105, Inv.

3450

ALFARO

MANDALA told me he and Inv. ALVAREZ interviewed Rosie's mother, Silvia Alfaro MELENDEZ ▮▮▮-53) at her home, ▮▮▮ ▮▮▮, Anaheim. Mrs. MELENDEZ said no phone calls were received at her house from Rosie on Tuesday, 6-12-90, which is in direct conflict with what Rosie told Inv. MANDALA and I. During the same interview, Inv. MANDALA told me the sister, Silvia MELENDEZ, age 16, did not remember if Rosie called on Tuesday.

Rosie continued with her story regarding her activities on Tuesday, 6-12-90 and said she fixed some lunch with Autumn and allowed Autumn to feed Manny Jr. some cookies. According to Rosie, she was in the house no more than one hour. Rosie said the only rooms she entered while she was at the residence, were the living room, kitchen, service room/utility porch, and the bathroom at the front of the house adjacent to the hallway leading to the bedrooms. Rosie specifically said she did not go in any of the three bedrooms and did not go into the rear bathroom adjacent to the master bedroom. Rosie continued and said the last time she was in the rear bathroom was at a party at the house about two years ago. She did say she used the microwave oven located on a shelf in the service room/utility porch when she was preparing lunch.

Rosie admitted to us she has been involved in thefts and she does use narcotics, both cocaine and heroin. She said the last time she "fixed" (injected narcotics) was Monday, 6-11-90 and she "picked up" (purchased narcotics) in the "Little T J" area of Anaheim.

On Monday, 6-18-90 at 1930 hours, while at 10462 Hedlund, Lead Forensic Specialist R. GIROUX told me Lead Forensic Specialist D. LUCAS had matched a latent palm print lifted from the front of the microwave oven to the elimination print palm card collected by

000574 ─────────── 3451

Forensic Specialist HARTSTEIN on 6-16-90 from Rosie ALFARO.

On Wednesday, 6-20-90, between the hours of 1930 and 2230, Susan MATA met with Forensic Artist Marilyn DROZ at the Orange County Sheriff's Department Homicide Detail Interview Room. With the assistance of MATA, DROZ prepared an artist's rendition of a likeness of the subject MATA saw in the front yard of the WALLACE residence with the small child, on Friday, 6-15-90. The composite drawing was subsequently reproduced and distributed to the media and law enforcement in an attempt to locate the person depicted.

On Sunday, 6-24-90 at 1710 hours, Inv. MANDALA and I went to 1856 W. Tamara, Anaheim, to speak with Rosie ALFARO. We were told by a subject later identified as her cousin, Gerardo MELENDEZ, he didn't known where she was and last saw her eight (8) day previous. At 1725 hours, we went to 10271 Antigua, Anaheim, the home of Manuel CUEVA's father. We spoke with Manuel's father, Ruelas CUEVA ( 46) and his live-in girlfriend/common-law wife, Maria Cuevas GARCIA -65). We were later assisted in the interview by Dep. A. HERNANDEZ, who translated from Spanish into English. A second interview of Maria was conducted on Monday, 6-25-90 at 1855 hours, by Invs. MANDALA and A. ALVAREZ (Spanish speaking).

During the initial interview, Maria told us through Ruelas, who could only speak broken English, Rosie and Manuel brought a large blue plastic garbage bag full of clothes to the residence about three (3) weeks previous. While Inv. MANDALA and I stood on the front porch, Maria, of her own volition, pulled the heavy bag of clothing from the entryway closet and untied the top of the bag in our presence. She took out some clothing items and retrieved a clutch purse which she indicated as belonging to Rosie. We did not prompt her further to

5452

remove any of the other items in the plastic bag but instead awaited
the arrival of Dep. HERNANDEZ to conduct the interview.  According to
Maria, Rosie does not live at their house and has only stayed
overnight on one occasion, Friday, 6-15-90, the day of the murder of
Autumn WALLACE.  Maria told us Rosie had called the house three times
on Friday, 6-15-90.  The first time, at approximately 1730 hours and
the second time at approximately 1800 hours.  Each time, according to
Maria, she (Rosie) was attempting to locate Manuel to obtain a ride
home.  Manuel arrived at the home within a few minutes of the second
call.  Rosie called for the third time at about 1815 and did speak to
Manuel.  Manuel left immediately after the phone call and returned
with Rosie and Manny Jr. about one half hour later.

Maria also told us she received a telephone call from Rosie on
Saturday, 6-23-90 at 2200 hours.  According to Maria, Rosie first
inquired as to the whereabouts of Manny Jr., then said she would be
over to pick up her clothes.  Rosie said she was leaving at 0300 hours
on Sunday, 6-24-90 to go to Mexico to see her father.  Rosie never
came by to pick up the clothes.

At 1815 hours, I asked Maria and Ruelas for their permission to
take the bag of clothes left at their residence and belonging to
Rosie, into custody for "safekeeping".  Both readily agreed and
consented.  I gave them a receipt for the bag of clothes and two
framed pictures of Rosie and Manuel, which belonged to them.  The bag
of clothes was placed in the trunk of Inv. MANDALA's detective car and
at the conclusion of shift, transported to the Orange County Sheriff's
Department Homicide Detail interview room where it remained locked and
secured.  The bag was heavy, bulky, and overflowing, causing the
plastic bag to tear in several places.  Near the top of the open bag

3453

**000576** I/O:GIFFIN #11/BALE #71 **Rpt by:**T. GIFFIN **DATE:** 11-7-90 **APPRVD:**

652663

we noticed a "L.A. GEAR" high-top tennis shoe. The tread pattern of the shoe appears to match the footprint I saw in Autumn WALLACE's blood, found on the floor in the rear bathroom at 10462 Hedlund, Anaheim, on Friday, 6-15-90.

At 1925 hours on Sunday, 6-24-90, Inv. MANDALA and I received a telephone call from Lead Forensic Specialist D. LUCAS who said he matched a latent print developed from a sheet of typing paper with the fingerprints of Rosie ALFARO. Previously, on Saturday, 6-16-90 at 0830 hours, Inv. MANDALA and I accompanied April WALLACE on a "walk through" of her room to determine what items were missing. When she saw the piece of typing paper on the floor, she said that piece of paper was in her typewriter, which was stolen from her room during the period her sister was murdered.

At 1935 hours on Sunday, 6-24-90, at the La Fiesta Restaurant, Inv. MANDALA and I spoke with Manuel CUEVA. Manuel told us when he picked up Rosie and Manny Jr. near Harbor and Lincoln in Anaheim on Friday, 6-15-90 at about 1815 hours, Rosie was wearing a red short sleeved top with a wide neckline, black pants, and white high top tennis shoes similar to "REEBOKS", and carrying a pair of calf-high ladies black leather boots. Manuel told me he asked Rosie where she got the boot to which she replied she "found them by the trash dumpster".

After learning the information about the boots, Inv. MANDALA and I spoke by telephone with Amber SZABO, April WALLACE's older sister. At our request, Amber asked April if she had any boots in her room prior to Friday, 6-15-90. Amber told us April said she had a pair of calf-high ladies black leather boots with lacing up the back, which were last seen in her (April's) closet.

2494

I/O:GIFFIN #11/BALE #71 **Rpt by:**T. GIFFIN **DATE:** 11-7-90 **APPRVD:**

000577

EX 37   557

At the request of Inv. MANDALA and I, on Monday, 6-25-90, April first went to her residence and confirmed her previously described boots were missing along with the other listed clothing items. She then went to the place she bought the boots to see if she could locate a similar or like pair. At about 1500 hours on Monday 6-25-90, Inv. MANDALA told me he spoke with April on the telephone and learned she had located a like pair of boots at booth A-10 of the Santa Ana Indoor Swap Meet, near the intersection of Westminster and Harbor in the city of Santa Ana. Inv. MANDALA went to the aforementioned swap meet at 1600 hours and obtainéd permission from the vendor at booth A-10 to borrow and photograph one of the boots. Inv. MANDALA caused for two (2) Polaroid photographs to be taken of the boot. These photographs were subsequently given to Inv. T. CARNEY to show to Manuel CUEVA.

On Monday, 6-25-90 at 2100 hours, at Manuel CUEVA's mother's house in Long Beach, Inv. CARNEY, accompanied by Inv. G. BALE, showed the photographs of the boot to Manuel. Manuel said the boot depicted in the photograph was similar to the boots he saw Rosie with on Friday 6-15-90. According to Inv. CARNEY, Manuel also said he collected all of Rosie's clothes on Tuesday or Wednesday, June 19 or 20, 1990, respectively, which were located at his father's house at 10271 Antigua, Anaheim, and placed them in the light blue plastic trash bag.

When Maria was re-interviewed by Invs. MANDALA and ALVAREZ at 1855 hours on Monday, 6-25-90, they told me at 2015 hours on 6-25-90, she changed some portions of her original story. She said Manuel and Rosie, along with Manny Jr., did stay at the house off and on for a couple of days at a time starting in August of 1989. She also said they stayed there on a regular basis starting about three (3) weeks before the murder of Autumn WALLACE. During this three week stay,

3455

EX 37    558

Rosie left the second week and did not return until the third week.
According to Maria, Rosie and Manuel stayed at the house up until
Saturday, 6-16-90.

Maria told Invs. MANDALA and ALVAREZ who in turn told me, Manuel
left for work at about 0800 hours on Friday, 6-15-90. She said Rosie
left the house Friday afternoon with Manny Jr., to go to the store.
Maria said she next heard from Rosie at 1730 hours when she called
looking for Manuel and a ride home. She said during that
conversation, Rosie said she was "picked up" by a policeman over the
ownership of a wallet stemming from a disagreement with another woman.
Rosie said she was taken to the police station and was only released
when she gave up interest in the wallet. Rosie gave no specifics of
the "detention" to Maria.

On Tuesday, 6-26-90 at 0058 hours, Inv. MANDALA told me he spoke
with Kathy of the Anaheim Police Department Records Division.
According the Inv. MANDALA, Kathy said she computer searched and hand
searched all of the Official Records of the Anaheim Police Department
and could find no record or indication of any contact, detention, or
arrest with Rosie ALFARO for Friday, 6-15-90.

On Tuesday, 6-27-90 at 1540 hours a Search Warrant was signed by
the Honorable Robert E. THOMAS, then Judge of the Municipal Court,
Central Orange County Judicial District (Judge THOMAS was elevated to
the Superior Court that afternoon), for the blue plastic bag full of
Rosie ALFARO's clothing items. At 1600 hours Judge THOMAS also signed
a "RAMEY" arrest warrant for Maria del Rosio ALFARO for the murder of
April Carol WALLACE.

At 1700 hours, I executed the Search Warrant for the bag of
clothes at the Orange County Sheriff's Department Homicide Detail

                        34 56

I/O:GIFFIN #11/BALE #71 Rpt by:T. GIFFIN DATE: 11-7-90 APPRVD:
                                                         の？てく(,)

000579

Interview Room.  Assisting in the search and documentation of the clothes were Forensic Specialist D. PIEROTTI and Senior Criminalist R. MUMFORD.  Several items of evidentiary value were seized pursuant to the Warrant, including a pair of ladies 'L.A. GEAR' high top tennis shoes with apparent traces of blood in the soles and seams, and a pair of ladies 'Wild Rose' by Apollo, calf-high black leather boots.  For a complete list of those items seized, refer to the Return to Search Warrant, which includes an incorporated inventory.

On Wednesday, 6-27-90 at 1002 hours, I showed a Polaroid photograph of Manuel CUEVA Jr., the child of Rosie ALFARO and Manuel CUEVA, to Susan MATA, at the Orange County Sheriff's Department Homicide Detail.  After viewing the photograph, she positively identified Manny Jr. as the child she saw in the front yard of the WALLACE residence with the male Hispanic adult, on Friday, 6-15-90 at about 1605 hours.

At approximately 1315 hours on Wednesday, 6-27-90, Invs. DeRADO and WILKERSON of the Orange County Sheriff's Department Narcotic Detail, located ALFARO in the 'Little TJ' neighborhood of Anaheim, in front of the apartment building at 1544 Jeffrey.  She was arrested and subsequently transported to the Orange County Sheriff's Department Homicide Detail.  Once at the Sheriff's Department, a negative Influence Examination of ALFARO, was performed by Narcotics Investigators M. CHANGALA and S. GRIJALVA.  A sample of antemortem blood was also collected from ALFARO.

ALFARO was next moved to the Investigation Division Video Interview Room where an approximate four (4) hour surreptitiously recorded video interview was conducted.  ALFARO knowingly and intelligently waived her Constitutional Rights and consented to the

3457

interview.  During the course of the interview, ALFARO confessed to
the murder of Autumn Carol WALLACE.  ALFARO implicated no one else in
the actual murder and said she did not really "know" the two male
Hispanic subjects with her.  She said she only knew the subject who
stayed outside of the WALLACE house in the front yard and took care of
her son, Manny Jr., as "Shorty".

     ALFARO continued after the video interview and re-confirmed
details of the events of Friday, 6-15-90.  At 2315 hours on Wednesday,
6-27-90, ALFARO accompanied investigators and deputies from the
Narcotics Detail, Career Criminal Apprehension Team, and the Homicide
Detail, along with officers and detectives from the Anaheim Police
Department to the "Little TJ" neighborhood of Anaheim, in the area of
1544 Jeffrey. An attempt was made to locate the property stolen from
the WALLACE home and locate the male Hispanic subjects who accompanied
ALFARO to the WALLACE residence.  Several of the stolen items were in
fact recovered from 1532 Jeffrey # 6, Anaheim.  At the conclusion of
this phase of the investigation, ALFARO was booked into the Orange
County Sheriff's Department Intake/Release Center at 0200 hours on
Thursday, 6-28-90, Booking # 1233155.

     On Monday, 7-2-90 at 1950 hours, investigators from the Homicide
Detail returned to the "Little TJ" neighborhood of Anaheim and
conducted a neighborhood canvass, showing the composite drawing of the
subject who was with ALFARO on the day of the murder.  At 2135 hours,
Officer D. YODER of the Anaheim Police Department along with Sgt. C.
CHAVEZ, contacted investigators from the Orange County Sheriff's
Department and requested investigators respond to the "Little TJ"
neighborhood at Walnut and Audre.  The person depicted in the
composite picture had surrendered himself to the Anaheim Police

3450

I/O:GIFFIN #11/BALE #71 Rpt by:T. GIFFIN DATE: 11-7-90 APPRVD:

000581

Department Officers.  Inv. BALE and I responded to their location and met with Antonio Moreno REYNOSO ██████-55), a parolee who was paroled from Susanville on 6-8-90.  REYNOSO was completely cooperative and voluntarily went to the Orange County Sheriff's Department Homicide Detail to be interviewed.

In the Investigation Division Video Interview Room, an approximate four (4) hour surreptitiously video tape recorded interview was conducted with REYNOSO.  REYNOSO waived his Constitutional Rights and gave his accounting of his involvement in the murder of Autumn Carol WALLACE.  According to REYNOSO, he only accompanied ALFARO to the WALLACE residence, which he said ALFARO told him was her former residence where some of her personal property items remained.  REYNOSO said he remained outside of the residence the entire time and looked after ALFARO's child, Manny Jr.  He claimed to have no knowledge of the murder and only entertained the idea ALFARO might be burglarizing the home when ALFARO started bringing property outside and loading it into the car.  REYNOSO said he does not know the person who drove the car and had only seen him maybe once before.  At the conclusion of the interview, at the request of State Parole, REYNOSO was booked into the Orange County Sheriff's Department Intake/Release Center for PC 3056, Violation of Parole, at 0407 hours on 7-3-90, Booking # 1234444.

On Tuesday, 7-3-90 at 0802 hours, with the assistance of Parole Agent J. FAGOT', a Parole Search was conducted of REYNOSO's residence at 1633 Walnut # 3, Anaheim.  Nothing of substantial evidentiary value was collected during the course of the search.

On Thursday, 7-5-90 at 1445 hours, Inv. BALE and I picked up REYNOSO from the IRC and drove him to the "Little TJ" neighborhood.

3459

I/O:GIFFIN #11/BALE #71 Rpt by:T. GIFFIN DATE: 11-7-90 APPRVD:

000582

From the area of 1532 Jeffrey, we followed REYNOSO's directions to
10462 Hedlund, Anaheim.  REYNOSO positively identified the WALLACE
residence as the house he accompanied ALFARO to on Friday, 6-15-90.
At 1630 hours, REYNOSO was returned to the IRC.

3460

I/O:GIFFIN #11/BALE #71 Rpt. by:T. GIFFIN DATE: 11-7-90 APPRVD:

00058

[173] From: LLL 1/13/92 11:08AM (2358 bytes: 40 ln)
To: WMM-R, DRS, LLL
Subject: toxicologist
------------------------------ Message Contents ----------------------------
Today I spoke with Dr Greg Thompson (I will provide you with
his educational vitae- he said his professional one is not
current and he is very busy but has the time for us if you
decide you need him--

He basically reiterated what Carol Sidebotham said about
levels of drugs having no correlation to behavior---
He said that the 43 to 53 nanograms of cocaine is on the low
end of the scale but that she was under the influence
because it was present.  I asked him about the additional
reports on free morphine at 7 nanograms and the free codiene
at .9 nanograms and he said that there is no doubt that she
was under the influence and he could look into it further.
He said that while one person may react one way under a very
small amount of drugs, another person might not have any
symptoms or behaviorial effects after ten times the amount.
He said his expertise lies in his ability to say the person
was under the influence.

His fee is $300 per hour.  He has testified approximately
30 times, for both sides.  He recently testified in Orange
County in a case involving a sheriff who was arrested but he
could not recall the specifics claiming he is just back from
vacation and getting everything together.

He said that his position at the Drug Information
Center, he has doctors collaborating all the time to discuss
the long-term effects of drug use and he lectures in this
area   as well.

He has expertise in the area of
cocaine related dementia and paranoia.  He would have to
look at her history to be able to determine what factors
could be relevant towards determining what effect the drugs
COULD have had. He claims her history of long-term drug use
definately puts her at risk of dementia and paranoia. He
said that he just uses the crime lab 's results when making
any sort of evaluation about levels present..

Do we want him appointed?

000585



COVER STORY

# GRANDFATHER KNOWS BEST

*By William R. Loeb*

With a rock-like expression, Judge Theodore E. Millard is hard for attorneys to read. They search his face in vain for a wrinkle of a clue about how he might decide an issue.

And as presiding judge of the Orange County Superior Court, Millard rules with similar style. He is not the type to raise his voice even when he is in high-stakes talks about the budget.

But ask the judge about his court battle to gain custody of his grandchild, and it is as if another man answers. With tears in his eyes, an emotional Millard recently described the day his 8-year-old granddaughter asked him to save her from her father.

"Papa," the girl said, "Is there anything you can do so that I don't have to go home?"

Millard, who had been advised by different lawyers not to sue for custody, said that when he did something he would have done a long time. "I decided maybe it's time to look up the law myself," he said.

Millard said he found the law on guardianships, which enables grandparents to gain custody of their grandchildren when it would be detrimental for them to be with their parents, was changed and his wife, Sondra Millard, had a better chance of winning than in the past.

It is never a sure bet, however. "You're in a real tough situation because..."

ORANGE COUNTY LAWYER

Th

BENE
- 500-

- MON
- AIRT
- (LMU.
- MOBIL
- VOICE

F(

C

L A
CE
Twice

000587

EX 39   565

# Where Can You Get Orange County's Court Rules, Judicial Profiles and Court Directory all in One Book?





USER FRIENDLY

## The Daily Journal Orange County Single Volume Court Rules

## ONLY $60/YEAR

(including all updates)

Call Irene Valverde
(213) 229-5425

**Daily Journal**

915 E. First St.
Los Angeles, CA 90012
(213) 229-5300

*Prices good through 4/30/97*

12

you go to court and lose, then you're probably never going to see them again," Millard said, his voice cracking with emotion . . .

And that fear of losing their granddaughter held the Millards back for years. The girl had already lost too much.

Her parents had split up before she started kindergarten. Soon after, her mother was killed in a freak accident.

The young mother was riding an All-Terrain Vehicle in the desert when it flipped over. She landed on her head and died. The Millard's granddaughter saw it happen.

Her father, Sondra's son from a previous marriage, had been using hard drugs since he was a teenager. When he became a parent, he could hardly take care of himself.

The Millards tried to help him out by buying an extra house and letting him stay there for a small rent payment. But he didn't even take care of the utility bills, at times suffering his daughter to live without electricity.

He also continued to use drugs, Millard said, and one time his daughter found him passed out on the floor. She couldn't wake him up.

"Here's a little girl who just saw her mother get killed, and she's all scared – her dad's dead, too," he said.

Millard said circumstances deteriorated to the point that the father's neighbors and other family members asked him to intervene. They feared for the girl's safety.

But the Millards were discouraged because they had met with family law attorneys who dissuaded them from going to court. They said the chances of success were not worth the risk of losing. Then one day while at a breakfast meeting, Millard met a lawyer who concentrated his practice on guardianships and children's rights.

Ted Youmans of Van Dorsten, Youmans & Walmsley in Santa Ana told Millard he could petition the court for a grandparent guardianship. It would not be easy, but it would be better than having the girl end up in a foster home like so many other neglected children.

"A lot of children are going into the dependency system," Youmans said later in an interview. "Grandparents are a huge remedy."

In fact, Youmans said, many grandparents already are filling the shoes of their children as

parents. He said about 750,000 grandparents in California and close to 4 million in the United States are raising their grandchildren.

"And the statistics, unfortunately, are going up."

With guardianships under Family Code Section 5401, grandparents can have legal care and custody of their grandchildren. Parents in such cases usually have visitation.

But, Youmans said, obtaining a grandparent guardianship is costly. The filing and investigation fee alone is $1,082 in Orange County, and attorney fees can go as high as $15,000 in contested matters.

A grandparent guardianship also is risky. If grandparents petition for guardianship and lose, Youmans said, the parents are likely to cut them off.

"If you're going to take the step over the line, you better win," he said.

In the Millards' case, the story has a happy ending. They won a temporary order for guardianship based on the evidence of drug abuse and neglect. The order became permanent last year when the father did not show up for trial.

Such guardianships, however, can be terminated if a parent shows that the guardianship is no longer necessary or that it is in the best interests of the child. So the Millards yet may have to return their grandchild to her father if he changes his ways.

Of course, that would probably suit the Millards just fine. After all, they want their granddaughter to have a responsible father.

Moreover, at 57, the judge did not plan on having an eight-year-old at home. He said his and his wife decided more than 20 years ago not to have any more children.

"It wasn't my idea to be a parent again," he said.

But Millard is a little hard to read. He and his wife recently started caring for another grandchild. That one is two years old.

*William K. Vogeler practices law in Laguna Niguel, consults, is an adjunct professor of the Chapman University School of Law, and a Contributing Editor of the Orange County Lawyer magazine.*

*[ ... ] Vogeler, [ ... ] consulting, [ ... ] in guardianship and children's rights. To get involved, contact Jim Pearson at 949-497-0703, ext 13.*

Received    31-Jan-01   14:20        From-949 440 6710            To-HABEAS CORPUS RESOUR    Page    03

000588

`18] From: LLL 4/28/92 11:17AM (4021 bytes: 97 ln)
.'o: WMM-R, DRS, LLL
Subject: Monroe's request
----------------------------- Message Contents -----------------------------
          rough ideas on why we need additional voir dire based upon
          post-verdict interviews w/ 2 forepersons:


          Abouchar:

          half of the jurors made up their minds on their vote
          before the experts came on the stand
          (this is contrary to
          Millard's instruction that they not do this because of the
          pride element if they saw reason to change their vote)

          some jurors thought maybe Rosie stumbled on the body and
          they discussed the large amt of blood on Rosie's shoes

          (stumbling on the body was extraneous to the evidence
          presented)


          Abouchar grappled with idea of bizerk episode vs hatred to
          decide his final vote
          (extraneous to the evidence presented)

          jury discussed Rosie's sister's hatred for Rosie which they
          deduced from the video wherein Rosie states that her sister
          wasn't taking her phone calls at that time

          three or four of the jurors finally voted death when they
          took into consideration Rosie's poor mother visiting her
          every month for the rest of her life that it would be better
          for the mother to have Rosie killed and spare her this trek.

          They also decided it would be better for Rosies four
          children to have Rosie killed so that the guilt would be
          taken off them as well as off Rosie's mother--

          they discussed the cost factor of LWOP vs Death.

          they discounted the third party idea based on their
          assumption that the cops would not let this guy get away
          with murder if he was actually involved and that if Rosie is
          covering she deserves harsh punishment for allowing a
          dangerous person to be out in the world and they decided
          that by not naming the guy she would be showing no remorse

          they determined that Rosie's apology to Mrs Wallace must
          have been coached

          petty discussions about Rosie's clothing--

          they were perlpexed after Millard instructed them to not
          consider what LWOP meant

          per O'Dell:

000589

EX 40   567

they mentioned they were upset that Rosie was dressed so
nicely--they resented her virginal white---and little sob
stories

ODell said she kept looking at Rosie asking for a "sign"
questioning her with did you do this alone?

the other jurors wanted to punish her to THE FULL EXTENT OF
THE LAW-- and O'DELL saw LWOP as the full extent of the law
as well---

she said even though they weren't suppose to consider
finances they talked about that a lot---ODELL tried to
explain to them that it cost more to kill her because of the
appeals

Lisa (Alice Costa) saw LWOP as a severe punishment and she
saw that this would make Rosie's life bad and she would have
to live this punishment everyday---

again the mention of the third party---- ODEll purely
speculated that Rosie operated under the domination of
another but was unable to convince the other jurors

someone went as far as to speculate that Rosie did the crime
because she was angry at April for not giving her
rides(thought this was Jack Abouchar)

the other jurors refused to give any weight to Rosie's
lack of violent hx

the jurors expressed the idea that sentencing Rosie to death
would be making a statement to the world and to the people
of Jeffrey Lynn and that this sentence would force them to
change their ways!!

Today the jurors looked again at the shoeprints--the number
of times Autumn was stabbed--tehy looked at the photos of
her body--

Barbara Goebel was one of the last waverers and she could
not see how three people could have been in that bathroom
and she ended up voting death---

5 people waited afterrwards to speak with the DA
1. Barbara Goebel
2. Dan the obnoxious one
3. Brenda Saltz
4. Fu manchu- Alan Pridmore
5. not sure---it wasn't Jack the former forman

000590

ODEll stressed that the other jurors kept repeating that the Death penalty is THE LAW that the people of California voted it in!!

many were concerned that Rosie could get out of jail with LWOP and that it was more than a remote possiblity---

the others believed the crime was premeditated because she got the knife from the drawer---

they leaned towards death because of the violation of trust issue--it would have been better for Rosie if Autumn had been a stranger rather than someone who trusted her---

there was a lot of sympathy for Mrs Alfaro from all the jurors---

most of the jurors felt the kids were better off without Rosie however Mrs O'DEll saw merit in the affect killing Rosie would have on them later on in life---

there were 4 jurors at the end not willing to budge away from death: Jones, Sanders, Pridmore, Saltz--

ODell thought Mata was an excellent witness and recalled she described composite as one holding the child----

one of the two guys in the end seats brought up issue of malingering again today--

Juror #4 is the nurse!!! she wavered to death--upset that Autumn was left alone---she speculated that perhaps because of the dress that Autumn wore that Rosie didn't realize the extent of the injuries--

that Rosie could get out of jail bothered them

that Rosie sold drugs bothered some-

Saltz claimed NOTHING could justify this crime so she switched to death and held tight--

the engineer (#8) had some theory that blood pools wouldn't splatter and this was suppose to prove that another person couldn't have been walking in the blood but ODEll wasn't really clear on this---
she thought that if someone did step in this pool it would just cover up any footprint--

At first ODEll thought they didn't buy Betsy's lure then she recanted and said they didn't buy the second lure- they did mention that drug dealers and pushers such as Betsy didn't need to go looking for someone like Rosie--

they rejected sympathy for Rosie's lifestyle saying that her sister Silvia didn't follow the same path--

000591

```
[229] From: LLL 4/8/92 3:20PM (12911 bytes: 287 ln)
 ɔ: DRS, WMM-R, LLL
Subject: Alfaro jury: IV Paulette O'Dell
```
------------------------------ Message Contents -----------------------------
          Saw Rosie as an unsuccessful person, unsuccessful hype
          (lower rung)
          when 1st went into guilt deliberations she and Mrs Costa
          tried to explore 2nd degree but because of the special
          circumstances they were unable to do it so they had to vote
          guilty

          other jurors accused her of using emotion vs the evidence

          they could not ignore the viciousness of the crime with the
          multiple stabbings--

          the most significant evidence : the shoeperints and the
          fingerprint in the bathroom--

          Miss O'Dell believed there was a chance that a third
          person
          played a significant part--

          payed attention to fact that Katsuyama said most if not all
          wounds caused by smaller knife

          it was significant to her that the fingerprint was on the
          tyepwritten piece of paper--showing that Rosie wasn't trying
          to cover herself that she really was just running
          through to grab some things to sell--it wasn't planned---

          the other jurors could not buy that three people could have
          possibly been in that bathroom--

          they were concerned that the letter to Autumn was not in
          Rosie's own words--that she had help and/or it was
          solicited

          the jurors all expressed anger at Monroe's emotional
          closing--calling it faked choke up--- however O'Dell found
          it helpful---

          she expected to see more about the impulsive/compulsive
          behavior of addicts as well as the long-term effects of
          using so many drugs--emotional retardation vs 78 IQ
          had a hard time believing her IQ was so low

          She expected to hear from Dr Edwards---

          she was very interested in the fact that blood was found in
          Rosie's purse which meant to her that the knife could have
          been put in there as Rosie claimed
          she wanted the "knife thing" that Mr Monroe touched upon
          explored further-- it helped that Vickie Darr testified
          that Rosie told her she was covering for someone and that
          she took the knife with her and dumped it somewhere else--

          most considered that the other guy probably did come into
          the house but doubtful that he went into the bathroom b/c of
```

000592
10 Payson

size of room

some jurors thought they detected a smirk from Rosie when
they were first deadlocked--

Sanders was hard core death--saw Rosie as capable of doing
this alone.

. . . .

O'DELL tried to convince the others that there was something
sinister with this driver because Rosie and Shorty would
not ID him--if he was innocent he would have gotten off too
just like Shorty did---

During the interview when the issue of fear was raised she
was surprised and thought that would be helpful to explain
because she had no clue that this was a consideration-

the other jurors did not put any weight on Rosie's age, lack
of violent past,  threw out all mitigation factors

re credibility and reaction to witnesses:
other jurors seemed to have their intelligence insulted by
experts who were paid money to testify-
Dr Morales was pretty much discounted except by O'Dell

it was the general consensus that Shorty was a joke--a lying
hype recently out of jail--

she did not associate Beto with the composite--although they
did believe that #89 photo was the composite--did not
associate the two---thought this was just another Beto--when
Middleton acted so smug and Monroe didn't question thought
somehow this just bolstered the DA's case---Beto's sister
carried a lot of weight with the jurors

thought Jeannelle Laird was the perfect witness and it was
especially noteworthy that they still maintained their
friendship---O'Dell commented on how Rosie's decency
showed through in the correspondance and pictures--noting
that it should be stressed that none of these were solicited
through Rosie---that they were spontaneous--when Rosie wrote
the letters or drew the positive pictures she had no idea
they would be used in court--- jurors did not buy the
Blackhorse poem as Rosie's

 they looked
at Tammy and saw how she went straight but Rosie didn't
therefore faulting Rosie----

O'DEll had a hard time seeing Darr as an older
LADY--although some jurors did remark how Rosie hit DArr

the jurors did not buy that Rosie was remorseful in the
beginning of her confinement--O'Dell requested the reviewing
of the video to demonstrate that Rosie was composed at times

but as she got closer to describing the crime she would
break down becomming more emotional--- that Rosie showed up
at the scene that same night indicated to O'Dell that Rosie
really didn't know Autumn was dead although the others saw
it was returning to the scene of the crime--

Mrs O'Dell became the foreman because Abouchar quit--saying
he couldn't tell the judge they couldn't decide-he couldn't
deal with it any longer - Mrs ODell said she had no problem
with it--but the jurors gave her some difficulty in the
beginning because when she called the first vote the jurors
refused to vote at all but then they came around when she
said she would walk out and tell the judge what they were
doing--

she claims a lot of the jurors had their minds made up going
into deliberation--having the attitude regarding sympathy
and anything else "tough shit--she is a lying murderer who
deserves to die--
claims there was a lot of hard language---
the others did not buy into the third person

many said there were choices that Rosie could have made
- not stabbing--just stopping----calling  911--

the jurors were REAL upset about her equating the loss of
her children to the loss of Mrs Wallace--saw this as lack of
remorse--some jurors wondered where Rosie got a picture of
Autumn to place in her Bible

(Mrs ODEll claims that the juror's disregard for the expert
testimony was because they were rednecks with money)
Mrs Armstrong was especially vocal in this area-- ODell sees
her as someone who had a hard life and is angry at the
world- Armstrong thought Rosie was just venting her anger at
the world on Autumn with all the stabbbings

Mr Abouchar was one of the zero votes--in fact he created
the zero vote concept---

claims they reached their impass on Friday


on Monday morning the postman changed from life to death---

young girl (Goebel)was sympathetic but ended up voting
death--she cried when Rosie testified accrding to ODEll

the jurors were particularly upset that Rosie continued her
drug binge after Autumn was stabbed---

ODell sees her as someone who barely scraped by but was a
non-violent manipulator who would do what other people
suggested and that there was probably some panic and fear
that led her to do this but O'Dell could not convince the
others to see this--

ODell believed the other guy was probably facing a long
term sentence for parole violation and that was why he would
have wanted this done--

000594