# 9-Year-Old Is Slain in Anaheim During Apparent Burglary

By JEFFREY A. PERLMAN and WENDY PAULSON
TIMES STAFF WRITERS 8-16-90

ANAHEIM—A 9-year-old girl, alone at home waiting for her mother to return from work, was beaten to death Friday, apparently during a burglary in which a TV and other items were stolen, authorities said.

The victim was identified as Autumn Wallace, last seen by neighbors playing in her front yard on Hedlund Drive in an unincorporated area north of Katella Avenue between Stanton and Anaheim. Her body was found in a bathroom in the rear of the single-level home.

"There was trauma to the body," said Lt. Richard J. Olson, Sheriff's Department spokesman. "But we're not going to know the cause of death until we have an autopsy."

Olson said investigators suspect that Autumn was killed when an intruder or intruders broke into the Wallace home in the afternoon, while she was alone.

Her 18-year-old sister, April, said she arrived home from work about 5:20 p.m. and entered the house through a garage door. She said she immediately noticed that things were missing from the house and from her room. She said a TV, videotape recorder, microwave oven, a mirror and some personal belongings were gone.

"I walked right in and went



Autumn Wallace

down the hallway, and I noticed that the house looked like a mess. . . . It didn't look normal," she said. "I didn't want to think that she [Autumn] was in the house, and I didn't want to go back in the house."

She said she noticed that the bathroom light was on but didn't think anything of it.

Frightened, she said she went across the street to a neighbor's home and asked whether they had seen anything unusual. Olson said the mother, Linda Wallace, 42, came home from her job as a clerk at the Orange County Courthouse about 20 minutes later, began searching the house and "that's when the mother found the girl."

The Sheriff's Department was
Please see SLAYING, B7

Continued from B1
called about 5:55 p.m., Olson said. Officers sealed off the area and set up a command post. Neighbors were questioned about what they saw and heard.

April Wallace noted later that the front door of the house had been locked when she arrived and speculated that whoever had been inside and killed Autumn had fled through a rear entrance.

The victim's aunt, Joyce Wallace, who works with the mother at the courthouse, described Autumn as having "long blond hair and big brown eyes, and she smiled all the time. She was very mature for her age. She was an A student at Dr. Jonas E. Salk Elementary School



Los Angeles Times

in Anaheim. She loved Nintendo, and she liked going to Chuck E. Cheese a lot, but hated pizza."

Linda Wallace has supported the family since her husband died of cancer three years ago, the aunt said.

Olson said sheriff's deputies consider the quiet, older residential street relatively safe, with no recent reports of burglaries or break-ins.

"We canvassed the area, and nobody saw anything or heard anything," Olson said.

The neighbors' children, who were Autumn's friends, had told April Wallace earlier in the day that Autumn did not want to come out and play, the victim's sister said.

"She did that sometimes, where she didn't go out to play but stayed inside," April said.

She said her sister liked to draw: "She had been cutting paper into shapes with a pair of scissors."

00059!

EX 41    573

# Girl, 9, slain in OC home

6-16-90

By Melissa Balmain Weiner
The Orange County Register

ANAHEIM — Autumn Wallace, a 9-year-old as pretty and colorful as her name, was found dead Friday evening in a pool of blood, apparently slain by a burglar while she was home alone after school.

Autumn's mother, Linda, 42, discovered her daughter face down on the bathroom floor when she returned from work. The house is on Hedlund Drive in unincorporated county territory surrounded by Anaheim and Garden Grove.

Several items were missing from the ransacked house, including a television, a makeup mirror and a telephone, said Autumn's sister, April, 18.

"I just noticed everything was a mess," April Wallace said. "It wasn't like that when I left."

Family members said they found no evidence of forced entry.

Autumn probably was attacked while she was cutting and pasting, because she had her scissors and paper out, April Wallace said.

Autumn was found fully clothed.

Please see GIRL/26

FROM 1

said Lt. Richard Olson from the Orange County Sheriff's Department. He would not say what weapon was used to kill the child or whether any weapon was found on the scene.

Olson said that a cause of death will not be announced until today, after an autopsy.

Neighbors and family members said Autumn was last seen alive around 3 p.m., playing on her front lawn.

About half an hour later, she declined a friend's telephone invitation to come to her house and play.

Neighbors said no one heard a sound from the house between then and about 5:30 p.m., when her mother found her.

Autumn, her mother and sister, April, lived alone in the one-story house. Autumn's father died three years ago of cancer. The Wallaces' other daughter, Amber, 23, lives nearby with her husband.

The neighborhood — with modest wood and stucco homes fronted by neat yards — is "relatively crime-free," Olson said.

However, a gang shooting startled students March 2 at Autumn's school, Dr. Jonas E. Salk Elementary School, on South Gilbert Street about four blocks west of her house.

Students at the school ran for cover after shots were fired by a group of gang members who had gathered across the street from the school. No one was injured, but that incident spawned two neighborhood meetings at which parents expressed their anger that gang members were in the area.

Police officers and gang experts urged parents to report potential gang trouble quickly and to get involved in Neighborhood Watch and PTA groups to help protect themselves.

Johanna Hof, a Salk parent and a participant in those meetings, said Friday night she thought things were getting better in the neighborhood.

"There's been no trouble since that incident that I know of. I personally thought we were doing real well. We were all feeling pretty safe, but not after this. This is a real tragedy for everyone."

Autumn's family and neighbors gathered across the street from the house Friday night to mourn a girl known for her sweetness and intelligence.

She had shiny blond hair and wide brown eyes in a round, gentle face. She was a straight-A student who loved to read, draw, fish, play Nintendo and eat salad, family members said.

She was inquisitive and talkative, they said, with a vocabulary beyond her years. She was popular at school, where she worked on the student council.

"Everybody loved her," Amber Wallace said.

GIRL: Nine-year-old apparently was attacked by a burglar

000596

317

# THE ORANGE COUNTY Register

**JUNE 17, 1990**

# Neighbors shocked over girl's slaying

### 'I should have been more alert,' says woman next door

By Melissa Balmain Weiner and Jack Evans
The Orange County Register

ANAHEIM — A sheriff's bus and a fire truck hulked on opposite sides of the street. A police car stood in the shade. And all around one modest stucco house — a house like any other on the block — yellow police tape crackled in the wind.

This was Hedlund Drive on Saturday afternoon, and the people who live there said they couldn't believe it.

- **MEMORIAL FUND:** Neighbors create scholarship fund/8
- **AUTOPSY:** Preliminary report says girl died of stab wounds/8

They never thought their neighborly street could come to such a pass. Never thought a sweetheart like Autumn Wallace could be found dead in her own bathroom.

Autumn, 9, was stabbed to death Friday while she was home alone after school. Several items were taken from the house, her sisters said, including a television, VCR, telephone and makeup mirror.

"This is a pretty quiet neighborhood. The most excitement we get is the fireworks from Disneyland," said Doug Kramer, who has lived in the neighborhood three years. He stood across the street from the Wallaces' home on Saturday afternoon, staring numbly as investigators bustled in front of the house.

"The kids usually gather on the street corners at night and watch them exploding in the sky.

"Most of the people who live in this neighborhood are either retired folks or young families. ... There are adults around all the time. There's no organized Neighborhood Watch or anything like that. But people here look out for one another. If you go out of town, they'll feed your dog and watch your house for you."

Friday afternoon between 3:30 and 5:30 — the time during which

Please see AUTUMN/8

000597

EX 41   575

Case 2:07-cv-07072-CJC   Document 14-8   Filed 08/01/08   Page 4 of 20   Page ID #:1147

000598

A8   The Orange County Register   Sunday, June 17, 1990

### KILLING SHATTERS NEIGHBORHOOD
# AUTUMN: No other major crime is known of on victim's street

**FROM 1**

Autumn died — the neighborhood seemed its usual self.

Children played outside, one of them in a yard next door to the Wallaces. Another next-door neighbor mowed his front lawn, then sat out back to clean some fish.

No one heard a peep from the Wallace house.

"I should have been more alert," said a woman who has lived next door to the Wallace house for 34 years. "But, you know, you don't think," Kramer said.

She and several of her neighbors said they couldn't recall another major crime on the street. A stolen bicycle was about the worst of it, Kramer said.

On March 2, a gang shooting startled the students at Dr. Jonas E. Salk Elementary School four blocks away — the school attended by Autumn and many other children on the street. A group of gang members fired guns across the street from the school.

No one was hurt, but the incident galvanized the parents. They held two neighborhood meetings at which they voiced their anger that gang members were in the area.

Redlund residents said they had seen no signs of gang trouble since.

"I hope this (stabbing) is a fluke," Kramer said. "One of the reasons we moved to this community was to get away from stuff like this. We lived in Paramount and we had gangs and crime. We even had our kids enrolled in private schools until we moved here."

Those who knew Autumn said they had no idea why anyone would hurt her.

"She was so lovable, so darling," said a neighbor who used to chat with Autumn and give her candy on holidays. "She always came up, always a smile or 'Hi!'"

Autumn was so friendly she would strike up conversations with strangers, the neighbor said.

"She was always smiling," said Mary Brand, who has lived in the neighborhood for 35 years. "I saw her that afternoon as she was walking home from school. She was with a couple of other kids from school. She either walked home with her friends or rode home when one of their parents would pick them up from school."

A group of Autumn's playmates clustered across the street from her house Saturday. They said they cried when they heard the news Friday. Later, they couldn't sleep.

"I was picturing her getting beat up," a 10-year-old girl said.

"I dreamed that she got stabbed," an 8-year-old boy said.

"I dreamed bad stuff, that she was dead and I couldn't see her again. 'Do you think maybe she's still alive?'" a 9-year-old girl said. "Do you think maybe she's still alive?"

Her brother, 12, tried to console them with assurances that Autumn's spirit is in "all our bodies."

But the 10-year-old didn't seem comforted.

"Me and my mom are scared 'cause I usually am home alone before my mom and sister come home," she said.

As Autumn's friends talked, a woman down the street began to call anxiously for her son.

"See," said the 10-year-old. "Now, every mom is afraid like that."

Brand said: "A few of us talked about getting together to talk about getting security systems or alarms for our homes. We also talked about forming a neighborhood group to keep an eye out for each other."

The Wallaces' next-door neighbor said she has decided to live more cautiously.

"For years we didn't turn our burglar alarm on," she said. "Now we're going to again — that's for sure."

Said Kramer: "It will really put a lot of people's minds at ease once they find out what happened and who did it."



**Autumn Wallace**
'She was so lovable'



> "I hope this (stabbing) is a fluke. One of the reasons we moved to this community was to get away from stuff like this."
> — **Doug Kramer**, neighbor of slain girl

> "I dreamed bad stuff, that she was dead and I couldn't see her again. Do you think maybe she's still alive?"
> — **girlfriend of Autumn Wallace**

---

**Neighbors start memorial fund**

A memorial fund for funeral expenses for Autumn Wallace has been established by neighbors at the Lincoln-Brookhurst branch of Wells Fargo Bank in Anaheim.

Branch manager Ted Miller said contributions should be mailed to the Autumn Wallace Memorial Fund through Wells Fargo Bank, 2231 W. Lincoln Ave., Anaheim 92804.

EX 41   576

Sunday, June 17, 1990    The Orange County Register    A9

## KILLING SHATTERS NEIGHBORHOOD

# Autopsy shows Anaheim girl knifed to death, officials say

By Jack Evans
The Orange County Register

ANAHEIM — Nine-year-old Autumn Wallace, found fatally wounded in a pool of blood in the bathroom of her ransacked home, was stabbed to death, the Orange County Sheriff's Department reported Saturday.

Lt. Harold Schaffroth said a preliminary autopsy report concludes the girl died of multiple stab wounds, adding that no other information would be released over the weekend.

He would not confirm whether a burglary occurred at the home. However, Autumn's sister, April, said Friday that several items were missing, including a television, a makeup mirror and a telephone.

Autumn's mother, Linda, 42, found her daughter's body face-down in a pool of blood late Friday afternoon after returning home from her job as a clerk at the Orange County Courthouse.

Investigators worked throughout the night Friday and into the early afternoon Saturday as neighbors looked on from across the street.



Forensics investigators in yellow fire suits equipped with oxygen masks and tanks entered and exited the home on several occasions Saturday morning, sometimes carrying items from the home that they then sealed in plastic containers.

Sheriff's Lt. William Francis said it is common for forensics investigators to wear oxygen tanks and masks during such an investigation.

He said various tests, including some using fingerprint dust and laser beams, were used in the search..

Randall and Kathy Decker, who live across the street from the Wallace home, said investigators told them a footprint had been discovered behind the house, suggesting the assailant had entered the house through the rear. But investigators on the scene would not confirm or deny that such a print had been found.

The Deckers said they last saw Autumn entering her house shortly after 3 p.m. At 5:20 p.m., Randall said, Autumn's 18-year-old sister, April, knocked on their door and asked to use their telephone to call police. He said April was trembling and told them someone had broken into the house.

Randall Decker said he and his wife waited with April outside their home until Autumn's mother, Linda, 42, arrived. He said April and Linda Wallace entered the house and a few moments later he heard screams.

"That's when I realized something was really wrong and I called 911," Randall Decker said.

000599

EX 41    577

# Girl Killed in Burglary Was Stabbed, Officials Say

**Crime:** Investigators believe Autumn Wallace, who was home alone, tried to hide when intruders broke in. Her mother found the body in a bathroom. Neighbors are stunned.

By DAN WEIKEL and CARLA RIVERA
TIMES STAFF WRITERS   6-17-90

ANAHEIM—A 9-year-old girl, killed during a burglary while waiting alone for her mother to come home from work, was stabbed to death, according to preliminary results of an autopsy completed Saturday.

Lt. Richard J. Olson, a Sheriff's Department spokesman, said coroner's officials reached the tentative conclusion during the continuing investigation into the death of Autumn Wallace, whose body was found by her mother about 5:45 p.m. Friday.

"Preliminary findings show that she died of multiple stab wounds," said Olson, who declined to elaborate on the murder weapon or the number of times the girl was stabbed. Earlier reports had indicated she had been beaten to death.

Investigators suspect that Autumn was killed when one or more intruders broke into the Wallace home while the girl was alone, waiting for her mother and sister. Neighbors last saw her playing in front of her home on Hudlund Drive in an unincorporated area between Stanton and Anaheim.

So far, no arrests have been made and no suspects have been located, Olson said. "About all I can say is that the investigation is continuing. We are going to do this as thoroughly as we can. There is no other way with this."

Autumn's 18-year-old sister, April, said she arrived home from work about 5:20 p.m. Friday and entered the house through a garage door. She said she immediately noticed that things were missing from the house and from her room, including a TV, videotape recorder, microwave oven, a mirror and some personal belongings.

Frightened, April went across the street to a neighbor's house and asked whether they had seen anything unusual. Before she left her house, she noticed that a light in the back bathroom of the house was on but did not think anything of it at the time, she recalled later.

The mother, Linda Wallace, 42, came home from her job as a clerk at Orange

Please see GIRL, B11

**Continued from B1**

County Superior Court in Santa Ana about 20 minutes later. Olson said she searched the house and discovered her daughter's body in the bathroom.

When Linda Wallace found the girl, she started screaming and left the house, said Kathy Decker, 25, who lives across the street from the Wallaces. Her husband then dialed 911 and told dispatchers that there had been a burglary and that a "little girl was hurt very badly."

Randall Decker, 28, said sheriff's investigators told the family that the girl probably saw the intruders enter the home and ran into the bathroom to hide.

At the ransacked home Saturday, sheriff's investigators continued searching through scattered family belongings for clues in the slaying.

Meanwhile, residents in the neat, middle-class community questioned why their quiet neighborhood was a target for such a senseless crime.

"This is not a rich neighborhood, it's pretty working class," Randall Decker said. "It's very quiet and peaceful, a lot of kids. The neighbors here watch out for everybody else."

Decker said Autumn was a fixture in the community; everyone knew her and she always had a ready smile and hello. She loved to play basketball with other neighborhood children and frequently used the basketball hoop atop the Deckers' garage, he said.

Autumn's father died three years ago of cancer, family members said.

"She and her mother were very close, especially since her father died," said Kathy Decker. "Autumn and her father were very close."

Sheriff's officials said a memorial fund has been established in Autumn Wallace's name at the Wells Fargo Bank, 2231 W. Lincoln Ave., Anaheim. The phone number is (714) 778-5990.

000600

321

EX 41   578

# Police Seek Clues in Girl's Murder

■ **Crime:** Investigators suspect that a burglar stabbed 9-year-old Autumn Wallace to death in her home Friday while she waited for her mother's return.

By GEORGE FRANK
TIMES STAFF WRITER
6-18-90

ANAHEIM — Investigators worked through the day Sunday searching for clues at the scene of the fatal stabbing of 9-year-old Autumn Wallace, whose body was found Friday afternoon in the bathroom of her home.

"There's not much to report today," Sheriff's Lt. Richard J. Olson said. "We will have meetings in the morning to decide where we are."

Investigators suspect that the girl was killed when one or more intruders broke into her house on Hedlund Drive while she waited alone for her mother and sister to arrive home. Neighbors last saw her playing in front of her home in an unincorporated area between Stanton and Anaheim.

Her 18-year-old sister, April, arrived home from work at 5:30 p.m. Friday and entered the house through a garage door. She immediately noticed a television set and microwave oven missing and left the house fearing that burglars might still be inside.

She and a neighbor waited outside until her mother, Linda Wallace, 42, arrived home from work shortly before 6 p.m. Linda Wallace went inside and found her daughter's body face down in the bathroom. Sheriff's Lt. Harold Schaffroth said investigators worked at the murder scene Sunday, but he "would not venture to say how many."

Neighbors said they intend to contribute as much as they can to the memorial fund for Autumn Wallace that is being established at the Wells Fargo Bank at 2231 W. Lincoln Ave. in Anaheim.

"It's just such a terrible thing," said neighbor Carl Caruso.

## No arrests made in death of girl

ANAHEIM — Orange County investigators searched for clues Sunday in the murder of a 9-year-old girl apparently attacked by a burglar while she waited at home for her mother to return from work.

"They're still at the scene off and on," said Sheriff's Lt. Jay Mendez. No arrests had been made, he added.

Autopsy results released Saturday showed that Autumn Wallace had been repeatedly stabbed. Her body — lying face down on the bathroom floor — was discovered by her mother, 42-year-old Linda Wallace, when she returned home from work Friday.

Another daughter, Autumn's 18-year-old sister April, had arrived at the house minutes earlier. She found the house ransacked and, frightened, ran to a neighbor's house without seeing her sister's body.

Several items were missing, including a television, videotape recorder, a microwave oven and a telephone.

NEWS BRIEFS
6-18-90

## Girl's murder probed:

Sheriff's deputies Sunday continued investigating the slaying of a 9-year-old girl stabbed in her Anaheim home.

Autumn Wallace was found by her mother, Linda, lying face-down in a pool of blood on the bathroom floor of their Hedlund Drive house Friday.

Family members said several items were missing from the house, including a television, a makeup mirror and a telephone. Sheriff's officials would not release any other details about the slaying Sunday.

# $8,000 reward offered in girl's stabbing death

PILOT 6-19-90

ANAHEIM — An Anaheim group Monday offered an $8,000 reward for information leading to the arrest and conviction in the murder of a 9-year-old girl, who authorities believe was stabbed to death Friday by a burglar or burglars.

Autumn Wallace died at her home on Hudlund Drive while waiting for her mother and sister to arrive, said Sheriff's Department spokesman Lt. Dick Olson. The mother found the girl's body in a bathroom about 5:45 p.m.

Olson said investigators, who haven't uncovered any clues thus far, will re-interview neighbors and talk to residents who were away over the weekend.

"We're trying to get any information on anything people might have seen that day, even if they think it's unimportant," he said. "We've received a lot of phone calls and we're checking them all out."

Olson said extra investigators have been helping on the case.

The family hasn't been allowed back in the house since Friday, to allow authorities time to go over the premises with a laser detection system, which can locate fingerprints or clothing fibers that otherwise would be invisible.

Early in the investigation a chemical that enhances fingerprints was pumped into the house, which had been sealed, Olson said.

The family is staying with friends in the meantime, he said. He characterized the neighborhood as "an area where we really haven't had any problems, not even burglaries."

Olson said several items, including a TV, videotape recorder, microwave oven, a mirror and personal items, were stolen from the house.

The reward was offered by the Anaheim Citizens Against Violent Crimes Reward Trust.

Donations can be made in care of Wells Fargo Bank, P.O. Box 629, Anaheim, Calif. 92805, attention B. Mangione.

—By City News Service

*Tom: I didn't say this!*

## ANAHEIM
## Reward Offered in Slaying of Girl, 9

6-19-90

An Anaheim group on Monday offered an $8,000 reward for information leading to the arrest and conviction of the killer of 9-year-old Autumn Wallace.

The child was found stabbed to death last Friday in her home on Hudland Drive. Police believe she was killed during a burglary that was committed while she was alone in the house.

On Monday, investigators went back to the neighborhood in an unincorporated area surrounded by Anaheim and Garden Grove and interviewed residents again.

"We want to make sure we talk to everyone who may have seen something," said Sheriff's Department Lt. Richard J. Olson.

Olson said 32 investigators are working on the case. "We're using all of the means available to us," he said.

The family has not been allowed back in its home since the killing because investigators have continued to scour the house for clues. Investigators have been using a laser-detection system that seeks out fingerprints and clothing fibers that would otherwise be undetectable.

The family in the meantime has been staying with friends.

The Sheriff's Department welcomed the reward fund established by the Anaheim Citizens Against Violent Crimes Reward Trust.

"We appreciate their help. We know that it sometimes takes something like [money] to have people come forward," Olson said. He also urged anybody with any information, "no matter how insignificant they might think it is," to call the Sheriff's Department at (714) 647-7000.

Anybody wishing to contribute to the reward fund may send donations in care of Wells Fargo Bank, P.O. Box 629, Anaheim, CA 92805, attention B. Mangione.

—MATT LAIT

# Detectives try everything as they seek girl's killer

By Steve Eddy 6-19-90
The Orange County Register

ANAHEIM — Orange County sheriff's investigators are hoping technology will identify the intruder who stabbed 9-year-old Autumn Wallace on Friday afternoon.

Looking somewhat like astronauts in special suits complete with breathing gear, sheriff's criminalists are engaged in what is called a "ninhydrin process" at a house in the 10400 block of Hedlund Drive.

That means application of chemicals to make fingerprints detectable by sophisticated laser equipment.

"We want a good print," said sheriff's Lt. Richard Olson. If a print is discovered that doesn't belong to someone in the family, or a person with routine access to the home, it will be run through the CAL-ID automated fingerprint system.

That system, which already has helped solve a number of Orange County homicides, matches characteristics of latent prints found at crime scenes with those of former jail inmates statewide.

At the same time, Olson said, tried-and-true pavement pounding by a team of 32 detectives is part of the Wallace investigation, which continued in earnest Monday.

"We're going to go back and re-interview everybody in that neighborhood," Olson said. "We want to make sure we've caught everyone."

Olson also said the public has expressed substantial interest in the homicide.

"We're getting quite a few miscellaneous phone calls," he said.

Please see WALLACE/8

## WALLACE: Detectives use laser technology

FROM 1

"Calls from psychics, you name it."

Olson said all phone tips are being checked out. He encouraged the public to call the Sheriff's Department with information.

"It's always possible that someone saw or heard something that they didn't really consider important at the time," Olson said. "But it might be — it might connect with some other information we have."

Olson said homicide detectives are particularly zealous on child-slaying cases like Autumn's.

"We're really going full-bore on this thing," Olson said. "You're talking about a young, defenseless girl." He said investigators are particularly anxious to nab the killer to "put people's minds at ease" in the neighborhood, which Olson said is relatively crime-free.

Olson said there is nothing to indicate the death of Autumn is connected with a similar unsolved slaying within the sheriff's jurisdiction.

In June 1988 a 13-year-old Tustin boy was stabbed to death at his home, apparently after surprising an intruder.

"There are similarities," Olson said. "Both were young kids, killed in single-family residences. And both were stabbed."

Autumn's body was found by her mother, Linda, Friday evening, face down on the bathroom floor in a pool of blood. Investigators say she apparently was stabbed by an intruder who took several items from the home.

Olson said that although there was a gang-style shooting in March near Autumn's school, Dr. Jonas E. Salk Elementary School on South Gilbert Street, about four blocks west of her house, "we haven't found anything gang-related (in the homicide.)"

On Monday, flags at Autumn's school flew at half-staff.

Meanwhile, neighbors on Hedlund Drive watched their children carefully and said families were still in shock.

"I just sent my son to get a new security screen door," said Donna Walker, who lives next to the Wallace home. "I have a 5-year-old granddaughter and I won't let her in the back yard."

Walker said she has lived on Hedlund Drive for 15 years and can't recall any problems.

Kathy Decker said residents were talking about organizing a neighborhood watch.

She said her parents have owned their home for 35 years and can only remember two other times when homes have been burglarized.

"I don't worry about my property," Dung Nguyen said. "I worry about my four children."

He said Autumn played with his daughter.

"Everyone is friendly in the neighborhood," Nguyen said. "We don't want anything happening to another child."

A group called Anaheim Citizens Against Violent Crime is offering an $8,000 reward for the arrest and conviction of the girl's killer or killers.

Fred Brown, trustee of the group's reward fund, also said confidential tips about the case may be called into the group's hotline at 999-9410. The information then will be passed on to police.

Brown also said donations may be made to the reward fund in care of Wells Fargo Bank, PO Box 629, Anaheim 92805. Checks should be mailed to the attention of B. Mangione.

Register staff writer Jeffrey Brody contributed to this report.

# 300 say goodbye to slain girl

## 9-year-old remembered as energetic, charming

By Shawn Pogatchnik
The Orange County Register  6-24-90



More than 300 people gathered Saturday to say goodbye to slain 9-year-old Autumn Wallace of Anaheim, many bursting into tears as they filed past the open, white casket in which the little girl held her favorite teddy bear.

A funeral procession of 50 vehicles filling two lanes made the five-mile pilgrimage from Magnolia Baptist Church in Anaheim to Forest Lawn Memorial Park in Cypress.

"It was a beautiful service. This was a rough day, a horrible week, but all this love from p___le helps, it r___y does," said L___a Wallace, Autumn's mother, between hugs, kisses and whispered reassurances from a long line of well-wishers.

> **"The prayers, support and caring of so many people, the whole community really ... that's the only thing that's keeping me together now."**
> **Linda Wallace**
> Autumn's mother

"The prayers, support and caring of so many people, the whole community really ... that's the only thing that's keeping me together now," she said. She was flanked throughout the services by her two daughters, April, 18, and Amber, 23.

Nine days ago, Wallace found her youngest daughter lying in a pool of blood in the bathroom of their ransacked Hedlund Drive home. She had been stabbed to death, apparently by a burglar.

The unsolved killing of an innocent girl shocked the neighborhood.

The overflow crowd of mourners reflected a broad cross section of Anaheim: Autumn's young classmates and their families, teachers from the Jonas Salk Elementary School where Autumn was enrolled, and her mother's co-workers at the Or-

Please see AUTUMN/6

Stephen B. Thornton/The Orange County Reg
Linda Wallace receives a hug Saturday after services for her daughter, Autumn.

000604

EX 41    582



Stephen B. Thornton/The Orange County Register

## AUTUMN: Mother of slain grade-school girl thanks community for its prayers and support

FROM 1

ange County Courthouse.

All came together to show their common love of the slain youngster, who was described in testimonials as an all-around American girl — talented, polite, smart, energetic and charming.

Some read poems; Autumn's former day-school teacher sang. The father of one of Autumn's classmates, John Laviano, suggested from the church's choir loft, "God must have really needed her."

"She was a spark of life. Someone like Autumn brings a lot of joy to a family. I'm sure they'll miss that," said the Rev. Michael Bradaric, who led the services. He had gotten to know the Wallaces three years ago while overseeing the funeral of Autumn's father, who died of cancer.

Security guards were stationed around the church and at the cemetery during the services. The Orange County Sheriff's Department provided a motorcycle escort and plainclothes deputies.

"Why would anybody kill a 9-year-old girl? What threat could she be?" said security agent Walt Zwonitzer. "It's a crazy crime. No arrests were made, and no one knows the who or why of it. That's why we're here."

Many burst into tears after walking up the center aisle and viewing the young girl.

Autumn wore a dress that she had worn for the first time two weeks ago to a family friend's wedding. A recent, framed portrait of her stood atop the casket. A score of baskets bearing pink and white carnations, daisies, chrysanthemums and snapdragons filled the front of the church.

In an earlier eulogy, Autumn's grade-school teacher, Joan Drevlow, praised "the character of this unrepeatable gift of God... I was so blessed to know her."

She read some of the girl's traits and favorite pastimes, as noted by classmates: her love of tetherball and tag, her proficiency at math and music, the distinction that "she never, never tattled."

Drevlow then sounded a theme of Christian reassurance emphasized during the ceremony:

"The place where Autumn lives has changed. She doesn't live here anymore," she said, adding: "Autumn has reached her destination. I know she likes it up there."

> **Autumn has reached her destination. I know she likes it up there.**
> Joan Drevlow
> Autumn's teacher

A box filled with Autumn Wallace's school mementos sits beside the podium at Magnolia Baptist Church, where memorial services were held Saturday. Autumn's classmates built and inscribed the box, then presented it to Linda Wallace.

## Funeral services Saturday for girl slain in Anaheim

6-21-90

*The Orange County Register*

Funeral services will be held Saturday for 9-year-old Autumn Wallace, stabbed to death last week at her Anaheim home.

Services will be held at 1:30 p.m. at Magnolia Baptist Church, 720 S. Magnolia Ave., Anaheim. Interment will follow at Forest Lawn Memorial Park, Cypress.

A viewing is scheduled from 2 to 9 p.m. Friday at Forest Lawn, 4471 Lincoln Ave., Cypress.

Autumn is survived by her mother, Linda; sisters, Amber and April; grandparents, Jackie and Roland Montandon and Bonnie Wallace; and nephews, Stevie, Brett and Joey.

The investigation is continuing, Orange County Sheriff's Department Lt. Richard Olson said Wednesday. No arrests have been made.

A memorial fund to defray funeral costs and other expenses has been established by neighbors at the Lincoln-Brookhurst branch of Wells Fargo Bank in Anaheim. Contributions should be mailed to the Autumn Wallace Memorial Fund through Wells Fargo Bank, 2231 W. Lincoln Ave., Anaheim 92804.

Students and faculty at Autumn's school, Jonas Salk Elementary, are collecting money, as are co-workers of her mother, Linda Wallace, who works as a probate clerk at the Orange County courthouse.

An Anaheim group has offered an $8,000 reward for arrest and conviction of the girl's killer.

■ ■ ■

6-21-90

### Orange County: A decade of change
A comparison of growth from 1980 to 1989

|  | 1980 | 1989 |
|---|---|---|
| Housing units | 709,562 | 881,700 |
| Population | 1,921,500 | 2,337,100 |
| Jobs | 824,200 | 1,275,400 |
| Unincorporated area | 414 sq. miles | 368 sq. miles * |
| Median age | 29.5 years | 32.8 years |
| Office space | 14.9 million sq. ft. | 52.3 million sq. ft. |
| Daily jail population | 1,347 | 4,430 |
| Average speed on busiest I-5 section | 32 mph | 25 mph |
| People per square mile | 2,443 | 2,901 |

Cost of living increased 50 percent over the decade
* Does not include Laguna Niguel

Source: Orange County Administrative Office; Newport Economics Group

*The Orange County Register*

■ ■ ■

327

000606

.09000

# Mourning for a friend

Rick Rickman/The [illegible] County Register

Teacher Joan Dre[illegible] ll, sheds a tear as classmates of Autumn Wallace pa[illegible] e in a memorial service Thursday at Jonas Salk Elementary Sc[illegible] in Anaheim. Autumn's principal, teacher and friends recal[illegible] the slain 9 year old for hundreds of students and teachers at the service. Teachers [illegible]

# Slain 9-year-old's classmates observe memorial at school

6-22-90

By Melissa Balmain Weiner
The Orange County Register

ANAHEIM — The morning was cool and bright on the playground of Dr. Jonas E. Salk Elementary School — perfect weather for sliding and swinging and whooping with abandon.

But the slide stood bare and the swings hung still.

On the first day of summer, the children were remembering Autumn.

Autumn Wallace, 9, was stabbed to death June 15 while she was home alone after school, possibly by a burglar.

"Autumn's favorite games were tetherball and tag," said Brooke Jones, 9.

Jones and five of her schoolmates held cardboard signs, each bearing a letter of Autumn's name. The girls took turns describing their friend to Autumn's family and hundreds of students and teachers who sat on the grass before them.

"Autumn always smiled. That's why she made friends," said Elaine Thompson, 9, who used to sit beside Autumn in Room 4.

"Autumn had a unique sense of humor," said Tracy Nolazco, 8.

Autumn was kind and gentle, her friends said. She liked music and math, was never mean and didn't tattle.

Autumn's principal and teacher spoke solemnly of their loss.

"This is different, unique, to a school to be experiencing this," principal Dan Copple said. "But these feelings we have, it's important to share together."

"She reminds us of the beautiful season she was named after," said third-grade teacher Joan Drevlow. "Her hair was gold and her eyes were brown. ... She doesn't live here any longer, but she lives on in our hearts."

Her memory also will live on in a mulberry tree. Three of Autumn's friends shoveled dirt onto its young roots after teachers had planted it in the schoolyard turf.

"As the light shines through this tree and the trees around it, we will see the colors of gold and brown, and we will think of Autumn because those were her colors," Drevlow said.

Copple urged the children to protect the tree.

"We hope it will grow as big and strong as the tree right over there," he said, pointing to a tall, sturdy shade tree.

After the ceremony, several children and teachers consoled Autumn's mother, Linda, and sister, Amber. Autumn's class gave them a pink box filled with her things and covered with the scrawlings of her classmates.

"Your great," read one of the inscriptions. "I miss you, Autumn. Senserly, Joshua." "Your a cool dude."

"We have a book in class to write (in) about Autumn whenever we feel sad," said Mandy Haeberle, 9.

She was one of about 24 children who clung together after the ceremony, crying, oblivious to others who were turning the playground into a blur of color and noise.

If Autumn were still with them, her friends said, she might be skipping rope or swinging.

## Police plan more forensic work at girl's home

The Orange County Register

As of Thursday morning, more than 600 people had been contacted by detectives working the Autumn Wallace case, Orange County sheriff's Lt. Richard Olson said.

That includes people who telephoned the police with tips.

Now, Olson said, more forensic work is planned at the Wallaces' house on Hedlund Drive. Fumes from a type of glue will be released and the house will be sealed in hopes of finding fingerprints.

Criminalists then will use potent lasers in an effort to find physical evidence.

Autumn's funeral is Saturday at 1:30 p.m. at Magnolia Baptist Church, 720 S. Magnolia Ave., Anaheim. Interment will follow at Forest Lawn Memorial Park, 4471 Lincoln Avenue, Cypress.

A viewing is scheduled for today at 2 p.m. at Forest Lawn.

2
mm

329

000608

EX 41   586

# Warm Remembrances of Slain Girl, 9

■ **Crime:** Family, friends and playmates recall Autumn Wallace as bright, fun-loving and considerate. The child was apparently killed during a burglary at her home.

By CARLA RIVERA  6-24-90
TIMES STAFF WRITER

ANAHEIM—Friends, family and classmates of Autumn Wallace, a 9-year-old slain during an apparent burglary, remembered her Saturday as a bright, outgoing little girl who evoked laughter and warmth from all who knew her.

"Sometimes there are people like that who are so special that they teach us about life," the Rev. Michael Bradaric told nearly 200 people who gathered for the funeral at Magnolia Baptist Church. "Autumn was one of those special people."

The little girl was stabbed to death June 15 at her home on Hedlund Drive in an unincorporated area between Stanton and Anaheim, north of Katella Avenue. Police believe she was killed during a burglary committed while she was alone in the house.

Autumn's 18-year-old sister, April, said she arrived home from work and noticed several things missing from the house, including a television, videotape recorder and mirror. Frightened, she went across the street to a neighbor's house until her mother, Linda Wallace, returned home from work.

Linda Wallace found Autumn's body in a back bathroom.

No arrests have been made so far.

Residents in the quiet, residential community expressed shock and many said they wondered how a playful little girl could be struck down by such a senseless and random act.

It is a question always asked when such a young life is taken, Bradaric said.

"There isn't any way our question will ever be answered," he said. "It's simply not possible. The sacred things of God are secret and too high for us. There are some things God does that we don't understand and this is one of them."

From aisles festooned with pink and white balloons and dozens of pink and white roses, carnations and lilies of the valley, those who knew Autumn Wallace rose to share their memories.

"I worked with her mother and Autumn came in and would always be laughing," Sally White said. "She would come and play with the typewriter and play office. We enjoyed having her here every day."

One classmate said she liked to play tetherball with

Please see AUTUMN, B16



LACY ATKINS  Los Angeles Times
Roy Wallace comforts sister-in-law Linda Wallace at the funeral of her 9-year-old daughter, Autumn.

Continued from B2

Autumn because she was never angry and didn't brag about winning.

Autumn was mature for her age: a straight "A" student at Dr. Jonas Salk Elementary School who loved to play basketball, Nintendo and other computer games. She loved going to Chuck E. Cheese for its array of video games, although she hated pizza, her friends said.

After the half-hour service, mourners filed slowly past the white, open casket in which Autumn clutched her favorite teddy bear. But many tendered a smile rather than tears.

"This is an occasion to remind us how important it is to value the lives of our children," Bradaric said. "Sometimes they are remembered as a responsibility or a burden, but we need to remember they are a precious gift God has given us."

Autumn Wallace was later buried at Forest Lawn Cemetery in Cypress. An Anaheim group, the Anaheim Citizens Against Violent Crime Reward Trust, is offering an $1,000 reward for information leading to the arrest and conviction of the killer of Autumn Wallace.

A memorial fund has been established in her name at the Wells Fargo Bank, P.O. Box 629, Anaheim 92805, attention B. Mangione.

330

000609

EX 41    587

# THE ORANGE COUNTY Register

JUNE 29, 1990

# Arrest made in slaying of Autumn Wallace

By Robert Chow and Steve Eddy
The Orange County Register

ANAHEIM — An 18-year-old woman described as a family friend has been arrested in connection with the June 15 murder of 9-year-old Autumn Wallace.

Orange County sheriff's officials also announced Thursday that two men are wanted for questioning in the slaying.

Sheriff Lt. Richard Olson said Maria Del Rosio Alfaro of Anaheim, who has four aliases, was taken into custody Tuesday after investigators found her fingerprints at the crime scene and obtained a warrant for her arrest.

Autumn was stabbed to death at her home during what police believe was a burglary.

"If it weren't for the Cal-ID automated fingerprint system, we still wouldn't have a suspect," Olson said.

The system uses computers to match prints found at crime scenes with those of former inmates.

Alfaro has been charged with murder and burglary and is being held in the Orange County Jail without bail.

Linda Wallace returned home June 15 to find her daughter lying face down in a pool of blood in the back of the house. She had been stabbed numerous times.

Some household items also were missing, including the family's television, VCR, electric typewriter and telephone. The murder shocked the quiet neighborhood. Residents said it previously had been virtually crime-free.

Olson said investigators are looking for two unidentified men and a golden-brown, 1978-1979 Chevrolet Monte Carlo, which witnesses saw parked in the driveway of the Wallace home the day Autumn was murdered.

Authorities released a sketch of a man witnesses saw playing with an 18- to 24-month-old child on the Wallace's front lawn that day.

The other man was not described, except that he was seen bending over the open trunk of the Monte Carlo, and was wearing a white short-sleeved shirt.

Investigators do not know what the men's relationship was, if any, to Alfaro.

"We'd like to identify those individuals and we'd like to question them," Olson said.

Walt Zwontizer, a Long Beach-based private investigator working for Clark International Investigations, said Alfaro is an acquaintance of Autumn's older sister, April, 18. Zwontizer, hired by the Wallace family, said April Wallace

Please see MURDER/18

 

Maria Del Rosio Alfaro, right, was arrested and charged with murder and burglary and is being held in the Orange County Jail without bail. Police are also searching for two unidentified men, one depicted in the police sketch at left.

000610

# Anaheim Bulletin

## Death penalty sought for Autumn's murder

**Andrew Silva**
*Anaheim Bulletin*  6-29-90

SANTA ANA — Prosecutor Bernadette Cemore intends to file special circumstances charges, which could lead to the death penalty, against an 18-year-old Anaheim woman who was to be arraigned today for the June 15 murder of 9-year-old Autumn Wallace.

Maria Del Rosio Alfaro is being held without bail for the third-grader's stabbing death and the burglary of her home in Orange County territory between Anaheim and Stanton.

Orange County Central Municipal Court Judge Robert E. Thomas today appointed a public defender to represent Alfaro when she is arraigned July 16.

Alfaro, also known as "Rosie" Alfaro, Rosemary Gonzalez and Rosie Gonzalez, was arrested Wednesday afternoon in Anaheim near Jeffrey and Audre drives. She was described by Orange County Sheriff's Lt. Richard Olson as a family friend who had been to the Wallace home.

Alfaro's fingerprints, obtained with special chemicals and a laser and identified through the Cal-I.D. automated fingerprint-



A.T. Templeton *Anaheim Bulletin*
Maria Alfaro in court today.

ing system, link her to the crime, police said.

Two men are sought for questioning about the murder.

One is described as a male Hispanic, 27 to 32 years old, average height and build, with thick black hair combed straight back, a full bushy mustache, brown eyes, possibly a small scar on the left cheek, acne scars and hairy forearms. He was seen on the front lawn of the Wallace house playing with a male Hispanic child, about 18 to 24 months old.

The other is described only as a male, possibly Hispanic, with brown hair.

The men were seen in front of the Wallace house on the afternoon the girl was murdered. A golden brown 1978 or 1979 Chev-

**Please see AUTUMN/A3**

*From A1*

rolet Monte Carlo was backed into the Wallaces' driveway. The paint may be starting to oxidize and it may have a tan spot on it, perhaps primer paint or part of a vinyl roof.

Several items were missing from the house and the sheriff's department is asking that anyone who purchased any items matching the stolen goods from a swap meet or elsewhere notify the office.

The missing items include an Akai videocassette recorder, a 13-inch Portland color television, a Soundesign AM FM electronic clock radio with cassette player, two Northwestern Bell telephones, a Sears makeup mirror, a Nintendo video game with three games and an electronic gun, a Sharp printing calculator and a Black and Decker iron

**ORANGE COUNTY**

# Los Angeles Times

FRIDAY, JUNE 29, 1990

## Family Friend Held in Slaying of Anaheim Girl

By MATT LAIT
TIMES STAFF WRITER  6-29-90

ANAHEIM—An 18-year-old Anaheim woman who occasionally visited the house where 9-year-old Autumn Wallace was found stabbed to death has been arrested on suspicion of murder and burglary, and police are looking for two other suspects in the case, authorities said Thursday.

A fingerprint found inside the family's home was the "key factor" that led to the arrest of Maria del Rosio Alfaro in connection with the June 15 slaying of the youngster at her home, Sheriff's Lt. Richard J. Olson said.

Olson said investigators were also looking for two men, but he
Please see AUTUMN, A22

334

000612

Continued from A1

declined to describe their relationship to Alfaro.

Autumn, a popular student at Dr. Jonas E. Salk Elementary School, was found face down in a pool of blood in the back of her Hedlund Drive home in an unincorporated area between Stanton and Anaheim.

At the time of the slaying, she apparently had been at home alone, waiting for her mother and sister to return from work, authorities said.

For two weeks, investigators searched for leads in the slaying that stunned the normally quiet neighborhood where the Wallace family lived, talking to residents and combing through the house with sophisticated forensic equipment, including a fingerprint detection device that uses laser technology.

Olson said it was a fingerprint that led investigators to Alfaro.

"Without the [automated fingerprint identification system] we'd still be at rock bottom," Olson said. "We wouldn't have a suspect in jail."

Alfaro, who Olson said has used at least four other aliases, was taken into custody at 1:15 p.m. Wednesday in the front yard of a home at the corner of Jeffrey and Audre drives near Disneyland. She was questioned by detectives and at 2 a.m. Thursday was booked into Orange County Jail, where she is being held without bail.

Alfaro was scheduled to be arraigned today.

While Olson would reveal little about Alfaro's background, Autumn's aunt said that Alfaro met Autumn's 18-year-old sister, April, in high school.

"It's too bizarre," said Joyce Wallace, the aunt. "I know this type of thing happens because I work in the courthouse and I've seen it, but it's just really hard to believe. . . . It's sad. It's really sad."

Joyce Wallace said she spoke briefly with Linda Wallace, Autumn's mother, following Alfaro's arrest.

"She's kind of relieved that someone got caught," she said, but was "a little disbelieving that it was somebody that they knew."

Olson said investigators had speculated that Autumn may have willingly let her would-be attacker inside because "there were no signs of forced entry."

According to Olson, the suspect was "well known to the family and had been at the victim's house on prior occasions." Autumn lived with her sister and 41-year-old mother, who works as a clerk at the Orange County Courthouse. Her father died three years ago of cancer.

Investigators declined to comment on what they believe led to Autumn's death, or if Alfaro was suspected of being the person who actually killed the young girl, who died of a loss of blood due to multiple stab wounds.

The investigation, Olson said, revealed that two men were seen in front of the Wallace house near a gold, late-1970s model Chevrolet Monte Carlo on the afternoon of Autumn's death. One of the suspects "was seen bending over and leaning into the open trunk of the vehicle," Olson said.

"Right now we don't know what involvement they had," he said. "They were in front of the house, so we're desirous in finding out what they were doing there."

One of the suspects was described as a male Latino about 27 to 32 years old, of average height and weight, with thick, full black hair combed straight back and full, bushy mustache. He has brown eyes, possibly a small scar on the left cheek, acne scars and hairy forearms. Investigators said the man was seen in the Wallace's front yard playing with a young Latino boy, about 18 to 24 months old, on the afternoon of the slaying.

The other suspect was described only as male, possibly Latino, with brown hair.

Autumn's body was found by her mother after her sister, April, had come home to find the house had been burglarized. Police said a videocassette recorder, a television, a clock radio, iron, two telephones, a calculator and a Nintendo video game set were among the items stolen.

"It is very possible that some of this property may have been sold at swap meets or to citizens on the street," Olson said.

Neighbors said Thursday that they were relieved that a suspect had been arrested.

Donna Walker, who lives next door to the Wallaces, said she had been "on edge. We were hoping they would catch whoever did it."

Nonetheless, some residents remained concerned that police were looking for two more suspects. "It's good they arrested her, but I know that there are at least two more to go," said Jeff Mata, another neighbor.

"It will be a relief to get them all," said Mata's girlfriend, Ursula Schaefer.




Deputies arrested Maria del Rosio Alfaro, acquaintance of slain girl's older sister, and released sketch of a suspect seen in front of home.

*Times correspondent Gregg Hernandez contributed to this report.*



ANAHEIM TIMES 6-30-90

## New Court Date Set for Murder Suspect

The arraignment of an 18-year-old Anaheim woman charged with the murder of 9-year-old Autumn Wallace was continued Friday, and the public defender said he may ask for a change of venue.

Maria del Rosio Alfaro is charged with first-degree murder in connection with the June 15 slaying of Autumn, who was found stabbed to death in her home. Police said Alfaro was an acquaintance of the slain girl's older sister, April, and had visited the home on several occasions.

"She appears young and frightened by the situation," Stephen J. Biskar, deputy public defender, said after the hearing at Central Municipal Court in Santa Ana. "They're going to go for the death penalty. In a case like this, because of the local outcry, there may be a change of venue. But I won't know that until I've had the opportunity to thoroughly review the case."

Authorities said a fingerprint found inside the family's home was the key factor leading to Alfaro's arrest. Alfaro, also charged with burglary and robbery, was picked up for questioning Wednesday before being booked into the Orange County Jail early Thursday. She is being held without bail.

Police also are searching for two men who were seen in front of the Wallace house near a gold, late-1970s-model Chevrolet Monte Carlo on the afternoon of Autumn's death. Biskar said he expects police to arrest the other two suspects within the next week. "They have enough leads," he said.

Autumn lived with her mother and sister in an unincorporated area between Stanton and Anaheim. A popular student at Dr. Jonas E. Salk Elementary School, Autumn was apparently home alone at the time of the slaying, waiting for her mother to return from work. She was found face-down in a pool of blood.

Investigators have speculated that the girl let her attackers in willingly because they found no sign of forced entry. Authorities declined to say whether Alfaro is believed to be the person who actually killed the girl, who died of a loss of blood from multiple stab wounds.

The next court date is set for July 16 before Municipal Judge Robert E. Thomas. —ROBERT E. PIERRE

000614

336

EX 41   592