NEWS BRIEFS

6-29-90

## Six-day fiesta opens today

FOUNTAIN VALLEY — The eighth annual Fourth of July Fiesta begins today at Mile Square Park. Billed as a Summer Sizzling Spectacular, the Fiesta is a six-day event that finishes up with a bang on the Fourth of July.

Organizers estimate 60,000 people will attend the event.

Friday will feature the entertainment of Debbie McClendon, JC and the Boyz, Crystal Lewis and Undercover.

Saturday is the day for the Baby Contest, Miss Sensuous Ribs Contest, Spelling Bee and Rib Cook-off along with entertainment by Midnight Country, Ladies of Supremes, Tony Rosini and Undercover.

On Sunday, the major events will be the Miss Chili Pepper Contest, the senior King and Queen Contest and the Chili Cook-off Awards.

The best is saved for last with a special appearance by rock star Joe Walsh and KLOS radio personality Joe Benson on Wednesday the Fourth.

Walsh, who has played with The James Gang and The Eagles, will start his concert at 7:45 p.m., finishing up just in time for the firework and laser display starting at 9 p.m.

The Fiesta is sponsored in part by the Chamber of Commerce, Connell Chevrolet, Coors Beer, The Pennysaver, the city of Fountain Valley, Fountain Valley Regional Hospital and the Concerned Citizens of Fountain Valley.

## Lake View principal named

HUNTINGTON BEACH — Sandra L. DeYoung, longtime employee in the Ocean View School District, has been appointed principal of Lake View School, district officials announced Thursday.

DeYoung, who served as administrative assistant at Vista View School for the past five years and district teacher for 14 years, is filling the post after the departure of principal Diane Hobbensiefken. Hobbensiefken left for a principal's position in Vista.

DeYoung is a graduate of UC Santa Barbara and the U.S. International University, where she received her master's degree.

## $250,000 pledged to center

IRVINE — Marjorie Shea of Newport Beach, a retired Huntington Beach and Newport Beach teacher, has pledged $250,000 to support programs at the upcoming UCI Clinical Cancer Center at UCI Medical Center.

The $6,000-square-foot center is scheduled to open in the fall of 1991, and will be the first university facility exclusively dedicated to cancer research, treatment and prevention.

Shea made the pledge in memory of her husband, who died of cancer in 1989.

## Teen held in girl's death

ANAHEIM — A teen-ager who was a frequent visitor to the Anaheim home where a 9-year-old girl was found stabbed to death last week was arrested Wednesday on suspicion of murder.

Maria Del Rosio Alfaro, 18, was taken into custody at 2 a.m. by Orange County Sheriff's Department investigators in connection with the June 15 killing of Autumn Wallace, said sheriff's spokesman Lt. Dick Olson. Alfaro was spotted in a yard of an Anaheim home, he added.

"Alfaro was identified through the Cal-ID automated fingerprint system," Olson said. "She is well known to family members and has been at the house on prior occasions."

The child, whose body was discovered by her mother in a back bathroom of the family's home, died of numerous stab wounds.

Investigators were still looking for two other suspects, both described as male Hispanics, Olson said.

*—From the staff and wire reports*

337

000615



INSIDE

6-30-90

**Suspect in slaying:** Maria Del Rosio Alfaro, 18, held in the stabbing death of 9-year-old Autumn Wallace, appears in court Friday **2**

**Arraignment delayed:** An **Anaheim** woman charged with murder and burglary in connection with the stabbing death of 9-year-old Autumn Wallace appeared in court Friday, but her arraignment was postponed until Monday to give her time to hire an attorney.

Maria Del Rosio Alfaro, 18, who was handcuffed during her brief appearance in **Santa Ana** Municipal Court, is being held in the **Orange County** Jail without bail.

Autumn was stabbed to death June 15 at her home during what police believe was a burglary.

Investigators said Alfaro was linked to the crime by fingerprints found at the scene. Walt Zwontizer, a **Long Beach**-based private investigator working for Clark International Investigations, said Alfaro is an acquaintance of Autumn's older sister, April. Zwontizer, hired by the Wallace family, said April Wallace had nothing to do with the crime.

The Orange County Sheriff's Department said two men are still wanted for questioning in connection with the slaying.

# Suspect Turns Key Witness in Girl's Death

By DAVAN MAHARAJ
TIMES STAFF WRITER 7-4-90

ANAHEIM—A man who was identified as a suspect in the slaying of 9-year-old Autumn Wallace has contacted police and is now a witness in the murder case, sheriff's officials announced Tuesday.

Sheriff's Lt. Richard J. Olson identified the man only as a 35-year-old resident of Anaheim.

Autumn, a popular pupil at Dr. Jonas E. Salk Elementary School, was found face down in a pool of blood in a bathroom of her Hedlund Drive home in an unincorporated area between Stanton and Anaheim. Sheriff's investigators said she had been stabbed numerous times.

Last week, authorities charged Maria del Rosio Alfaro, 18, of Anaheim with the June 15 slaying. At the same time, they released a composite of a man who was seen with a male companion in front of the Wallace house on the afternoon of the girl's death. According to investigators, neighbors saw the man playing with a Latino child in the Wallace front yard.

Olson said the man depicted in the composite drawing contacted Anaheim police Monday night to report that he was one of the men seen at the Wallace residence.

After meeting with police, the man agreed to be questioned by sheriff's investigators who now consider him an important witness in the murder case, Olson said.

"He was a suspect until such time as we found out what he was doing [in front of the house]," Olson said. "[Now] he is strictly a witness to us."

He declined to elaborate.

Olson said investigators are still looking for the second man and for a gold 1970s-model Chevrolet Monte Carlo seen parked in front of the Wallace house on the day of the slaying.

Walt Zwonitzer, a private investigator with Clarke International Investigations, said an arrest of a "primary suspect" is imminent. The Long Beach firm has been hired by the Wallace family to investigate the crime.

"When everything is known, the brutality of this crime will be shocking," Zwonitzer said.

339

000061

# Witness sought in girl's slaying turns himself in

By Steve Eddy 7-4-90
The Orange County Register

ANAHEIM — The second major break in a week was reported Tuesday in the slaying of 9-year-old Autumn Wallace.

A man wanted for questioning in connection with the June 15 stabbing has turned himself in, and is considered a key witness in the case.

"We feel this is a significant step forward," Orange County sheriff's Lt. Richard Olson said.

Olson said the 35-year-old Anaheim man, whose name was withheld, walked into Anaheim police headquarters Monday at 9:30 p.m. to say he was the person whose police-artist likeness had appeared in the media last week.

"He has not been arrested on any charges connected with the case," Olson said.

He is the man seen playing with a young child on the lawn of the Wallace home on Hedlund Drive on the afternoon Autumn was found dead of multiple stab wounds. The Jonas Salk Elementary School student's body was found at home by her mother, Linda.

Another man, also seen at the home on the day of the slaying, still is being sought, as is a golden brown 1978 or 1979 Chevrolet Monte Carlo two-door coupe.

A number of items were taken from the home, including a VCR, 13-inch portable television, electric typewriter, clock radio, two telephones and a Nintendo video game.

Investigators are asking anyone who may have purchased those items on the street or at a swap meet to call 647-7000.

Maria Del Rosio Alfaro, 18, an acquaintance of Autumn's older sister, was arrested June 26 on suspicion of killing Autumn. She faces arraignment July 16 in Orange County Central Municipal Court in Santa Ana.

## Man questioned in slaying, released

NEWS BRIEFS 7-4-90

SANTA ANA — An Anaheim man spotted outside the home of a 9-year-old girl the day she was murdered has been questioned and released, authorities said Tuesday.

The unnamed 35-year-old turned himself into Anaheim Police authorities Monday night. They then contacted Orange County Sheriff's Department investigators, said Lt. Dick Olson.

"On Monday evening... a male Hispanic called the Anaheim Police Department to report that he was the individual who was at the residence and was wanted for questioning," Olson said in a prepared release. "After being interviewed by investigators, the individual is at this time considered to be a witness in the Autumn Wallace murder case."

A teen-age girl was arrested last week on suspicion of murdering Autumn Wallace, who was found lying in a pool of blood June 15 by her mother at the family's Anaheim home.

Pathologists later determined the girl had died of numerous stab wounds.

Maria Del Rosio Alfaro, 18, is facing murder and robbery charges.

At the time of Alfaro's arrest, sheriff's investigators released a composite drawing of one of two men seen outside the house the day of the murder.

Olson said the other man who was seen at the home, described only as having dark brown hair, is still being sought.

340

000618

**ANAHEIM**

# 600 Interviewed for Clues to Girl's Killing

Sheriff's investigators say they have interviewed more than 600 people and expect to talk to dozens more as they attempt to solve the gruesome slaying of a 9-year-old girl.

The Sheriff's Department has set up a command post outside the Hudlund Drive home where Autumn Wallace was slain. Investigators on Thursday continued to scour the house for clues, Lt. Richard J. Olson said.

Autumn's body was found in her bathtub last Friday by her mother, Linda Wallace, 42.

Investigators believe that Autumn was killed when one or more intruders broke into the Wallace home while the girl was alone. She was last seen by neighbors playing in front of her home in an unincorporated area between Stanton and Anaheim.

Autumn's 18-year-old sister, April, said she arrived home from work and noticed that several items were missing from the house, including a TV, videotape recorder, microwave oven and mirror.

Frightened, April went across the street to a neighbor's house and asked whether anyone had seen anything unusual. About 20 minutes later, Linda Wallace returned home and found her daughter's body in the back bathroom.

Since the slaying, the family has not been allowed back into the house because of the continuing investigation. The Wallaces have been staying with friends.

Olson said investigators are using a laser-detection system that seeks out fingerprints and clothing fibers that would otherwise be undetectable.

"How it works is that they spray something like super glue in the rooms. When the fumes set, they go in with laser lights to see what they come up with," Olson said.

—DAVAN MAHARAJ

341

000619

is.
ut
ay
u

si-
g,
ss
h-
e-
n-

re
id
fe
le
te
to

October 1989 after residents lobbied for two years for improved police and city services. Eight months later, residents say housing problems persist and crime is returning.

The Orange County Register

110

pacific clippings
post office box 11789
santa ana, calif. 92711

THE ORANGE COUNTY REGISTER
Daily AUG 07 1990

# Woman, 18, pleads innocent in slaying of Anaheim girl, 9

742

By Jeff Collins
The Orange County Register

An 18-year-old Anaheim woman pleaded innocent Monday to capital murder charges stemming from the June 15 stabbing of Autumn Wallace at the 9-year-old's home.

Maria del Rosio Alfaro, a friend of Autumn's 18-year-old sister, could become one of the youngest women ever condemned to California's death row if convicted. She is charged with murder, robbery and burglary.

Only one woman, Cynthia Lynn Coffman, 28, is among the 285 condemned inmates in California, state prison officials said. Four women have been executed by the state.

"I can't remember the last time an 18-year-old girl in California was given the death penalty," said Alfaro's attorney, William Monroe.

Orange County Municipal Court Judge Gary Ryan scheduled a Sept. 28 preliminary hearing.

Autumn, a popular third-grader at Dr. Jonas Salk Elementary School, was stabbed more than 50 times in a back bathroom of the Hedlund Drive home she shared with her mother, Linda Wallace, and her sister, April. A television, video games, a VCR and clothes were reported missing.

Alfaro's fingerprint and shoe print were found in the bathroom, according to court records. Alfaro was arrested June 26.

A death sentence is possible because the killing was committed in the course of a burglary and robbery.

One of two men believed to have accompanied Alfaro to the Wallace house still is being sought. The other man was questioned and released after authorities determined that he was not involved in the slaying, said Deputy District Attorney Bernadette Cemore.

California has not executed a woman since 1962, when Elizabeth "Ma" Duncan was sent to the gas chamber for hiring two men to kill her pregnant daughter-in-law.

The other women executed in California's gas chamber were Ethel Spinelli in 1941, Louise Peete in 1947 and Barbara Graham in 1955.

santa ana, calif. 92711

ANAHEIM BULLETIN
DAILY AUG 07 1990

# Family friend pleads innocent in stabbing death of 9-year-old

742

Anaheim Bulletin

ANAHEIM — The woman accused of murdering 9-year-old Autumn Wallace pleaded innocent Monday in Orange County Superior Court.

Maria Del Rosio Alfaro, 18, could face the death penalty if convicted of the stabbing death of the popular third-grader as she waited for her mother to come home from work June 15 in an unincorporated area of Orange County near Anaheim.

Alfaro, who was a friend of Autumn Wallace's older sister, was placed at the crime scene through a sophisticated laser fingerprinting technique.

Investigators believe the girl was killed during a burglary. A videocassette recorder, a television, a video game system and other items were missing from the house.

Two men were seen at the house the day of the murder and one is still at large. The other man turned himself in to sheriff's investigators and now is considered a witness in the case.

A preliminary hearing is scheduled for Sept. 28.

000621

AUG 1 1990

# Traffic experts ask for ideas

## Newport Beach seeks to cope with peninsula crowds

By [illegible]
The Orange County Register

NEWPORT BEACH — There's a black-and-white photograph in the Arches Restaurant that illustrates a problem that has stymied public officials and plagued Balboa Peninsula residents and businesses each summer for decades.

Rows of Model T's are bumper-to-bumper in the 60-year-old photo, which shows part of the five-mile passageway from Pacific Coast Highway to the Wedge.

"People jammed in here then, they jam in here now and they'll jam in here every summer as long as there's sunshine," said restaurant manager Gil Fernandez, 64, a city staple since 1950.

"Some things, like summer traffic and crowds on Balboa Peninsula, will never change no matter how much money they spend," he said.

Fernandez' notion of accepting the many cars and too few places to park on a spit of land with Newport Harbor on one side and the ocean on the other hasn't stopped the city from spending more than $[illegible] on studies and consultants in the past 15 years to address the problem.

That mission continues at 7 p.m. today in City Hall when the first of several public workshops kicks off another $[illegible] peninsula traffic study.

This time around there's a new spin to the old problem. Business owners and residents are being asked for ways to resolve their woes.

City traffic engineers, planners and even the people in charge of the study agree that the meetings won't resolve any issues but will make people feel better just by becoming involved.

"I'm not terribly optimistic about finding a resolution. There are no quick fixes," said Rich Edmonston, the city's traffic engineer. "Nothing so far we've come up with has worked. We can't pave over the beach, but people in the community need to be heard. I think opportunities like this improve communication."

Even though attempts to establish a trolley to shuttle tourists up and down the peninsula from Pacific Coast Highway failed a few years ago, a new ad hoc committee is again studying that idea, he said.

The city also will launch a study of parking conditions but even that's not likely to dissuade anyone from looking for a space.

"I've seen every lot and some filled and every no-parking place taken and still people look for spaces," he said. "With that kind of demand we're probably never going to resolve this problem."

There are some untapped suggestions. For example, seven-year Bayfront resident Judy Barnes would like to see the Catalina Island tour boat and charter fishing operators provide parking for its customers.

Creating more parking spaces or widening roads helps in non-peak periods but during the summer and holiday weekends the demand is almost infinite, said Bob Lenard, the city's advance planning administrator.

Realtor Bill Fuchs, 78, said the answer may lie in a higher power.

"If we can get word to whoever is in charge of the sun we got it made," Fuchs said. "Otherwise, we all have to get in line with the rest of the cars as long as we live and work here."

# Attack in Anaheim leaves 3 injured

By Steve [illegible]
The Orange County Register

ANAHEIM — An unidentified assailant attacked three occupants of a house here early Tuesday, beating the victims — including a 12-year-old girl — with a blunt object.

Orange County Sheriff's Department Lt. Richard Olson said the three were beaten about 12:40 a.m. in a house in the 9500 block of Chanticleer Road.

The victims were identified as Maria Navarro, no age given; her friend, Jose Lopez, also no age; and 12-year-old Lolita Mariscal, Navarro's daughter.

Lopez was in guarded condition at UCI Medical Center in Orange.

Navarro and Mariscal were taken to Humana Hospital in Westminster where Navarro was listed in critical condition and Mariscal was listed in serious, but stable condition.

Olson said a 3-year-old child, who was also in the house, was not injured.

The lieutenant said the girl was awakened by the sound of her mother screaming, and then was struck on the head herself. She then ran outside to summon help from a neighbor.

Police presence in the neighborhood is becoming a familiar one. In June, 9-year-old Autumn Wallace was murdered in a house in the same area. A family acquaintance was arrested and faces a possible death sentence if convicted.

Police said there was no link between the two cases.

"There's no indication that they (the neighbors) have to be worried about some person randomly running around," Olson said.

Nonetheless, neighbors Tuesday said they felt a sickening sense of deja vu.

"It's irritating to think of all this going on," Brenda Yost said. "I have a 12-year-old daughter and she called me this morning, wondering what was going on."

She said that since the Wallace slaying, a dozen homeowners in the area were trying to sell their properties.

LSAT & Law School Information Seminar

Sunday, August 12, 1990 • 9:00 am - 12:3[illegible]

Irvine

WESTERN STATE UNIVERSITY COLLEGE OF LAW

BALD IS NOT FUN

Face it — How often do you hear girls say "Wow, nice looking bald guy!"??? Erase the stigma of hair loss! Do it great and do it once!

HQ has the look that's real! Nobody beats HQ — Nobody even comes close! Not HRC, not Dermatex, not Hair Club, not Edward Kass — NOBODY! Who really counts in hair replacement is your hairline, up-close; and HQ challenges them all to even attempt to pass the HQ super undetectability test!

Go ahead, ask the other guys to show you what their system looks like wet and combed straight back! No contest! HQ wins! We're unbeatable! See the difference, call today!

HQ (714) 939-8700

Hair Replacement Center

We've Got Ideas For Your Kitchen Plans.

SieMatic Kitchen Interior Design

Quality in its finest form priced to fit your budget.

SieMatic of Familian

A CRISIS IN OUR BACKYA[RD]

While most of us continue to prosper, the high cost of housing in our [...] causing many of our neighbors to need immediate help with food, shelt[er] [...] transportation costs. The nonprofit agencies, who depend on our contri[butions] [...] the emergency needs of our neighbors, are being squeezed by up to a [...] requests for help.

The problem has reached crisis proportions — just one nonprofit age[ncy] [...] over 100 requests each day because of insufficient resources. Th[...] organizations are the voices of our hungry and homeless neighbors [...] sending out a cry for help! Each member of our community is asked [...] contributing to the FOOD AND SHELTER CRISIS RELIEF fund.

- We are the only urban c[...] without a summer food pr[...] 50,000 school age chi[...] families cannot afford subs[...]
- Families comprise 1/3 of [...] including 4,000 children [...]
- Hunger affects 380,000 of [...] our elderly, our disabl[...] income workers and their [...]
- Government funding has [...] with the need and current [...] being threatened by budge[...]

Will you help in this crisis? Your donation, in any amount, will make [...] Non-perishable food items are also needed. Your commitment of time [...] see that services are provided at the lowest cost possible.

YES! I AM RESPONDING TO THE CRISIS IN MY BACKY[ARD]

Enclosed is my donation of ☐ $1,000 ☐ $500 ☐ $100 ☐ $50 ☐ other $ ____

Make your check payable to: FOOD AND SHELTER CRISIS RELI[EF] c/o The United Way P.O. Box 8130 Orange, CA 92664

____ I will organize a FOOD DRIVE at my business, school or chu[rch]

____ I will contact my local VOLUNTEER CENTER OF ORANG[E] at (714) 953-5757 to commit my time and energy to a lo[cal] agency.

Name ____ Phone ____

Address ____ street city

Return this form to: P.O. Box 8130, Orange, CA 92664. For further information call (714) 740-1157

SERVING OUR COMMUNITY

The Orange County Register

F 000622

sets 911

[illegible]

Truck crashes on I-5

Michael Gillaspy, left, talks with a California Highway Patrol officer Monday after the truck he was driving crashed into a retaining wall on the southbound Santa Ana (I-5) Freeway, south of the Culver Drive exit in Irvine. Gillaspy, who was not injured, said mechanical failure caused him to lose control of the truck.

# Woman, 18, pleads innocent in slaying of Anaheim girl, 9

By Jeff Collins
The Orange County Register

An 18-year-old Anaheim woman pleaded innocent Monday to capital murder charges stemming from the June 13 stabbing of Autumn Wallace at the 9-year-old's home.

Maria del Rosio Alfaro, a friend of Autumn's 18-year-old sister, could become one of the youngest women ever condemned in California's death row if convicted. She is charged with murder, robbery and burglary.

Only one woman, Cynthia Lynn Coffman, 28, is among the 283 condemned inmates in California, state prison officials said. Four women have been executed by the state.

"I can't remember the last time an 18-year-old girl in California was given the death penalty," said Alfaro's attorney, William Monroe.

Orange County Municipal Court Judge Gary Ryan scheduled a Sept. 28 preliminary hearing.

Autumn, a popular third-grader at Dr. Jonas Salk Elementary School, was stabbed more than 50 times in a back bedroom of the Redland Drive home she shared with her mother, Linda Wallace, and her sister, April. A television, video games, a VCR and clothes were reported missing.

Alfaro's fingerprints and shoe prints were found in the bathroom, according to court records. Alfaro was arrested June 26.

A death sentence is possible because the killing was committed in the course of a burglary and robbery.

One of two men believed to have accompanied Alfaro to the Wallace home still is being sought. The other man was questioned and released after authorities determined that he was not involved in the slaying, said Deputy District Attorney Bernadette Cantore.

California has not executed a woman since 1962, when Elizabeth "Ma" Duncan was sent to the gas chamber for hiring two men to kill her pregnant daughter-in-law.

The other women executed in California's gas chamber were Ethel Spinelli in 1941, Louise Peete in 1947 and Barbara Graham in 1955.

# Elderly women raped in rash of burglaries

Attacker enters through open apartment windows

The Orange County Register

FULLERTON — Two elderly women have been raped in a series of six burglaries by a man who crept into women's apartments, usually through a window left open to fight the heat.

"I'm sure everyone wants a little fresh air," Sgt. Don Kimbro said. "But a lot of these homes are left pretty insecure."

Police are looking for help finding any man they suspect broke into the homes of six women, ages 39 to 85, since July 17.

The most recent attack was Friday in a complex at the northwest corner of Wilshire and Montague avenues. The 85-year-old woman's attacker removed a window screen, climbed in and raped her.

"She was punched in the face a number of times," Kimbro said.

She was taken to St. Jude Medical Center, where she was treated for bruises and a fractured cheekbone.

Five other homes have been burglarized in an area bounded by State College Boulevard and Chapman, Raymond and Commonwealth avenues. Three of the women screamed and scared the intruder away, Kimbro said. One fended off an attempted rape.

The man rifled through his victims' belongings for cash in all six incidents, but robbery was not the motive, Kimbro said.

Kimbro described the attacker as in his 20s, about 5-feet-7 and 140 pounds with short black hair and a thin mustache. In all the attacks, he was wearing casual clothes, such as jeans, a T-shirt and tennis shoes.

Anyone with information about the attacks should call Kimbro at 738-6783 during business hours or call the watch commander after hours at 738-6800.

Artist's composite of rapist

# Legality enters tax-measure debate

The Orange County Register

Residents opposing a half-cent-on-the-dollar sales-tax increase for transportation told the Orange County Board of Supervisors on Monday that the proposed measure is legally flawed and should not be placed on the November ballot.

The proposed measure, a revamped version of last year's Measure M, was approved last week by the Orange County Transportation Commission. It is scheduled to go before the supervisors today.

Mark S. Rosen, a lawyer representing opponents of the proposal, said in a letter to the board that the measure was legally flawed because a bond provision requires a two-thirds vote of approval rather than a majority as needed for the rest of the measure. Rosen represents two groups, Drivers for Highway Safety and Citizens Against Unfair Taxation.

Supervisor Roger Stanton refused Monday to say how he will vote on whether to place the measure on the ballot, saying he is being forced into a quandary between expediency and voting his conscience.

"I resent very much being placed in this position," said an angry Stanton, who voted against putting the measure on the ballot as an Orange County Transportation Commission member, arguing that the timing would follow too closely Measure M's defeat last November.

Stanton said he's being forced against a wall by the expected absence today of two of the board's five supervisors. Supervisors Gaddi Vasquez and Harriett Wieder are on vacation and will miss the vote, which requires a majority of three to be placed on the ballot.

According to the transportation commission's attorney, placing the measure on the ballot by Aug. 10 is a procedural step the supervisors cannot decline to take. The commission might sue the supervisors if they refuse.

Stanton and Wieder have opposed putting the question on the ballot.

"If we had five supervisors, I could follow through with what I've been saying all along," Stanton said Monday. "Now we're faced with an incomplete board, and the date of this has been well-known."

Proponents of the sales-tax increase argue that the money is crucial if the county is to take advantage of funds provided by Proposition 111 and two other state transportation bond measures. The measures, approved by voters in June, offer state money to local governments that contribute matching funds.

# Ex-councilman, sons charged in acid leaks

By Steve Kadlec

[illegible]

# OBITUARIES

## Eileen Buckmaster, 84, former San Clemente patio-shop owner

By Theresa Lasley
The Orange County Register

Buckmaster

Eileen S. Buckmaster, 84, of Laguna Hills, a former owner of the Patio Furniture Center in San Clemente, died Sunday of a stroke.

Mrs. Buckmaster suffered the first of four strokes in 1984. She and her husband, William, moved from San Clemente to Leisure World to be closer to the hospital and the family's doctor, her husband said.

"She was like the life-of-the-party type of person," said her daughter Patricia Scimartino of New Jersey.

Mrs. Buckmaster was born July 30, 1906, in Chicago, where she was raised. She met her husband there, and the couple married in 1927. They lived in several cities before moving to San Clemente in 1965.

She and her husband opened their outdoor furniture store on El Camino Real that year. They sold the business and retired in 1972.

In addition to her husband and daughter, she is survived by daughters Peg English of Long Beach and Eileen Schubert of Texas, seven grandchildren and eight great-grandchildren.

Visitation will be 3-5 p.m. today at O'Connor Laguna Hills Mortuary. Funeral services will be held at noon Wednesday at St. Nicholas Church, Laguna Hills. Burial will be at Ascension Cemetery, El Toro.

## ORANGE COUNTY

**Margaret C. Bauer,** 88, of Tustin, a retired supervisor, died Sunday. Private services and burial. Arrangements by Saddleback Chapel, Tustin.

**Ruth Cornelia Cooney,** 72, a Costa Mesa homemaker, died Saturday. Visitation from 3 to 8 p.m. today at Pierce Brothers Bell Broadway Mortuary, Costa Mesa. Services at 1 p.m. Wednesday at the mortuary chapel. Private burial.

Survived by her husband, Patrick; daughters, Mary Ann Cooney and Judy Sheehan; sister, Betty; and two grandchildren.

**Ronald John Cutwright,** 51, of Westminster, a security officer, died Saturday. Visitation from 3 to 9 p.m. at Peek Family Colonial Funeral Home, Westminster. Graveside services at 11 a.m. Thursday at Riverside National Cemetery.

Survived by his wife, Nancy; son, Ronald Jr., of Tustin; and sister, Virginia Wainwright of Ohio.

**Samuel Robert Dietzel,** 62, of Tustin, a salesman, died Sunday. Private services and burial. Arrangements by Saddleback Chapel, Tustin.

**Marion Dlouhy,** 88, of Huntington Beach, a retired cook, died Sunday. Visitation from 7 to 9 p.m. Thursday at Dilday Brothers Funeral Directors, Huntington Beach. Services at 11 a.m. Friday at Huntington Beach Baptist Church. Burial at Good Shepherd Cemetery, Huntington Beach.

Survived by her sons, Ralph and Donald; brother, Norman Ott; sister, Elsie Foster; five grandchildren; and six great-grandchildren.

**Sami Girgis,** 72, of Costa Mesa, a retired employee of the Egyptian government, died Saturday. Services at noon today at the Archangel Michael Church, Fountain Valley. Burial at Westminster Memorial Park.

Survived by his wife, Juliette; son, Elhamy; daughters, Sylvia Youssef and Gilda Girgis; and six grandchildren.

**Anna K. Guinn,** 86, a Seal Beach homemaker, died Saturday. Services at noon Wednesday at Westminster Memorial Park and Mortuary. Private burial.

Survived by her daughter, Lois LeFrancois; four grandchildren and two great-grandchildren.

**Willard Hagar,** 67, of Garden Grove, owner of Long Beach Insurance Agency for 28 years, died Sunday. Services at 1 p.m. Thursday at Dilbeck and Sons Mottler Mortuary, Garden Grove. Private burial.

Survived by his wife, Betty; son, Steven; daughter, Janice Ray; sisters, Patricia Jones and Dorothy Greer; and three grandchildren.

**Muriel L. Hart,** 93, an Orange homemaker, died July 28. Services and burial have been held.

Survived by her son, Charles; daughters, Wilda, Elizabeth and Janet; five grandchildren; and seven great-grandchildren.

**Harry George Jaeger,** 61, of Costa Mesa, an autobody repair shop owner, died Sunday. Private services and burial. Arrangements by Pierce Brothers Bell Broadway Mortuary, Costa Mesa.

Survived by his wife, Patricia; son, Edward; daughter, Yvonne Burton; and four grandchildren.

**Wilma Lankford Krol,**

LIFE LETTERS

## 'Once upon a time' daughter

Cynthia Jeanne Lee was born Jan. 12, 1971, and was taken to heaven July 21 at age 19. She was killed in an auto accident while helping a friend move to Reno.

She graduated from El Dorado High School in Placentia and loved to throw the discus. Cyndi set a new school record, broke it three times and earned her varsity letterman's jacket in her freshman year. She was very creative, meticulous and hard-working at school, earning almost straight A's.

While attending Arizona State University in Tempe, she made many new friends, yet often found time to come home to visit family and old friends. Cyndi's beautiful smile and wonderful sense of humor brightened our lives. Everyone who knew her loved her.

She was considerate, sensitive to people's feelings and never hesitated to help a friend, especially her brother, Chris, 16.

Cyndi was truly a "once upon a time" daughter and will always be remembered in our hearts.

— Michelle M. Lee
Placentia
and Michael E. Lee
Lake Elsinore

### How to send us Life Letters

[illegible]

Write to Life Letters, The Orange County Register, PO Box 11626, Santa Ana 92711. [illegible]

You can also fax letters to the Register at 542-5037.

For more information call obituary editor Theresa Lasley at 953-7727.

**Lillian M. Mills,** 81, a San Juan Capistrano homemaker, died Sunday. Visitation from 5 to 9 p.m. today at Ray Family Mortuary, San Clemente. Rosary at 7 p.m. today in the mortuary chapel. Services at 9:30 a.m. Wednesday at Mission San Juan Capistrano chapel. Burial at Ascension Cemetery, El Toro.

Survived by her husband, Walter; sons, Harry, of San Juan Capistrano, and Robert, of Diamond Bar; brother, Hugh Evans of New Jersey; four grandchildren, and five great-grandchildren.

**John M. Scullin,** 90, of Fullerton, a stacker, died Friday. Services at 1:30 p.m. today at McAulay & Wallace Mortuary, Fullerton. Private burial.

Survived by his sister, Jeanette Wilkinson, and brother, Richard.

— Compiled by Theresa Lasley

## FUNERAL AND DEATH NOTICES

[illegible]

OCT 20 1990

Dr. Jonas E. Salk School teachers [illegible] on Friday lower the American flag and the Excellence in Education flag, a national award recognizing the school's quality education.

# Salk school flagged for its excellence

By [illegible] Young
The Orange County Register

ANAHEIM — Dr. Jonas E. Salk School has had a rough year of it.

On March 2, a gang rumble broke out across the street. Students ducked under desks or behind cars because they thought they heard gunfire.

Antonia Wallace, who once played tetherball and tag with her fellow students there, was stabbed to death at her nearby home June 13.

But Friday, 1,000 students, teachers and parents gathered to celebrate some good news.

As a mark of quality education, they received a blue and white flag from President Bush. They held a flag-raising ceremony for it Friday, complete with the Pledge of Allegiance and a schoolwide rendition of "Yankee Doodle Dandy."

The flag flapped in a brisk breeze in front of the school. "Excellence in Education," it said.

And Jessica Garcia, 11, said it would send out another message: "There's no reason for gangs to fight here. This is a learning place — not for shooting each other. We're the best, and we're proud of our school."

The flag was awarded to Principal Dan Copple in a White House ceremony Sept. 17. Salk was one of 221 schools chosen from a field of 30,000 to receive the national award.

Arroyo Elementary School in Santa Ana and Estock Elementary School in Tustin also were selected.

Salk, 1411 S. Gilbert St., was recognized for its staff-development and student-recognition programs.

The flag flew all day Friday but will not join the Stars and Stripes permanently on the flagpole. Instead, the school will have it encased in the auditorium for safekeeping.

"They get pretty shredded on the edges up there," Assistant Principal Jeanne Duffy said, pointing to the top of the pole. "They'll never give us another one. You don't get seconds on these."

TENT SALE!

ALL CAMCORDERS ON SALE
NEWEST MODELS NOW IN STOCK
CAMCORDERS AS LOW AS $599
VCR's $159
10% OFF Any Accessory in Stock
REPAIRS 15% OFF LABOR
VIDEO WAREHOUSE
THE VIDEO EQUIPMENT & ACCESSORY STORES

MANY SPECIALS THROUGHOUT THE STORES
SCANDINAVIAN FURNITU
NEW HOURS!! MONDAY-FRIDAY 10-8 SATURDAY 10-6 SUNDAY 12-5

1 SQ. YA
WITH EVERY 5 SQ.YDS. YOU BUY*
We'll Beat Anybody's Carpet Price
FREE VACUUM One of the Topline Vacuums
FREE PADDING
MANY OTHER GREAT CARPET PRICES! Come In & See!
DREAM PLUSH or FREEZE $19.99
HEAVY STAINMASTER DENSE, ULTRA THICK PLUSH $23.99
ADD THE COST OF THESE FREE OFFERS. You will get your carpet almost FREE

## loses contact briefly

them information about the spacecraft's health.

But the main dish-shaped antenna still was pointed away from Earth by about 11 degrees. The antenna must be aimed precisely so Magellan's pictures of Venus can be transmitted as a narrow-beam radio signal. Mapping resumed Thursday night.

Engineers haven't learned the cause of the blackouts, NASA said.

Magellan had orbited Venus 713 times by Thursday.

## …dying the round variety

stinger — allowing them to learn how long it takes to regenerate — and attach an identification tag to the body. They also measure each ray and inject it with tetracycline, which creates a mark on the ray's cartilage that helps in analyzing the growth of any stingrays that are recaptured.

The researchers go "fishing" about once a month. During the summer, they usually catch six to 12 stingrays each time they put the net in the water. They bring in roughly the same number in September and October.

Although the catch is smaller, they also have caught stingrays during the middle of the winter.

## SMITH: Mayor has been on Orange council since 1966

FROM 1

oranges,'" Smith recounted. "Then I just said, 'Don't crush Orange!'"

The story, say those who know Smith, is typical of his love affair with the city.

"Don has been an inspiration to the community, and he's given a lot of his time, and a lot of his heart has gone into it," said Councilman Fred Barrera. "He deserves to go down as one of the nicest mayors this city has ever had."

In recognition of his lengthy list of contributions to the city and county, the county Board of Supervisors has declared today Don E. Smith Day in Orange County. Letters of congratulation have been sent by President Bush and Gov. George Deukmejian, among others.

"He's a good man, and I'm sure he'll be missed not only by the citizens of the city of Orange but by the citizens of Orange County as well," 3rd District Supervisor Don Roth said.

Smith headed the Orange County Sanitation District for two years and was a member of its board of directors for 20 years. He was director of the Orange County Community Action Council and the Orange County Comprehensive Health Planning Association and currently is a director of the Eastern Transportation Corridor Joint Powers Authority.

He has been mayor the past six years — appointed by his council colleagues the first four years and elected to a two-year term by voters in 1988.

"I'm so honored that I don't know how to express it," Smith said of the letters and commendations coming his way. He acknowledged he has done a lot for the city but showed surprise at the reaction to his retirement.

Perhaps Smith's best expression of gratitude will come once he steps down — by continuing to offer the city the benefit of his years of experience.

"I plan on taking some trips, but I do intend on attending council meetings," Smith said. "I'm sure I'll be around and involved in some way."

An eight-hour operation in June to remove clots from the main arteries leading to his lungs took the gavel out of Smith's hands for 11 weeks. Soon after his return to the council, he announced his decision not to seek re-election. But Smith said he never has felt better and health had nothing to do with his decision.

Free from the rigors of Tuesday council meetings and an ever-growing cadre of developers, consultants and planners that have dominated his routine since he assumed office, Smith said he now will be able to enjoy life with his wife, five children and five grandchildren as his only commitments.

While he said he wouldn't mind being appointed to a county commission or two, Smith denied rumors that he would agree to be appointed to fill the remaining two years of Mayor-elect Gene Beyer's council term.

Born in Downey, Smith came to Orange with his new wife in 1956 after a three-year tour with the Army's 7th Infantry Amphibious Division in the South Pacific. The 6-foot-5-inch veteran realized the future value of real estate in the city and went about buying and selling as much property as he could.

Today, he and his wife live just three blocks from City Hall, and Smith now is as much a landmark in town as many of the homes in the Old Towne district he helped to maintain.

"He is probably one of the best things that ever happened to the city of Orange, by far," said Hank Mascolo, owner of Hank's Barber Shop in Orange Plaza. "He is superb. He's a golden landmark."

## Prosecution rests in pretrial hearing for slaying suspect

By Pat Brennan
The Orange County Register

A prosecutor seeking to try Mario del Rocio Alfaro, 19, in the stabbing death of Autumn Wallace rested her case Thursday after briefly questioning two witnesses and giving a judge two videotapes of Alfaro's interview with police.

Deputy District Attorney Bernadette Cemore declined to discuss what was on the tapes. The preliminary hearing was called to determine whether enough evidence exists to put Alfaro on trial for the 9-year-old's death, which took place during a burglary.

But Cemore asked the witnesses — the victim's sister and an investigator from the Sheriff's Department — only about the details of the break-in. That suggests that the videotapes contain Cemore's evidence supporting the charge that Alfaro stabbed the girl.

Autumn had been stabbed more than 50 times in the face, neck, back and hip when she was found June 13. The Anaheim house the girl shared with her mother and sister had been ransacked, and a television set, phone, videotape recorder, clothing and other items were missing, police said.

Orange County Central Municipal Court Judge B. Tam Nomoto is scheduled to continue the hearing Monday.

LAST CHANCE TO SAVE 90%
ON ALL MEN'S & WOMEN'S CLOTHING
FINAL WEEKEND

| MEN'S: | Retail | Now! |
| --- | --- | --- |
| • Shorts (misc.) | $30.00 | $2.99 |
| • Pants (misc.) | 54.00 | $4.99 |
| WOMEN'S | | |
| • Blouses | $52.00 | $4.99 |
| • Dresses | 130.00 | $8.99 |

Friday November 16 | Saturday November 17 2 p.m.-5 p.m. | Sunday November 18 10 a.m.-3 p.m.

Ken Crane's
WE SELL …
BIG SCR…
Because Ken Crane's Has California's …
Backed By Over 40 Years Of Dependab…
TOSHIBA NEW 1991 30" SUPERTUBE 30" FST SuperTube • 700 Lines Horizontal Resolution • On-Screen Adjustment of Sound & Picture • MTS Stereo $998
JVC SURROUND SOUND 31" TV • 180 Channel Cable Capable • Multi-Color On-Screen Programming • S-VHS Input
JVC 31"
TOSHIBA 32" FST SUPERTUBE
TOSHIBA 32" FST SUPER TUBE • 181 Channel Cable Compatible • S-VHS Input • MTS Stereo
PIONEER 40" BIG SCREEN With Picture in Picture $1998
YOUR CHOICE $129…
SONY / MITSUBISHI
6 MONTHS NO INTEREST NO PAYMENTS
Purchase Any Mitsubishi Or Sony Big Screen & … Money Down & No Interest Or Payments Until …
31" SONY 32" 35" SONY 32" XBR 35" Console
HOME THEA…
BIG SOUND FOR YO…
Ken Crane's Home Theater … You In Selecting The Right … The Perfect Home Theater S…
SONY 100 WATT PER CHANNEL REMOTE CD SYSTEM $598
MITSUBISHI 100 WATT PER CHANNEL DOLBY SURROUND SYSTEM
YAMAHA REMOTE CONTROL SYSTEM
SONY 135 WATT PER CHANNEL CD CHANGER SYSTEM

…BLE …BUY …BRAND …S.

Hofinis
Knife Gallery
Nature Company
Plaza Gallery

00082

# Gorbachev refuses to endorse use of force against Ir

## Saddam to bolster his troops in Kuwait area by 250,000

MIDEAST SH

Rob Pilatus, left, and Fabrice Morvan want the Grammy to go to the trio that really sang their songs.

# Pop group Milli Vanilli loses its Grammy

## Pair admitted they didn't sing on album

From Register News Services

LOS ANGELES — Milli Vanilli was stripped Monday of its best new artist Grammy award after revelations that other singers substituted for the pop duo on their best-selling "Girl, You Know It's True" album.

# Landmark arms treaty signed

## Historic accord ends half-century Cold War

East and West formally buried the Cold War on Monday as NATO and Warsaw Pact nations ...

In a glittering setting at France's Elysee Palace, leaders of the East and West blocs agreed to create a new political and security order in Europe.

## Thousands of non-nuclear weapons to be destroyed

# Woman's confession details gruesome stabbing of girl

By Jeff Collins
The Orange County Register

# Storm dumps wet stuff on cour

## But it won't ease strain of drought, weather service says

The Orange County Register



# Several scandals hit record industry in past few months

By Gary Darling
The Orange County Register

In the wake of Monday's announcement that the National Academy of Recording Arts and Sciences had taken back its best new artist Grammy from Milli Vanilli, some music-industry figures were concerned over potential consumer fallout.

"Someone should go to jail for it," said Joel Amsterdam, West Coast coordinator of press and media relations for Elektra Records. "They're playing with the public trust. It's dangerous because you don't know what to believe anymore. You wonder how many records are completely faked."

"The most derogatory aspect was this group had won the Grammy," said Elizabeth Green, news editor at Pollstar, the trade magazine for concert promoters. "It seems to say the selection was based more on album sales than the integrity of the act."

This latest flap compounds what has been a trying year for the pop-music industry. Among the difficulties record companies have faced:

- Adverse publicity regarding warning stickers about offensive lyrics on records.
- The 2 Live Crew obscenity trials in Florida. Though the group was cleared of charges, a Florida retailer was convicted for selling the group's albums.
- More accusations of subliminal messages on heavy-metal albums. The band Judas Priest was cleared of civil charges in a wrongful-death suit filed in Nevada, but the trial once again brought up an issue that has plagued the recording industry throughout the '80s.

Now there is the issue of "ghost" singing.

Earlier this year, the Belgian dance act Technotronic was involved in a controversy as the performer pictured on the cover of their hit "Pump Up the Jam" album and in the video for the title song — a model named Felly — was not the actual performer. Manuela Kamosi — who goes by the name of Ya Kid K — was the vocalist and writer.

According to Eliot Selznick Hubbard, vice-president of publicity for Technotronic's American record company, SBK Records, his label moved to correct the misimpression once the information surfaced in Europe.

A similar storm is brewing over another European dance act, Italy's Black Box. American singer Martha Wash, formerly of the Weather Girls, has sued the producers of the band, claiming she did the vocals on the album "Dreamland."

Within the industry, rumors have circulated during the past few years that portions of live shows by Madonna, Janet Jackson and New Kids on the Block feature taped music and vocals.

Up until now "there's been a lot of outcry in the industry, but the public doesn't seem to care. They want a big show," Green said. "(But) when people start realizing how pervasive it is, they might get mad."

SBK's Eliot Hubbard was philosophical about the issue.

"This business is full of hyperbole and exaggeration," he said.

**LETTERMAN'S TOP 10 LIST**

Top 10 new jobs for Milli Vanilli (from "Late Night With David Letterman"):

10. Open law firm of Jacoby, Meyers, Milli, Vanilli.
9. Camp counselors in Father Flanagan's Pretty Boys Town.
8. Jamaican pickpockets in American Express commercial.
7. Try to sell Ben & Jerry's on idea for Milli Vanilla.
6. Cartoon pals to Chilly Willy.
5. Professional objects of scorn and ridicule for years to come.
4. Fact-checkers at "20-20" in the Buckwheat Division.
3. Even newer Kids on the Block.
2. Extremely groovy fry cooks.

And the No. 1 new job ...

1. Who cares as long as we don't hear from them ever again.

Source: NBC, via New York Times news service

# Group reached new low, nation's rock critics say

By Paul Lowe
The Orange County Register

Here's what pop-music writers from around the nation were saying Monday in the aftermath of Milli Vanilli being stripped of its Grammy award:

■ Yvonne Rodriguez, pop music critic for the Dallas Morning News:

"Milli Vanilli took it to new lows by completely faking it, but that overlaps with lip-synching that by not even singing on the album.

"Maybe when record companies submit their recordings for consideration in the future they should have to answer the question, 'Did you actually sing on this?' Maybe it's a valid question at this point.

"My hope is that there will be some reform out of it and the record-buying public will start asking questions: Do they want it to be real or not? Do they want their performers to be more than looking good on stage? Do they want to get back to real musicianship? If anything good will come of this it will come from the public."

■ Barry Walters, music critic for the San Francisco Examiner:

"The whole phenomenon [illegible] logical extension of the [illegible] where a performer has [illegible] very attractive image [illegible] crucial. If you're a [illegible] have to know how to [illegible] look good and to know [illegible] on a show. And those [illegible] trusted Milli Vanilli [illegible] those things even if the[illegible] sing.

"When Milli Vanilli [illegible] Grammy for new [illegible] brought out how much [illegible] mys are based on sales [illegible] company popularity."

■ Tim Grieve, music [illegible] the Sacramento Bee:

"Just a year after the [illegible] 'Girl, You Know It's True' [illegible] Berlin Wall had fallen, [illegible] had reunited, and the [illegible] freedom were blown [illegible] enough to send an icy [illegible] Milli Vanilli's spandex [illegible] shorts.

"Now Rob Pilatus and [illegible] can have accomplished [illegible] thing ever more [illegible] They've proved to the [illegible] absolutely anyone — reg[illegible] singing ability, dancing [illegible] hairstyle — can indeed [illegible] ego rock 'n' roll star."

## AWARD: Milli Vanilli loses Grammy after two men admit they did not sing on their album

FROM 1

Germany.

Greene said that was "not a possibility."

"The academy hopes its action sends a clear signal to producers, music packagers and record companies that they need to take very seriously their task of giving us and the public credible information on that packaging," Greene said.

In a related development, an Oakland woman who bought her son a Milli Vanilli tape filed a class-action lawsuit Monday seeking a refund, claiming fans all across the state were duped by Pilatus and Morvan.

If the suit, filed by Sheila Reider, mother of David Reider, 14, is won, anyone in California who bought Milli Vanilli recordings or attended the pop duo's concerts would be entitled to a refund, lawyer Alan Caplan said.

The suit, filed in Alameda County Superior Court, also seeks to recover profits and place them in a trust benefiting consumer groups as outlined in the state's consumer protection statute, Caplan said.

Pilatus, 25, from Germany, and Morvan, also 25 and a native of the Caribbean island of Guadeloupe, admitted a news conference in Los Angeles today to discuss the scandal. They were unavailable for comment on Monday.

Greene said the academy board has not yet decided whether to award the Grammy to the runner-up in the category, which included Soul II Soul, Neneh Cherry, Indigo Girls and Tone Loc. That determination will be made at a meeting Dec. 5 in New York.

"The integrity of that album label copy obviously was flawed. It said 'Vocals: Rob and Fab.' That was just absolutely false," he said.

If the label had accurately listed those involved in creating the Milli Vanilli look and sound, the fraud could have been avoided, he said. The group may still have won the Grammy in that case, he added.

The truth about Milli Vanilli, which has sold more than 7 million copies of "Girl, You Know It's True," came out Wednesday when their producer, Frank Farian, announced that he had fired lip-synchers Pilatus and Morvan rather than grant their request to sing on the second Milli Vanilli album.

On Thursday, Pilatus and Morvan offered a different account of their meeting with Farian, [illegible] them to be from [illegible] for "Girl, You Know," after the song was recorded, [illegible] two say they agreed to the deception in return for the promise that they eventually be allowed to make the album. They were fired, they say, [illegible] informing Farian that they would work with him when their contract expired in March.

The Associated Press, Philadelphia Inquirer, San Francisco Chronicle and Orange County Register contributed to this [illegible]

## ACCORD: East, West sign agreement to destroy tens of thousands of non-nuclear weapons

FROM 1

ing that they are "no longer adversaries and will establish new relations of partnership and mutual friendship."

Chancellor Helmut Kohl of Germany said that in building "a Europe of eternal peace," the conference should look to the French Revolution, the Magna Carta and the Declaration of Independence for inspiration, as well as the writings of the philosopher Immanuel Kant, who he said was an 18th-century advocate of unity among European states.

In the last two centuries, he said, "Europe and my country in particular became the epicenter of worldwide catastrophes."

"It is the first time in history that we witness a change in depth of the European landscape that is not the outcome of a war or a bloody revolution," said French President François Mitterrand. "We do not have sitting here either victors or vanquished, but free countries equal in dignity."

The summit will end at midday Wednesday with the signing of an agreement that will establish a conflict-resolution center in Vienna and a secretariat for the 34-member group in Prague — a tribute to President Vaclav Havel of Czechoslovakia, who has come to symbolize the sprint toward democracy that has transformed Eastern Europe in the last 18 months.

Foreign ministers of the member countries will meet every year, and the leaders every other year, to monitor progress toward the creation of new European institutions and other ties. Next year, the foreign ministers will meet in Berlin on June 19 and 20.

The European security process began when 35 participants — the current 34 plus East Germany, which has since merged with West Germany — met in Helsinki in 1975 to sign an accord on cooperation and human rights. After Gorbachev's ascension to power a decade later, it took on new significance.

Monday's events, five years to the day after Gorbachev and Bush first met in Geneva, began with the arms accord.

Bush said the treaty "signals the new world order that is emerging." Mitterrand told his colleagues that they were "putting an end to the previous age."

The 180-page agreement, plus three associated declarations, covers forces based between the Atlantic Ocean and the Ural Mountains, and between the Arctic Ocean and the Mediterranean Sea. The Urals cut across the Soviet Union from north to south, dividing its European from its Asian territory.

By far the biggest cuts will be made in Central Europe, the cockpit of the Cold War, where both sides once expected catastrophe and where, instead, the revolutions of 1989 brought the confrontation to an end.

NATO and the Warsaw Pact will each be limited to 20,000 tanks, 20,000 artillery pieces, 30,000 armored fighting vehicles, 6,800 combat aircraft and 2,000 attack helicopters. The West will have to make only a tenth of the cuts, which will eliminate the Warsaw Pact's long-standing superiority in conventional arms in Europe.

To keep either side from concentrating its forces, limits also apply to specified zones and to individual nations. Troops are not covered and those limits are to be negotiated later in Vienna, but the United States and Germany have agreed to ceilings outside the formal agreement — no more than 195,000 U.S. troops in Central Europe and no more than 370,000 in the unified German armed forces.

In fact, neither the United States nor the Soviet Union is likely to maintain as many troops in the region as it is entitled to. In an era when the continent's problems lie not in conflicting ideologies but in economic and structural problems, such as renewed conflicts in the Balkans and even the survival of a unitary Soviet state, large tank armies seem irrelevant.

Gorbachev said in his speech that he wanted to press ahead as quickly as possible with other arms-reduction measures, pre[illegible] sumably so that he ca[illegible] scarce Soviet resources [illegible] isfy the pent-up cravin[illegible] and other consumer goo[illegible] he would be ready in [illegible] two to begin negotiation[illegible] range nuclear arms in E[illegible] he said again that he [illegible] extend talks to cover [illegible] which is a topic the Un[illegible] has kept off the agenda.

He warned his fellow [illegible] not to surrender to sup[illegible] There was a reminder [illegible] sions of the past within [illegible] signing of the arms trea[illegible] National Security Adv[illegible] Scowcroft, said that [illegible] States questioned some [illegible] supplied by the Soviet U[illegible] terms of the accord.

Data can be adjusted [illegible] side over a 90-day perio[illegible]

## ALFARO: Her lawyer says Anaheim woman did not act alone

FROM 1

says Alfaro, who goes by the nickname "Rosie."

"Why? Rosie, why?" sheriff's homicide investigator Tom Gillon asks in the videotape recorded June 2. "Was it because Autumn knew who you were? ... The only way you could rip off and get away with it was to kill Autumn, is that right?"

"Yes," Alfaro says on the tape. "'Cause she knew who I was."

Autumn was stabbed to death in the Redlinas Drive house while home alone after school. A television, video games, a videocassette recorder, telephones and clothes were reported missing.

Prosecutor Bernadette Connery said Alfaro raised $125 to $250 by selling the merchandise to residents in the Jeffrey-Lynne district of Anaheim where she was living.

Her fingerprint and shoe print were found in the back bathroom where Autumn was killed, court records show.

After viewing the four-hour videotape, Municipal Court Judge Barbara Nomura ordered Alfaro bound over for trial on charges of homicide, robbery and burglary. Alfaro was ordered to appear in Superior Court on Nov. 30.

Nomura also sustained special findings — murder while committing a robbery and murder while committing a burglary — that, if upheld by a jury, could make Alfaro one of just two women on California's death row.

Autumn's mother and two sisters attended the two-day preliminary hearing, saying they plan to be present throughout the process "to see that justice is done."

"Every time I see (Alfaro), it's disturbing, but I need to be here," said Linda Wallace, Autumn's mother.

In her confession, Alfaro took sole blame for the killing, saying that two men who accompanied her to the home knew nothing about the crime. She told them she was picking up her belongings from a house she used to live in and ordered them to wait outside.

Alfaro's attorney, William Monroe, said after Monday's hearing that Alfaro, the mother of two, pregnant with twins, could not have acted alone.

"This kind of a killing is so vicious, it's not consistent with the girl I know," Monroe said. "We intend to show in our trial that there is something else that the police just did not pursue."

In her confession, Alfaro said she is addicted to speedballs — a combination of heroin and cocaine. On the day of the killing, she said, she had two fixes of cocaine when "I got like kind of greedy. You know, I wanted to do more and more and more (drugs)."

When she went to the Wallace home, she said she was thinking only "of getting high, (of) taking the things and selling them."

She asked to use a bathroom, and Autumn let her in. After getting a knife from a kitchen drawer, Alfaro said, she asked Autumn to come into the bathroom to help her clean a pair of eyelash curlers.

"I asked her if she could clean them for me, then I gave them to her, and then I asked her to turn around," Alfaro says in the videotape. "That's when (I) stabbed her. (and) I stabbed her."

At first, Alfaro claimed to have inflicted only a couple of wounds, but later admitted she went much further.

"We both know it's not a couple of times (that you stabbed her), don't we?" Gillon asks Alfaro on the tape. "You stabbed her and you stabbed her and you stabbed her some more, is that right?"

"Yeah," Alfaro replies.

# If storm doesn't let up, Atlantis could stay in orbit until Friday

Orlando Sentinel

CAPE CANAVERAL, Fla. — The storm front that kept the space shuttle Atlantis in orbit Monday night could force the winter and its five-member crew to remain aloft today as well and perhaps until Thanksgiving Day or beyond.

Shuttle managers tried twice Monday to land Atlantis at Edwards Air Force Base but had to cancel both attempts when winds above the runway gusted to 29 mph, violating NASA safety limits.

At one point Monday the winds calmed somewhat and the crew was given the OK to fire the ship's maneuvering engines, which would have pulled Atlantis out of orbit and committed it to making a steep glide back to Earth.

But moments later the winds kicked up again, forcing flight director Lee Briscoe at Mission Control in Houston to wave off the landing and keep Atlantis in [illegible] at least another day.

"This front is going to [illegible] around," said Don Hale[illegible] spokesman at Edwards [illegible] going to be any better [illegible] the folks here say We[illegible] about the same."

The shuttle has enough [illegible] and oxygen to keep the [illegible] but until Thanksgiving D[illegible] Atlantis also could scr[illegible] plans and safely stay in [illegible] Friday, officials of the [illegible] Aeronautics and Space [illegible] tration said.

If the weather does n[illegible] by then, Atlantis could [illegible] Army's White Sands Mis[illegible] in New Mexico or, as a [illegible] on the narrow runway [illegible] Space Center in Florida.

Atlantis' mission be[illegible] day when it blasted off [illegible] last classified military [illegible] the Pentagon.

1990

## cape attempt at hospital by accused killer

medical center where he had ed treatment for an ankle in- Deputies chased him across feet and took him into custo- er a brief struggle, they said. riff's spokesman Lt. Richard said Sturm had been taken to m Medical Center first on lay and returned for another appointment at 9:13 a.m. Friday, when a doctor fitted a cast on his lower right leg and gave him crutches.

As two deputies escorted him out of the hospital shortly after noon, Sturm dropped his crutches, tried to kick off the cast and ran across the street. Olson said Sturm offered "minimal resistance" before officers subdued him and took him back to the county's Intake-Release Center in Santa Ana.

Sturm is charged with killing and robbing Tustin Short Stop assistant manager Darrell Esper, 22, and employees Chad Chadwick, 22, and Russel Williams, 21, on Aug. 19.

## ORANGE COUNTY BRIEFLY

### Robbery suspect surrenders to Newport police

A police sergeant talked a suspected bank robber at home Friday and persuaded him to surrender while seven officers surrounded the man's Newport Beach home an hour after the holdup.

"I think having all those police out there was more of a persuasion than talking to me," said Newport Beach police Sgt. Al Fischer.

The robbery occurred at 1:35 p.m. when a man walked into the Bank of America, 1815 Irvine Ave., and handed the teller a note that read, "I have a gun."

However, the man did not pull out or simulate any weapons before leaving the bank on foot with an undetermined amount of cash.

Officers followed a man they identified as the suspect to his home in the 1700 block of Skylark Lane.

While seven Newport Beach and Costa Mesa officers, including a canine unit, surrounded the home, Fischer called the residence and identified himself.

Courtney Brown, 34, was booked on suspicion of robbery. He was being held at Newport Beach Jail.

**Body found:** A 27-year-old woman was found stabbed to death Friday at a construction site in Tustin.

A construction worker found the partially nude body of Belinda Lee Carrasquillo at about 6:30 a.m. at Edinger Avenue and Jamboree Road, where a shopping center is being built, Tustin police Lt. Houston Williams said.

Detectives believe Carrasquillo, described by police as a transient who had been arrested at least once for prostitution, was killed elsewhere and dumped in the vacant lot sometime between 6:30 p.m. Thursday and early Friday. Anyone with information about Carrasquillo is asked to call Tustin police at 544-5424.

**Crash kills man:** An Anaheim man was killed and another man injured early Friday when their car hit the center divider on the Southbound San Diego (I-5) Freeway at La Paz Road in Mission Viejo.

Isaac Guzman Palmas, 20, was driving a 1978 Pontiac Catalina at about 2 a.m. when he lost control of his car, the California Highway Patrol reported.

Witnesses told police Palmas was speeding and weaving before the crash.

A passenger, Antonio Gonzalez Hernandez, 39, suffered facial cuts and was taken to Mission Hospital Regional Medical Center.

**Painter wins suit:** A professional painter from Santa Ana who claimed that a defective ladder collapsed under him, causing permanent injury to his ankle, was awarded $200,000 by an Orange County jury Friday.

Tom Mitchell, 52, should receive the money from Keller Industries Inc. of Florida, the manufacturer of the ladder, the Superior Court jury determined. The jury also awarded Mitchell's wife $5,000 for her emotional pain.

Mitchell said he was standing on the wooden, V-shaped stepladder in June 1985 when the aluminum hinges separating the ladder's two halves collapsed. His left ankle was shattered when he fell and will have to be surgically fused, according to his attorney, Gary L. Gabler.

**Innocent plea:** An Anaheim woman pleaded innocent Friday to charges that she stabbed a Yorba Linda Annette Wallace to death in June during a burglary at the girl's home near Anaheim.

Superior Court Judge Myron Brown ordered Maria del Rosio Alfaro, 19, to stand trial on May 21. If convicted, Alfaro could face a death sentence.

In a videotaped interview with police, Alfaro confessed to the killing, saying she wanted to rob the Wallace home to get money for drugs. Her attorney, William Monroe, said he will request that extensive medical and psychiatric evaluations be done on Alfaro.

**Man sentenced:** A Laguna Niguel businessman whose efforts to help demolish a Los Angeles-area battery plant led to the release of cancer-causing asbestos fibers in 1988 was sentenced Friday to serve three months in jail and fined $5,000.

The defendant — Ayoub "Al" Kasar, 32 — had previously pleaded guilty to one felony count of the illegal disposal of hazardous waste in the demolition of the 10-year-old Franciscan Pottery factory in Los Feliz.

During the demolition, several kilns containing asbestos insulation were destroyed and fibers released, Los Angeles authorities said.

— From Register staff reports

## TOPIC WATCH

### Senatorial hopeful Matsu[i] outlines strategy in OC

By Larry Peterson
The Orange County Register

A weekly column

Rep. Robert Matsui, the first declared Democratic candidate for the US Senate seat that veteran incumbent Alan Cranston will relinquish in 1992, made a foray into Orange County this week. Matsui, of Sacramento, met with a reporter after speaking Wednesday to the County Supervisors Association of California in Anaheim. Though a US representative for 12 years and a member of the powerful House Ways and Means Committee, Matsui acknowledged that he is little-known in vote-rich Southern California. He unveiled a three-pronged strategy:

- Use his credentials as an economic-issues expert and proposals to encourage savings and investment to recast his party as in the vanguard of economic growth.
- Build a winning coalition around — but not limited to — land areas such as Sacramento, Fresno, Riverside and San Ber[nardino] counties.
- Parlay his prowess as a campaign fund-raiser to get the money he needs to get his name and message out in areas where he is less well-known.

Will an appeal based on economic issues sell? Matsui said that, especially as the nation edges toward recession, it will. "When I go out and talk to folks at service clubs, they know what is going on. They understand interest rates and they know our economic health is at stake," he said.

* * *

### Voting for Pete's sake

Governor-elect Pete Wilson carried Orange County by a margin o[f] more than two-to-one in the Nov. 6 election. He beat Democrat Dianne Feinstein in every city, but his support varied markedly throughout the county.

| City | Ratio of Wilson votes to Feinstein votes |
|---|---|
| Villa Park | 4.92 |
| Newport Beach | 2.88 |
| Anaheim | 2.02 |
| Santa Ana | 1.46 |
| Stanton | 1.43 |
| Laguna Beach | 1.02 |

Source: Orange County registrar of voters

The Orange County Register

* * *

**Don't mention it:** Orange County Republicans cherish their ties to former President Reagan, who won bigger here than in any county in the nation in his two presidential elections. But local Republicans get short shrift in Reagan's autobiography, "An American Life."

Not counting former President Nixon, who now lives in New Jersey, the Orange County resident whom Reagan mentions most often is Irvine-based political strategist Stuart Spencer. Spencer, a key player in both of Reagan's campaigns, is named six times. No other locals are listed in the index.

But competition was stiff: family members, Reagan intimates known as the "Kitchen Cabinet" and fellow former show-business figures. And, of course, there were real Cabinet members, chiefs of staff, senators and people such as Soviet President Mikhail Gorbachev, former British Prime Minister Margaret Thatcher and former Presidents Nixon, Ford and Carter.

Against that field, former Gov. Edmund G. "Jerry" Brown Jr. rated only one mention and Gov.-elect Pete Wilson none at all.

* * *

**Going for a fourth:** Thomas Fuentes has announced that he will seek a fourth two-year term as chairman of the Orange County Republican Party. Although Republicans were disappointed by the loss of the 72nd Assembly District seat to Democrat Tom Umberg, the Fuentes-led local GOP did well overall this year. ...

Thomas Fuentes

Not In Israel, Not in Antwerp, Not in Africa
But Here In Orange County Is Where You Get Diamonds At Unbelievable Low Prices!

LIKE THIS 1CT ROUND
ONLY $650.00

50% OFF ALL MOUNTINGS
Here's Your Chance

Thousands Of Loose Diamonds And Baguette Rings In Stock to Choose From At 50% Savings

1 Ct. MARQUIS $1180
OVAL CUT
PEAR SHAPE
HEART SHAPE
ROUND DIAMONDS
MARQUIS
Tennis
CUSTOM ACCESSORIES

... OF ... WINDOWS!
Give Your Home The Traditional Look Without Total Window Replacement

000628

# OC's slaying victims were as diverse as motives behind their deaths

Jealousy, drugs, greed, revenge and lunacy. All found expression in the taking of human life in Orange County this year. Here are 12 of the 105 people who were slain in 1990 and what is known about the circumstances of their deaths.

Marcelina Ortiz, 3, was in bed with her 9-month-old brother when her baby sitter, Michael Robert Pacewitz, stabbed her to death March 1. Pacewitz later said, "The devil wanted me to do it. ... I wanted to do it for him."

His attorney later argued that Pacewitz was insane and thought the girl was the devil. A jury disagreed. A judge sentenced him to two life terms in prison.

[illegible] ence took the life of Rosendo Iberra, 17, April 30. He was talking to his girlfriend from a roadside phone booth in Garden Grove when two bullets hit him.

John Casillas, 12, was walking home from a party in Stanton early July 21 when he was gunned down.

Police think Iberra, a member of the Varrio La Colonia Independencia gang, was shot by members of the Big Stanton gang in retaliation for an earlier shooting. They believe La Colonia members took revenge for Iberra's death by killing Casillas, an athletic student who shunned gangs but made a convenient target walking alone on Big Stanton turf.

Four gang members have been convicted for Casillas' murder. One person has been convicted, and two others are charged in Iberra's slaying.

On June 14, police were told that burglars wearing ski masks shot Dawn Hubler, 13, in the head. But after police could find no evidence of a break-in, her brother, Richard Hubler, 14, admitted he had lied and that he had shot his sister.

The boy said it was an accident. Prosecutors said he had aimed a rifle at his sister to scare her. He was convicted of second-degree murder and probably will spend five to seven years in custody.

Autumn Wallace, 9, was stabbed more than 30 times June 12. A family friend, Maria del Rosio Alfaro, has been charged with murdering her. Police allege that Alfaro burglarized the Wallace home to get money for cocaine and killed Autumn so the girl could not identify her.

Alfaro told police in a videotaped confession that she was "really wired ... coked out" at the time. She has pleaded innocent to charges that carry the possibility of the death penalty.

To outward appearances, Doug Ridenour, 46, and his wife Dana, 45, led a quietly prosperous and happy life. Then, on Aug. 1, Doug's brother received a videotaped suicide note from the couple. He hastily drove from Santa Barbara to the couple's Anaheim home, where he found their bodies.

Police said Doug Ridenour shot his wife and then himself after killing the couple's two poodles. The couple said in the videotape they did not want to grow old. So they ended their lives with the same precision and sense of order that they brought to them.

The employees were preparing to close the Super Shops auto-parts store in Tustin the afternoon of Aug. 21 when a robber walked in, tied them up and shot them to death. The victims were assistant manager Darrel Esgar, 22, and employees Chad Chadwick, 22, and Susan Williams, 21.

Two days later, fired Super Shops employee Gregory Allen Sturm was arrested on suspicion of murder. Police said Sturm wanted the money to buy cocaine. He has pleaded innocent to charges that carry the possibility of the death penalty.

Donna Connely, 34, a registered nurse, was beaten to death Nov. 25 as she returned to her Buena Park home from work. The investigation focused on her estranged husband, Rick Connely, 35, who had admitted beating her a year earlier.

Rick Connely appeared to have an air-tight alibi. He had been in the desert with the couple's two children when his wife was killed. But nine days later, on Dec. 3, Rick Connely accused a friend, Neill Matzen, of the crime and shot him. Matzen shot back, killing Connely.

Matzen then disappeared into the desert, leaving notes in which police said he confessed that Rick Connely had paid him to kill Donna Connely. Days later, police found and arrested Matzen.

## Slain parolee known well by authorities

By Steve Emry
The Orange County Register

ANAHEIM — Ricky Edward Strickland was no stranger to Anaheim police when he was spotted Thursday afternoon.

Strickland, 32, who later was shot and killed by police after a high-speed five-mile chase, had been a familiar face to authorities since 1985.

Strickland

That was when Strickland and a friend sold five almost-new stolen cars to undercover officers for just a couple of hundred dollars each.

That sale, in August 1985, was part of a nine-month sting operation in which officers of Anaheim's Crime Task Force, posing as buyers of stolen property, purchased $1.4 million worth of items from 155 sellers.

Strickland was one of those sellers. According to records on file at Orange County Superior Court, Strickland and a friend sold officers two reportedly stolen cars — a Pontiac Fiero and Pontiac Trans Am — for $300 cash. The next day, similar transactions were made and videotaped.

Strickland subsequently was charged with eight counts of auto theft and receiving stolen property. He pleaded guilty and was giv[illegible] three years probation af[illegible] [illegible] ust in the county jail. [illegible] according to court rec[illegible] [illegible] spotted him again in Nov[illegible] 1988 driving a stolen Chevrolet with drug paraphernalia inside. A judge found that Strickland had violated his probation, and sentenced him to state prison for a 16-month term that began in January 1989.

He was paroled Oct. 19, 1989.

Court records list Strickland as an "unemployed transient" who lived with friends in cheap motels. When he would get arrested — be-

Homestead House

STORES CLOSED
All Homestead House stores will be closed to the public today, Saturday until 1 p.m. when we open the doors for 12 Special Hours of the Greatest Two Day Sale ever! Join the crowds-be there when the doors open!

GREATEST
2-DAY
SALE
12 HOURS ONLY
Saturday 1:00 to 7 p.m.
Sunday 12:00 to 6 p.m.

[illegible]

[illegible] the congress refused to give him the one element of his proposed government reorganization that actually gave him a commensurate new power: a presidential Supreme State Inspectorate that was to police compliance with orders from Moscow.

As the congress ended, the Russian republic announced that it would not pay its usual share of the federal budget. This was a challenge as real as the Boston Tea Party, and nothing in Gorbachev's attainable new powers equipped him to solve it.

This was the congress that witnessed the breakup of Gorbachev's original team, the strong and independent thinkers who helped shape the reforms.

Eduard A. Shevardnadze, the foreign minister who helped win his president the Nobel Peace Prize, resigned, saying he could not stand to watch the nation lurch toward dictatorship.

Three other key figures lost their places in the inner circle, at least [illegible]

[illegible]

# Shooting can only hurt rap's image, insiders say

By Cary Darling
The Orange County Register

The shooting of bystander Willie Baker outside a concert Thursday night headlined by rapper Ice Cube at the Celebrity Theatre in Anaheim will further damage rap music's reputation, observers say.

"Rap is going to get to the point where there's no place to play," said Marc Jacobs of Encino-based Avalon Attractions, the concert-promotion company that books Irvine Meadows Amphitheatre.

But members of the industry, including Jacobs, were quick to caution against stereotyping an entire music form for the actions of a few.

"Rap gets blamed all the time," said Janine McAdams, R&B editor for Billboard, the music trade magazine. "It's not the music. Incidents happen at rock concerts."

The Baker shooting, along with an unrelated brawl inside the venue, joins the ranks of concert tragedies that have punctuated pop music's history. In 1969, spectator Meredith Hunter was stabbed to death at a festival headlined by the Rolling Stones at the Altamont Speedway in Livermore.

In 1979, 11 fans of the Who were crushed to death in a stampede to get into Riverfront Coliseum in Cincinnati.

Three were arrested and several injured in 1988 when 200 fans of the speed-metal band Slayer began hurling bottles after they found out they would not be allowed into the Hollywood Palladium.

A series of incidents at Grateful Dead concerts, including the death of Fountain Valley resident [illegible] Shanahan while in a police choke hold at the Great Western Forum a year ago, have made booking the group problematic.

In the previous year, four people were arrested and several police officers were injured in a melee outside Irvine Meadows Amphitheatre when the Grateful Dead was playing.

However, rap has come under scrutiny because of several incidents that have made some promoters skittish.

# Victim says he was caught in middle of gang feud

By Robert Chow
The Orange County Register

LONG BEACH — Willie Baker said he was an innocent victim caught in a feud Thursday between two factions of the Los Angeles Crips gang outside a rap concert at the Celebrity Theatre in Anaheim.

"It was a gang fight and I just got caught in the middle of it," said Baker on Friday at Long Beach Memorial Hospital, where he is recovering from a bullet that passed through his abdomen.

The 18-year-old from the Watts area of Los Angeles said he and six friends rode the bus Thursday night to see Ice Cube perform.

While most of his friends were already inside, Baker said, he and a friend stood near the front of the line about 9:15 p.m. when youths claiming to be members of the Hoover Street Crips confronted another group of youths standing in line who apparently were members of the Rolling Sixties Crips.

Baker said he is not a gang member, but one of the Hoover Street youths punched him and his friend anyway. He said he knocked down the youth, and another gang member apparently shot him.

"I didn't see a gun. He fired through his coat," said Baker, still groggy from pain medication. "I knew I was hit, so I ran."

Baker said he dashed 15 feet toward the doors of the concert hall to escape his attackers, but found the doors locked. Baker said his legs buckled, and he fell. He asked two girls standing nearby to help him find police.

Minutes later, police summoned paramedics, who rushed Baker to the hospital in a helicopter.

"He's lucky to be alive," said Pamela Freeman, 33, Baker's mother. "He could have been killed."

Freeman said doctors told her the bullet passed through her son's abdomen without damaging any internal organs. He is listed in fair condition and is expected to leave the hospital in about a week.

Freeman and Baker's girlfriend, [illegible], said they repeatedly asked hospital staff Friday to track down Baker's blue leather basketball shoes and $30 that was in his pants pockets Thursday. The items apparently were misplaced during the effort to treat the boy.

Freeman said she urged her son not to go to the concert, but relented because her eldest son would have gone whether she allowed him to or not.

Baker, the father of a [illegible]-month-old girl, lives with two siblings and his mother in a two-bedroom apartment in the Jordan Downs public housing project in Watts. Freeman said her son sometimes plays rap music on the family's stereo.

"I make him turn it off. I don't like it," Freeman said.

She said she believes her son is not a gang member, but said it is impossible for him to avoid gangs while living in the projects. She said Baker's uncle is a member of the Grape Street Crips.

The Thursday concert would have been the third rap concert Baker attended had it not been for the shooting. Earlier this year, he saw MC Lyte and Big Daddy Kane, the latter performing at the Celebrity Theatre.

Baker, a junior at Jordan High School, said he did not recall trouble at the Big Daddy Kane performance. But Baker said Thursday's concert might be the last he will attend.

"It might be the last concert I ever go to," Baker said. "It just might be the last."

# Rapper Ice Cube a hot act despite disputes

By Cary Darling
The Orange County Register

Controversy has dogged Ice Cube, the would-be headliner at the Celebrity Theatre on Thursday night, since he came to widespread attention three years ago as part of the Compton rap outfit N.W.A.

The band was at the forefront of a movement called "gangsta rap" because of its gritty portraits of Los Angeles street life.

The group's "Straight Outta Compton" album became a best-selling cause célèbre with supporters claiming that Ice Cube, 21, and his cohorts were street journalists — merely reflecting urban life — while critics derided them for celebrating violence.

The FBI became so alarmed over one track that the intelligence agency sent a letter to the group stating its concern over its anti-law-enforcement tone. The letter touched off a ruckus in the music industry with some saying the letter was evidence that a governmental body had intentions of interfering with an artistic concern.

Ice Cube (born O'Shea Jackson) left N.W.A. acrimoniously, reportedly over a financial dispute, and he has not mellowed musically. His debut solo album, the million-selling "AmeriKKKa's Most Wanted," has been alternately lionized and vilified in the pop music press.

In a recent interview with The Orange County Register, Ice Cube said he wants to make his music so it won't be construed to endorse violence. "There are a lot of people getting mixed messages," he said. "On my next album, it's going to be a lot clearer. I don't want all these people not understanding. What I'm going to do is — because in rap it's hard to catch every line and understand it — I'm going to have commentary and break it down on record."

Ice Cube
[illegible]

# RAP: Chief thinks theater should stick to tamer music

FROM 1

management to review upcoming bookings and security procedures at the Celebrity, which has 2,500 seats.

"There's certainly a possibility in light of the incident last night that we request or outright demand that the Celebrity beef up their security," Anaheim Councilman Tom Daly said. "They use our parking structure and our parking lot, which allows us some control."

Molloy said he thought security was adequate Thursday night and that there is no way to control the kind of crowd drawn by an "antisocial group of misfits."

"They're 'gang bangers' and their entertainment is very conducive to that type of behavior," Molloy said. "How are you going to prevent it? You can't have a cop for everybody that attends."

Thursday night's show was halted after Willie Baker, a teenager from Watts, was shot outside the theater at 9 p.m. The show ended during a set by rapper Too Short after performances by Kid Rock and Yo Yo. Headliner Ice Cube never made it to the stage.

Thirty-eight police officers were called in to handle the disturbance.

Police and city officials said the trouble had been brewing for hours as fans — many of them without tickets — began gathering for the sold-out concert.

Gary B., the evening's master of ceremonies and a disc jockey at hip hop KDAY-AM 1580, said he was surprised to see a line winding a full city block around the theater when he arrived.

"That was the largest crowd I've ever seen at the Celebrity," he said. "There were so many people out there that hadn't gotten the word that it was a sellout."

Molloy said the event turned out to be a magnet for young people affiliated with gangs, many of them from south Los Angeles County.

"They come from all over the place," he said. "What's really interesting is that most of them don't come from Anaheim. A lot of people come to these things looking for problems."

The chief said the Ice Cube show attracted a considerably more violent element than past concerts, including the November performance by 2 Live Crew, the controversial rap group prosecuted in Florida on obscenity charges.

"There was a better mix of people at the 2 Live Crew concert than this one," Molloy said.

Police officials said they still did not know exactly what sparked the shooting. The victim said he was caught up in a feud between the Hoover Street Crips and the Rolling Sixties, two factions of the Los Angeles Crips gang.

Los Angeles Police Department gang experts said the two gangs currently are locked in a turf war over drugs.

"There are so many Crips that they're vying for territory for narcotics sales," LAPD officer Fernando Lopez said.

After the concert Thursday, three people were arrested for allegedly obstructing a police officer, and a fourth suspect was being held on a traffic warrant.

Inside the theater, the trouble started after two men began fighting in the audience just after 9 p.m., said Gary B., who was on stage at the time.

He said he tried to keep people from climbing onto the stage, but was unable to find any security guards to help. He ducked for cover when the fighting continued.

"I really don't think the trouble inside was related to the outside shooting," he said. "Being on the inside, we really weren't aware that there had been a shooting."

# MURDERS: 1990 sets record for homicides in Orange County with 165 killings

FROM 1

"It seems to be things are simply getting more violent," Besser said. "Especially with gangs. Somebody gets killed, an innocent person, just because they have the wrong-colored shirt on. It's becoming increasingly difficult to feel safe."

Santa Ana, while still the homicide capital of Orange County, will see a decrease in killings from last year. In 1989, there were 54 homicide victims; as of Thursday, there have been 39 homicides this year.

At the same time, gang-related slayings — which totaled 18 in 1989 — numbered 16 as of Thursday.

Police Lt. Bob Helton said those figures might be misleading.

"We classify some murders as 'gang-related' because a gang member is involved," he said. "Perhaps a robbery. But in reality, we have had fewer murders which actually involved rival gangs."

He said that after several gang slayings at the beginning of the year, extra resources were directed for gang suppression, particularly on weekends.

"We feel if it hadn't been for these efforts all year, our homicides would have increased," Helton said.

In Anaheim — second to Santa Ana in homicides — police Sgt. Chet Barry said homicides are down from 1989, when 39 people were killed. So far this year, there have been 31 victims.

But the previous two years saw significant increases in the number of killings in Anaheim.

"Basically, I think it's a matter of more and more people being in an area," he said. "As population density continues to increase, so do the homicides."

Besides gangs, homicide might involve illegal drugs, domestic disputes or robberies.

Barry said drugs in particular play a heavy role in killings.

"We have had a number of dope-related killings," Barry said, "or that dope deals gone bad or arguing over money owed as a result of narcotics."

But ultimately, Barry and others said homicide is an unpredictable crime and for the most part an unpreventable crime.

"Sometimes we'll go for a month or so and gosh, there's nothing. Then, take [illegible] weekend before last — we had two murders in that one weekend."

Drugs and gangs accounted for the two most-recent homicides in the county.

On Wednesday night, a 16-year-old boy known to be gang member was shot in the chest on a Santa Ana street. Two males were seen running from the scene.

On Christmas morning, a [illegible]-year-old Santa Ana man was gunned down in that city at a corner known for heavy drug activity.

Perhaps the most vicious murder of the year occurred in November, when a pretty 9-year-old girl, Autumn Wallace, was stabbed more than 50 times at her home in Anaheim.

An acquaintance of the girl's sister later admitted slaying the child while she was burglarizing the house. She said she knew Autumn could identify her.

1990 also has seen three triple homicides in as many months, believed to be the third ever in Orange County in a single year.

The circumstances were extremely diverse.

In a robbery in August, a former employee of a Tustin auto-parts store allegedly tied up three workers and fired a single shot into the head of each.

In September, a pregnant woman shot and killed her former boyfriend, her two children and then herself in Costa Mesa.

In October, three men were gunned down execution style in the courtyard of a Santa Ana apartment complex known for drug activity. There have been no arrests, and police they believe there was a drug motive for the killings.

Meanwhile, a disturbing new trend emerged late this year — killings at so-called "flier parties," large gatherings of predominately young people.

The beer flows freely.

Two teen-agers were stabbed to death at such parties, a 17-year-old youth in Fullerton a week ago and a 20-year-old man Dec. 1 in Yorba Linda.

Reflecting on the murderous year, Besser said the public has a tendency to accept killing as part of the natural course of events.

"People say 'eh, it's just another murder,' and that's tragic."

Register
DECEMBER 29, 1990 25 CENTS

DEC 29 1990

## on will come back ns oach in 1991

shortly before noon Friday, when he was called away from the practice field to take a telephone call from John Shaw, the club's executive vice president.

Robinson, 55, said Shaw informed him of Frontiere's decision to retain him as coach and give him the added authority that was believed to be a condition of his return. Robinson, who is in the fourth year of a five-year contract that pays him a reported $735,000 a year, is expected to finalize the details of a contract extension after the season.

In a statement issued through the Rams, Frontiere said, "I have nothing but the deepest respect for John's abilities, and I'm certain that he is just as committed as I am to bringing our fans a championship team next year."

Robinson is the winningest coach in Rams history. He has a 76-60 record, but the Rams are just 5-10 this year entering the season finale at New Orleans. He took over as the Rams' coach in 1983.

For details, see Page D1

The Orange County Register
John Robinson reportedly will have greater input in draft picks and Plan B player signings.

## OC jobless rate hits a 4-year high

### 57,100 were seeking work in November

By Jeff Rowe
The Orange County Register

■ JOBS CHART: A month-by-month look at local unemployment/26

ANAHEIM — Orange County unemployment for November hit its highest rate in almost four years.

Figures released Friday by the State Employment Development Department show 57,100 county residents were seeking work last month, up from [illegible] county residents looking for jobs in November last year.

The unemployment rate for November was [illegible] percent, the highest it has been since January 1987. In November 1989, the unemployment rate was 2.8 percent.

"The upward drift seems to be in line with recessionary forces affecting growth in Orange County," said Jim Doti, director of business forecasting at Chapman College in Orange. Earlier this month, Doti predicted the county jobless rate would reach 4.5 percent to 5 percent by early next year before the economy begins to recover.

Despite the increase in unemployment, the county continued to generate new jobs, although the 0.2 percent increase from October [illegible] far below the robust pace of the mid- and late 1980s, when the job growth rate often reached 5 percent.

Since November 1989, the Orange County economy expanded by a net of 5,000 jobs, or 0.4 percent growth, the EDD said, estimating that the county now has about 1.2 million workers in wage and salary occupations.

"There is still growth but it is much, much slower," said Eleanor Jordan, the EDD's labor market analyst for Orange County.

More worrisome, the biggest increase in November employment came in retailing, which was adding workers for the busy Christmas buying season. Yet compared with a year ago, retailing employed 200 fewer workers, the first time since 1982 that this sector has declined compared with the year before.

November's jobless rate would have been higher, but growth in the size of the county work force has slowed as a declining birth rate has

Please see JOBLESS/26

## 184 hurt in two transit crashes

[illegible] help some of the 33 people hurt Friday [illegible] Bay Transportation Authority trolley [illegible] all passengers. In New York, a short circuit apparently caused a subway fire that left one man dead and 151 injured. Four trains were trapped in a tunnel that links Manhattan and Brooklyn about 9 a.m. The tunnel was reopened [illegible]

The Associated Press

## 1990 a record year for homicide in OC

### 165 killings reported so far this year surpass 1989 total

By Steve Eddy
The Orange County Register

Orange County has joined other parts of the nation in topping homicide records this year, according to statistics from the coroner's office.

As of Thursday, there were 165 homicides reported in 1990, compared with 161 for all of last year.

"We've set another record," said Chief Deputy Coroner [illegible] Reissner. "Murder seems to continually grow on a daily basis."

The likelihood of being killed in Orange County has risen slightly since last year. Orange County's population on Jan. 1, 1989, was estimated at 2,279,400. The 1990 census reported an increase of [illegible] residents as of April, for a total of [illegible]. That means that on a per capita basis, there was one slaying per every 14,[illegible] residents in 1989 and one killing per 14,[illegible] so far in 1990.

By the end of the year, and when some pending investigations are concluded, Reissner said the homicide figure could reach 170.

"You just don't know where it's going to end up," Reissner said. "So much of it seems so senseless."

Orange County is not alone in this murderous year. It joins more than 12 other US metropolitan areas — including Dallas, Phoenix, Milwaukee and Boston — in setting records [illegible].

Law-enforcement officers generally attribute the increase to heightened tensions caused by more people being crowded together. Also [illegible] was a proliferation of firearms.

Please see MURDERS/26

A deadly trend

The number of people murdered in Orange County increases each year. The current year has seen yet another record set.

Homicides, by year

165
'86
'87
'88
'89
'90*

*Through Thursday. [illegible]
Source: Orange County Sheriff-Coroner
The Orange County Register

■ VICTIMS: As diverse as the lives behind their deaths/22
■ STRICKLAND: Slain [illegible] known well by authorities/22

## Anaheim police say gang themes in rap music contributed to riot

By Donna Wares and Gary Gerling
The Orange County Register

■ IMAGE: Shooting can only hurt rap, insiders say/A26
■ VICTIM: He says he was caught in middle of gang feud/A26
■ ICE HOT: Rapper Ice Cube a hot act despite criticism/A26
■ ANAHEIM: More violence, this time on Olive Street/B1

ANAHEIM — The tickets were long since sold out. But that didn't stop dozens of rival gang members and other young fans from mobbing the Celebrity Theatre in hopes of seeing rapper Ice Cube, whose music is filled with references to gang violence, anger and four-letter words.

The mix exploded Thursday night when many would-be concertgoers were left standing on the sidewalk. A 16-year-old was shot while standing in line. Soon after, the audience inside began throwing punches and metal chairs and the concert was canceled.

On Friday, Anaheim police were investigating the shooting, but said they had few clues as to the gunman's identity. Chief Joseph Molloy called the pandemonium "absolutely ridiculous," and said he thinks the theater should stick to "the Wayne Newtons and Anita Bakers" in the future.

"That gang theme and violence theme is going to attract a certain type of individual," Molloy said. "As far as I'm concerned, if they never booked another rap concert in this city, it would be fine with me."

Management at the Celebrity Theatre refused to discuss the incident Friday.

City officials said there were no plans to cancel tonight's performance by Vanilla Ice, a rap performer with a more mainstream following.

City Manager James Ruth said the Celebrity has a good track record for security at rap and other concerts.

"That could have happened at the Pacific Amphitheatre or anywhere else," Ruth said. "When you book that kind of entertainment, there's a certain risk [that] goes with it. You just have to make sure you're prepared for that kind of risk."

Ruth said city and police officials will meet with the theater's

Please see RAP/26

## ...ocratic reforms slipping away

ANALYSIS

[illegible] year of sunken spirits, [illegible] the hands of many par[illegible] the end of the period of great advances.

"The congress reflected the trends that have been developing in the society around us, the sunset of [illegible] and the onset of conservative forces," said Aleksei M. Yemelyanov, professor of agricultural economics and an opposition deputy.

Soviet President Mikhail S. Gorbachev emerged from the congress more isolated than ever from the innovators who helped him remake Soviet society and dependent on traditional institutions of power — the Communist Party, the military-industrial complex, the KGB [illegible]

Please see ANALYSIS/26

INSIDE

Mortgage report in Metro section

The Mortgage Lending Report, which is normally published in the Orange County Register's Saturday Home Design section, will appear today on page B10. It will return to the Home Design section next week.

A News; Today 3; Bible 2; B Metro; Obituaries 15; C Business; D Sports; E Home
F Show; Show Times 8-12; Television 14-16; G Accent; Comics, Crosswords; & Horoscope 4-5; H Classified

©1990 The Orange County Register
15 sections, 180 pages
Classified 953-2311
Sports Line 953-7723
Circulation Customer Service 972-5800
Other phone numbers A2

WEATHER: Partly cloudy with a slight chance of light showers from Laguna south. [illegible]

...Ana, scores had more than a dozen gang-related ...and San Clemente had its first — a man was shot to ...after a fight at a Chinese restaurant. Vietnamese ...were tourled for a rash of home-invasion burglaries, ...y on Asian victims.

**...omic downturn**

...ry, all the talk was recession and cutbacks. ...ers throughout Orange County cut workers and ...stand in the face of a looming downturn. ...to the ...the industry, which entered the ...slowdown ...ing of unsold homes and ...ed office ...the aerospace industry, which ...started a ...suddenly turned frugal.

**...tion '90**

...y voters faced the longest ballot in history, including 28 ...propositions. Three times was the charm for Measure ...half-cent-on-the-dollar transportation sales-tax ...se, and Democrat Tom Umberg edged out Curt Pringle ...72nd Assembly District.

**...ington Beach oil spill**

...400,000 gallons of crude oil spilled off the coast ...an oil tanker ruptured in February. Some of the oil ...ashore, killing wildlife and fouling local beaches.

**...sing market slump**

...to buy new homes disappeared as the county's ...home price dropped and the resale market stalled. ...other home resales were down nearly 32 percent from ...earlier and the median price of a single-family home ...d 5 percent — $12,400 — to $236,240.

**...ogate mother case**

...groundbreaking case, the genetic parents of an unborn ...nd the surrogate mother they hired battled for custody. ...the birth, a judge awarded the genetic parents sole ...y of the child.

**...John Wayne Airport opens**

...controversy and cutbacks, the $63.1 million Thomas F. ...Terminal opened Sept. 16 and travelers no longer had ...k out on the tarmac to board their planes.

**...bars**

...range County Register investigation into the women's ...detailed sexual abuse by guards, drug trafficking by ...nd inmates alike, and deficient, sometimes deadly, ...al care. The series spurred three criminal...

The Orange County Register

**Home prices fall**

Orange County home prices in 1990 fell for the first time since the early 1980s. In September ... the average ... price of a home in Orange County was about $239,000. By October of 1990, ... the average ... price was ... $236,000.

Source: ... The Orange County Register

...county, recently ...e nation's fast... ...ing housing ...wall in 1990. ...— a sluggish ...of overtaxious ...ed buying), a ...builders and ...in the Persian ...ocks sales slow...

...tents, the trend ...of "good ...

...early '91.

Two of the county's biggest landowners — the Irvine Co. and Santa Margarita Co. — announced layoffs and plans to curtail development during the next two years. Both companies said their decisions were based, in part, on the credit crunch.

Overall, the lack of funds helped slow the county's construction industry. For the year, fewer homes were built in Orange County than at any time since 1982.

And fewer homes built meant builders had fewer jobs to offer. From September of '89 to October of '90, Orange County lost 8,400 construction jobs, according to the Economic Development Department.

Prospects for a return of those jobs during the first half of '91 are dim.

Residential construction permits, usually an indicator of future construction, fell 31 percent during the first 10 months of 1990 compared with the same period in '89, according to the Construction Industry Research Board in Burbank.

But the downturn in permits eventually could translate into a rerun of the late 1980s or, barring that, a return of inflation in the housing industry.

With few homes coming on line during the first half of next year, many builders believed buyers will eat up the county's supply of existing homes. That, they said, could create a new rush in home buying and a return to higher pricing.

Not all analysts agreed with that projection, however. Some said the tight credit for builders and the general reluctance from real estate investors will cause builders to be more cautious in the next few years and make them build lower priced homes.

— Andre Mouchard

# DEC 30 1990

...that ... aerospace industry. The ... came from McDonnell Douglas Corp., which laid off 4,000 at Douglas Aircraft in Long Beach and 1,000 at one of the defense contractor's facilities in Huntington Beach.

More layoffs came after Iraq's invasion of Kuwait, which further dampened America's enthusiasm about the future — though the layoffs were largely confined to industries that were slowing down.

Meanwhile, Orange County's unemployment rate, which has hovered around 3 percent since early 1987, crawled slowly upward to 3.6 percent by October.

But claims at the county's four unemployment offices, through November, were up 22 percent compared with last year. In November alone, they were up 38 percent.

"I've seen it worse," said Richard Johnson, manager of the Garden Grove office of the state Employment Development Department.

What makes the current wave of job cuts different from those of previous recessions is the large number of white-collar workers who were flushed out into the job market. Many are veterans of 20 years or more who are having a difficult time ... how to sell their skills in today's job market.

They might end up being glad that they're developing the talent now. As the year ended, many companies — including McDonnell Douglas — hinted that there were more staff reductions to come.

Bill ... /The Orange County Register

**Two sides of surrogate**

Mark and Crispina Calvert ... Superior Court judge ... sole ... of the baby boy ... Johnson. Johnson, left, ... named Christopher Michael ... surrogate ... with the ... ... Crispina Calvert and Johnson ... the agreement was ...

## Minorities

For Orange County's minorities, the past year has been a roller coaster of slow, steady ups and scary, bone-rattling downs.

New immigration laws led to joyful family reunions, but racial tensions continued to rise.

The number of minorities increased. The latest census figures aren't in yet, but school enrollment rose 3 percent.

In January, the first of an estimated 100,000 political prisoners from Vietnam were reunited with families in Orange County and other parts of the nation.

More help for immigrants came in November. President Bush signed a law boosting immigrant quotas by 40 percent and increasing the number of visas for immigrants' relatives.

But the journey to the United States continued to be a difficult one. More than 13 immigrants were killed by cars this year while trying to cross the San Diego (I-5) Freeway near the San Clemente immigration checkpoint.

Vietnamese trying to get here had other troubles. Malaysia and other countries that had been accepting boat people from Vietnam started to turn them away.

Those who did reach the United States sometimes found illegal conditions in the workplace. In February, state labor agents swept through more than 30 garment factories in Santa Ana, Garden Grove and Westminster. Many of the Asian and Hispanic workers were getting less than the minimum wage.

Other members of minority groups found prosperity. Ten county businesses were among the nation's 500 largest Hispanic-owned companies, Hispanic Business magazine reported. And in Placentia, Manuel Ortega was named to head the Police Department, making him the second Hispanic chief in county history.

Still, advocates for blacks, Hispanics and other minorities complained that police had poor ties with minorities. Police began working to improve ties in Little Saigon, where investigators said Vietnamese gangs were on the rise.

Others worked to show off the community's positive side. In December, Vietnamese nonprofit groups unveiled plans for the 1991 Tet Festival, ending a squabble over whether there would be a festival this year.

Meanwhile, racial tensions rose. A "skinhead" named Martin Dayton Cox was arrested on suspicion of threatening the life of a Jewish press chief. And in August, a 17-year-old white male was accused of throwing a piece of glass at a black cheerleader, cutting a deep gash in her face.

— Tracey Kaplan

**Minority enrollment**

Minority enrollment in Orange County schools grew by about 3 percent from 1988-89 to 1989-90. The total student population reached 360,382.

Source: Orange County Department of Education

The Orange County Register

## Crime

Crime marched on in 1990, although the numbers say some Orange County residents experienced less of it.

If you live in Irvine, you were less likely to have had your car stolen during the first half of the year compared with the corresponding period in 1989. In Irvine, auto thefts declined 37.2 percent, according to state statistics.

In Garden Grove, another common crime, burglary, plummeted 17 percent.

Crime statistics, though, can be a mixed bag. Similar offenses were up in most cities.

But there were other positive signs.

In Santa Ana, homicides declined from 31 during the first six months of 1989 to 20 during the first half of this year. And according to a report issued in September, drive-by shootings and other gang violence dropped 40 percent after a crackdown began in April.

But Santa Ana also saw one of the bloodiest moments of the year in late October as three men were gunned down near phone booths at an apartment complex. Police theorized that the slayings, one of three triple homicides in the county during the year, were drug-related.

Other crimes ranged from grisly to bizarre.

In November, 9-year-old Autumn Wallace was stabbed more than 30 times at her Anaheim home. A woman later said she killed the girl while in a drug-crazed frenzy during a burglary.

In August, an Anaheim couple, Doug and Dana Kulesza, carried out a murder-suicide pact — but not before mailing a videotape to Doug Kulesza's brother, explaining that they simply didn't feel like growing old.

It also was a year in which recruitment was intensified for law enforcement agencies. More and more applicants admitted drug use and could not meet other stringent requirements.

But where staffing emerged as a problem, there were bright spots on the hardware and equipment front.

In February, the Orange County Sheriff's Department opened the first law-enforcement-operated DNA lab west of the Mississippi.

On Dec. 1, Orange formally dedicated a new state-of-the-art, $12 million police facility at Batavia Street and Struck Avenue.

During the year, the fight against crime exacted a hefty human price too. On June 21, Fullerton police officer Timothy ... was shot dead in Los Angeles County during an undercover drug investigation.

— Steve Eddy

**Bank robberies down**

Bank robberies in Orange County decreased by 14 percent during the federal fiscal year that ended Oct. 31, 1990. During the year, there were a total of 219 robberies in the county, compared with 254 the previous year.

Source: FBI

The Orange County Register

## Military

The Persian Gulf crisis dominated military ... in Orange County ... 1990 as thousands of active-... and reserve military personnel were sent overseas for Operation Desert Shield.

Soon after the Aug. 2 invasion of Kuwait by Iraq, Marine ... took units from El Toro and ... air stations deployed to ... Arabia.

Giant C-5 Galaxy transports ... strange sight at El Toro, ... around the clock carrying troops, supplies and dismantled helicopters to the gulf. F-18 ... there wings equipped with long-range fuel tanks, also flew ... oppose Iraq's MiG and Mirage jets.

An estimated 4,000 Marines departed from the Orange County bases, more than half the troops at the two bases. In November, one Marine had ... the Tustin base "feels like a ghost town."

Marines from Camp Pendleton also shipped off to the gulf and dozens of Navy ships, including the battleship Missouri, left Long Beach and San Diego with more than 15,000 sailors and Marines aboard.

Beginning Nov. 14, reserve units based in Orange County were called up in large numbers. The Los Alamitos Armed Forces Reserve Center, ...

## Social issues

Residents in Orange County who needed ... most were hit the hardest in 1990, as budget cuts, ... shrinking resources and ... of poor people overwhelmed ... local welfare system.

But in some social-issue areas, such as child abuse and drug ... the numbers showed some hopeful trends.

Over a two-year period from April 1988 to March 1990, the number of Medi-Cal recipients soared more than 20 percent.

The number of people enrolled in programs such as Aid to Families with Dependent Children, food stamps and refugee assistance also rose significantly.

"Our caseload has just gone crazy," said Bob Griffith, deputy director of the Department of Social Services.

In the spring, county health officials were forced to start turning away poor mothers who needed formula for their babies. A budget shortfall in the Women, Infants and Children Supplemental Food Program...



Church

year-old boy.

Andersen, who was freed on probation in 1986 after being convicted on 36 counts of molesting four Huntington Beach altar boys, was sentenced in July to six years in a California state prison for violating his parole.

The year also saw Paul F. Crouch, president and founder of the Tustin-based Trinity Broadcasting Network, pull his worldwide Christian network out of the National Religious Broadcasters, a group that represents more than 1,500 evangelists nationwide.

Crouch quit after refusing to join NRB's Ethics and Financial Integrity Commission, a mandatory membership requirement. He said the group unfairly penalizes family-run ministries. The televangelist also was hit with a lawsuit by his former personnel director, who alleges Crouch delayed payment of a substantial amount of employee-withholding taxes.

Finally, 1990 was a year of anniversaries. Chuck Smith's booming Calvary Chapel of Costa Mesa turned 25. And Schuller's "Hour of Power" celebrated its 20th year.

— Tracy Weber

...nge County ... pr... ear

...ast to most... ...uely threatening? ...Smith scanned from... year and came up with Billy Joel's "We Didn't

...e Fires'

...g prices goin' south, ...d Gates in court

...gran unemployed!

...hear. ...mpson banned from ...ise your arms they'll ...paying for their ...turns 25. ...care, Disney prices to ...FundAmerica is ...count, all the while the ...ld Brown, what a loud ...money coming in!

...that guy everywhere?) ...ey, watch that airshort ...statue has blue eyes! ...thinks he's past his ...Carpenter ... 12 ...Rothen... ...the no... ...Rams take a ...ight help some if you

DEC 30 1990

# OC CALENDAR '90

Remember that sweltering May weekend? Or the day Yorba Linda overflowed for the Nixon library opening? How about all the oil-coated birds that washed ashore on Huntington Beach? Here's a chance to take a quick look back through the year. After all, 1990 soon will be just a memory.

## JANUARY

Helicopters spraying against medflies pass over Santa Ana.

7 Disneyland announces plans to expand.

19 A Superior Court judge rules that DNA genetic fingerprinting is scientifically acceptable evidence in a criminal case.

24 Charles Rothenberg, who set his son on fire, is released from prison.

25 OC cities lose medfly court challenge.

## FEBRUARY

Frank Hobson, ...

3 Federal and ... ture — 2.4 ...

5 Juan Carlos ... ange, is sentenc...

7 American 400... Beach when an ...

14 Sunday ban... for Santa Ana dis...

## JUNE

5 The California primary is held and the turnout is light.

15 David Brown is convicted of recruiting his then-14-year-old daughter to murder his wife.

25 Joan Irvine Smith is awarded $148 million from Donald Bren for her stake in the Irvine Co.

29 Maria Del Rosio Alfaro is arrested in the stabbing death of Autumn Wallace, 9.

Classmates at Dr. Jonas Salk School mourn the death of Autumn Wallace.

## JULY

The Richard Nixon Library & Birthplace, at night, before dedication.

8 The Border Patrol conducts a five-hour sweep, nabbing a record 923 illegal immigrants.

19 Florida investigators charge that FundAmerica Inc., an Orange County company, is an elaborate pyramid scheme.

19 Former President Nixon returns to Yorba Linda to dedicate his birthplace, museum library.

19 The Newport Harbor Art Museum fires director Kevin Consey.

27 Taylor Woodrow Construction, which was fired for failing to finish a John Wayne Airport construction project on time, sues the county.

30 The state cuts funding for the Santa Ana River flood-control project.

## AUGUST

Cypress soldier ... is mobilized ...

11 The first OC Marine units are deployed to the Per...

25 Cypress Little League team is set for the world s...

## SEPTEMBER

MR00633