

March 10, 1992

arch 10, 1992

# er Ryan seeks women's group

paign ... ange r the newly con- ct has been any- New York City, e national WISH er whether the e anyone in the President Glenda ne group has nev- r will it, endorse tes. ...s for Women House, is compil- ential candidates d after the prima- of women it will criteria that the set up. the local chapter, March 18 with a County Supervisor 's home. p plans to endorse entially, including ore the primary. nwald) isn't telling will be no pre-pri- ent) ... se she's been intimidated by Dornan," Wieder said. "That was never explained to me."

Wieder was referring to Dornan's efforts last week to dissuade WISH members from backing Ryan against him. He later talked to other group members in the House, saying afterward that all of the congresswomen said they had no intention of backing his primary challenger.

But Wieder plans to take that issue up with Greenwald, who is among two dozen people invited to the March 18 event. The invitees include Ryan; Mary Ellen Bryden, a Fullerton political consultant; Mary Carrington, a politically active Irvine attorney; Costa Mesa Mayor Mary Hornbuckle; and Buena Park Mayor Rhonda McCune.

WISH List is based on a similar group, EMILY's List, which supports female Democratic gubernatorial or congressional candidates who support a right to abortion.

Register staff writer Gary A. Warner contributed to this report.

# e plan to electrify rails

air-quality officials ... electrification to ... Councilman Gary Hausdorfer, an authority director. "The average

## POLICE/COURTS

Clay Miller/The Orange County Register

Maria del Rosio Alfaro listens to her attorney, William Monroe, in court Monday.

STABBING DEATH

### Woman's murder trial begins

The Orange County Register

A mysterious "third party" may have killed 9-year-old Autumn Wallace nearly two years ago, a defense lawyer said Monday as a 20-year-old mother of four went on trial for the murder.

Autumn's body was found in a bathroom of her ransacked home near Anaheim on June 15, 1990. She had been stabbed more than 50 times.

Maria del Rosio Alfaro is charged with the killing. Her bloody footprints and fingerprints were found inside the home, and she confessed to killing the third-grader while stealing electronic gear to get money for drugs.

Defense lawyer William Monroe criticized police for ruling out the possibility that another person committed the murder.

SENTENCING

### Killer of bo... gets 28 yea...

The Orange County Reg...

A convicted killer ... Monday as he promised ... not kill a 13-year-old ... ties for his family. ... And then he was sent ... prison.

"Not only will you not ... dreams be fulfilled. Not ... rez, 27. But, he said, ... have to pay the highest ...

The victim, Ulises Ca... bottles and cans a few ... when someone opened ... seventh-grader at ... shot ... heart. Three ... Superior Court Judge ... three witnesses in January ... degree murder ... murder.

HIT AND RUN

### Pedestrian struc...

The Orange County Reg...

ANAHEIM — An ... being struck by a car ... bound Riverside (91) ... way Patrol said ... Bernard P. McLaughlin ... times, but the driver ... icers said.

The accident happen... Raymond Street.

Anyone who wit... officer Ron Bran...

Turn now to the Register's Business section to discover

CHRONICALLY ... CAREER B...

# Disaster:

## 3 more counties become eligible for US funds

By Margaret Caldwell,
The Associated Press

SHADYSIDE, Ohio — Torrential thunderstorms sent a flash flood surging through a valley into this Ohio River town, killing at least 11 people and leaving 51 missing and scores of others homeless Friday, authorities said.

Flooding late Thursday swept homes off foundations and washed away cars. About 200 people were reported evacuated in central Ohio.

"The valleys are choked with debris," Gov. Richard Celeste told reporters after flying over the hilly Appalachian region in eastern Ohio. "A wall of water wiped a path through the area."

The governor declared a state of emergency and dispatched about 50 National Guard members to the area.

The Federal Emergency Management Agency declared Belmont County, which includes Shadyside, and Jefferson and Franklin counties disaster areas, making federal aid available to residents. Seventeen counties now have been declared disaster areas because of flooding or tornadoes since May 29.

Ten bodies were taken to the Bauknecht Funeral Home in Shadyside, said Bob Bell, funeral director. One body was taken to Bellaire City Hospital, he said.

Chuck Vogt, Belmont County coroner's investigator, also said there were 11 confirmed dead.

Earlier, Fire Chief Mark Badia had said 14 adults and two children

Please see DISASTER/26

Cleanup workers search a car in a creek in Shadyside, after a flash flood Thursday night killed at least 11 pe... also closed roads, damaged homes and forced hundr...

# Girl, 9, slain in OC home

By Melissa Balmain Weiner
The Orange County Register

ANAHEIM — Autumn Wallace, a 9-year-old as pretty and colorful as her name, was found dead Friday evening in a pool of blood, apparently slain by a burglar while she was home alone after school.

Autumn

Autumn's mother, Linda, 42, discovered her daughter face down on the bathroom floor when she returned from work. The house is on Hedlund Drive in unincorporated county territory surrounded by Anaheim and Garden Grove.

Several items were missing from the ransacked house, including a television, a makeup mirror and a telephone, said Autumn's sister, April, 18.

"I just noticed everything was a mess," April Wallace said. "It wasn't like that when I left."

Family members said they found no evidence of forced entry.

Autumn probably was attacked while she was cutting and pasting, because she had her scissors and paper out, April Wallace said.

Autumn was found fully clothed.

Please see GIRL/26

# Man guilty of having ...

Linda Brown's family members are overcome by emotion outside the courtroom after Da...

# Federal regulators seize troubled Charter Savings

Charter Sa...

Founded: 1977...
Owners: Frank J...
Mola Development...

L 000635

on the payroll after the government ... salary increases, while 36 absorbed salary cuts. Thirty-five of the held-over executives continued to draw an annual salary of at least $100,000; six collected more than $200,000; and one earned $275,000, RTC officials said.

C[illegible] said his agency saved taxpayers [illegible] million in executives' salaries by changing the top management, and ousting the so-called "bad apples" at the 351 thrifts that the RTC has taken over since August 1989. Despite that, he was repeatedly browbeaten by the committee for retaining key employees from any of the failed thrifts.

"I see no reason why a former executive of an institution should be part of your advisory team," said Rep. Mary Rose Oakar, D-Ohio. "Even if they do it as a freebie, they have no business being involved. They probably still have [illegible] ... me about it right now. If you don't, I want the information!" Vento demanded.

Cooke, in a barely audible voice, answered, "Yes, sir."

After the hearing, Cooke said he would provide Vento with the names of thrift executives who still received salaries after their institutions were taken over by the government. It was unclear, however, whether that information will be released to the public.

The Register disclosed in May that six former thrift officials in Orange County, including Leonard Shane, formerly affiliated with Mercury Savings and Loan in Huntington Beach, continued receiving salaries after their institutions failed. Shane, who had been receiving $9,000 a month despite doing no work since Mercury's seizure in February, told the government to [illegible] ... was still standing was covered with at least 6 feet of debris.

stop sending him checks in late May. He is still pursuing a lawsuit against the government, however, to recover his retirement benefits from Mercury.

Cooke told the committee that when the RTC takes over a thrift, it generally honors existing employment contracts for top executives, or provides severance pay to those officers who are let go.

"What we'll do is put them on administrative leave while we investigate our legal options," he said.

"Some of these contracts, these sweetheart management deals that they cut for themselves prior to the institution going into conservatorship, are almost ironclad," ... RTC to crack down on compensation ... held by former thrift executives.

"It isn't as though this guy's (Shane) been cooperative, so therefore we shouldn't challenge him," he said.

"You ought to be contesting these things. A lot of people are losing their jobs all over this country because their company was bought by somebody else, and yet we seem to be into the sanctity of contracts for failed thrifts."

Shane, in a brief but expletive-filled interview late Friday, denied any wrongdoing.

"I have no contract. I told them to keep the money. I want to be left alone. This ... thing is all over. ... They are destroying me. If Vento says I have a sweetheart contract, it's totally untrue. I'm the guy who blew the whistle on this stuff. I have no comment."

# THRIFT: Federal regulators seize Charter Savings Bank

FROM 1

regulators said.

Charter's files have been turned over to the US Justice Department for possible criminal investigation. State and federal regulators would not elaborate on that investigation.

Charter is among the creditors of First Network Savings of Los Angeles, whose recent failure has resulted in investigations by the FBI and other government agencies. First Network records show Charter is owed about $1 million.

Mola, a prominent Orange County developer, could not be contacted [illegible] Mola Development Corp. offices [illegible] day. Jon Maddox, president of Charter, refused to comment on the government's action.

Mola Development projects not directly funded by Charter will not be affected by the government's action, said William Davis, state Savings and Loan Department chief.

New government rules bar thrifts from investing in commercial real estate developments. It was unclear Friday whether Mola's real estate projects were funded by Charter.

> **A look at Charter's books**
>
> **Customer savings accounts:** $290 million (as of Dec. 31, 1989)
>
> **1989 performance:** $1.5 million loss.
>
> **First-quarter 1990 performance:** $718,000 loss.
>
> **Junk bond holdings:** $5.2 million.
>
> **Total capital on hand:** -$12 million.
>
> Source: Federal Home Bank Board

But the seizure of the thrift is still a major blow for Mola, who also made two unsuccessful bids to buy California savings and loans in 1988.

Mola Development Corp. built Charter Tower, a Huntington Beach landmark that it sold to Guardian Savings and Loan for $55 million in 1988.

The company is involved in two other major developments:

■ The stalled, $200 million Hellman Ranch housing project in Seal Beach. The fate of the development is scheduled to be decided at a June 25 hearing before city officials.

■ The 40-acre, $350 million Mola Centre project in Irvine at Jamboree Road and Campus Drive. Mola recently sold the residential land on the site to Los Angeles-based Forest City Properties, which in turn has broken ground on a 725-unit residential complex — a joint venture with Dai Ichi Kangyo Bank Ltd. of Japan.

"Mola hasn't even moved on the commercial development because there's no demand for that right now," said Mary Ann Gaido, Irvine Planning Commission chairwoman.

In Seal Beach, city officials said Friday that they do not expect the government's seizure of Charter to prevent Mola from proceeding with his plans to develop Hellman Ranch.

So far, Mola has invested nearly $11 million in the project, the subject of four years of public hearings and geologic, environmental and residential-density studies. Mola still needs to convince city officials that the 149-acre site, between Seal Beach Boulevard and the San Gabriel River, is suitable for the 329-home development.

Aggravating Mola's problems is the fact that Hellman Ranch sits on historical Gabrielino Indian burial and camping grounds.

Charter, the 19th Orange County savings and loan to fail since 1984, had total assets of $308 million, but suffered from bad loans, junk bond investments and "goodwill" assets. Goodwill is defined as the premium which an institution paid above the actual value of a piece of property.

Regulators said Charter's goodwill portfolio was 74 percent higher — at $13 million — than expected after it bought Los Angeles-based Merit Savings and Loan in 1988.

*Staff writers Jonathan Lansner, Ann Pepper and Susan Kelleher contributed to this report.*

# GIRL: Nine-year-old apparently was attacked by a burglar

FROM 1

said Lt. Richard Olson from the Orange County Sheriff's Department. He would not say what weapon was used to kill the child or whether any weapon was found on the scene.

Olson said that a cause of death will not be announced until today, after an autopsy.

Neighbors and family members said Autumn was last seen alive around 3 p.m., playing on her front lawn.

About half an hour later, she declined a friend's telephone invitation to come to her house and play.

[illegible] said no one heard a sound from the house between then and about 5:30 p.m., when her mother found her.

Autumn, her mother and sister, April, lived alone in the one-story house. Autumn's father died three years ago of cancer. The Wallaces' other daughter, Amber, 23, lives nearby with her husband.

The neighborhood — with modest wood and stucco homes fronted by neat yards — is "relatively crime-free," Olson said.

However, a gang shooting startled students March 2 at Autumn's school, Dr. Jonas E. Salk Elementary School, on South Gilbert Street about four blocks west of her house.

Students at the school ran for cover after shots were fired by a group of gang members who had gathered across the street from the school.

No one was injured, but that incident spawned two neighborhood meetings at which parents expressed their anger that gang members were in the area.

Police officers and gang experts urged parents to report potential gang trouble quickly and to get involved in Neighborhood Watch and PTA groups to help protect themselves.

Johanna Hof, a Salk parent and a participant in those meetings, said Friday night she thought things were getting better in the neighborhood.

"There's been no trouble since that incident that I know of. I personally thought we were doing real well. We were all feeling pretty safe, but not after this. This is a real tragedy for everyone."

Autumn's family and neighbors gathered across the street from the house Friday night to mourn a girl known for her sweetness and intelligence.

She had shiny blond hair and wide brown eyes in a round, gentle face. She was a straight-A student who loved to read, draw, fish, play Nintendo and eat salad, family members said.

She was inquisitive and talkative, they said, with a vocabulary beyond her years. She was popular at school, where she worked on the student council.

"Everybody loved her," Amber Wallace said.

CA 000636

1 of 3

Register

SUNDAY JUNE 17, 1990

# Neighbors shocked ove

## 'I should have been more alert,' says woman next door

By Melissa Balmain Weiner and Jack Evans
The Orange County Register

ANAHEIM — A sheriff's bus and a fire truck hulked on opposite sides of the street. A police car stood in the shade. And all around one modest stucco house — a house like any other on the block — yellow police tape crackled in the wind.

This was Hedlund Drive on Saturday afternoon, and the people who live there said they couldn't believe it.

■ MEMORIAL FUND: Neighbors create scholarship fund/8
■ AUTOPSY: Preliminary report says girl died of stab woun

They never thought their neighborly street could come to such a pass. Never thought a sweetheart like Autumn Wallace could be found dead in her own bathroom.

Autumn, 9, was stabbed to death Friday while she was home alone after school. Several it taken from the house, said, including a televi telephone and makeup

"This is a pretty quie hood. The most excitem is the fireworks from Di

## Degrees of excitement

Ana Venegas/The Orange Coun

Students from the school of social ecology at the University of California, Irvine, whoop it up during Saturday's 25th annual commencement. They were among the 4,486 students who were awarded degrees du separate campus ceremonies/B9

## State is embarking on infrastructure boom

By Jerry Hirsch
The Orange County Register

After more than a decade of neglect California is about to

Proposed OC tolls would be

## Rap flap: Is 2 Li

Knight-Ridder Newspapers

FORT LAUDERDALE, Fla. — The local sheriff and the leader of a rap group he is prosecuting were safely out of town Wednesday — in New York doing the talk show circuit — when those listening in on their police scanners were unex-

■ DEBATE: TV show on who should define o

I freak without warning
I have an appetite for
'Cause me so horny."

Those lyrics, among

Register

JUNE 17, 1990

1.00

# ...hocked over girl's slaying

MEMORIAL FUND: Neighbors create scholarship fund/8

AUTOPSY: Preliminary report says girl died of stab wounds/8

They never thought their neighborly street could come to such a pass. Never thought a sweetheart like Autumn Wallace could be found dead in her own bathroom.

Autumn, 9, was stabbed to death Friday while she was home alone after school. Several items were taken from the house, her sisters said, including a television, VCR, telephone and makeup mirror.

"This is a pretty quiet neighborhood. The most excitement we get is the fireworks from Disneyland," said Doug Kramer, who has lived in the neighborhood three years. He stood across the street from the Wallaces' home on Saturday afternoon, staring numbly as investigators bustled in front of the house. "The kids usually gather on the street corners at night and watch them exploding in the sky.

"Most of the people who live in this neighborhood are either retired folks or young families. . . . There are adults around all the time. There's no organized Neighborhood Watch or anything like that. But people here look out for one another. If you go out of town, they'll feed your dog and watch your house for you."

Friday afternoon between 3:30 and 5:30 — the time during which

Please see AUTUMN/8

Ana Venegas/The Orange County Register

...were among the 4,486 students who were awarded degrees during three separate campus ceremonies/B9

# Lithuania gives initial approval on compromise

The Associated Press

KGB: Man who says he is an ex-official says it should close/24

MOSCOW — The government of Lithuania endorsed a proposal on Saturday that it suspend its declaration of independence, provided Soviet authorities end economic sanctions against the republic and begin negotiating a settlement of the sovereignty crisis.

The proposal from the republic's Council of Ministers appeared to coincide with a compromise offered Tuesday by Soviet President Mikhail S. Gorbachev.

Gorbachev endorsed the general terms of the plan in an effort to end the 3-month-old crisis, which has increased his troubles with nationalist movements and ethnic groups around the nation. The crisis also has impeded his efforts to win US trade concessions.

Also Saturday, Soviet authorities began pumping natural gas to a fertilizer plant in Lithuania, partly easing the 2-month-old blockade of fuel they imposed to pressure the Baltic republic into renouncing its March 11 declaration of independence.

The Lithuanian government suggested that the declaration of independence remain valid but its implementation be frozen while negotiations were under way, said Algis Cekuolis, a consultant for the Baltic republic. However, Cekuolis said it was unclear whether the compromise would be passed by the republic's legislature, which probably will consider it Monday.

The Lithuanian government, under Prime Minister Kazimiera Prunskiene, is considered far more disposed to compromise with the Kremlin than is the Lithuanian Parliament.

If Parliament agrees, it would temporarily suspend laws that attempt to exempt Lithuanian men from the Soviet military draft and expropriate property claimed by the Soviet government, among other actions.

Lithuania and the two other Baltic republics, Estonia and Latvia, hold that Moscow's rule has lacked legitimacy ever since it annexed the republics 50 years ago.

More than 26,000 people have lost their jobs because of the Kremlin's blockade of all oil, most natural gas and some raw materials.

# Rap flap: Is 2 Live Crew talking trash?

Knight-Ridder Newspapers

DEBATE: TV show to air views on who should define obscenity/16

FORT LAUDERDALE, Fla. — The local sheriff and the leader of a rap group he is prosecuting were safely out of town Wednesday — in New York doing the talk show circuit — when those listening in on their police scanners were unexpectedly treated to:

I freak without warning
I have an appetite for sex
'Cause me so horny."

These lyrics, among the few on The 2 Live Crew's banned album clear, on the frequency of the Broward County sheriff's office.

Officially, the sheriff has vowed to track down the hacker who has been making the unauthorized transmissions all week.

Unofficially, some local cops confided that it was one of the funnier pranks in recent memory.

...gutter language that demeans women, warps children and has no constitutional protection?

Under US law, the judges, juries and police are supposed to consider "contemporary community standards" in deciding that question. But this case, which already has featured a black ghetto-based

000638

# AUTUMN: No other major crime is known on victim's street

FROM 1

Autumn died — the neighborhood seemed its usual self.

Children played outside, one of them in a yard next door to the W[illegible]. Another next-door n[illegible] mowed his front lawn, the[illegible] out back to clean some fish.

No one heard a peep from the Wallace house.

"I should have been more alert," said a woman who has lived next door to the Wallace house for 34 years, "but, you know, you don't think."

She and several of her neighbors said they couldn't recall another major crime on the street. A stolen bicycle was about the worst of it, Kramer said.

On March 2, a gang shooting startled the students at Dr. Jonas E. Salk Elementary School four blocks away — the school attended by Autumn and many other children on the street. A group of gang members fired guns across the street from the school.

No one was hurt, but the incident galvanized the parents. They held two neighborhood meetings at which they voiced their anger that gang members were in the area.

Hedlund residents said they had seen no signs of gang trouble since.

"I hope this (stabbing) is a fluke," Kramer said. "One of the reasons we moved to this community was to get away from stuff like this. We lived in Paramount and we had gangs and crime. We even h[illegible] kids enrolled in private schools until we moved here."

## Neighbors start memorial fund

A memorial fund for funeral expenses for Autumn Wallace has been established by neighbors at the Lincoln-Brookhurst branch of Wells Fargo Bank in Anaheim.

Branch manager Ted Miller said contributions should be mailed to the Autumn Wallace Memorial Fund through Wells Fargo Bank, 2231 W. Lincoln Ave., Anaheim 92804.

Those who knew Autumn said they had no idea why anyone would hurt her.

"She was so lovable, so darling," said a neighbor who used to chat with Autumn and give her candy on holidays. "She always came up, always a smile or 'Hi!'"

Autumn was so friendly she would strike up conversations with strangers, the neighbor said.

"She was always smiling," said Mary Brand, who has lived in the neighborhood for 35 years. "I saw her that afternoon as she was walking home from school. She was with a couple of other kids from school. She either walked home with her friends or rode home when one of their parents would pick them up from school."

A group of Autumn's playmates clustered across the street from her house Saturday. They said they cried when they heard the news Friday. Later, they couldn't sleep.

Autumn Wallace
'She was so lovable'

"I was picturing her getting beat up," a 10-year-old-girl said.

"I dreamed that she got stabbed," an 8-year-old boy said.

"I dreamed bad stuff, that she was dead and I couldn't see her again," a 9-year-old girl said. "Do you think maybe she's still alive?"

Her brother, 12, tried to console them with assurances that Autumn's spirit is in "all our bodies." But the 10-year-old didn't seem comforted.

"Me and my mom are scared 'cause I usually am home alone before my mom and sister come home," she said.

As Autumn's friends talked, a woman down the street began to call anxiously for her son.

"See," said the 10-year-old. "Now, every mom is afraid like that."

Brand said: "A few of us talked about getting together to talk about getting security systems or alarms for our homes. We also talked about forming a neighborhood group to keep an eye out for each other."

The Wallaces' next-door neighbor said she has decided to live more cautiously.

"For years we didn't turn our burglar alarm on," she said. "Now we're going to again — that's for sure."

Said Kramer: "It will really put a lot of people's minds at ease once they find out what happened and who did it."

> "I hope this (stabbing) is a fluke. One of the reasons we moved to this community was to get away from stuff like this."
>
> **Doug Kramer**, neighbor of slain girl

> "I dreamed bad stuff, that she was dead and I couldn't see her again. Do you think maybe she's still alive?"
>
> **girlfriend of Autumn Wallace**

SHOP SUNDAY 10 A.M. TO 7 P.M.

SUMMER SALE
AND CLEARANCE

SAVE DURING OUR
SEMI-ANNUAL SUMMER SHOE CLEAR

000063




# Autopsy shows Anaheim girl knifed to death, officials say

By Jack Evans
The Orange County Register

ANAHEIM — Nine-year-old Autumn Wallace, found fatally wounded in a pool of blood in the bathroom of her ransacked home, was stabbed to death, the Orange County Sheriff's Department reported Saturday.

Lt. Harold Schaffroth said a preliminary autopsy report concludes the girl died of multiple stab wounds, adding that no other information would be released over the weekend.

He would not confirm whether a burglary occurred at the home. However, Autumn's sister, April, said Friday that several items were missing, including a television, a makeup mirror and a telephone.

Autumn's mother, Linda, 42, found her daughter's body face-down in a pool of blood late Friday afternoon after returning home from her job as a clerk at the Orange County Courthouse.

Investigators worked throughout the night Friday and into the early afternoon Saturday as neighbors looked on from across the street.

9 year-old girl found stabbed
Anaheim
Ball Rd.
Cerritos Ave.
Pacific Ave.
Katella Ave.
Brookhurst
Garden Grove
1/2 mile
N

The Orange County Register

Forensics investigators in yellow fire suits equipped with oxygen masks and tanks entered and exited the home on several occasions Saturday morning, sometimes carrying items from the home that they then sealed in plastic containers.

Sheriff's Lt. William Francis said it is common for forensics investigators to wear oxygen tanks and masks during such an investigation.

He said various tests, including some using fingerprint dust and laser beams, were used in the search.

Randall and Kathy Decker, who live across the street from the Wallace home, said investigators told them a footprint had been discovered behind the house, suggesting the assailant had entered the house through the rear. But investigators on the scene would not confirm or deny that such a print had been found.

The Deckers said they last saw Autumn entering her house shortly after 3 p.m. At 5:30 p.m., Randall said, Autumn's 18-year-old sister, April, knocked on their door and asked to use their telephone to call police. He said April was trembling and told them someone had broken into the house.

Randall Decker said he and his wife waited with April outside their home until Autumn's mother, Linda, 42, arrived. He said April and Linda Wallace entered the house and a few moments later he heard screams.

"That's when I realized something was really wrong and I called 911," Randall Decker said.

6/17/90

NEW LOCATION

You'

Did you know that The Register's Classified advertising section is the nation's largest? It's true — a fact verified by LNA, a respected media research firm.

SHOP SUNDAY 10 A.M. TO 7 P.M.

SUMMERS

A N D S C L E A R A

HEAT UP THE SEASON

INTIMATES AND ACCESSORIES, 2

ALL STRAPLESS BRAS, PLUS LILYETTE BRAS AND FOUNDATIONS
25% OFF
Here, we show Warner's "Any Which Way" convertible bra #1009 in beige or black.

000640

JUN 18

# Tustin man stabbed in Santa Ana

A Tustin man was stabbed by an unknown assailant Sunday evening while walking in southeast Santa Ana.

Ralph Sanchez, 23, told police he was walking near Central Avenue and Halladay Street around 7:30 p.m. when a man driving a small car pulled up and asked his name.

"The victim said before he could reply, the man stabbed him in the stomach area," said Santa Ana Sgt. Joe Esther.

Sanchez was in surgery Sunday night at Coastal Community Hospital.

No one has been arrested, Esther said, and the incident is under investigation.

**Vacationer drowns:** Services have been set for a Corona del Mar man who survived a 25-foot fall down a waterfall in Hawaii before drowning in a pool below, police said Sunday.

Services for Paul Gregory Feit, 23, will be at 7 p.m. Wednesday at Our Lady Queen of Angels Church in Newport Beach.

6/18/90

Feit was on vacation in Hilo and had gone swimming with two friends who knew an isolated river area where local residents go swimming, Hawaii County police Sgt. Jerry Coloma said. Feit was in the Wailuku River about 1:35 p.m. Friday when the current pulled him toward the falls, Coloma said.

Feit's friends caught up with him at the pool at the bottom of the falls, Coloma said. Feit surfaced and told them he was all right. The friend started swimming to the banks, assuming Feit would follow. He did not.

An autopsy Saturday showed the cause of death to be drowning. Family members said they expect the body to be returned today.

**Girl's murder probed:** Sheriff's deputies Sunday continued investigating the slaying of a 9-year-old girl stabbed in her Anaheim home.

Autumn Wallace was found by her mother, Linda, lying face-down in a pool of blood on the bathroom floor of their Hedlund Drive house Friday.

Family members said several items were missing from the house, including a television, a makeup mirror and a telephone. Sheriff's officials would not release any other details about the slaying Sunday.

**Suspect escapes:** An alleged prostitute escaped from a sheriff's deputy Saturday night when she slipped out of handcuffs while being treated at Western Medical Center in Santa Ana and walked away, sheriff's officials said.

Sheriff's Lt. Harold Shaffroth said the escape occurred about 10 p.m. when a deputy assigned to guard Katherine Cruz, 24 — who also goes by the name Jo Ann Gonzalez — was distracted momentarily, allowing the woman to get away.

Cruz had been in custody at a Santa Ana jail Friday when she was arrested on warrants accusing her of prostitution, Shaffroth said.

She was taken to the hospital for a medical examination, although Shaffroth did not reveal the nature of her medical problem, nor how long she was at the hospital before the escape.

— From Register staff reports

Stephen S. Thomson/The Orange County Register

**First day at the beach:** J.J. Freeman celebrates Father's Day in Huntington Beach by showing his 1-year-old son, Josh, what waves are all about.

ARRESTED? Learn Your Rights!

Drunk Driving • Narcotics • Burglary/Theft/ Shoplifting • Sex Offenses • Fraud • Juvenile Toxic Waste Cases

Offering you a UNIQUE UNDERSTANDING of the legal system based upon 15 years of former experience as a POLICE SERGEANT/ INVESTIGATOR of major felonies and over 7 years experience as a DISTRICT ATTORNEY...

Ana Venegas/The Orange County Register

Carter as he pauses from working on a home Monday in Tijuana built by Habitat for Humanity.

# p descends on Tijuana

their ... ntion on ... vith ... d-pep- eyes ... miliar jeans, a checkered black cap with the nmy Carter Work ... r Humanity, the d homebuilding Carter made fam- ed on Matamoros uana neighborhood, this week. More than 1,000 volunteers, including 28 from Orange County, expect to complete 100 simple houses by Friday in the largest project ever attempted by Habitat.

It is, Carter said, by far the most interesting, "the most complicated and the most gratifying" of the eight Habitat projects he has led.

Huezca, 19, the eldest of seven children, said her new home will offer dignity for her parents and siblings.

She lives now in a two-room shack with no indoor toilet. It is like many other homes within 100 yards of the hill where Habitat is building. It is a neighborhood pioneered by squatters and not yet reached by electricity, clean water or sewers.

Please see HOMES/2

# ... service

## Dial-a-Ride calls off able-bodied riders

By Cheryl Downey and Jean O. Pasco
The Orange County Register

Orange County transit officials decided Monday to place restrictions on Dial-A-Ride van service that would eliminate service on demand for able-bodied riders.

The Orange County Transit District board of directors voted 3-to-2 to limit van service to senior citizens, the handicapped, school children, groups and adults with standing appointments only.

Monday's preliminary vote will be followed in 30 days by final action after a 12-month pilot program is prepared encompassing the new restrictions. The service, which provides door-to-door pickup with a phone call, has been operating since 1973.

The move came on a motion by board Chairman Roger Stanton, who has long fought for Dial-A-Ride to be streamlined to serve only those he called truly dependent on transit. He said those who can walk to the closest bus stops shouldn't be taking van space away from those who cannot.

"I don't think the general public can get too excited about someone saying they can't walk three or four blocks to the bus stop," he said after Monday's vote.

"People who can should be using the fixed-route bus system. Otherwise, what is Dial-A-Ride but a free taxi service because it's subsidized to such a high degree?"

Most of those who jammed the board's hearing room Monday spoke in favor of restricting the service, including a blind rider who said he was an hour late to the hearing because his Dial-A-Ride van was late.

Please see VAN/8

# return to mother

# Detectives try everything as they seek girl's killer

By Steve Eddy
The Orange County Register

ANAHEIM — Orange County sheriff's investigators are hoping technology will identify the intruder who stabbed 9-year-old Autumn Wallace on Friday afternoon.

Looking somewhat like astronauts in special suits complete with breathing gear, sheriff's criminalists are engaged in what is called a "ninhydrin process" at a house in the 10400 block of Hedlund Drive.

That means application of chemicals to make fingerprints detectable by sophisticated laser equipment.

"We want a good print," said sheriff's Lt. Richard Olson. If a print is discovered that doesn't belong to someone in the family, or a person with routine access to the home, it will be run through the CAL-ID automated fingerprint system.

That system, which already has helped solve a number of Orange County homicides, matches characteristics of latent prints found at crime scenes with those of former jail inmates statewide.

At the same time, Olson said, tried-and-true pavement pounding by a team of 12 detectives is part of the Wallace investigation, which continued in earnest Monday.

"We're going to go back and re-interview everybody in that neighborhood," Olson said. "We want to make sure we've caught everyone."

Olson also said the public has expressed substantial interest in the homicide.

"We're getting quite a few ...

Please see WALLACE/8

INSIDE

1990

000642

JUN 19

# Park to preserve historic artifacts

## Resort had been proposed for site

By Andrew Horan
The Orange County Register

SAN JUAN CAPISTRANO — With a tip of the hat to their past, city officials today will unveil plans for an archaeological park where they once proposed a resort hotel.

Located a few blocks south of the 213-year-old Mission San Juan Capistrano, the three-acre site is laden with thousands of artifacts left by American Indian, Mexican and European settlers.

Until last year, the city's redevelopment agency hoped to build a 125-room hotel, restaurants and shops on the site. But those plans ground to a halt under protests from historic preservationists and mounting evidence of important artifacts less than a foot underground.

The new plan shows only one corner of the 6.5-acre Historic Town Center site dedicated to shops or offices.

"It kind of disappeared, didn't it?" Mayor Gary Hausdorfer said of the controversial commercial proposal.

"I don't think this plan is the finished product, but it's sensitive to the historic significance of the area and it causes downtown to be a place where people can gather, have a picnic or take a walk on a summer evening," Hausdorfer said.

The park would be surrounded by a wall to protect on-going archaeological digs, said Jeff Parker, an assistant to the city manager.

To the west, two areas would be converted to gravel parking lots so that future digs could take place if more significant artifacts are found, Parker said.

The city would move forward with a plan to realign the Ortega (74) Highway one block south of the mission, creating a courtyard where the street now passes by the mission walls.

The city would also close El Camino Real south of the Ortega and convert it and two side streets into pedestrian plazas.

The park would be available for group meetings and would house a stage and a monument paying homage to the area's history, according to a city report.

The city would establish a Heritage Foundation to raise grants and donations to pay for the park. In addition, the redevelopment agency might sell one or all of the stores it owns on Camino Capistrano and the Ortega, Parker said.

Preservationists hailed the plan as a move in the right direction but said they worry the city [...] proceed with intense c[...] development.

"It looks like they've [...] lot back, but what the[...] what they do are two [...] things," said David Bel[...] al chairman of the Juan[...] American band. Belard[...] ers have pressed for a [...] seum on the park site.

Archaeologists have [...] stone building foundatio[...] can Indian trading bead[...] Galera pottery ware, [...] pieces, bottle glass and [...] ples of butchered anima[...] the proposed park site.

The artifacts were le[...] ants in some of the 74 ac[...] houses built for Indian c[...] the mission in 1794 and [...] verted to living quarter[...] can and European imm[...]

Register staff writer L[...] per contributed to this r[...]

# WALLACE: Detectives use laser technol[...]

FROM 1

cellaneous phone calls," he said. "Calls from psychics, you name it."

Olson said all phone tips are being checked out. He encouraged the public to call the Sheriff's Department with information.

"It's always possible that someone saw or heard something that they didn't really consider important at the time," Olson said. "But it might be — it might connect with some other information we have."

Olson said homicide detectives are particularly zealous on child-slaying cases like Autumn's.

"We're really going full-bore on this thing," Olson said. "You're talking about a young, defenseless girl." He said investigators are particularly anxious to nab the killer to "put people's minds at ease" in the neighborhood, which Olson said is relatively crime-free.

Olson said there is nothing to indicate the death of Autumn is connected with a similar unsolved slaying within the sheriff's jurisdiction.

In June 1988 a 13-year-old Tustin boy was stabbed to death at his home, apparently after surprising an intruder.

"There are similarities," Olson said. "Both were young kids, killed in single-family residences. And both were stabbed."

Autumn's body was found by her mother, Linda, Friday evening, face down on the bathroom floor in a pool of blood. Investigators say she apparently was stabbed by an intruder who took several items from the home.

Olson said that although there was a gang-style shooting in March near Autumn's school, Dr. Jonas E. Salk Elementary School on South Gilbert Street, about four blocks west of her house, "we haven't found anything gang-related (in the homicide)."

On Monday, flags at Autumn's school flew at half-staff.

Meanwhile, neighbors on Hedlund Drive watched their children carefully and said families were still in shock.

"I just sent my son to get a new security screen door," said Donna Walker, who lives next to the Wallace home. "I have a 5-year-old granddaughter and I won't let her in the back yard."

Walker said she has lived on Hedlund Drive for 15 years and can't recall any problems.

Kathy Decker said residents were talking about organizing a neighborhood watch.

She said her parents h[...] their home for 35 years [...] only remember two ot[...] when homes have been [...]ized.

"I don't worry about m[...]ty," Dung Nguyen said. [...] about my four children."

He said Autumn played [...] daughter.

"Everyone is friendl[...] neighborhood," Nguyen s[...] don't want anything hap[...] another child."

A group called Anahei[...] Against Violent crime i[...] an $8,000 reward for the a[...] conviction of the girl's kil[...]ers.

Fred Brown, trustee [...] group's reward fund, als[...] fidential tips about the ca[...] called into the group's [...] 999-9410. The information [...] be passed on to police.

Brown also said donat[...] be made to the reward fu[...] of Wells Fargo Bank, PO [...] Anaheim 92805. Checks [...] mailed to the attention o[...]gione.

Register staff writer Jeff [...] contributed to this report.

# VAN: County will restrict Dial-a-Ride servic[...]

080643

# ...to preserve ...oric artifacts

## ...ad ...en proposed for site

...Register

...APISTRANO — ...iat to their past, ...lay will unveil ...aeological park ...roposed a resort

...ocks south of the ...on San Juan Ca- ...-acre site is lad- ...of artifacts left ...an, Mexican and

...the city's rede- ...hoped to build a ...restaurants and ...But those plans ...under protests ...ervationists and ...e of important ...n a foot under-

...ows only one cor- ...e Historic Town ...ated to shops or

...appeared, didn't ...Hausdorfer said ...ial commercial

...is plan is the fin- ...it's sen...ive to ...nce- ... rea ...ntow ... a ...ple ca...iner,

have a picnic or take a walk on a summer evening," Hausdorfer said.

The park would be surrounded by a wall to protect on-going archaeological digs, said Jeff Parker, an assistant to the city manager.

To the west, two areas would be converted to gravel parking lots so that future digs could take place if more significant artifacts are found, Parker said.

The city would move forward with a plan to realign the Ortega (74) Highway one block south of the mission, creating a courtyard where the street now passes by the mission walls.

The city would also close El Camino Real south of the Ortega and convert it and two side streets into pedestrian plazas.

The park would be available for group meetings and would house a stage and a monument paying homage to the area's history, according to a city report.

The city would establish a Heritage Foundation to raise grants and donations to pay for the park. In addition, the redevelopment agency might sell one or all of the stores it owns on Camino Capistrano and the Ortega, Parker said.

Preservationists hailed the plan as a move in the right direction but said they worry the city might still proceed with intense commercial development.

"It looks like they've given us a lot back, but what they say and what they do are two different things," said David Belardes, tribal chairman of the Juaneno Native American band. Belardes and others have pressed for a heritage museum on the park site.

Archaeologists have uncovered stone building foundations, American Indian trading beads, Mexican Galera pottery ware, tile floor pieces, bottle glass and 5,436 samples of butchered animal bones in the proposed park site.

The artifacts were left by tenants in some of the 74 adobe bunkhouses built for Indian converts to the mission in 1794 and later converted to living quarters by Mexican and European immigrants.

Register staff writer Lauren Cooper contributed to this report.

The Orange County Register

6/19/92

# Santa Ana task for... crackdown in 'slur...

By Erin Kelly
The Orange County Register

SANTA ANA — The city must crack down on overcrowding and require residents to mow their lawns and otherwise maintain their property if Santa Ana is to halt the deterioration of its neighborhoods, members of a mayor's task force told the City Council on Monday night.

Overcrowding is the biggest problem plaguing Santa Ana neighborhoods, according to a report presented by the Mayor's Task Force on Neighborhood Standards and Preservation.

City officials should stop allowing high-density housing and strictly enforce laws against overcrowding in apartment buildings and single-family homes, task force members said.

At the same time, the city should work to increase the supply of high-quality affordable housing, the report says.

"We're not telling low-income people who live in these overcrowded apartments to go away," said Tony Dalessi, one of 15 task force members. "But we wa... high-quality affordable housin... not slums."

Task force members also aske... the city to consider a propert... maintenance law like one used ... the city of Azusa, which require... residents to keep their law... trimmed, their homes painted, an... their yards free of debris.

"We're not trying to get every body to paint their houses 'Nava... white,'" said Dalessi, referring t... a popular paint color. "We're ju... looking at maintaining basic star... dards."

A recommendation that polic... work more closely with immigra... tion officials to help ease over... crowding brought criticism fro... Nativo Lopez, director of Herman... dad Mexicana Nacional, an imm... grant-rights group.

He said Mayor Dan Young is try... ing to use the task force to scor... election points with Anglo voter... by blaming the city's troubles o... Hispanic immigrants.

$10 ADMISSION WED., JUNE 20TH
Includes 15 Games + 1 SPECIAL ... $250 PER GAME
BONANZA....All Paper.....Over $5,000 prize money paid weekly!
BINGO
$10.00 ADMISSION WITH THIS COUPON
GOOD WED., JUNE 20, 1990
Doors open at 5:00PM
Early Bird 6:30PM, Regular 7:00PM
• FREE COFFEE
• 50¢ and $1.00 pull tabs
• Non-smoking area • Smokeeaters
• Snack bar (soda, sandwiches, goodies)
• Proceeds to Senior and Youth programs
temple beth emet
1770 W. Cerritos Ave., Anaheim
772-4720
COUPON

# ...ACE: Detectives use laser technology

...calls," he said. ...thics, you name

...hone tips are be- ...He encouraged ...the Sheriff's De- ...ormation. ...ssible that some- ...something that ...consider impor- ...Olson said. "But ...ight connect with ...ation we have." ...icide detectives ...ealous on child- ...Autumn's. ...ning full-bore on ...n said. "You're ...ung, defenseless ...nvestigators are ...us to nab the kill- ...s minds at ease" ...od, which Olson ...crime-free. ...e is nothing to in- ...f Autumn is con- ...imilar unsolved ...e sheriff's juris-

...3-year ...tin ...dea... his ...ter surprising

...illarities," Olson ...young kids, killed

in single-family residences. And both were stabbed."

Autumn's body was found by her mother, Linda, Friday evening, face down on the bathroom floor in a pool of blood. Investigators say she apparently was stabbed by an intruder who took several items from the home.

Olson said that although there was a gang-style shooting in March near Autumn's school, Dr. Jonas E. Salk Elementary School on South Gilbert Street, about four blocks west of her house, "we haven't found anything gang-related (in the homicide.)"

On Monday, flags at Autumn's school flew at half-staff.

Meanwhile, neighbors on Hedlund Drive watched their children carefully and said families were still in shock.

"I just sent my son to get a new security screen door," said Donna Walker, who lives next to the Wallace home. "I have a 5-year-old granddaughter and I won't let her in the back yard."

Walker said she has lived on Hedlund Drive for 13 years and can't recall any problems.

Kathy Decker said residents were talking about organizing a neighborhood watch.

She said her parents have owned their home for 35 years and can only remember two other times when homes have been burglarized.

"I don't worry about my property," Dung Nguyen said. "I worry about my four children."

He said Autumn played with his daughter.

"Everyone is friendly in the neighborhood," Nguyen said. "We don't want anything happening to another child."

A group called Anaheim Citizens Against Violent crime is offering an $8,000 reward for the arrest and conviction of the girl's killer or killers.

Fred Brown, trustee of the group's reward fund, also said confidential tips about the case may be called into the group's hotline at 999-9410. The information then will be passed on to police.

Brown also said donations may be made to the reward fund in care of Wells Fargo Bank, PO Box 629, Anaheim 92803. Checks should be mailed to the attention of B. Mangione.

Register staff writer Jeffrey Brody contributed to this report.

The Only Thing Th... Cars Faster Than S...

. . . and you won't get nearly as much for your vehicle a... quick-selling *Sure Sell* ad.

With this new classified advertising plan, you ca... ad for as little as $19.50 — and it runs until your car is...

# ...ounty will restrict Dial-a-Ride service

...000644

# Worries still plague Jeffrey-Lynne

owners of 1129 and 1149 W. Lynne Ave. already have paid fines of $1,065 and $500, respectively, and three or four other court cases are pending.

"Since October, there's been a remarkable difference, but we're nowhere close to home," Freeman said. "We're meeting with managers and tenants on a regular basis. That didn't happen before. ... But we're just going to have to stay after the owners on a continuous basis."

Alfredo Lagunas, a 13-year resident of the area, said drug dealing, fighting and public drunkenness seem to be returning to the neighborhood since police officers returned to their regular assignments.

"When they (the police) were here, everything was quiet," said Lagunas, who lives with his wife and four young sons on Michelle Drive. "Now, it's getting to be like before. ... I'd like (the police) to come back."

## Neighborhood in transition

Anaheim city officials opened a community center and temporary police substation in the Jeffrey-Lynne neighborhood in October 1989 after residents lobbied for two years for improved police and city services. Eight months later, residents say housing problems persist and crime is returning.

The Orange County Register

# Judge grants OC inmates better access to rulings

The Orange County Register

A federal judge, responding to recent complaints by the American Civil Liberties Union, has issued specific orders to Orange County Sheriff-Coroner Brad Gates concerning jail inmates' access to books, legal documents and attorneys.

U.S. District Court Judge William Gray said inmates should be entitled to obtain copies of rulings involving the jail if they wish.

In addition, he directed that jailers provide inmates with a list of books available in the jail library and allow inmates "contact" visits with their attorneys.

In response to a complaint by the ACLU concerning the "psychological abuse of inmates," Gray said the problem "is not a one-way street" and deputies in the jail suffer verbal abuse from inmates.

Gray found Gates in contempt of court in 1985 for allowing overcrowding.

# [OBI]TUARIES

Dr. John Hung Edwards

Friday at White & Day Mortuary, Manhattan Beach. Funeral services will be held at 1:30 p.m. Saturday at Hope Chapel, Hermosa Beach.

Because of Dr. Edwards' concern for the homeless, the family asks that contributions be made to the Union Rescue Mission in Los Angeles in lieu of flowers.

# Funeral services Saturday for girl slain in Anaheim

The Orange County Register

Funeral services will be held Saturday for 9-year-old Autumn Wallace, stabbed to death last week at her Anaheim home.

Services will be held at 1:30 p.m. at Magnolia Baptist Church, 720 S. Magnolia Ave., Anaheim. Interment will follow at Forest Lawn Memorial Park, Cypress.

A viewing is scheduled from 2 to 9 p.m. Friday at Forest Lawn, 4471 Lincoln Ave., Cypress.

Autumn is survived by her mother, Linda; sisters, Amber and April; grandparents, Jackie and Roland Montandon and Bonnie Wallace; and nephews, Stevie, Brett and Joey.

The investigation is continuing, Orange County Sheriff's Department Lt. Richard Olson said Wednesday. No arrests have been made.

A memorial fund to defray funeral costs and other expenses has been established by neighbors at the Lincoln-Brookhurst branch of Wells Fargo Bank in Anaheim. Contributions should be mailed to the Autumn Wallace Memorial Fund through Wells Fargo Bank, 2231 W. Lincoln Ave., Anaheim 92804.

Students and faculty at Autumn's school, Jonas Salk Elementary, are collecting money, as are co-workers of her mother, Linda Wallace, who works as a probate clerk at the Orange County courthouse.

An Anaheim group has offered an $8,000 reward for arrest and conviction of the girl's killer.

Wednesday. He served in the U.S. Army during World War II. Services at 11 a.m. Friday at Grand Avenue United Methodist Church, Santa Ana. Burial at Fairhaven Memorial Park, Santa Ana. Arrangements by Shannon ... Mortuary, Orange. Survived by his wife, Mary ... daughter ... Gladys ... Virgil ... and three ... children.

**Melissa Anne Przybysz**, ... of Huntington Beach, died Saturday in a traffic collision ...

## Memories of 'Pop' will live on

Was he an inventor or someone famous? Could he be seen on the 6 o'clock news? No, he wasn't famous in the public's eyes.

But to his three kids, John ... (who died June ...) ... pride in serving it. He would have been ... on July ... His stories kept us on the edge of our seats. With his tales, we went all across ... and to Romania where some family still remains.

No, our "Pop" was never famous ... but in our heart he will live on forever.

JUN 21

000645

# Slain 9-year-old's classmates observe memorial at school

By Melissa Balmain Weiner
The Orange County Register

ANAHEIM — The morning was cool and bright on the playground of Dr. Jonas E. Salk Elementary School — perfect weather for sliding and swinging and whooping with abandon.

But the slide stood bare and the swings hung still.

On the first day of summer, the children were remembering Autumn.

Autumn Wallace, 9, was stabbed to death June 15 while she was home alone after school, possibly by a burglar.

"Autumn's favorite games were tetherball and tag," said Brooke Jones, 9.

Jones and five of her schoolmates held cardboard signs, each bearing a letter of Autumn's name. The girls took turns describing their friend to Autumn's family and hundreds of students and teachers who sat on the grass before them.

"Autumn always smiled. That's why she made friends," said Elaine Thompson, 9, who used to sit beside Autumn in Room 4.

"Autumn had a unique sense of humor," said Tracy Nolazco, 8.

Autumn was kind and gentle, her friends said. She liked music and math, was never mean and didn't tattle.

Autumn's principal and teacher spoke solemnly of their loss.

"This is different, unique, in a school to be experiencing this," principal Dan Copple said. "But these feelings we have, it's important to share together."

"She reminds us of the beautiful season she was named after," said third grade teacher Joan Drevlow. "Her hair was gold and her eyes were brown. ... She doesn't live here any longer, but she lives on in our hearts."

Her memory also will live on in a mulberry tree. Three of Autumn's friends shoveled dirt onto its young roots after teachers had planted it in the schoolyard turf.

"As the light shines through this tree and the trees around it, we will see the colors of gold and brown, and we will think of Autumn because those were her colors," Drevlow said.

Copple urged the children to protect the tree.

"We hope it will grow as big and strong as the tree right over there," he said, pointing to a tall, sturdy shade tree.

After the ceremony, several children and teachers consoled Autumn's mother, Linda, and sister, Amber. Autumn's class gave them a pink box filled with her things and covered with the scrawlings of her classmates.

"Your great," read one of the inscriptions. "I miss you, Autumn. Sencerly, Joshua." "Your a cool dude."

"We have a book in class to write stuff about Autumn whenever we feel sad," said Mandy Haeberle, 8.

She was one of about 24 children who clung together after the ceremony, crying, oblivious to others who were turning the playground into a blur of color and noise.

If Autumn were still with them, her friends said, she might be skipping rope or swinging.

## Police plan more forensic work at girl's home

The Orange County Register

As of Thursday morning, more than 400 people had been contacted by detectives working the Autumn Wallace case, Orange County sheriff's Lt. Richard Olson said.

That includes people who telephoned the police with tips.

Now, Olson said, more forensic work is planned at the Wallaces' house on Hedland Drive. Fumes from a type of glue will be released and the house will be sealed in hopes of finding fingerprints.

Criminalists then will use potent lasers in an effort to find physical evidence.

Autumn's funeral is Saturday at 1:30 p.m. at Magnolia Baptist Church, 720 S. Magnolia Ave., Anaheim. Interment will follow at Forest Lawn Memorial Park, 4471 Lincoln Avenue, Cypress.

A viewing is scheduled for today at 2 p.m. at Forest Lawn.

## Pioneer Chicken restaurant gutted in suspicious fire

The Orange County Register

COSTA MESA — A two-alarm fire of suspicious origin gutted a Pioneer Chicken restaurant at 384 E. 17th Street early today, fire officials reported.

The fire started shortly after 1 a.m. in an office in the northwest portion of the restaurant, Costa Mesa Fire Battalion Chief William Raymer said.

He said the fire was of a suspicious origin, because it appeared to have started in the office, spread so quickly and burned very hot.

"It was uncontrollable for the first 20 minutes after our arrival," Raymer said. "It was an extremely hot fire."

Firefighters battled the fire for more than an hour with hook and ladder trucks, shooting water down on the restaurant for more than an hour.

A crowd of 20 to 30 people gathered to watch firefighters bring the blaze under control.

Costa Mesa resident Justin ... said he spotted smoke coming from the building ...

NOW, YOU CAN BUY THE MOVIES YOU WANT AT THE PRICES YOU WANT!

VIDEO COUPON

WITH THIS COUPON THIS WEEK ONLY

YOU CAN BUY ANY PREVIOUSLY VIEWED IN-STOCK MOVIES (IN OUR STOCK FOR OVER 90 DAYS)

FOR JUST $9.00 EACH

(LIMIT 10 PER CUSTOMER)

VIDEO WAREHOUSE

THE VIDEO EQUIPMENT & ACCESSORY STORES

NEWPORT/COSTA MESA 645-1361

HUNTINGTON BEACH | SANTA ANA/COSTA MESA | GARDEN GROVE | IRVINE | FULLERTON

000646

# SUBLEASE: Many vehicles disappeared

FROM 1

...nd pick up their car, if they can find it," King said. "But we recommend they notify the police before they go get it."

Last April, Bovee said, she was in a financial squeeze and trying to sell her 1987 Ford Escort GT when she got a call from an Anaheim company that promised to help.

They offered a subleasing arrangement. Bovee agreed, but what has happened since has been a nightmare.

"I never got a payment, I never got proof of insurance," Bovee sighed. "I kept calling the company and they'd put me off. They'd say the guy they leased the car to was flaking out on them."

Making matters worse, Bovee said, "my car suddenly fell off the face of the earth."

Even trips to Pomona, where the subleasing company said the holder of the sublease lives, failed to turn up the automobile.

After contacting DMV investigators, she learned the bitter truth — she was among more than 40 people believed to have been conned by an Orange County-based ring that shifts from city to city.

Although Ford Motor Credit Co. has agreed to put a "hold" on her account until the DMV investigations concluded, the situation has ...sed her months of worry and ...blems, not to mention damaged ...edit.

"I can't believe what I've gone through," she said. "My advice is not to go with people who tell you they're going to save the day."

Preliminary hearings are scheduled in Orange County Central Municipal Court for three suspects arrested last November in connection with the scam. A fourth faces a Superior Court trial in September.

"These are the first cases ever brought under the law," King said. "It's important that we win them. The subleasing people will be watching very, very closely."

## Tracking childhood cancers

There are major differences between the sexes in types of cancer among children in Orange County.

| | Boys | Girls |
|---|---|---|
| Leukemia | 40.8% | 23.9% |
| Lymphoma | 21.4 | 9.0 |
| Brain/nervous system | 15.3 | 20.4 |
| Digestive | 4.1 | 4.5 |
| Soft tissue | 3.1 | 10.5 |
| [illegible] | 3.1 | 4.5 |
| [illegible] | 3.1 | 0.0 |
| [illegible] | 3.1 | 1.5 |
| Kidney | 2.0 | 6.0 |
| Endocrine | 1.0 | 4.5 |
| Eye | 1.0 | 1.5 |
| Other | 2.0 | 5.7 |

Source: Cancer Surveillance Program of Orange County

The Orange County Register

ORANGE COUNTY DEATHS 6/23/9?

## Autumn was a special girl

Full of color, full of life — describes this precious little girl.

Autumn (Wallace, 9) loved many things in her short life. She loved family, school, friends, playing outside, cutting and pasting. And especially fishing with her dad.

Many people are heartsick over Autumn's death because it was a treat to be able to know her and learn with her.

Somebody took this innocent girl's life in their own hands on June 15.

Autumn will always be remembered by all people who knew her and who didn't know her. She was special.

Thank you, God, for giving her life.

— Amber Bowers
Buena Park

## How to send us Life Letters

Life Letters is your opportunity to write about the recent loss of someone who lived in Orange County and was special to you.

■ Letters must be about people who have died within the past two weeks.

■ Letters should be no longer than 150 words.

■ Preference will be given to letters that tell a story.

Write to Life Letters, The Orange County Register, PO Box 11626, Santa Ana 92711. Letters must be signed and list the funeral home and the writer's daytime phone number for verification. We will publish only your name and city with the letter. Please include along the person you are writing about lived, his or her age and the date of death.

You can also fax letters to the Register at 542-5037.

For more information, call obituary writer Theresa Library at 953-7727.

1" Custom Aluminum Mini-Bl...

*1 DAY DE...

ANAHEIM HILLS (714) 777-9520
CERRITOS (213) 402-8556
FOUNTAIN VALLEY (714) 842-3424
PUENTE
ONTARIO
RIVERSIDE

12 Locations 10AM-6PM

000064





B6 — The Orange County Register — Sunday, June 24, 1990

# AUTUMN: Mother of slain grade-school girl thanks community for its prayers and support

FROM 1

ange County Courthouse.

All came together to show their common love of the slain youngster, who was described in testimonials as an all-around American girl — talented, polite, smart, energetic and charming.

Some read poems; Autumn's former day-school teacher sang. The father of one of Autumn's classmates, John Laviano, suggested from the church's choir loft, "God must have really needed her."

"She was a spark of life. Someone like Autumn brings a lot of joy to a family. I'm sure they'll miss that," said the Rev. Michael Bradaric, who led the services. He had gotten to know the Wallaces three years ago while overseeing the funeral of Autumn's father, who died of cancer.

Security guards were stationed around the church and at the cemetery during the services. The Orange County Sheriff's Department provided a motorcycle escort and plainclothes deputies.

> "Autumn has reached her destination. I know she likes it up there."
>
> **Joan Drevlow**
> Autumn's teacher

"Why would anybody kill a 9-year-old girl? What threat could she be?" said security agent Walt Zwonitzer. "It's a crazy crime. No arrests were made, and no one knows the who or why of it. That's why we're here."

Many burst into tears after walking up the center aisle and viewing the young girl.

Autumn wore a dress that she had worn for the first time two weeks ago to a family friend's wedding. A recent, framed portrait of her stood atop the casket. A score of baskets bearing pink and white carnations, daisies, chrysanthemums and snapdragons filled the front of the church.

In an earlier eulogy, Autumn's grade-school teacher, Joan Drevlow, praised "the character of this unrepeatable gift of God ... I was so blessed to know her."

She read some of the girl's traits and favorite pastimes, as noted by classmates: her love of tetherball and tag, her proficiency at math and music, the distinction that "she never, never tattled."

Drevlow then sounded a theme of Christian reassurance emphasized during the ceremony:

"The place where Autumn lives has changed. She doesn't live here anymore," she said, adding: "Autumn has reached her destination. I know she likes it up there."

**A box filled with Autumn Wallace's school mementos sits beside the podium at Magnolia Baptist Church, where memorial services were held Saturday. Autumn's classmates built and inscribed the box, then presented it to Linda Wallace.**

# Weather

## Thunderstorms hit Eastern US

The Associated Press

Showers and thunderstorms were reported Saturday across the Eastern United States after violent storms and tornadoes hit four states. Dry weather prevailed over the rest of the country.

The showers and storms were primarily over the Atlantic Coast and the Gulf Coast states in the afternoon.

Morning thunderstorms produced heavy rain in north-central Vermont; 1.52 inches of rain fell on Montpelier in a short period, while Northfield got 1.71 inches and Brookfield got 2.15 inches.

Scattered showers fell across the Ohio Valley and the upper Great Lakes region in the afternoon.

Strong winds prevailed from the middle Mississippi Valley to the upper Great Lakes.

**TODAY**
MOSTLY SUNNY
**84**/63
Mostly sunny after morning low clouds and fog

**TOMORROW**
MOSTLY SUNNY
**89**/66
Mostly sunny after early morning clouds and fog

**TUESDAY**
MOSTLY SUNNY
**92**/67
Mostly sunny by the afternoon

**SATELLITE WEATHE**

Satellite photo taken at 2:15 p.m. PD

**WEATHERNET** ORANGE

**NATIONAL FORECAST**/TODAY AND TOMORROW

West Coast: Skies will be partly to mostly cloudy to the north with seasonable temperatures. Partly to mostly sunny and warm to the south.

Northern Plains: An approaching cold front will produce scattered showers and thunderstorms to the west. Temperatures will remain above normal.

Great Lakes: Skies will be partly to mostly cloudy to the west. Mostly sunny and pleasant to the east. Temperatures will be near normal.

Northeast: A passing cold front will result in mostly cloudy skies and showers across the region. Temperatures will be near normal.