## without a fight

By Steve Hawk
The Orange County Register

SLEEPY HOLLOW — When the evacuation order came Wednesday afternoon, Jay Smith grabbed a few irreplaceable items — the dog, the cat, some photo albums — and drove away from his family's home, leaving it for tinder.

The fire had mounted a sneak attack. An hour before, it appeared to have spared the homes of Sleepy Hollow as it swept across Carbon Canyon's opposite wall. Now it was descending from behind, down the canyon's eastern ridge.

The firefighters at his door were adamant: Get out, they said. Now.

But as Smith drove down Hay Drive, his only exit, he found the route blocked by a fresh batch of fire trucks. Some of his neighbors were in the same predicament. All packed up with no place to go. There was nothing to do but head back home, aim a garden hose at the wall of flames and hope for the best.

And so it was that a group of residents of Sleepy Hollow, a funky canyon hamlet just east of the Orange-San Bernardino county line, became impromptu firefighters Wednesday afternoon and helped save their own homes — and one or two of their neighbors' as well.

"These guys deserve a real pat on the back," said Ron Nadeau, who lives next door to Smith but

Please see HOME/4

**INSIDE**

- LOSS: A man loses his home, pets and possessions/3
- INSURANCE: Preparing for loss highly recommended/3
- GO FIRES: Firefighters get upper hand/3
- ARSON: Fire setters often are reacting to stress/4
- HOT TOPIC: Controlled burns sometimes aren't/5

Margaret and Harold Morris sift through the debris of their home in Santa Barbara on Thursday after suffering second-degree burns during a narrow escape from the Highland neighborhood.

**SOUTHERN CALIFORNIA FIRES AT A GLA**

### 1. Santa Barbara County

Fire status: Out of control, as of Thursday night
Homes lost: 557 homes and other buildings damaged or destroyed
Acreage burned: At least 4,000
Suspected cause: Arson
Dollar loss: At least $120 million

### 2. Glendale

Fire status: Fully contained, as of Thursday night
Homes lost: 60 damaged or destroyed
Acreage burned: 350 acres
Suspected cause: Arson
Dollar loss: $30 million

### 3. Carbon Canyon

Fire status: Fully contained as of Thursday; full control expected by 5 p.m. today.
Homes lost: 14 damaged or destroyed
Acreage burned: 6,640
Suspected cause: Arson
Dollar loss: Unknown

### 4. Bedford Canyon

Fire status: 60 percent contained, as of Thursday night

H
A
C
D

### 5.

Fi
Ho
Ac
Su
Do

### 6.

Fir
as o
Hom
Acr
fire;
Susp
Dolla

# Arrest made in slaying of Autum

By Robert Chow and Steve Eddy
The Orange County Register

ANAHEIM — An 18-year-old woman described as a family friend has been arrested in connection with the June 15 slaying of 9-year-old Autumn Wallace.

Orange County sheriff's officials also announced Thursday that two men are wanted for questioning in the slaying.

Sheriff Lt. Richard Olson said Maria Del Rosio Alfaro of Anaheim, who has four aliases, was taken into custody Tuesday after investigators found her fingerprints at the crime scene and obtained a warrant for her arrest.

Autumn was stabbed to death at her home during what police believe was a burglary.

"If it weren't for the Cal-ID automated fingerprint system, we still wouldn't have a suspect," Olson said.

The system uses computers to match prints found at crime scenes with those of former inmates.

Alfaro has been charged with murder and burglary and is being held in the Orange County Jail without bail.

Linda Wallace returned home June 15 to find her daughter lying face down in a pool of blood in the back of the house. She had been stabbed numerous times.

Some household items also were missing, including the family's television, VCR, electric typewriter and telephone. The slaying shocked the quiet neighborhood. Residents said it previousl been virtually crime-free.

Olson said investigator looking for two unidentifie and a golden-brown, 197 Chevrolet Monte Carlo, whic nesses saw parked in the dri of the Wallace home the da tumn was killed.

Authorities released a ske a man witnesses saw playing an 18- to 24-month-old child c Wallace's front lawn that da

The other man was no

**US, Japan agree on trade actions**

It took a telephone con-

**AQMD limits industrial**

**INSIDE**

A/News
Today/2
State/3

D/Image
Comics, Crossword & Horoscope/6-7

**Mercury dip may stay th**

C000649

... disaster area

By Karen West and Mike Comeaux
Los Angeles Daily News

SANTA BARBARA — In California's most devastating siege of wildfires in 20 years, wind-driven flames burned out of control from Santa Barbara to San Diego County, destroying more than 600 homes and businesses.

Two major brush fires near Orange County were rapidly running out of steam Thursday night.

The Carbon Canyon fire, started Wednesday by an arsonist in Brea, was pronounced fully contained. And the Bedford Canyon fire near Corona, which began as a "controlled burn" but went wild, was 60 percent contained.

A lessening of winds was credited with helping firefighters get a handle on the blazes.

Gov. George Deukmejian inspected the damage in the hardest-hit areas Thursday — Santa Barbara and Glendale.

The governor proclaimed a state of emergency in Los Angeles and Santa Barbara counties, and urged President Bush to declare the region a federal disaster area. The emergency status now allows both cities to apply for additional state funds and if necessary, federal assistance.

"I'm deeply saddened," he said. "It's tragic to see this much destruction ... falling on this many people. Especially, when their loss was caused deliberately by some individual or individuals."

In his letter to Bush, Deukmejian said: "I have determined that these fires are of such severity and magnitude that effective response is beyond the capabilities of the state and the affected local governments and that supplementary federal assistance is necessary."

"I may amend this request to cover additional counties as further information becomes available," he added, mentioning Ventura, Riverside, San Bernardino, Orange and San Diego counties as possible candidates for help.

Please see STATE/8

Ken Steinhardt/The Orange County Register

... Morris sift through the debris of their home in ... Thursday after suffering second-degree burns during a narrow escape from the brush fire that roared through their Park Highland neighborhood. About 600 structures are believed destroyed.

## SOUTHERN CALIFORNIA FIRES AT A GLANCE

...ra County
...control, as of Thursday
...mes and other buildings
...ost
Arson
$190 million

...ntained, as of Thursday
...aged or destroyed
...0 acres
Arson
...on

Homes lost: 14 damaged or destroyed
Acreage burned: 6,640
Suspected cause: Arson
Dollar loss: Unknown

...on
...tained as of Thursday; ... 6 p.m. today.

**4. Bedford Canyon**
Fire status: 60 percent contained, as of Thursday night
Homes lost: Eight damaged or destroyed
Acreage burned: 2,200
Cause: Controlled burn
Dollar loss: More than $2 million

**5. Hemet**
Fire status: Fully contained as of Thursday
Homes lost: Unknown
Acreage burned: 150
Suspected cause: Unknown
Dollar loss: Unknown

**6. San Diego County**
Fire status: Lake Henshaw fire, out of control as of Thursday night; four other fires contained.
Homes lost: One
Acreage burned: 75 acres at Lake Henshaw fire; 1,700 acres at the other four fires.
Suspected cause: Arson (Lake Henshaw)
Dollar loss: Unknown

6/29/90

# ...n slaying of Autumn Wallace

...esday after ... her finger... ...ene and ob... ...er arrest. ...l to death at ... police be...

...Cal-ID auto... ...em, we still ...ect," Olson ...

...mputer ... ...imes ... ...male.

Alfaro has been charged with murder and burglary and is being held in the Orange County Jail without bail.

Linda Wallace returned home June 15 to find her daughter lying face down in a pool of blood in the back of the house. She had been stabbed numerous times.

Some household items also were missing, including the family's television, VCR, electric typewriter and telephone. The slaying shocked the quiet neighborhood. Residents said it previously had been virtually crime-free.

Olson said investigators are looking for two unidentified men and a golden-brown, 1978-1979 Chevrolet Monte Carlo, which witnesses saw parked in the driveway of the Wallace home the day Autumn was killed.

Authorities released a sketch of a man witnesses saw playing with an 18- to 24-month-old child on the Wallace's front lawn that day.

The other man was not described, except that he was seen bending over the open trunk of the Monte Carlo, and was wearing a white short-sleeved shirt.

Investigators do not know what the men's relationship was, if any, to Alfaro.

"We'd like to identify those individuals and we'd like to question them," Olson said.

Walt Zwantizer, a Long Beach-based private investigator working for Clark International Investigations, ...

Please see SLAYING/18

# Wilson tops list of S&L donations

By Jeff Weir
The Orange County Register

WASHINGTON — California Republican Sen. Pete Wilson collected more money from the savings and loan industry during the 1980s than any other member of Congress — though he had no direct role in the legislative changes that triggered the ...

...mits

## INSIDE

A/News
Today/3
State/3
B/Metro
Weather/8
C/Image
Comics, Crossword & Horoscope/6-7
Abby/3
...Classified

# Mercury dips into 80s, 90s, may stay there for weekend

Orange County's ...

B2 The Orange County Register Saturday, June 30, 1990

## ORANGE COUNTY BRIEFLY

### Girl assaulted near school in Westminster

A 13-year-old girl was raped at Warner Intermediate School in Westminster on Friday afternoon by an unidentified man believed responsible for similar crimes in Huntington Beach, police said.

The girl was assaulted about 4:30 p.m. by a man who coaxed her into a secluded area of the school grounds at 14171 Newland St., Westminster police Sgt. Bob Burnett said. The attacker fled west on Westminster Boulevard on the girl's new blue 15-speed bicycle.

The girl was taken to UCI Medical Center in Orange for treatment, Burnett said.

The attacker was described as white, in his early 20s, about 6 feet tall and 175 pounds, with blue eyes and brown hair shaved on the sides, wearing a white shirt, sneakers and blue jeans.

Anyone with information is asked to call Westminster police at 898-3315.

**Arraignment delayed:** An Anaheim woman charged with murder and burglary in connection with the stabbing death of 9-year-old Autumn Wallace appeared in court Friday, but her arraignment was postponed until Monday to give her time to hire an an attorney.

Maria Del Rosio Alfaro, 18, who was handcuffed during her brief appearance in Santa Ana Municipal Court, is being held in the Orange County Jail without bail.

Autumn was stabbed to death June 15 at her home during what police believe was a burglary.

Investigators said Alfaro was linked to the crime by fingerprints found at the scene. Walt Zwontizer, a Long Beach-based private investigator working for Clark International Investigations, said Alfaro is an acquaintance of Autumn's older sister, April, 18. Zwontizer, hired by the Wallace family, said April Wallace had nothing to do with the crime.

The Orange County Sheriff's Department said two men are still wanted for questioning in connection with the slaying.

**Accused rejects deal:** Accused serial rapist Robin Dasenbrock on Friday rejected a plea bargain of 60 years in prison in exchange for pleading guilty to 45 felony charges ranging from rape and sodomy to robbery and burglary.

The 25-year-old warehouse worker faces up to 300 years in prison if convicted on all charges. Dasenbrock's attorney announced that Dasenbrock will plead not guilty by reason of insanity to charges that he raped seven women and committed a string of late-night burglaries in Huntington Beach and Fountain Valley in 1986 and early 1987.

**Motorist wanted:** Santa Ana police want to cite an unidentified motorist — not for committing an infraction, but out of gratitude.

The motorist, driving a pickup, helped a motorcycle officer capture a suspected robber Thursday afternoon by offering the officer a lift.

The crime-busting motorist, however, drove off before the officer could thank him.

The incident began about 2:30 p.m. as officer John Tucker was issuing a traffic ticket, when a customer ran shouting from a market at 1605 W. First St.

As Tucker crossed the street to investigate, a store clerk chased a knife-wielding robber from the store, police said.

Tucker gave chase, but his heavy boots impeded his running. That's when the passing motorist leaned out his window and offered the officer a ride.

Tucker then caught the suspect, Schere Khan Orr, 23, of Santa Ana. Orr was booked into the Orange County Jail.

**Condition critical:** A Mission Viejo man seriously burned in a car fire remained in critical condition Friday night at UCI Medical Center in Orange.

Wayne Husson, 43, suffered second- and third-degree burns over all of his body except his feet when he was trapped in his burning car Monday on the southbound Santa Ana (I-5) Freeway in Irvine, north of Lake Forest Drive, the California Highway Patrol said.

He was pulled from his burning car by motorists.

— From Register staff reports

## Histor...

Anaheim buil... moved; plans refurbish unde...

By Louise Woo
The Orange County Registe...

## 19 years t... in I-5 freev...

The Orange County Register

# Metro

## . owlie portrayed as drug lord

### Indictment alleges huge network

By Jeff Collins
The Orange County Register

A 13-page indictment unsealed Tuesday against alleged marijuana trafficker Daniel James Fowlie offers images of suitcases stuffed with cash being smuggled into Holland and of a warehouse filled with the drug.

Specific acts in the indictment allege Fowlie handled more than 24,000 kilograms of marijuana — nearly 27 tons — from 1975 to 1986, and shipped more than $1 million in cash overseas without reporting it to federal authorities.

The enterprise ultimately earned millions, with Fowlie serving as "organizer, supervisor and manager," the indictment says.

The indictment portrays an [illegible] ation in which marijuana was purchased in Mexico and shipped to Orange County in quantities of 50 pounds to 10,000 pounds at a time.

Fowlie was whisked out of Mexico so suddenly Monday that his lawyers didn't have time to prepare for his first hearing Tuesday afternoon.

US Magistrate Ronald Rose postponed arraignment on bail and the entering of a plea until July 10.

Rose unsealed the 13-count, 20-month-old indictment portraying the one-time Laguna Beach surfer and leather merchant as a globe-trotting marijuana wholesaler who used dummy corporations to convert profits into European assets.

Fowlie, 56, of San Juan Capistrano, has been accused of running a marijuana distribution network at his hacienda Orange County Ranch del Rio, which became one of the Mexican drug lords' [illegible].

The November 1988 indictment —

Please see FOWLIE

## Transit officials to push for vote to raise sales tax

Just seven months after voters narrowly rejected Measure M, and Orange County Transportation Commissioners are pushing to get a half-cent-on-the-dollar sales-tax increase on the November ballot. But another commissioner thinks the timing is all wrong.

For details, see Page 4.

## Pre-holiday celebration makes a splash

[illegible]/The Orange County Register

Odetics Inc. employee Lilian Zavala, left, successfully lands [illegible] an attempt by her co-workers to send her for a dip in the [illegible] swimming pool Tuesday. The Anaheim-based company held a pre-Independence Day celebration for its employees that featured water volleyball and [illegible]. Odetics personnel manager Keith Smith and Deidra Rook, above, got wet.

## Witness sought in girl's slaying turns himself in

By Steve Eddy
The Orange County Register

ANAHEIM — The second major break in a week was reported Tuesday in the slaying of 9-year-old Autumn Wallace.

A man wanted for questioning in connection with the June 13 stabbing has turned himself in, and is considered a key witness in the case.

"We feel this is a significant step forward," Orange County sheriff's Lt. Richard Olson said.

Olson said the 30-year-old Anaheim man, whose name was withheld, walked into Anaheim police headquarters Monday at 9:30 p.m. to say he was the person whose police-artist likeness had appeared in the media last week.

He has not been arrested on any charges connected with the case, Olson said.

He is the man seen playing with a young child on the lawn of the Wallace home on Hedlund Drive on the afternoon Autumn was found dead of multiple stab wounds. The [illegible] Salk Elementary School student's body was found at home by her mother, Linda.

Another man, also seen at the home on the day of the slaying, still is being sought, as is a golden brown 1978 or 1979 Chevrolet Monte Carlo [illegible] coupe.

A number of items were taken from the home, including a VCR, 13-inch portable television, electric typewriter, clock radio, two telephones and a Nintendo video game.

Investigators are asking anyone who may have purchased those items on the street or at a swap meet to call 647-7000.

Maria Del Rosario Alfaro, 19, an acquaintance of Autumn's older sister, was arrested June 26 on suspicion of killing Autumn. She faces arraignment July 16 in Orange County Central Municipal Court in Santa Ana.

## Holiday rentals are no party for Newport

By Jonathan Volzke
The Orange County Register

NEWPORT BEACH — Tanned from a day in the sun, hair damp from a quick shower, Scott Casamassa unscrewed the lid from a wine cooler and pulled himself onto the railing of the oceanfront house that's his for the week.

His buddies called for him to join them in wandering the boardwalk in search of a party, but Casamassa, 21, waved them off and took a slug from his drink as a red sun dropped below the Pacific's horizon.

He knew the party would come to him.

Casamassa and six other friends from the San Gabriel Valley city of San Dimas shelled out $1,900 — $1,400 rent and a $500 security deposit [illegible]

> "Some people are a little loud, a little obnoxious, but that's what we're down here for. I like a little noise."
> — Scott Casamassa, holiday renter

[illegible]/The Orange County Register

Scott Casamassa combs his hair before heading to the liquor store to stock up as his friend [illegible] out. They've rented a Newport Beach home for a week.

## Toll road may test rush-hour surcharge

### OC residents in poll take traffic personally

By Mary Ann Milbourn
The Orange County Register

Testing whether higher-than-normal tolls during rush hours will discourage people from driving them is being considered for an Orange County toll road by regional planners.

The proposal is expected to be made Thursday by a joint task force of the Southern California Association of Governments and the South Coast Air Quality Management District.

A SCAG spokesman said the San Joaquin Hills tollway, [illegible] Newport Beach to San Juan Capistrano, is under consideration for a demonstration project using special rush-hour tolls.

William [illegible] Jr., executive [illegible]

JUL 4 1990

000652

Wednesday, July 4, 1990 The Orange County Register

# Metro Monitor

JUL 4 1990

Nev... crash is was accident

A biweekly column

# Foxworthy proves a clever fellow

By Jeff Rubio
Special to The Orange County Register

The Irvine chapter of the Improv is closed today in observance of Independence Day.

But the comedy club didn't go on holiday before celebrating another US institution, that amalgam of American persons, commonly referred to as the redneck.

The club did so by turning the microphone over to comic Jeff Foxworthy, 30, a slender Georgia smoothy who has parlayed his own clever observations of rednecks into a hot career.

Foxworthy's rise was highlighted last year when he won the American Comedy Award as the top male comic in the nation. Along with that nice feather, his star has also been boosted by frequent slots on "The Five O'Clock Funnies," 10 minutes of taped comedy heard daily on radio station KLOS-FM/95.5.

Foxworthy was featured in April at Anaheim's Celebrity Theatre, in the first of two recent live versions of KLOS' "Funnies."

Tuesday night, Foxworthy wasted little time getting to his signature material, much of which he has assembled into a popular book.

Examples: "If your rich relative buys a house and you have to help take the wheels off, you might be a redneck.

"If you keep both your dog and your wallet on a chain, you might be a redneck."

These had the audience howling, but some of his lines were certainly wittier than others.

"If your family tree doesn't fork, you might be a redneck."

In Tuesday night's act, which closely resembled his show at the Celebrity, he painted a middle-American world of plain-talking men and women continually bumping awkwardly into each other's differences.

In doing so, Foxworthy becomes that friendly someone to whom the audience can relate in these matters. In his political world, women are constantly vain creatures, ostensibly concerned with appearance. So his wife might look perfectly fine, but in a moment of insecurity she makes herself out to look like "the bearded gunwoman from hell," Foxworthy said.

"If she looked bad as all that, I'd chain her up in the garage and charge people three bucks to come and see her."

Men, on the other hand, are more willing to make do with such matters. Asks one buddy caught with a shortage of clean shirts: "Does this stink too bad to wear one more day? I think I'll just throw it in the dryer and it will be fine."

Despite the congenial approach and all the sharp observations, Foxworthy's act permits little improvisation, so it will be interesting to view him in the future when these bits have grown stale.

## LAST NIGHT

Who: Jeff Foxworthy, Jeff Garlin and Butch Fisco
When: Tuesday night
Where: The Improv, 4255 Campus Drive, Irvine
Next: The same trio repeats at the club through this week. The club is closed tonight, but there are performances Thursday and Sunday at 8:30 p.m. and Friday and Saturday at 8:30 and 10:30 p.m.
How much: $8-$12
Call: 854-5455

COMEDY
An overnight review

"If you keep both your dog and your wallet on a chain, you might be a redneck."
— Jeff Foxworthy

## POLICE BEAT

# Autumn Wallace's death similar to unsolved '88 killing of N. Tustin boy

By Robert Chow
The Orange County Register

Although sheriff's investigators have arrested a suspect in the June 15 stabbing of 9-year-old Autumn Wallace, they have yet to find a suspect in the death of another child who was slain in a similar fashion.

Greg Anderson, 12, was found stabbed to death at his home in North Tustin on June 2, 1988.

Anderson's sister found him lying in a pool of blood on the kitchen floor shortly after he returned from school. A knife stuck out from his neck.

His mother had left the house to run an errand just minutes before he arrived home.

The killing of Anderson, who friends said was a shy, public honors student in sixth grade at Hewes Intermediate School, stunned residents of the quiet, unincorporated community near Lemon Heights.

The slight, sandy-haired boy played Little League baseball and aspired to become a professional baseball player. His room was filled with trophies.

In the wake of the killing, detectives interviewed more than 1,000 people. They published a hot-line number for anyone with information on the killing.

Investigators used an optical laser and glue fumes to help uncover bits of evidence such as fingerprints, hairs or fibers — the same techniques used in the Wallace case.

But investigators came up empty-handed.

"I can't forget it," Orange County sheriff's Lt. Richard Olson said. "We still follow up on the case when we hear of similar type of incidents occurring elsewhere."

Despite its similarities with the Wallace case, investigators do not believe there is a connection between the two slayings.

Investigators, however, have been following other similar cases to find a lead in the Anderson case.

Anyone with information should contact the Orange County Sheriff's Department at 647-7055 from 7 a.m. to 3 p.m. Monday through Friday, or at 647-7000 anytime.

The Orange County Register
Greg Anderson, 12, was killed 1988 at his North Tustin home — a case similar to the Wallace death.

## ON THE RUN

# Rapist of young girls hunted

By Steve Eddy
The Orange County Register

He uses one of the oldest known ruses, telling young girls that he has lost some puppies and needs help finding them.

The ploy has worked repeatedly, however, and he has lured five young girls into secluded areas and sexually assaulted them.

On Tuesday, police in Westminster released a composite drawing of the man, most recently wanted in the rape last week of a 12-year-old girl.

The girl was raped at 4:30 p.m. Friday by a man who coaxed her into a secluded area of Warner Intermediate School, 14171 Newland St. in Westminster. He fled west on Westminster Boulevard on the girl's blue 10-speed bicycle.

The rapist is described as white, 19 or 20, 175 pounds, medium build. He has brown or possibly hazel eyes. He was clean-shaven, has light acne around the jaw area, and wore a white T-shirt and blue shorts.

Anyone with information about the man is asked to call Westminster police at 898-3315, Ext. 306 or 259.

Composite sketch of suspect

## STUCK IN TRAFFIC

The Orange County Register

Brush fires: Traffic in both directions on the San Diego (I-5) Freeway was disrupted beginning about 3:30 p.m. Tuesday as a brush fire burned on a golf course east of the freeway between Crown Valley and Oso parkways in Mission Viejo. The CHP said traffic slowed as smoke poured across the highway.

## DON'T GO THERE

Huntington Beach: There will be no parking, and Main Street will be closed in downtown Huntington Beach between Pacific Coast Highway and Yorktown Avenue from 7 a.m. until 7 p.m. today. Side streets leading onto Main also will be closed. The action is being taken for the city's Fourth of July festivities. Police will close Pacific Coast Highway, Beach Boulevard, Pleasant Street, 22nd Street and several areas near the beach from 3 p.m. to 3 a.m.

## ON THE STREETS

Sounds of brutishness: Janet Goggin of Yorba Linda moved to California 11 years ago. She says that at least three times since then, people have tried to run her off the road, cut in front of her and then stuck their tongues out at her.

## TIPS AND GRIPES

How do you avoid traffic? What do you do when you're stuck? What's your biggest gripe about driving the freeways? Tell our message line, 953-2649. Keep it short, please, and spell out your full name and tell us where you reside.

Getting their due: Female veterans are spearheading a fund-raising campaign to build a $25 million memorial at Arlington National Cemetery to women who served in the military.

## DATABANK

In 1989, there were 38,348 acres of bearing farmland in Orange County. The gross value of the crops was $230,237,932.

## LAST MINUTE REMINDER

The following events are happening today:

**FIREWORKS:**

Anaheim: Disneyland, 1313 Harbor Blvd. Nightly fireworks ex-

Admission is free.

Placentia: Bradford Stadium, Valencia High School, Bradford and Madison avenues. Fireworks begin at 8:45 p.m. Food and game booths open at 4 p.m. Admission





JUL 17 1990

# Document: Girl was stabbed 50 times

## Psychiatrists say reason for 'overkill' may be use of drugs by assailant

By Jeff Collins
The Orange County Register

A 9-year-old elementary school student found murdered in her home June 13 after an apparent burglary had been stabbed more than 50 times in the face, neck, chest, back and lip, a recently released court document revealed.

And the 18-year-old family acquaintance charged with killing Autumn Wallace allegedly admitted to investigators that she had heroin and cocaine habits and had committed thefts in the past, the document says.

Maria del Rocio Alfaro appeared in court Monday for the third time, only to have her arraignment on murder, burglary and robbery charges postponed again because of problems getting an attorney. Alfaro, whose nickname, "Rocio," is tattooed on her wrist, faces a possible death sentence.

The Orange County Public Defender's office declared Monday that it can't defend Alfaro because of an undisclosed conflict of interest. Orange County Municipal Court Judge Gary Ryan appointed defense lawyer William Monroe to represent her if the Superior Court approves his fee.

Autumn, a student at Dr. Jonas Salk Elementary School in Anaheim, was found stabbed to death in a rear bathroom of her home after her mother returned from work. She had been home alone after school and was last heard from at 3:30 p.m.

Numerous items — including a television set, a phone, video games and clothing — were missing from the ranchstyle [illegible] Drive home, just outside Anaheim.

In an affidavit filed by a sheriff's investigator, authorities revealed for the first time the extent of Autumn's wounds.

Deputy District Attorney Bernadette Cormier declined comment on why Autumn might have been stabbed more than 50 times, but two psychiatrists familiar with criminal mental health said the common reason for such "overkill" is rage, drugs or a combination of the two.

"To stab repeatedly not only takes a lot of energy physically, it shows that the person's frame of mind is going beyond just killing," said Dr. Richard Stovey, an Orange County psychiatrist. "It's just to release a lot of energy or anger."

Alfaro, an acquaintance of Autumn's older sister, April, was arrested June 26 and charged with the stabbing. Because the murder was committed in the course of a burglary and robbery, she could face a death sentence if convicted.

A 19-year-old acquaintance of Alfaro's, whom authorities were seeking in connection with the slaying, refused to testify but has not been charged in the crime, Cormier said. A third suspect being sought for questioning in the case remains at large.

The affidavit filed in court said a fingerprint that matches Alfaro's was found on the bathroom sink near Autumn's body, although Alfaro allegedly told investigators she had not been in that room for two years.

A tennis shoe that allegedly belonged to Alfaro also was recovered, and it matched a footprint found in Autumn's blood on the bathroom floor, the affidavit says. Alfaro also allegedly was seen with a pair of black, leather boots taken from the Wallace home.

The affidavit quotes Alfaro as telling investigators that she last visited the Wallace home at 3:30 p.m. June 11 — three days before the murder.

# Accused swindler ja[...] for alleged new sca[...]

## Lawyer says suspect lied about funds for restitution

By Jeff Collins
The Orange County Register

# Weather

## Rain falls over most of nation

The Associated Press

Storms caused flooding early Monday in south-central Texas and in Las Vegas, and rain was scattered over much of the nation.

Showers and thunderstorms continued into the afternoon from central and eastern Texas across Louisiana and western Mississippi, over Florida, the Georgia coast, eastern South Carolina and eastern North Carolina.

Showers and occasional thunderstorms were scattered over southern Maine, northern New York, the Midwest, southeastern South Dakota, Colorado, southeastern Wyoming, the Southwest and California.

Relatively cool air waited across parts of the southern Plains. Monday's low for the Lower 48 states was 45 at Butte and West Yellowstone, Mont.

TODAY
HAZY
86/68

TOMORROW
HAZY
87/68

THURSDAY
SUNNY
89/68

SATELLITE WEATHER MAP

Satellite photo taken at 1:15 p.m. PDT Monday

NATIONAL FORECAST/TODAY AND TOMORROW

WEATHERNET/ORANGE COUNTY TEMPERATURES, PRECIPITATION

County highlights

NATION/THREE-DAY HIGHLIGHTS

000654

ORANGE COUNTY
Los Angeles Times

TUESDAY
NOVEMBER 20, 1990

# illed Girl, 9, to Escape Arrest, Suspect Says

rime: In transcripts of rviews by police, the woman she looted the youngster's se for money to buy drugs then stabbed her. She is nd over for trial.

RRY HICKS
STAFF WRITER

NTA ANA—An Anaheim woman said obbed a friend's house of $300 worth of hold items to buy drugs and then, to rom being caught, killed a 9-year-old who was alone there, according to ...lice interview made ...

ia de... (Rosie) Alfaro, 19, who ound over for trial Monday by a ipal Court judge, told investigators d already taken drugs twice that day, eded money for more.

as really wired, really coked out and she told them.

Alfaro could face at least a life sentence without parole if convicted in the June 15 stabbing death of Autumn Wallace of Anaheim. The girl, an A student at Jonas E. Salk Elementary School, had been waiting for her mother and sister to come home from work on the afternoon of her death.

Alfaro, an acquaintance of the girl's sister April, said she had two men drive her to the house because she knew Autumn would be home alone at that hour. The two men kept Alfaro's infant son in the car with them while she went inside.

Alfaro has been the only one arrested, but the investigation is ongoing. Deputy Dist. Atty. Bernadette Cemore said there is corroborating evidence that it was Alfaro who stabbed the young girl.

But still unresolved is the role of the two men who participated in the robbery.

In her police interview on June 27, nearly two weeks after the crime, investigators from the Orange County Sheriff's Department asked her whether the two men participated in the robbery. If they had, they could face first-degree murder charges, the same as Alfaro. Her statements were inconsistent as to the extent of their participation, but Alfaro said they knew she was going to Autumn's home to commit a robbery.

Alfaro's attorney, William M. Monroe, said his client is either protecting the actual killer or was too high on drugs to know what she was doing.

"The Rosie Alfaro I've gotten to know the last few months isn't the kind of person who could do this," Monroe said.

The transcripts show that Alfaro, who was 18 when the murder occurred, said she first got the idea for killing the girl when she happened to see a knife in the laundry room. But she later admitted that she had taken the knife from a kitchen drawer. She said she went into the bathroom and thought for about a minute about the killing before she did it.

Investigators questioned her repeatedly about her motive:

"Rosie . . . do you believe in God? I want you to tell me the truth. Why did you pick up the knife?"

"I don't know, something just got into me

Please see AUTUMN, B10

## AUTUMN

Continued from B1

and I thought of doing that. I don't know," she replied, according to the transcripts.

Alfaro said she knocked on the door and asked the girl if she could use the bathroom as a pretense for getting inside the house. After she got the knife, she said, she lured the girl to the bathroom by asking Autumn if she would clean some eyelash-curler tools.

At one point, an investigator told ... "Don't try and convince me that you were out of your head."

"No, I wasn't out of my head," she answered.

Alfaro said she and the two men stole a VCR, a mirror, a clock radio, an iron, some boots, a video game set, a small television and some clothes. She started to take a microwave, she said, but it was too heavy.

Alfaro said she sold the items for about $300 later that day. She said she spent about $30 of it for drugs and her boyfriend took the rest.

"So what did you end up getting out of it?" one of the investigators asked her.

"Nothing," Alfaro replied.

"Autumn knew who you were and the only way you could rip off and get away with it was kill Autumn, is that right?" an investigator asked her.

"Yes," she answered, " . . . cause she knew who I was."

Alfaro described for investigators a life of living in one seedy motel after another with a boyfriend. She was addicted to both heroin and cocaine, she said.

Alfaro also told officers that she knew only one of the two men with her, and him only by the nickname of "Shorty."

3508

000855

# Slain 9-year-old's classmates observe memorial at school

6-22-90

By Melissa Balmain Weiner
The Orange County Register

ANAHEIM — The morning was cool and bright on the playground of Dr. Jonas E. Salk Elementary School — perfect weather for sliding and swinging and whooping with abandon.

But the slide stood bare and the swings hung still.

On the first day of summer, the children were remembering Autumn.

Autumn Wallace, 9, was stabbed to death June 15 while she was home alone after school, possibly by a burglar.

"Autumn's favorite games were tetherball and tag," said Brooke Jones, 9.

Jones and five of her schoolmates held cardboard signs, each bearing a letter of Autumn's name. The girls took turns describing their friend to Autumn's family and hundreds of students and teachers who sat on the grass before them.

"Autumn always smiled. That's why she made friends," said Elaine Thompson, 9, who used to sit beside Autumn in Room 4.

"Autumn had a unique sense of humor," said Tracy Nolazco, 8.

Autumn was kind and gentle, her friends said. She liked music and math, was never mean and didn't tattle.

Autumn's principal and teacher spoke solemnly of their loss.

"This is different, unique, to a school to be experiencing this," principal Dan Copple said. "But these feelings we have, it's important to share together."

"She reminds us of the beautiful season she was named after," said third-grade teacher Joan Drevlow. "Her hair was gold and her eyes were brown. ... She doesn't live here any longer, but she lives on in our hearts."

Her memory also will live on in a mulberry tree. Three of Autumn's friends shoveled dirt onto its young roots after teachers had planted it in the schoolyard turf.

"As the light shines through this tree and the trees around it, we will see the colors of gold and brown, and we will think of Autumn because those were her colors," Drevlow said.

Copple urged the children to protect the tree.

"We hope it will grow as big and strong as the tree right over there," he said, pointing to a tall, sturdy shade tree.

After the ceremony, several children and teachers consoled Autumn's mother, Linda, and sister, Amber. Autumn's class gave them a pink box filled with her things and covered with the scrawlings of her classmates.

"Your great," read one of the inscriptions. "I miss you, Autumn. Senserly, Joshua." "Your a cool dude."

"We have a book in class to write (in) about Autumn whenever we feel sad," said Mandy Haeberle, 9.

She was one of about 24 children who clung together after the ceremony, crying, oblivious to others who were turning the playground into a blur of color and noise.

If Autumn were still with them, her friends said, she might be skipping rope or swinging.

## Police plan more forensic work at girl's home

The Orange County Register

As of Thursday morning, more than 600 people had been contacted by detectives working the Autumn Wallace case, Orange County sheriff's Lt. Richard Olson said.

That includes people who telephoned the police with tips.

Now, Olson said, more forensic work is planned at the Wallaces' house on Hedlund Drive. Fumes from a type of glue will be released and the house will be sealed in hopes of finding fingerprints.

Criminalists then will use potent lasers in an effort to find physical evidence.

Autumn's funeral is Saturday at 1:30 p.m. at Magnolia Baptist Church, 720 S. Magnolia Ave., Anaheim. Interment will follow at Forest Lawn Memorial Park, 4471 Lincoln Avenue, Cypress.

A viewing is scheduled for today at 2 p.m. at Forest Lawn.

329

000656

LA TIMES B-4 3-18-92

# Jurors Hear Confession Video in Girl's Slaying

By MARK I. PINSKY
TIMES STAFF WRITER

SANTA ANA—In a videotape played for jurors Tuesday, Maria del Rosio Alfaro told sheriff's investigators that she repeatedly stabbed a 9-year-old girl to death to eliminate her as a witness to a robbery.

Prosecutors said Autumn Wallace was stabbed 50 times in the bathroom of the Anaheim home that she shared with her mother and older sister, neither of whom was at home during the attack on June 15, 1990.

Because the crime allegedly took place during a robbery and burglary, Alfaro, 20, faces the possibility of the death penalty.

Alfaro's attorney, William M. Monroe, has conceded that Alfaro was at the house at the time of the robbery but said a male companion committed the murder.

During the four-hour taped interview, made about two weeks after the killing, Alfaro said she had gotten high and decided to rob the Wallace home and sell the contents to raise money for more drugs.

Alfaro was an acquaintance of April Wallace, 18, the victim's sister, so she knew that Autumn would be home alone in the late afternoon, she said on the tape.

Alfaro said she persuaded Autumn to let her use the bathroom at the back of the house. On the way, Alfaro said, she took a knife from a drawer in the kitchen. After a minute's deliberation, Alfaro asked the girl to come into the bathroom and help her with something.

"That's when I did it. . . . I stabbed her," Alfaro said between sobs on the tape, " 'cause she knew who I was."

The victim, a popular A student at Jonas E. Salk Elementary School, died without making a sound, Alfaro said.

"I was really wired, really coked out," she said. "I got kind of crazy. . . . Something just got into me, and I thought of doing that. I don't know."

But later in the interview, Alfaro said "I wasn't out of my head" when she murdered the girl.

The trial continues today.

000857

3003

000658

B6 The Orange County Register Tuesday, July 17, 1990

# Document: Girl was stabbed 50 times

## Psychiatrists say reason for 'overkill' may be use of drugs by assailant

By Jeff Collins
The Orange County Register

A 9-year-old elementary school student found murdered in her home June 15 after an apparent burglary had been stabbed more than 50 times in the face, neck, chest, back and hip, a recently released court document revealed.

And the 18-year-old family acquaintance charged with killing Autumn Wallace allegedly admitted to investigators that she had heroin and cocaine habits and had committed thefts in the past, the document says.

Maria del Rosio Alfaro appeared in court Monday for the third time, only to have her arraignment on murder, burglary and robbery charges postponed again because of problems getting an attorney. Alfaro, whose nickname, "Rosie," is tattooed on her wrist, faces a possible death sentence.

The Orange County Public Defender's office declared Monday that it can't defend Alfaro because of an undisclosed conflict of interest. Orange County Municipal Court Judge Gary Ryan appointed defense lawyer William Monroe to represent her if the Superior Court approves his fee.

Autumn, a popular student at Dr. Jonas Salk Elementary School in Anaheim, was found stabbed to death in a rear bathroom of her home after her mother returned from work. She had been home alone after school and was last heard from at 3:30 p.m.

Numerous items — including a television set, a phone, video games and clothing — were missing from the ransacked Hedlund Drive home, just outside Anaheim.

In an affidavit filed by a sheriff's investigator, authorities revealed for the first time the extent of Autumn's wounds.

Deputy District Attorney Bernadette Cemore declined comment on why Autumn might have been stabbed more than 50 times, but two psychiatrists familiar with criminal mental health said the common reason for such "overkill" is rage, drugs or a combination of the two.

"To stab repeatedly not only takes a lot of energy physically, it shows that the person's frame of mind is going beyond just killing," said Dr. Richard Dorsey, an Orange County psychiatrist. "It's just to release a lot of energy or anger."

Alfaro, an acquaintance of Autumn's older sister, April, was arrested June 26 and charged with the stabbing. Because the murder was committed in the course of a burglary and robbery, she could face a death sentence if convicted.

A 35-year-old companion of Alfaro's, whom authorities were seeking in connection with the slaying, remains in custody but has not been charged in the crime, Cemore said. A third suspect being sought for questioning in the case remains at large.

The affidavit filed in court said a fingerprint that matches Alfaro's was found on the bathroom sink near Autumn's body, although Alfaro allegedly told investigators she had not been in that room for two years.

A tennis shoe that allegedly belonged to Alfaro also was recovered, and it matched a footprint found in Autumn's blood on the bathroom floor, the affidavit says. Alfaro also allegedly was seen with a pair of black, leather boots taken from the Wallace home.

The affidavit quotes Alfaro as telling investigators that she last visited the Wallace home at 3:30 p.m. June 12 — three days before the murder.

# THE BULLETIN

VOLUME 35 NO 16 AUGUST 3, 1990

## Know Your Department

In less than a week, Autumn Wallace no doubt had joined her classmates in the annual gleeful chant of, "No more reading, no more books, no more teachers' dirty looks," commemorating the end of another school year. It was June 15, 1990, shortly after 1:35 p.m. as this blond fourth grader was walking home from school. She was possibly contemplating a carefree summer vacation that lied just ahead. For this little nine year old, there would indeed be no more reading, books or teachers, not even another summer, autumn or fall. Autumn Wallace was soon to become another illicit drug user's statistic and the object of newspaper headlines and television lead stories all across the southland.

At that precise moment, less than a mile away in the area of Cerritos Avenue and Walnut Street in Anaheim, another development was unfolding. In the shadow of the Disneyland Hotel, in a sprawling apartment complex known as "Little TJ" because of its predominant Latin inhabitants, an 18 year old female was coming down from her last intravenous fix. She would soon be in need of cash to make her next score. She was most likely contemplating where she might steal some property that could be readily converted into cash. She targeted a former neighborhood acquaintance. This brought her to the Wallace's doorstep shortly before 4:00 p.m. Within the next few minutes, Maria del Rosio Alfaro, AKA Rosie Alfaro, would make a giant leap from common thief and drug addict to murderess.

In the next 11 days, hundreds of law enforcement man-hours would be expended, much shoe leather would be worn thin and forensic science would be pushed to the maximum. The murder of Autumn Wallace would summon every available resource at the command of the department. The public interest would fuel an unrelenting media barrage that demanded a quick resolution to the inexplicable stabbing of an innocent child.

### *THE MURDER OF AUTUMN WALLACE*

At approximately 5:51 p.m. the Sheriff's office 911 dispatcher answered a caller's plea for emergency response. A neighbor of the Wallaces reported a stabbing at 10462 Hedlund, located in an unincorporated area surrounded by Stanton, Garden Grove and Anaheim. Sheriff patrol units and county paramedics were dispatched.

Two Sheriff's units were less than a half mile and minutes from the scene when the radio call came over the air of a stabbing at 10462 Hedlund. The unit containing Deputy Tom Galivan and Deputy-in-Training Crash Glenn was assigned the call. Deputy David Lamphere in the second car was assigned backup duty. Paramedics arriving simultaneously and finding Autumn Wallace with multiple stab wounds in a pool of blood pronounced the child dead. Sergeant Larry Forester, the area field supervisor, acknowledged the radio call and arrived approximately five minutes after the initial response units.

The next level of response was for a deputy coroner, homicide investigators, a forensic specialist and a criminalist. Outside the residence, deputies cordoned off the property in a routine act of protecting the crime scene. From that moment on, no one was allowed to enter this barrier without being logged-in by Deputy Glenn or his relief.

Forensic Specialist Doug Lucas was the first of the murder team specialists to arrive at 7:10 p.m. He waited for others to arrive and to be briefed before going through the routine procedure of photographing the crime scene and dusting for fingerprints. This was to be only a preliminary search for latent prints as the next seven days would bring several teams of forensic specialists dedicated to processing the residence with two other methods of visualizing prints, ninhydrin and laser technology. Both are a long and laborious process requiring spraying the walls and other surfaces with chemicals. The results are prints that become visible and readily photographed for subsequent comparison processing. Significantly, portions of carpet, linoleum, bathroom fixtures such as the commode and vanity were removed for intense laboratory analysis.

Senior Deputy Coroner Cherry Van Stee arrived at the scene at 7:24 p.m. After conferring with other officers and duly waiting for the forensic specialist to finish his crucial duties and responsibilities, Cherry, Sergeant Sidebotham, the lead Homicide Investigator, and Lucas do a "walk-through" of the residence at 9 p.m. Her first impression was stated in this manner, "We seldom see so much physical evidence all over the place. More frequently we are lucky to find a spent cartridge. Having nieces and nephews, I just had to pause for an instant to try to comprehend how anyone could be so cruel to an innocent child." Cherry observed many wounds throughout the child's body. Based on the classical signs of rigor mortise, lividity and body temperature, she places the time of death to have been within the past six hours. The body was removed at 2:00 a.m. and Cherry secured 45 minutes later.

Senior Criminalist Kenny Wong made note of the pool of blood in the bathroom where Autumn's body was located. Although there was a trace of blood found in another room, the bathroom gave every indication of being the murder site.

3310

Kenny sketched all the rooms detailing locations of physical evidence and items with traces of blood were also documented. Evidence from the victim's hands and legs was also collected. Although Autumn was fully dressed, a Sexual Assault Kit specimen was taken. The victim's clothes and shoes were gathered, tagged, and retained as part of the physical evidence he collected and deposited in the Headquarters Property Room for safekeeping and maintaining the chain of evidence. It was after 6:00 a.m. Saturday when his tour of duty finally ended. It was noted that accompanying Wong was Criminalist Russell Mumford, who was in training.

Lieutenant Dick Olson, Press Officer, despite arriving approximately 40 minutes after the initial call went out over the police radio, several media people had already reached the scene. Television crews from channels 2, 4, 5, 7, 9, 11, and 13 eventually responded. The Los Angeles News Service, an independent video crew that sells footage to other broadcasters, was on hand. The Register and Times represented the print media; KNX and KFWB did radio coverage. The City News Service, United Press International and the Associated Press were there to provide the national wire service perspective. Lt. Olson recalls, "No question, when you get this kind of media attention out in force on a Friday night, something very special is happening. In the days that followed, I fielded over 100 news calls. I even had several reporters from cities across the country calling." Olson remained at the scene until shortly before midnight, but returned Monday when an intense neighborhood canvass was conducted.

Because the processing of the crime scene was projected to be of considerable length, Sergeant Sidebotham and his superiors determined that it would be necessary to have the Mobile Command Post at the scene. The Transportation Bureau was contacted and the special communication mobile unit was driven to the scene by Deputy J.R. Johnson, arriving at 8:45 p.m. The Mobile Command Post remained on site until 12:18 p.m. eight days later.

Tom Giffin, a Homicide Investigator since December of 1986, was just getting home Friday, June 15, at 6:19 p.m. when his phone rang. Upon answering, he found Sergeant Jim Sidebotham on the other end saying, "We've had a murder of a nine year old female over at 10462 Hedlund Drive and you're it. Mandala will be working with you on this one. See you over there."

After a full day at work, June 15, Giffin and Mandala worked straight through until 1:00 a.m., Sunday, June 17. In the next two weeks, they averaged four hours of sleep per day and each accumulated over 100 hours of overtime. Giffin observed several weeks after the crime, "Even when dog-tired and you finally get to bed, you just keep waking up thinking of details of the case. You dream about it, it just never leaves you."

Giffin was assigned Case Agent. All the details of the crime were his and Tom Mandala's to process. Ten days later, when Giffin's regular partner, Investigator Gary Bale returned from vacation, he picked up the baton. Investigators not only had to contend with all the physical evidence found at the scene, but once the news hit the streets that a child had been murdered, over 700 telephone tips were received that had to be evaluated, followed up or discarded. Of course, it was not humanely possible to conduct an intensive investigation without a lot of help from not just fellow homicide investigators, but the entire Investigation Division force as well.

The assigned homicide team began by being briefed by the first patrol deputy on the scene. Over an hour passed before they could all enter as a team. Giffin and Mandala used this interval of time to begin interviewing Autumn's family. Linda Wallace, the mother, who discovered

### FINGERPRINT PROCESSING

Latent fingerprints are those which are not visible to the naked eye, needing to be processed in some manner in order to be able to visualize and examine them. A common method is to gently brush a fine powder over the surface and blow away the excess powder leaving traces sticking to oils and perspiration left by the fingers. Tape is spread over the pattern and the print is "lifted" and placed on a white card. Although this method is often effective, some surfaces do not lend themselves to the process.

Among other latent fingerprint processing procedures used are ninhydrin, superglue and laser.

Ninhydrin is a chemical which is dissolved in an organic solvent such as alcohol or petroleum ether. When the solution is sprayed over the surface to be examined, the solvent evaporate. Over a period of time, the ninhydrin reacts with the amino acids which are excreted by the body and left on the surface by the fingers. The fingerprint visualized in this manner will be purplish in color. Since the now visible fingerprint will fade with time, it is photographed for later comparison.

Items which are to be examined using superglue are place in a airtight chamber along with a few drops of the glue on a heated surface. Cyanoacrylate ester (CAE), a volatile component of the glue, reacts with residues in the fingerprint to produce the print pattern. The visible print may be photographed directly or dusted with powder and lifted.

In recent years, the laser has become a routine tool in fingerprint visualization. When laser light is shown on a latent fingerprint, some of the residues in the print may flouresce (give off light of a different color than the laser light). The resultant

3311

000660

fingerprint pattern is photographed. The effectiveness of this method can be increased by supergluing the item being examined and staining or dusting with a flourescent chemical. The result is that the chemical adheres to the fingerprint residues and the enhanced flouresce greatly increases the effectiveness of the procedure.

The intense work-up performed by the Forensic Specialists is chronicled here to better appreciate the labor they perform. The ninhydrin process is akin to painting ones walls except that the specialists applying this liquid must wear self-contained breathing apparatus plus have the county fire department standing by outside the scene.

AM June 15: Lead Forensic Specialist Doug Lucas responded to the crime scene. Later he is accompanied by Lead Forensic Specialist Kayla Robinson. During their crime scene investigation, photographs are taken, evidence collected, a sketch is made and items and areas within the scene are examined for fingerprints with the conventional black powder process.

AM June 16: Doug Lucas returned to the scene with Lead Forensic Specialist Tamara Jurjis. They waited for the arrival of off-duty Lead Forensic Specialist Randy Giroux at the scene. Lucas briefs the two new players on what follow-up black powder processing is needed and what areas need to be treated with ninhydrin. After the black powder process, the ninhydrin. After the black powder process, the ninhydrin liquid chemical is applied to the walls. It is hoped that this will develop finger/palm print ridge detail on the walls and doors.

Additionally, Giroux and Jurjis superglue one of the rooms. "Pads" of superglue (cyanoacrylate) are placed in the room and sealed air-tight. It is fumed for several hours in hope

the body at approximately 5:50 p.m., stated that she had last seen Autumn alive that morning before leaving for work. She also reported numerous household electric and electronic pieces of property to be missing.

A neighborhood canvass conducted between 8:30 p.m. and midnight revealed that Autumn arrived home from school at around 2:00 p.m. A school friend spoke with Autumn by telephone at approximately 3:30 p.m. that same afternoon. One witness reported having seen a golden-brown 1978-79 Chevrolet Monte Carlo parked in the Wallace's driveway at about 4:05 p.m. Two male adult subjects of Latin descent and a toddler were also present outside the residence.

At around 11:15 that night, a former neighbor and friend of the Wallace family, Rosie Alfaro, her child and boyfriend appeared at the scene as mere curious onlookers. They were interviewed briefly by Investigator Giffin. Rosie related that she and Autumn's older sister, April, were acquaintances.

Saturday, June 16, at the break of dawn, investigators started scouring the area for a golden-brown Monte Carlo. Sales slips and owner's manuals of the missing equipment were gathered from the Wallace family. Subsequently, Forensic Specialist Gary Jackson, was able to obtain exact duplicates of a typewriter, telephones, VCR, radio and other items from local retailers which he photographed for a wanted poster and news release.

At 6:00 p.m., the same evening, Sharon Krenz, Forensic Specialist in CAL-ID reported a fingerprint found at the scene matched a Rosie Gonzales. Despite the mismatch in the last name, Giffin and Mandala determined Rosie Alfaro had indeed on several occasions visited April Wallace.

Monday afternoon, June 18, brought out 37 investigators who now conducted an expanded area canvass for potential witnesses. Nothing of immediate significance was revealed.

On Wednesday, June 20, Marilyn Drox, A Huntington Beach artist, drew a composite of one of the wanted male suspects based on an eyewitness's recollection. When the suspect was ultimately apprehended, there was a remarkable likeness. The neighborhood witness merely slowed down and in that split instant noticed a strange vehicle and three people outside the residence the afternoon of the murder.

The rest of the week was consumed following tips and reinterviewing family members, friends and neighbors.

On Saturday, June 23, Autumn's funeral was conducted. Investigators Giffin and Mandala were present to see who was there to pay their last respects. But just as important, they wanted to know who would not attend. Perhaps significantly, Rosie was not present.

The next day, Sunday, Rosie could not be located at her usual haunts. It was rumored that she may have been headed for Mexico. That same evening, Doug Lucas contacted Giffin to report another matching set of prints to those of Rosie Alfaro. Other physical evidence also placed Rosie at the scene of the crime the afternoon of the murder.

Monday, June 24, Giffin spent 12 hours drafting a 12 page search warrant. Ironically, Giffin had to cancel an Investigator's Academy class that date where he was scheduled to teach arrest and search warrant preparation.

On Tuesday, June 25, at 3:40 p.m. Municipal Court Judge Robert E. Thomas signed the search warrant and a Ramey Arrest Warrant for Maria Del Rosio Alfaro. This was to be Judge Thomas's last official act as a municipal court judge as within the hour he was sworn to the Orange County Superior Court bench.

The following day, Wednesday, June 26, another large task force of

3312

000861

Sheriff's investigators hit the streets of southwest Anaheim in search of Alfaro. At 1:15 p.m., Narcotic Investigators Brian Wilkerson and Dominick DeRado located a subject matching the description of the wanted suspect. She gave a name of "Rosie Sanchez" but based on a well prepared packet of physical identifiers, namely numerous tattoos, Rosie was detained. Giffin back in the early days of interviewing Rosie had duly noted Rosie's tattoos.

When Giffin and Mandala arrived at the scene of the apprehension, Giffin leaned into the backseat of Investigator Wilkerson/DeRado's vehicle and asked, "Hi Rosie, do you remember me?" The suspect burst into tears. Once back at Headquarters where she was read her rights and questioned on video and audio tape, Rosie readily admitted to having stabbed little Autumn Wallace to death.

Later that night, a task force of over 30 Sheriff's Investigators and Anaheim Police personnel descended on "Little TJ" and recovered some of the property stolen during the murder. Wrapping up some of the loose ends on Thursday, Giffin took a well-deserved three day rest on Friday, Saturday and Sunday. Whereas most people would have crashed for the next 72 hours, not Investigator Giffin. He was committed to compete on the department's Police Olympic swimming relay team so he drove to Sacramento where the games were being held. When asked what he would have done had Rosie still been at-large, he replied, "It would have been a tough call as I would have been letting down the other swim team members but I would have had to stay on the case to its successful conclusion."

DRUG USE
IS
LIFE ABUSE

Upon his return on Monday, July 2, Anaheim Police called to report the male subject described on the wanted poster had turned himself in. Giffin, and now, his regular partner Investigator Gary Bale, interviewed him. The male subject alleged that he had simply accompanied Rosie to pick up some property she had offered to sell him, which investigators were able to substantiate.

The second male subject who was placed at the scene, remains at large. His face was not observed as he was leaning into the trunk of the Monte Carlo at the time that the witness drove past. Neither the wanted poster subject nor Rosie could divulge this person's identity.

EPILOGUE

Weeks later, Giffin and Bale were still following leads that were developed early in the case. Boxes full of file folders crammed with paperwork were yet to be bound and placed in logical order. It would be many more weeks before this detail would be accomplished due to the fact that this case remains open and other new and past assignments come their way.

Once again, it is painfully clear that many Sheriff-Coroner personnel played a part in the apprehension of Rosie Alfaro. Many more individuals in Headquarter's Records, Jail Records, the Crime Lab, North and West Patrol, Investigation and others, remain unherald. The fact remains that it takes a tremendous team effort to solve this type of homicide.

When Senior Criminalist Kenny Wong was asked why a graduate of the University of California at San Francisco and a life-long resident of the Bay area would migrate south to Orange County, he replied, "The Orange County lab has an excellent reputation in the state and nationally and I wanted to be part of the best." Indeed, we are all part of the best!

of assisting to develop the fingerprint processing technique.

PM June 18: Randy Giroux and Forensic Specialist Mark Harstein returned to the scene to check the development of the first application of ninhydrin and to apply a second spraying.

PM June 19: Supervising Forensic Specialist Maggie Black and Forensic Specialist Mark Harstein returned once again to do additional black powder processing and to conduct a fluorescent exam for fingerprints using the alternate light source.

PM June 20: Black and Giroux return to the scene to examine the second application ofninhydrin development.

AM June 21: Black and Lead Forensic Specialist Linda Raatz returned to conduct a fluorescent fingerprint exam. Zinc Chloride is applied to the areas previously ninhydrined. The zinc chloride turns the purple ninhydrin product into a fluorescent orange/brown color.

PM June 21: Lead Forensic Specialist Ralph Temple returns to collect one item.

After Temple leaves, the Homicide Detail is notified that the Crime Lab is done with the scene. An Investigator is asked to meet with Black and Raatz prior to leaving to make sure there was nothing additionally needed.

Once leaving the scene, the Homicide Detail is responsible for getting a cleaning crew to the scene and making any repairs to the dwelling that may have been damaged in the course of the week-long investigation.

3313

000662

# Woman, 18, pleads innocent in slaying of Anaheim girl, 9

By Jeff Collins 8-7-90
The Orange County Register

An 18-year-old Anaheim woman pleaded innocent Monday to capital murder charges stemming from the June 15 stabbing of Autumn Wallace at the 9-year-old's home.

Maria del Rosio Alfaro, a friend of Autumn's 18-year-old sister, could become one of the youngest women ever condemned to California's death row if convicted. She is charged with murder, robbery and burglary.

Only one woman, Cynthia Lynn Coffman, 28, is among the 285 condemned inmates in California, state prison officials said. Four women have been executed by the state.

"I can't remember the last time an 18-year-old girl in California was given the death penalty," said Alfaro's attorney, William Monroe.

Orange County Municipal Court Judge Gary Ryan scheduled a Sept. 28 preliminary hearing.

Autumn, a popular third-grader at Dr. Jonas Salk Elementary School, was stabbed more than 50 times in a back bathroom of the Hedlund Drive home she shared with her mother, Linda Wallace, and her sister, April. A television, video games, a VCR and clothes were reported missing.

Alfaro's fingerprint and shoe print were found in the bathroom, according to court records. Alfaro was arrested June 26.

A death sentence is possible because the killing was committed in the course of a burglary and robbery.

One of two men believed to have accompanied Alfaro to the Wallace house still is being sought. The other man was questioned and released after authorities determined that he was not involved in the slaying, said Deputy District Attorney Bernadette Cemore.

California has not executed a woman since 1962, when Elizabeth "Ma" Duncan was sent to the gas chamber for hiring two men to kill her pregnant daughter-in-law.

The other women executed in California's gas chamber were Ethel Spinelli in 1941, Louise Peete in 1947 and Barbara Graham in 1955.

3314

000663

THE ORANGE COUNTY Register

NOVEMBER 20, 1990

# Woman's confession details gruesome stabbing of girl

By Jeff Collins
The Orange County Register

An Anaheim woman was in a cocaine-induced frenzy when she stabbed 9-year-old Autumn Wallace more than 50 times during a burglary to get drug money, according to her videotaped confession released Monday.

Maria del Rosio Alfaro, 19, was ordered held for trial Monday in the June 15 killing in Anaheim. She told investigators she was "really wired ... real coked out" the day she went to the home of her longtime friend, April Wallace, Autumn's sister.

Once inside, Alfaro said, she decided to kill the Salk Elementary School pupil to keep from being identified.

"I just started stabbing her."

Please see ALFARO/6

3506

# ALFARO: Her lawyer says Anaheim woman did not act alone

FROM 1

says Alfaro, who goes by the nickname "Rosie."

"Why? Rosie, why?" sheriff's homicide Investigator Tom Giffin asks in the videotape recorded June 27. "Was it because Autumn knew who you were? ... The only way you could rip off and get away with it was to kill Autumn, is that right?"

"Yes," Alfaro says on the tape. "'Cause she knew who I was."

Autumn was stabbed to death in the Hedlund Drive house while home alone after school. A television, video games, a videocassette recorder, telephones and clothes were reported missing.

Prosecutor Bernadette Cemore said Alfaro raised $220 to $250 by selling the merchandise to residents in the Jeffrey-Lynne district of Anaheim were she was living.

Her fingerprint and shoe print were found in the back bathroom where Autumn was killed, court records show.

After viewing the four-hour videotape, Municipal Court Judge Barbara Nomoto ordered Alfaro bound over for trial on charges of homicide, robbery and burglary. Alfaro was ordered to appear in Superior Court on Nov. 30.

Nomoto also sustained special findings — murder while committing a robbery and murder while committing a burglary — that, if upheld by a jury, could make Alfaro one of just two women on California's death row.

Autumn's mother and two sisters attended the two-day preliminary hearing, saying they plan to be present throughout the process "to see that justice is done."

"Every time I see (Alfaro), it's disturbing, but I need to be here," said Linda Wallace, Autumn's mother.

In her confession, Alfaro took sole blame for the killing, saying that two men who accompanied her to the home knew nothing about the crime. She told them she was picking up her belongings from a house she used to live in and ordered them to wait outside.

Alfaro's attorney, William Monroe, said after Monday's hearing that Alfaro, the mother of two, pregnant with twins, could not have acted alone.

"This kind of a killing is so vicious, it's not consistent with the girl I know," Monroe said. "We intend to show in our trial that there is something else that the police just did not pursue."

In her confession, Alfaro said she is addicted to speedballs — a combination of heroin and cocaine. On the day of the killing, she said, she had two fixes of cocaine when "I got like kind of greedy. You know, I wanted to do more and more and more (drugs)."

When she went to the Wallace home, she said she was thinking only "of getting high, (of) taking the things and selling them."

She asked to use a bathroom, and Autumn let her in. After getting a knife from a kitchen drawer, Alfaro said, she asked Autumn to come into the bathroom to help her clean a pair of eyelash curlers.

"I asked her if she could clean them for me, then I gave them to her, and then I asked her to turn around," Alfaro says in the videotape. "That's when (I) stopped her, (and) I stabbed her."

At first, Alfaro claimed to have inflicted only a couple of wounds, but later admitted she went much further.

"We both know it's not a couple of times (that you stabbed her), don't we?" Giffin asks Alfaro on the tape. "You stabbed her and you stabbed her and you stabbed her some more, is that right?"

"Yeah," Alfaro replies.

ORANGE COUNTY
Los Angeles Times

TUESDAY
NOVEMBER 20, 1990

# Girl, 9, to Escape Arrest, Suspect Says

...scripts of ...lice, the woman ...e youngster's to buy drugs ...l her. She is ...rial.

...Anaheim woman said ...ouse of $300 worth of ...y drugs and then, to ...it, killed a 9-year-old there, according to ...view made

...osie) Alfaro, 19, who ... trial Monday by a ...e, told investigators ... drugs twice that day, ...more. ...really coked out and

Alfaro could face at least a life sentence without parole if convicted in the June 15 stabbing death of Autumn Wallace of Anaheim. The girl, an A student at Jonas E. Salk Elementary School, had been waiting for her mother and sister to come home from work on the afternoon of her death.

Alfaro, an acquaintance of the girl's sister April, said she had two men drive her to the house because she knew Autumn would be home alone at that hour. The two men kept Alfaro's infant son in the car with them while she went inside.

Alfaro has been the only one arrested, but the investigation is ongoing. Deputy Dist. Atty. Bernadette Cemore said there is corroborating evidence that it was Alfaro who stabbed the young girl.

But still unresolved is the role of the two men who participated in the robbery.

In her police interview on June 27, nearly two weeks after the crime, investigators from the Orange County Sheriff's Department asked her whether the two men participated in the robbery. If they had, they could face first-degree murder charges, the same as Alfaro. Her statements were inconsistent as to the extent of their participation, but Alfaro said they knew she was going to Autumn's home to commit a robbery.

Alfaro's attorney, William M. Monroe, said his client is either protecting the actual killer or was too high on drugs to know what she was doing.

"The Rosie Alfaro I've gotten to know the last few months isn't the kind of person who could do this," Monroe said.

The transcripts show that Alfaro, who was 18 when the murder occurred, said she first got the idea for killing the girl when she happened to see a knife in the laundry room. But she later admitted that she had taken the knife from a kitchen drawer. She said she went into the bathroom and thought for about a minute about the killing before she did it.

Investigators questioned her repeatedly about her motive:

"Rosie . . . do you believe in God? I want you to tell me the truth. Why did you pick up the knife?"

"I don't know, something just got into me

Please see AUTUMN, B10

## ...UTUMN

...ed from B1

...ought of doing that. I don't ...she replied, according to ...scripts.

...said she knocked on the ...asked the girl if she could ...bathroom as a pretense for ...nside the house. After she ...knife, she said, she lured ...o the bathroom by asking ...if she would clean some ...curler tools.

...point, an investigator told ...n't ... nd convince me that you were out of your head."

"No, I wasn't out of my head," she answered.

Alfaro said she and the two men stole a VCR, a mirror, a clock radio, an iron, some boots, a video game set, a small television and some clothes. She started to take a microwave, she said, but it was too heavy.

Alfaro said she sold the items for about $300 later that day. She said she spent about $30 of it for drugs and her boyfriend took the rest.

"So what did you end up getting out of it?" one of the investigators asked her.

"Nothing," Alfaro replied.

"Autumn knew who you were and the only way you could rip off and get away with it was kill Autumn, is that right?" an investigator asked her.

"Yes," she answered, ". . . cause she knew who I was."

Alfaro described for investigators a life of living in one seedy motel after another with a boyfriend. She was addicted to both heroin and cocaine, she said.

Alfaro also told officers that she knew only one of the two men with her, and him only by the nickname of "Shorty."

3508

000666



Clay Miller/The Orange County Register

Maria del Rosio Alfaro listens to her attorney, William Monroe, in court Monday.

O.C. Register
3-10-92

STABBING DEATH

# Woman's murder trial begins

The Orange County Register

A mysterious "third party" may have killed 9-year-old Autumn Wallace nearly two years ago, a defense lawyer said Monday as a 20-year-old mother of four went on trial for the murder.

Autumn's body was found in a bathroom of her ransacked home near Anaheim on June 15, 1990. She had been stabbed more than 50 times.

Maria del Rosio Alfaro is charged with the killing. Her bloody footprints and fingerprints were found inside the home, and she confessed to killing the third-grader while stealing electronic gear to get money for drugs.

Defense lawyer William Monroe criticized police for ruling out the possibility that another person committed the murder.

000667

3-10-92

# Wo[illegible]n's Trial Begins in Fatal Stabbing of 9-Year-Old Girl

■ **Courts:** Defendant accused of knifing victim more than 50 times to eliminate potential witness. Defense denies she is capable of such violence.

By LILY DIZON
TIMES STAFF WRITER

SANTA ANA—Nine-year-old Autumn Wallace was playing with crayons and scissors when her older sister's friend lured her into the bathroom where she brutally stabbed her to death with a kitchen knife, a prosecutor charged Monday.

Maria del Rosio Alfaro, 20, of Anaheim knew Autumn was home alone on June 15, 1990, when she planned to burglarize the house, Deputy Dist. Atty. Charles J. Middleton said at the start of Alfaro's trial in Superior Court on Monday.

Alfaro killed the girl—stabbing her at least 50 times—to get rid of a potential witness, Middleton told the jury. As the prosecutor talked, he held up pictures of Autumn, her face and body covered with bloody knife gashes.

Leaving the child lying in a pool of blood, Alfaro "methodically went through the house" and looted items she could sell to get money to support her drug habit, the prosecutor said.

Alfaro's attorney, William M. Monroe, painted a different scenario during the court session.

Although his client admitted being at the house the day Autumn was killed, a man who drove her there did the actual killing, Monroe said. He also told jurors that Alfaro had been injecting cocaine and heroin that day and was too high to have committed the gruesome crime.

The defense attorney said he doesn't think that Alfaro, who has four young children, is capable of violence. Much like little Autumn, he maintained, Alfaro was "only a part of that tragedy."

Alfaro was arrested two weeks after the killing when investigators found her thumbprint in the bathroom and a bloody-stained shoe print matching what prosecutors said was a sole of the shoes Alfaro purportedly wore that afternoon. She is charged with murder, burglary and robbery.

Prosecutors also charged Alfaro with murder involving special circumstances, alleging that she did the killing during the commission of a robbery and burglary. If convicted of the special allegations, Alfaro could face the death penalty.

She is being held in Orange County Jail with no bail.

Autumn, a popular student at Jonas E. Salk Elementary School in Anaheim, was waiting for her mother, Linda Wallace, and older sister, April, to come home from work on the afternoon of her death.

Linda Wallace testified Monday that she came home that afternoon to find neighbors crowding around her front yard. She frantically searched through her house and

000668

# ALFARO

Continued from B1

found a virtual blood bath in her bathroom where her daughter's lifeless body lay on the floor, she said.

"I just started screaming and started crying," Wallace said quietly on the stand.

In a taped interview with detectives after her arrest, Alfaro reportedly admitted going to the house with her baby and two men, one she knew as "Shorty," and the other she had just met. While Shorty and the other man waited outside with her son, Alfaro went to the house and asked Autumn if she could use the restroom, according to a transcript of the interview.

Autumn apparently knew Alfaro, who was a friend of April Wallace and had been to the house numerous times.

Once inside, Alfaro almost immediately plotted to kill the child, Middleton charged. She apparently found a knife while going through the kitchen, he said.

Autumn had been cutting and pasting papers, Middleton said, when Alfaro lured her to the bathroom on the pretense of getting the girl to help her clean an eyelash curler, which was later found on the floor near her feet.

After the little girl was killed, Middleton said, Alfaro proceeded to rummage through the house and stole electronic equipment, a telephone and clothes. Alfaro reportedly told investigators that she later sold the stolen goods for money for drugs, according to a court transcript.

Monroe, the defense attorney, said that Alfaro was under duress during the interview and that authorities may have coerced th[e] alleged confession. He said hi[s] investigators are still searching fo[r] the unidentified man who drov[e] Alfaro to the house.

"I believe the other guy we'r[e] looking for is the perpetrator," Monroe said.

Local news wherever you turn.

Costa Mesa 545 8845
Crystal Court at
South Coast Plaza
3rd floor

Children Portrait Special $34.95

Good for children 12 and under
Add $5 for two or more children
Includes one 8 × 10, two 3 × 5s and eight wallets
One special per family

000669

LA TIMES B-1 3-20-92

# Case Goes to Jury in Slaying of Girl, 9

■ **Trial:** The defense for Maria del Rosio Alfaro rests without calling witnesses. Her attorney argues that the fatal wounds were delivered by an accomplice.

By MARK I. PINSKY
TIMES STAFF WRITER

SANTA ANA—A 9-year-old girl who was stabbed more than 50 times was murdered by someone with "an abandoned and malignant heart," but that killer was not Maria del Rosio Alfaro, her attorney told jurors Thursday.

Most of the 57 stab wounds inflicted on Autumn Wallace in the bathroom of her Anaheim home were done by someone else, said attorney William M. Monroe in his closing arguments in Alfaro's murder trial at Santa Ana Superior Court.

"Rosie Alfaro may have stabbed little Autumn Wallace, but she did not kill her," said Monroe, who rested his case Wednesday without calling any witnesses.

The prosecutor, Deputy Dist. Atty. Charles J. Middleton, asked the jury to convict the 20-year-old Anaheim woman of first-degree murder, burglary and robbery. He used half a dozen charts on two easels and a life-size mannequin of a child to demonstrate how the killing occurred.

"You can't get much more violence than you have in this case," Middleton said, calling it "the most senseless killing you could imagine."

If convicted of first-degree murder with either of two special allegations—that the murder took place in the course of a robbery or of a burglary—Alfaro, the mother of four young children, could face the death penalty and become the first woman from Orange County on Death Row.

The jury begins deliberations Monday.

According to Middleton, Autumn came home from Jonas E. Salk Elementary School, where she was an A student, on the afternoon of June 15, 1990. She was playing with crayons and cutouts, waiting for her mother and older sister to return home.

In a videotaped confession played for the jury, Alfaro said she decided to rob the house that day while high on cocaine and heroin, knowing the girl would be home alone. Alfaro told sheriff's investigators that because she was a friend of Autumn's older sister, she was able to gain entry to the house by telling Autumn she needed to use the bathroom.

Meanwhile, Middleton said, two male accomplices waited outside the house, baby-sitting Alfaro's infant son.

"Where's Rosie? She's inside murdering Autumn," Middleton told jurors.

Several times during her 4½-hour confession, Alfaro told investigators that she alone stabbed the girl because she could identify her.

Alfaro said she took a knife from a kitchen drawer and lured the girl into the bathroom on the pretext of helping Alfaro clean her eyelash curlers.

"That's when I did it. . . . I stabbed her . . . 'cause she knew who I was," Alfaro told investigators between sobs.

Then, Middleton said, after "systemati-

Please see ALFARO, B11

000670

LOS ANGELES TIMES

Prosecutor Charles J. Middleton used a mannequin to detail crime.

GLENN KOENIG / Los Angeles Times

Defense attorney William M. Monroe comforts Maria del Rosio Alfaro.

For home delivery, call 1-800-LA TIMES.

# ALFARO: Defense Argu[…] Accomplice Killed Girl, […]

Continued from B1

cally looting the place," Alfaro said the stolen goods for $250 to buy more drugs.

With Alfaro and members of the Wallace family weeping through much of the proceeding, both attorneys summarized their cases.

Middleton told jurors at the outset that there was so much evidence in the testimony and the 100 exhibits—including Alfaro's confession, her fingerprint and bloody footprint in the bathroom—that he almost felt as though "I don't have to argue at all."

Nonetheless, the prosecutor went through a lengthy, if low-key review of the evidence, which he said was "uncontroverted" and "unusually strong."

Monroe, at times standing behind his client, grasping Alfaro's shoulders, acknowledged the weight of evidence against his client.

Monroe conceded that Alfaro was in the Wallace house and may have delivered "a couple of perfunctory stabs," but added, "she was not the butcher of the little girl."

Rather, Monroe said, one of Alfaro's accomplices was responsible for the killing, someone Alfaro was trying to protect, someone capable of going "absolutely so berserk" as to commit such an act.

"Is there a cover-up?" Monroe asked. "Is she trying to protect someone? What's the truth? Was there someone else in the […]

Autumn Wallace was 9 w[…] was killed, stabbed 57[…]

Monroe asked the juror[…] edly to view the videota[…] fession and to analyze […] inconsistencies in the thr[…] ent versions of the crim[…] gave investigators.

"Butchering that little […] it make sense?" he ask[…] killing doesn't make sens[…] it was done doesn't make […]

The mortal wounds […] said, could have been in[…] someone other than Ros[…]

ST000671



B4 The Orange County Register Friday, March 20, 1992

COURTS

# Closing arguments presented in case of slain 9-year-old

By Kristina Horton
The Orange County Register

While her own child played with baby sitters outside, Maria del Rosario Alfaro carved her way into an Anaheim home and stabbed a 9-year-old third-grade girl more than 50 times, a prosecutor argued Thursday.

The teen-age mother killed Autumn W[illegible] to silence the sole [illegible] theft for drugs, [illegible] Deputy District Attorney [illegible] Middleton told jurors in closing arguments of Alfaro's murder trial.

But as Alfaro sobbed loudly, defense attorney William Monroe suggested she's covering for the real killer who still walks free.

"Yes," he said from Alfaro's side. "Rosie did stab little Autumn. (But) Rosie Alfaro did not kill that little girl."

"There's no reason why Rosie — dope or no dope — would go absolutely berserk as to butcher that little girl."

Alfaro, now 20, could face the gas chamber or life in prison without parole if convicted of first-degree murder during a burglary and robbery. She could become the third woman on California's death row and the only one from Orange County. Jurors begin deliberations Monday.

[illegible] the Santa Ana courtroom Thursday, the Autumn's [illegible] mother squeezed her eyes tightly shut during the summary of how she found her 9-year-old daughter lying dead in a pool of blood June 15, 1990.

The child had been home alone playing with cutouts in the Wallace living room, the prosecutor told jurors, when Alfaro, a friend of Autumn's older sister, came to the door.

"She deceives the little child using a position of trust," Middleton said. Autumn is lured into the bathroom on the pretense of cleaning one of Rosie's eyelash curlers.

Alfaro admitted [illegible] [illegible] tried a knife from the bathroom [illegible] became frenzy and [illegible] ing the child. Then she stabbed the youngster and, after slipping on the child's blood, systematically stole things to sell for drugs, Middleton said.

"Some people find it really difficult to think that a female would think in these kind of terms," he said. "Well, you heard it."

Police found an eyelash curler, a bloody paring knife and a bloody [illegible] [illegible] [illegible] [illegible] fingered the [illegible] girl's unchanged feet. They later identified Alfaro as bloody footprints and traces of blood on her [illegible] clothes, Middleton said.

But Monroe argued that Alfaro's taped confession hints at another possible scenario: Alfaro insisted that she used a bigger knife than the paring knife identified as the murder weapon. She described a different getaway car than other witnesses, which could indicate an attempt at a cover-up. She stabbed the youngster a few times, but someone else did the fatal stabbing.

"That was the work of an [illegible] and malignant heart," defense attorney said.

Alfaro chose not to testify. [illegible] the trial, after Superior Judge Ted Millard refused to [illegible] the courtroom. She had written a document claiming that threats created a risk if she publicly implicates someone in the case.

OC Register 8-5
3-19-92

CASE RESTED

# Defense calls no witnesses for girl's confessed killer

By Kristina Horton
The Orange County Register

The teary-eyed accused killer of a 9-year-old girl offered no defense Wednesday in a murder case that could make her the third woman on California's death row and the only one from Orange County.

Maria del Rosio Alfaro, 20, sat at her attorney's side and wiped away tears in a Santa Ana courtroom as the defense rested its case without presenting any witnesses.

Just hours earlier, a jury listened to a videotape of Alfaro describing how she went to Autumn Wallace's Anaheim home in a cocaine frenzy June 15, 1990, to steal, and stabbed the youngster more than 50 times.

"Why, Rosie, why?" sheriff's homicide Investigator Tom Giffin asks in the four-hour tape recorded days later. "Was it because Autumn knew who you were? ... The only way you could rip off and get away with it was to kill Autumn, is that right?"

"Yes," Alfaro says on the tape. "'Cause she knew who I was."

But when the trial began one week ago, defense attorney William Monroe suggested that a mysterious "third party" may instead have killed the youngster.

In court Wednesday, Monroe urged Superior Court Judge Ted Millard to bar the public from the courtroom while Alfaro testified, and suggested that Alfaro had been threatened if she publicly implicated someone else. But Millard ordered the courtroom to remain open and Alfaro, a mother of four, decided to keep silent.

Attorneys will make final arguments today. Alfaro may face death in the gas chamber or life in prison without the possibility of parole.

Of the 325 inmates awaiting death sentences on California's death row, only two are women: Maureen McDermott, 44, and Cynthia Lynn Coffman, 30.

Coffman faces a second death-penalty trial in Orange County on charges that she helped rob, rape and kill a Huntington Beach woman. She was sentenced to die for slaying a Redlands woman.

In Santa Ana on Wednesday, Autumn's mother, Linda Wallace, stood outside smiling after Monroe rested the case without calling any witnesses.

"I'm a little shocked," she said, pausing. "It's been a long two years. It's nice to know it's going to be over soon."

000673