COPIES TO:

DR # 90-26853

## SHERIFF'S DEPARTMENT
## ORANGE COUNTY
## SANTA ANA, CALIFORNIA

BRAD GATES, SHERIFF-CORONER                    FOLLOW-UP CRIMINAL REPORT

| OFFENSE: CPC 187 MURDER | LOCATION: 10462 Hedlund, Anaheim, CA | |
|---|---|---|
| VICTIM: WALLACE, Autum | DATE: June 15, 1990 | GRID: 15E1 |

### INTERVIEW OF WITNESS

Date/Time:          Monday, 7-2-90, @ 1435 hours

Interview of:       JIMENEZ, Juan Garcia (████-26)

       H/A   ████████████████ Anaheim, CA

            No phone

       B/A   Disneyland Hotel

            (714) 956-6500

Details of Incident:

    On Monday, 7-2-90, at approximately 1435 hours, Investigators T. GIFFIN, G. BALE, and I interviewed JIMENEZ in the interview room of the Sheriff's Homicide Office. JIMENEZ does not speak English, so I conducted the interview in Spanish, and translated for Investigators GIFFIN and BALE. JIMENEZ had been previously interviewed by Deputy TRUJILLO; refer to Deputy TRUJILLO'S follow up report for further details.

    JIMENEZ gave several variations of the same story, initially stating the day ROSIE and SHORTY came to his apartment offering

3438

| INV. R. Garcia | DATE: 10-12-90 | APPROVED: |
|---|---|---|

000675

DR# 90-26853
Continuation page 2

the stolen items for sale was a Saturday, approximately two weeks
ago.  He later realized, because of his work schedule, that it
was a Friday.  JIMENEZ' final statement was that he got up at
approximately 1000 hours that Friday.  SABRINA (later identified
by JIMENEZ from a photograph shown to him as Sabrina DURAN)
arrived at JIMENEZ' apartment at approximately 1100 hours, where
she injected drugs into one of her arms.  SABRINA left shortly
after, and JIMENEZ had breakfast with his daughter MARIA
▮▮▮▮▮▮▮▮▮▮), at approximately 1300 hours.  He returned to his
apartment at approximately 1400 hours, and took a short nap.  He
got up, went downstairs and sat by a block fence.  He remembered
seeing MANUEL, a local drug dealer, sitting by a tree in the
apartment building just south of the building where JIMENEZ
resides.  JIMENEZ returned to his apartment at approximately 1600
hours.  He was watching television, when ROSIE and SHORTY arrived
at the apartment at approximately 1700 hours.

According to JIMENEZ, ROSIE did all the talking during the
fifteen minutes or so they were in the apartment, while SHORTY
took care of ROSIE'S child.  ROSIE was selling the following
items listed with their respective asking price:

1.   One typewriter    $50
2.   One television    $30
3.   One iron          $5
4.   Mirror            $7
5.   Women's clothes   $9
5.   One black recorder possibly a VCR  (unknown asking
                                         price)

*3439*

| INV. | R. Garcia | DATE: | 10-12-90 | APPROVED: |

DR# 90-26853
Continuation page 3

JIMENEZ did not purchase any of the items, but a guy only known to JIMENEZ as FRANCISCO came over and bought a black recorder or VCR from ROSIE. JIMENEZ did not remember how much ROSIE was asking for the recorder, but he felt FRANCISCO offered ROSIE twenty or twenty-five dollars for it.

ROSIE and SHORTY walked over to MARIA'S (JIMENEZ' daughter), and ROSIE sold the typewriter to MARIA. ROSIE and SHORTY then walked downstairs, and later returned to JIMENEZ' apartment, after selling everything. ROSIE asked JIMENEZ who was selling drugs in the neighborhood, and JIMENEZ' directed her to MANUEL, the local drug dealer.

ROSIE and SHORTY left and returned immediately after purchasing drugs. ROSIE left her child on the sofa with JIMENEZ, while she and SHORTY went to the bathroom and "shot up". According to JIMENEZ ROSIE uses both cocaine and heroin.

JIMENEZ said ROSIE and SHORTY appeared fairly clean. JIMENEZ did not notice any stains or blood on their clothes. They left shortly after "shooting up".

JIMENEZ described SHORTY as follows:
Male, Mexican, 27-28 years old, 5-4, 185 pounds, black short hair combed back, black eyes, thick mustache, tattoo (four letters) on the neck (unknown which side), tattoos on both arms, medium skin complexion, medium looks. He was recently released from jail, and is also known as El Japones (the japanese), because his eyes are slightly slanted.

JIMENEZ described MANUEL as follows:
Male, Mexican, 32-35 years old, 5-3/5-4, 130/140 pounds, dark

$34H^D$

| INV. R. Garcia | DATE: 10-12-90 | APPROVED: |
|---|---|---|

::004677

DR# 90-26853
Continuation page 4

brown hair combed back, brown eyes, thin mustache, mole on the
right side of the nose, medium skin complexion, fairly good
looking.  MANUEL wears a black baseball cap with yellow lettering
on the front.  He is also known as "Meño", and he has a sister
named ISABEL who lives in apartment #3 in the apartment building
just south of the building JIMENEZ lives in.

According to JIMENEZ, the following people live in the
apartment with him and were also present when ROSIE and SHORTY
were selling the stolen property:

1.   JIMENEZ, Luis Raul (JIMENEZ' 24 year old son)

2.   DAVID (unknown last name)

3.   MIGUEL (unknown last name)

(END OF REPORT)

$34\,41$

| INV. R. Garcia | DATE: 10-12-90 | APPROVED: |
|---|---|---|

```
INTERVIEW OF:                JUAN JIMENEZ & BETTY MUNILLO

                             PEOPLE V. ALFARO

                             CASE NUMBER: 90-26853
                             ATTORNEY: WILLIAM MONROE
                             TRANSCRIBED BY LS FOR SANDBERG


INTERVIEWER(S):              LAURA LAWHON, SANDBERG
                             INVESTIGATIONS
                             SEAN LILLYWHITE, TRANSLATOR

LAURA LAWHON:                LL
SEAN LILLYWHITE:             SL

JUAN JIMINEZ:                JJ
BETTY MUNILLO:               BM


DATE: 10/11/90

TAPE NO. D SIDE 1

(***) DENOTES PART OF CONVERSATION UNINTELLIGIBLE)
```

---

LL:   ...put the tape recorder ...closer to you people because what you say is more important than what I say.

SL:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   The tape recorder is on.

BM:   Uh huh.

SL:   (***)

LL:   Yes.

SL:   (SPANISH).  Now that we are recording uh, (SPANISH) I'm going to ask you, if it's okay with you, if we have your permission, (SPANISH) to tape the interview.

JJ:   (***)

SL:   Yes it is.

1

000679

```
JJ:   (SPANISH)

SL:   (SPANISH)  Is it okay with you Juan and Betty?  Yes,
      (***)

LL:   Great.  Okay.  Uh, we'll start with Juan.  Juan, your
      name is Juan, do you have a middle name?

SL:   (SPANISH)

JJ:   Juan Jiminez Garcia.

SL:   Juan Jiminez Garcia.

LL:   And your date of birth?

SL:·  (SPANISH)

JJ:   (SPANISH)

SL:   April 26th...let me see here...

JJ:   (SPANISH)

SL:   Let me be sure.

JJ:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   ███/26 is on his ID.

JJ:   (SPANISH)

SL:   And on immigration he's got down another one.

LL:   Oh.

JJ:   (SPANISH)

BM:   (SPANISH)

SL:·  (SPANISH),

JJ:   (SPANISH)

BM:   (SPANISH)
```

2

JJ:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

BM:  (SPANISH)

SL:  ████/28.

BM:  May 15....

JJ:  (SPANISH)

BM:  26.

JJ:  (SPANISH)

SL:  In her uh...

BM:  (SPANISH)

JJ:  (SPANISH)

LL:  Okay.  I've spoken to Rosie and Sabrina Duran.

SL:  (SPANISH)

LL:  Okay.  And uh, they both told me that they were in your apartment..

SL:  (SPANISH)

LL:  The Friday before the crime was (***).

SL:  (SPANISH)

LL:  Um, we...we want to know how Rosie was in the morning, what she was wearing...

SL:  (SPANISH)

LL:  What time she was here.

SL:  (SPANISH)

LL:  What (***).

SL:  (SPANISH)

3

000681

JJ:  (SPANISH)

SL:  She arrived between 3:00 and 4:00.

LL:  The first time?

JJ:  (SPANISH)

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  That was the second time.

JJ:  (SPANISH)

SL:  When they arrived in the morning, it would have been about..

BM:  (SPANISH)

JJ:  (SPANISH)

LL:  And this is on Friday?

SL:  Did they come by in the morning?

JJ:  (SPANISH)

SL:  No, it wasn't that day.

JJ:  (SPANISH)

SL:  The day that they came by was a Saturday.

LL:  (***)

JJ:  (SPANISH)

SL:  When they came by to sell ...

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  Possibly Friday then?

BM:  Yeah, that's Friday because that time I have to (***) with my baby for my baby.  And...when I told them they like...three or four o'clock in the....afternoon.

LL:  Uh huh.

4

000582

BM: And she (***)

LL: (***) on the tape recorder.

SL: (SPANISH)

LL: Yes or no.

SL: (SPANISH)

BM: (SPANISH)

SL: (SPANISH)

BM: Okay.

SL: (***)

BM: Okay.  They call me Betty but my name is Maria Lisa (***).

SL: Maria?

BM: Maria.

SL: Elizabeth? (***)

BM: Uh huh.

SL: And your birth date?

BM: Uh, (***) ▉/58.

SL: ▉/85.

LL: You saw her at...you can talk in Spanish, it's okay. (***)

BM: Okay.

SL: (SPANISH)

BM: (***)

LL: Uh, you saw her at 2....3:00..

BM: I saw her you know, because she have so many things.  I mean.....(***) she had like clothes.  And...

SL: (***)

5

000683

BM:  (SPANISH) The (***) she have.  She told me Friday, it's
     okay if I want to buy you know, the typewriter to her I
     (***) how much you want?  And she said $50.00.  And I say
     uh, well you get it?  You know, I have...I have to be
     sure you know where she gets it.

     She said uh, she was (***) she's uh, separate from her
     husband and that's why she took you know, the things away
     from him that she wants to sell and...

LL:  And....and..is he your father?

BM:  Yeah, that my father.

LL:  His father?  Does he understand what you're saying?

SL:  (***)

LL:  It's okay to talk in Spanish so that he understands.

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  You knew about the typewriter, right?  Yes, because when
     they..

JJ:  (SPANISH)

SL:  (***) she had the uh typewriter with her.

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  (***) offering the typewriter to someone to buy.

LL:  Was...is that all she had, the typewriter?

SL:  (SPANISH)

BM:  (***)

JJ:  (SPANISH)

SL:  No, she had a uh, recorder.

JJ:  (SPANISH)

SL:  An iron.

6

C800684

JJ:  (SPANISH)

SL:  And uh, rags.

JJ:  (SPANISH)

BM:  No, like clothes.  Uh..

SL:  (SPANISH)

BM:  (SPANISH)

SL:  Yeah, clothing.

JJ:  (SPANISH)

LL:  About what time was this?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  Between 3:00 and 4:00 o'clock.

LL:  Did you pick up your check that Friday?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Yes.

LL:  What time did you (***).

SL:  (SPANISH)

LL:  ...get the check?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (***) uh, passed the check out between 1:00 and 2:00
     o'clock.

LL:  Okay.  Sabrina was with them?

SL:  (SPANISH)

7

00068

JJ: (SPANISH)

SL: Sabrina came upstairs, up here.

LL: Did Sabrina go with you to pick up your check?

SL: (SPANISH)

JJ: (SPANISH)

SL: No.

LL: Oh. Okay, what time did he pick up the check again?

SL: (SPANISH)

SL: Between 1:00 and 2:00, that's when they hand them out.

JJ: (SPANISH)

SL: (SPANISH)

JJ: (SPANISH)

SL: Friday is the day that they...they hand out checks.

SL: (SPANISH)

JJ: (SPANISH)

SL: (SPANISH)

JJ: (SPANISH)

SL: It was a Friday because they were here and they were confused as to whether or not it was a Saturday. It was the same day that he would get his check.

LL: Okay. So, Rosie came by in the morning?

SL: (SPANISH)

JJ: (SPANISH)

SL: Rosa came by here in the morning but uh, she was only looking for someone to take her somewhere. She had fought with her husband, had a fight with her husband.

    (SPANISH)

JJ: (SPANISH)

8

000686

BM:  (SPANISH)

SL:  She uh, that's what she said. She said she had an
     argument.

JJ:  (SPANISH)

SL:  I don't know..

JJ:  (SPANISH)

SL:  I don't know the (***).  She came on..

JJ:  (SPANISH)

SL:  She came by and said that she had had a fight or an
     argument with her husband.

LL:  Did she have the baby with her?

SL:  And that...(SPANISH)

JJ:  (SPANISH)

SL:  Yes she did.  And that she was looking for someone
     to...to...give her a ride to go pick up her things from
     the house.

LL:  About what time was this and how long was she in the
     neighborhood before she left?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  No, it's just like 5 or 10 minutes, (***) it was right
     away.

LL:  She didn't do...

JJ:  (SPANISH)

SL:  She took off...(SPANISH)

JJ:  (SPANISH)

SL:  Yes, she left because she couldn't find anybody to give
     her a ride.

     (SPANISH)

JJ:  (SPANISH)'

000687

EX 43   664

SL:   No, she didn't...(SPANISH)

JJ:   (SPANISH)

SL:   No, she didn't do drugs here that day.

LL:   So she was only here for five to ten minutes?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   Yes.  She went downstairs and left.

JJ:   (SPANISH)

LL:   Did you see her leave?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   Yeah.  I was sitting outside here, on..in the door.

LL:   How did she leave?  Did she get in a car?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   No, I saw her walk down the...

JJ:   (SPANISH)

SL:   ...stairs and then out front here and I don't know where
      she went.

LL:   Did...was Antonio, uh, Shorty around at that time?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

10

000688

BM:   (SPANISH)

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   She was by herself.

JJ:   (SPANISH)

SL:   ....in the morning.  She came upstairs by herself.

LL:   Uh huh.

SL:   When she was looking for a ride in the morning.
      And...and your question is whether or not they were here
      in the morning or...

LL:   Yeah, was Shorty up here with her?

SL:   In the morning.

LL:   Yes.

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   No, not until the afternoon at 3:00 or 4:00, he was with
      her.

LL:   About what time in the morning were they here?

SL:   (SPANISH)

JJ:   (SPANISH)

LL:   Early in the morning, late in the morning?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   Maybe around 11:00 o'clock I would say.

BM:   (SPANISH)

LL:   (***)

11

000689

SL: I don't know because I went to see the doctors.

JJ: (SPANISH)

SL: She came up from the stairs around 10:00 or 11:00.

LL: What time was the doctor's appointment?

SL: (SPANISH)  She had (***) before.

LL: Oh, oh.

BM: (SPANISH)

SL: It was uh, between 12:00 and 1:00.

    (SPANISH)

JJ: (SPANISH)

BM: (SPANISH)

SL: Yeah.  He had to be here (***)

JJ: (SPANISH)

SL: ...watching when I'm not here because...he's got to watch
    everything.  (SPANISH)

BM: (SPANISH)

JJ: (SPANISH)

SL: So they don't steal anything?  No, not so they don't
    steal anything, but I'm the manager here.

LL: Oh.

SL: (***) watching everything.

BM: We have to be here and..

SL: (***)

LL: Okay.  What was Rosie wearing, I know this is a difficult
    thing.  What color top did she have on?

SL: (SPANISH)

LL: In the morning.

SL: (SPANISH)

12

000690

JJ:    (SPANISH)

SL:    She had on green shorts and a red blouse.  Red top.

JJ:    (SPANISH)

LL:    In the morning?

JJ:    (SPANISH)

SL:    Or blue?  (SPANISH)

JJ:    (SPANISH)

SL:    (***) but I know shorts.

JJ:    (SPANISH)

SL:    The shorts were...were green.

JJ:    (SPANISH)

SL:    THe shorts were red and the top was...was blue.

LL:    Was that in the morning or in the afternoon?

SL:    (SPANISH)

JJ:    (SPANISH)

SL:    That was when she (***) morning.

JJ:    (SPANISH)

SL:    In the afternoon I think she was wearing the same thing.

LL:    That's very important.

SL:    (SPANISH)

BM:    (SPANISH)

SL:    Let me go ask somebody that...that knows when she came
       by.

LL:    (***)

SL:    (SPANISH)

JJ:    (SPANISH)

SL:    (SPANISH)

13

EX 43   668

JJ:  (SPANISH)

SL:  She came upstairs and changed.

LL:  When?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Before she went to go to...to bring the things back is when is she came up and changed.

     (SPANISH)

JJ:  (SPANISH)

SL:  So it was in the morning that she came and changed.  Yes it was.

LL:  What'd she change into?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Uh, (SPANISH)

JJ:  (SPANISH)

SL:  I think she just changed the top.

BM:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  No, they don't remember.

JJ:  (SPANISH)

BM:  (SPANISH)

LL:  Okay, so when she..

SL:  She might've been wearing pants.  I don't remember.

LL:  Okay.  When she came in the afternoon..

SL:  (SPANISH)

14

000692

LL:  Was she clean?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  She was clean. She was wearing mor...morachies, or tennis
     shoes (***).

BM:  (SPANISH)

??:  (SPANISH)

SL:  (***)  that was a neighbor for the tape recording, she
     was asking for a uh, plunger for the bath.

BM:  (SPANISH)

LL:  Uh, ...when Rosie came, Rosie had on...a blue top?  Is
     that what we...

SL:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  I don't remember if she was wearing that when she got
     here of if she changed into that.  (SPANISH).

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  But she did change.

LL:  And that's before she went...

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Yes.  Before.

LL:  And so then when she came back, was she wearing the same
     outfit?

SL:  (SPANISH)

JJ:  (SPANISH)

15

000693

SL:   The same.

LL:   (***)

SL:   (SPANISH)  Are you sure?

BM:   (***)

JJ:   (SPANISH)

SL:   Yeah, I didn't notice that she changed.  She had the same
      shorts on.

LL:   If there had been blood on the shorts, would he have seen
      it?

SL:   (SPANISH)

JJ:   (SPANISH)

LL:   And the blouse too?

SL:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   Yeah, of course.

JJ:   (SPANISH)

SL:   She didn't have anything like that.

BM:   (SPANISH)

SL:   She was clean.

LL:   And she had the same clothes on when she left here?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   I don't remember.

JJ:   (SPANISH)

LL:   If...if you can try in the next...

BM:   (***) try to...to remember but...

16

000694

SL: (SPANISH) Think about it, perhaps after we
    leave...(SPANISH) ...it will come to your mind. Okay?
    (SPANISH)  Try to remember and let us know.  Okay?
    (SPANISH)  Just (***) if you don't remember it, no (***).

LL: Okay.

JJ: (SPANISH)

SL: Cause when she came here she changed and left like that.

JJ: (SPANISH)

SL: She came back...well, she didn't change here.  I don't
    know if she might've changed somewhere else.

JJ: (SPANISH)

SL: She...she goes in...in any where here.

LL: Okay.  Did she leave any clothes here?

SL: (SPANISH)

JJ: (SPANISH)

SL: She left a blouse that I told you about.  Left it here.
    But she came and took it (***).

JJ: (SPANISH)

SL: It wasn't here for more than an hour when she came and
    took it with her.

LL: Okay.  And they're sure that was in the morning?

SL: (SPANISH)

JJ: (SPANISH)

SL: Yeah, that was in the morning cause (***) and she came
    back in the afternoon and told us that...that she did not
    come back.

LL: How...

BM: (***)

LL: I'm sorry, go ahead.

BM: (SPANISH)

17

00069

SL: But she came by to sell those items, she was all uh, she was well dressed.  She was..

BM: Uh huh.

SL: (SPANISH)

BM: (SPANISH)

SL: She was frightened, excuse me.

BM: Frightened.

SL: Yeah.  Strike the well dressed, (***).  Frightened, (SPANISH)

BM: (SPANISH)

SL: She was looking around and uh, the guy that was with her was saying, come on let's go, let's go.

LL: Which guy was that?

SL: (SPANISH)

BM: (SPANISH)

JJ: (SPANISH)

SL: (SPANISH)

BM: (SPANISH)

SL: She was saying that, not the guy, but she was saying that to the guy that was with her.  Shorty, right?

JJ: (SPANISH)

SL: Shorty (***)

JJ: (SPANISH)

SL: You know that though don't you?  You guys know that Shorty was with her?

LL: Yeah, we know Shorty..but who was the other guy?

SL: (SPANISH)

BM: (SPANISH)

JJ: (SPANISH)

18

000696

SL:  I don't know because she came upstairs with him only.

LL:  Hasn't there been talk in the neighborhood about who the other guy was?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  (***) that they say that there was somebody else with him but we don't know who it was.

JJ:  (SPANISH)

SL:  Yeah.  When this uh, gentleman...

JJ:  (***)

SL:  Rudy...is that his name?  Rudy garcia?

LL:  Yeah.

JJ:  (SPANISH)

SL:  Yeah, he (***)

JJ:  (SPANISH)

SL:  ...a photograph (SPANISH)

JJ:  (SPANISH)

SL:  He showed me a photograph of the...of the car and asked me if I recognized the car and I told him no I didn't recognize the car.

JJ:  (SPANISH)

SL:  And he told me that somebody went to give her a ride and this is the car that they gave her a ride in.  And I didn't recognize it.

LL:  Do you know anybody who has a...a new Transam or Firebird with big tires in the back that..that raises it up just a little?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  No.

19

00069

BM:  (SPANISH)

SL:  No, all up here are poor.

JJ:  (SPANISH)

SL:  No.

JJ:  (SPANISH)

SL:  The car that Rudy showed me I think it was a Chevrolet.

LL:  (***) just said she was in a blue Transam or Firebird.

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  I don't know.

JJ:  (SPANISH)

SL:  I don't even have a car.

LL:  Oh.  Do they know Rosie's uh...the father of Rosie...the first child, whose name is Martine?

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  No.

LL:  Okay.  How was Rosie's....(***)

SL:  (SPANISH)

LL:  Was she on drugs in the morning?  Was there any (***) in the morning, in the afternoon?  And was there a difference on that day...

SL:  (SPANISH)

LL:  Or even from a week before, was she (***)

SL:  (SPANISH)

LL:  (***)

SL:  (SPANISH)

20

000693

BM: (SPANISH)

SL: The only thing I saw her...when she stopped by picking up her stuff (***).

BM: (SPANISH)

SL: (***)

JJ: (SPANISH)

BM: (SPANISH)

JJ: (SPANISH)

SL: She wouldn't come by just to buy the coke.  She would come by and here (***)* to buy the coke, she would go downstairs and buy it.

BM: (***)

SL: Not up here, but down (***) in front.

LL: And she...

JJ: (SPANISH)

SL: I really didn't notice that she was nervous or anything. When she was (***).

JJ: (SPANISH)

LL: Did she seem (***)

SL: I didn't notice anything. (SPANISH)

JJ: (SPANISH)

SL: Normal, fine, she (***)

JJ: (SPANISH)

SL: (SPANISH)

JJ: (SPANISH)

SL: She just uh, the only thing she said was she wanted a fix, you know, and I asked him, what do you mean a fix? And says well you know, the kind of...what happens to you when you don't have uh, when you don't have drugs.

21

T  ⸱ᵕ⸱᷐

008690

LL:  What is that like?  Did she...did she...need a fix when
     she left?  Was she...like desperate for a fix?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)  Yeah, when she came by uh, uh, looking for
     someone to give her a ride, to go pick up the thing.

LL:  She was desperate?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Yeah, that's why she came by, to sell the things so that
     she could, you know.

LL:  Did...would he know the difference if somebody was drunk
     and uh, really wired?  Uh, could...could he tell?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  No, I don't.

LL:  Okay.  Cause Rosie says that she had uh, uh, quite a few
     beers, I...I...uh, (***) it wasn't beer, what everybody
     called it, it was like a malt liquor.

SL:  (SPANISH)

JJ:  (SPANISH)
BM:  (SPANISH)

LL:  (***)

JJ:  (SPANISH)

SL:  She didn't drink any beers here with me.

LL:  No?  Okay.

JJ:  (SPANISH)

SL:  (SPANISH)

                              22

-000740

EX 43   677

JJ:  (SPANISH)

SL:  She goes in downstairs somewhere, another places like I
     said.

LL:  Is there another hang-out here that she goes to
     frequently?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Just right out here in front.  Right outside here.
     Anybody can drive along, stop and...

JJ:  (SPANISH)

SL:  The guys ...they bring out their beers and they drink
     their beer on the street.

LL:  And she seems like she was reasonable, that she was able
     to think?

SL:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  As far as I could (***) didn't notice any...anything.

LL:  Okay.  And what about when...when she came back, she
     approached...she approached you first or...to try to
     sell..

SL:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  No, she came in with..she came to me first.

LL:  A little bit of (***).

SL:  (***) yeah.

LL:  Okay.

JJ:  (SPANISH)

SL:  She came inside and approached me.

23

```
LL:  Rationally?

SL:  (SPANISH)

LL:  Quietly..I've got a typewriter for sale?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  She came in and said uh, buy this typewriter, or you
     know, buy this iron and I said no, I don't want to buy
     anything.

LL:  And where was the beer that they brought in?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  Right here.

LL:  When?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  No, I didn't notice (***)

JJ:  (SPANISH)

SL:  (***) here (***) in Betty's apartment.

LL:  Okay.

BM:  Uh huh.

LL:  Okay.  Have Betty tell us about (***).

SL:  (SPANISH)

BM:  (SPANISH)

SL:  (SPANISH)

BM:  (SPANISH)
```

24

000702

SL:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   She....uh, came over here after she went to talk to Juan
      and Juan said that no he didn't want to buy it.  She came
      over to here to offer to buy...to sell to Betty.
      (SPANISH)

BM:   (SPANISH)

SL:   She asked me if I wanted to buy it..

BM:   (SPANISH)

SL:   I asked her how much did you..would you sell it for and
      she said $50 bucks.

BM:   Uh huh. (SPANISH)

SL:   And I asked her why are you selling it?

BM:   Uh huh. (SPANISH)

SL:   She...said she said that she had an argument with her
      husband and that uh, wanted to sell it and she had all
      these things from the house.

BM:   Uh huh.

LL:   Did they smell alcohol on her breath?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   I don't know because I was sitting right here and she was
      over here standing.

LL:   Oh. She was outside or inside?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   She was right inside here with her child and the guy that
      was with her. Was there a the child with her?

LL:   Yeah, her baby.  Um, did...did Antonio appear to be
      selling the stuff too, or was it sold...only Rosie?

25

000703

EX 43   680

SL:   (SPANISH)

BM:   (SPANISH)

SL:   No she..just she was.

BM:   (SPANISH)

SL:   She was the one that was setting the price and saying come on, let's go.

LL:   And who's holding the baby?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   The gentleman.  The man.

LL:   And Rosie's here?  What did it appear that she was afraid of?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   She seemed...frightened...well no, not frightened, she just was in a hurry.  Just wanted to do everything fast.

BM:   (SPANISH)

SL:   (SPANISH)

BM:   (SPANISH)

SL:   I keep wanting to say that she just was saying let's go, let's go.  You want it?

BM:   (SPANISH)

SL:   And I told her wait, I have to go get the money.

BM:   (SPANISH)

SL:   And she said okay, hurry up.

BM:   (SPANISH)

SL:   Move it.

BM:   (SPANISH)'

26

000704

SL:   I gave her the money she took off.

LL:   Was...was she moving around a lot?  Were her hands moving around?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   Not that much, but she was, like nervous.

BM:   (SPANISH)

LL:   I'm wondering if (***).

BM:   (SPANISH)

SL:   Not like...like you would normally.

LL:   I'm wondering if maybe she was kind of (***) how a manic person is, I'm wondering how...how...

SL:   (***)

LL:   Yeah, I know.  They...they wouldn't. (***)

SL:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   Did she seem jumpy?

BM:   No, no, jumpy no.  (***) (SPANISH)

SL:   She was like, this, let's go, you want it?  Let's go.

BM:   (SPANISH)

SL:   Do you want it?  Yeah, okay, give me the money.

SL:   (SPANISH)

BM:   (SPANISH)

SL:   (***)

BM:   (SPANISH)

27

000705

SL:   Was she shaky, was she...I asked her, she said no, but
      she was like jumpy and nervous.

BM:   Uh huh.

LL:   Okay.  Okay.

BM:   (***)

LL:   Did they have any other contact with her after she left?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   (SPANISH)

BM:   (SPANISH)

SL:   After she left I saw her the next day out front with
      Manual?

BM:   Uh huh.

LL:   Manual her boyfriend or Manual the baby?

BM:   (SPANISH)

SL:   No, her boyfriend.

LL:   Oh, okay.  You saw...saw Manual and uh, Rosie out in
      front?

BM:   (***)

SL:   (SPANISH)

BM:   (SPANISH)

SL:   Yeah, they were out front for about...

LL:   About when?  When was that?

SL:   (SPANISH)

BM:   (SPANISH)

SL:   (SPANISH)   The whole week.

JJ:   (SPANISH)

BM:   (SPANISH)

28

SL:  Yeah.  Uh, after she did (***) happen, she was just down here.

BM:  (SPANISH)

SL:  Every day.  Walking back and forth.

LL:  With Manual?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  (***)

BM:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

LL:  And the baby (***)

SL:  They stayed out there like about eight days.

BM:  Uh uh, not the baby.

LL:  (***) out (***).

BM:  Not the baby.

LL:  Okay.  Prior to that day that she came here, the Friday, when had you seen her before that?  I...was she coming every day before that?  Or had there been a break?

SL:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  All week long.

BM:  (SPANISH)

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  Before that happened, she was out here walking around.

BM:  (SPANISH)

29

EX 43   684

JJ:  (SPANISH)

SL:  Before that...before that happened, before she did that, she was down here hanging out.

JJ:  (SPANISH)

LL:  Oh yeah?  Every ...

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  Every day.  I saw her every day.

LL:  Okay.

BM:  (SPANISH)

LL:  Was there ever a time that she was gone for a while where you noticed oh gee, we haven't seen Rosie in a few weeks, few months?

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  She always spent her time..

JJ:  (SPANISH)

BM:  (SPANISH)

SL:  Yeah, they're right there (***) she hadn't been here ...she wasn't seen around here for about two years. Before that happened.

LL:  Oh really?  For two years before that happened, she wasn't around?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  Yeah, (***) it's about two years she wasn't seen around here.

     (SPANISH),

30

000708

JJ:  (SPANISH)

SL:  (SPANISH)  about the week before yes.  Yes, she was
     hanging out down (***).

JJ:  (SPANISH)

SL:  Okay. (SPANISH) Okay, setting (***)(SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  For one or two weeks before she was hanging around here.

LL:  Okay.

SL:  (SPANISH)

LL:  Have they heard about anybody uh, buying uh, drugs (***)
     that uh, were laced with something that they didn't
     bargain for?

SL:  (SPANISH)

JJ:  (SPANISH)

BM:  No.

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  I have heard about that kind of thing, but I don't know
     what it would be.

LL:  Ask him if they've seen people around the neighborhood
     suddenly going bonkers? Acting very weird?  Around the
     same time that...that this crime (****)

SL:  (SPANISH)

JJ:  No.

LL:  No?

JJ:  (SPANISH)

SL:  The drug addicts, they're already acclimated, (***)
     doesn't do anything to 'em anymore, (***).

31

000705

JJ:   (SPANISH)

SL:   (***) everything.   (***)

LL:   Was there any cops in the neighborhood after this
      that...that would leave a little....that would lead  to
      additional information?  (***) these are (***) explained
      (***) I don't know even know when you talked to him?

SL:   Yeah, I introduced us as investigator and interpreter.

LL:   But that we were investigating [BACKGROUND NOISES] uh,
      for Rosie's defense. Not so much that we want (***).

SL:   (SPANISH)

BM:   Uh huh.

SL:   Okay?  Hired by Rosie's attorneys.

LL:   Yeah. (***)

SL:   To investigate the case.

LL:   It's the same truth on both sides.  We (***)

SL:   (SPANISH)

BM:   Uh huh.  (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   The truth is what we..what we saw and we didn't see much
      more than that.

LL:   What about what you heard?

SL:   (SPANISH)

BM:   (SPANISH)

LL:   (***)

SL:   (SPANISH)

BM:   (SPANISH)

SL:   Yeah, I said you guys hear things, commentaries and
      comments and uh, and uh, (***) at that time we watched
      the news, she said.

32

000710

LL:   And that's..that's what we want to know.  What...what was
      the gossip (***).

SL:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   That she had done something very bad.

JJ:   (SPANISH)

SL:   (***)

JJ:   (SPANISH)

SL:   (***)

JJ:   (SPANISH)

SL:   Couldn't figure out..

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   And they were the kind of person that...you know, without
      doing crimes or anything...

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   Hard for them to even ask each other and they just can't
      figure out why or how.

LL:   Yeah.  And that's...and that's with me too.  I've only
      met Rosie just a few months into this and I cannot
      believe when I'm talking to her she...very, very (***)

SL:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

BM:   (SPANISH)

SL:   Who knows?  We didn't believe.

                              33

C1000711

BM:  (SPANISH)

SL:  Not until the investigator came by.

BM:  (SPANISH)

SL:  She showed...he showed us what she had done.

JJ:  (SPANISH)

LL:  Did he show you a picture?

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  A picture...a picture of the boy.

SL:  (SPANISH)

LL:  Of what?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  A picture of the boy and the picture of her.

LL:  But not a picture of the victim?

SL:  (SPANISH)

BM:  No.

LL:  oh, okay.

JJ:  (SPANISH)

BM:  No.

LL:  Okay.

JJ:  (SPANISH)

SL:  The pictures were of her and of Shorty.

JJ:  (SPANISH)

SL:  That's what they showed me.

34

000712

LL:   Did you ever see any unusual behavior in Rosie?  To think
      that...make you think that whoa, maybe she could've done
      something like that?

SL:   (SPANISH)

BM:   (SPANISH) No.

JJ:   (SPANISH)

SL:   Not a clue.

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   She was a very (***) girl.

JJ:   (SPANISH)

SL:   She never fought, she never did anything.

JJ:   (SPANISH)

SL:   After all we (***) that's why we were all so surprised,
      when we found out that she had done this.

JJ:   (SPANISH)

BM:   (SPANISH)

JJ:   (SPANISH)

SL:   (***) (SPANISH)

JJ:   (SPANISH)

SL:   (***) do crazy things, you know.  She did oh...she'd get
      high but uh, she would never insult anybody or ....(***)

LL:   Is that the only crazy thing she'd do, was get high?

SL:   (SPANISH)

JJ:   (SPANISH)

SL:   That was the only thing.

LL:   Never saw her angry or...anything like that?

SL:   (SPANISH)

35

JJ:  (SPANISH)

SL:  She never uh...

JJ:  (SPANISH)

SL:  She never insulted anybody..never...

LL:  How...how was Rosie around children, around age 8, 9, 10,
     11, right in there?

SL:  (SPANISH)

JJ:  No.

LL:  Have...have you ever seen her (***) children?

SL:  (SPANISH)

BM:  (SPANISH)

SL:  The (***) time when we were 15.

BM:  (SPANISH)

SL:  (***) there was uh, you know, was friends of her, but
     they were the same age.

BM:  (SPANISH)

SL:  But she had her kid, she left, she left here.

BM:  (SPANISH)

SL:  But it wasn't until now that she came back.

BM:  (SPANISH)

SL:  (***) found out (***).

LL:  Did...do you have a business card from the (***)?

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  (SPANISH)

BM:  (SPANISH)

SL:  That's...that's where Rosie's mother was (***)?

000714

LL:  Yeah.

BM:  (SPANISH)

SL:  (SPANISH)

LL:  Okay, if we wanted to contact him is it best just to contact him here or...

SL:  (SPANISH)

BM:  (SPANISH)

JJ:  (SPANISH)

SL:  You can call here.  I'm here every day (***).

LL:  Okay.

SL:  (SPANISH)

JJ:  (SPANISH)

SL:  It's just (***) 3:30 Monday through Friday. After that. (***)

BM:  (SPANISH)

LL:  Nice hours.

SL:  3:30 to 11:30 (***).

LL:  Okay.

SL:  Monday through Friday.

BM:  (SPANISH)

SL:  What's going to happen with Rosie?

SL:  She's still in the preliminary trial coming up on uh, the 13th...


END OF INTERVIEW


37