SEAN K. KENNEDY, Bar no. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail:  craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California  90012
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO, | Case No. CV 07-7072-CJC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **EXHIBITS TO PETITION FOR WRIT OF HABEAS CORPUS** |
| DEBORAH PATRICK, Warden of Central California Women's Facility, | **VOLUMES 1 - 11** |
| Respondent. | |

**EXHIBITS IN SUPPORT OF**

**PETITION FOR WRIT OF HABEAS CORPUS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of Raymond McGrath, 07/30/2001 |
| 2. | Declaration of Martha Lee Rogers, Ph.D., 09/13/2000 |
| 3. | Declaration of Silvia Melendez Alonso, 05/21/2001 |
| 4. | Declaration of Maria Del Rosio Alfaro, 07/27/2001 |
| 5. | Declaration of Charles A. Sanislow, Ph.D., 07/03/2001 |
| 6. | Declaration of Sabrina Duran, 09/20/2000 |
| 7. | Declaration of Natasha Khazanov, Ph.D., 07/14/2001 |
| 8. | Declaration of Pablo Stewart, M.D., 07/23/2001 |
| 9. | Declaration of Silvia Alfaro, 05/22/2001 |
| 10. | Declaration of Cynthia Asprodites, Ph.D., 05/28/2001 |
| 11. | Declaration of Marcy Arcueta, 05/21/2001 |
| 12. | Declaration of Betty Cleary-Soto, 09/18/2000 |
| 13. | Declaration of Rosa Melendez Sanchez, 05/21/2001 |
| 14. | Memorandum from Stephen Shepard to William Monroe, 11/22/1991 |
| 15. | Note from Laura Lawhon's file (Monroe's Investigator), 08/20/1991 |
| 16. | Transcript of Dr. Danto's Sodium Pentothal Interview with Ms. Alfaro 09/27/1991 |
| 17. | Orange County Register Article "Final Analysis: Investigation Service Combines Psychiatry and Sleuthing to Examine Violent Deaths", 11/26/1991 |
| 18. | O.C.S.D. Deputy Allen's Interview Notes, 06/16/1990 |
| 19. | Flyer of Composite Drawing |
| 20. | Discovery page 2185 (Clue #584) |
| 21. | Discovery Page 2185 (Clue #642) |
| 22. | Police Interview with Antonio "Shorty" Reynoso / Raul Rodriguez, 07/02/1990 |
| 23. | Sandberg Interview of Torrres-Graciano in Mexico, 01/26/1992 |

2

24.          Autopsy Report of Autumn Wallace, 06/16/1990

25.          O.C.S.D. Criminal Investigation Report re Telephone Interview with Ryan Joseph Finan, 06/25/1990

26.          Interview of Lien Nguyen by Inspector Giffin, 06/17/1990

27.          Psychiatric Evaluation by Consuelo Edwards, M.D., 03/23/1992

28.          Criminal Record of Antonio "Shorty" Reynoso / Raul Rodriguez

29.          Report by Armando T. Morales, DSW, 03/29/1992

30.          Anatomical Type Chart, by Consuelo Edwards, M.D.

31.          Clinical Articles re Sodium Pentathol

32.          Interview of Joyce Wallace and Roy Chester Wallace, 06/15/1990

33.          Orange County Sheriff-Coroner Department forensic Services, Report of Toxicological Examination, 06/28/1990

34.          Sheriff-Coroner Department Teletype Messages, 07/06/1990

35.          Interview of Vicky Darr, 12/1990

36.          Criminal History of Manuel Torres-Graciano

37.          O.C.S.D. Investigator Giffin's Investigative Overview, 11/02/1990

38.          Memo from Laura Lawhon to William M. Monroe Regarding Toxicologist, 01/13/2001

39.          News Article About Hon. Theodore Millard, 01/01/2001

40.          Jury Interview Notes (L. Lawhon email to W. Monroe) 04/28/1992

41.          Pretrial News Articles Regarding Murder of Autumn Wallace

42.          O.C.S.D. Interview of Juan Jiminez, 07/02/1990

43.          Defense Investigator Interview of Juan Jiminez, 10/11/1990

44.          O.C.S.D. Investigator Tom Giffin's Notes

45.          Laura Lawhon Notes re Interview of Ms. Alfaro, 03/25/1991

46.          Laura Lawhon Notes re Linda Wallace, 11/11/1991

47.          Notation re William Monroe's Request to District Attorney for Life Without Possibility of Parole

3

| | | |
|---|---|---|
| 48. | | O.C.S.D. Interview of Sabrina Duran, 07/05/1990 |
| 49. | | Excerpt from O.C.S.D. Investigator Gary Bale's Notebook |
| 50. | | Investigative Email from Detective Bale to Investigator Raymond McGrath, 06/21/2001 |
| 51. | | David Sandberg Witness List Exchange, 05/02/1992 |
| 52. | | O.C.S.D. Coroner's report of Evidence Examination, 07/19/1990 |
| 53. | | Statement of Probable Cause and Arrest Affidavit for Ms. Alfaro |
| 54. | | Sandberg's Case Book Index notes on Manuel Torres-Graciano's Criminal History |
| 55. | | Advertisement in 1992 Clerk's Union Newsletter |
| 56. | | Multi-Generational Family Alcohol History Chart |
| 57. | | WAIS-R Records, 11/06/1990 |
| 58. | | WMS-R Records, 11/08/1990 |
| 59. | | MMPI-Z Records, 02/03/1992 |
| 60. | | Interpretive Report and Profile of Maria Del Rosio Alfaro, Alcohol Use Inventory, 10/24/1990 |
| 61. | | Juvenile Records of Ms. Alfaro |
| 62. | | Pre-Sentence Report by Bruce M. Carel, Deputy Probation Officer, Orange County Probation Department, 07/14/1992 |
| 63. | | Interview Notes of Dr. Consuelo Edwards, 01/31/1992 |
| 64. | | 190.4(e) Hearing Order, 07/14/1992 |
| 65. | | Order Appointing Dr. Martha Rogers as Expert Witness, 10/11/1990 |
| 66. | | Jose Alfaro Medical Records |
| 67. | | Jose Alfaro's Pre-Sentence Report, 01/29/1999 |
| 68. | | Birth Certificate of Manuel Cueva, Jr. |
| 69. | | Birth Certificate of Ehdie Berto Cueva-Alfaro |
| 70. | | Birth Certificate of Ernesto Cueva-Alfaro |
| 71. | | Birth Certificate of Daniel Alfaro |
| 72. | | CIGNA Healthplans, 10/20/1985 through 12/04/1985 |

4

| 73. | Lakewood Hospital and New Beginnings, 01/ 8-16/1987 |
| 74. | Phoenix House, 01/16-18/1987 |
| 75. | Family Health Plan - Fountain Valley, 08/14/1987 |
| 76. | Medical Records from Western Medical Center, 12/31/1989 |
| 77. | Medical Records from University of California Irvine Medical Center, 07/04-15/1989 |
| 78. | Medical Records from Western Medical Center, 12/31/1989 |
| 79. | Orange County Jail Records |
| 80. | Medical Records from Western Medical Center, 02/05/1981 |
| 81. | California Correctional Women's Facility Records |
| 82. | Anaheim County School District Records |
| 83. | Declaration of Karen Snell, 07/30/2001 |
| 84. | Lawhon Notes, 1990 |
| 85. | Email re Toby Silver, 09/1991 |
| 86. | U.S. Census Bureau Data for Orange, CA., 1990 |
| 87. | Voir Dire Chart |
| 88. | Declaration of Silvia Alfaro, 07/16/2008 |
| 89. | Declaration of Tamara Benedict, 07/18/2008 |
| 90. | Declaration of Jeff Hasner re Gerardo Rangel, 7/29/2008 |
| 91. | Declaration of Ralph Glass, 07/29/2008 |
| 92. | Declaration of Ian MacNeil, 07/30/2008 |