


Inv. T. Giffin

Book # 1

DATE ASSIGNED 6·15·90 /1119 FRIDAY
DR# 90·26853 1501
CORONER# 90·07254 V S
CRIME PC 187 Murder
DATE & TIME 6·15·90/1605 FRIDAY
VICTIM Wallace, Autumn
Carol (1·25·81)
SUSPECT Alfaro Rosie
71)
LOCATION ████████████ Anaheim

S7

·· 000717



K3 - DUNN - 664.6208
K7 - ALVIS - 569.6350
K13 - KEARUS - 490.8589
K15 - RIDDLE - 490.8591
K12 - ENGEN - 490.8587

2645353 BW CABLE

Cell ID      647-7480
JA           742 52d
KEITUS       ...
             ...

FRI 6.15.90
1819   Call from DET. S.
       187 MULTIPLE STAB WOUND
VIC:   11 YR OLD FEMALE
10462 HEDGERS, AVE
1755 Call from #91
VIC found in pool or BLOOD
in LAUNDRY RM

1922   10.9...
       DROP LAMPWORK - DEP GREEN
       ID - DAVE LUCAS
VIC    WALLACE, AUTUMN UNA
SS# 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          (...- P1)

1924   CHUCKY LAUNDRIES

0   4°



Boyfriend: Smoke Shop
84-90 BMW  2JGL204

VEH IN GARAGE:
GREY/DRK BLU 86 T-BIRD
2ERY367

VEH IN DWY:
WHT 77 Cpr 2 Dr
538GVP

M/C on FRT LAWN:
MAROON HONDA MAGNA
w/ FAIRING  1W837I

59

000719

1930
So far in Resid
Dep Grijiver (Ernie T/s)
C. Glenn
D Lampbert
W. Forrester

1935   Tac S   10-9-7

Linda
Mother - Betsy Wallace

Came home 1st - Found 4/9
April Wallace 1P
@  1720·1735

Also Called at 1645·NA

Victim's mother spoke
via ph. w/ vic @ 1500

52C

③

000720

LIVE W. RESID
    LINDA
    APRIL
    AUTUMN
    JOEY 14?
SIS IN LAW OF LINDA —
JOYCE  CARPOOLERS
WALLACE  WORKS AT
    SUPER CUT
DISCOVERED BODY AT 1745

LINDA ALSO WORKS AT CARROW'S

ZARAGOZA - GALICIA, JUAN
BERNABA ( ████ 66.)
LAST TALK/SAW VIC AFTER 1400

52'

④

000721

EX 44   697



8342225 WORK
WALLACE, LINDA CAROL
.48
AAM
(835-4617)
LIVES IN BASIN
LINDA APRIL 2
AUTUMN JOEY 1½
LEFT FOR WORK
w/ JOYCE WALLACE
0730
PROBATE DEPT - LINDA
FINANCE DEPT - JOYCE
1735 - 1745
TODAY 1740
⑤

532

000722



JONAS DALE ELLEN
3RD GRADE

LEAVES AT 0815
- LAST PERSON TO
LEAVE
GOT OUT EARLY
1330 - 1345

CALLED WORK AT 1415

JUAN - BOYFRIEND
- LIVES W/ FRIEND
OFF CAMPSON

JUAN CALLED AT 1515
SAID HE WAS GOING
TO GO BY THE USE
TO P/U 4 CHECK

SD³

⑥

000723



JUAN - WORKS AT JACK IN
THE BOX - BALL & DALE
NO VEH - WALKS

APRIL IS NEXT TO
BERT HOME
WORKS AT MITSUBISHI
DEALERSHIP
TROUBLING & TRAN

APRIL'S BOYFRIEND -
FRANK NUNEZ

WHEN APRIL CAME HOME
APRIL

STOLEN PROP
LR   PHONE MISSING
APRIL'S PURSE MISSING!
WON NINTENDO MISSING
VCR - LR
DESK RIFLED - LR

524

000724



April's T.V.

Keys to Resid
April
Sandra
Autumn
Linda

1st Pt Entry into House
April & Frank

2nd Entry
Linda & Joyce
April & Frank

Last Burg 90 yrs ago
M Br not ransacked
Jewelry Box unransacked

Ay Lived in Resid
16½ yrs

525

000725

NO PARTIES AT HSE
NO OTHER FRIENDS AT
DENO.

LEFT WATER BOTTLE + HOUSE
OAT FOR PLU ON
THE FRT PORCH - NIAGRA

AUTUMN DUSTED -
VACUUMED ON MON-TUES.

EX DOYFRIEND

DAVID CORTEZ MONTOYA
M  42
LIVES IN LAS VEGAS
SOME WHERE
FROM EAST L.A.
WAS CHIP ATTENDANT AT
BICYCLE CLUB - BELL GARDENS

526

000726



JOEY HAS BEEN LIVING
W/ HIS FATHER
FOR THE PAST 1/2 WKS

JIM LIVED IN THE HSE
APRIL 1987 UNTIL
SEPT 1989

MOVED OUT - TOOK $
FROM BANK ACCT -
USED ATM CARD

HAS WORKED AT JACK -
1-2 MONTHS.

2030 / PAT BELL / CSD
647-7037

10

2 000727

STOLEN PROP —

AK+H VCR
VS-330/UM
4 +AO HQ

000728



LITES ON WHEN DEPT 10:97
BACK BATHROOM
KITCHEN



WALLACE, Roy Chester JR
CDL K8124561    10-14-44
                     GG.

WALLACE, Joyce

NUNEZ
~~NUNOZ~~, RAFAEL CERVANTES
AKA FRANK      -69
H/A -          ONTARIO
W ARENAS    NIP
BLK FF NISSAN SENTRA 4D
UNEMPLOYED    2NLA532
BU

WALLACE, APRIL LYNN
CDL A3267705    72
H/A:           , AVO
                535 4617
R/A  GG MITV.
              -GG
     636-6457

530

⑬

000730

ZARAGOZA, JUAN GALICIA

JUAN BERNARDE ZARAGOZA-Galici

530-0133  pull #  636-

62

Jale in the Box  Dale + Ball

Father - Mauro Zaragozo
" Friends for Norm Chance
CUP S/F Dos 213 868 0x08

Came to the ar 1500 m
P/U shirt
Answer Home  working
TV  in  LR

S31

(F)

CA000731

VEH W. DEWY @ 1600

↳ BRN OLDER, OXIDIZED
CHEVY MONTE CARLO

#1   M-M 27-32 SLICKED BACK
     DRK HAIR, 'BUSHY' MUSTACHE
     MED TO DRK COMPLEX
     MED BUILD
     KNEELING W/ MALE CHILD
     1½ TO 2   MED COMPLEX BRN

VEH BACKED INTO DRWY.
TRUNK OPEN
2ⁿᵈ M M NED
BEHIND OPEN TRUNK

53?

(15)

000732

~~FROM~~ APRIL 2.45

APRIL'S FRIEND ?

RONDA - 22 23
█████████████
SAW AUTUMN 2 DAYS AGO
PLAYING IN FRT YARD
AGAIN SHE WAS PLAYING
NINTENDO

JUNE - JUNE
MARIO & GONZALO
HAVE BEEN OVER TO THE
4RE 2X IN THE LAST
2 MONTHS

HANG OUT
PACIFIC, 3 HSES E OF
HEDLUND, SO SOME OF IT

S³³

16

ROSIE   ALFARO   - 18 tyre
HEAVY SET  - TATS

DRIVE BY:
supposedly mentis  Leo
10271   ANTIGUA,

Rosie  Morror
1856  W.  TAMARA

Rosie  Aunt
1724  NURWOOD (AT TAMARA)

HANG  OUT  PLACE
9932  PACIFIC.

534

⑰

C 000734

Amber Lee Szabo
67
Ana Hills   282-9548

535

000735

EX 44   711



23'5'

ALFARO MARIA ROCIO
"ROSIE" █████ 71
1856 W. TAMARO AVE
C █████ 775 6035

MANUEL REYNOSO CUEVA
C 6328779 █████ 68
█████ , AVE
LA FIESTA RESTAURANT
LAKEWOOD BLVD, LAKEWOOD

CALLED AUTUMN FROM
THE PUBLIC LIBRARY AT
1500 · 1570 - LOOKING FOR
APRIL FOR A RIDE

GOT OUT OF HSG OFFICE
1450 Hrs

536

(19)

900736

WALLACE, APRIL LYNN
CDC AT267705 ████ 72
████████████ A-

5-35-46 □
B/A GG MISCONDUCT
9898 TRACK GG
6.26.64 P7

[0004] [ CRT USE 0740

[023] MOTHER LEFT
AT 0715 - 0720

AT 1720
CHRISTINA WHOSE MOTHER
WORKS AT OCSD - SAID
AUTUMN WAS PLAYING
NOT PET

GOT HOME FROM
WORK AT 1720

537

000737

EX 44    713

Called at 1640-1645
to tell ~~April~~ Autumn
she (April) was going
to be late — N/A

Phones — in LR on TV
— in April's Rm
on Headboard

Arrived Home
pulled car in
Garage

Went in's Frt Dr (locked)
Mess — cut up papers
in LR
Lite on in 1st Bath
sliders for 2 Hall
closets open
in April's Br
T.V. Gone
clothes for Joey on
Floor ! Beds (2)

S3ε



THE CLOTHES WERE IN
A PINK BAG PLASTIC
MICROWAVE DOWN FROM DESK
WENT O/S ACROSS THE
ST TO RANDY'S.
SAW RANDY OUT FRONT
RANDY SAID HE JUST
FREAKS CAR
STEREO BLASTING

FRANK SHOWS UP
PARKS CAR

BOTH WENT I/S
SAW VCR MISSING
FAN & LITE FROM DESK
KNOCKED DOWN
THEN BACK O/S

AUTUMN'S FRIENDS
CAME OVER
ALL WAITED

22

5 34

AUTUMN'S FRIEND

ANNA, CHRISTINA,
↑ LIVE NEXT DOOR TO RANDY
"VEE' VEE'S CAR    10431

WAITING FOR MOTHER

AT 1745 - MOTHER & JOYCE
10-97

ALL WENT INTO HSE
MOTHER SAID - CALL
THE POLICE -
CR PH GONE —
SOMEONE V⁰ APRIL'S
RUN — PH GOA

APRIL WENT ACROSS THE
STREET TO RANDY'S TO
CALL  AT THE DRWY
HEARD MOTHER SCREAM

540

㉗

000740

Amir to Randy
"Someone's cow woman"

Stayed at Randy's

Rosie
Kids
Danny - 3 in August
Mandy - 1 in July

Rosie's Boyfriends
Maurice Crown

Hype
Has known her 3½

Has taken Rosie to Jaguar
Dr. to P/U at Every
May.

541

26

.000741

EX 44   717

INV RONDA - J HE wrote

INO see one brown 2 Days
ago picture ver the
set you

RONDA said she was
playing "Teras" Mexican
and brown 2 Days and
Ronn says set of person
can leave and

MARIO -
M H 17 no Gu 2
SLIGHT accent
no aka arrest

GONZALO -
M 17 17
END SIDE A  0051    } TAPE
BEGIN SIDE B 0053     I   (35)

54 ?

000742

EX 44   718



MARIO CAME OVER JUST AFTER
HE GOT OUT OF THE HALL
APRIL 90, WAS W/
ANOTHER GUY - NO NAME

CAME OVER I'd WAS LIVING
W/ GONZALO, ON A
WENT TO APRIL'S
GONZALO WAS

APRIL - Ⓗ DRIVE
Ⓗ ⚓ OWED

MOTHER - HEAVY GAMBLER
PLAYS IN CARD GAMES IN
BELL
- RAN UP HER C/C
PLAYS "PAI"

543

26

000743

EX 44   719

MAGNOLIA CURTAIN Baptist Issue

MAGNOLIA Btwn Orange + Pine

MISSING ROOM
April
EMERSON TV
 purchase by invoice 13 14 80
 receipt - Desk drawer
 Lower left side

MAKE-UP MIRROR - Sears
Beige plastic

MAUVE Color Sac Bell
 Trim Line

CHANGE in Black Areas
 Cup or 2nd shelf Area
 T.V. in Ca

Blue File Box

WATER Dispenser probably
 Gone now - was on for
 about Fri/A.M.

(27)

544

000744



THIS PAST TUES —
APRIL CAME HOME
& FOUND JUAN WATCHING
T.V. w/ APRIL in
MOM'S BR

5⁴⁵

000745

6·7·90 - Frank Got
TICKT SUSPENDED DL
No Insurance

NUNEZ
NUNEZ RAFAEL CERVANTES
aka FRANK            (69)
H/A                  Ontario
ut Aparts NKP
unemployed
Cuz of Nelson Torres Jr
          2NLA532
D13
D10

THURS 6-14-90
1840 -1930
AT April's HSE
W/ Danny (yr 5) +
JOEY (19 mos)

Plans to meet Her
AT 1730 - THEN GO
TO Ontario For WKND

546



ARRIVED AT 1715 —
APRIL ALEENY 10-97

DROVE BY HOUSE #
1645 - 1650 — HOUSE
WAS ALL CLOSED UP
WENT TO GET HAIRCUT
GILBERT & KATELLA
ACROSS THE STREET FROM
THE GREASY

RETURNS TO THE
AFTER HAIRCUT
APRIL 10-97
— HOUSE 458.80
WENT I/S THE
LR ONLY
FAN & BOOKS ON FLOOR
VCR MISSING (3RM)
BACK O/S —
WAITED FOR LINDA

547

000747

20 MIN. FROM
FRANK 10-97
UNTIL LINDA'S 10-97

LINDA JOYCE + FRANK
GO I/S
APRIL WAITS O/S

JOYCE + FRANK IN
KITCHEN, FRANK
TOWARD MICRO.

LINDA GOES TO HER
BR VIA HALLWAY

LINDA COMES BACK TO THE KITCHEN
OPENS DOOR TO BATHROOM
FROM SERVICE PORCH
FINDS VIC
LINDA'S STARTS SCREAMING
"OH MY GOD"
CALL 911

(31)

540

000743



FRANK RUNS O/S &
TELLS APRIL - 9/L

JOYCE + LINDA STAY
ILS UNTIL PATROL
ARRIVES

APRIL DID GO OUT w/
SOMEONE ELSE ABOUT
2 YRS AGO

APRIL & FRANK HAVE
BEING GOING TOGETHER
FOR 4 YRS

MARIEL CUEVA CAME
OVER 1740 → 1800,
LOOKING FOR ROSIE.
STAYED FOR 5 min

S⁴⁴

(32)

000749

ZARAGOZA - GALICIA, JUAN BERNABE
INS # A 92253883 ████ 60
H/A ████████████ GG
PH # 859-2663
D/A Jack in the Box, Dale's Place Pent

N220
D519

1ᵗ MEETS LINDA
5 YRS AGO
COWBOY BAR on Beck
BLVD ACROSS FROM
THEATERS (INDOOR) IN TWN

LIVED W/ LINDA FOR
TWO YRS

MOVED OUT BECAUSE
APRIL DOESN'T LIKE HIM

33

000750



STAYED AT LINDA'S HSE
THRU NITE (6-14-90)

STARTS WORK @ 0530
LEFT HOUSE @ 0430
WALKS TO WORK
≈

WORKED TO 1400
45 MIN WALK TO
LINDA'S HSE

CALLED LINDA FROM
JACK IN THE BOX
THE ARCO STATION AT
BROOKHURST & BALL
AT 1445-1450

MADE PLANS TO BABYSIT
ON FRI NITE W/ LINDA
AT AMBER'S HSE FOR
HER TWO BOYS

5'1

000751



TOLD LINDA HE HAS
TO PICK A SHIRT AT MY
THE HSE. 1 A CHECK

1 MINUTE PH CALL

FROM ARCO STATION —
WALKED TO HSE
ARRIVED AT
1500 — 1505
AUTUMN WAS IN THE
LR PLAYING W/ SOME
PAPER, CUTTING IT UP

STAYED AT HSE 5-10
MINUTES, PICK SHIRT
FROM DR
GOT 4 COOKIES FROM
JAR IN KITCHEN

STAYED FOR 5-10 MINUTES
(25)

000752



WHEN JUAN LEFT —
AUTUMN WAS PRAYING
IN LR, ON FLOOR
TOLD HER TO LOCK THE
FRT DOOR.

AS JUAN WALKED OUT
AUTUMN DID GET UP &
WALKED TOWARD THE DOOR.
UNK IF SHE LOCKED THE DR.

LEFT THE ON FOOT
WALKED TO BALL & BROOKHURST
TOOK THE LXB BUS TO BCH
ROUTE 46
OFF AT BCH + BALL
ROUTE 29
FROM BCH + BALL TO
BEIL + RR TRACK
(BROWN CROSSING)
KARELLA                16

5 5³

000753

EX 44   729



Liquor store
Baumans Market
1092 Beu Blvd

Lopez's Apt
14665 "B" Cerritos
"Continental Street"

Went to Liquor Store
on Beu - East side -
to cash √ #32.72 315.74
cost #7 to cash

Then walked to Friends
Apt → B "Lopez"
pa disconnected
Apt on Cerritos btwn/
Beu + Dale

Stayed at Apt — 10:15 min.
Eleven of guys (2-5) there

Left Apt, walked to
Dale & Cerritos — Bus stop.

Took Bus from Chevron
station at Dale & Ball
Route 46
Got off Bus on Dale
before Brookhurst 37

5'4"

000754



THEY WANTED TO RUN
H&G, WA

0306    SIDE A
0307    SIDE B

ARRIVED AT LINDA'S H&G
AT 1805 - 1810

AG'D ALREADY 1097

DON'T KILL AUTUMN
WILL TAKE POLY

555



0415    IN GARAGE

SHELF TO WALL
Box: GOLD STAR
12" PORTABLE TV
MODEL #
S/N (#) 00502082

☑ INFO FROM DEP. RIOS
R459 @
7221 CERRITOS (@ ALBERTA)
SPN
DR #90-26901
1930-2330 / 6-15-90
ENTRY VIA PATIO DR
LOSS: VCR x2 NO CHECK
CABLE TV BOX
MALE CLOTHING
PANTS: 31170
SHIRTS: MISC            78

556

000756

Dean
10411

Viers
1543?

WALK THRU w/
April Wallace

LR

VCR Cover
Fan & Lamp on top of
the Pool Top (crayon)
may be missing. cursor H/O
Bros cartoon Disney Pic
Divider Brown kit
Calculator from desk

REAR PATIO
Bench moved from
Picnic Table

Autumn's Room
Nothing out of place
Recently cleaned by A

WALK THRU w/
Linda

10

557

000757



APRILS ROOM
ELECTRONIC TYPEWRITER
BROTHER SX-23
PORTABLE TV
MISC CLOTHS FROM CLOSET
LINDAS ROOM
SOUND DESIGN CLOCK RADIO
B + W TV: IRON
REAR SLIDER LOCKED

PHONE W/ PAINT SPLATTER
CHEST MOVED OUT
FROM WALL
SHELF CONTENTS DISTURBED

BOX BESIDE TV W/
3 NINTENDO TAPES
TETRIS
SUPER MARIO BROS ANOTHER

558

000758



NINTENDO TAPES
IN "WILLAMETTE
INDUSTRIES INC"
BUSINESS FORMS BOX

0913 - 6·16·90
DAWSON, DORIS EDITH ████ 24
███████, ANA 774580

2 DUBS
MC 20's #10 FLOOR 2m
M # 14

SELLING THE ANOTHER PLACE

LAST TWO WAS THERE
ATARA DINNER. TIME-

354

⟨46⟩



ORD/ FROM APRIL

HOUSE ACROSS STREET
FROM ROSIES ON/ANTHONY
MUTIPLE MEN W/
BRN JUNKER TYPE MONTE CARLO

560

43

000,760

*Per Principal @ Lane School*

*Minimum Day on 6-15-90*

*Autumn out of School*
*AT 1335*

*AUTUMN'S TEACHER*

*MRS. DREVLOW*
*SDF 2008*

*SUSAN MATA* ████ *-61*
████ *Aunt*
*635 3124*

*Drive Arowd S/A*
████ *mc  629 x BG*
████ *mc  365 WCK*
*(White) mc  2HKC 879*
*Red Dev mc  033 XUD*
*MED  to  Lt  Ben*
*Golden  Brown*

*1123*  *1605 - 1610*
*140*  *TURNED ONTO*
*HEDLUND*

*Dave Walsh GM/*
*on the Cycle*
*10962 HEDLUND*

*(44)*

*561*

000761



DRK THICK EYEBROWS

M H 27-32 AVG HGT/BLD

BUSHY BLK BROWS MED TO DRK COMPLX

THICK BLK HAIR COMBED

STRAIGHT BACK, BROWN EYE

LT BLU S/S BUTTON SHIRT SLITS AROUND THE NECK

NO GLASSES DOWN SPORTS SHIRT

SCRAFFY FADE 501'S

HAIRY ARMS

BROWN BOY 18 YEAR - 24 YEAR

DRK SHOERS TANK

TOP - M H LT

CRW HAIR LT COMP

HI-TOP TENNIS SHOES

VEH 79 MONTE CARLO

GOLDEN BRN

TAN "SPOT" ON CAR

UNK RE WHLS

• FAIR PAINT/NOT SHINY

(45)

562

000762



2ND SUBJ STANDING
BEHIND THE CAR
BENT OVER INTO
OPEN TRUNK - WHT S/S
T-SHIRT
M, POSSIBLY HISPANIC
DRK BRN HAIR

SUSAN LEFT HER HSE @
1700 - VEH

562



1507 / CALL FROM
CIRCUIT CITY
"CARRIE HUSTON" @
200 N. BELL BLVD, AVE.
STORE #405

His RECEIPT & S/N
20625·04919
719

1813
WATER HANDLE IN
TARGET BATHROOM
HAS PRINT OF
JUAN ZARAGOZA

EXTERIOR GLASS SURFACE
RIGHT OF SERVICE / UTILITY ROOM
DOOR - RAFAEL NUÑEZ
5 PRINTS MADE TO THEM
RUBBING · SMEARY · LIKE
A SURGEON (47)

000764



1950 / PER LUCAS —
ROSIE GONZALES
PRINT WAS FROM
THE EDGE OF THE
WASH BASIN COUNTER TOP,
IN THE REAR BATHROOM

1930 / Per Paul HECTT C____
__ RECORD ON ROSIE
G____ BECAUSE IT
WAS A JUNE ARREST BY
ANAHEIM P.D. AND THEY
NEVER ADMITTED ANY
DISPO CARDS

565

00076

LEAD (R SIDE)

# WEB LEFT HAND

" LLAI

BUTTERFLY BACK OR R WRIST

# L ELBOW

"CUATO" ON ROSE LLL1 (ANKLE)

"MI VIDA LOCA" RT CHEST ABOVE BREAST

"MANUEL" LEFT " " " "

"SMILE NOW CRY LATER" LEFT REAR SHOULDER BLADE

PER VITAL STATS

DANIEL ALFARO ( ■■ .87)

NO FATHER LIST ON B/C

FILE HOSP / FV

2000 / AT WEST CO FINE

AFTER P/U POLICE AT

1856 W. TAMARIND (P/U @ 1910)

ALFARO, MARIA ROSIO

C.S.O. # ■■ -71

AUX ■■■■

77P-6075

DID ■■■ AT M ■■■■ AT

■■■■ / ■■■■, QUIT

1½ MONTHS AGO, WORKED FOR 4 MONTHS

JUVIE ARRESTS:

14 - POSS. WEED / COKE / HEROIN

15 - SHOPLIFT

17 - FAILURE TO COMPLETE

WORK PROGRAM

1ST ARREST WAS W ROSEMARY / CARMEN

66

368



ROSIE ALFARO

2050
221

ROSIE CALLED AT 1530
LOOKING FOR APRIL, LOOKING
FOR A RIDE FROM "HOGARTH"
ACROSS THE STREET FROM
ANA. PD
CALLED
575 4617
AUTUMN IN GOOD SPIRITS
SAID APRIL NOT HOME
"WHO IS THIS"

LAST AT APRIL'S HSE
ON TUES 6-12-90 /1530
AUTUMN HOME ALONE, ASKED
AUTUMN IF SHE (ROSIE) COULD
USE THE PH - AUTUMN
ALLOWS IT.

(50)

567

00076

[Handwritten notes, partially illegible]

Cke : Heron

"Plu they come home to Lge

Knew Manuel wouldn't get home
until Thurs or Fri

To get the money to fix —
Rosie saves the money Manuel
gives her

Was at the Hse home w/ money
Manuel plu — Rosie at 1800
at the front of the P.O.

Last talked to April on Wed/Thurs [illegible]

---

Rosie called Sylvia/Sister

Arc at Hse w/ Autumn
Autumn fed "Manny"
at House for 1 Hr
was in. Kitchen, L.R.,
fr? Bathroom

B-4 that, was last
a?t?here on Thurs
5-24-90 or 5-31-90
w/ Manuel — any
knocked at the door,
Autumn answered
@ April, didn't go
I/S

Was Last ILS Manuel [illegible]
about 2 yrs ago at [illegible]
a party

50

000768

2236 / From April @
922 Rosemary, CG

EX- FRIEND
        Jaime Alvarez
F H 19-20 S-5 130 ppe Dco
    DRK Complex

Had broken into reside
Sept '99 to take
a Shower while
a Runaway/escpee

Was committed to
YGC & Juve Hall

see 9

(52)

·000763



6-17-90

1245/ Call from Lt. Summeroth —

Re'vd call from L.A. Times
Reporter George Frank —
Another reporter re'vd
an anon call:
Sherri Ann McGee is
the head of a burglary
ring in the Anaheim area
Lew: Brn and Datsun

1500/ From Christina Mata
in frt of her resid

Walked home from school
on Fri (Spirit Day). Christina stayed
home and Autumn continued walking Hm
After S, Christina walked to
Autumn Use ; played for 5 min (53)

570

000770



IN THE FRT YARD   AUTUMN
THEN WENT I/S   TO WRAP
A PRESENT FOR HER FATHER

15⁴⁰   NGUYEN, LEEN A;
                        59
                   ANA
              491-8074
H/P LEVACR   Ca - 987-2437
120521 INGOMY, GG

15⁴⁴
          DONE BY MC   HSE
15⁵⁴      1610 - 1630
          SAW VEH IN DRWY
AT 1700. - Ⓔ VEH
UNK IF PULLED IN (BACKED IN)
LT GRY - OLDER - 4 DR CAR
2 PEO - MEN - I/S THE CAR
Ⓔ CHILDREN IN VEH
SAW SAME CAR 5-6 MONTHS
AGO, 2X, IN THE AREA
                        ⑤⑤

5⁷¹

000.77



000772



1618 Call to Dep S

Local Has poss veh

Sprints + Claremore
1481 Cars

Jesus - Garcia De La Para
                                69
no I.D.  Salvador Pino Avalos
10-20                           65

1638
Corp. Jenson / Go Ar P.D.
          MAKE
10 min Drive From
107 Airs to 961

573

1647 Call From Dep S.
Sta 47 Has veh on
Newland N. of Trask
Off Williamson
          MAKE

56

000773

1742   Call to April at
Amber's House

permission to search
anywhere
"search all you want"
on speaker / car phone
witnessed by Mandoca

1750   Gave-Desc Monte Carlo
900 X ZA
79 Chev
R/O Ireland, Harvey
537-3753 A. or Aurora on every
Ann

At "Flowers Plus"
S/E Corner, Mag + Katella

1800   Mr Ireland advises
a car exactly like his
coming out of the Colony
2 wks ago Driven by MH  58

574

000774



575

000775



MON 6-18-90

0142 CALL FROM W/C Lt. RICHEY

GGPD IMPOUNDED A VEH
FOR FEES DUE W/ NO H
DRIVING. OFF FLORES
IMPOUNDED FROM SYCAMORE + 66 PLUS
VEH. 79 CHEV MONTE CARLO
TOW TRUCK SCREWED BROWN W/ TOW
SPOT ON TOW HOOD 2SFR299

AT: CRC TOWING
12842 MIDWOOD, GG
638 · P295

R/O: ERNESTO FLORES ONTIVEROS
2-26-6P
14091 NEWLAND, WESTMINSTER

0150 CALL TO FRAN AT CRC
INV. HOLD PLACED ON
THE VEH.

57E

000776

0030    At CEC
0834
        Tow Yard @ Neuburg from
Wt Off. Henry Flores
Pix of pots now.

0046    961 = 763 XCUM   Throughout
                          Contros
        54 Gold Fem 79 Crow M C
RASHIDINEJAD, MARY CATHERINE
[redacted]  [redacted]   61
WHITTIER

0905    Pix shown to
        Susan MATA

0910    TIM JANSEN (N. Poma)
        [redacted]
        )
        Oxidize Rust/Card 79 MC

(60)

577

000777

EX 44   753



0905  AT

Berlingame
RADLEY BEN
78  M C    204 VGV
R/O  Alfredo Duran (marie)
P.A.

DISPLAYED FOR LAST
1-5 months - Hassi

1435  CALL TO THE
ANAHEIM HOUSING AUTHORITY
533-3754
Supervisor YOLANDA PATTERSON
WILL CHECK RECORDS FOR
ROSIE ALFARO
300 S. Harbor, B # A BLDG

570

(6)

000778



PER RIDDLE -
REAL ESTATE LADY WHO
WORKS THE AREA, SAW
M H -N CHILD, IN THE
FRT YARD AT 10462 HEDDING,
SHORTLY AFTER NOON.

1735
MUNS, JASON CHRISTOPHER
778-2257          -76
                  AGE
DALE JR. H.S. - 7TH

WINTER, PATRICIA ANN (    57)
H/A          AGE 956-3611
JACK SIMPS - LATCH KEY TEACHER
DAY CARE CENTER      826 0967
RANDALL JOHNSON
CAME BY TO SAY HELLO
"I KNOW WHO KILLED THE LITTLE
GIRL ... MY DAD'S FRIEND'S
FRIEND HAVE ROBBED IN
THE AREA & HAVE KILLED IN
THE AREA BEFORE
PATTY'S SUPERVISOR
NANCY CLAXON   540-5108

580

63

000730

⊕ MAKE ON PRINTS TAKEN
FROM TOILET TANK.

(N)/ OBS BY BOB·BOBS
ON ROSS N OF CHESTER
GOLD BRN 7F CHEVY M/C
1FNH687
WALKED OUT OF
10900 ROSS, STR

TKEN TO BY DET. GARCIA

R/O RODRIQUEZ ALFONSO ARELLANO
WESTMINSTER

1900/ AT TOM RILEY RANCH
SP AGCY
BURG 4 X OVER 1½ YRS
NEIGHBOR OF OWNER BURGED 8x
17 SUBJ LIVED NEXT DOOR
ONE HOUSE BURNT DOWN NOV 29

HOUSE IN AQORA
10401 PERDIDO                    (68)

581

S000781

SAW A GOLD MONTE CARLO
PKD IN FROT OF RESID
ON WED-THURS
SOMEONE MOVED OUT ON SAT
DRK RED 2-DR CAR - FORD MAVERICK?
HADN'T SEEN MC B.4 LAST WED

INF'S SON SAW CAR IN THE
GARAGE — GOLD ON GRY CAR
1ST SAW IT IN THE GARAGE ON SAT
DURING THE LAST 4 YRS —
NO VEHS IN THE GARAGE —
SOMEONE HAS LIVED THERE —
GANG MEMBER?

SUBJ ASSOCIATED W/ GOLD MC
M H 27-2♂ 5-P 145 SHORT DKBRN
BLK HAIR COMBED BACK
THIN FACE

EB2

(65)

000782

(930) From Giroux
at Reno

Rosie's Left Palm on Microwave

UNIDENTIFIED PRINT OF
B/W FILE HOLDER in Apt # R...

583

66



1926   AT CP

DACUS, GREGORY LEE ( ████ 56)
████████ ████

533-4765
217 931 0645

MCKAY, DAWN MICHELLE
SAME ADD.          ( ████ 67)
W/P 714 646 0516

ON FRI 6-8-90/ 2015-2045
POSS 390 DOJ WANTED
FOOD @ INT DR
DIDN'T LET HIM IN
OBS. BY DAWN
M H 40-45 5'10 175
RED: BW PANTS/TOP, DEVLIN'S
BROWN LTHR JKT B/W : WHT PICKUP
DAWN CAN I.D.       (67)

584

000784



060785

S86

000786



Inv. T. GIFFIN

Beck # 2

DATE ASSIGNED 6-15-90 /1919
DR# 90-26853   1501
CORONER# 90-03254 VS
CRIME P.C. 187 MURDER
DATE & TIME 6-15-90 /1605
VICTIM WALLACE Autumn
Carol ████ .91)
SUSPECT ALFARO Rosie
████ .71)
LOCATION 10463 HEDLUND
ANAHEIM

587

287000
000787



ADDRESSES + PHONE #'S

LINDA CAROL WALLACE

▇▇▇▇▇▇▇▇▇▇ (    · 48)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇ AVE.

W/P (734·2225)   H/P ( 535·4617)

588

000788



AuiDor — 2P2·9548

TUES 6·28·90

1102   Sources of Trash

1146   From 1856 W. Tamara
        at East S.D. Dr.

1135 · Manuela —
        Lt Blue X S.
        "The Simpson's
        Shorts

        w/ apparent Foul stains

584

000789



TUES 6-19-90

INTERVIEW w/
APRIL WALLACE

OCCUP/ RE/INTERN

CURRENT BOYFRIEND OR
CHRISTINA'S COUSIN

MERCOLINO                    31
MARCY HERNANDEZ

S.A.
VEH. RED CHEVY BLAZE

CHRISTINA — 20 yrs.

ADDITIONAL LOSS:
① OLD DIGITAL CLOCK
RADIO  10 x 5" x 4"
BLACK · RED SHAPE
SILVER BAR ACROSS TOP
②

000790

"SAN CRISTO"
FRANK'S COUSINS
    GEO.    NUNEZ
    TONY    NUNEZ
    RAUL    NUNEZ
MANUEL  ALEX    NUNEZ
NUNEZ   MIGUEL - NUNEZ
RICKY   CRAIG - CERVANTES
CERVANTE   JULIO - CERVANTES
    JUAN  (DAD)
    ISRAEL (MOM-BRO)
    ORLANDO (BRO)
    SERGIO (BRO)
    FELIPE (BRO)
    JERRY (BRO)

    MARIO - FRIEND
        10.15

ROSIE WOULD CALL
EVERY DAY FOR TWO
WKS STRAIGHT, SOMETIME
4 WKS B.4 1&2, THEN
STOPPED, THEN STARTED
AGAIN 12.4 C&7

CALL FOR RIDES.

MANUEL WAS AT THE
HOUSE W/I 5 MINUTES
OF BCSO 10.97 —
LOOKING FOR "ROSIE"

"LINDA" 19
    WORKED AT TARGET
    BROOKHURST & CHAPMAN
    AROUND XMAS
    WORKED AT TJ MAX
    BROOKHURST & CHAPMAN
                    2

S42

FRANK'S _____ Room HAS
BEEN _____ THE LAST 2 WKS

ANTENNAS _____ MOVING
FOR A FEW DAYS PRIOR
TO LE ]

CHECK ON OTHER IRON
IN HOUSE CLOSET

WHO KNOWS THE [HE IS _____]
CARLOTTA DI CAMILLO
ROSIE

541

(3)

000791



CAROL
Saw ROSIE on LISSDEE
Released she was
three 3 days in a row
possibly - On Fri
Saturday & Sun was her
Rosie came over to
the HSE around 100
looking for April
Wanted April to
show her (Carol?)
where the Ragota
was

MAY 16 1990. April
took Joey to Ontario
to stay w/ Frank

Rosie hasn't been at
Aprils HSE While
April was there since
Jan 1990 - then
Rosie could not have
been in April ⑤

5-93

000793

Ronda was in the
Hse 2 days b-4 1st
3 Hrs N to

Ronda and April did
(Ronda) was in the Hse
saw Autumn o/s
was playing tennis
w/ Autumn
Ronda's believed on this
is gecon.

There was a party a
couple of young men
in which Rosie was
there & was in the Hse

Autumn would let Rosie
in the Hse, then NOT
tell anyone at April

1854 Sloek → 12

Autumn would trust
Rosie

Locked out House?
accidentry −
Got in thru Lourenos
Door to MPR



FRANK HANDED APRIL GUN
IN RED FILE THRU THE
REAR LOUNGED DOOR —
4 YEARS AGO

ON JODYS BIRTHDAY 9-27-89
FRANK WENT THRU
ALTHEA'S BR WINDOW

2 WKS AGO CHRISTINA
DI CAMILLO BROKE INTO APRILS
ROOM APRIL'S WAS TAKING
A SHOWER ! THIS WAS
THRU THE DOOR SHUT UF
APRIL'S KEYS ILP THE R

RECENTLY — 6-10-90 FINALLY
APRIL WAS LOCKED OUT.
FRANK WAS HERE ! TRIED
TO ENTER BY ANHLE TO
WINDOW BY THE SLIDER BACK
DOOR. BOTH REAR DOORS ⑦

545

000795

EX 44   771

WERE LOCKED
EMILY GOT IN VIA
THE BACKED LOCK DOOR

ON WED 6/13-90 —
SYLVIA (MOM'S SIS) & DANNY
(MOM'S LITTLE BRO) CAME
BY MARY'S TO TAKE MOM
OUT TO DINNER. THEY
WERE I/C HIS. MOM
HAD NO USE OF (THE HIS)

Rosie's FOR DINNER (6-17) —

FATHER - MARTIN
M M 30's

MARTIN WAS A DANCER
WAS IN JAIL
ROSIE SAID MARTIN : SOME
OF HIS FRIENDS HAVE BEEN ②
CONVICTS BY TECHNICAL MATTER

$ 94

000796



597

0000079

Maxxy   (████ -04)
CVEVA(?)

Dancy   (████ -?) ?

IKG
Tammy - NEXT DOOR NEIGBOR
OR ☰☰☰☰ RT, TO ROSIE,
WOULD KNOW MARTHA

Rosie may have pimped
Tammy w/I Hes
LAST 5 YEARS

Rosie Has took her
baby at FHP
Hotel in EV in HB

590

████████████████
ROSIE'S MOTHER & GRANDMA

████████████████
Rosie's apt I HCE

████████████████
Martha's Dad's HCE   ⑯

Frank Dean Alexander
was shot in the
course of Armored
Transa 3rd hole on #4
Been Jane 4 oct

Came incidents took
at Front & Apple
near Derrymans
Auc/Sept 1994
staked at 89th & Crenw
w/B Knyout Brown
Euclid & Norwood

Veh - Beat up 4door
Malibu - Beige
2 occupants
L Shot
From Little T.J.

599

⑪

000799



000800



000802

JEFF FAGOT    UK 491.0367
             CR 727.9544

☆17791

1070 / FUNERAL ARRANGEMENTS

VIEWING  FRI 6-22-90 @ 1400
         FOREST LAWN P27: 3131
         4471 LINCOLN , CYP.

FUNERAL: SAT 6-23-90 @ 1370
         MAGNOLIA BAPTIST CHURCH
         720 S. MAG. ANAHEIM

W3

000803