

1350  CUEVA, MANUEL REYNATO
C 673A779      6P
_____
LONG BCH
(213) 423-1941
LA FIESTA DEL
5242 (KALWOOD BLVD LAX)
(213) 531-7460

SWIFT WORK F21  6-15-90
0925 - 1703
Stayed ATE UNTIL 1720

WENT TO DAD'S HOUSE
(0271 ANTROVA (LA PALMA)
10-97 @ 1800
FATHER : LETS MARROR'S H-E
ROSIE CALLED THAT
HOUSE ABOUT 5 MIN
AFTER MANUEL GOT THERE
16

604

000804



000805



000806



†64  ALFARO, SILVIA NMN
(███ 73)

728-6035

Re MARTIN
→ Re LAST NAME
AGE, ADDRESS
NEED COLLECT CALLS 7 Yrs
KP FROM PRISON

TAMMY WOULD KNOW MARTIN

TAMMY BENEDICT (18 w ???)

MARTIN'S PH # ON ANTENNA
991 7169
WHITE LONG CAR
EL TORITO IN LONG BEACH

20



000809

THURS 6-21-90
Call from JEFF FAGOT
491-0763
AUG '89 → PAROLE @ LARGE

MARTIN RICARDO GONZALEZ
CII A05742279 ( ▮ 57)
5'7 175

prior mon 1887
ANOTHER NAME ▮ A7
ROADWAY INN or MANCHESTER
"TRANSIENT" LOT
CAC - to his advisor
RELEASE mon YARD ▮ PO

FM 491 7801

27

000810



1480  Ⓞ MATCH THRU
DECIM SERVICES ON
ROSIE ALFARO &
ALL A.4/SE/

15??  Ⓞ MATCH THRU
FAMILY SUPPORT ON
ROSIE ALFARO &
ALL ALIMIT
D.A. IPS Asoc. CARDOU 541-7453
Ⓞ RE
MARTY RICARDO GONZALES

2010  AT CP W/ MATR
Ⓞ MAKE ON PHOTO
LINE UP

2035  PHOTO OF GONZALEZ SHOWN
TO SILVIA ALFARO
Ⓞ MAKE

01000811

EX 44   787





HIT - CALL TO APRIL AT
988-9645
FRANK'S COUSIN

FRANK WAS WEARING ROBERT
"LEE'S" TENNIS SHOES & USED HIM
TO WASH THE CAR

APRIL HAS NEVER MET
MARTIN

FRI 6-22-90
10:45 AT 10462 HIGHLAND

CHECK OF "VANS" TENNIS SHOES
IN THE CLOSET IN APRIL'S RM
⊖ MATCH CRISS-CROSS PATTERN

26

6/3

000813



FRI 6.22.90

0935
Call to Chris at
Dept / Motor Vehic.
(916) 779.2774
Can't do anything w/o
a Suspect

0945
Call from John Roper
S.S.U. (714) 592.3075
- Will check for Martin Mother

1100
Call from Roper

Region IV Records Office
1840 E. 17TH St. #240
S.A. - 558.4134
Int. office/S.A. 567.6103
3 possibles, none of Good
Orange Co. 7725

(27)

E-14

000814



MARTIN MARTINEZ ▇ 67
MM 26 5-7 175
A 08103858    D 58792
This Deportation CDOG

MARTIN SAMORA MARTINEZ ▇ 65
MM 24 5-6 130
A 077170    C 91101
P.A.L.  Super 1 prior 187
OE Sparse

MARTIN MARTINEZ ▇ 67
MM 27 5-9 155
A 06951424 _ C 80521
Indio Area

Above ✓ed out By
Inv. Garcia

000815



1319 — Call to ADRIANNA Monroy
N/A (213) 425-1066

1645 Call for
Walt Zwonitzer
(213) 587-5609
Clark Int'l Inv. Agency
worked security at Memorial/
funeral for family, hired by
Steve Szabo - Amzeni Hussey

Rcvd info VIB April
from Adrianna Monroy
████████████
Hawaiian Gardens
Hm 213 425-1066
Wk Vons (213) 402-2547
Bloomfield & Carson (unreadable)

Martin Martinez 24-25
Last saw him 2 yrs ago
Drove a Lowered white El Camino
⊗

0C0816



3 000817



000818

Key to Radio Given to Ray Wallace
Request made for [?]
Funeral Register

1600   At Grave Site —
       Forest Lawn, Cypress

From Joyce Wallace
Betty Grovsen from
work (Suicie Car - Traffic)
told her Linda was recovery
late for work — she had
to stay home! Wait for
the locksmith to change the
locks — there was a
break in

1600   From Vinnie's CI
       Look alike MC
       906 VEK
NB Euclid from Linden
on) Twain 6:21 Cl 3100

000819

EX 44   795



1836 Call from
Adrianna Monroy

Martin Martinez
- M.H. 25 Arg Her, Skinny Lt. Complx
Dk Hair slicked back, Skinny mustache
Last saw him 1 or 2
years ago

Will be around El Camino
labored areas elms

From Westside Armenian"
Malito + Gang
Killed a Probation Officer"

Adrianna used to date
Martin Nava Martinez
the Pep Dealer

630

20

000820

Sun 6·24·90
at IRC
Photo's Obtained of Jamilar
Jesse Martinez ████ 62
Bkg # 1232227
M H 28 5-6 140 Blk Hair

1710/ AT 1856 w/ Tamara
Rozie N/H

1785/ AT 1860 w/ Tamara
Tammy M/H
Babysitting at Aunts Hse
Aunt (Suzy) > 761 649

1712/ N/A @ 761 6449

(c 31

S 00082

6-15-90

Called at 1730 looking
for Manuel for a ride

2nd Call by Rosie about 1800
Manuel arrives 1 min later

3rd Call @ 1815 - Manuel +
Rosie talk - Manuel leaves
to pick her up.

Returned to [illegible] to pick [illegible]

1725 - At ▓▓▓▓▓▓▓
991-7169
Cynthia Ruelas (▓ 46)
(Rosie's Maria (son 6-7-65)
Daniel Jacklang - Difficult to handle
last saw Rosie 1 week
ago Sunday (6-16-90)

On Fri 6-15-90 at about
1700 about the same time
Manuel arrived here from
Long Beach, Rosie called
for Manuel & asked for
a ride home

6-17-90
Rosie called at 2800 looking
for Manuel. Rosie called
and said she was going to
Mexico at 0300 Sun.?

Translated Dep. Art Hernandez
30

6.22

000822



Roxie looking for Maruse
NH
Looking for Maruy
NH
Asked about some
clothes she had held
because she was going to
Mexico w/ her father
at 0300 Sunday

Clothes have been in her
her for 3 wks, brought
in by Maruse + Roxie

Roxie wouldn't say where
she was going in Mex.
or why she was going.

At 1800/6-24-90, Maria called
Maruse in Long Beach + told
her what Roxie was doing.
Maruse wasn't surprised    JG

ⓒ 23

000823

Bag of Clothes + Ax
taken at 1815

Rosie: Manuel stayed
at Antonio Fri - Sat
6-15/16. Only time
Rosie ever stayed.

On Sat AM Rosie told
Maria he isn't wrap
with on T.V.

Maria is at Manuel's mother
house in Costa Rica

1829
MELCADEZ, HERNANDEZ JARMO
                              70
Conventa Correction Amarillo
Last saw Rene + day ago
no other family member
home · no idea where

6:34

000824

David Going to
MORELIA

Bertha Go to
TANGARCICUARO

Collect
From Ph. -1857

The Day when we Au Rosie,
she had been staying here
2 Days.

Normally stays w/ Boyfriend
Marvel

Rosies Father Lives in
Michoacan Mexico

Permission to Come in & Look
for the Address Book

Bertha, Friends of
Rosies Grandparents, Left
for Mexico Somewhere on
Sat. (per Jim) (Bertha's son)
to Veracruz. Bertha was
Going to take cousin David
w/ Him



1925   Call from — I.D. Leas
Maria "Rosie" Alfaro's
prints are on the
sheet of typewriter
paper taken from
the typewriter

1935   at La Fiesta Rest.
Lakewood

Manuel Cueva —
confirmed — Maria Garcia
told her this a.m.
Rosie was going to
Mexico to her father's

Last talked to Rosie
on Sat. 6-16-90/2270
at her mother's. He
called her from La Fiesta

6:36

C:000826



ROSIE'S FATHER LIVES IN
MICHIGAN

ROSIE BORN IN USA
- OCMC

ROSIE WENT TO MEX ONCE IN 3 YRS
XMAS 86 OR 87

NEVER SAID SHE WANTED
TO GO BACK TO MEXICO

HAS KNOWN ROSIE FOR
3 YRS

WHEN MANUEL 1ST GOT TO
HIS FATHER'S HSE, MARIA
GARCIA SAID ROSIE WAS
VISITING A FRIEND'S HSE
"APRIL'S?" PRESUMABLY
THEN MANUEL WENT
TO APRIL'S & FOUND (HER)

637

000827



OUT ABOUT THE 1#7
FOR TALKED W/ FRANK
THEN WENT BACK TO
DAD'S HSE, THEN A
PHONE CALL FROM ROSIE
FOR A RIDE

BLACK LTHR BOOTS UP TO
THE KNEE

ROSIE'S CLOTHES
   WIDE NECK LINE RED
TOP W/ SHORT SLEEVES
BLACK PANTS & WHITE
REEBOK HI TOPS.
   HAD THE BLK LTHR BOOTS
W/ HER — SHE SAID SHE
PICKED THEM UP BY A TRASH
CAN.

000828



Manny        Hair
Blue & white striped
s/s T shirt & wet
tennis shoes.

6174 Gardenia
Long Beach                    6.34

son-in-law at
Amy Cueva (
pa. (213) 423 8441

Silvia called on
Tues, asked for
Manuel, than for
Maria's Dr. report

Photos of Manny Jr.

000829

2042 / Call to Amber
Heard triple
hearsay –
"Victor" did it –
the word on the street.

Supposed source –
mother → Jackie Stewart
kids → Kendra + Kenny
18 20

Victor Margosa
Has little girl 3 yrs
Tall + skinny
Lives on [illegible] N of [illegible].
Lt. Blu 57 Chevy

Also ✓ Little girl was riding
bike down the street &
saw someone coming out of
10462 Hedlund
WE-TIP call (43)

000830



April did have a pr
of crew hi blk ltr
roots w/ lacing up the
back

~~... at~~ [REDACTED]
EVA (corona ls
[REDACTED] 74)

Manny's clothes
mini - hi [top?]
usual shoes he wore
mod blue short (white pants
lots of tree top).

Rosie : Marvel lived here
for 4 months last year.

(44)

000831



Mon 6·25·90

0953
1024  Phone Call from
Silvia Alfaro

Hasn't seen Rosie since
Mon 6·18·90

In Jan + Feb of 90, Rosie
lived at 1456 W. Tamara

Also stopped by our house
on April 17, 1990 (Saw's her B'day)

Rosie stayed at this house
Fri. nite 6·16
Sun. nite 6·17

Mon 6·18, Rosie left our
Hse + said she was going
to talk wt us (child)

000832



6:43

00083



ALSO - SILVIA BELIEVES ROSIE
IS AN ADDICT.

ROSIE WAS SEEN LAST WEEK
IN LITTLE TJ

SILVIA HEARD FROM MARIA
GARCIA ROSIE WAS GONE
TO MEXICO.

SILVIA : ROSIE'S FATHER:

JOSE LUIS ALFARO-MEDINA (FATHER)
264 CALLE DE SILVA
TANGANCICURO, MICHOACAN, MEX
↑
2 HRS FROM GUADALAJARA
NEAR THE TOWN OF ZAMORA
(15-20 MIN FROM ZAMORA)

020834



2045 — Call from Ins/ Marana
who w/ Ins Alvarez,
Re Interviewed Maria Garcia

Maria (1st met Rosie 4/89
interested by Maria)
stayed at Rosie's house a couple
days at a time oto ?a

I was prior to 187, they
started staying in a room
in that house each time.
No rent. Wto money

1st wk Continual Travel
2nd wk Rosie's Gone
3rd wk Rosie leaving,
stays there with Sat.
-6-16-90 ? leaves that am

645

000835



Manuel Bags up Rosie's Clothes
Manuel walked out on
this door

On this on was after
Rosie Split (6-6-90) Manuel
Goes to Rosie's mothers
Hse & plu Manny,
Brings Manny to bartlem
for 2 Days, then on to
Long Bch. at Manuel's mothe

On Fri 6-15-90 Manuel
Left Manny to Oroo to
Go to work.

Rosie Left in the aftrnoon
w/ Manny to Go to the
Store.

1730 Hrs Fri — 1st Call
for Manuel. Rosie said
She was Plu by a Person
Drive Unknown w/ a Trailer
attachment w/ another Man ?

6-4/6

CR 000836



TAKEN TO A HOUSE FURTHER
RELEASE WHEN THE GIVEN UP
INTEREST IN THE LANDLORD.

2ND PHONE CALL 1800-1815
MARVEL'S NEARING HOME
A:
B-4 THE 2ND CALL MARIA
TOLD MARVEL THE STORY
OR ROSE GETTING P/U BY
THE COPS.

2ND PHONE CALL —
MARVEL LEAVES THEN
RETURNS LESS THAN 1 HR
LATER W/ ROSE & MARY

AT 1920 ACT 3 LEAVE THE
HOUSE. WHEN MARIA WENT
TO BED BTWN 2200 & 2300,
THEY HAD STILL NOT RETURNED

647

000837

EX 44   813



0700 Sat. 6:16
Rosie asked Maria for
use of the phone to call
mother's hse.

Rosie also talked w/ Maria
Rockewall, told Maria's answer
or talk 1P7

Manuel, Maring, & Rosie
all left, not to return
home Sat. Morning.

Maria denied contact w/
Rosie on Mar 6-18

Manuel was upset about
Rosie leaving for 1 wk

When Rosie returned, the
argued in the front doorway



MARIA OVERHEARD THE RECENT
ROSIE CLAIMS SHE WAS TAKEN
AGAINST HER WILL BY THE FATHER
OF HER CHILD.

SILVIA ANGLES DW 6·24·90
IN THE AFTERNOON I TALKED
W/ MARIA RE ROSIE GOING
TO MEX I THE COPS BEING
AT SILVIA. HER. MARIA HAD
TOLD SILVIA RE HER PARENTS

3:17³ CALL FROM IN LINDY
RE INTERVIEW W/ANDE
MANUEL PLAYED PIX
OF LITTLE BOOTS — SAID
THEY WERE SIMILAR, BUT
HE DIDN'T TAKE THAT MUCH
NOTICE.

644

000839



2219 — From Mendoza (Owner
at HQ)

RE: Re interview of Silvia
@ 2105

Miguel (cousin of Rosie)
→ Angel Sotelo (████-71)
▲ ████████ Ana
                  533-0911
told Silvia, her saw
Rosie in Little TJ,
on Wed. 6-20-90. [unint]

Rosie's mother:
Melendez Silvia Alfaro
                  (████-53)
Says Rosie did not
call any day 6-11/15
until Fri 6-15 @ 2000
tells Mom went 18.7.

⑤

000840



SILVIA (SIL) DOES NOT
REMEMBER IF ROSIE
CALLED ON 6·12 — TUES.
FROM APRIL'S HSE.

ROSIE, MANUEL, & MARY
ARE AT TORRES @
2330 ON FRI 6·15·90

IN THE AM OF
6·16·90, ROSIE CALLS
HER MOM & TELLS
MOM TO TELL SILVIA
AND DON'T TELL COPS
I DON'T LIVE HERE —
(TELL THE COPS I LIVE HERE)

ON TUES 6·12·90/1930
ROSIE 10·97 @ MOM'S,
TELLS THEM SHE JUST CAME
FROM APRIL'S HSE

6·51





✓ LADIES WHT "L.A. GEARE"
  HIGH TOP TENNIS SHOES
  TRACES OF BLOOD IN
  SOLES & SEAMS

✓ LADIES WILD ROSE" BY APOLLO
  CALF-HIGH BLK LEATHER BOOTS

✓ LT. TAN LADIES PURSE, CARRY
  W/ ZIPPER IN FRONT

✓ TWO VINYL/LEATHER LOOSE
  SHOULDER BAGS / WALLET,
  CONTAINING MISC. ID - ROSIE

✓ MEN'S FADED BLK T-SHIRT
  XL - W/ STAINS ON FRONT

✓ MEN'S FADED BLK 501's
  W/ STAINS ON LEGS

6-53

000843



2100 — Call to LINDA WALLACE —
at AMBER's bike —
Linda told of Warrant
for Rosie.

1002 — WED. 6-27-90
at OCID/HM — Danny
Sturm Mora positively
I.D.'s Picardo or
Manny Jr.

1722 — Notified by Manila
re P 02 ＃ 4 I/C
By Wilkerson

1724 — Per radio contact w/
Wilkerson, Δ I/c
Jeffry; Lynne
1740 — 10-97 at Warrant
& Dorinac
1750 — Leave Scene        ⑤

654

000344



000845



000846



Linda's Rm
MIXTAPES
with PAINT
Iron Some Cards
Closets Rooms

L R
VCR - with
CLOCK on TV
ELEC CKC

Laundry Room
ALMOST MICROWAVE

1907

657

000847

MON - UP - FLAMINGO

JUN - 24   PRINCESS DRGON
MON - 25   R V WINKLE
TUES - 26   PRINCESS

PRINCESS

SKYVIEW

RIP VANWINKLE

GREEN FOREST

FLAMINGO

BLK PANTS - JEAN MATERIAL
AQUA BLUE SHIRT
L.A. GEAR SWEAT

SHOW US WHERE
JUAN LIVES
JUAN'S DAUGHTER

6:50

"SHOW
US
?"

→ ROSIE

000849



00084



63

000851



000852



663

000853





000855



WED   6·27·90

AT THE JEFFREY·LYNNE
NEIGHBORHOOD COMPLEX
FOR SUSPECTS W/ NARCS,
CCAT, & Anaheim PD
FOR NAMES OF APD PRESENT—
OFFICER KENNETH GREGORY #79

000856



667

000857



INV. T. GIFFIN

Book #3

| | |
|---|---|
| DATE ASSIGNED | 6-15-90 / 1410 FRIDAY |
| DR# | 90-26853    1581 |
| CORONER# | 90-02254 VS |
| CRIME | P.C. 187 MURDER |
| DATE & TIME | 6-15-90 / 1405 FRIDAY |
| VICTIM | WALLACE AURORA |
| | CAROL ( ⬛ .P1) |
| SUSPECT | ALFARO ROSIE |
| | ( ⬛ .P1) |
| LOCATION | 10462 HEDLAND |
| | ANAHEIM |

000850



Portable Cellular ph # 742-5261

669

000859



MON. 7·2·90

1102 Call to Disneyland Hotel
@ 956-6400 Re
Hm ph # for Juan Jimenez
Security Supervisor Mike Pellicci
will 'call back w/ red pg #
635-9628 · Juan Jimenez
B/O # @ 1115
1206 Call back from Mike Pellicci
2nd # 758-2428
Customers Address:
Juan Jimenez Garcia
▬▬▬▬▬▬▬▬▬▬
Ans.
1237 back to 750-248
# is a pager

6·70

000860



00086



000862

FRANCISCO BROUGHT THE BLACK
TAPE RECORDER

At 1800 6-15-90, JERMAINE
SHOWS UP AT _____ AND
ASKS IF SHE CAN DROP US
IN HIS APT (ROD BEDROOM)

(9th DOW RODIE + JERMAINE
HAULING GOODS AROUND /600 TO
1200 THEN SHOT UP IN
THE APT (IN BEDROOM @ 170)

HASN'T SEEN SHORTY SINCE
THE DAY RODIE WAS SELLING THE
PROPERTY

At 1700 BREAKFAST AT DENNY'S
1400 NAP IN APT
1500 DONATIONS AT FORCE
SGT: MANUEL /MIKE ____
1600 BACK IN APT WATCHING TV
1700 RODIE + JAVIER DRAW
UP AGAIN, MOVE ON SOME ⑦

K 73

000863



(700 Francisco threw up and drove the VCR # 20-25
VEH: Blk 2-24 on (camera)

No noticeable blood spots on Rosie or Sherry

Sherry —

M M 27.24 5-4 185 blk hair long scar her back eye, thick may sometimes see glasses. TT of letters (4) on neck and #5 on the arm, Med-Dk Complex Rosary received from jail "Just Received" on day of Rosie's arrest 6-27-80

6-74

000864



ZIP:
92802

E-75

...000865



ISABELLA TOLD INV GARCIA
MANUEL JUST LEFT FOR MEX,
W/O BEAR, ASKED
NAYARETE AREA, UNK FURTHER
NAYAROTE

LEFT TODAY 7-2-90 /1200
UNK WHO HE WENT W/

2 POLAROIDS OBTAINED FROM SIS

MANUEL'S MAMA':
   PATRICIA GRACIANO
   CALLO ITURBIDE #725 PTE
   TECUALA NAYARIT
   CP 63440

⑦

67C

000866



1544 —

#1  LORENZO ████ BARRIOS
    ∴ N/P  ████ N TODAY

#2 - N/A

#3 - N/A

#4 - ██████  ██████
    FRANCISCO CUELLAR ALANIS
    A C4147702 .  ████ 47
    PH 635-1045

JON - HAS SEEN ROSIE B-Y
HANDS AROUND W/ TALL
SKINNY GUY W/ TIGER TO
AN ARM

#5 - N/A



#6 - CID A6 A76263
- Damaso Gómez-Rodriguez
N/P                    -62

#7 - CID A56 A9271
Jose Guadalupe Lopez-Navarro
N/P                    -44

#8 Juan Arellano-Orea
491-8084        (    -63)

Jose Guadalupe Orea
CID A7475737 5-12-73 Arellano

Oscar Rogelio Rivera
CID A7476935        -V

Felipe Arellano-Orea
No ID                    -70



FELIPE ROLDAN SANCHEZ
NO I.D.                ███ -72

MARIO RIVERA HERNANDEZ
NO ID                  ███ -70

2/16 / From CII —

Marvin THIS LOPEZ OLLISON
who, secondize to Juan Torrez,
lives in the west side of
CII ACAPOOLO
OC # 707749

TORRES, JOSE MARIA CARRINO
                       ███ -60
M H 70 5-5 141 BLK BRN

000863

REQUEST INFO JOHN ALLEN
RE APD INFO OF ADOLEF
AVDRE & WALNUT
REQUEST FOR 10-87

10-87
SEE DAVE VOGER #791
FOR CHARLIE CHAVEZ

ANTONIO REYNOSO
E 22107

REYNOSO, ANTONIO (NMN) MONRO
-55-

PAROLED FROM SUSANVILLE 6-8-90
P.O. — MICHAEL LEWIS
491-0767 ANAHEIM PAROLE

⑪

000870



000871

EX 44   847

TAKING IN ROOM OR GARAGE
LOAD UP WAS TELLING
- VCR. T.V. + A BUNCH
OF CLOTHES

THEN TO ROSA'S HSE
WENT IN + GOT EVERYONE
OUT OF THE HSE

VEH:
MED BRN CAR
2-DR.
DK OR TAN INTERIOR
REG WHLS
VEH — NOT MONTE CARLO
SIMILAR CAMARO OR
FIREBIRD
GOLDEN-BRN IN BACK

DRIVER:
NEVER GOT OUT OF THE
CAR                    (13)



ANTONIO'S CLOTHES
WHITE T-SHIRT "LEVI'S

DID HAVE "ROSS'S" CARD
IN HIS LEVI'S

ROSS IN HSE 10 MIN

ITEMS SHE BOUGHT OUT
VCR -
TV - 19"
TYPEWRITER - SMALL
MISC CLOTHES - MALE HOUSE
INK - RX MEDS/WOMANS

2341

(14)

643

000873



"TT on rt left side of
neck - Monique"

2343 at interview rm

Lorain Pen Fri/Sat
6·15/16

Saw Girl - Drawing   wf was
E H 20·21  5-3  170   one issue
LS top - wk red TT
"Rosa"
Called htrano "Jenny"
Said there was a lot of
stuff at her house
TV, VCR, T/writer,
clothes, no drugs

Asked wit for Mug

6004  Miranda waiver                (15)

000874



ROSA LOT RIGHT FROM
SOMEONE ELSE

VEH: GOOD NEW CAMARO
OR FIREBIRD
BUCKET SEATS
AUTOMATIC
REG WHLS
NO DENTS (DENTLESS)

SUS: M H 30 NO WGHT NO-MOD
BLK HAIR, SHORT, CURLY
BLACK, DARK EYES
DARK CLOTHES

WIT HNO WHITE T-SHIRT UF
BLU LEVI'S

DRIVE TOOK 5 MINUTES
WIT IN BACK SEAT
BEHIND ROSA, WAY W/
SON                    16

68

000875



DC16 - Shown Pix of
Mahy Jr - Looks the
same, But older
Rest told wit she
2 had 2 babies - 1 named
Mahy

10-97 @ Apt - 3 or 4
From corner.
D pks her up
or st @ sidewalk
Rosa out
wit + curs out

Rosa Jr tells Driver
to take into alley
D says no long because
of them He backs in

Got pix of Rosa
in Apt yard ⑰

696

000876



1) never lost or no luck

Rose 1st Brower
out TV and
Tracey & VCR too
Typewriter that
Brower Claims

She wanted to Raise a
microwave oven - Driver;
wit were screaming
at her to hurry up

Different route back

Rose was taking everything
out of the car; selling
it.

(18)

000877

EX 44   853



ROSIE MUST HAVE OPENED
THE TRUNK

0720/ BACK IN HQ INTERVIEW

0725 SHOWN PIX OF ALFARO
ID'S AS "ROSA" YES

WAS PRESENT WHEN RAY
WAS ARRESTED.

HAS ONLY A WHITE B. ROW LAP
W/ "CHIQUEP" IN
OLD ENGLISH LETTERING

DRIVER DIDN'T GET ANYTHING
FROM THE 459

STAYED IN JIMM'S TO THE
WAY BACK HOME SO SO.

MANNY JR'S DRESS:
LONG PANTS - UNK COLOR
T-SHIRT - NFD ; SHIRT - NFD
(19)

000879



M/H → Ernesto Rodriguez
7-18-69
A 35156438

9:05 Parque Pearson @ ████████
→ Anaheim

Juan Najera - Cerianes
CDC# C2645968   ████-63

Miguel Rodriguez Razo
CID# A4869664   ████-67

Cesar Hernandez Ramirez
CID# A1080856   ████67

Rodrigo Duran - Galvan
No ID   ████73

20

00087



THURS 7-5-90

720
413    At OCSD / Home / Tan

Sabrina Dunson

Ivory was out of Rosie
the day of her car
was returned
to Jeffrey Young

Saw Rosie wearing
clothes, Diane : pants,
from the car.

Vehl - Bad Rear on
M.C.

Looks Like Fix on M.C

000880

SABRINA DIDN'T RECOGNIZE THE
PIX OF APRIL

1) → OF M.C. HAD A FLOWY
MESS/MALE DRAWN LOOP
UPON LIP & FLARE UP MOTOR?

DRAWN PIX OF MAURICE
TORRES - SAYS RAFFERTY
OF POSSIX WEEDS SOME CP7
WITH HER DRESS. DRAWING
IN MOTELS EVERY WHITE

M  M  28  5-5  150/60  BLK  BLK BACK
BLK  B-BALL CAP
IN FRONT, BEARD, GOATEE
NO VISIBLE TATS
WEARING WHT T-SHIRT / S/S

3) ONLY TIME SABRINA SAW
D-TS OF M.C.

(24)

691

000881



000882



000883



1445  P/U ANTONIO REYNOSO
      FROM IRC

      1522 JEFFREY
           TO
      10462 HOXWORD
      6 min

1530  POSITIVELY ID's HPE
      ① WHITE DRESDING HAIR
         ON FRT PORCH
      ② TREE IN FRT YARD
      ③ CAR (CAMARO) NEXT DOOR
      ④ REMEMBERS H/H #1 "10"
      FRT WALL OF H/H WAS
      BLOCKING SIDEWALK

1600  RETURN TO SILL.

C.44

000884



Fri - 7-6-90

0140   Call to Amber

Cable Tipton Inn
called ; offered them
Shelter, no written agreement
were to only keep on
Security (no investigation

Re un ID'd paint on toilet
tank. Plumber installed
toilet ; tank 3 weeks ago

Plumber:
Brian Ambrose
829-3844 - Home
569-2818 - office or (Rancho)
Ron Rosamonta
Mobile Pro - Help.
Will do Elim. Paint 7-7-90

6-95

RETURNED
CALL TO
LOGAN CLARK
CLARK INT'L INVESTIGATIONS
714-877-7006

WALT ZWORINGTON
TERMINATED TAPES 7-5/1070
FOR PRESS RELEASE/
GRAND STANDING

CLARK INT'L WAS ASKED
BY A FAMILY MEMBER —
(REFUSED TO PAY MTG) TO
INVESTIGATE SECURITY
SERVICES DONATED

WILL FORWARD RPT RE
THE INV. HANDLED BY WALT.

㊲

000886



1(20)  AT IRC/BUI Rec

VOLUNTARY Blood from

David Ricardo By

Maria Summons

CFP

6:9.7

000887



1000/ Mon. 7-9-90

Call to Mike Lewis
State Parole / Anaheim
491.0363

000383





FLORES, MARIO JAQUEZ ( )
# 10,000   148.9 warrant

UC0890





000891