# MESSAGE ▼

DATE _6 25, 19 90_

TIME _11_   ☐ AM
             ☐ PM

DR. _Blalock_

PATIENT'S NAME: _Alfaro    Jose_

# _975-71 6_   ■ _-79_

PHONE (AREA CODE): _Camp nurse called_

PHARMACY PHONE (AREA CODE): _____

SUBJECT: _Meds for 3yr old_

DOCTOR'S COMMENTS: _____

_Mother didn't send
meds to camp
Rx for Valpro elixir
250/5cc 100cc NR
Sig 5cc po bid
called.
Note sent to mo.
Rev levels on
ret from camp
                EB_

☐ FILE IN CHART      ☐ PLEASE PULL CHART

CHART COPY

RECEIVED BY

(EMO)

_Sig, 1 tsp po bid   —
                EBlalock_

BLALOCK

REC'D 1104 03/26/90 BY SU

3001199

EX 66   1119

Pharm
Called
Conv

Cant swallow pill,
Will try Elixir

Valproate elixir
250mg/5cc
# 1pt  x6
Sig: tsp po bid

E Bialock

EMO

RN 714 778 6035 EXT:
LVN 714 957 8000

... OF MOTHER ... IS NOT
... HIS MED, HE HIDES IT &
... WHUT GET HIM IN TAKE IT,
... CALL 778-6035

RN BIALOCK

RLO 12:04 03/26/00 BY SU

34

**KAISER PERMANENTE**
Medical Group

## CLINIC PROGRESS RECORD

0975 71 56      -0792-

2255-00 4 2 ▮-79 09757159
ALFARO JOSE
5   E E 9

PT. STREET ADDRESS

PT. HOME PHONE NUMBER

PT. WORK PHONE NUMBER

E. Blalock, M.D.

AUG 0 9 1990

Neurology, Anaheim

Age 11

Hx: seizure med.

Allergies  NKA-

(Diazepam)

Sz free on Valproate 14p b.d.
Ex n.

√ level 8 GT

Rtt 3-4m

Blalock

35

0001201

E. Blalock M.D.
AUG 0 9 1990
Neurology, Anaheim

0 0 9 7 5   7 1   5 6

ALFARO, JOSE                        /79

PHONE DAY: 714 778-6035 EXT: ____
EVE: 714 956-8500

housekeeping - hotel - doesn't know who she is is

PT NEEDS NOTE TO SCHOOL NURSE
TELLING WHY HE'S TAKING MED

PT NOTIFIED DOCTOR
NOT IN OFFICE
till 10-15

TO: DR BLALOCK
10:30 A.m. - mom wants it mailed; mailed it today -

REQ 13:51 10/09/90 BY DOC
FACILITY : LMO

10/10/90 - 9.12 pm
N A

10/9/90 2:30pm   No answer ⎤ busy
       2:40pm   No answer ⎦
       3:03 pm  Delay   3:44pm - No answer

36

**CLINIC PROGRESS RECORD**

| | |
|---|---|
| PT STREET ADDRESS | |
| PT HOME PHONE NUMBER | |
| PT WORK PHONE NUMBER | |

| Date / Service | Treatment |
|---|---|
| E. Blalock, M.D.<br>DEC 3 0 1990<br>Neurology, Anaheim | DID NOT KEEP APPOINTMENT<br>MEDICAL RECORD REVIEWED<br>NO ACTION    RE-SCHEDULE    OTHER<br>[ ]       [X]       [ ]<br>EBlalock M.D.<br>SIGNATURE<br><br>RGT 1/22 |

001203

Southern California Permanente
Medical Group

## CLINIC PROGRESS RECORD

0975 71 56    -0742-

2255-00 A 2 ███-79 03757154
ALFARO JOSE
009 5 5 1 6 6 9

1 22 91

PT. STREET ADDRESS

PT. HOME PHONE NUMBER

PT. WORK PHONE NUMBER

E. Bialek M.D.

JAN 22 1991

Pediatrics, Anaheim

Age 11

VA to meds

NV dilantin

No seizures since has been taking
Valproic acid most regularly
Exam nl ~ @ hemiparesis, mild
Letter written for school special ed
program

Ret 6m or prn sx

E. Bialek

MS-1770 (1-88)

38

**KAISER PERMANENTE**

# CLINIC PROGRESS RECORD

DISTRIBUTION:
WHITE — CLINIC CHART
CANARY — DEPARTMENT (Specify) _____ OR
OUTLYING CLINIC (Specify) _____

```
0975 71 56    -0792-
2255-00 R 2 [   ] 79 09757154
ALFARO JOSE
000 5 5 1 6 6 9

                        071091
```

| Date / Service | Treatment |
|---|---|
| 6/10 | |
| E. Blalock, M.D. JUL 1 1991 Neurology, Anaheim | Remains sx free on taking help plus bid & ill effect. Doing poorly in school — concentration not good. Denies depression |
| | Re √ level & OT |
| | ret 1 yr or call prn sx |
| | *E Blalock* |

**CLINIC PROGRESS RECORD**

| PT. STREET ADDRESS | | MEDICAL RECORD NO. |
|---|---|---|
| PT. HOME PHONE NUMBER | | COV REG EXP INJ ALL INS ADD DRUG |
| PT. WORK PHONE NUMBER | | GROUP NUMBER SEX DEP BIRTHDATE FAMILY ACCOUNT NO. |

| Date / Service | Treatment |
|---|---|
| | |

0 0 9 7 5 7 1 5 6

ALFARO, JOSE                    06/79

PHONE DAY: (714 778-6035) EXT: ___
       EVE: 714 956-6500

PT MOM, SILVIA, SAYS YOU LEFT
MESSAGE LAST WEEK FOR HER TO
CALL YOU. PLS CALL DAY# TODAY.
SHE IS WAITING TO HEAR FROM YOU.

TO: DR BLALOCK

REQ 13:50 07/30/91 BY DDC
FACILITY : LMO

TO: DR BLALOCK

REQ 10:02 09/06/91 BY MEP
FACILITY : LMO

*Handwritten notes:*
Taking Valpo
irregularly still
Level zero
Mother counselled
again. V 250 bid
EB

#200 R x 6
Sig chew 2 pobid
9/9/91 10⁰⁰  EB
New R called in to phcy

40

KAISER PERMANENTE
Southern California Permanente
Medical Group

## CLINIC PROGRESS RECORD

MEDICAL RECORD NO.          ZIP CODE

PT. STREET ADDRESS

COPY REQ TO PHU ALL VIS ADD DRUG

PT. HOME PHONE NUMBER

PT. WORK PHONE NUMBER

ADMIT NUMBER SEX DEP BIRTHDATE

D

00975 71 56

ALFARO, JOSE                          06/79

PHONE DAY: 714 778-6035 EXT: _____
          EVE: 714 956-6500

PT MOTHER CALLED PT HAS NOT
TAKEN MEDICINE FOR 1 WK VOMITS
WHEN TAKEN    PLS ADVISE AT
EVE#

TO: DR BLALOCK

RE:Q 10:02 09/06/91 BY MEP
FACILITY : LMO

*Handwritten notes:*

Nausea on
valproate
will change to
Dilantin 50mg
#200 Rx6
Sig chew 2 pobid
EB

GMD

9/9/91
10:00
New Rx called to pharm
Dr at 2:5

41

KAISER PERMANENTE
DICAL CENTER, ANAHEIM
PHYSICIAN'S COPY

DICTATED BY
ROBINSON-TERRY

YOUNG V.
PE # 844
AGE-7
DOB 01/1

JMS
C  00163984                 03/25/90  1558                        PAGE 1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
X-RAY REPORT

REFERRING PHYSICIAN HERRERA              DATE OF EXAM 231692

CLINICAL HISTORY:

    HURT DISTAL LEFT FINGER WITH WEIGHTS.  STILL COMPLAINS OF PAIN.

LEFT FOURTH FINGER:

    THERE IS SOFT TISSUE SWELLING AT THE LEVEL OF THE MIDDLE PHALANX WITH NO
    UNDERLYING BONY ABNORMALITY APPRECIATED.

DICTATED 3-22-93

TU

001205

EX 66   1128

KAISER PERMANENTE MEDICAL CENTER-ANAHEIM
441 LAKEVIEW AVENUE, ANAHEIM, CALIFORNIA 92887
TELEPHONE: (714) 978-4000

PATIENT:                              ALFARO, JOSE
MEDICAL RECORD NUMBER:                9757156    DOB:
DATE:                                 3-13-92

**SIGN & FILE IN EUCLID CHART**

EEG

REQUESTING PHYSICIAN:                 DR. HERRERA - EUCLID PEDIATRICS

REASON FOR REFERRAL:                  FOR EVALUATION OF RIGHTSIDED
                                      SEIZURE.

DESCRIPTION OF RECORD: A 16-CHANNEL RECORDING IS PERFORMED FOR
30 MINUTES WITH EKG MONITORING. NO PREMEDICATION WAS GIVEN.

FINDINGS: IN THE WAKING STATE THERE IS 9 CYCLE PER SECOND BASIC
RESTING OCCIPITAL FREQUENCY WHICH IS OF MODERATE AMPLITUDE AND
SYMMETRICAL. THERE IS LOW VOLTAGE FAST BIFRONTALLY THROUGHOUT
THE TRACING. SPIKE AND WAVE DISCHARGES ARE SEEN IN THE LEFT
FRONTOTEMPORAL REGION CENTERING BETWEEN C3 AND F3. THESE ARE
MORE FREQUENT DURING LIGHT SLEEP OCCURRING AS OFTEN AS 1 PER
SECOND. ON ONE OCCASION GENERALIZED POLYSPIKE SLOW WAVE COMPLEX
IS SEEN FOR ABOUT TWO SECONDS. THE DISCHARGES ARE NOT INFLUENCED
BY HYPERVENTILATION, PHOTIC STIMULATION. NORMAL LIGHT SLEEP IS
SEEN.

IMPRESSION:

ABNORMAL WAKING AND SLEEPING RECORD WITH EPILEPTIGENIC FOCUS.
ADDITIONALLY SINUS ARRHYTHMIA IS NOTED ON THE EKG.


                              , M.D.

ELIZABETH BLALOCK, M.D.
DEPARTMENT OF NEUROLOGY
EB/TL399   D: 3-13-92     T: 3-15-92      TAPE:   0100
DOCUMENT NAME: QPRDUNK1.JM-

001209

43



## ANAHEIM CITY SCHOOL DISTRICT

535-6001
890 South Olive St.
ANAHEIM, CALIFORNIA 92805

DATE 1/9/91

TO: Dr Blalock,

Re: Jose Alfaro D.O.B █████-79

Would you include your diagnosis and be willing to give us your opinion as to whether the seizure disorder could be associated with his learning disability (He has had so much difficulty and we are considering

00 1211

EX 66   1131

Spec ed ) In order
to get special education
services we need to
show a medical
component to the problem.

Thanks so much;

Mary Lou Jacobs RN
School nurse

ANAHEIM CITY SCHOOL DISTRICT
Division of Education-Administration

CONSENT TO RELEASE CONFIDENTIAL INFORMATION

Purpose of request: *Educational Planning*

I hereby authorize *Dr. Elizabeth Blalock*
*Lakeview Medical office*
*411 North Lakeview ave., Anaheim, CA*
to release the following confidential information: *92807*

     educational evaluations
     psychological reports
     medical reports
     developmental reports
     gifted education case study
     speech and language evaluations
     Individualized Education Program (IEP)
     occupational/physical therapy reports
     other (specify)

concerning: *Jose Alfaro*
birthdate: *[redacted] 79*
to: *James Madison Elementary School*
*1510 S. Nutwood*
*Anaheim Ca. 92804*
Attention: *Mary Lou Jacob RN*
*School Nurse*

*[signature]*
Signature of Parent/Guardian          Date *1/15/91*

Approved: WAT
Revised:  6/5/8
SS Form X

00 [illegible]



*fill in chart*

# MEDICAL RECORDS RELEASE

| Last Name | First Name | Initial | Date of Birth |
|-----------|-----------|---------|---------------|
| ALFARO, JOSE | | L | ▮-79 |

Street ▮▮▮▮ Anaheim State CA     FHP Number

TELEPHONE: 778-6035     0286 5033

I, the undersigned, hereby authorize FHP, Inc. to provide from my medical record the information specified

below to   ANAHEIM   KAISER   PERMANENTE
Physician's Name

EuClid And   ROMNEYA  Anaheim  9784302 for the purpose of

Street     City     Zip Code     Telephone

TREATMENT and Diagnosis

The information supplied is to be restricted to ☒ All medical information
☐ Alcohol, drug abuse or mental condition
☐ All of the above
☐ Other _____

Release or transfer of the specified information to any person or entity not specified herein is prohibited. An additional written consent must be obtained for a proposed new use of the information or its transfer to another person or entity.

Only FHP records will be released.

This authorization shall be valid until: 6 MONTHS FROM TodAYS dAY
Date

I understand that I have requested a right to receive a copy of this authorization upon my request
Copy requested an received

          Yes          No

_Silvia Alfaro_          3-12-90
Patient's Signature          Date

_Shirley Rayneford_          12 mar 90
Witnessed By:          Date

A $10.00 FEE IS REQUIRED PRIOR TO PROCESSING YOUR REQUEST.

001210

EX 66    1134

I's Name _Alfaro, Jose_____   FHP Number _0 2 8 6 5 0 3 3_

Medical Findings _____

| | |
|---|---|
| 10/10 | MRI done 10/6/89 shows cystic lesion adjacent to ⓛ parietal horn & atrophy of ⓛ parietal region |
| | P. ⓛ Copies of MRI + CT sent to Dr Van Houten ② Recall pt to have cysticercosis. |
| | G Chan |
| 10/16/89 | Copies of MRI + CT sent to Dr Van Houten B/la C to & MD |

001205

FHP

P-  t's Name _Alfaro, Joel_          FHP Number _028 05033_

M.  al Findings _____

Peds / Dr. See

JUN 06 1989

Anaheim   Date _____

Age _10 mo_   (M)/ _male_

T _98.4_  P _84_

B.P _96/54_  R _18_

WT _17 lb_  HT _55 in_

LMP _N/A_

ALLERGIES _NKA_

TS _10:20_ AM/PM

Signature _S. Rayerichez_

c. Recheck rash

Still some itching

S: ✓ rash; gone now, only comes off ___
with stress in the axial area

D: no rash noted -

A: viral child.

P̄- ___ next visit.
- ___

CC

8/22. Abnormal EEG by Dr. Van Houten
CT infarct ① basal ganglion + ② parietal lobe
Spoke c̄ the mother, pt is asymptomatic
Spoke c̄ Dr. Van Houten who suggests, there
may be a stroke lesion c Dr. Van Houten will
request MRI. Anticonvulsant withheld at
the present time
Mother is suggested to make app c̄ Dr. Van Houten
1-2 wks after MRI

E. Chang 001216

FHP
HEALTH CARE

REV 9-77

EX 66   1136

Patient's Name: Alfaro, Jose   FHP Number: 029 65033

R__ al Findings

Gen Med / Mruvchel PA

JUN 02 1989

10
male

96-8    80
90/58   18
17

305 NCA

3 Salasm
Mom states
Rash x 3 days
& has flu

S - 3 day hx of rash on face, arms.
At time it goes away & then returns.
yesterday was sent home from school c̄ a
Fever 100-101°. Fever is gone today.
no other nasal congestion, no sore throat,
no vomiting & diarrhea.
rash is mildly pruritic at times.

O - Afebrile
Ears - both TMs are pearly c̄ good landmarks.
Nose - ø congestion
Pharynx - no erythema, tonsils 4+ size
Neck - ø nodes
Chest - lungs - clear to aus
Heart - RRR ø M or G
Skin - maculo papular, both arms c̄ erythematous
macular eruption, discrete lesions - primarily on
extensor surfaces.
spares trunk & lower extremities.

A - viral exanthem
P - may use tylenol PRN if needed for fever,
no treatment needed, ok to return to school on
monday. RTU PRN if other symptoms develop.

Mruvchel exc - obstetric
PA sig
6-2-89



CORL AN

## PATIENT ASSESSMENT RECORD

F COMPLAINT: _re ✓ per_
_para medics_

0286 5033
Jose Alfaro

DATE: 5-22-89  TIME: 6:06 p

AGE: 9  M/F M

T 99²  P 84

BP 90/76  R 16

HT: _____  WT. 74½ lbs

LMP N/A

POSITION:
Meds ⊘

Allergies NKA

ASSESSMENT: This afternoon.
Pt had lapse of memory in
a dime was not responding
to questions. Also had difficulty
in breathing when has layed down
for about 5 to 10 min
family called paramedics

ASSESSOR'S SIG: C Bray RN
paramedics

### PROVIDER'S FINDINGS

S. Was feeling sick this am. About 3³⁰, mother
and the sister found he was not responsive
and look up the ceiling and there was no
jerking movement or eye rolling back. His
mother put him on the floor and found he
was gasping air, his color remained pink
ᵗ while he lasted about 1 min. Mother called
paramedics, who stated he was ok
   pt states he has had headache + abd pain
the whole day. Did not eat breakfast. Vomited
lunch and at the examination room denies drink

O. slightly ill-looking, Alert, well oriented
HEENT: Tm - al al and pharynx. Fundoscopic with
wnl pupil.   Cranial nerves III → XII. wnl
Chest clear (Heart NSR no m)
Abd. soft, no tender.  al + BS   DTR # lost

W/U.  CBC   CBC - WBC 11.1  H/H - 11.4/36.8

A. c/o petit mal seizure disorder
Viral illness, hypoglycemic episodes

P. Clear liquid diet c sugar content
BBG (sent to utilization.)
RTC prn ^

EC

001218
54

FHP
HEALTHCA

4065

EX 66   1138

It's Name  _Alfaro  Jose_    FHP Number  _4703 0308 C5_

Medical Findings

DR. Love

FEB 1 3 1988

AGE 8yr   SEX (M)

T 103.8   P 90

RR    R 15

WT 60   HT

LMP

CC: Recurrent fever for
1 week. Ql.10 Aff+ c/
coughing
DSS c/med
all 10.c

840 c̄ fever x 5 days, oral /
labial ulcers, conf?

PE - 3 vesicle on lips, multiple
_____ ulcers on palate &
                gingiva
chest - few left basal rales
      c̄ RRR
abd - soft, no HSM
CXR - ? RLL infiltrate

A - Viral syndrome c̄ oral ulcers
suspect Coxsackie or HSV 1
c̄ ? infiltrate on CXR

P   Amox 250 tid x 10 d
Tylenol, Robitussin prn

001319

EX 66   1139



Newport
Imaging
Center

360 San Miguel Drive
Suites 105 & 106
Newport Beach, CA 92660
(714) 721-8191

**CONSULTATION REPORT**

PATIENT NAME:   ALFARO, JOSE   DOB [blacked out] /79   REFERRING PHYSICIAN:

PATIENT ID#:   01-71-80   #02865033   DR. CHANG

EXAMINATION:   MRI OF BRAIN   DATE OF EXAMINATION:   10-6-89

MR imaging of the brain was obtained on a 1.5 Tesla GE Signa
magnetic resonance imager.

CLINICAL HISTORY:  Seizures.

TECHNIQUE:  Sagittal T1, axial T1 and coronal dual echo images were
obtained for a total of three pulse sequences.

FINDINGS:  There is an area isointense with CSF measuring 1 x 1.5
cm adjacent to the left frontal horn, replacing the left head of
the caudate consistent with a porencephalic cyst.  In addition,
extending up in the middle cerebral distribution, at the gray-white
junction on the left is a sliver of low signal intensity on T1 and
high signal intensity on T2 which probably represented an old
branch infarct with subsequent development of an area of gliosis
overlying gyral atrophy is present.  The remainder of the brain
shows no abnormal low or high signal abnormalities.  There is no
mass effect or shift.  No abnormal extracerebral fluid collections
seen.  Normal flow void is seen in the vessels of the base of the
brain.  7th and 8th cranial nerve complexes are normal.

CONCLUSION:

1.   1 x 1.5 cm porencephalic cyst present adjacent to the left
     frontal horn with additional thin sliver of encephalomalacia
     and intraparenchymal cyst formation with adjacent atrophy
     present in the left parietal region, probably along the
     vascular territory of a branched middle cerebral vessel.  This
     is thought to all represent chronic changes.  It is thought to
     be unlikely that this represents tumor.  It has the appearance
     of being a sequellae of an old vascular accident.

Thank you for referring this patient to our office.

J.K. LIPMAN, M.D.

JKL:ss

C001221

57

EX 66   1140

Pt's Name _Alvarado, Jose_   FHP Number _4703-0308.0__

Medical Findings

FEB 18 1987                          Gen Med. D. Valdez

DATE _____
AGE _____   wt _Mat_
J _____   P _____                    See P E form
BP _____   R _____
WT _____   HT _____
LMP _____

---

APR 16 1987                          Peds/ Alvaro

DATE _____
AGE _7°/12_ w,f _M_          S:  Rash on back
_998_  P _78_                        + trunk X 1 wk
J _____  BP _____  R _76_              Itchy. Was
WT _61_   HT _____                  playing in grass

LMP _NKA_                     O:  Alert act well M.
                                        7 3/4 mo ♂ HAS
VS 11:40 Percetoran          Skin - upper trunk
CC rash X 1 wk                   excoriated papules
+ to stomach + back            + dry scaly areas

                             A:  Contact der
                                 Breast butter, Eczema
                             P:  ① HC 1% gtd X 2 wks
                                 ② Benadryl Q itch PO
                                    gtd prn itch
                                 ③ RV √ 1 wk   D. Mother
                                                D., M

FHP FHP FHP FHP FHP FHP
FHP FHP FHP FHP FHP FHP
FHP FHP FHP FHP FHP FHP

FHP 2260 / REV. 9-77

001220
58

EX 66   1141

# ANCILLARY FORM

| TV./DR.: VAN HOUTON M.D., MAR | | | | | | ALFARO JOSE 113242 ORDER # 885931 | ALFARO JOSE 113242 ORDER # 885931 |
|---|---|---|---|---|---|---|---|
| RADIOLOGY | FROM RADIOLOGY | DATE/TIME OF REQUEST 8/21/89 8:56 | CLERK HCXR | | | | |
| DEPT # 885931 | ORDERING PHYSICIAN'S NAME UNASSIGNED | PRIORITY ROUT | TYPE 1 | | | | |
| COUNT # 113242 | ROOM NO. – | SEX F | AGE 010Y | BIRTH DATE /79 | MED. REC. NO 57664 | | |
| TIENT LAST TIME ALFARO | | | FIRST JOSE | | | | |

**\*\*\*\*\* 424-0303 CT HEAD W/WO CONTRAST \*\*\*\*\***

ACKNOWLEDGEMENT INITIALS

FHP NO.  02865033 ORDERED BY DR. CHANG ON 6/26/89 SRC A

### CT OF THE HEAD, 8/21/89:

1 cm contiguous head scans were obtained with and without contrast administration.

There is a 2 cm focal low density in the region of the left basal ganglion head of the caudate nucleus.  There is a focal well-defined low density in the left high parietal region.

No mass, shift of the midline structures, blood or enhancing lesion is present.

The findings are consistent with post infarction changes in the left basal ganglion and parietal lobe.

THOMAS WALDEN, M.D.
RADIOLOGIST
TW/lac
D:  08-21-89
T:  08-21-89

REFERRING:  VAN HOUTON
RE:  ALFARO, JOSE
M/R#:  57664

| Pull Chart | ✓ |
|---|---|
| File | |
| Initials | JC |
| Date | 8/25 |

DATE _____ 8-22

## HP HOSPITAL – FOUNTAIN VALLEY
9920 Talbert Avenue, Fountain Valley, CA 92728-9920

### RADIOLOGY REPORT

001222 8

HUG 22 '89 09:09                                02865033                    P.2

# ANCILLARY FORM

| TO | FROM | DATE/TIME OF REQUEST | CLERK |
|----|------|---------------------|-------|
| RADIOLOGY | RADIOLOGY | 8/21/89   8:56 | HCXR |

DR. VAN HOUTON M.D., MAR

| CHART # | ORDERING PHYSICIAN'S NAME | PRIORITY | TYPE |
|---------|---------------------------|----------|------|
| # 885931 | UNASSIGNED | ROUT | 1 |

ALFARO
JOSE
113242
ORDER #   0957

| ACCOUNT # | HOSP NO | SEX | AGE | BIRTH DATE | MED ABD NO. |
|-----------|---------|-----|-----|-----------|-------------|
| 113242 | — | F | 6/10Y | /79 | 57664 |

ALFARO
JOSE
113242
ORDER #   0957

| PATIENT LAST NAME | FIRST |
|-------------------|-------|
| ALFARO | JOSE |

***** 424-9303 CT HEAD W/WO CONTRAST *****

FHP NO.  02865033 ORDERED BY DR. CHANG ON 6/26/89 CRC A

**ATTN: Dr. Chang**

E.M.S. PHYSICIAN X-RAY DIAGNOSIS                          POS.          NEG.

_____

_____

_____

_____

RADIOLOGIST DIAGNOSIS:                    AGREE WITH ABOVE

*Focal Infarct (L) Basal gangl. tttt*
*Parietal lobe*

SIGNATURE: _____

IMMED. FOLLOW UP SUGGESTED:  YES _____  NO _____

PRIMARY PHYSICIAN: _____

NOTIFIED DATE: _____  TIME: _____

PATIENT NOTIFIED:  DATE: _____  TIME: _____

_____ PHYSICIAN: _____

TRANSCRIBED REPORT TO FOLLOW

_____     DATE _____

001223

## HOSPITAL – FOUNTAIN VALLEY
Talbert Avenue, Fountain Valley, CA 92728-9820

## RADIOLOGY REPORT

59

EX 66   1143

# FHP

| Regional Administration | Long Beach Senior Plan | Orange County Senior Plan |
|---|---|---|
| Utilization Department | Utilization Department | Utilization Department |
| 1000 STUDEBAKER ROAD | 828 ALAMITOS | 1200 MAGNOLIA AVENUE |
| LONG BEACH, CA 90815 | LONG BEACH, CA 90802 | ANAHEIM, CA 92801 |
| (213) 594-4591  (714) 898-1985 | (213) 432-5661 | (714) 995-1444 |

## OUTSIDE PROVIDER SERVICES/REQUEST

Group Number :  ☐☐☐☐·☐☐☐
Member Number (1) : ☐☐☐☐☐☐☐☐☐

Age: 10    Sex M / F    79

Date of birth: _____

Member's Center of Records: (3) ☐ ☑
FHP Referring Provider ____ Chang

Name: ALFARO Jose    NASSH /G11
Jose Alfaro
Address: _____
City: Anaheim    Zip: 92504
Telephone No.: (714) 776-6035 Work: (___)
Date: 5-31-89
Provider No. (2) ☐☐☐☐    Provider Center ____

### Utilization Use Only

Authorization number ☐☐☐☐☐☐    Type (E/O/M/T/R)    Ana. 92504

Service Name (8): L B Imaging    Circle one: Inpt / Outpt
No. Visits (7): Consultation ____    Follow-up X
Supply / Procedure (9) ____ MRI
Purchase (10) (circle one) ____
Authorized by: ____ O.A.
Date (6) ____-____-____    Candified
Verification: Effective 5-1-97    Group No. 4703 #1    Medicare: Yes / No
Terminated: ____    By: CIT/CI    Date: 62559
Benefits: Co-Pay per visits 5(10)    Hospital: ____
Limitation: ____
Services authorized must be rendered within 60 days. X-ray, laboratory and physical therapy to be done only at FHP Centers. Valid only for services authorized if member eligibility re-verified each month.

Contact person: ____    Notified of authorization: ____
Member called: ____    Service provider called: ____    Initial: ____
Appointment: ____

| | | | | | | | type ☐ |
|---|---|---|---|---|---|---|---|
| 1. | ☐☐☐☐☐☐☐ | | | | | | |
| 2. | ☐☐☐ | | | | | | |
| 3. | ☐☐ | | | | | | |
| 4. | Liability: Y / N / S / V | | | | | | |
| 5. | COB: W / A / O | | | | | | |
| 6. | ☐☐-☐☐-☐☐ | | | | | | |
| 7. | ☐☐ | | | | | | |
| 8. | Vendor: ☐☐☐☐☐ | | | | | | |
| 9. | ☐☐☐☐☐-☐ | | | | | | |
| 10. | R / P | | | | | | |
| 11. | Diagnosis: ☐☐☐ | | | | | | |
| | ☐☐☐ | | | | | | |
| | ☐☐☐ | | | | | | |
| 12. | Type: ☐☐☐ | | | | | | |
| 13. | Estimate: ____ | | | | | | |
| 14. | GL: ☐☐☐-☐☐☐-☐☐☐☐ | | | | | | |
| 15. | Remarks: ____ | | | | | | |

## PROVIDER USE ONLY

Diagnosis (11) _____ Smok vs. Brain Tumor
Referral to: (Specialty) Radiology    Consultation: ____    Follow-up ____
Procedure: (Specify) MRI Scan of Brain

Reason for referral 10 y/o c̄ progressive weakness (R) side 4 Now seizures
CT scan - shows (R) parietal/BG defect
(Send Report to office)

X-ray / Lab / Tests ____    To accompany patient? Yes ☐    No ☐
Physician name: Anil Van Houten MD    Physician signature: ____

SURG.    Preferred scheduling date: ____    To be done at: ☐ Office  ☐ Outpt. surgery Center  ☐ Hospital daycare  ☐ Hospital Inpt.
Hospital to be used: ____    Estimated length of stay: ____    OR. time ____    Anesthesia ____
Pre-op studies ordered? ☐ Yes  ☐ No    Pre-op studies still needed: ____
Assistance required:    Yes ☐ ____    No ☐
    Name
Physician name: ____    Physician signature: ____

001224

# FHP

Regional Administration
Utilization Department
1000 STUDEBAKER ROAD
LONG BEACH, CA 90815
(213) 594-4591   (714) 898-1985

Long Beach Senior Plan
Utilization Department
628 ALAMITOS
LONG BEACH, CA 90802
(213) 432-5661

Orange County Senior Plan
Utilization Department
1200 MAGNOLIA AVENUE
ANAHEIM, CA 92801
(714) 995-1444

HLFARO, JOSE

## OUTSIDE PROVIDER SERVICES/REQUEST

Group Number

Member Number (1)

Age:

Date of birth:

Member's Center of Records: (3)

FHP Referring Provider

Name:

Address:

City:                          Zip:

Telephone No.: (714) 778-6035  Work: (    )

Date:

Provider No. (2)          Provider Center

### Utilization Use Only

Authorization number

Type: (E/O/M/T/R)

Device Name (8):            Circle one: Inpt / Outpt

No. of visits: (7): Consultation          Follow-up

Supply / Procedure (9)

Rent / Purchase   (10) (circle one)

Authorized by:

Date (6)

Verification: Effective           Group No.          Medicare: Yes / No

Terminated:              By              Date

Benefits: Co-Pay per visits:          Hospital:

Limitation:

Services authorized must be rendered within 60 days. X-ray, laboratory and physical therapy to be done only at FHP Centers. Valid only for services authorized if member eligibility re-verified each month.

Contact person:                    Notified of authorization:

Member called:            Service provider called:            Initial:

Appointment:

|  | type |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | Liability: Y / N / S / V |
| 5. | COB: W / A / O |
| 6. | |
| 7. | |
| 8. | Vendor: |
| 9. | |
| 10. | R / P |
| 11. | Diagnosis: |
| 12. | Type: |
| 13. | Estimate: |
| 14. | GL: |
| 15. | Remarks: |

### PROVIDER USE ONLY

Diagnosis (11):

Referral to: (Specialty)            Consultation:            Follow-up

Procedure: (Specify)

Reason for referral

X-ray / Lab / Tests            To accompany patient?  Yes ☒   No ☐

Physician name:            Physician signature:

SUF   Preferred scheduling date:            To be done at: ☐ Office  ☐ Outpt. surgery Center  ☐ Hospital daycare  ☐ Hospital inpt.

Hospital to be used:            Estimated length of stay:            OR. time            Anesthesia

Pre-op studies ordered?   ☐ Yes   ☐ No   Pre-op studies still needed:

Assistance required:   Yes ☐            No ☐

001225

Physician name:            Name            Physician signature:

C. PHILIP O'CARROLL, M.D.
DAVID A. GEHRET, M.D.
MARK S. VAN HOUTEN, M.D.

July 11, 1989

RE #:                  Jose Alfaro
FHP #:                 028 65 033
REFERRING PHYSICIAN:   Dr. Chang



## ELECTROENCEPHALOGRAM

### IDENTIFYING DATA:

This patient is a 10 year old Hispanic-American male who was
reportedly medicated with no anticonvulsants at the time of
this study.  The patient by report has had what appears to be
a complex partial seizure early in June of this year.  EEG
was requested to assess the underlying risk of epilepsy.

### CONDITION OF RECORDING:

This EEG is an 8 channel tracing obtained during behavioral
wakefulness and drowsiness using disc electrodes in measured
distances according to the International 10/20 system with
referential and bipolar montages.  Hyperventilation was
performed.

### DESCRIPTION OF RECORDING:

During maximal wakefulness, a 9 hz alpha rhythm was seen
symmetrically over the posterior head regions.  During
drowsiness the background activity reflected generalized
lower voltage regular 5 to 7 hz activity.  Frequently, during
the awake and drowsy state, spike wave epileptiform
discharges were seen over the left frontal region and phase
reversed at the F7 and F3 electrodes.  No other lateralizing
abnormalities were noted.  Hyperventilation performed for 3
minutes with good effort produced only mild slowing of
background rhythms which quickly reverted to normal.

### IMPRESSION:

This is an abnormal EEG because of the presence of spike wave
epileptiform discharges during the awake and drowsy state.

001226

7677 Center Ave., Suite 401 • Huntington Beach, Ca 92647 • (714) 895-2400

EX 66   1146

RE:  Jose Alfaro                  -2-                July 11, 1989

COMMENT:

The spike wave discharges reflect interictal epileptiform
electrical abnormalities which are highly correlated with
clinical seizures and suggest the patient is at high risk for
epilepsy particularly with secondary generalization.

Mark S. Van Houten, M.D., Ph.D.

MSV:jas

RECEIVED

JUL 1 9 1989

UTILIZATION

BY_____

RECEIVED

JUL 2 1 19??

UTILIZATION FILES

BY_____

001227

PLEASE TAKE THIS FORM TO RADIOLOGY DEPT.

Form 11780

'P, Inc., Southern California Region

**RADIOLOGY REQUEST**

| CM | PL | CO | DO | SP | LBS | AN | AS | FV | TU | SA | LH |

Examination

*CXR*

CIRCLE PERMANENT CHART LOCATION

028 65 03 3          06/79

4703030805      6 2/13/87

Signature of Requesting Physician

| M | F |

Membership Number  *Jose Alfaro*

Date ordered   /79

Name

D.O.B.

**USE BALL POINT PEN**

CIRCLE
(1) Today          (1) Return Pt. To Me
(2) Schedule       (2) Phone Report

Film Taken At   *A.N*          LMP

| | Tech |
|---|---|
| 14x17 | |
| 11x14 | |
| 10x12 | |
| 9½x9½ | |
| 8x10 | |

Pertinent Clinical History

*7yo – c̄ B left basal rales, viral symptoms*

Special Instructions

**RADIOLOGICAL REPORT**

Date of Exam  **R E C E I V E D**

FEB 13 1988

RETURN TO MEDICAL RECORDS

Date_____ Signature_____

Pull Chart_____ File_____

CHEST:
        RADIOLOGY
PA and lateral views of the chest demonstrate increased inter-
stitial markings, most prominent in the hilar and perihilar regions
as well as both lower lung bases.  No areas of consolidation are
demonstrated.  There is no pleural effusions.  The costophrenic
angles and diaphragms are sharp.  The cardiac silhouette is normal.

IMPRESSION:  Increased interstitial markings and bronchial thick-
             ening in the hilar and perihilar regions and lung
bases bilaterally.

*Vendette J. Ferrol*

Date Typed____ DT:  02-15-88
Date Dictated__ DD:  02-15-88   VJF:kc

        VENDETTE J. FERROL, M.D.
                Radiologist   00122864

# PHYSICAL EXAMINATION

Fl. File No. _____

## VITAL SIGNS

Te: _9 7 8_ °F ( )

Pulse _6 2_ /min.

Resp. _2 5_ /min.

## BLOOD PRESSURE

| Extremity | Right | Left |
|-----------|-------|------|
| Upper |  | 7⁶/6⁰ |
| Lower |  |  |

## ANTHROPOMETRICS

Wt. _5 7_ lb. _____ oz. (____%)

Ht. _50½_ in. (____%)

Head Circ. _____ in. (____%)

## PHYSICAL EXAMINATION

Key:  ☑ = normal   ☒ = abnormal   ☐ = not examined

- ☐ 1. General appearance
- ☑ 2. Skin
- ☐ 3. Nodes
- ☐ 4. Skull
- ● 5. Ears
- ● 6. Eyes
- ☐ 7. Nose
- ☐ 8. Oropharynx
- ☐ 9. Neck
- ☐ 10. Chest
- ☐ 11. Cardiovascular
- ☐ 12. Abdomen
- ☐ 13. Back
- ☐ 14. Genitalia
- ☑ 15. Anorectal
- ☑ 16. Extremities
- ● 17. Neurological
- ☐ Audiological Screen
- ☑ Visual Acuity Screen

| GLASSES | Right | Left |
|---------|-------|------|
| OFF | 20/ 30 | 20/ 30 |
| ON | 20/ | 20/ |

| DECIBEL | Right | Left |
|---------|-------|------|
| 250 | 2ᵉ | 1 |
| 500 | 2⁰ | 2⁰ |
| 1.000 | 2⁰ | 15 |
| 2.000 | 2⁰ | 15 |
| 3,000 | 15 | 15 |
| 4,000 | 15ᶜ | 15 |
| 6,000 | 15 | 15 |

## DIAGNOSIS

_wze_

## PLAN

_Cisse , U/s_

M.D.

65

001229

1. Health problems now

2. Past serious illness

3. Current/past medications

PAST MEDICAL HISTORY

4. Contagion

5. Hospitalizations/surgery

6. Injuries

ALLERGY

7. Drugs

8. Foods/materials

9. Allergic illness

BIRTH HISTORY

10. Prenatal complications

11. Labor complications

12. Delivery complications          C. Section

_10_ lb. _____ oz. _____ in.
Birth weight          Length

13. Neonatal/infancy problems

14. Feeding problems

GROWTH & DEVELOPMENT

15. Growth problems

16. Developmental problems

17. School problems

18. Peer relationships

19. Behavior problems

REVIEW OF SYSTEMS

20. Respiratory

21. Cardiovascular

22. Gastrointestinal

23. Genitourinary

24. Neuromusculoskeletal

25. Skin

FAMILY/SOCIAL HISTORY

_____ y.o. Mother's age

_____ y.o. Father's age

_____ number siblings

26. Health problems

27. Social problems

# HISTORY

EXAM DATE __'81_/_02_/_18_ AGE _1_ yr. _8_ mo.
          Year / Month / Day

_Jose_         _Alfaro_
First name      Middle name      Last name

00123066

4763-6308.62

FHP NO. _____

# PEDIATRIC HISTORY FORM
## *FORMULARIO DE LA HISTORIA MEDICA DE NIÑOS*

J'S NAME/*NOMBRE DEL NIÑO(A)*   Jose Alfaro

AGE/*EDAD*  7   DATE FORM FILLED OUT/*FECHA DE ESTE FORMULARIO* _____

**A. BIRTH HISTORY/***HISTORIA DE NACIMIENTO***                                    Escriba su respuesta a la izquierda.**

1. Birthplace  ORANGE C/t _____ *Lugar de nacimiento*
2. Birthdate  6-2-74 _____ *Fecha de nacimiento*
3. Was pregnancy normal? _____ *Fue embarazo normal?*
4. Was delivery normal? _____ *Fue parto normal?*
5. Was baby full term?  YES _____ *Fue el bebe de tiempo completo?*
6. Birth weight  10 _____ *Peso al nacer*
7. Birth length  21 _____ *Cuanto midió al nacer*
8. Any nursery problems? _____ *Problemas durante este periodo?*

**B. GROWTH AND DEVELOPMENT/***CRECIMIENTO Y DESARROLLO***

1. Ages when first: Sat  5 months _____ *Edad cuando primero: Se Sentó*
   Crawled  6 " _____ *Gateó*
   Rolled  2 " _____ *Se dio vueltas*
   Walked  10 " _____ *Caminó*
   Teeth  10 " _____ *Primer diente*
   Toilet trained  2 YES _____ *Cuando avisó*
2. School History: Year in school  2 YES _____ *Historia Escolar: Año en la escuela*
   Nursery _____ *Nersería*
   Grades averaged _____ *Promedio escolar*
   School name  JAMES MADISON _____ *Nombre de la escuela*
   School problems?  NO _____ *Problemas en la escuela?*

   Attends special school or classes?/*Atiende escuela o clases especiales?*  **Escriba su respuesta abajo.**

   Discipline or behavior problem?/*Problemas de disciplina o comportamiento?*
      NO

   Ever seen by Psychologist, Speech Therapist or Special Teachers?/*Ha sido visto/a por un Psicologo, Terapista de Discurso, o Profesores Especiales?*   NO

**C. PAST MEDICAL HISTORY/***HISTORIA MEDICA PASADA***                              Escriba su respuesta a la izquierda.**

1. Any problems with: Sleeping?  NO _____ *Algun problema con: Dormir?*
   Bedwetting?  NO _____ *Moja la cama?*
   Weight/Height?  NO _____ *Peso/Altura?*
   Nail biting?  NO _____ *Se muerde la uñas?*
   Nightmares?  NO _____ *Pesadillas?*
2. Diet: Nursed or bottle fed?  BOTTLE _____ *Dieta: Se alimento con el pecho o con botella?*
   Any colic problems?  NO _____ *Problemas colicos (intestinales)?*
   Use special diets?  NO _____ *Usa dietas especiales?*
   Taking vitamins?  NO _____ *Esta tomando vitaminas?*
   Taking fluoride?  NO _____ *Esta tomando Fluor?*
3. Contagious Diseases (What age?):                        *Enfermedades Contagiosas (A que edad?)*
   Measles  ~~for~~  3 yr old _____ *Sarampion*
   Mumps  NO _____ *Paperas*
   Rubella (German Measles)  NO _____ *Rubéola*
   Chickenpox  NO _____ *Viruelas*
   Scarlet Fever  NO _____ *Escarlatina*
   Any other?  NO _____ *Alguna otra?*
4. Immunizations (Shots): PLEASE GIVE AGES AND/OR DATES        *Vacunas (Inyecciones): De edad y/o fecha*
   DPT Series _____ *DPT Series*  Boosters _____ *Inyección Estimulante*
   Polio Series _____ *Polio Series*  Boosters _____ *Inyección Estimulante*
   Smallpox _____ *Viruelas*  Boosters _____ *Inyección Estimulante*
   Measles _____ *Sarampion*
   Rubella (German Measles) _____ *Rubéola*
   Mumps _____ *Paperas*
   TB (Tine) Test _____ *Test de Tuberculosis (Piel)*
   Others _____ *Otras*

001231                        **(Over)**                        67

FAMILY HEALTH PROGRAM

DATE _2-18-87_

CONSENT TO TREATMENT OF MINOR

This form is to be completed for each minor and filed in minor's chart.

TO:  FAMILY HEALTH PROGRAM, its doctors, nurses, and members of its staff.

RE: _____ A MINOR.

DATE OF BIRTH: ██████-87      CHART NUMBER _4703-6308-03_

(I)(WE), the undersigned, parent(s) or legal guardian (s) of_____
_____, a minor, authorize_____
_____, to whom the minor has been entrusted, to act on my (our) behalf to consent to any X-ray examination, anesthetic, medical or surgical diagnosis or treatment and care which is deemed advisable by, and is to be rendered under the general or special super-vision of, any duly licensed physician or to consent to an X-ray examina-tion, anesthetic, dental or surgical diagnosis or treatment and hospital care to be rendered to said minor by a dentist duly licensed.

Additionaly, in accordance with California Health and Safety Code, Section 1283, (I)(WE) authorize Family Health Program or parties rendering care on its behalf to release the minor to the physical custody of_____
_____, upon completion of the diagnosis, treatment or care.

These Authorizations shall remain effective until_____,19____, unless sooner revoked in writing and delivered to_____
_____and Family Health Program.

DATE _2-18-87_

_Silvia Alfaro_
Parent or Legal Guardian

DATE: _2-18-87_

WITNESS:_____

POSITION:_____

EX 66   1152