DOCTORS HOSPITAL OF LAKEWOOD

☐ **SOUTH STREET DIVISION**
3700 East South Street
Lakewood, CA. 90712
531-2550

**CLARK AVENUE DIVISION**
5300 North Clark Avenue
Lakewood, CA. 90712
866-9711

REPORT **DISCHARGE SUMMARY/**
**IDENTIFICATION SHEET PART B**

| SURGEON | ASSISTANT | BEGAN | FINISHED |
|---|---|---|---|
| ANESTHESIOLOGIST | TYPE | BEGAN | FINISHED |

DATE OF ADMISSION:        JANUARY 8, 1986.

DATE OF DISCHARGE:        JANUARY 16, 1986.

DISCHARGE DIAGNOSIS:      1.  POLY DRUG ABUSE.
                         2.  HERION WITHDRWAL.
                         3.  COCAINE WITHDRWAL.

PERTINENT HISTORY AND
PHYSICAL FINDINGS:        This is a 13-year-old girl admitted
                         here with a four year history of
using drugs.  She started out by using marijuana smoking about
one joint per day gradually using four - five joints per day.  In
addition to that, the patient has been using herion and cocaine
especially in the last few months.  This also increase to where she
is using intravenous drugs about three times per day.  She has also
been sniffing paint thinners.  At the time of admissionshe had stopped
using drugs on her own and was having severe withdrawl sysptoms.
She was diaphoretic, complaing of leg cramps, abdominal pain, however,
she appeared very motivated and wanting to overcome the drugs.  She
went through the detox part of the program overthe next few days and
as the days progressed the withdrawl symptoms gradually became less and
less.  She required medication to help with the withdrawl symptoms.
Her drug screen was positive for cociane and opiates.  The rest of
her lab tests were normal.

                         The patient was subsequently discharged
                         after her detox for herion and
cociane because of her insuarnce restraints and is unable to attend
aftercare as she was unable to complete the program.  He prognosis
remains guarded due to the above reasons.  She has been encouraged to
attend AA and NA meetings.  She was also referred to an outpatient
program called Daybreak and encouraged to participate in this program.

                         She was discharged in stable condition
                         and in no acute distress.  She will
be on a regular diet with no medications.

                                    M. SHAH, M.D.

| ATTENDING PHYSICIAN | PATIENT | HOSPITAL NO. | ROOM NO. |
|---|---|---|---|
| M. SHAH, M.D. | ALFARO, ROSIO | 00-06-96 | |

MS:2-6-86:mf:2-10:L2        DISCHARGE SUMMARY/
                           IDENTIFICATION SHEET PART B

001280



DOCTORS HOSPITAL OF LAKEWOOD

☐ **SOUTH STREET DIVISION**
3700 East South Street
Lakewood, CA. 90712
531-2550

☐ **CLARK AVENUE DIVISION**
5300 North Clark Avenue
Lakewood, CA. 90712
866-9711

| REPORT | | | |
|---|---|---|---|
| **HISTORY AND PHYSICAL** | | | |
| SURGEON | ASSISTANT | BEGAN | FINISHED |
| ANESTHESIOLOGIST | TYPE | BEGAN | FINISHED |

**DATE OF ADMISSION:**          JANUARY 8, 1986

**CC/HPI:**                 The patient is a 16-year-old girl admitted here with a history of polydrug abuse known since 14 years old. She first started to use when she was 12 years old because she was running around with friends who were using drugs. She has since then continued to progress in terms of usage to the point she at right now. Initially she started out using marijuana and was smoking about one joint a day and presently she has graduated up to four or five joints a day. In addition to that, she started to use heroin and cocaine especially in the last three months. She would either use heroin or cocaine and occasionally make speed balls and use them conjointly. Initially, it was probably about once a day and subsequently has now been using up to three times a day in rather large quantities but is unable to give me any idea of how much. She has been sniffing paint thinners for the last one month or so, too. About two days ago she decided to quit using drugs because she felt she was too young and this could not go on and it was destroying her life so she gave up drugs and since yesterday, she has been nauseated and vomiting consistently until this morning. She was having abdominal cramps, leg cramps and diaphoresis but feels a lot better, at this time. In addition to that, she was using alcohol previously but has given up alcohol because it doesn't do anything for her. She appears motivated and wants to quit using drugs. She did notice at one time that she had vomited a little tinge of blood when she first started to vomit but has not had any hematemesis since then. She denies any history of melena recently and states that she had noted balck stools sometime ago but did not see any doctor for it.

**PAST HISTORY:**           The patient's past medical history is not significant for any serious illness or operation. She denies any history of rheumatic fever, TB, diabetes, hypertension, renal disease or thyroid disease.

**SOCIAL HSITORY:**          She is in the 9th grade and has been doing very poorly at school with straight D's mainly. She has run away from home on several occasions because her mother would not allow her to use and she would keep running away in order to get loaded. Her parents have known that she has been using heroin for the last one year when they entered her room and found all the paraphernalia. She has attempted to kill herself when she tried to cut her vein and has a scar on both arms as a result of that. She denies any suicidal ideation at this time.

**FAMILY HISTORY:**          Significant of the fact that she (CONTINUED)

| ATTENDING PHYSICIAN | PATIENT | HOSPITAL NO. | ROOM NO. |
|---|---|---|---|
| M. SHAH, M.D. | ALFARO, ROSIO | 00-06-96 | 310A |

MS:1/8/86:ah:1/9/86:L3     HISTORY AND PHYSICAL      PAGE ONE

001282

EX 73   1196

| REPORT<br>HISTORY AND PHYSICAL | | | SOUTH STREET DIVISION<br>3700 East South Street<br>Lakewood, CA. 90712<br>531-2550 | CLARK AVENUE DIVISION<br>5300 North Clark Avenue<br>Lakewood, CA. 90712<br>866-9711 |
|---|---|---|---|---|
| SURGEON | ASSISTANT | BEGAN | FINISHED | |
| ANESTHESIOLOGIST | TYPE | BEGAN | FINISHED | |

**FAMILY HISTORY:**          (CONTINUED) lives with her mother and one brother and one sister.  Her parents are separated recently.  Her father is a practicing alcoholic and lives away from them right now.  Her one brother is six years old and one sister is 12 years old, neither of whom use.  There is no other history of alcoholism in the family.

**REVIEW OF SYSTEMS:**

**CARDIOVASCULAR:**          No chest pain, orthopnea, paroxysmal nocturnal dyspnea or pedal edema.

**RESPIRATORY SYSTEM:**      No cough, expectoration, hemotysis or pleuritic chest pain.

**GI:**                      No nausea or vomiting, diarrhea or constipation at this time.

**PHYSICAL EXAMINATION:**

**GENERAL:**                 The patient is comfortable, in no acute distress.

**VITAL SIGNS:**             Stable.

**HEAD:**                    Normal.

**ENT:**                     Normal.

**EYES:**                    Pupils equal and reacted to light.  Fundi are benign.  No evidence of any retinopathy.

**NECK:**                    Supple without any masses.  Thyroid is not enlarged.

**CARDIOVASCULAR:**          Pulse and blood pressure as noted above. Heart sounds are normal, no murmurs or gallops are audible.  Jugular venous pressure was not elevated.  There was no pedal edema and all peripheral pulses were palpable.

**RESPIRATORY:**             Trachea is central, breath sounds are vesicular, no rales or rhonchi are audible.

**GI:**                      The abdomen is soft without any (CONTINUED)

| ATTENDING PHYSICIAN | PATIENT | HOSPITAL NO. | ROOM NO. |
|---|---|---|---|
| M. SHAH, M.D. | ALFARO, ROSIO | 00-06-96 | 310A |

MS:1/8/86:ah:1/9/86:L3       HISTORY AND PHYSICAL       PAGE TWO

001283

DOCTORS HOSPITAL OF LAKEWOOD

| REPORT |  | ☐ SOUTH STREET DIVISION 3700 East South Street Lakewood, CA. 90712 531-2550 | ☐ CLARK AVENUE DIVISION 5300 North Clark Avenue Lakewood, CA. 90712 866-9711 |
| HISTORY AND PHYSICAL | | | |
| SURGEON | ASSISTANT | BEGAN | FINISHED |
| ANESTHESIOLOGIST | TYPE | BEGAN | FINISHED |

ABDOMEN:                    (CONTINUED) tenderness, guarding or rebound, no organomegaly.

CNS:                        Normal.

EXTREMITIES:                Normal except for small scars on both her forearms from previous attempted suicide.

It is worthy to note that the patient supported her drug habit recently by selling her mother's jewelry and denies having to do any sexual favors in order to procure drugs.  She has recently broken up with her boyfriend because he would not allow her to use drugs, although he, himself, was using drugs.

IMPRESSION:                 1.  POLYDRUG ABUSE.
                           2.  HEROIN WITHDRAWAL.
                           3.  COCAINE WITHDRAWAL.

M. SHAH, M.D.

| ATTENDING PHYSICIAN | PATIENT | HOSPITAL NO. | ROOM NO. |
| M. SHAH, M.D. | ALFARO, ROSIO | 00-06-96 | 310A |

MS:l/8/86:ah:l/9/86:L3       HISTORY AND PHYSICAL            PAGE THREE

"This information has been disclosed to you from records whose confidentiality is protected by federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose."

001284

| | | |
|---|---|---|
| 1-8-86 | — | Therapy Admission note - Pt |
| 1715 | | admitted to unit accompanied |

by mother and friend of the
family. Pt has a history
of marijuana use for 1½ yrs,
cocaine use for 7-8 months
and heroin use for 3-4
months. Pt. stated that
she has been smoking
marijuana daily and
that her method of using
cocaine and heroin was
"slamming." Pt also admits
to speed balling often
and using too much at
a time and getting sick.
Pt also stated that
when she uses heroin
she uses about ¼ gram
a day. Pt denies any
recent use of heroin and
cocaine and stated the
last time she used it
was 3 weeks to 1 mo ago
when she speedballed.
Mother states she feels
this is not true
and believes
she has (cont) S. Merwin SAC

01-08-86
M.R. 2696

Date/Time    Problem

| 1-8-86 | — | Therapy note con't — used |
| 1715 | | more recently. Mother |
| | | also stated that pt. |
| | | has been sick and |
| | | vomiting since yesterday |
| | | and crying for no reason |
| | | at all. Pt. ran away |
| | | 2 days ago and returned |
| | | home yesterday and asked |
| | | Mother for help. She has |
| | | not had any legal |
| | | problems but her |
| | | attendance at school |
| | | has been sporadic because |
| | | of her busing. Pt. was |
| | | Mexico for 1 mo. and has |
| | | just recently returned |
| | | Pt's father recently left |
| | | the family, about 4 mos. ago |
| | | and returned to Mexico. |
| | | Mother stated, pt's father |
| | | is an alcoholic and has |
| | | been abusive in the past |
| | | when he was drinking. |
| | | Mother also stated pt. has |
| | | become abusive and tried |
| | | to hit her. 4 mo. ago |
| | | Pt. placed in ____ and program |
| | | explained. Sue Merwin SAC |

061286

EX 73    1200

| 1/8 | MD | Heroine + cocaine intravenous. Nausea and vomiting, but now stopped. No abd. cramps. In detox. __ |
| 1-8-86 1730 | #2 | USS- 14 y/o female admitted to Rm 310 for Detox. "I want to be here because I want to get off drugs." Alert, oriented x3, quiet, co-operative. VS = in normal limits. Shakes & physical distress @ present except "a little dizzy. Able to eat small amt. @ supper. Detox procedure explained, pt. void in et. - does not smoke. Shakes & vomiting since yesterday. Guarded re: drug use. (seeing assessment) Observe for S/S withdrawal. Note MD - Pt's Support. _____ |
| 1-8-86 1900 | #1 | USS- Oriented to unit & token procedure explained. Fluids encouraged. Blood drawn for lab. Continue to med as needed. _____ |
| 1-8-86 19-2400 | #2 | USS- W/D Tx from ETOH - benign on teenage alcoholism. Pushing fluids. Urine to lab. Continues to verbalize little discomfort except "dizziness. Medicated for sleep. Detox progressing. Continue to support. __ |
| 1/9/86 0030 | 2 | N/S6: Continues to detox. _____ Still & quiet on rounds. Respirations even. No distress noted. _____ R. Roxxxx |
| 0700 | 2 | N/S6: Checked hourly. __ Slept comfortably. No S/S of withdrawal. Lab in & drew blood. Pt. cooperative. Vs/BP taken. 104/68 - 68-16 c Temp. 97° ___ R. Roxxxx |
| 0800 | 2 | N/S6: Remains quiet. __ R. Roxxxx |

5005153    CAD
ALFARO, ROSIO    F/14
R. SHAH, M.D.    30 N
01-08-86
M.R. #696    /7-1

| | | |
|---|---|---|
| 1/9/8- | | Pt doing well. Gets as follow chd ; the _ m hour. J.L - |
| 1-9-86 1300 | — | Therapy note - Pt. remains in medical detox. Sleeping on and off. Pt. revealed more information regarding drug use and stated that the last time she used heroin was 2 days ago. Pt. voicing no c/o and remains compliant c̄ staff. ____ heroin. SAC |
| 1/9/86 08/1200 | #2 | Nsg: Alert & oriented. c/o feeling sl. dizzy when she sits up and having some sl. abd. discomfort. med x 1 for c/o abd. discomfort c̄ Maalox. Taking fluids well. Denying any w̄drawal symptoms @ this time. VS stable. Scopus |
| 1/9/86 12/1600 | #2 | Nsg: Remains alert & oriented. No further c/o voiced. Working on detox questionnaire. Urine for c/S obtained & sent to lab. No c/o voiced. Continues to take fluids well. — Scopus RN |

This information has ___ ... 42 U.S.C. ... use ... permitted by ...

5005159   CA8
ALFARO, ROSIO   F/14
v. SHAH, M.D.
01-08-86
3 #696

001288

Clinical Staffing Review —

**#1** Pt. still familiarizing herself to unit and asking questions.

**#2** Pt. still in medical detox. Being observed for w/d signs. V.S. taken q2 and then q3 after 1500 today. C/O of minimal stomach discomfort and dizziness. ————

**#2** NS6- Remains in detox. _____ her room only. _____ + using _____. Hurried back to room. Showered while others in group. Remains very quiet. Taking fluids. _____ _____ _____ _____ & _____ bowel 4 poor. talked _ her for a _____ _____ & permission of therapy. _____ _____ most of evening. Med. for sleep. Continue to observe. — _____

**Therapy Note:** Pt initiated conversation c̄ therapist regarding her length of stay. Pt asked, "Do I have to stay the whole 10 days. I don't want to be away from home that long. I don't want to lose _____ or anything. I just don't want to stay here. What will happen if I leave." Pt was encouraged to try to give her body a chance to become drug free

This information has been _____ Federal or _____ laws and _____ otherwise _____ by _____

_____ ROSIO     7/14
_____ CHER I.D.     30 N
01-28-86     171 _____
M.R. #696

Therapy Note (cont'd) Therapist told
Pt She did have to stay and that
the police would be notified if she
left because we are responsible for
her. Pt inquired as to when she
would get her clothes and how long
she had to stay in detox. Pt further
stated, "I can quit using any time I
want! I only came in because my mom
was worried - because I was sick."
Therapist responded she _____ sick because
she was having withdrawal. Therapist
also pointed out she was not ready to
leave the hospital and stay sober on
her own. Pt agreed to stay. V.M. ____
May ____ to be ____ ____ no
distress noted ____

____ slept thru nite. Wakened easily.
____ stable. See detox sheet. Offers no somatic
complaints. Left resting. ___ D. Mitchell

1/8/____ Pt ____

1/8/___ Pt; day and ____ ____ Cramp
+ tremor. Pt; ____ ___ regular
Sma24 ol            5005____    CAD  340A
                    ALFARO, ROSIO    F/14
                    ____ M.D.        SD  N
                    01-08-86         /71    bm
                    M.R. #696

| | | |
|---|---|---|
| 1/6 1100 | #2 | nsg: Remains on detox status. Alert & oriented. Continues to work on detox questionnaires. Taking fluids, & diet well. No symptoms of c̄drawals noted cramp. Denying any abd cramping or leg cramping. — SCooper RN |
| 1/6 1600 | #2 | nsg: Watching tv off & on. Continues to deny any discomfort @ this time. Remains compliant. SCooper RN |
| 1/6 1430 | — | Therapy note - Pt appears in much better spirits. Up and walking about her room. Completed detox questionaires and was instructed on completing her feelings charts while in detox. Pt. was given support and encouraged to be open c̄ staff about her feelings. Responded well to this and verbalized feeling much better about being here but is anxious to come out of detox. — Sue Merwin SA |

The information has not been reviewed by the State of California or any other federal, state or local agency, nor have we reviewed any information or action to complete such notice...

```
                              CAD   330A
ALFARO, ROSIO        9/14
   SHEA M.D.        30 N
- 01-08-86           /71
M.R. #696
```

001291

| | | |
|---|---|---|
| 86 | | |
| 2000 | Prob #2 | Nursing: Remain in detox. Was allowed to put on own clothing & had dinner in Dining Room c̄ fellow patient. Socialized well & interacted appropriate. Walked outdoors c̄ Staff & back To Unit. — O Thompson RN. |
| 6-86 22 | — | Nursing: Taking fluids well — State she felt scared while outdoors this evening but — felt comfortable afterward. O Thompson RN. |
| -86 -24 | — | Nursing: no withdrawal symptoms observed nor discomforts voiced. Vital signs stable. O Thompson RN |
| 186 | #2 | Nsg: Remains in detox. Sleeping quietly when seen no complaints of discomfort present. Onnnsgr |
| 1-86 0830 | | Nsg. A quiet night, appears to have slept well. I morning SR. |
| 11/86 11/35 | | Medium Pt alert awake no cry/lost — cht; chc. Cv ovl. chd. soft n fever. SR |
| 186 2 | | Nsg. Pt. declined to eat lunch c̄ the rest of community, and went to own. Appears to be apprehensive about interaction — T Jones SR |
| | | Attended group therapy — O Thompson SR |

ALFARO, ROSIO
V. CHEN M.D.
01-08-86
M.R. #696

| Date/Time | | Notes |
|---|---|---|
| 1-11-86 00-18⁰⁰ | | Nsg: Behavior appear remains in [ ] top no syms of withdrawals noted. Breakfast taken in room at 100% of meal. appears very apprehensive about interacting with other community members. Saw no somatic complaints |
| 1-11-86 16-19⁰⁰ | | Quiet & resting in bed. Sound asleep in early part of shift. wants to stay in room most of the time but was told to eat dinner in the dining room & socialized c̄ rest of patient. Has complied & went to Pearl meeting (in house) c̄ staff supervision. Watched movie & observed very little interest. _____ [signature] R N |
| 1/12/86 DN00 | | Nsg: Sleeping quietly when seen on rounds. no distress N[ ]. _____ [signature] |
| 1-12-6 0200-090⁰ | | Nsg — O[ ] rest, sounds [ ] [ ] no distress noted — [signature] |
| 1/12/86 1/5/86 | | Pt is in group session at present. dressed c̄ room no problem arrangement — progress f/ D/C for outpatient program see [ ] here [signature] |
| 1/13/85 08/16⁰⁰ | | Nsg: Behavior, appear remains in [ ] detox, no signs of withdrawals noted. breakfast and lunch taken well, remains quiet and somewhat withdrawn likes to stay in room alone. takes no somatic complaints [signature] |

ALFARO, ROSIO<br>V. SHAH M.D.<br>01-08-86

001293

| | | |
|---|---|---|
| 1-12-86 16-2000 | — | nursing. Had dinner in Dining room but isolated. Very little Interaction ē peers. Vital signs stable. Whompon R.N. |
| 1-12-86 20-2400 | | no complaint. stayed in room most of the evening. Whompon R.N. |
| 1/13/86 0100 | — | Nsg: sleeping quietly when seen on rounds no distress noted. no complaints presented. Emery RN |
| 1-13-86 0200-0600 | — | Nsg — Quiet night, sounds ___ ___ sleeping, no distress noted ___ |
| 1/13/86 | | Doing well no problems ___ at ___ C.J. — ___ |
| 1/13/86 08/12 | — | Nsg: Remains on detox status. V.S. stable. No c/o ēdrawals voiced or noted. Spent most of AM in her rm. SCooper RN |
| 1/13/86 12/1600 | | Nsg: Lunch eaten in dining rm, but isolated herself by sitting alone. Reading her book in rm. No c/o voiced. No c̄drawal noted. Alert & Oriented. SCooper RN |
| 1/13/86 2030 | | Thersp Note: OT. reading N.A. Big Book and says she is enjoying |

5-0035: 1    CAS ___
ALFARO, ROSIO         714
Y. SHEH M.D.          ___ N
01-08-86              ___ 771
M.R. #696

(cont'd) looking forward to attending N.A. meeting on her own upon D/C. Affect positive. Beginning to interact more c̄ peers and staff.

G. Lawton PC(unintell)

_-86 — nursing: Socialized c̄ peers - ate dinner
__ in dinning room & attended
step study group. not in any
distress — (unintell) R.N.

__-86 — nsg: Sleeping quietly no distress noted at this
__ time. (unintell) RN

__-6 — nsg - Quiet shift, (unintell) no distress
__-0800 noted. Remains in (unintell) — C.(unintell) LVN

_14/86 — doing (unintell) well
(unintell) Child sees (unintell)
(unintell) expected Thandy Sl. RN

_-86 — nsg Behavior appropriate. Seems
__-1100 quiet. Not much interaction
noted between peers. attending
some activities. No somatic c/o
V. Jones STII

__/86 — nsg: Remains in (unintell) — H. Jones STII
__-1100
-14-86 Family Therapy Note - Pt. attended family groups
c̄ mom to (unintell) a Quest speaker. Pt. inquired
about her discharge (unintell) CAS (unintell)
date. Pt. was (unintell) (unintell)
and attentive. V. Mc(unintell) 01-08-86 (unintell)
M.R. #696

ALFARO, ROSIO
SHEL M.D.
H.R. #696

001295

0600 Nursing - Attended all activities V.S.
are stable and she ate a good dinner.
Seems to enjoy interacting with her
peers more. ———————— A: Stone R

Nsg. a quiet night appears to have slept well.
Remains in Detox. No distress noted. S. Martinez - S.A.T.

Dr. Saeed in — Pt. had good noc
made no complaints made — ——— B. Peneda

Doy wy wil no proble_
_____ N/_

#1 Nsg: Attended groups. Quiet but pleasant
in approach. Remains in detox. V.S.
stable. No apparent withdrawal sx. D McDowellL

Therapy Note: Family therapist contacted
yes mother advised her pt could be
picked up @ 1800 hrs on Thursday, January 16/9
V McDaniel A.C.T.

Nursing: Socializing & interacting more
Remains in Detox and is ready for
Discharge Home in A.M. Aldango S.N

Therapy Note: Pt remains in detox. Interacting
well c peers and staff. Pt will read
Living Sober in detox room while other
peers attended outside anonymous meeting. ——
_____ errors Vm.
Nsg.
V McDaniel A.C.T.

Nsg. A quiet night. appears to have slept well & voiding SA

Nsg. Remains on detox
Station Compliant.
Pleasant. Will be Dr R.

ALFARO, ROSIO
v. SHAM M.D.
01-08-86  #696

Date: 1-8-86    Time: 1700

Admit to detoz

✓ CBC, ✓ UA, ✓ SMA 24, ✓ VDRL, ✓ Blood & Urine Toxocology screen with cannabinoids

Prenancy Test on females, ___ PPD 5TU

Weight on Admission, ✓ Ambulate ad lib, ___ Regular diet, no sugar, no caf:

Vitals q 4 hours until stable then qid

Vitals daily when out of special care

Tylenol 650mg po q 4 hours, prn headache

Multivitamin one (1) po daily

Maalox 15cc po q 2 hours, prn abdominal distress

MOM 30cc po hs, prn constipation

Cepacol throat lozenges q 2 hours, prn sore throat

Chloraseptic mouthwash and gargle q 2 hours, prn sore throat

Triaminic Cough Syrup 10ml po qid, prn for cough

Psychological Evaluation

Repeat abnormal lab when out of special care

If patient is agitated, anxious or shows any signs of withdrawal, call physician for further orders.

L-Tryptophan 500mg hs PRN for sleep

Generic drug equivalent will be dispensed unless box is initialed

*** When ordering any radiological procedure reason must be stated each time.

noted
1730   1-8-86

PRR

5005453

Addressograph
ALFARO, ROSIO    #/14
N. SHAW, M.D.
01-08-86
M.R. #696    /71

001297

**NME HOSPITALS, INC.**

**PHYSICIAN ORDERS**



ADDRESSOGRAPH

PHYSICIAN - PLEASE START A NEW SECTION FOR EACH SET OF ORDERS
PHYSICIAN - PLEASE SIGN ALL VERBAL ORDERS

| DATE | TIME | "GENERICALLY EQUIVALENT DRUG MAY BE DISPENSED UNLESS BOX IS CHECKED." | |
|------|------|---|---|
| 1-8-86 | 1800 | | ☐ |

L-Tryptophan 500mg 1s PRN for sleep
MRX1
TO M Shah MD / Shingler RN

5305453
ALFARO. ROSIO    CAD    310A
M. SHAH M.D.    F/14
01-08-86    80 N
M.R. #896    /71

24°V  1/9/86  B. Reniker RN

5305453A
ALFARO. ROSIO    CAD    310A
M. SHAH M.D.    F/14
01-08-86    80 N
M.R. #896    /71

| DATE | TIME | | |
|------|------|---|---|
| | 0 | Dinner CJ | |

24°V 1/10/86 Dr Fletcher

| DATE | TIME | | |
|------|------|---|---|
| 24°V | 1/11/86 | Omerry RN | |
| 24°V | 1/12/86 | Omerry RN | |
| 24°V | 1/13/86 | Omerry RN | |
| 24°V | 1/14/86 | Omerry RN | |
| 24°V | 1/15/86 | B. Reniker RN | |
| 1/18 | | Discharge today | |

5305453
ALFARO. ROSIO    CAD    310A
M. SHAH M.D.    F/14
01-08-86    80 N
M.R. #896    /71

**PHYSICIAN ORDERS**    PHYSICIAN - PLEASE SIGN ALL VERBAL ORDERS
PHYSICIAN - PLEASE START A NEW SECTION FOR EACH SET OF ORDERS

061298



## TREATMENT PLAN DEVELOPMENT AND UPDATE

New Beginnings
Recovery Centers of America

| Attendees | Date/ Initials | Date/ Initials | Date/ Initials | Date/ Initials | Date/ Initials | Date/ Initials | Date/ Initials | Date/ Initials |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

GENERIC GOALS - PROGRAM EXPECTATIONS

1. To increase understanding of the disease and recovery process of chemical dependency.
2. To identify & reduce emotional and behavioral obstacles to recovery.
3. To improve self-esteem.
4. To improve interpersonal relationships (family, work, social, etc.)
5. To develop a written continuing plan for recovery.

ALFARO, ROSIO
W. SHAH M.D.
01-08-86
M.R. #696

5305157   CAD   313A

- 001299



# MASTER PROBLEM LIST

**New Beginnings** — Recovery Centers of America

PCA 6134/10010

**DATA BASE ABBREVIATIONS:**

EBSA - Emotional, Behavioral and Social Assessment
NA - Nurses Assessment
H & P - Physician's Assessment
PA - Psychologist's Assessment
FQ - Family Questionnaire
RA - Recreational Activities Assessment
O - Other data base - please elaborate

*Problem number does not indicate level of priority

| # | Date | Problem | Data Base | Action Taken | Signature |
|---|------|---------|-----------|--------------|-----------|
| 1. | 1686 | Unbalanced diet | Willing to change of response | See Dietician | [signature] |
| 2. | 1686 | Possible edema | Willing to change | See Dietician | [signature] |
| 3. | White | Lack of physical conditioning | | See Trainer | Henningsen |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | a a | | |
| 10. | | | | | |
| 11. | | | | | |

ALFARO, ROSIO M.D.
01-08-26
M.R. #696

## TREATMENT PLAN

NEW BEGINNINGS

| Date | Objectives/Time Frame (Desired Behavioral Change) | Intervention/Frequency (Treatments provided to achieve objective: What, by whom, where, how and when) | °/+ | Staff Responsible to Monitor |
|------|-----|-----|-----|-----|
| 1-8-86 | Pt. will contr behavior to surrounding ie call bell sys., restroom BR kitchen, Dest., comm rms offices, community room | On Admission - orient to dining room call bell - TV, BR kitchen location of shower communal room to dest counselors offices will be shown as needed orientation provided schedule didactic rules introduce to peers, build | | NSG |
| | -1-15-86 | 1st 7 days | | NSG |
| | | | | NSG / build |

Date Identified 1-8-86   Signature [signature]

Date Identified 1-8-86   Identified By M.D. OBG

No. 1   Problem Unfamiliar c unit / surrounding

Goal Pt. will be familiar c unit & room location
Schedule by 1-15-86.

Confidentiality information... protected by State Section 5328. Before any individual can be addressed in Aftercare... the specific written consent of the person to whom it pertains... A general authorization for the release of medical or other information is not sufficient for this purpose.

MTA47   ROSIO   C.D.
01-03-86   M.R. 4996
CAD   3374

OG1301

New Beginnings

## TREATMENT PLAN

| Date | Objectives/Time Frame (Desired Behavioral Change) | Intervention/Frequency (Treatments provided to achieve objective: What, by whom, where, how and when) | */+ | Staff Responsible to Monitor |
|------|------|------|------|------|
| 1·8·86 | BP & P will be within normal limits by 1·15·86 | US °2° IST 24° 2° 2nd 24° 3rd 38 24° than ① | | USG – |
| | Pt. will retain liquids each regular meals by 1·15·86 | Encourage liquids – note eating patterns | | USG – |
| | Pt. will have no n/v or gastric distress by 1·18·86 | note the occurrence of distress for ____ | | USG – |
| | Pt. will perform personal hygiene by 1·11·86 | Encourage shower, oral ne + use of personal/valuable items | | USG – |

Date 1·8·86   Signature [signature]

Date Identified 1·8·86   Identified By MN –

No. 2   Problem  Possible Edawals

Goal  Pt. will be free from acute edawal f [illegible]

'Identified Discharge Criteria

4. To be Addressed in Altercare

[illegible handwriting and stamps]

# TREATMENT PLAN

| Date | Objectives/Time Frame (Desired Behavioral Change) | Intervention/Frequency (Treatments provided to achieve objective: What, by whom, where, how and when) | *+/- | Staff Responsible to Monitor |
|---|---|---|---|---|
| | 1) Encourage & integrate in physical conditioning | 1) Participate in physical Conditioning group 5 day's w/c | | S.C.A |
| | 2) Relieve stress & tension while in confinement | 2) to be monitored by Staff | | N.S.G |

*Identified Discharge Criteria
+ To be Addressed in Aftercare

Date Identified _11/11/86_   Signature _Rolling RN_

Date Identified _11/11/86_   Identified By _Rolling RN_

No. __3__   Problem _Lack of physical conditioning_

Goal _Improve appetite, sleep, level of tension while in confinement._
_Enhances physical conditioning upto discharge_

ALFARO, ROSIO
SHAH M.D.
01-08-86
M.R. #696

S 335159   CAG   5