LABORATORY REPORTS

(Attach report here and succeeding ones on above lines)

This information has been disclosed to you from records whose confidentiality is protected by State Section 5328, Welfare and Institutions Code and/or Federal Law (42 CFR Part 2) prohibiting any further disclosure of it without the specific written consent of the person to whom it pertains, or as permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose.

WRITTEN BY ☐ STAT ☒ ROUTINE ☐ OTHER

TECH. DATE 1-12-86

DATE & TIME TO BE COLLECTED 1-8-86 1906

TIME COLLECTED

TIME OUT

CHARGE

FULL NAME & ADDRESS REQUIRED FOR ALL PREMARITALS

NAME

ADDRESS

CITY & STATE

PHYSICIAN

ADDRESS

CITY & STATE

☒ RPR

☐ CREDIT 02

5005459 CAD 310A
ALFARO, ROSIO F/14
R, CHAN M.D.
01-05-86 /71
K.R. #696

PATIENT DATA

DOCTORS HOSPITAL OF LAKEWOOD
A NATIONAL MEDICAL ENTERPRISES HEALTH CARE CENTER
3700 E. SOUTH ST., LAKEWOOD, CA. 90712
FRANK URSO, M.D. - DIRECTOR

| | | PREMARITAL PROFILE | | HETEROPHIL (MONO) NEG. | | TYPHOID "H" 1:80 OR LESS | |
|---|---|---|---|---|---|---|---|
| | | FINDINGS | | FEBRILE AGGLUT. | | PARA TYPHOID A 1:80 OR LESS | |
| ANTI-NUCLEAR ANTI-BODIES (ANA) <1:5 | | ☐ REACTIVE | | BRUCELLA ABORTUS 1:80 OR LESS | | PARA TYPHOID B 1:80 OR LESS | |
| FTA (NEG.) | | ☒ NON-REACTIVE | | PROTEUS OX-19 1:80 OR LESS | | COCCI CF | |
| COLD AGGLUTININS 1:16 OR LESS | | RUBELLA TITER | | PROTEUS OX-K 1:80 OR LESS | | | |
| LATEX AGG (RA) NEG | | | | | | | |
| A.S.T.O. SCREEN 1:100 OR LESS | | HETEROPHIL TITRE <1:56 | | PROTEUS OX-2 1:80 OR LESS | | 1/14/86 0630 | |
| C.R.P. (NEG.) | | | | TYPHOID "O" 1:80 OR LESS | | | |

SEROLOGY

CHART

LABORATORY REPORTS

001304

# LABORATORY REPORTS

Scypurka

☐ STAT ☒ ROUTINE ☐ OTHER

DATE & TIME TO BE COLLECTED: 1/9/86

TIME COLLECTED: 2130 PM

TECH | DATE | TIME OUT | CHARGE

5005459 CAD 310A
ALFARO, ROSIO 7/14
C. SHAW M.D. 53 N
01-08-86 /71
M.R. #696

PATIENT DATA

DOCTORS HOSPITAL OF LAKEWOOD
A NATIONAL MEDICAL ENTERPRISE HEALTH CARE CENTER
3700 E. SOUTH ST., LAKEWOOD, CA. 90712
FRANK URSO, M.D. - DIRECTOR

**SOURCE OF SPECIMEN**

| | | |
|---|---|---|
| BLOOD | NOSE | THROAT |
| STOOL | WOUND | CERVICAL OR VAGINAL |
| ☒ URINE ☒ RANDOM | ☐ 24 HOUR | ☐ 1ST MORNING |
| BRONCHOSCOPY ☐ RIGHT | ☐ LEFT | ☐ TRACHEA |
| SPUTUM ☐ RANDOM | ☐ 24 HOUR | ☐ 1ST MORNING |
| CYSTOSCOPY ☐ RT KID | ☐ LT KID | ☐ BLADDER |
| SPINAL FLUID | PLEURAL | |
| OTHER | | |

☐ CREDIT

☐ CALL BACK

GRAM STAIN

86 JAN 9 PM 12:51

CULTURE REPORT

No growth at 48hr

☐ ANAEROBIC CULTURE ☐ STREP SCREEN

☐ SMEAR FOR GRAM STAIN ☐ CULTURE FOR ACID FAST (TB)

☒ ROUTINE CULTURE ☐ WET MOUNT FOR FUNGUS

☐ SMEAR FOR ACID FAST (TB) ☐ CULTURE FOR FUNGUS

MICROBIOLOGY

CHART

This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

OTHER (SPECIFY)

opiate = greater than 0.3 but less than 1.0

Cocaine = greater than 3.0

PCP = negative

1/11/86 06 00 pm

SCLAB

CHART

CBC | H/H | REQ'D BY | TECH | DATE 1-8-86 | TIME | DIFF | PLATELET | PLOT

SA 6.0 | 4.27 | 13.8 | 38.6 | 90.9 | 32.3

DIFFERENTIAL NO. | SEG 50-70: 66 | BAND 3-6 | LYMPH 20-40: 27 | MONO 0-7: 4 | EOSIN 0-5 | BASO 0-1 | ATYP LYMPH | META 0-1 | MYELO | BLAST | RBC MORPHOLOGY

HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| GRAV 1.0 | 1.0 | | | |
| PH | 6.0 | | | |
| PROTEIN | 0 | | | |
| GLUCOSE | 0 | MICRO ONLY | | |
| ACETONE | 0 | WBC/HPF | 2-4 | |
| OCCULT BLOOD | 0 | RBC/HPF | 0-2 | |
| BILE | | EPITHELIAL CELLS | few | |
| UROBILINOGEN | | CRYSTALS | 0 | |
| 0.1-1.0 UNITS | | | | |

COMMENTS:

86 JAN 9

| CAST LPF | | MISC. HPF | | FECES | |
|---|---|---|---|---|---|
| HYALINE | | AMORPHUS | | | |
| GRANULAR | | ☐ URATES ☐ PHOS | | OCCULT BLOOD | |
| WBC | | MUCUS | | OVA & PARASITES | |
| RBC | | BACTERIA | mod | FAT | |
| BROAD | | TRICHOMONAS | | UNDIGESTED FOOD | |
| WAXY | | YEAST | | UROBILINOGEN | |

URINALYSIS FECES

☐ OTHER (SPECIFY)

86 JAN 9 PM 10:11

Negative

SCLAB

CHART

001305

WRITTEN BY
Date & Time To Be Collected 1-8-86
Time Collected
STAT ROUTINE OTHER
TECH
Date
Time Out
AM PM

5005459 CAD 310A
ALFARO, ROSIO F/14
M. SHAH M.D. 80 N
01-08-86 /71
M.R. #696

DOCTORS HOSPITAL OF LAKEWOOD
A National Medical Enterprises Health Care Facility

PREGNANCY TEST
B-HCG PREG TEST (QUAL)
CREDIT
URINE RAPID SLIDE
SPECIFIC GRAVITY 1.0
CREATININE CLEARANCE
Normal value 70–157 mL/mn for 24° collection
Total Volume =
OTHER (SPECIFY) Cannabinoids = negative
opiate = greater than 0.3 but less than 1.0
Cocaine = greater than 3.0
PCP = negative

MISC LAB

CHART

CBC H/H PLATELET PLOT DIFF REQ'D BY ROUTINE STAT TIME DATE 1-8-86 TECH

DIFFERENTIAL NO SEG 60-70 BAND 3-5 LYMPH 20-40 MONO 0-7 EOSIN 0-5 BASO 0-1 ATYP LYMPH META 0-1 MYELO BLAST RBC MORPHOLOGY

This information has been disclosed to you from records whose confidentiality is protected by Federal law... 42 CFR part 2 prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SPECIFIC GRAV. 1.0 | | | | | | | | |
| PH | | | | COMMENTS: 8 JAN 86 | | | | |
| PROTEIN | | | | CAST LPF | | MISC. HPF | | FECES |
| GLUCOSE | | MICRO ONLY | | HYALINE | | AMORPHUS | | |
| ACETONE | | WBC/HPF | 2-4 | GRANULAR | | URATES PHOS | | OCCULT BLOOD |
| OCCULT BLOOD | | RBC/HPF | 0-3 | WBC | | MUCUS | | OVA & PARASITES |
| BILE | | EPITHELIAL CELLS | few | RBC | | BACTERIA | mod | FAT |
| UROBILINOGEN | | CRYSTALS | | BROAD | | TRICHOMONAS | | UNDIGESTED FOOD |
| 0.1-1.0 UNITS | | | | WAXY | | YEAST | | UROBILINOGEN |

OTHER (SPECIFY) negative

86 JAN 8 PM 10:11

MISC LAB

CHART

061306

1/9/86 @ 0400 B.R.

5005459 CAD 310A

ALFARO, ROSIO F/14

Y. SHAH M.D.

01-08-86

M.R. #696

CBC | H/H | PLATELET | PLOT | STAT | ROUTINE | REQ'D BY | TIME | DATE | TECH | TEST NO | NORMAL VALUES | OP CODES

WBC x 10³ 10.4 | RBC x 10⁶ 4.73 | Hgb g/dL 13.6 | Hct % 39.3 | MCV 83.6 | MCH 28.3 | MCHC 34.6

DIFFERENTIAL NORMAL: SEG 50-70 66 | BAND 3-5 | LYMPH 20-40 27 | MONO 0-7 | EOSIN 0-5 | BASO 0-1 | ATYP LYMPH | META 0-1 | MYELO | BLAST

RBC MORPHOLOGY UNREMARKABLE

SPECIFIC GRAV. 1.0 | PH | PROTEIN | GLUCOSE | ACETONE | OCCULT BLOOD | BILE | UROBILINOGEN 0.1-1.0 UNITS

MICRO ONLY | WBC/HPF 2-4 | RBC/HPF 0-3 | EPITHELIAL CELLS few | CRYSTALS 0

CAST LPF: HYALINE | GRANULAR | WBC | RBC | BROAD | WAXY

MISC. HPF: AMORPHUS | URATES | PHOS | MUCUS | BACTERIA mod | TRICHOMONAS | YEAST

FECES: OCCULT BLOOD | OVA & PARASITES | FAT | UNDIGESTED FOOD | UROBILINOGEN

COMMENTS:

OTHER (SPECIFY) Negative

86 JAN 8 PM 10:11

ISC LAB

CHART

"This information has been disclosed to you from records whose confidentiality is protected by federal law (42 CFR Part 2) ... further disclosure ... is prohibited unless expressly permitted ... by such regulations ... Section 5328 ... Welfare and Institutions Code ... specific written consent of the person to whom it pertains ... for this purpose."

001307

CHART COPY

WRITTEN BY
STAT / ROUTINE / OTHER
DATE & TIME TO BE COLLECTED 1-8-86
TIME COLLECTED
TECH. DATE TIME IN
VOIDED CATHETERIZED ROUTINE
YELLOW STRAW AMBER
CLEAR HAZY CLOUDY
CHARGE CREDIT CALL BACK
86 JAN 8 P8:11

5005459 CAD 310A
ALFARO, ROSIO F/14
M. SHAH M.D.
01-08-86
MR. #696

1/9/86 0400

PATIENT DATA

DOCTORS HOSPITAL OF LAKEWOOD
A NATIONAL MEDICAL ENTERPRISES HEALTH CARE CENTER
3700 E. SOUTH ST., LAKEWOOD, CA 90712
FRANK URSO, M.D., DIRECTOR

COMMENTS

86 JAN 8

| | | MICRO ONLY | | CAST LPF | | MISC. HPF | | FECES | |
|---|---|---|---|---|---|---|---|---|---|
| SPECIFIC GRAV. 1.0 | | | | | | | | | |
| PH | | | | | | | | | |
| PROTEIN | | | | | | | | | |
| GLUCOSE | | | | HYALINE | | AMORPHUS | | | |
| ACETONE | | WBC/HPF | 2-4 | GRANULAR | | URATES PHOS | | OCCULT BLOOD | |
| OCCULT BLOOD | | RBC/HPF | 0-3 | WBC | | MUCUS | | OVA & PARASITES | |
| BILE | | EPITHELIAL CELLS | few | RBC | | BACTERIA | mod | FAT | |
| UROBILINOGEN | | CRYSTALS | 0 | BROAD | | TRICHOMONAS | | UNDIGESTED FOOD | |
| 0.1-1.0 UNITS | | | | WAXY | | YEAST | | UROBILINOGEN | |

URINALYSIS FECES

OTHER (SPECIFY)

Negative

86 JAN 8 P8:11

SCL LAB

CHART

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) ... prohibit you from making any further disclosure ... unless further disclosure is expressly permitted by ... or as otherwise permitted by such regulations. A general ... Section 5328, Welfare and Institutions Code and/or Federal Law ... without the written consent of the person to whom it pertains, or as ... other information is not sufficient for this purpose.

001308



This information has been disclosed to you from records whose confidentiality is protected by State: Section 5328, Welfare and Institutions Code and/or Federal Law. Federal regulations prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

WRITTEN BY

☐ STAT ☒ ROUTINE ☐ OTHER

TECH

Date & Time To Be Collected: 1-8-86

Time Collected: 9

PREGNANCY TEST

☐ B-HCG PREG TEST (QUAL) ☐ CREDIT

☒ URINE RAPID SLIDE ☐ SPECIFIC GRAVITY 1.0

☐ CREATININE CLEARANCE
Normal value 70–157 mL/mn for 24" collection
Total Volume =

☐ OTHER (SPECIFY)

Negative

5005459 CAD 310A
ALFARO, ROBIO F/14
K. SHAH M.D.
01-08-86
M.R. #696

86 JAN 8 P10

DOCTORS HOSPITAL OF LAKEWOOD
A Hospital Medical Enterprises Health Care Facility

MISC LAB

CHART

001300

DOCTORS HOSPITAL OF LAKEWOOD SOUTH STREET
FRANK P. URSO M.D. DIRECTOR

WRITTEN BY
☐ STAT ☒ ROUTINE ☐ OTHER
TECH
Date & Time To Be Collected 0600
Date 1-8-86
Time Collected 6 34
Time Out ☐ AM ☐ PM

5005459 CAD 310A
ALFARO, ROSIO F/14
M. SHAH M.D.
01-08-86
M.R. #694

PATIE
PATIE
ACCES
DOCTO

☐ PREGNANCY TEST
☐ HCG PREG TEST (QUAL) ☐ CREDIT
☐ URINE RAPID SLIDE SPECIFIC GRAVITY 1.0
☐ CREATININE CLEARANCE
Normal value 70–157 mL/mn for 24° collection
Total Volume =
☒ OTHER (SPECIFY) SMA-24

86 JAN 8 PM 1:41

DOCTORS HOSPITAL OF LAKEWOOD

M I S C L A B

CHART

CHEMI
SERUM

| Test | Result | Units | Range | Flag |
|---|---|---|---|---|
| SODIU | | | | |
| POTAS | | | | |
| CARBO | | | | |
| CREAT | | | - 1.4 | |
| CHLORIDE | 106 | MMOL/L | 95.0 - 105.0 | HIGH |
| UREA NITROGEN | 11 | MG/DL | 7.0 - 25.0 | |
| GLUCOSE | 97 | MG/DL | 70.0 - 110.0 | |
| TOTAL PROTEIN | 6.6 | G/DL | 6.0 - 8.0 | |
| ALBUMIN | 3.9 | G/DL | 3.5 - 5.0 | |
| CALCIUM | 9.8 | MG/DL | 9.0 - 10.6 | |
| AMYLASE | | | - | |
| TOTAL BILI-ADULT | 0.3 | MG/DL | .2 - 1.0 | |
| DIRECT BILIRUBIN | | | - | |
| AST (SGOT) | 18 | IU/L | 10.0 - 42.0 | |
| ALT (SGPT) | 15 | IU/L | 10.0 - 60.0 | |
| CK (CPK) | | | - | |
| LD (LDH) | 89 | IU/L | 91.0 - 180.0 | LOW |
| AP (ALP) | 79 | IU/L | 26.0 - 88.0 | |
| GGT | 9 | IU/L | 7.0 - 64.0 | |
| CHOLESTEROL | 183 | MG/DL | 133.0 - 298.0 | |
| PHOSPHORUS | 5.6 | MG/DL | 2.6 - 4.9 | HIGH |
| TRIGLYCERIDES | 86 | MG/DL | 46.0 - 236.0 | |
| URIC ACID | 4.5 | MG/DL | 1.2 - 7.5 | |

This information has been disclosed to you from records whose confidentiality is protected by state Section 5328, Welfare and Institutions Code, and/or Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

CALCULATED VALUES

8 ANION GAP
14 BUN/CREATININE RATIO
281 OSMOLALITY
1.4 A/G RATIO
INDIRECT BILIRUBIN

comments

OPERATOR ID JP
ASTRA Link ID 275

CHART COPY

SmithKline Bio-Science Laboratories

ACCT. NO. 90714001

1 OF 1 PAGES

LAB NO 565636
DATE COLLECTED 01/08/86
TIME COLLECTED 20:00
DATE ENTERED 01/09/86
DATE REPORTED 01/11/86 05:11
REPORT STATUS FINAL

DRS HOSPITAL OF LAKEWOOD
LABORATORY
5300 CLARK AVE
LAKEWOOD
CA 90714
ROUTE LMDL STOP M

ALFARO ROSIO
AGE 14 SEX F
PT ID# 5005459
PHY: SHAH 310A

WRITTEN BY
STAT ROUTINE OTHER
TECH
Date & Time To Be Collected 1-8-86
Time Collected
Date
Time Out AM PM

PREGNANCY TEST
B-HCG PREG TEST (QUAL)
CREDIT
URINE RAPID SLIDE SPECIFIC GRAVITY 1.0
CREATININE CLEARANCE
Normal value 70–157 mL/mn for 24° collection
Total Volume =
OTHER (SPECIFY) Blood, urine toxicology (c cannabinoids)
Comprehensive toxicology

5005459 CAD 310A
ALFARO, ROSIO F/14
V. SHAH M.D.
01-08-86
M.R. #696
06 JAN 86 18:02

LAB 565636
CLT 90714001
PATIENT NAME
CHART

DOCTORS HOSPITAL OF LAKEWOOD

MISC LAB

Confidentiality is protected by State Section 5328, Welfare and Institutions Code and/or Federal... disclosure of it without the specific written consent of the person to whom it pertains... of medical or other information is not sufficient for this purpose.

AND ARE "NONE DETECTED" UNLESS INDICATED ABOVE:

| | | |
|---|---|---|
| AMPHETAMINES | BENZODIAZEPINES | NARCOTICS |
| D-AMPHETAMINE | (IN URINE AS | CODEINE, DIHYDRO... |
| METHAMPHETAMINE | METABOLITE ONLY) | HYDROMORPHONE |
| ANALGESICS(*) | CHLORDIAZEPOXIDE(*) | MEPERIDINE |
| ACETAMINOPHEN | DIAZEPAM(*) | MORPHINE |
| SALICYLATE | FLURAZEPAM | PENTAZOCINE |
| ANTIDEPRESSANTS | NORDIAZEPAM(*) | PROPOXYPHENE |
| AMITRIPTYLINE | OXAZEPAM, TEMAZEPAM | PHENOTHIAZINES |
| AMOXAPINE | MISCELLANEOUS AGENTS | (IN URINE AS |
| DESIPRAMINE | COCAINE/METABOLITE | METABOLITE ONLY) |
| DOXEPIN | DEXTROMETHORPHAN | CHLORPROMAZINE |
| IMIPRAMINE | DIPHENHYDRAMINE | THIORIDAZINE |
| MAPROTILINE | EPHEDRINE, LIDOCAINE | SEDATIVES/HYPNOTICS(*) |
| NORTRIPTYLINE | PHENCYCLIDINE(PCP) | CARISOPRODOL |
| BARBITURATES(*) | PHENYLPROPANOLAMINE | ETHCHLORVYNOL |
| AMOBARBITAL | PHENYTOIN | GLUTETHIMIDE |
| BUTABARBITAL | QUINIDINE/QUININE | MEPROBAMATE |
| BUTALBITAL | VOLATILES(*) | METHAQUALONE |
| PENTOBARBITAL | ACETONE, ETHANOL | METHOCARBAMOL |
| PHENOBARBITAL | ISOPROPANOL | METHYPRYLON |
| SECOBARBITAL | METHANOL | |

ALL GROUPS ARE DETECTABLE IN URINE OR GASTRIC FLUID. IF ONLY BLOOD IS SUBMITTED, ONLY THOSE GROUPS MARKED BY AN ASTERISK MAY BE DETECTED.

001311

| Date | Time | Vitals | Observation | Action | Init |
|---|---|---|---|---|---|
| 9-5-86 | 1700 | 110/60-72-20 T 97 | quiet - alert - cooperative | close observation for [illegible] | [illegible] |
| | 1900 | 114/60-80-20 99.6 | watching TV | continue observation | [illegible] |
| | 2100 | 110/80-80-18 98.0 | watching TV - Ø% distress | continue to observe | [illegible] |
| | 2300 | 110/80-72-16 98.3 | med for sleep; HA - resting | continue to observe | [illegible] |
| 9-6 | 0100 | Sleeping | [illegible] | continue to observe | CS |
| 9-6 | 0300 | Sleeping | Sleeping soundly - no problems presented | continue to observe | BP |
| 9-6 | 0500 | Sleeping | sleeping on back resp. even | continue to observe | [illegible] |
| 9-6 | 0600 | Sleeping | Remains sleeping | continue to observe | [illegible] |
| 9-6 | 0800 | 104/68-68-16 97.6 | Lab in to draw blood. SMA 24 - PT COOPERATIVE | let sleep until breakfast H2O | [illegible] |
| 1/9/86 | 0900 | 97.3 102/76 16 | c/o feeling dizzy - med for abd discomfort | monitor & observe | SC |
| 1/9/86 | 1100 | 98.2 110/70 64-16 | no c/o. watching TV. | monitor & observe | V.J. |
| 1/9/86 | 1300 | 97.8 100/60 66-16 | Doing program work | monitor & observe | VJ |
| 1/9/86 | 1500 | 98.6 100/60 68-16 | alert - wants shower | monitor & observe | VJ |
| 9-8 | 1700 | 102/80 72-16 98.1 | watching TV - Ø% distress | continue observation | [illegible] |
| | 2000 | 112/70 72-16 98.5 | watching TV - [illegible] for | continue observation | [illegible] |
| | 2300 | 118/70 72-16 96 | discomfort [illegible] med for sleep - [illegible] c/o | continue observation | [illegible] |
| | 0100 | Sleeping soundly | | Con't to observe | CS |
| | 0300 | Sleeping soundly | | Con't to observe | CS |
| | 0500 | Sleeping soundly | | Con't to observe | CS |
| | 0700 | 100/[illegible] 20 | [illegible] | Cont to observe | CS |

SIGNATURE AND SAMPLE INITIALS

| Signature | Initials | Signature | Initials |
|---|---|---|---|
| [signature] | [illegible] | V. Jones | VJ |
| C. Stolte Sgt | CS | Carol Stolte Sgt | [illegible] |
| S. Cooper | SC | | |

This information has been disclosed to you from records whose confidentiality is protected by State law ... Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

ADDRESSOGRAPH

5035457 CAD [illegible]
ALFARO, ROSIO [illegible]/14
V. SHAH M.D.
01-08-86 [redacted]/71
M.R. #696

DETOXIFICATION
SPECIAL CARE/SUICIDE PRECAUTION/AMA SHEET

| | | | |
|---|---|---|---|
| 68-16 | watching T.V. quiet waiting | observe closely | VJ |
| 98.7 104-160 | Reading program material | Continue to observe | VJ |
| 110/60 80-20 | watching T.V. ambulating around unit | Continue to observe | [illegible] |
| 100/68 82-20 | Awake - no discomfort | Continue Observation | [illegible] |
| | Sleeping quietly | Cont. observance | bn |
| | Continues to sleep. | observe | bn |
| 100/70 72-20 | awake | Cont. to observe | Sm. |
| | No signs of withdrawal awake after breakfast at 1000 | Cont to observe | [illegible] |
| | attended Community Groups no signs of withdrawal | Cont to observe | [illegible] |
| | Returned to room soon after community group over | Cont to observe | [illegible] |
| 70/60 102-78-18 | refused lunch remains in room no signs of withdrawal | Cont to observe | [illegible] |
| | Behavior appropriate no signs of withdrawal | Cont to observe | [illegible] |
| 76-18 | Sound asleep - appears calm | Continue to observe | [illegible] |
| 96.8 80-18 | Ambulating in unit [illegible] | Continue to observe | [illegible] |
| 100/68 82-18 | Sound asleep. | Continue to observe | [illegible] |
| Sleeping | | Cont to observe | CS |
| Sleeping | | Cont to observe | CS |
| Sleeping | | Cont to observe | CS |
| | | Cont to observe | CS |
| | Awake breakfast taken well in dining room no signs of withdrawal | Cont to observe | [illegible] |

This information has been disclosed to you from records whose confidentiality is protected by State: Section 5328 Welfare and Institutions Code and Federal Law. Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

SIGNATURE AND SAMPLE INITIALS

| | | |
|---|---|---|
| VJ. | [signature] | [initials] |
| [initials] | [signature] | CS |
| bn | | |

ADDRESSOGRAPH

ATION
ARE/SUICIDE PRECAUTION/AMA SHEET

5335133 CAD 313A
ALFARO, ROSIO F/14
Y. SHEN M.D. 33 N
01-08-86 [redacted]/71
M.R. #696

001313

| SIGNS | BEHAVIOR/EMOTIONAL STATUS | PLAN OF ACTION | INITIALS |
|---|---|---|---|
| | signs of withdrawal attended group | cont to above | BB |
| | ate 100% of meal | | |
| | No S/S of withdrawal | cont to observe | [illegible] |
| | No signs of withdrawal | | |
| | mother in dining [illegible] | cont to above | BB |
| 10/58 98⁵. 86-18 | ate dinner in dining room | Continue to observe | g |
| 112/60 98-84.18 | In room watching T-V | Observed closely | g |
| | Found asleep | Continue to observe | g |
| | sleeping soundly | continue to observe | bm |
| 100/60 80 98.5 16 | Reading big book | Continue to monitor & observe | Se |
| | attended step study group | Continue Observation | g |
| 97³-100-17 120/70 | Socializing some. ate in Dining Room | Continue to observe | g |
| | watching T-V | Closely observed | g |
| | Reading NA Book then went to sleep | closely observing | g |
| | Asleep | Continue to observe | g |
| | Sleeping | Con't TO Observe | CS |
| | Sleeping | Con't, TO Observe | CS |
| | Sleeping | Con't TO Observe | CS |
| 95⁷ 76 110/80 | [illegible] alert [illegible] | Con't TO Observe | CS |
| | | | |
| 100/70 98.2 80 18 | alert + oriented attending group | Cont to monitor & observe | Se |
| 96⁸ 80 80-18 | ate well | cont. to observe | is |

SIGNATURE AND SAMPLE INITIALS

| | | | |
|---|---|---|---|
| [illegible] | BB | [illegible] | Se |
| [illegible] | g | [illegible] | CS |
| | bm | [illegible] | Se |
| | | [illegible] | is |

ADDRESSOGRAPH

5005459 CAD 31 [illegible]
ALFARO, ROSIO F/14
[illegible] SHAH M.D.
01-08-86 [redacted]/71
M.R. #696

...ATION
...ARE/SUICIDE PRECAUTION/AMA SHEET

This information has been disclosed to you from records whose confidentiality is protected by State: Section ... Welfare & Institutions Code; and/or Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by ... A general authorization for the release of medical or other information is NOT sufficient for this purpose.

| | | | | | |
|---|---|---|---|---|---|
| 5/11 | 1830 | 96⁴ - 80 - 17 - 100/60 | Socializing ē Peers. | Continues to observe | S |
| 5/11 | 2030 | 97 - 82 - 20 - 102/64 | Socializing - no complaint | Continue to observe | S |
| | | | | | |

This information has been disclosed to you from records whose confidentiality is protected by State: Section 5328, Welfare and Institutions Code; and/or Federal Law, Federal-Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

SIGNATURE AND SAMPLE INITIALS

| | | |
|---|---|---|
| [signature] RN | S | |
| | | 12 85 |
| | | |

DETOXIFICATION
SPECIAL CARE/SUICIDE PRECAUTION/AMA SHEET

ADDRESSOGRAPH
5335453 CA 3
ALFARO, ROSIO F/14
Y. SHAH M.D.
01-08-86 [redacted]/71
M.R. #696

001315

MEDICATION

| ...administration, (Reorder date) | START | STOP | START | STOP | START | STOP | START | STOP | START | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| ...nol 650 mg po PRN Headache | 1886 | | | | | | | | | |
| ...lox 15 cc po PRN abdominal distress | 1-8 | | | | | | | | | |
| ...M 30cc po PRN Constipation | 1-8 | | | | | | | | | |
| ...acol throat Lozenges PRN sore throat po | 1-8 | | | | | | | | | |
| ...oraseptic mouthwash ...gle q2° PRN sore throat po | 1-8 | | | | | | | | | |
| ...aminic Cough Syrup po ...ml qid PRN for Cough | 1-8 | | | | | | | | | |
| ...yptodan 500 mg hs ...for Sleep MR | 1-8 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Diagnosis: Chem. Dependency

Allergies: NKA

5335453 CAD 310A
ALFARO, ROSIO
M. SHAH M.D.
01-08-86 [redacted]/71
M.R. #696

This information has been disclosed to you from records whose confidentiality is protected by State section 5328, Welfare and Institutions Code and/or Federal Law. Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose.

1001316

A.M.= 12:00 Midnight to 12:00 Noon
P.M.= 12:00 Noon to 12:00 Midnight

CODE = SITE OF INJECTION (CHART CODE AFTER EACH INJECTION)

A = Rt. Gluteus
B = Lt. Gluteus
C = R. Ant. Thigh
D = L. Ant. Thigh
E = Rt. Iliac Crest
F = Lt. Iliac Crest
G = Rt. Deltoid
H = Lt. Deltoid

CHART COPY

| MEDICATION, DOSE ROUTE, INTERVAL — CIRCLE PROPER DOSE ROUTE | | TIME A.M. / P.M. | DATE 1-8-86 | DATE 1-9-86 | DATE 1-10-86 |
|---|---|---|---|---|---|
| Vitamin T Daily | Oral / I.M. / I.V. | 08 | | 08 | 08 |
| 5TU SubQ | Oral / I.M. / I.V. | | Rt Forearm | | Read-Neg. |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| | Oral / I.M. / I.V. | | | | |
| Tylenol 650mg po PRN headache | Oral / I.M. / I.V. | | 22 | | |
| Noctec 500mg PRN for sleep HS X1 | Oral / I.M. / I.V. | | 22 | 22 | |
| | Oral / I.M. / I.V. | | | | |

This information has been disclosed to you from records whose confidentiality is protected by State, State Welfare and Institutions Code and/or Federal Regulations. Federal Regulations prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

| SIGNATURE SHIFTS | SHIFT | | | |
|---|---|---|---|---|
| | 12-7 | | [signature] | [signature] |
| | 7-3 | | [signature] | [signature] |
| | 3-12 | [signature] | [signature] | [signature] |

☐ DISCHARGE ☐ Yes ☐ No

Date

NKA

Chemical Dependency

5005459 CAD 31

ALFARO, ROSIO F/14
M. SHAH M.D.
01-08-86 /71
M.R. #696

COPY PAGE ______

MEDICATION RECORD

DOCTORS HOSPITAL OF LAKEWOOD

001317

# PRN AND STAT MEDICINES

CAD 313A
ALFARO, ROSIO F214
M. SHAH M.D. BJ N
01-08-86 [redacted] /21
M.R. #696

| DATE | TIME | MEDICINE, ROUTE, SITE, REASON, RESULTS | SIGNATURES |
|---|---|---|---|
| **DAY 1** | | | |
| [illegible] | 2200 | Tylenol 650 mg po for c/o headache | [illegible] |
| | | L-Tryptophan 500mg po for sleep | [illegible] |
| | 2300 | Sleeping | [illegible] |
| **DAY 2** | | | |
| [illegible]86 | 2230 | L-Tryptophan 500mg po for sleep | [illegible] |
| | 2315 | Sleeping | [illegible] |
| **DAY 3** | | | |
| [illegible]86 | 1500 | PPD neg. | [illegible] |

This information has been disclosed to you from records whose confidentiality is protected by State section 5328 Welfare and Institutions Code and/or Federal law. Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.



A.M.= 12:00 Midnight to 12:00 Noon
P.M.= 12:00 Noon to 12:00 Midnight

CODE = SITE OF INJECTION (CHART ... E AFTER EACH INJECTION)

| | | |
|---|---|---|
| A = Rt. Gluteus | D = L. Ant. Thigh | G = Rt. Deltoid |
| B = Lt. Gluteus | E = Rt. Iliac Crest | H = Lt. Deltoid |
| C = R. Ant. Thigh | F = Lt. Iliac Crest | |

CHART COPY

| START | MEDICATION, DOSE ROUTE, SITE, INTERVAL (CIRCLE PROPER DOSE ROUTE) | | TIME A.M. / P.M. | DATE 1/11/86 | DATE 1/12/86 | DATE 1/13/86 |
|---|---|---|---|---|---|---|
| 1/8 | ROUTINES: multivitamin T daily | Oral / I.M. / I.V. | 08 | 08 | [illegible] | 08 |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | 1 | 2 | 3 |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| | | Oral / I.M. / I.V. | A / P | | | |
| 1/8 | Tylenol 650mg q4o PRN H/A | Oral / I.M. / I.V. | PRN | | | |
| 1/8 | L-Tryptophan 500mg H.S. PRN Sleep may R x 1 | Oral / I.M. / I.V. | PRN | | | |
| | PRNS | Oral / I.M. / I.V. | A | | | |

| NURSE'S SIGNATURE ALL SHIFTS | SHIFT | | | | DISCHARGE |
|---|---|---|---|---|---|
| | 12-7 | Omerrigan | Omerrigan | Omerrigan | Yes / No |
| | 7-3 | [illegible] | [illegible] | [illegible] | |
| | 3-12 | Aslanyan RN | Aslanyan RN | Aslanyan RN | Date |

ALLERGIES
N.K.A

DX.
Chemical Dependency

CHART COPY
PAGE ____
MEDICATION RECORD
12221 (8/83)

DOCTORS HOSPITAL OF LAKEWOOD

1 10 86

5335459 CAD 31JA
ALFARO, ROSIO F/14
F. SHAH M.D. 30 N
01-08-86 [redacted]/71
M.R. #696

001319

USE BALL POINT PEN - PRESS FIRMLY

A.M. = 12:00 Midnight to 12:00 Noon
P.M. = 12:00 Noon to 12:00 Midnight

CODE = SITE OF INJECTION (CHART SITE AFTER EACH INJECTION)

A = Rt. Gluteus
B = Lt. Gluteus
C = R. Ant. Thigh
D = L. Ant. Thigh
E = Rt. Iliac Crest
F = Lt. Iliac Crest
G = Rt. Deltoid
H = Lt. Deltoid

CHART COPY

| START | MEDICATION, DOSE ROUTE, SITE, INTERVAL / CIRCLE PROPER DOSE ROUTE | | TIME A.M. / P.M. | DATE 1/14/86 | DATE 1/15/86 | DATE 1/16/86 |
|---|---|---|---|---|---|---|
| 1/8 | ROUTINES multivitamin 1 daily | Oral I.M. I.V. | 08 | 08km | 08 BR | 08 BR |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | 1 | 2 | 3 |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | | Oral I.M. I.V. | | | | |
| | PRNS | Oral I.M. I.V. | | | | |

This information has been disclosed to you from records whose confidentiality is protected by Federal Regulations (42 CFR part 2) ... prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations ... Welfare and Institutions Code ... information for this purpose ...

| NURSE'S SIGNATURE ALL SHIFTS | SHIFT | 1/14/86 | 1/15/86 | 1/16/86 |
|---|---|---|---|---|
| | 12-7 | [illegible] RN | B. [illegible] RN | B. [illegible] |
| | 7-3 | [illegible] RN | McDaniel LVN | [illegible] RN |
| | 3-12 | A. Stone RN | [illegible] RN | [illegible] |

DISCHARGE Yes / No
Date

ALLERGIES
N.K.A.

DX.
) Chemical Dependency

1788

5335459 CAD 313A
ALFARO, ROSIO F/14
M. SHAH M.D. 30 N
01-08-86 [redacted]/71
M.R. #696

CHART COPY

PAGE ______

MEDICATION RECORD

12221 (8/83)

DOCTORS HOSPITAL OF LAKEWOOD

001320

nos Rosio

# NURSING ASSESSMENT
# ADOLESCENT RENEWAL UNIT
(Page 1 of 2)

AMBULATORY ✓ W/C ___ OTHER ___ ACCOMPANIED BY: natural mother

AGE 14 SEX F SMOKE no cigs SOURCE OF INFORMATION patient

TEMP. 98² B/P 110/60 PULSE 72 RESP 20 HEIGHT 61½ WEIGHT 142 DENTURES Ø

GLASSES lost her contacts CONTACT LENSES X HEARING AID Ø OTHER Ø

VISION: RIGHT EYE 50/20 LEFT EYE 20/20 COLOR VISION: NORMAL ✓ ABNORMAL ___

Lft. arm tc 05 · Rose near wrist w Rosie. Rt. ear 2 Lft ear 1 pierce

FEMALE: DATE OF LAST MENSTRUAL CYCLE ___ COMMENTS ended 2 days ago 1-6-85

ALLERGIES
ENVIRONMENTAL: Ø FOODS: Ø

MEDICATIONS: Ø

HOSPITALIZATIONS: ER x1 Roos Loos? 2 mos ago
maybe FHP

X-RAYS OR TESTING DONE IN THE LAST FOUR MONTHS. Ø

ANY PHYSICAL LIMITATIONS: Ø

EATING PATTERN: snacks only SLEEPING PATTERN: 2 AM - 12 N

CRISIS PRECIPITATING THIS HOSPITALIZATION: Stopped doing heroin (yesterday)

IMMUNIZATION RECORDS: COMPLETE: yes INCOMPLETE: ___

REQUEST FOR COPY OF IMMUNIZATION, COMMENT BY PARENT: done

MEDICATIONS BROUGHT TO THE HOSPITAL: Ø

SENT HOME ___ SENT TO PHARMACY ___ LOCKED IN MEDICATION ROOM ___

VALUABLES: Ø

KEPT WITH PATIENT: ___ SENT HOME: ___ IN HOSPITAL SAFE: ___

wearing jewelry - † on chain

This information has been disclosed to you from records whose confidentiality is protected by State. Section 5328 Welfare and Institutions Code and/or Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

Confidential Patient Information See California Welfare and Institutions Code Section 5328

ADDRESSOGRAPH
5303459 CAD 313A
ALFARO, ROSIO
M. SHAH M.D.
01-08-86
M.R. #696

DOCTORS HOSPITAL OF LAKEWOOD
CLARK AVENUE DIVISION

RU-201 (4/82)

001321

**PREVIOUS ILLNESS**

ABDOMINAL PAIN: cramping ULCER: denies

VOMITING BLOOD: ∅ blood emesis during 1st 24° ̄s heroin EDEMA: denies

JAUNDICE: denies HEPATITIS: denies

BRUISE EASILY: denies BLACK TARRY STOOL: yes - a long time ago

PSYCHIATRIC: denies

OTHER:

**DRINKING HISTORY**

1. ABOUT HOW OLD WERE YOU WHEN YOU TOOK YOUR FIRST DRINK? denies drinking age 10 -
2. ABOUT HOW OLD WERE YOU WHEN YOU FIRST BECAME INTOXICATED? – denies
3. DO YOU REMEMBER WHAT YOU WERE DRINKING? – threw up alcohol -
4. DID YOU ARRIVE AT YOUR PRESENT LEVEL OF DRINKING:
   - A. OVER A LONG PERIOD OF TIME? – HOW LONG? –
   - B. BY A SUDDEN RAPID INCREASE (OVER SEVERAL MONTHS OR LESS)? –
5. HOW OFTEN DO YOU DRINK? – DAILY – WEEKLY – MONTHLY.
6. HOW MUCH DO YOU USUALLY DRINK? drank 2 mos ago ∅ since
7. DO YOU THINK DRINKING IS A PROBLEM TO YOU? NO
8. WHEN WAS THE LAST TIME YOU DRANK? 2mos - TYPE: hard liquor whiskey AMOUNT:

**DRUG HISTORY**

1. ABOUT HOW OLD WERE YOU WHEN YOU TOOK YOUR FIRST DRUG? 12 TYPE: MJ
2. LIST THE DRUGS YOU HAVE BEEN INVOLVED WITH. (STREET DRUGS/PRESCRIPTION DRUGS)

| NAME OF DRUG | AMOUNT | DURATION OF USE | LAST USE |
|---|---|---|---|
| MJ | daily - | Since age 12 | yesterday |
| Heroin | 2x ∅ | 3mos in a row - | 1-7-89 - |
| Cocaine | ? | "whenever I could get | 1 mo. ago |
| whites | 12 | 12 | 1 mo ago |
| sniffed paint thinner | 12 | 12 - | - ✓ ∅ - |

This information has been disclosed to you from records whose confidentiality is protected by State Section 5328, Welfare and Institutions Code, and/or Federal Law, Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

# NURSING ASSESSMENT
# ADOLESCENT RENEWAL UNIT

(Page 2 of 2)

ANSWER THE NEXT QUESTIONS BASED ON:

0=CLIENT DOES NOT KNOW
1=NON-DRINKER
2=LIGHT SOCIAL DRINKER
3=MODERATE SOCIAL DRINKER
4=HEAVY SOCIAL DRINKER (FREQUENT)
5=PROBLEM DRINKER (AT ANY TIME IN LIFE)
6=ALCOHOLIC (AT ANY TIME IN LIFE)

(IF MORE THAN ONE IN THE CATEGORY, WRITE NAME, AGE AND THEN NUMBER)

| HOW WOULD YOU DESCRIBE THE DRINKING HABITS OF: | | DRUG HABIT OF: |
|---|---|---|
| YOUR MOTHER: | 1 | 1 |
| YOUR FATHER: | 6 | 1 |
| YOUR BROTHER(S): | 6 yrs old 1 | 1 |
| YOUR SISTER(S): | 12 " " 1 | 1 |
| YOUR GRANDPARENT(S): | 1 | 1 |
| YOUR UNCLE(S): | none 1 | 1 |
| YOUR AUNT(S): | none 1 | |

This information has been disclosed to you from records whose confidentiality is protected by State: Section 5328, Welfare and Institutions Code and/or Federal Law Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

EXPERIENCES: (LIST DATES)

FLASHBACKS: denies HALLUCINATIONS: denies

D.T.S.: no but sounds like [illegible] for H SEIZURES: denies

BLACKOUTS: yes - RUNAWAYS: yes - day before yesterday - was 4th time

SUICIDE THOUGHTS: once - one month ago

SUICIDE ATTEMPTS: "tried to [illegible] veins" (has scars length of Lt arm esp. also Rt. - was med by MD (family) - no [illegible] since

WHAT IS YOUR PERCEPTION (OPINION) OF DRUGS AND THEIR USE? "I like the feeling (when I use)

A.A. AND N.A. ORIENTATION

HAVE YOU EVER HEARD OF THE ORGANIZATIONS OF ALCOHOLICS ANONYMOUS OR NARCOTICS ANONYMOUS?

- Yes -

HAVE YOU EVER ATTENDED AN A.A. MEETING? - Yes - 2 mos ago N.A. MEETING? NO

WHAT IS YOUR UNDERSTANDING OF HOW IT WORKS? Yes

Confidential Patient Information See California Welfare and Institutions Code Section 5328

DOCTORS HOSPITAL OF LAKEWOOD
CLARK AVENUE DIVISION

ADDRESSOGRAPH
5305459 CAD 313A
ALFARO, ROSIO F/14
M. SHAH M.D. 83 M
01-08-86
M.R. #696

RU-201 (4/82)

-001323

1745-

**EVALUATION**

PHYSICAL: "I feel dizzy right now."

EMOTIONAL: OK - "I want to be here because I want to get off drugs".

SOCIAL: all my friends use -

FINANCIAL: "stole my mother's jewelry & sold it"

EDUCATIONAL/OCCUPATIONAL: not in school - 9th grade -

OUTSTANDING BEHAVIOR PATTERN: "I'm a trouble maker."

SELF DESCRIPTION: "I don't know"

LEGAL: none

IMPORTANT PHONE NUMBERS:

HOME: 991-0592

DOCTOR(S):

P.O. None -

OTHER:

INFORMATION OBTAINED BY: [signature]

DATE: 1-8-86 -

CHECKED BY:

DATE:

This information has been disclosed to you from records whose confidentiality is protected by State section 5328, Welfare and Institutions Code; and/or Federal Law. Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

| DATE | TIME | DISCHARGE INSTRUCTIONS / NURSE'S NOTES |
|---|---|---|
| | | DIET: (Special or regular type of diet or feedings: frequency of diet; printed instructions) |
| | | Regular |
| | | TREATMENT: (dressings, catheters, wound care, etc.) |
| | | no |
| | | MEDICATION: (medication, dosage and time, special precautions) |
| | | None |
| | | ACTIVITY: (ambulatory status, excerise) |
| | | Ambulatory alert |
| | | MEDICAL APPOINTMENTS: (doctors' office, etc.) |
| | | SPECIAL INSTRUCTIONS: (home care, family involvement) |
| | | Referral given to DayBreak - 1515 W N. St Anaheim CA 92801 |
| | | I have been instructed and understand the above. (Patient's copy below) |
| | | Patient's Signature |
| | | or |
| | | Family member |
| | | Socorro Alfaro |
| | | DISCHARGED VIA: (stretcher, wheelchair) |
| | | Ambulatory - |
| | | ACCOMPANIED BY: (nurse, family member) mother c Therapist Sue - |
| | | CONDITION ON DISCHARGE: |
| | | Alert o Oriented o Fully Ambulatory c mother |
| | | RN/LVN [signature] Date 1/16/86 |
| | | NURSING DISCHARGE PLAN |

9324 DOCTORS HOSPITAL OF LAKEWOOD

ALFARO, ROSIO
SHAH M.D.
01-08-86
M.R. #696

PATIENT PLATE HERE
4994294 CAD 311
MEDINA DAMARIS F/17
SHAH
01-16-86
ALFARO, ROSIO
SHAH M.D.
01-08-86 /71
M.R. #696

This information has been disclosed to you from records whose confidentiality is protected by State Section 5328 Welfare and Institutions Code and/or Federal Law. Federal Regulations (42 CFR Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

001325

Hospital Correspondence Copiers
P.O. Box 963
Paramount, CA 90723

RESPONSE TO YOUR REQUEST ENCLOSED

# First Class Mail

001326