Phoenix House Orange County Inc., 1207 East Fruit Street, Santa Ana, CA 92701, (714) 953-9373

# Phoenix House

October 10, 1990

Ms. Lauren Lawhon
Sandburg Investigations
414 W. 4th Street #A
Santa Ana, CA 92701

Dear Ms. Lawhon,

As per our phone conversation, I have enclosed discharge notes on Maria Del Rosio Alfaro. These are all we have as she was with us less than 48 hours.

Sincerely,

Sharon Hoffman-Friend
Project Director

SHF/jw

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTIALITY IS PROTECTED BY FEDERAL LAW. FEDERAL REGULATIONS (42 CFR PT. 2) PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF IT WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS. A GENERAL AUTHORIZATION FOR THE RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THIS PURPOSE.

PHOENIX HOUSE ORANGE COUNTY
ADOLESCENT PROGRAM
DISCHARGE SUMMARY

Resident's Name Rosio Alfaro I.D.# 80970

Date of Entry 01-16-87 Date of Birth [REDACTED]-71 Date of Discharge 1-18-87

Type of Discharge: Completed residential program ____ Left against program advice (circled)

____ Terminated for infraction of program rules ____

Transfer or Referral ____ to ____

Presenting problems: Rosio was brought to Phoenix House by her mother as a result of her frequent involvement in drugs. Rosio stated that she used heroin as her primary drug. Other drugs used were cocaine and marijuana.

Description of treatment episode (include final program, phase status): Rosio was still in orientation phase as a result of being in P.H. only 45 hours

Family status: Family had not yet begun involvement due to Rosio's short time in program

Educational status: Rosio had not begun school at P.H.

Vocational status: Rosio had been placed on grounds crew as do all newcomers in P.H

Circumstances under which resident left the program: Rosio stated "I just don't like it here. It's not what I thought. I want to go to another/different drug program." Rosio left PH after talking to three counselors

Discharge Plan (Will resident be readmitted? Why or Why not): Rosio will be allowed to return to P.H. upon parents request.

Referrals: Mother was contacted by the [illegible] and given three drug service referrals.

001329

RUNNING EVALUATION

Rosio Alfaro ORIGINAL DATE OF ENTRY 1-16-87

EVALUATION

1/18/86 - at 10:45 Rosio split the program, out the front door. Mother was called. Rosio was talked to by Jon ch, Dave T, Jake and Jimmy L & she kept insisting she was leaving. June Conrad

1/20/86 D.S.S. called re. Rosio leaving treatment. B. Ray

001330



INPATIENT ADMISSION SSAD
MEDICAL RECORD #: 21662
PATIENT ACCT #: 37070
GUARANTOR #: 37070
ADMISSION: 8/14/87 18:04
DISCHARGE: 8/18/87 1940
FHP MEMBERSHIP: 0470303080?
FHP GROUP #: 4703

ALFARO, ROSIO
ANAHEIM CA 92804
714 991-0592 ssn:
maiden:

age: 015Y /71 room/bed: LA 4 A
sex: F msv: OBS smoker: N acm: L
race: H ac: DE attd dr: SAMBAMURTY M.D
mar: S 572
rlg: CA fc: H ref dr:

next of kin: ALFARO, SYLVIA
pt rel: CH

employer: STUDENT

emergency contact: ROSA SANCHEZ (AUNT)
ANAHEIM CA 92802
714 533-2263 pt rel:

guarantor: ssn:
ALFARO, SYLVIA
1856 W. TAMARA
ANAHEIM CA 92804
714 991-0592 pt rel: CH

guarantor employer: DISNEYLAND HOTEL
ANAHEIM CA
714 778-6600

admit diag: PREGNANCY

ins #1: co: 6 #
subscriber: ALFARO, SYLVIA rel: CH plan: 20 group #: 4703
id#: 4703030801 contract #: type:

ins #2: co:
subscriber: rel: plan: group #:
id#: contract #: type:

ins #3: co:
subscriber: rel: plan: group #:
id#: contract #: type:

| | |
|---|---|
| ASSEMBLED | YW |
| CODED | JC |
| ABSTRACTED | JC |
| ANALYZED | |
| DATA ENTERED | |

comments: AG - PTS MOTHER AWARE OF DEPOSIT IF ADMITTED

principle & secondary diagnosis, comorbidity, complications:

Forty-two week intrauterine pregnancy, delivered
Fetal distress
Chorioamnionitis
Thick meconium

codes:
645.01
656.31 (19)
658.41
646.31
647.01
027.0
646.71

procedures & operations:
date:

Primary low transverse Caesarean Section

codes:
74.1
57.94
75.35
89.65

consultants:
results, disposition: [ ] improved [ ] unimproved disch: [ ] home [ ] ama
[ ] transferred to: [ ] expired [ ] autopsy

I certify that the narrative description of the principle and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge.

K. Kelly M.D.
signature

001332

OUTPATIENT REGISTRATION AGAD
MEDICAL RECORD #: 21662
PATIENT ACCT #: 37070
GUARANTOR #: 37070
REGISTRATION: 8/14/87 15:04
FHP MEMBERSHIP: 0470303080[illegible]
FHP GROUP #: 4703

ALFARO, ROSIO
ANAHEIM CA 92804
714 991-0592 ssn:
maiden:

age: 015Y
sex: F
race: H
mar: S
rlg: CA

/71 attd dr: SAMBAMURTY M.D
572
msv: OBS
fc: H clinics: LD

next of kin:
ALFARO, SYLVIA
pt rel: CH

employer:
STUDENT

emergency contact:
ROSA SANCHEZ (AUNT)
ANAHEIM CA 92802
714 533-2263 pt rel:

guarantor: ssn:
ALFARO, SYLVIA
ANAHEIM CA 92804
714 991-0592 pt rel: CH

guarantor employer:
DISNEYLAND HOTEL
ANAHEIM CA
714 778-6600

patient states: PREGNANCY, TESTING

ins #1: co: 6 # plan: 20
subscriber: ALFARO, SYLVIA rel: CH group #: 4703
id#: 4703030801 contract #: type:

ins #2: co: plan:
subscriber: rel: group #:
id#: contract #: type:

ins #3: co: plan:
subscriber: rel: group #:
id#: contract #: type:

comments: AG - PTS MOTHER AWARE OF DEPOSIT IF ADMITTED

I HEREBY AUTHORIZE PAYMENT directly to FHP, Inc. of the group hospital insurance benefits herein specified and otherwise payable to me but not to exceed the balance due of the hospital's regular charges for this period of hospitalization. I understand I am financially responsible to the hospital for charges not covered by this authorization.

------------signature------------

001333

Nanci L. Clarence
Karen L. Snell
Kate Dyer
Anne W. Lackey
Erica G. Franklin
Laura D. Pedicini

**CLARENCE & SNELL LLP**
Attorneys at Law
Van Ness/Ellis Professional Building
899 Ellis Street
San Francisco, California 94109-7807

Telephone:
(415) 749-1800
Facsimile:
(415) 749-1694

**FAX TRANSMISSION COVER SHEET**

**To:** Betty Gallegos

**Fax #:** 714.966.3352

**From:** Jennifer Mieuli

**Date:** 12.20.99

**Re:** Maria del Rosio Alfaro

**No. of Pages including this cover page:** 4 [#of pages including this page]

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE USE OF THE ADDRESSEE ONLY AND MAY BE CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGED AND/OR MAY CONSTITUTE INSIDE INFORMATION. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS UNLAWFUL AND STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER AT (415) 749-1800

Patient's Name Alfaro Daniel FHP Number N. 14540.

Medical Findings

CHARTER MOB AUG 2 1

DATE
AGE 2 day TIME
T P
BP NO R NO
WT
LMP NO Washington

B. Burns LVN

Ortho Dr. Washington
2 day old male c
Dislocatable Left CDH
returned today for application
of Pavlik harness

PS

Pavlik harness applied c
difficulty.
Legs in appropriate
position

X-ray — hips displaced
laterally
but point toward
acetabulum. Plan — Return in 2 wks
Will repeat X-ray in
2 wks to see if hip for reevaluation —
is further reduced.

FHP FHP FHP FHP FHP FHP

FHP 2280 / REV. 9-77

001335

Patient's Name Alfaro, Daniel FHP Number N14548

Medical Findings

CHARTER MGB AUG 28 1987

DATE

AGE 2 wks M/F Male

Dr. Washington / Ortho

2 wk old male infant with (L) CDH been treated c Pavlik Harness. Now doing well. Pavlik Harness in good position

PE (L) + (R) hip - full Abduction Adduction in brace (-) Ortholanis, (-) Barlows.

Impression - stable in Pavlik Harness

Plan - Return in 1 week for X-ray in Pavlik Harness

2260 / REV. 9-77



Patient's Name Alfaro Daniel FHP Number D.14540

Medical Findings Dr. Washington / Orth

QUARTER MOB

DATE

AGE 6 days TIME 3:00pm

T

BP

WT

WMP

CURRENT LONG TERM MEDICATIONS:

6 day old male infant referred for possible dislocation of (L) hip CDH. Product of full term 9 months gestation found to have dislocatable hip in the hospital

PE (WNWD yo male NAD
Head = NCAT
Neck = supple, mobile full ROM
Spine = no lesion
Lower Extremities hips = full abduction adduction = (+) Barlows (+) Ortolanis
Knees full flexion + extension
Feet + ankles = WNL

Impression Left CDH

Plan - Pavlik Harness ASAP

FHP 2260 / REV. 9-77

001337



Patient's Name Alfaro Daniel FHP Number N14540

Medical Findings

CHARTER NUM

DATE SEP 04 1987

Age M/F

T

BP

WT HT

LMP

Pt. DKA ē Dr. Washington @ 9:01 for a re[illegible]

Patient did not keep [illegible] appointment.

No follow-up required. ✓ Follow-up required.

Instructions for further treatment

Card sent 9-8-87. Reg. Clerk. [illegible]

9-8-87 Washington

Date Signature

FHP FHP FHP FHP FHP FHP

FHP 2250 / REV. 8-77

001338

PLEASE TAKE THIS FORM TO RADIOLOGY DEPT.

RECEIVED
AUG 21 1987
RADIOLOGY

Form 11760

FHP, Inc., Southern California Region

RADIOLOGY REQUEST

| CM | PL | CO | DO | SP | LBS | AN | AS | FV | TU | SA | LH |
|---|---|---|---|---|---|---|---|---|---|---|---|

CIRCLE PERMANENT CHART LOCATION

Examination AP pelvis

Pavlik Harness

M F

Signature of Requesting Physician

N 14540
Membership Number

8/21/87
Date ordered

USE BALL POINT PEN

Daniel Alfaro
Name

D.O.B. [redacted] 87

CIRCLE
(1) Today
(2) Schedule

(1) Return Pt. To Me
(2) Phone Report

Film Taken At 17

LMP

Tech

| Pertinent Clinical History | Special Instructions | | |
|---|---|---|---|
| | | 14x17 | |
| Left CDH | | 11x14 | |
| | | 10x12 | |
| | | 9½x9½ | |
| | | 8x10 | 1 |

RADIOLOGICAL REPORT

Date of Exam 8-21-87

RETURN TO MEDICAL RECORDS
Date 9-8-87 Signature
Pull Chart File

PELVIS:

Frontal view of the pelvis demonstrates the patient to be a Pavlik harness. Comparison with prior films if available would prove helpful.

RECEIVED
AUG 26 1987
RADIOLOGY

Date Typed 8-25-87 EC:cm
Date Dictated 8-24-87 EC:cm

Edward Cohen, M.D.
EDWARD COHEN, M.D.
Radiologist

001339



A Health Maintenance Organization

February 28, 1992

Superior Court of The State of CA
For The County of Orange
700 Civic Center Drive West
Santa Ana, CA 92701

RE: The enclosed subpena

To Whom It May Concern:

Please be advised that the enclosed medical records are the Clinic medical records and if you require the hospital records you must request them from the hospital at the address listed below.

FHP Hospital
9920 Talbert Ave.
Fountain Valley, CA

Sincerely,

Sandra Villareal

Sandra Villareal
Custodian of Records
Anaheim Medical

1236 NO. MAGNOLIA, ANAHEIM, CALIFORNIA 92801 (714) 995-1000

| DATE | HOUR | NOTES |
|---|---|---|
| 8/20/87 | | Orange County Health Department notified of (+) MHA-TP test — Kathleen Loughlin RN Infection Control Coordinator |

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708

**PROGRESS RECORD**

MISC-104 (1-86)

001341

| DATE | HOUR | NOTES |
|---|---|---|
| 8/14/87 | | 15-yo G1P0 WF, EDC 7/28 by late U/S gives H/O leaking fluid for ~10 wk. Presented today in early "labor" and temp was 101.3°. Pt. was given of Tylenol suppository + blood cultures. Cervical gram stain + cultures done. Tracing initially showed baseline ~150 but now baseline is 160-170 c̄ some late decelerations. VE-3cm, 80% -3. EFW-8½-9 lb. |
| | | Imp - Chorioamnionitis c̄ fetal distress |
| | | Plan - IV antibiotics, C-Section |
| | | Addendum - pt has H/O syphilis tx'd during pregnancy ⊕ hepatitis screen also + H/O IV drug use. Pt. denies drug use currently + Hepatitis B Surface Ag is now negative |
| | | K. Kelly M.D. |
| 8-15 | | [illegible] # 1 |
| | | S - no c/o |
| | | O - T - 100.2° |
| | | abd - [illegible] |
| | | Pt on [illegible] q12° for the [illegible] |
| | | A - [illegible] |
| | | P - [illegible] |
| | | [signature] |

FHP HOSPITAL — FOUNTAIN VALLEY
9920 TALBERT • FOUNTAIN VALLEY, CA 92708
PROGRESS RECORD

MISC-104 (1-86)

001342

| DATE | HOUR | NOTES |
|---|---|---|
| 8/16/87 | | Temp - 101 F |
| | | Breasts - Soft |
| | | Abd - Soft, wound healthy |
| | | Lochia - healthy |
| | | Plan. Fever workup and |
| | | Triple Antibiotics |
| | | [signature] |
| 8/17 | | #3 afebrile |
| | 1210 | abd soft distention vertical |
| | | incision healing |
| | | nl lochia |
| | | nl legs |
| | | Day 3 Post C/S |
| | | Plan: Continue triple antibiotic |
| | | re evaluate after 24 hr |
| | | afebrile |
| | | Disch 8/18 if OK |
| | | [signature] |
| 8/18 | | #4 Febrile at 1700 hrs 8/17 |
| | 1045 | temp now 99.6 (97) looks & feels well |
| | | abd soft dist good BS. |
| | | nl lochia [illegible] incision |
| | | nl legs |
| | | Plan: D/C IVs |
| | | oral antibiotic |
| | | Disch after 1700 if |
| | | afebrile |
| | | [signature] |

| DATE | HOUR | NOTES |
|---|---|---|
| | | Admitting note |
| 8/14/87 | | 1548 P0 LMP ? |
| | 5.25 PM | EDC by [illegible] 7/28/87 |
| | | [illegible] 42 wks |
| | | admitted to L&D for U/C |
| | | ? leaking since ? Am ? 2:30 |
| | | P/ Drug addict Cocaine & heroin |
| | | Syphilis positive - treated |
| | | Hepatitis Ag positive |
| | | AIDS negative |
| | | |
| | | Temp 101.2 PR 92/min BP 120/70. |
| | | Vitals Term |
| | | FHR 160-165/min |
| | | U/C Q3-4 min |
| | | P/E Nitrazine positive |
| | | 2cm 60% -2 Vx |
| | | membranes not felt |
| | | |
| | | Imp:- IUP 42 wks with |
| | | Rupture of mem in labor |
| | | Plan - Augmentation if U/C < 3-4 min |
| | | Sanbanti |

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708

**PROGRESS RECORD**

MISC-104 (1-86)

ALFARO
8/14/87

| DATE | HOUR | NOTES |
|---|---|---|
| | | Admitting note |
| 8/14/87 | | 15 y/o P0 LMP ? |
| 5:25 PM | | EDC by sono 7/28/87 |
| | | BCG 42 wks |
| | | admitted to L&D for U/C |
| | | ? leaking since Am ? 2:30 |
| | | PH Drug addict Cocaine & heroin |
| | | Syphilis positive - treated |
| | | H Hepatitis Ag positive |
| | | AIDS negative |
| | | Temp 101.2 PR 92/min BP 120/70. |
| | | Vitals Term |
| | | FHR 160-165/min |
| | | U/C Q3-4 min |
| | | P/E Nitrazine positive |
| | | 2 cm 60% -2 Vx |
| | | membranes not felt |
| | | Imp:- IUP 42 wks with |
| | | Rupture of mem in labor |
| | | Plan - Augmentation if U/C < 3-4 min |
| | | Sanbart |

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708
**PROGRESS RECORD**

MISC-104 (1-86)

ALFARO
ROSIE
ACCT
MBR# 4700034901 CRP#
8/14/87

:021345

SURGICAL PROCEDURE Ceasarian Section

SURGEON K. Kelly M.D.

ANESTHESIOLOGIST/ANESTHETIST Janet Randolph CRNA

TYPE OF ANESTHESIA: General ☐ Epidural ☑ Spinal ☐ Regional Block ☐

TIME OF ARRIVAL 2050

TIME OF TRANSFER

"PATIENT MAY BE DISCHARGED FROM PAR WHEN CRITERIA IS MET"

DISCHARGED BY J Randolph CRNA M.D./CRNA

ENDOTRACHEAL TUBE YES ☐ NO ☐ TIME REMOVED

AIRWAY YES ☐ NO ☐ TIME REMOVED

Times: 2050, 2105, 2120, 2135, 2150, 2205

$O_2$ scale: 240, 220, 200, 180, 160, 140, 120, 100, 80, 60, 40, 20, 10

99.5

| ASSESSMENT SCORE<br>SCORE OF 8-10 NEEDED FOR DISCHARGE | | IN | OUT |
|---|---|---|---|
| RESPIRATION | Coughs & deep breaths = 2<br>Dyspnea or limited resp. = 1<br>No spontaneous resp. = 0 | 2 | |
| CIRCULATION | Systolic + 20 of pre-op = 2<br>Systolic + 20-50 of pre-op = 1<br>Systolic + 50 of pre-op = 0 | 2 | |
| ACTIVITY | Moves all extremities = 2<br>Moves 2 extremities = 1<br>Moves no extremities = 0 | 2 | |
| CONSCIOUS | Alert, oriented = 2<br>Aroused only when called by name = 1<br>No response to stimuli = 0 | 1 | |
| COLOR | Normal or Pink = 2<br>Pale, dusky, jaundice = 1<br>Frank cyanosis = 0 | 1 | |
| TOTAL | | 8 | |

MEDICATIONS

| TIME | DRUG | DOSE | ROUTE | SIGNATURE |
|---|---|---|---|---|
| 2130 | Demerol | 25 | IV | [illegible] |
| 2130 | [illegible] | 25 | IM | [illegible] |
| 2130 | Phenergan | 25 | IM | [illegible] |

| Time | NURSING NOTES |
|---|---|
| 2051 | To PAR via gurney 1000 D5LR [illegible] infusing. Foley patent [illegible] clear yell [illegible] Cardiac monitor [illegible] O2 - 10 l mask |
| 2230 | to [illegible] |

INTAKE and OUTPUT

| TYPE | RECEIVED | DRAINS | FLUIDS TO FLOOR |
|---|---|---|---|
| | | | |

NURSE SIGNATURE [signature] DATE: 8/14/87

**FHP HOSPITAL — FOUNTAIN VALLEY**

9920 TALBERT • FOUNTAIN VALLEY, CA 92708

**POST ANESTHESIA RECOVERY RECORD**

OR-102 (12-85)

001346

2230 [illegible handwritten note]

2220

001347

OR # 1

SURGEON: K KELLY MD

ASSISTANT: HICKS M.D.

ANESTHESIOLOGIST:

NURSE ANESTHETIST: JANET RANDOLPH CRNA

SCRUB NURSE: KELLY CONWAY

RELIEF SCRUB:

CIRCULATING NURSE: E TADLER RN

RELIEF CIRC:

PREOPERATIVE DIAGNOSIS: CHORIOAMNIONITIS, FETAL DISTRESS, POST DATES

POST-OPERATIVE DIAGNOSIS: CHORIOAMNIONITIS, FETAL DISTRESS, POSTDATES, MECONIUM

OPERATION: C CAESARIAN SECTION

ENTERED O.R. 1940

ANESTHESIA BEGAN 1940

SURGERY BEGAN 1951

SURGERY ENDED 2040

ANESTHESIA ENDED 2050

LEFT O.R. 2048

| NEEDLE COUNT | CORRECT | INCORRECT | N/A |
|---|---|---|---|
| BEFORE INCISION | ✓ | | |
| DURING OPERATION | ✓ | | |
| CAVITY CLOSURE | ✓ | | |
| SKIN CLOSURE | ✓ | | |
| **SPONGE COUNT** | **CORRECT** | **INCORRECT** | **N/A** |
| BEFORE INCISION | ✓ | | |
| DURING OPERATION | ✓ | | |
| CAVITY CLOSURE | ✓ | | |
| SKIN CLOSURE | ✓ | | |
| **INSTRUMENT COUNT** | **CORRECT** | **INCORRECT** | **N/A** |
| BEFORE INCISION | ✓ | | |
| SKIN CLOSURE | ✓ | | |

Prep Solution BETADINE

Prothesis, implant, graft, f.b. Ø
(Record all lot numbers)

Wound Irrigation Ø

X-ray Ø

Medications SEE ANESTHESIA RECORD

Complications/Remarks

Disposition PAR ✓ ICU ___ RM ___ Other

~~Scrub~~ CIRCULATING nurse E Tadler ~~Circulating~~ SCRUB nurse K Conway CST

☑ GENERAL ☐ SPINAL

☐ LOCAL ☐ BLOCK

Grounding Pad ✓ | # Electro Cautery Unit ✓

EMERGENCY ☑ YES ☐ NO

SPECIMEN: ☐ F.S. ☐ Path. ☑ Cult

ENDOMETRIAL CULT.

Total Anesthesia Time: 50" 70

Total Surgery Time: 45"

Date 8/14/87

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 Talbert Ave. • Fountain Valley, CA 92708

**OPERATING ROOM RECORD**

ALFARO
ROCIO
ACCT 37070 10/12/7
MER# 4703030803 M/R# GRP#
8/14/87

OR 103 (12-85)

001348

EX 75 1260

ADMISSION ASSESSMENT: Alert, oriented via gurney. VCL q 2-5 minutes.

**CONDITION:** ☑ AWAKE ☑ ALERT ☐ SLEEPY ☐ COMATOSE ☐ ORIENTED ☐ DISORIENTED

**POSITION:** ☑ SUPINE ☐ JACK KNIFE ☐ PRONE ☐ LITHOTOMY ☐ LATERAL ☐ OTHER

**MONITORING:** ☑ ECG. ☑ TEMP ☐ CUP ☐ ARTLINE ☑ BP ☐ RA ☐ LA

SPECIAL PRECAUTIONS: ______

PRE-OP SKIN CONDITION: Warm, Pale

ARMS PADDED AT SIDE R ______ L ______

ARMS ON PADDED BOARD R ✓ L ✓

SAFETY STRAP YES ✓ NO ______

HYPOTHERMIA ON ______ OFF ✓

TOURNIQUET ↑ ___ ↓ ___ ↑ ___ ↓ ___ ↑ ___ ↓ ___ ↑ ___ ↓ ___ mm/Hg ______

RA ______ RL ______ LA ______ LL ______

**TOTAL FLUIDS INFUSED IN O.R.:**

IV 1400 cc

BLOOD Ø

PLASMA Ø

**OUTPUT IN O.R.:**

BLOOD LOSS 600

URINE OUTPUT ______

OTHER ______

CASTS: RA ______ RL ______ LA ______ LL ______

SPLINT: RA ______ RL ______ LA ______ LL ______

IMMOBILIZER ☐ ABDUCTOR PILLOW ☐

**PACKING:** ☐ VAG. ☐ NASAL ☐ OTHER

**DRAINS** ______

**CATHETER TYPE:** STRAIGHT ______ FOLEY # 14 IN PLACE ☑ INSERTED ☐

COMMENTS: Newborn Male at 554. APGAR: 7-9 by Dr. Hld. To ABGs by nurse, L. Kavalek, Cord PH to lab.

DISCHARGE SUMMARY ______

POST-OP SKIN CONDITION ______

NURSE'S SIGNATURE L. Tadler RN

DISCHARGE TIME ______ DATE 8/14/97

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 Talbert Ave. • Fountain Valley, CA 92708

**INTRAOPERATIVE NURSE'S NOTES**

OR-104 (12-85)

001349

| UNIT CHECK | YES | NOT NEEDED | COMMENT | O.R. CHECK | TESTS | YES | NOT NEEDED | COMMENT | O.R. CHECK |
|---|---|---|---|---|---|---|---|---|---|
| CONSENTS: Surgery | ✓ | ■ | | ✓ | CBC | ✓ | ■ | | ✓ |
| Sterilization | | ✓ | | ✓ | PTT, PRO. TIME PLATELET (T & A) | | | | ✓ |
| Calif. Sterization | | ✓ | | ✓ | U/A | ✓ | ■ | | ✓ |
| Special | | ✓ | | ✓ | Preg. Test | | ✓ | | ✓ |
| PHYSICIAN REPORTS: H & P | ✓ | ■ | | ✓ | Other | | ✓ | | ✓ |
| Surgeon Consultation | | ✓ | | ✓ | Chest X-Ray | | ✓ | | ✓ |
| Podiatry/Dental H & P | | ✓ | | ✓ | EKG | | ✓ | | ✓ |
| Blood: WB ___ Units: PC ___ Units | | ✓ | | ✓ | Other | | ✓ | | ✓ |

**PREPARATION OF PATIENT:** UNIT CHECK | OR CHECK

1. NPO since 0500 ; If less than 6 hr., explain ______ 1. ✓
2. ALLERGIES: None ✓ ; On bracelet & front of chart ______ 2. ✓
3. PREP. BY: Shave [signature] Ortho. Scrub ______ 3. ✓

| | DISPOSITION OR COMMENTS | NONE | OR CHECK |
|---|---|---|---|
| 4. Dentures, partial, bridge, etc. | | ✓ | 4. ✓ |
| Front Teeth: Capped, Loose, chipped | | ✓ | ✓ |
| Prosthesis, Contact lens | | ✓ | ✓ |
| Jewelry: rings, earrings, etc. | | ✓ | ✓ |
| Bobby pins, wig removed, etc. | | ✓ | ✓ |
| Family waiting. | Mother | ✓ | ✓ |
| Other: (hearing aid, pacemaker, etc.) | | ✓ | ✓ |

5. Voided at 1520 am/pm Retention Catheter inserted 1520 am/pm — 5. ✓
6. SPECIAL ORDERS: Elastic Stockings ______ Other ______ 6. ✓
7. I.D. BAND: Check with Face Sheet (including Hosp. No.) ✓ — 7. ✓
8. PRE-OP: Temp 101 Pulse 108 Resp. 24 BP 120/74 — Effect of Med: ✓
9. PRE-OP MEDICATION GIVEN AT: ______ am/pm by: ______
10. CHART compiled and ready ☐ [signature] SIGNATURE OF UNIT RN/LVN — [signature] SIGNATURE OF RN

**TEACHING:**

| | | |
|---|---|---|
| 1. Intravenous ✓ | 4. Monitors ✓ | 7. Pain Medication ✓ |
| 2. Packing | 5. Dressings ✓ | 8. Recovery Room ✓ |
| 3. Drains, Tubes | 6. Video | 9. Deep Breath, Cough ✓ |

CARE PLAN: ______ Interview by: ______

PRE-OPERATIVE NURSING NOTES: Includes Special Dr. Orders or Notes for OR Nurse

Arrived in O.R. at 1840 am/pm DATE OF SURGERY 8/14/87

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708

**SURGICAL CHECK LIST**

OR-101 (12-85)

ALFARO
ROSI...
ACCT ... 
MBR# ...
8/14/87

DOCTOR

R.H. & TYPE A+ FEEDING: BREAST ☐ BOTTLE ☐ GR 1 P 0 TAB 0 SAB 0

E.D.C. 7/28/87 WEEKS GESTATION 42 PREGNANCY COMPLICATIONS

| Date | Time | DELIVERY | |
|---|---|---|---|
| | | Admitted to Del. Rm. | Labor Complications FETAL TACHYCARDIA ↑ TEMP, DECELS |
| 2 | 2 | Membranes ruptured: (Spon.) Art. | |
| | | Dilitation complete | |
| | | Episiotomy: MID LML RML None | Laceration: 1° 2° 3° 4° Extension: |
| | | Anesthetic: GENERAL | Perineal: Cervical: Vaginal: |
| | | By Whom: J. RANDOLPH CRNA | Periurethral: Repair: |
| | | Anesthetic Started: | Stopped: |
| | | Remarks: | |

| Time | Medications & I.V.'s | Time | B.P. | Pulse | Time | FHT | Remarks |
|---|---|---|---|---|---|---|---|
| | SEE ANESTHESIA RECORD | | | | | | |
| | | | | | | | Monitor in D.R.: |

| Date | Time | | | |
|---|---|---|---|---|
| 8/14 | 1954 | Delivered: Spon. | Operative: C-SECTION | Position: OA |
| | 1955 | Placenta Delivered: | Method: Spon. Cred. (Manual) | Other: |
| | | Complete: (yes) no | Pathology: NO | Cord: ✓ Vessels: 3 |
| | | Uterus Explored: YES | Mec. Stained Fluid: YES | Cord Blood to Lab: YES |
| | | Remarks: | Suction on Perineum: YES | Cord Blood PH: YES |
| | | EBL: | Cords Visualized: YES | |

| Date | Time | BABY | |
|---|---|---|---|
| 8/14 | 1954 | (Alive) Dead (A.P., I.P., P.P.) NO | Sex: MALE Wt. 4141 (9-2) Lg. 19½ |
| | | Asphyxia: NO | Resuscitated: Bulb: DeLee: O2/Mask: |
| | | Voided: yes (no) Stool: yes (no) | P.P.O2/Mask P.P.O2/Tube |
| | | Injuries: NONE APPARENT | Anomolies: NONE APPARENT |
| | 2000 | Cry: SPONTANEOUS | |
| | | Identification Bands: 21841 | By Whom: G. KAUOKTA RN |
| | | Taken from Del. Rm. Condition: SATISFACTORY | By Whom: G. KAUOKTA RN |

| | | MOTHER | |
|---|---|---|---|
| | | Left Del. Rm. | Mother's condition: |
| | | Pulse B.P. | Fundus: Flow: |

**APGAR SCORING CHART**

| Sign | 0 | 1 | 2 | Score 1 MIN | Score 5 MIN |
|---|---|---|---|---|---|
| Heart Rate | Absent | Slow (Below 100) | Over 100 | 2 | 2 |
| Respiratory Effort | Absent | Weak Cry, Hypo-ventilation | Good Strong Cry | 2 | 2 |
| Muscle Tone | Limp | Some Flexion Of Extremities | Well Flexed | 2 | 2 |
| Reflex Response 1. Response to Catheter in Nostril (Tested After Oropharynx is Clear) | No Response | Grimace | Cough or Sneeze | | |
| 2. Tangential Foot Slap | No Response | Grimace | Cry and With-drawal of Foot | 1 | 2 |
| Color | Blue, Pale | Body Pink Extremities Blue | Com-pletely Pink | 0 | 1 |
| TOTAL AT | | | | 7 | 9 |

**DELIVERY SUMMARY**

DELIVERY NOTE: 8/14
15-yo G1P0 WF @ 42 wks had 1° C-section for fetal distress, chorioamnionitis. Thick foul-smelling meconium.

Signature K. Kelly M.D.

ANESTHESIA NOTE:

Signature

DATE:

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708

**DELIVERY ROOM RECORD**

OB-107 (12-85)

CHART

ALFARO
ROCIO 10/12/71 0157 F
ACCT 37076
MR# 4703030803
8/14/87

001351

| DATE / TIME | FHR | EFF | DIL | STA | CTX's | B/P | MEDICATIONS | TREATMENTS / OBSERVATIONS / REMARKS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | [illegible] 3-4 [illegible] that [illegible] by [illegible] |
| 1857 | 180 | | | | 4-6 | 120/80 | 108-20 101'' | Variability [illegible] followed by late [illegible] Dr. Kelly [illegible] rapidly. [illegible] |
| 1905 | 160 | | | | 3-4 | | Cefotan 2g IVPB | [illegible] |
| 1918 | 160-170 | | | | 2-5 | 110/70 | | Dr. Kelly in room [illegible] of C-Section [illegible] at bedside [illegible] C-Section [illegible] |
| 1925 | 160 | | | | 2-4 | | | [illegible] Foley catheter [illegible] in preparation of C-Section |
| 1940 | 160 | | | | 2-5 | | | To O.R. [illegible] removed [illegible] 160 ̄c good variability UC 30mm Hg [illegible] |

| DATE / TIME | FHR | EFF | DIL | STA | CTX's | B/P | MEDICATIONS | TREATMENTS / OBSERVATIONS / REMARKS |
|---|---|---|---|---|---|---|---|---|
| ~~8/14/87 1700~~ | ~~162~~ | | | | | | | ~~15 y/o [illegible]~~ |
| 8/14/87 | 160-170 | | | | 1min | 122/84 | 101² - 108-20 | Pt. is 15 y.o. G1P0 here [illegible] for post dates [illegible] fetal monitor. FHR 160-170 ē minimal variability. UC ~ 30mm Hg. Pt moaning ē each UC. [signature] |
| 1700 | 170-180 | | | | 1min | | | Variability minimal ē some accelerations. UC ~ 20mm Hg. [signature] |
| 1715 | 160-170 | | | | 1min | | 1000 D5LR [illegible] | Variability minimal. IV of 1000 D5LR ē #18 [illegible] [illegible] [illegible]. Sterile speculum exam [illegible] CNM. [illegible] [illegible] [illegible] [illegible] membrane ruptured. [illegible] [illegible] [illegible] Saturday but [illegible] [illegible] [illegible] [illegible] [signature] |
| 1729 | | | | | | 116/80 | 101³ 108-20 | Variability average ē UC ~ 20mm Hg. [signature] |
| 1745 | | | | | | | Tylenol supp 41 | Given for ↑ temp per Dr. Selby [signature] |
| 1800 | 161-170 | | | | | | | Variability average ē variable decels. Sterile speculum exam by Dr. Selby. Repeat [illegible] |

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 TALBERT • FOUNTAIN VALLEY, CA 92708
LABOR INTERDISCIPLINARY NOTES

[illegible patient imprint] 8/14/87

OB-101 (12-85)

**PREOPERATIVE**

Date: 14 August 87 Time: 1900

RELEVANT ANESTHESIA HISTORY

ALLERGIES NKA

MEDICATIONS Drug History: Heroin } DC'd
Cocaine } 5 mos

LAB. DATA

CK NEGATIVE CONDITIONS

CIRC. ∅ UROL. ∅

RESP. ∅ NEUROL. ∅ 1 year

G.I. METAB. + Hepatitis (Infectious)

OB-GYN. COAG. ∅

POSITIVE

15 y.o. ♀ G1P0 TT for C-Section

positive drug history

PSH: ∅ Surgeries ∅ FHAC

Last po intake @ 0800

Teeth - Okay

Plan: General anesthesia. Pt. understands risks and consents to plan.

[signature] CRNA

**INTRAOPERATIVE**

**POSTOPERATIVE**

Date: 8/15/87 Time: 1930

Vital Signs: WNL

Complications: Yes ____ No

If yes, explain:

Cyanosis: Yes: No:

Swallowing Reflex: Yes: No:

Abnormalities: Yes: No:

If yes, explain:

General condition of the patient: no apparent ans. complications

ANESTHESIOLOGIST/ANESTHETIST [signature] CRNA

| CONSENT | PHYS. STATUS | AGE | WT | HB | HCT | URINE SUGAR | ACETONE | ALB |
|---|---|---|---|---|---|---|---|---|
| Signed | ASA II | 15 | (169) 5'3" | 11.1 | 33.9 | | | |

HEART: NSR | LUNGS: Clear | PREMEDICATION: None | SITE AND SIDE PROPOSED SURG. IDENTIFIED: C-Section

TIME: 1930 45 2000 30 2100

| | | | | | |
|---|---|---|---|---|---|
| O2 (L/m) | 5 | 2½ | | 5 | |
| N2O (L/m) | | 3½ | | off | |
| Forane (%) | | 1½ | 1.0 0.8 | off | |
| EKG | NSR | NSR | NSR | NSR | NSR | NSR |
| FIO2 | 99 | 99 | 46 | 48 | 47 | 46/99 |
| O2 Sat | 99 | 99/92 | 95 | 96 | 95 | 92 |
| Temp | | 100 | 99 | 99 | 99 | 99 |

SYMBOLS

| | | |
|---|---|---|
| Tracrium (12 mg) | 6 | 25 |
| Nalbuta (?) (mg) | 275 | |
| Sublimaze (mcg) | 100 | |
| Anectine (mg) | 100 | |

REMARKS

(1) Pt admitted to LR 4; ID bracelet checked
(2) DRE ... 400cc inf via 18 ga cath
(3) EKG; B/P; P; O2 Sat; FIO2; Temp monitored
(4) Rapid sequence induc. & intubation following O2; cricoid pressure & (?) CRNO. Oral airway added
(5) Viable baby boy born @ 1954
Placenta del intact @ 1955
(6) Mech. vent. ... T/V 1000cc Rate (?)
(7) Pitocin 20U in Plasmalyte 1000cc @ 1955
(8) RL 1000cc @ 2035
(9) Pt extubated following suction @ 2040
(10) To PACU, pt awake/responsive. V/S stable. No apparent anesthesia complications
130/85 108 16

ESTIMATED BLOOD LOSS

| AGENT — METHOD — DOSAGE | FLUID SUMMARY | |
|---|---|---|
| | 5% D/W | ANESTH. START 1940 |
| A. Robinul 0.2 mg i.v. Push @ 1940 | 5% D/LR 400 cc | SURG. START 1951 |
| B | ~~BLOOD~~ RL | SURG. END 2040 |
| C. | Plasmalyte 1000 cc | ANESTH. END 2050 |
| D | TOTAL | NEEDLE USED 18 ga Cath |

OPERATION: C-Section

| ENDO (YES) NO | TETRACAINE | LP | MG. | TOURN. ( ) |
|---|---|---|---|---|
| (ORAL) NASAL PACK | 10% DEXTROSE | | CC. | CONDITION AT CLOSE |
| SIZE 7.5 CUFF | NEEDLE | LEVEL | | SURGEON Kelly |
| REMARKS | REMARKS | | | ASSISTANT Hicks |
| | | | | ANESTHESIOLOGIST Randolph, CRNA |
| | | | | DATE 14 Aug 87 |

**FHP HOSPITAL — FOUNTAIN VALLEY**
9920 Talbert Ave. • Fountain Valley, CA 92708

**ANESTHESIA RECORD**

OR-105 (12-85)

ALFARO
ROSIO
ACCT 37070
MRP# 4703036903 GRP#
8/14/87

001355

**FHP HOSPITAL — FOUNTAIN VALLEY**

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

was then noted. The uterus was then returned to its anatomic position within the abdominal cavity. The abdominal cavity was irrigated using saline. The peritoneum was closed using 3-0 Dexon in a running fashion. The fascia was closed using 0 Dexon in a running fashion from each edge of the incision to the midline and tying, locking approximately every third stitch. The subcutaneous tissues were approximated using 3-0 plain catgut in a running fashion. Skin edges were closed using staples. Estimated blood loss 700 cc. Sponge and needle counts were correct x 2. The patient tolerated the procedure well and was transferred to the recovery room in good condition.

K. Kelly M.D.
KIMBERLY KELLY

KK:nkt
D: 8-14-87
T: 8-19-87

OPERATIVE REPORT

ALFARO, ROSIO
MR #21662
MBR #47030308-03

MR-101 (1/87)

MEDICAL RECORD

# FHP HOSPITAL — FOUNTAIN VALLEY

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

DATE OF SURGERY: 8-14-87

PREOPERATIVE DIAGNOSIS: Chorioamnionitis, fetal distress, post dates.

POSTOPERATIVE DIAGNOSIS:
1. Chorioamnionitis, fetal distress, post dates.
2. Thick meconium.

OPERATION: Primary low transverse cesarean section.

SURGEON: KIMBERLY KELLY, M.D.
ASSISTANT SURGEON: T. HICKS, M.D.
ANESTHESIA: General.

PROCEDURE: The patient was placed in the supine position with a wedge underneath her right hip on the operating table. Her abdomen was prepped with Betadine and draped in the usual sterile fashion, with a Foley catheter already in place. Induction of general anesthesia was then done and a midline skin incision was made and carried down through all layers of the abdominal wall without incident. The visceral peritoneum was then grasped, incised sharply a the bladder flap was developed using both sharp and blunt dissection. A low transverse incision was then made in the lower uterine segment which was extended laterally using blunt retraction. Upon entry of the uterine cavity, there was noted to be very foul smelling, what appeared to be meconium bursts of pus present. The infant's head was delivered without difficulty and the mouth and nostrils were suctioned out. The rest of the infant was then delivered without difficulty. It was a live male infant, Apgar 7/9. The mouth and nostrils were again suctioned out, the cord was clamped and cut and the infant was handed off the field to a waiting pediatrician. A section of cord was removed for cord blood gases. After cord blood was obtained, the placenta was then removed manually and the uterus wiped clean with lap sponge. The uterus was then externalized and endometrial cultures were done. The uterine incision was then closed in two layers, the first was a running locking suture of #1 chromic; the second was a running imbricating suture of #1 chromic. Several interrupted figure-of-eight sutures of #1 chromic were used to obtain good hemostasis. The bladder flap was then closed using 3-0 Dexon in a running fashion. Good hemostasis

K. KELLY, M.D.

CONTINUED ON PAGE 2

OPERATIVE REPORT

ALFARO, ROSIO
MR #21662
MBR #47030308-03
D S - 8 · 18 · 87

MR-101 (1/87) MEDICAL RECORD

**FHP HOSPITAL — FOUNTAIN VALLEY**

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

PAGE TWO

REVIEW OF SYSTEMS: Non-contributory.

PHYSICAL EXAMINATION:

GENERAL: Obese, gravid young Mexican-American female in no acute distress.

VITAL SIGNS: T 101.2, P 92, BP 120/70.

HEENT: Within normal limits.

NECK: Supple, without masses, thyromegaly or lymphadenopathy.

LUNGS: Clear to auscultation and percussion.

BREASTS: Symmetric without masses or tenderness.

HEART: Regular rate and rhythm. S1 and S2 within normal limits. No murmurs, gallops or rubs are noted.

ABDOMEN: Gravid. Estimated fetal weight is 8-1/2 to 9lbs.

PELVIC: Vaginal exam, as mentioned, is 2cm, 60% effaced, -2 station.

EXTREMITIES: No deformities or edema noted.

NEUROLOGIC: Intact.

IMPRESSION:

1. POST DATES PREGNANCY WITH CHORIOAMNIONITIS, PROPABLE PROLONGED RUPTURE OF MEMBRANES.
2. FETAL DISTRESS.

PLAN: For primary low transverse Cesarean section.

KK/wmh
DD: 08-14-87
DT: 08-16-87

K. Kelly M.D.
KIMBERLY KELLY, M.D.

HISTORY AND PHYSICAL

ALFARO, ROSIO

MR-101 (1/87)

MEDICAL RECORD

001358

**FHP HOSPITAL — FOUNTAIN VALLEY**

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

DATE OF ADMISSION: 08-14-87.

CHIEF COMPLAINT: Uterine contractions.

HISTORY OF PRESENT ILLNESS: The patient is a 15 year old gravida I, para 0, Mexican-American female, EDC by ultrasound 07-28-87, who presented to Labor & Delivery today complaining of uterine contractions. The patient stated that she had been leaking fluid from her vagina since this morning, however, on closer questioning she stated that she had been leaking clear fluid since approximately one week prior to admission. Vaginal exam upon admission showed her to be 2cm dilated, 60% effaced, vertex presentation at -3 station. Speculum exam revealed purulent fluid coming from the cervical os and cervical gram stain and cultures were done. The patient was noted to have contractions approximately q5 minutes. Fetal heart rate tracing showed tachycardia with a base of 160-165 upon admission, however, the baseline did go down to approximately 150-160.

The patient's prenatal course had been complicated by drug abuse of cocaine and heroin, although the patient denies any use of these drugs currently. She also had a positive VDRL and FTA during pregnancy and was treated for syphylis with Benzathine Penicillin. She was also noted to have a positive hepatitis B surface antigen adn hepatitis B core antibody during the pregnancy. A HIV titer was negative.

After admission to Labor & Delivery the patient's temperature was noted to be 101.2 degrees. The fetal heart rate baseline again climbed to the 160-170 range and there were several variable decelerations and also late decelerations. At this point it was decided to do a primary low transverse Cesarean section for fetal distress, chorioamnionitis and post dates.

PAST MEDICAL HISTORY: Medical is negative except for the history of drug abuse and positive hepatitis screen. Surgical history is negative.

MEDICATIONS: Prenatal vitamins and iron.

ALLERGIES: She has no known allergies.

FAMILY HISTORY: Also negative.

SOCIAL HISTORY: The patient currently lives with her mother and is umarried.

Continued...

HISTORY AND PHYSICAL

ALFARO, ROSIO

212 pp

MR-101 (1/87)

001353

MEDICAL RECORD

**FHP HOSPITAL — FOUNTAIN VALLEY**

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

count was 20,600, hemoglobin 13.5, hematocrit 39.1. CBC on 8/15/87 showed white blood count 20,500, hemoglobin 11.0, hematocrit 32.5. CBC on 8/16/87 showed white blood count 16,600, hemoglobin 10.6, hematocrit 32.5. Cord blood pH 7.35. Urinalysis on admission was within normal limits. Sed. rate on 8/16/87 was 60. RPR was positive on 8/12/87 titer greater than 1:16. The patient's blood type was A positive, antibody screen was negative. Cervical culture grew out 2+ group C beta strep. Endometrial cultures grew out normal flora.

HOSPITAL COURSE: The patient underwent primary low transverse cesarean section on 8/14/87 for fetal distress and chorioamnionitis. A live male infant was delivered, Apgars 7 and 9. Foul smelling meconium was present upon entry into the uterine cavity. Postoperatively the patient was treated with I.V. Cefotiam for 2 days but her temperature was not responding so on the second postoperative day Gentamicin and Cleocin were also added. Her temperature came down to normal on 8/17/87 and she remained afebrile for approximately 24 hours prior to discharge on P.O. Velosef. Her hemoglobin and hematocrit remained stable at 10.6 and 32.5. She was subsequently discharged to home in good condition.

DISCHARGE INSTRUCTIONS: Diet is regular. Activity is limited for 4-6 weeks. Medications are Velosef 500 mg q.i.d. for approximately 1 week. Follow-up is to be at the FHP Clinic in 4 days.

K. Kelly, M.D.
KIMBERLY KELLY, M.D.

KK/st/lcb
DD: 9/28/87
DT: 9/29/87

| DISCHARGE SUMMARY | ALFARO, ROSE<br>ACCT# 37070<br>MR# 21662<br>MEMBER# ~~4703030803~~ |
| --- | --- |

MR-101 (1/87) MEDICAL RECORD

001360

# FHP HOSPITAL — FOUNTAIN VALLEY

9920 Talbert Avenue, Fountain Valley, CA 92728-9920

DATE OF ADMISSION: AUGUST 14, 1987

DATE OF DISCHARGE: AUGUST 18, 1987

FINAL DIAGNOSES:

1. 42 WEEK INTRAUTERINE PREGNANCY, DELIVERED.
2. FETAL DISTRESS.
3. CHORIOAMNIONITIS.
4. THICK MECONIUM.

OPERATION: PRIMARY LOW TRANSVERSE CESAREAN SECTION.

HISTORY: The patient is a 15 year old, gravida I, para 0, Mexican-American female with EDC 7/28/87 by ultrasound, who presented to labor and delivery at 42 weeks gestation complaining of uterine contractions on 8/14/87. The patient stated that she had been leaking fluid from her vagina since the morning, however, on closer questioning she stated that she had been leaking clear fluid since approximately 1 week prior to admission. Temperature on admission was 101.3. Vaginal exam showed her to be 2 cm dilated, 60% effaced, vertex presentation at -3 station. Speculum exam revealed purulent fluid coming from the cervical os. Cervical gram stain and cultures were done. Fetal heart tracing showed a tachycardia with a base of 160-165 upon admission, however, the baseline did go down to approximately 150-160. Approximately 1 hour after admission the fetal heart rate baseline again climbed to the 160-170 range and there were several variable decelerations and also late decelerations and at this point it was decided to do a primary low transverse cesarean section for fetal distress and chorioamnionitis. The patient's prenatal course had been complicated by drug abuse of cocaine and heroin, although she currently denied any usage. She had also had a positive VDRL during pregnancy and was treated for syphilip with Penicillin. She was also noted to have a positive hepatitis B surface antigen and hepatitis B core antibody during the pregnancy. An HIV titer was negative.

PHYSICAL EXAMINATION: An obese, gravid, young, Mexican-American female in no acute distress. Temperature 101.2 on admission. Abdomen was gravid, estimated fetal weight 8½-9 pounds. Vaginal exam showed cervix 2 cm, 60% effaced, -2 station. The rest of the physical exam was essentially within normal limits.

LABORATORY DATA: Creatinine on 8/17/87 was 0.7. CBC on admission showed white blood

Continued

DISCHARGE SUMMARY

ALFARO, ROSE
ACCT# 37070
MR# 21662
MEMBER# ~~4763030803~~ 2844827 (A)

MR-101 (1/87)

MEDICAL RECORD

WESTERN MED[illegible]L CENTER
1001 NORTH TUSTIN AVE. [illegible]ANA, CALIF. 92711

CLINICAL [illegible]ORATORY PATIENT SU[illegible]RY REPORT

PATIENT ALFARO, ROSIE LOCATION WMAER DATE 8/ 3/88
ID NUMBER 228052494 F 16 DOCTOR A-ITUARTE ELOY A MD TIME 9:19
PAGE 1

REPORT CONTAINS DATA FROM 7/30/1988 TO 7/30/1988

****************************** HEMATOLOGY ******************************

| | WBC | RBC | HGB | HCT | MCV | MCH | MCHC | PLATLET COUNT |
|---|---|---|---|---|---|---|---|---|
| LOW NORM : | 4.5 | 3.90 | 12.2 | 37.0 | 80 | 27.0 | 32.0 | |
| HIGH NORM : | 10.7 | 5.30 | 15.3 | 46.0 | 97 | 33.0 | 36.0 | |
| UNITS : | X10**3 | X10**6 | GM/DL | % | FL | PG | % | |
| JUL 30 2315 | 6.4 | 5.15 | 14.1 | 42.1 | 83 | 27.5 | 33.0 | |

| | DIFFERENTIAL | | NORMALS | RBC MORPHOLOGY |
|---|---|---|---|---|
| JUL 30 2315 | SEGS | : 57 | 48-76 | RBC MORPHOLOG: NORM |
| | BANDS | : 1 | 0-10 | |
| | EOSINOPHIL | : 4 | 0-6 | |
| | LYMPHOCYTES | : 31 | 15-40 | |
| | MONOCYTES | : 7 | 2-12 | |
| | PLATLET EST | : NORM | | |

>>>>>>>>>>>>>>>>>>>>>>>>>>>>> CHEMISTRY <<<<<<<<<<<<<<<<<<<<<<<<<<<<

(NORMAL VALUES ARE LISTED ON REVERSE SIDE OF THIS REPORT)

| | NA | K | CL | CO2 | CREAT | BUN | BUN/ CREAT | GLUCOSE | 2 HR PP GLUCOSE |
|---|---|---|---|---|---|---|---|---|---|
| UNITS : | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL | | MG/DL | |
| JUL 30 2315 | 138 | 3.8 | 109H | 24 | 0.5 | 7L | | 95 | |

########################### MEDICAL RECORDS COPY ######################

PATIENT ALFARO, ROSIE NO. 228052494 LOCATION WMAER DATE 8/ 3/88

H. KIM, M.D. R.L. MERRIAM, M.D. M.L. GALLIGAN, M.D.
PATHOLOGISTS

001362

CASE #: 228052494
NAME: ALFANO, ROSIE
DOB: [redacted]-71
PROVISIONAL DIAGNOSIS: AUTO ACCIDENT

CERVICAL SPINE, MULTIPLE VIEWS INCLUDING CROSS TABLE LATERAL:
7-30-88

The prevertebral soft tissues are normal. The vertebral body heights are preserved. Disc spaces are maintained. Visualized neural foramina are within the limits of normal. The spinal processes are unremarkable. No evidence of misalignment is demonstrated. Mild degree of straightening of the upper cervical vertebrae is present which could well be a result of muscular spasm.

CONCLUSIONS:

Some degree of segmental straightening of the upper cervical vertebrae is seen which could well be a result of muscular spasm.

JAIME DELGADO, M.D.
RADIOLOGIST

Western Medical Center/Anaheim

**RADIOLOGY REPORT**

JD:bar
DD:7-31-88
DT:8-01-88
XR:

MR 102-A (8/87)

PATIENT I.D.
7-30-88 ER
NAME
ALFANO, ROSIE
MED. RECORD NO
228052494
DOCTOR
E. ITUARTE, M.D.

001363

CASE #: 228502494
NAME: ALFANO, ROSIE
DOB: [redacted]-71
PROVISIONAL DIAGNOSIS: NECK FX

CERVICAL SPINE CT: 7-30-88

Multiple axial images of the upper cervical vertebrae extending from the base of the skull into the vertebral body of C4 show the the visible bone structures are within the limits of normal. There is no evidence of spinal stenosis. Soft tissue windows show no evidence of abnormalities.

CONCLUSIONS:

Limited CT of the upper cervical vertebrae (C1 to C4) appears unremarkable.

JAIME DELGADO, M.D.
RADIOLOGIST

Western Medical Center/Anaheim

**RADIOLOGY REPORT**

JD:bar
DD:7-31-88
DT:8-01-88

MR 102-A (8/87)

**PATIENT I.D.**

7-30-88 ER

NAME
ALFANO, ROSIE

MED. RECORD NO.
228052494

DOCTOR
E. ITUARTE, M.D.

001364

# PARAMEDIC REPORT

DIST. / UNIT: 2 4 24A 43 | BSH: 2 | YEAR: 88 | MONTH: 07 | DAY: 30 | RUN # | PT #

☐ MILD ☐ MODERATE ☐ ACUTE MEDICAL ☐ CRIT. TRAUMA ☐ FULL ARREST

NAME: Last: Alfaro First: Rosie

AGE: 17 SEX: F WT. 80 kg/lb ☐ COMM. PROBLEM ☐ LANG. BARRIER

ADDRESS: Street [redacted] Ana Zip

COMPLAINT: 2640 pain anterior

DURATION X

HISTORY: ☐ Unknown ☐ Other ☐ None ☐ Angina ☐ Asthma ☐ Cancer ☐ CVA ☐ Cardiac ☐ Diabetes ☐ Drugs/ETOH ☐ Emphysema ☐ HTN ☐ Pacemaker ☐ Pul. Edema ☐ Psyc. ☐ Seiz.

HISTORY OF ILLNESS/INJURY: + bone TC @

MEDS: Unk

TREATMENT PTA: Ø

ALLERGIES: Unk PMD

## PRIMARY SURVEY

A: ☑ OPEN ☐ PART. OBST. ☐ TOTAL OBST.

B: ☑ NORMAL ☐ SHALLOW ☐ LABORED ☐ ABSENT

C: PULSE ☑ NORMAL ☐ WEAK ☐ BOUNDING ☐ IRREG. ☐ ABSENT

EBL ____ CC

LOC: 4 — ☑ ALERT ☑ ORIENTED X ☐ PERSON ☐ PLACE ☐ TIME ☐ SITU. ☐ LETHARGIC ☐ ANXIOUS ☐ CONFUSED ☐ VIOLENT ☐ UNCOOPERATIVE ☐ UNCONSCIOUS X

C-SPINE PROBLEM: ☐ PAIN ☒ MECHANISM ☐ TENDERNESS ☐ NUMBNESS ☐ MOTOR LOSS

SKIN SIGNS: TEMP ☑ NORMAL ☑ WARM ☐ COOL ☐ HOT ☐ COLD; COLOR ☑ NORMAL ☐ PALE ☐ FLUSHED ☐ CYANOTIC; MOIST ☑ NORMAL ☑ DRY ☐ MOIST ☐ DIAPHORETIC

GCS TIME: EYES / MOTOR / VERBAL / TOTAL

PUPILS: R L ☑ PERL ☐ CONST. ☐ PINPOINT ☐ FIXED ☐ DILATED ☐ MID ☐ RESPONDS ☐ SLUGGISH ☐ CATARACT/BLIND

GLUCOSE: MG % TIME:

| TIME | P | R | B/P | EKG |
|---|---|---|---|---|
| 1745 | 84 | 20 | 148/100 | |
| 50 | 80 | 20 | 148/110 | |

## SECONDARY SURVEY

| | WNL | N/A | ABN | DETAIL OF #'S |
|---|---|---|---|---|
| 1. NEURO | ☐ | ☐ | ☐ | |
| 2. HEAD | ☐ | ☐ | ☑ | lac. frontal |
| 3. NECK | ☐ | ☐ | ☑ | neck pain in anterior neck |
| 4. CHEST | ☐ | ☐ | ☐ | -BH / -SP |
| 5. LUNGS | ☑ | ☐ | ☐ | CKL |
| 6. ABDOMEN | ☑ | ☐ | ☐ | S&S |
| 7. BACK-SPINE | ☑ | ☐ | ☐ | |
| 8. PELVIS | ☑ | ☐ | ☐ | -BH |
| 9. EXTREM | ☑ | ☐ | ☐ | no numbness |

INITIAL ASSESSMENT 1. R/O Multi Sys. 2.

B.L.S.: ☐ SUCTIONING ☐ COMA OR ☐ ☒ O2 ____ L/MIN ☐ POS PRESS; POSITIONING ☐ CERV. STAB. ☐ OTHER STAB. ☐ TRAC. SPLINT

A.C.L.S. STANDING ORDERS: ☐ E.O.A. ☐ DEFIB ☐ CARDIOVERT ☐ IV D5W ☐ IV RL ☐ ASG INFLATE

I.V. THERAPY: D5W ____ SITE ____ GAUGE ____ RL ____ TIME ____ TOTAL FL INTAKE: RATE

| TIME | P | R | B/P | EKG | TIME | TREATMENT | RESPONSE/COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ALARM | LV SCENE | R.C. UMA

10-97 | 10-97 HOSP | REC'D BY:

BSH | AVAIL | ETA: 5

EXTRIC: 5 min. | INCIDENT # | TIME

TRANSPORT: ☐ CODE 3 ☐ OTHER ☐ AMB + EMP - P ☐ AMB — EMP - P ☐ MEDIC UNIT ☐ AMB. CO. SA

COMM. MODE: ☐ RADIO ☐ PHONE ☐ FREQ. SHAR ☐ NO CONTACT

1165 RADIO EMT-P

3372 PT. EMT-P

COMMENTS/DETAILS: [redacted] / 71

TRAINEE/MICN/MD

Add'l Page ☐

F272-18.1885 (4/82) 1 of 1 RCH

001365

# CONDITIONS OF ADMISSION

(Continued from other side)

**FINANCIAL AGREEMENT:** The undersigned agrees, whether he/she signs as agent or as patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

**NON-COVERED CHARGES:** In the event that insurance does not cover particular procedures, medications, and/or services, the undersigned hereby agrees to be personally responsible for payment of such charges, if not prohibited by law.

**AUTHORIZATION TO PAY HOSPITAL BASED PHYSICIANS:** The undersigned authorized direct payment of any insurance benefits otherwise payable to the undersigned under my current insurance policy, be made directly to my Physician, Radiologist, Pathologist, Anesthesiologist, or other Hospital based physician, for professional services rendered. Payment not to exceed my indebtedness to the above mentioned assignees. The undersigned also agrees to be individually obligated to pay any balance of said professional service charges not covered by insurance, unless prohibited by law or the terms of an insurance contract between an insurer and the undersigned's physician, radiologist, pathologist, anesthesiologist or other hospital based physician. AUTHORIZATION TO MAKE PAYMENT DIRECTLY TO HOSPITAL BASED PHYSICIANS IS HEREBY GIVEN. Patient will receive separate billings for these services.

8. **ASSIGNMENT OF INSURANCE BENEFITS:** The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the undersigned for this hospitalization or for these outpatient services, including emergency services if rendered, at a rate not to exceed the hospital's regular charges. It is agreed that payment to the hospital, pursuant to this authorization, by an insurance company shall discharge said insurance company of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not covered by this assignment.

9. **HEALTH CARE SERVICE PLAN OBLIGATION:** This hospital maintains a list of the health care service plans with which it has contracted. A list of such plans is available upon request from the financial office. The hospital has no contract, express or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full cost of all services rendered to him/her by the hospital if he/she belongs to a plan which does not appear on the above mentioned list.

10. **PARTICIPATION IN MEDICAL EDUCATION PROGRAM:** It is understood that this hospital is a teaching institution and that unless the hospital is notified to the contrary in writing, the undersigned may participate as a teaching subject in the medical education program of the hospital and may receive treatment by residents, if approved by the undersigned's attending physician, and those clinical students acting under appropriate supervision as required by such medical education and clinical training programs.

e undersigned certifies that he/she has read the foregoing, received a copy thereof, and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

DATE: 7.

TIME: 2103

SIGNATURE: Rosie Alfaro
PATIENT/PARENT/CONSERVATOR/GUARDIAN

IF SIGNED BY OTHER THAN PATIENT, INDICATE RELATIONSHIP:

WITNESS: Tracy Beaton

Financial Responsibility Agreement by Person Other than the Patient, or the Patient's Legal Representative:

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement, Assignment of Insurance Benefits, and Health Care Service Plan Obligation Provisions above.

DATE:

TIME:

SIGNATURE:
FINANCIALLY RESPONSIBLE PARTY

WITNESS: Tracy Beaton

A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT.

Western Medical Center
Santa Ana, California
Western Medical Center/Anaheim
Anaheim, California

**CONDITIONS OF ADMISSION**

BOA-112 (5/88)

PATIENT I.D.
NAME 07-30-88
MED REC 228052494
ALFARO ROSIE
DOCTOR E ITUARTE MD
16/F [REDACTED]-71
ORIGINAL HEALTH RECORDS

001366

# WESTERN MEDICAL CENTER

## EMERGENCY DEPARTMENT PROGRESS NOTES (CONTINUATION SHEET)

DATE: 7-31-88.

| TIME | VITAL SIGNS | MED'S & TREATMENTS | ASSESSMENTS |
|---|---|---|---|
| 0015 | Pupils | Limb movements | Immobilization maintained |
| | 003/B | (R) (L) | awake alert to CT |
| 0115 | 053/B | [illegible] [illegible] | Vom. Van Dyke [illegible] |
| 0235 | BP 110/80 | 80 - 22 | Returned from CT - C-collar |
| | | | on. Denied pain @ present. NAS. |
| | | | Remained immobilized [illegible] |
| 0325 | | | Remains A+OX4 [illegible] |
| | | | C-collar removed & [illegible] |
| | | | taken out. Pt lying in (R) side |
| | | | in position of comfort. [illegible] |
| 0330 | | | Soft collar applied. Pt up |
| | | | to BR s̄ difficulty walking |
| | | | [illegible] [illegible] (L) foot. |
| | | | sitting in chair [illegible] |
| | | | [illegible] Thane. [illegible] Check |
| | | | [illegible] — [illegible] |

A T U R E S

WESTERN MEDICAL CENTER
EMERGENCY DEPARTMENT
NURSING PROGRESS NOTES

DATE: 7-30-88 ROOM: ER
NAME: 8052494
PATIENT: [illegible] ROSIE
DOCTOR: E. LTUARTE MD
16 F [redacted] 71

ER-108 (4/83)

WHITE COPY - MEDICAL RECORDS CANARY COPY - E.R. DEPARTMENT

001367

TRIAGE/INITIAL CONTACT ☐ Emergency Dept. ☐ Walk-in Clinic

NAME | AGE 16 | SEX (F) | ☐ EMERGENT ☐ URGENT ☐ NONURGENT

DATE | TIME IN: 2103 | MEANS OF ARRIVAL | ACCOMPANIED BY: | ALLERGIES: ☒ DENIES

SUBJECTIVE: c/o auto accident - c/o neck hurting (R) lower leg. (front)

OBJECTIVE: Forehead abrasion - laceration nose - dried blood face. Cervical collar c sandbags to head

CURRENT MEDS: ☒ DENIES

VITAL SIGNS: B/P: 136/76 P: 80 R: 20 T: 98 °F NURSE: [illegible]

TREATMENT ROOM ☒ AMBULANCE ☐ W/C ☐ WALKED ☐ OTHER:

L.M.P. 7-26 STATES PREGNANT: YES NO

INFORMANT: pt. INTERPRETER:

MENTAL STATE: (1.) CONSCIOUS; 2. LETHARGIC; 3. CONFUSED; 4. COMBATIVE; 5. UNCONSCIOUS PREVIOUSLY; 6. UNCONSCIOUS ___ MIN.; 7. ORIENTED X 4

VISUAL ACUITY RIGHT LEFT; WITH CORRECTIVE LENS RIGHT LEFT

ADDITIONAL HISTORY TIME: no

TREATMENT PTA: ☐ NONE ☐ SEE MEDIC REPORT — Full C-Spine Precautions intact

LAST TET.TOX. ? PEDIATRIC WEIGHT:

MED'S & TREATMENTS TIME: Eye Irrigation ☐ OD ☐ OS c ___ TIME 2235 ☒ dT 0.5cc (IM) ☐ TT 0.5cc (IM) LD Site [illegible]

Elevated; Dressing applied; Crutches c gait training; Ice Applied; in. Ace to; Cardiomonitor applied—Initial Rhythm; Wounds Cleaned c; Oxygen by ___ at ___ L/M

| TIME | ADDITIONAL MED'S & TREATMENTS | ASSESSMENTS & VITAL SIGNS |
|---|---|---|
| 2145 | | Pt to X-Ray via gurney [signature] |
| 2220 | | Returned via gurney from x-ray [illegible] |
| 2230 | Neurosurg Called | C-collar & backboard removed [illegible] |
| 2250 | | Pt to return to X-ray for CT scan [illegible] |
| | | vertebrae Tape & sandbags for immobilization |
| | | Pt [illegible] [illegible] Family also notified |
| 2255 | | Base hospital notified regarding |
| | | dx and dispo of pt. [initials] |
| 0100 | Neurosurg called again | Pt to CT scan via gurney c people moved [illegible] per Dr Duarte [signature] |

NEUROLOGICAL CHECK

| TIME | BP | P | R | PUPIL RIGHT S/R | PUPIL LEFT S/R | LIMB RIGHT ARM | LIMB RIGHT LEG | LIMB LEFT ARM | LIMB LEFT LEG | EYES | Verbal | Motor | Total | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2115 | | | | 3/B | 3/B | c | c | c | c | | | | | |
| 2215 | | | | 3/B | 3/B | c | c | c | c | | | | | |
| 2315 | | | | 3/B | 3/B | c | c | c | c | | | | | |

| I&O: | P.O. INTAKE | IV'S | TOTAL-IN. | URINE | EMESIS | OTHER | TOTAL-OUT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

TIME 0100

PERSONS NOTIFIED: ☐ Relatives ☐ Police ☐ Mortuary ☐ Clergy ☐ Coroner ☐

☐ DISCHARGE ☐ Ambulatory ☐ Wheel Chair ☐ Gurney ☐ Carried ☐ Crutches/Cane/Walker ☐ Ambulance ☐

☐ ADMIT ☐ Hospital Admission—Room Number ___ ☐ Transfer To ___ ☐ Accompanied By ___

REPORT CALLED TO: ___ ☐ Follow-up Instructions Given, Copy Attached

9 8 7 6 5 4 3 2

DISCHARGE NURSE'S SIGNATURE: [signature]

tern Medical Center Western Medical Center/Anaheim
Santa Ana, California Anaheim, California
EMERGENCY DEPARTMENT

# NURSING PROGRESS NOTES

ORIGINAL/HEALTH RECORDS

ER-107 (1/85)

☐ Continued on E.D. Continuation Sheet.

PATIENT I.D. 07-30-88 ?280S2494
NAME ALFARO ROSIE RM
E ITUARTE MD
MED. RECORD NO. 16/F [redacted] -71
DOCTOR

SIGNATURES

001368

| DATE | TIME | NOTES |
|---|---|---|
| 7/31 3am | | Neurosurgery. |
| | | Young ♀ in MVA |
| | | multiple abrasions + contusions |
| | | c/o neck pain + paresthesia of |
| | | shoulder which have [illegible] time |
| | | - neurologic exam currently intact. |
| | | C-spine X-ray suggestive of $C_2$ fx |
| | | but CT unrl. |
| | | Imp: Cerebral concussion. |
| | | Cervical strain. |
| | | Rec: Pt's neuro exam should be |
| | | followed p̄ d/c. |
| | | Head sheet. |
| | | L Hunter MD. |

Western Medical Center
Santa Ana, California
Western Medical Center/Anaheim
Anaheim, California
PHYSICIAN PROGRESS NOTES

RC-131 (12/87)

PATIENT I.D.
NAME Alfaro [illegible] RM
MED. RECORD NO. 2 78052494
DOCTOR ALFARO ROSIE
E ITUARTE MD
16/F [redacted]-71

001368

**EMERGENCY DEPARTMENT RECORD**

| SERVICE DATE | TIME | | MED. REC. NO. | ER NUMBER |
|---|---|---|---|---|
| 07-30-86 | 2127 | WESTERN MEDICAL CENTER, ANAHEIM, CA | 042809 | 228052494 |

**PATIENT**

| LAST NAME | FIRST NAME | MIDDLE INITIAL | AGE | MARITAL STATUS | SEX | FSC | DATE OF BIRTH | INPATIENT NUMBER |
|---|---|---|---|---|---|---|---|---|
| ALFARO | ROSIE | | 16Y | S | F | 07 | [redacted]-71 | |

| ADDRESS | CITY | STATE | ZIP | PHONE NO. | SOC. SEC. NO. | OCCUPATION |
|---|---|---|---|---|---|---|
| [redacted] | ANAHEIM | CA | 92804 | 714 991-0592 | | UNEMPLOYED |

| EMPLOYED BY | ADDRESS | CITY-STATE-ZIP | LENGTH EMPLOYED | EMPLOYER'S PHONE |
|---|---|---|---|---|
| NONE | | | | |

| CONTACT IN EMERGENCY | ADDRESS | HOME PHONE | BUSINESS PHONE | RELATIONSHIP |
|---|---|---|---|---|
| NONE GIVEN | | | | |

**RESP. PARTY**

| RESP. PARTY-LAST NAME | FIRST NAME | M.I. | ADDRESS | CITY | STATE | ZIP | RELATION |
|---|---|---|---|---|---|---|---|
| ALFARO | ROSIE | | [redacted] | ANAHEIM | CA | 92804 | PATIENT |

| SOC. SEC. NO. | DRIVERS LICENSE NO. | ST. | OTHER POSITIVE ID (ADDRESS ON ID IF ANY) | PHONE NO. |
|---|---|---|---|---|
| | | | | 714 991-0592 |

| EMPLOYED BY | ADDRESS | CITY-STATE-ZIP | LENGTH EMPLOYED | EMPLOYER'S PHONE |
|---|---|---|---|---|
| | | | | |

**INS**

| INSURANCE | TYPE | CERTIFICATE | GROUP NO. | EFFECTIVE DATE | SUBSCRIBER |
|---|---|---|---|---|---|
| FHP | | | | | PATIENT |
| NO OTHER | | | | | |

PATIENT COMPLAINT: SOUTH AND STATES T.C. PMD:

**HISTORY**

16 y/o Hispanic female was involved in a MVA this evening. S/P C-Section 1 yr ago. She was not wearing a seat belt and made an indentation spider mark on windshield. She immediately had pain. Pt feels she had LOC from the accident. Pt c/o feeling faint and upper arm. Denies chest or abd pain. On coal day 4 mu... [handwriting partially illegible]

CURRENT MEDICATIONS: Denies

ALLERGIES: Denies

E.D. ADMISSION VITAL SIGNS: BP 136/76 P 80 R 20 T 98.5

**PHYSICAL EXAMINATION**

Well dev Hispanic female. Multiple abrasions over her forehead. Pt covered c multiple small fragments of glass in face + her head hair. Denies neck exam - cut my right 3rd finger o glass fragment. Neck tender to palpation. Anterior neck - clear. Oblique view confirm C2-C3 fracture. Pt able to grip c hands. Moves toes well. Abd tender LE. Pt denies LOC. Lungs clear. Cor RRS... Abd soft nontender.

**PHYSICIAN ORDERS**

☐ TREATMENT EXPLAINED TO PATIENT
☐ PROCEDURES EXPLAINED TO PATIENT

Cervical Spine series
SMA7 - nl
CBC - nl
Dip dot (urine)
Soft tissue - head
immobilization of neck
Neck CT C1 - C4
Head CT
Cervical Spine... [illegible]

SIGNATURE

DIAGNOSTIC IMPRESSIONS:
1) [illegible] Cervical Spine fracture 3) Multiple facial abrasions
805.0 2) Concussion w/o history 4) Cervical Spine sprain

| PATIENT'S DOCTOR | PHONE NUMBER | TIME CALLED | RESPONSE |
|---|---|---|---|
| 850.5 | 8858 | 910.8 | 9657 |

| CONSULT DOCTOR | PHONE NUMBER | TIME CALLED | RESPONSE |
|---|---|---|---|
| Dr. [illegible] called | | 847.0 | |

DISPOSITION: ☒ DISCHARGE ☒ ADMIT ☐ TRANSFER ☐ OTHER | STATUS: ☐ GOOD ☒ FAIR ☐ SERIOUS ☒ CRITICAL ☐ EXPIRED

INSTRUCTIONS TO PATIENT: CRUTCH PRECAUTIONS, SPRAIN AND FRACTURE ☐ ABDOMINAL COMPLAINTS ☐ BACK AND NECK ☐ CAST AND SPLINT ☐ CONJUNCTIVITIS ☐ EYE CARE ☐ FEVER CONTROL ☐ HEAD INJURIES ☐ URINARY TRACT INFECTION ☐ VIRAL INFECTIONS ☐ VOMITING AND DIARRHEA ☐ WOUND CARE ☐ OTHER

PRESCRIPTION GIVEN: NO NAMES: Tylenol / F/U [illegible]

PHYSICIAN REFERRAL: ☐ PMD ☐ RTED ☐ NONE REQUIRED
TO BE SEEN IN ____ DAYS ☐ SPECIALTY

ACTIVITY RELEASE ☐ NO WORK/SCHOOL/P.E. ACTIVITY
☐ RETURN TO WORK/SCHOOL/P.E. IN ____ DAYS.
☐ RETURN TO WORK WITH LIMITATIONS
☐ RETURN TO WORK—FULL DUTY

TIME — CATEGORY 4

MEDICAL RECORDS

PHYSICIAN'S SIGNATURE [signature]

001370