☐ WESTERN MEDICAL CENTER
1001 N. TUSTIN AVE.
SANTA ANA, CA 92705
(714) 953-3330

EMERGENCY DEPARTMENT
# AFTER CARE INSTRUCTIONS

☑ WESTERN MEDICAL CENTER-ANAHEIM
1025 S. ANAHEIM BLVD.
ANAHEIM, CA 92805
(714) 533-6220 ext. 2224

**PLEASE NOTE:** **THE EXAMINATION, TREATMENT AND INTERPRETATION OF DIAGNOSTIC STUDIES AND LABORATORY TESTS YOU HAVE RECEIVED IN THE EMERGENCY DEPARTMENT HAVE BEEN RENDERED ON AN EMERGENCY BASIS ONLY.** They are not intended to be a substitute for or an effort to provide complete medical care. A copy of your record and reports of all laboratory, X-ray and other tests will be available to your follow-up doctor, if requested by him. It is important that you let him check you, and that you report to him, any new or continuing problems at that time, because it is impossible to recognize and treat all elements of injury or illness in an emergency department visit. The name of the doctor that you will need for a follow-up care appointment, if indicated is:

DOCTOR  _FHP_                                    TELEPHONE: _____

within _____ days, or sooner if needed. If you are unable to make an appointment with the above doctor, or if your condition becomes a new emergency, please return to the emergency department for assistance sooner than the above indicated appointment time.

SPECIAL INSTRUCTIONS: _Wear soft collar_

**TREATMENT RENDERED**

☑ Exam & Evaluation          ☐ Sutured
☐ X-Ray                       ☑ Tetanus Booster
☐ Lab Test                    ☐ Hypertet
☐ Electrocardiogram           ☐ Cast
☐ IPPB                        ☑ Pressure Wrap/Splint _soft collar_
☐ Medication _____

**ACTIVITY RELEASE**

☐ Return to Work _____
☐ No Work      ☐ No School       ☐ No Physical Education
☐ Discharged from Medical Care
☐ May work with these limitations if employer policy permits:

**PLEASE REFER TO THE INDIVIDUAL SPECIFIC/INSTRUCTION:**

☐ Abdominal Complaints   ☑ Back and Neck   ☐ Cast and Splint   ☐ Crutch Precautions   ☐ Conjunctivitis   ☐ Eye Care
☐ Fever Control          ☐ Head Injuries   ☐ Sprain & Fracture  ☐ Urinary Tract Infection   ☐ Viral Infections
☐ Vomiting & Diarrhea    ☐ Wound Care      ☐ Other             ☐

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as indicated above.

I, hereby authorize Western Medical Center to provide from my medical record the information specified above to the follow-up doctor listed above on these aftercare instructions. The disclosure of records authorized is required for the purpose of further medical care. The information supplied is to be restricted to the emergency department visit(s) for this current injury/illness, including diagnosis and treatment for alcohol/drug or psychiatric disorders. Release or transfer of specified information to any person or entity not specified herein is prohibited. An additional written consent must be obtained for a proposed new use of the information or for its transfer to another person or entity.

_____                                    Date Sent: _____
ture (Patient, Parent, Guardian or Conservator)

Patient Name/Print)    (Last)          _Alfaro_          _Rosie_ (First)

_____          _7/7/88_          _E. Stuarte MD/D_
Discharge Nurse Signature            Date             Physician Signature

**ORIGINAL/HEALTH RECORDS**

```
1U46078 9 1SCU 131
775950 811
ALFARO, BABY BOY
A X A
```

## PHYSICAL EXAMINATION

**NEWBORN PHYSICAL EXAM & DISCHARGE SUMM**

A = Admission Exam    X    D = Discharge Exam

| A | D | GENERAL CONDITION | | A | D | EYES | | A | | ABDOMEN | X | D | NEUROLOGI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Abnormal | | | | Red Reflex ☑NL ☐ABN ☐Not Done | | | | Distended | | ☑ | Decreased Activity |
| | | Normal | | | | Cataracts          R     L | | | | Palpable Mass | | | Increase Activity |
| A | D | SKIN | | | | Conjunctivitis    R     L | | | | Hepatomegaly | | | Asymmetric Movement |
| | | Cyanosis ☐Body ☐Extremities | | | | Scleral Hemorrhage   R    L | | | | Splenomegaly | | | Hypotonia |
| | | Pallor | | | | Other | | | | Diastasis Rectus | | | Hypertonia |
| | | Plethora | | | | ☑Normal Eyes | | | | Umbilical Hernia | | | Abnormal Cry |
| | | Jaundice ☐Face ☐Chest ☐Abd | | A | D | LUNGS -THORAX | | | | Single Umbilical Artery | | | Abnormal Moro Reflex |
| | | Bruising | | | | Respiratory Rate | | | | Other | | | Paralysis |
| X | | Mongolian Spots | | X | | A: 44    D: 38 | | | | ☑Normal Abdomen | | | Paresis |
| | | Petechiae | | | | Grunting | | A | D | GENITAL - ANAL | | | Other |
| | | Erythema Toxicum | | | | Retractions | | | | Ambiguous Genitalia | | ☑ | Normal Neurologic |
| | | Meconium Staining | | | | Stridor | | | | Hypospadius | | A | D | MUSCULOSKELET |
| X | | Milia | | | | Abnormal Breath Sounds   R    L | | | | Undescended Testes    R    L | | | Abnormal Back - Spine |
| | | Other: | | | | Rales ☐  Rhonchi ☐ | | | | Hydrocele    R    L | | | Hip Dislocation |
| | | Normal Skin | | | | Pectus Evacuatum/Pectus Carinatum | | | | Inguinal Hernia | | | Fracture |
| A | D | HEAD - NECK | | | | Other: | | | | Hymenal Tag | | | Type: |
| | | ☐ Micro ☐ Macrocephaly | | | | ☑Normal Heart | | ☑ | | Normal Genital - Anal Area | | | Other: |
| | | Abnormal Facies | | A | D | CARDIOVASCULAR | | | | ADMISSION EXAM | | | ☑ | Normal Musculoskeletal |
| | | Cephalohematoma | | | | Heart Rate | | | | DATE 7/11/89  TIME 16 30 | | | DISCHARGE EXAM |
| | | Caput Succedaneum | | X | | A: 120    D: 140 | | | | Length  50      790    % | | | DATE 7/12/89  TIME 09 |
| | | Abnormal Sutures | | | | Precordial Thrill | | | | Weight 4565 gms 790   % | | | Length  51  cm |
| | | Abnormal Fontanelle | | | | Arrythmia | | | | Head Circ. 37.5  790   % | | | Weight 4600 gms |
| | | Neonatal Teeth | | | | Abnormal Heart Sounds | | | | COMMENTS | | | Head Circ. 37.5  cm |
| | | Scalp Abscess | | | | Displaced Apical Beat | | | | Transferred from ISCU. | | | COMMENTS |
| | | Nasal Flaring | | | | ☑Femoral Pulses  NL☐ ↓☐ ↑☐ | | | | R/o sepsis → CX neg. | | | |
| | | Torticollis | | | | ☑Brachial Pulse  NL☐ ↓☐ ↑☐ | | | | Term viable ♂ LGA | | | |
| | | Other | | | | Murmur | | | | | | | |
| | | ☑Normal Head - Neck | | | | Bruits | | | | | | | |
| A | D | EARS | | | | Other: | | | | | | | |
| | | Abnormal Location   R    L | | | | | | | | | | | |
| | | Abnormal Form        R    L | | | | | | | | | | | |
| | | Pre/Post Auricular Tags  R    L | | | | | | | | Signature (signature) MD | | | Signature (signature) |
| | | Other | | | | ☑Normal Heart | | | | | | | |
| | | ☑Normal Ears | | | | | | | | | | | |

## Discharge Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ☑Term ☐ Pre ☐ Post | ☐ SGA ☐AGA ☑LGA | | REFERRAL | Name/Clinic | Wks/Days | INSTRUCTIONS |
| Mode of Delivery | ☐Vaginal   C/S for ☐ Fetal Distress ☑Failure to Progress (FTP) ☑VAC EXT/FCPS   ☐ Elective | APGAR Score 8  19 5  GA by Exam 40  Wks | | WBC outside physician 2 wks | | | F4/P |
| | | | | PHN | | 2 d | |
| Multiple Birth | ☑No   ☐Twin ☐A ☐B   ☐Triplet ☐A ☐B ☐C | | | Nursery F/U | | | |
| Sex | ☑Male   ☐Female | ☐Unknown | | Specialty Clinic | | | |
| Screen | Galactosemia ☐yes ☐no   PKU ☑yes ☐no   T-4 ☑yes ☐no | | | Other | | | |
| A/R | DIAGNOSES | | CODE | WIC | ☑Referral ☐Known to WIC | | |
| R | Term viable male newborn | | V30.0 | Hospital Course: ☐ Routine ☐ Other | | | |
| R | Infant of substance mother | | 775.0 | 3 dir of Amp+Gent for poss. sepsis + | | | |
| R | Maternal drug abuse | | 760.72 | Plus for S+S of drug withdrawal + Chem strip | | | |
| R | Possible sepsis | | 771.3 | on low | | | |
| | PROCEDURES | | 76.61 | DISCHARGE TO: | | | |
| | Limited Prenatal | | C 3.31 | ☑Home with mother   ☐ Home after mother   ☐ AMA | | | |
| | IV Ampicillin + Gentamycin | | | ☐ Placement   ☐ Adoption Agency   ☐ Other | | | |
| | | | | Address | | | |
| | | | | City  Anaheim   State  Ca | | | |
| TRANSPORT TO: | ☐ NICU  Date: | ☑TERM  Date: 7/11/89 | | Phone 778-6035   Zip 92804 | | | |
| FEEDING | ☐ Breast ☑Routine ☐ Other | | | Discharge date/time 7/12/89  Nurse (signature)  Number 23786 | | | |
| MEDS. | ☐ Vitamins ☐ Fluoride ☐ Iron | | | Person receiving this patient   ☑ Nadia Alfaro | | | |
| Lab/Rx: A+   Coombs:   VDRL: NR   D/C Bili 25 | | | | DISCHARGE SIGS. | | | |
| HBSAg: NR  HCT 52%  HIV   | | | | Physician (signature) Co Sign (signature) | | | |
| 83765  11/88 | WHITE – CHART   GREEN – MED. RECORDS   CANARY – DATA | | | | | | |

ADMISSION RECORD

```
,RO, BABY BOY              M DD  ISCU-12
.D96D789                        ISCU
BANKS, JAMES MD          D  T  73595D81
```

A PT NAME:                          BIRTH TIME: 02:30
M BY:  JMC                          ADM DATE/TIME:  07/08/89  02:46

RTHDATE:    ▒▒▒/89                  RACE/ETHNIC GROUP:  H
ATE OF BIRTH:  CA                   CITIZENSHIP:  USA
LICION:  CATHOLIC
THER'S NAME:
THER'S NAME:  ALFARO, MARIA ROSIO   MOTHER'S DOB:  ▒▒▒/71
THER'S ACCT#:  78D25D41             MOTHER'S SOC SEC#:  ▒▒▒▒▒▒▒

ADDRESS:
        ANAHEIM  ▒▒▒▒   CA    92804
UNTY:  ORANGE                       DISTRICT:
ME PHONE:  714 778-6D35             MESSAGE PHONE:  714 DDD-DDDD

ERG CONTACT:  ALFARO, MARIA ROSIO   RELATION TO PT:  MOTHER
  ADDR:  ▒▒▒▒                       HOME PHONE:  714 778-6D35
        ANAHEIM      CA    92804    WORK PHONE:  714 DDD-DDDD

ARANTOR:  ALFARO, MARIA ROSIO
ADDR:  ▒▒▒▒                         GUAR EMP:
        ANAHEIM      CA    92804    GUAR EMP PHONE:  714 DDD-DDDD
PHONE:  714 778-6D35                GUAR SOC SEC#:  ▒▒▒▒▒▒▒

IMARY COVERAGE:                     ID/POL/GRP#:
TYPE:                               EFFECTIVE DATE:

ONDARY COVERAGE:                    ID/POL/GRP#:
TYPE:                               EFFECTIVE DATE:

MIT POINT:                          ACCOM CODE:  N
MIT CODE:  N

 STATUS:  DEPARTMENTAL
PARTMENT:  P
RVICE:  .NEONATOLOGY        NEO
M DIAGNOSIS:  NEWBORN

V ORG 1:              PH: 714 DDD-DDDD DAYS:      REF#:
V ORG 2:              PH: 714 DDD-DDDD DAYS:      REF#:


IG WORKER SIG:
```

CHART

LFARO, BABY BOY          1D96D789          NEWBORN ADMISSION RECORD
▒001375

```
 -SUSU                    UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
08/89 02:48                          (QD4$$P)
```

```
==================================
FINANCIAL/ADMISSION RECORD
==================================
```

```
ALFARO, BABY BOY              M  OD  ISCU-12
   1D960789                           ISCU
   BANKS, JAMES MD         D   T  73595D81
```

```
==================================
FC: T  SELF-PAY                      ADMIT/REG DATE:  07/08/89
HSC:  .NEONATOLOGY
PATIENT SS #:                        MEDICARE#:
                                     EFF DATE PART A:
MEDI-CAL#:                           EFF DATE PART B:
M-CAL SOC:

MR#:  1D960789                       VIP:  N
```

```
******************** PRIMARY INSURANCE CARRIER ********************
INSURANCE CO NAME:                           SMS PLAN CODE:
MAIL CLAIM TO:                     SUBS SS#:
ADDRESS:                           SUBS NAME:
                                   RELATION TO PAT:

GROUP/POLICY#:                     EMPLOYER:
EFFECTIVE DATE:                    ADDRESS:
PREPAID PLAN:     YES:   NO:
AUTHORIZATION#:                    ACCIDENT TYPE:
COB:     YES:   NO:                DATE OF INJURY:
AUTHORIZED BY:                     PHONE#:
COVERAGE NOTES:
```

```
******************** SECONDARY INSURANCE CARRIER ********************
INSURANCE CO NAME:                           SMS PLAN CODE:
MAIL CLAIM TO:                     SUBS SS#:
ADDRESS:                           SUBS NAME:
                                   RELATION TO PAT:

GROUP/POLICY#:                     EMPLOYER:
EFFECTIVE DATE:
PREPAID PLAN:     YES:   NO:
AUTHORIZATION #:                   ACCIDENT TYPE:
COB:     YES:   NO:                DATE OF INJURY:
AUTHORIZED BY:                     PHONE#:
COVERAGE NOTES:
```

```
******************** COVERAGE VERIFICATION ********************
PSYCHIATRIC          YES:      NO:   R&B:          DAYS
OUTPAT COVERAGE                      ICU           DAYS
MAJOR MEDICAL                        OTHER COVERAGE:
DEPENDENT COVERAGE                   X
NEWBORN COVERAGE                     COMPLETED BY:
PHYSICIANS BILLING                   DATE:
```

```
                                                      0Q1376
=====================================CHART=====================================
  ALFARO, BABY BOY          1D960789      FINANCIAL/ADMISSION RECORD
```

**UCI MEDICAL CENTER**
**TERMS AND CONDITIONS OF SERVIC**
for
☑ Inpatient Admissions
☑ Outpatient Services
☐ Emergency Services

ALFARO, BABY BOY
AKA-
M ▪▪▪ /89 ALFARO, MARIA R
BANKS, JAMES MD     PATIENT IDENTIFICATION     PA
03109709

**Continued from Page 1:**

**7. CONSENT TO FOLLOW-UP:** The patient consents to the UCI Medical Center referring appropriate information on the patient's medical cc to community health agencies for the purpose of helping the patient, when appropriate, with beneficial follow-up care and counseling at The patient will not be obligated to accept such care or counseling. If the patient does not agree to "Consent to Follow-up", initial here:

**8. FINANCIAL AGREEMENT:** The patient, in consideration of the services to be rendered, shall pay The Regents of the University of Cal for hospital services, including professional services of hospital-based physicians, in accordance with the regular rates and terms of t Medical Center. The patient shall also pay for professional services rendered as billed by the UCI Medical Group and the UCI Professional Se Billing Office. If this agreement is executed by a spouse or a financial guarantor, the spouse or financial guarantor shall be jointly and sev liable with the patient. Should accounts be referred to an attorney for collection, reasonable attorney's fees and collection expenses st payable, in addition to other amounts due. Unpaid accounts referred to outside agencies for collection bear interest at the rate of 7% pe from the date of referral.

## ASSIGNMENT OF INSURANCE BENEFITS

The patient, the patient's representative, or, where neither the patient nor the patient's representative is the insurance subscriber, said insu subscriber (herein collectively called the "assignor") hereby assigns to The Regents of the University of California and authorizes payment di to it, of all hospital insurance benefits and Unemployment Compensation Disability (UCD) benefits otherwise payable to the assignor. The ass hereby agrees that UCI Medical Center may receipt for any such payments thereby discharging the insurer's obligation to the extent of such payn

To the extent that fees for professional services rendered to the patient are payable to UCI Medical Group or to UCI Professional Services Bi Office, the assignor hereby assigns to UCI Medical Group or UCI Professional Services Billing Office and authorizes payment to them of all insura benefits for professional fees otherwise payable to the assignor but not to exceed the amount of such fees for professional services to the pat The assignor hereby agrees that UCI Medical Group or UCI Professional Services Billing Office may receipt for any such payments thereby discharging insurer's obligation to the extent of such payments.

The Regents of the University of California, for UCI Medical Center, and the patient, or the patient's representative, hereby enter into i agreement. The patient, or the patient's representative, certifies that he/she has read, accepted, and received a copy of this agreem and is the patient, or is duly authorized on behalf of the patient to execute it, and the patient, the patient's representative or the insurar subscriber certifies that he/she has read the "ASSIGNMENT OF INSURANCE BENEFITS" above and agrees to them. The patient or patie representative understands that this agreement is for: ☑ Inpatient Admission ☑ Outpatient Services ☐ Emergency Services

SIGNATURE OF PATIENT (IF 12 YEARS OR OLDER)     OR    SIGNATURE OF PATIENT'S REPRESENTATIVE (REF. 1, 2 or 4 BELOW)

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

By
REGISTRATION CLERK     RELATIONSHIP OF REPRESENTATIVE TO PATIENT (REF. 1, 2 or 4 BELOW)

FINANCIAL GUARANTOR (IF OTHER THAN PATIENT) (SEE PARAGRAPH 8 ABOVE)     NAME OF INSURANCE SUBSCRIBER: (IF OTHER THAN PATIENT OR PATIENT'S REPRESENTATIVE)

SIGNATURE OF WITNESS/TRANSLATION (REF 3 OR 4 BELOW)     DATE OF SIGNING     06-16-89     TIME OF SIGNING     1620

**EXCEPTIONAL SIGNATURE REQUIREMENTS ARE REFERENCED BELOW. Please check the appropriate box.**

☐ **PATIENT IS A MINOR.** The parent or guardian must sign as "Patient's Representative" unless the patient is legally allowed to consent t medical care.

☐ **PATIENT IS LEGALLY INCOMPETENT TO SIGN.** The court approved guardian or authorized conservator must sign as "Patient's Representative"

☐ **PATIENT IS UNABLE TO READ ENGLISH.** If the patient reads Spanish, use form 710S instead of this form. If the patient reads neither Englis nor Spanish, a translator shall read this form to the patient. The translator shall sign as "Witness" and indicate the language used:

☐ **PATIENT IS PHYSICALLY INCAPABLE OF SIGNING.** The patient should give verbal consent, witnessed by a University Employee. The spouse or next of kin should sign as "Patient's Representative," in witness of the patient's having given verbal consent. The Employee-Witness shall sign above and complete the following: The patient gives his/her verbal consent but is physically incapable of signing because:

1377

8/87-85110

```
0310970 9
122081 72
ALFARO, MARIA
F          /71
18 PATIENT IDENTIFICATION
```

**UCI MEDICAL CENTER**
**LABOR AND DELIVERY**

*LR#3*

☐ Black    ☒ Mexican
☐ Caucasian    ☐ Other:

**PRENATAL**

| Age | Gravida | Para | H L | Spont. Abortions | Thera. Abortions | Stillborn | Living Children | Adoptions | LMP | EDC |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 13 | 714 | 778-6605 | | | | | | 10-5-88 | |

| CARE | Wks. at Onset | No. of Visits | ☒ Private Medical Dr. | ☐ Clinic | Name/Location | | |
|---|---|---|---|---|---|---|---|
| | | 2 | ☐ Public Health Dept. | ☐ None | FHP | | |

| ANTEPARTUM LAB (Results & Date) | Hgb | Hct | VDRL | 2 Hr. Post Prandial | GTT | Blood Type |
|---|---|---|---|---|---|---|
| | Sent | Sent | Tx 6-1-89 resent 1?8 | | | A+/ |

**ANTEPARTUM COMPLICATIONS**

☐ None    ☐ Abruptio Placenta    ☐ Placenta Previa    ☐ Other:

☐ Cardiac Disease    Type & History    ☐ Diabetes Mellitus    Class    ☐ Hematological Disease / Sickle Cell Anemia    ☐ Pre-eclampsia ☐ Mild ☐ Mod. ☐ Se

☐ Infectious Diseases:    ☐ Gonococcus    ☒ Syphilis    ☐ Parasites (specify):    ☐ Herpes    ☐ Other:    H/o hepatitis    **TREATMENT** 6-1-89 complet    How long

☒ Premature rupture of membranes    How long before delivery? 2    Significant 7/3    Amniotic Fluid    ☒ Clear    ☐ Meconium    ☒ Febrile Temp.    ☐ Other: Spasmauer 7/3

☐ Fetal Evaluation Enter Dates and Results    ☐ Amniocentesis    ☐ Oxytocin Challenge Test    ☐ Ultrasound    Estriols ☐ Low    ☐ Normal ☐ Falling    ☐ Susp IUGR

Rubella Immune
HBsAg NR

☒ Substance Abuse (Type & Duration)
Cocaine Heroin
last use 3/89

**LABOR**

☐ Normal, Spontaneous    ☒ Augmentation @ 1905    ☐ Elective Induction    ☐ Indicated Induction—Explain:

Medications & Dosages During Labor
Demerol 50mg IVP @ 0300 & 0630
Langor 20mg

COMPLICATIONS:    ☐ Chorioamnionitis    ☐ Failure to Progress
☐ Cephalopelvic Disproportion    ☐ Fetal Distress
☒ Other: Macrosomia

☐ Fetal Scalp Sampling:    Cord Blood pH

Comments

**DELIVERY**

☐ Spontaneous    ☐ Vacuum Extraction    ☐ Low Forceps    ☐ Other:

PRESENTATION AND POSITION:
☒ Vertex    ☐ Breech
☐ Other

LACERATIONS:
☐ None    ☐ Cervical    ☐ Labial
☐ Periurethral    ☐ Vaginal    ☐ 3rd Degree    ☐ 4th Degree
☐ Other:    Post Partum Hemorrhage Over 500cc:

☐ EPISIOTOMY

PLACENTA    ☐ Spontaneous    ☒ Manual Removal    ☐ Intact
Comments:

☒ CESAREAN SECTION:    ☐ Primary    ☒ Repeat    ☐ Elective    ☐ Emergency    ☐ Post Partum Tubal Ligation Desired
Indication:    ☐ Breech    ☒ Cephalopelvic Disproportion    ☐ Fetal Distress    ☐ Failure to Progress
☐ Pre-eclampsia    ☐ Repeat    ☐ Other: Macrosomia

Comments Billd for meconium, meconium — Baby vigorous — Intubated → No mec
below cord — suctioned, D&?P-copious thick mec suctioned from Stom
Grunting, retracting @ 10min — O₂ CPAP given → To ISCW.

**ANESTHESIA** Specify Drug & Dose    ☐ None    ☐ Local    ☐ Pudendal    ☐ Paracervical    ☒ Lumbar Epidural    ☐ Caudal Epidural    ☐ Spinal
☐ General

**INFANT**

| Del. Date | Del. Time | Sex | Weight | Length | Weeks Gest. | Placenta Time | APGARS | 1 Min. | 5 Min. |
|---|---|---|---|---|---|---|---|---|---|
| 7-8-89 | 0230 | 13? | 4720 | 54 | 39/7 | 0231 | | 8 | 9 |

Cord Vessels    RESUSCITATION:    ☐ O₂    ☐ Bulb    ☐ De Lee    Intubation:    DRUGS TO INFANT:    ☐ AgNO₃ ☐ Vit K
☐ Positive Pressure    ☐ Wall Suction    ☐ Cords Visualized

PEDIATRICS:    ☒ Present    ☐ Not Present    ☐ Called    Major Congenital Anomaly
I.D. Band No. 23786    P.F. No. 10960789    Ventral hernia @ midline —

BONDING    ☐ Held    ☐ Touched    FEEDING    ☐ Bottle
☐ Significant other PRESENT Comments:    ☐ Breast    ☐ Bath

| Obstetrician | OB Nurse | Pediatrician | Ped. Nurse |
|---|---|---|---|
| Heppard | Kurick | | Dukh RN |

FORM 264 (7/87) 83330

**INFANT CHART**

**LABOR AND DELIVERY RECORD**

UCI MEDICAL CENTE
**NEONATAL NURSIN**
**HISTORY AND PHYSI**
**ADMISSION AND ASSES**
(To be completed within firs
24 hours after admission)

ALFARO, BABY BOY
A K A -
PATIENT IDENTIFICATION

**PERINATAL HISTORY**

| BIRTHDATE | BIRTH TIME | WEIGHT | LENGTH | HC | ESTIMATED GESTATIONAL AGE | BY DATES | BY EXAM | |
|---|---|---|---|---|---|---|---|---|
| 89 | 0230 | 4720 GM | 54 CM | 38.5 CM | | 39 | | ☒ MALE |

| APGAR SCORE | 1 MIN 8 | 5 MINS 9 | RESUSCITATION MEASURES ☐ NONE ☒ SUCTION ☐ BAGGED ☐ O² ☐ HEART COMPRESSIONS ☒ INTUBATED | UMBILICAL LIN ☐ UVC |
|---|---|---|---|---|

☐ MEDS GIVEN:

COMPLICATIONS   Mec.

**MATERNAL HISTORY**

| MOTHER'S NAME Maria Alfaro | AGE 17 | GRAVIDA 3 | PARA 2 | SAB 1 | TAB | ☐ PREVIOUS PREMATURE | BLOOD |
|---|---|---|---|---|---|---|---|

| PREGNANCY ☒ Syphilis ☐ UNCOMPLICATED ☐ COMPLICATED BY ☐ BLEEDING ☐ DIABETES CLASS ☐ PROLONGED LABOR ☐ DRUGS ☐ TOXEMIA ☐ INFECTIO |
|---|

| EDC | VDRL | MEMBRANES RUPTURED ☐ slow leak | DATE | TIME | OTHER EXPLAIN |
|---|---|---|---|---|---|

| TYPE OF DELIVERY ☐ VAGINAL ☒ C-SECTION repeat | TYPE OF FEEDING ☐ BREAST ☒ BOTTLE |
|---|---|

**ADMISSION ASSESSMENT**

| ADMIT DATE 7/8/89 | ADMIT TIME 0300 | ADMIT FROM ☒ L&D ☐ OR ☐ ER ☐ TERM NURSERY ☐ TRANSPORTED FROM |
|---|---|---|

| O² | %FIO² | ☒ HOOD ☐ RESPIRATOR ☐ ISOLETTE ☐ CPAP ☐ IMV ☐ BAGGING | INTUBATED ☐ YES |
|---|---|---|---|

**PHYSICAL EXAM — CHECK ALL APPLICABLE AND EXPLAIN IF ABNORMAL**

**HEAD/NECK**

ANTERIOR FONTANELLE: ☒ FLAT   ☒ SOFT   ☐ FULL   ☐ BULGING   ☐ TENSE   ☐ DEPRESSED
☐ CAPUT   ☒ CEPHALOHEMATOMA   ☐ BRUISING   ☐ PARALYSIS   ☐ EDEMA   ☐ MASSES   ☐ DRAINAGE

**RESPIRATORY**

RESPIRATIONS: ☒ IRREGULAR   ☐ PERIODIC BREATHING   ☐ APNEIC   ☐ SHALLOW   ☐ GASPING
☒ NASAL FLARING   ☒ EXP GRUNT   ☒ RETRACTIONS   ☐ CHEST CONFIGURATION ABNORMAL
BREATH SOUNDS: ☒ CLEAR   ☒ RALES   ☐ STRIDOR   ☐ RHONCI   ☐ WHEEZES   ☐ ABSENT
☒ EQUAL   ☐ DIMINISHED   ☐ UPPER AIRWAY SECRETIONS
PATENT NARES: ☒ YES   ☐ NO

**CARDIOVASCULAR**

HEART:   RATE: ☒ REGULAR   ☐ IRREGULAR   MURMUR: ☒ ABSENT   ☐ PRESENT
COLOR: ☒ PINK   ☐ PLETHORIC   ☐ MOTTLED   ☐ JAUNDICED   ☐ PALE
CYANOSIS: ☒ NONE   ☐ ACROCYANOSIS   ☐ CIRCUMORAL   ☐ PERIORBITAL   ☐ GENERAL
PULSES FEMORAL: ☒ PRESENT   ☐ ABSENT   ☐ EQUAL   ☐ UNEQUAL   QUALITY: ☐ FAINT   ☐ FULL   ☒ NORMAL   ☐ BOUNDING
CAPILLARY FILLING: ☒ GOOD   ☐ FAIR   ☐ POOR

FORM B4   11-87   3257
001379
CHART
NEONATAL NURSING HISTORY AND PHYSI
ADMISSION AND ASSESSM

EX 77   1289

UCI MEDICAL CENTER
**NEONATAL NURSING
HISTORY AND PHYSICAL
ADMISSION AND ASSESSMENT**
CONTINUATION

CHECK ALL APPLICABLE AND EXPLAIN IF ABNORMAL

## GASTROINTESTINAL

**ABDOMEN:**  ☐ FLAT  ☑ SOFT  ☐ DISTENDED  ☐ LIVER ENLARGED  ☐ LOOPS OF BOWEL VISIBLE
**BOWEL SOUNDS:**  ☐ HYPOACTIVE  ☑ ACTIVE  ☐ HYPERACTIVE  ☐ ABSENT

## GENITOURINARY

**GENITALIA:**  ☑ NORMAL  ☐ ABNORMAL     **ANUS:**  ☑ PATENT  ☐ NON-PATENT
☐ DISCHARGE  ☐ EDEMA  ☐ HERNIA  ☐ VOIDED  ☐ HYDROCELE

## NEURO MUSCULAR

**MUSCLE TONE:**  ☑ NORMAL  ☐ HYPERTONIC  ☐ HYPOTONIC
**ACTIVITY:**  ☑ ACTIVE  ☐ LETHARGIC  ☐ SEIZURES     **CRY:**  ☑ PRESENT  ☐ WEAK  ☐ HIGH PITCH  ☐ ABSENT
**REFLEXES**     (Codes: N = Normal   W = Weak   A = Absent) ___ SUCK ___ ROOT ___ PALMER GRASP ___ MORO ___ GAG

## MUSCULO SKELETAL

**EXTREMITIES:**  ☑ NORMAL  ☐ ABNORMAL     **SPINE ALIGNMENT:**  ☑ NORMAL  ☐ ABNORMAL
**MASSES:**  ☑ ABSENT  ☐ PRESENT

## SKIN

☐ NORMAL  ☐ EDEMA  ☐ PETECHIAE  ☐ ICTERUS/JAUNDICE  ☑ ECCHYMOSIS  ☐ RASH  ☐ FORCEPMARKS  ☐ DESQUAMATION
☐ BIRTHMARKS  ☑ MONGOLIAN SPOTS     **UMBILICAL CORD:** ☑ NORMAL ☐ ABNORMAL     **TURGOR:** ☑ NORMAL ☐ ABNORMAL

### PSYCHOSOCIAL

☐ MARRIED     SIBLINGS — NAMES AND AGES
☐ SINGLE
SUPPORT SYSTEMS

TRANSPORTATION PROBLEMS

LANGUAGE SPOKEN                    OTHER

ADDITIONAL COMMENTS

INITIAL ALL ADDITIONAL ENTRIES

SIGNATURE _Carmer R.N._     DATE 7/8/89   TIME 0400
CHART

NEONATAL NURSING HISTORY AND PHYSICAL
ADMISSION AND ASSESSMENT

**U C I MEDICAL CENTER**
DEPARTMENT OF PEDIATRICS
NEONATAL/PERINATAL MEDICINE
ATTENDING PHYSICIAN NOTES

## HISTORY & PHYSICAL

ALFARO, BABY BOY                    DOA:   7/8/89
PF#: 109-60-78.9                    DOB:   ███/89

## HISTORY:

This baby was born at UCIMC.

## CHIEF COMPLAINT:

LGA term infant born to a mother with history of IV drug
abuse.

## BRIEF HISTORY OF PRESENT ILLNESS:

This 4720 gram, Mexican American male infant was born
on ████/89.  The mother was a 17 year old gravida 5/para
2/SAB 1 woman with blood type A, Rh +, rubella immune,
hepatitis B surface antigen non-reactive.

The baby was delivered by cesarean section because of
failure to progress.  The mother's recent history includes
syphyllis diagnosed and treated 6/1/89.  The mother has
a history of hepatitis.  The mother admits to cocaine
and heroin use in the past, apparently the last use was
3/89.  The mother has had a questionable slow leak of
amniotic fluid for 5 days prior to the baby's birth, she
developed increased temperature prior to the baby's birth.
EDC by sonogram was 7/12/89.

The baby was born by cesarean section due to failure to
progress because of fetal macrosomia.  2+ meconium was
noted at delivery and the pediatricians were in attendance.
The baby was intubated and suctioned with no meconium
from below the cords.  Copious thick meconium was obtained
from the stomach.  The baby had Apgar scores of 8 and
9 at one and five minutes respectively.  The baby was
given O2 by CPAP in the delivery room, for approximately
10 minutes.

The baby was taken to the Special Care Nursery for evaluation
and for management.

## PHYSICAL EXAM:

Weight 4720 grams.  Head circumference 38.5 cm, length
54 cm.

GENERAL APPEARANCE:  The baby was in mild respiratory
distress.

CONTINUED

B1                    CHART

EX 77    1291

U C I MEDICAL CENTER
DEPARTMENT OF PEDIATRICS
NEONATAL/PERINATAL MEDICINE
ATTENDING PHYSICIAN NOTES

<u>HISTORY & PHYSICAL</u>                    PAGE TWO

ALFARO, BABY BOY
PF#: 109-60-78.9                    DOB: ███/89

CONTINUED

HEENT: Anterior fontanelle were open and sutures slightly
split. Ears normally formed.  Nose clear.  Palate intact.

NECK: Supple.

CHEST:  Normal AP diameter.  Coarse breath sounds bilaterally.
Minimal tachypnea and retractions.

CARDIAC:  Regular rate and rhythm without murmurs.

PULSES:  2+.

ABDOMEN:  Soft, no hepatosplenomegaly.

GU:  Term male, both testes down.

RECTUM:  Anus is patent.

SPINE: Straight.

EXTREMITIES:  No hip clicks.  Well perfused.

NEUROLOGICAL: Good strength and tone.

<u>IMPRESSION:</u>

1.   TERM LGA INFANT.
2.   HISTORY OF MATERNAL IV DRUG ABUSE.
3.   HISTORY OF MATERNAL SYPHYLLIS, TREATED ONE MONTH PRIOR
     TO THIS BABY'S BIRTH.
4.   HISTORY OF HEPATITIS, NOW HB SURFACE ANTIGEN NEGATIVE.
5.   PROLONGED RUPTURE OF MEMBRANES WITH MATERNAL
     PRE-TREATMENT WITH IV ANTIBIOTICS.

<u>PLAN:</u>

1.   Start on IV antibiotics after the cultures are obtained.
2.   VDRL, both from blood and CSF.
3.   Length of treatment with antibiotics will depend on
clinical course and culture result.
4.   Further maternal history will be obtained, if the
HIV has not been obtained on the mother, we will obtain
one.
5.   Baby will have a toxicology screen.

BEMS/kl              CHART       JIM BANKS, M.D.

EX 77   1292

UC MEDICAL CENTER
DEPARTMENT OF PEDIATRICS
NEONATAL/PERINATAL MEDICINE
ATTENDING PHYSICIAN NOTES

7/10/89

ALFARO, BABY
PF#: 109-60-78.9                    DOB:

This the infant's second day of life.  The infant's weight
is 4.530 kilograms, which is down 5 grams.  The infant
was started on feedings yesterday and has been doing quite
well.  The IV is being weaned.  The baby is in no respira-
tory distress.  Urine toxicology screen is negative. CSF
and blood cultures are negative.  CBC is unremarkable.
The CSF VDRL is pending.  Cord blood  VDRL is nonreactive.
Hepatitis B surface antigen is nonreactive.  The plan
today will be to advance the infant's nipple feeds and
we will continue the ampicillin and the gentamicin for
at least a few days pending the negative cultures.
We will check the syphillis status as well.

JT:MS/kl                              JOE TONEY, M.D.

001383                          CHART

**U C I MEDICAL CENTER**
DEPARTMENT OF PEDIATRICS
NEONATAL/PERINATAL MEDICINE
ATTENDING PHYSICIAN NOTES

7/11/89

ALFARO, BABY
PF#: 109-60-78.9                    DOB: ████/89

This is the infant's third day of life.  This infant is
tolerating the feedings quite well and remains on ampicillin
and gentamicin for evaluation of sepsis.  The infant's
VDRL status has been obtained and the cord blood VDRL
is nonreactive, as is the CSF VDRL.  CBCs have been unremark-
able.  The toxicology screen was positive only for Lidocaine.
The maternal urine toxicology screen was negative as well.
The infant will be discharged if the cultures remain negative
for CSF and blood culture.

JT:MS/kl                                    _____
                                            JOE TONEY, M.D.

CHART

001384

EX 77   1294

ALFARO, BABY BOY
AKA -
M  7/08/89 ALFARO, MARIA R
HRSZ, JAMES MD      PATIENT IDENTIFICATION

UCI MEDICAL CENTER

**INTERDISCIPLINARY
NOTE**

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/8/89 | | RAN |
| | 240 | 4720 gm ♂ born c/s 2° FTP @ 230 to |
| | | a 17 yo G 3 P2 SAB1 , A+, Rubella Immune, HBSAg NR. |
| | | Mom c recent Rx (6/1/89) for syphilis and |
| | | hx/o hepatitis. Mom also admits to cocaine |
| | | and heroine use 3/89, last. c slow leak |
| | | clear ammiotic fluid since 7/3 c ↑ temp. |
| | " | Born A+/-. LMP 10/5/89. EDC by Sono 7/12/89 |
| | | Baby was born by c/s 2° to macrosomia |
| | | Dx'd by u/s. 2° meconium seen @ delivery c |
| | | DeLee suction 3cc blood. Baby was vigorous |
| | | c ⊘ well. visualized below cords on intubation. |
| | | Baby suctioned c PD⋮D. Copious thick mec. |
| | | suctioned from stomach. Baby subsequently |
| | | grunting & retracting @ 10 min. O2 CPAP given |
| | | and transferred to NICU. Apgars @ 1 ⋮ 5 min |
| | | respectively were, 8 & 9. |
| | | |
| | | PE: l 54.0 cm, weight 4.72 kg, HC 38.5 cm. |
| | | VS - Afebrile. |
| | | LGA baby, moving, active, appears alert in NAD |
| | | large caput succindum. |
| | | AF - flat, NP. NP. |
| | | ears, eyes, nose grossly NL. |
| | | palate intact. |

001385

UCI MEDICAL CENTER
**INTERDISCIPLINARY
NOTES**

PATIENT IDENTIFICATION

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| | | neck supple ⊖ nodes |
| | | chest: CTA, ⊖ flare / grunt / retractions. |
| | | good BS BIL . |
| | | CV: RRR s̄ m. 1-2 sec. cap refill . |
| | | abd. ⊕ BS, S, NT, ND, ⊖ HSM, stress mrks med. S |
| | | extrem: ⊖ E/C/C, prominent nails s̄ med stain. |
| | | testes: ↓ BIL, rugae deep on scrotum . |
| | | neuro: good tone / suck / moro . |
| | | |
| | | A) 39 +/- wk. ♂ macrosomic baby delivered |
| | | by c/s to mom s̄ risk factors ⊕ VDRL, hx hepat. |
| | | drug abuse. s̄ hx ? Rom x ? s̄ temp @ delivery |
| | | |
| | | 1 X Ray |
| | | 2. BG . |
| | | 3. CPAP s̄ O₂ as needed. |
| | | 4. CBC |
| | | 5. BC . |
| | | 6 CSF for studies. including syphilis |
| | | 7. Amp / gent. / Pen . |
| | | 8. tox screen . |
| | | |
| | | |
| | | Kurt Brown MD |

001386

**INTERDISCIPLINARY
NOTES**

07 07 89

735950 817
ALFARO, BABY BOY
AKA-
PATIENT IDENTIFICATION   07/09/89 ALFARO, MARIA R

UCI MEDICAL CENT
**INTERDISCIPLINA**
NOT

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title classification.

| DATE | TIME | IPN   DOC #1   NOTES |
|------|------|---------------------|
| 7/9/89 | | Wt 4585 (↓135)   In: 81 cc/kg/D   28 cal/kg/D |
| | | I. A. Nutrition: D₁₀W + lytes |
| | | — ↑ TF 100 cc/kg/D. Start po feeds Enf 20 |
| | | Today. |
| | | B. Lytes: 143/9.5 / 43/1.2 |
| | | C. GI: ∅ BM |
| | | — Glyceric chip ordn |
| | | II. Renal: Out 0.86 cc/kg/hr   BuN 13 Cr 0.3 |
| | | ↓ urine output prob 2° ↓ TF 80 cc/kg/Day. |
| | | III. Glucose 30–120 |
| | | IV. Respi. On RA since yesterday am, 90's % O₂ sat. |
| | | V. Cardiac: Stable |
| | | VI. Bili 6.5   D 0.3 |
| | | VII. Infection: |
| | | CSF cell count. 10 WBC   299 RBC   10 L/33 mono/2 po |
| | | CSF glic 95   prot 114 |
| | | Suic: mom has Hx IVDA, urine tox screen |
| | | was obtained: ⊕ lidocaine + metabolite, rest neg |
| | | Hep Surface Antigen → Non-reactive |
| | | Hep A. IgM NR |
| | | CSF gram stain → ∅ organisms |
| | | Blood Cx → ∅ growth 24° |
| | | Gent peak 6.5   trough 0.3 |
| | | — Cont Amp ad Gent. |
| | | Michele Fee MD |

01387
FORM 562. 9/84

CHART

INTERDISCIP

07 07 22
735950 81
ALFARO, BABY BOY
AKA -
7/08/89 ALFARO, MARIA R

PATIENT IDENTIFICATION

UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| | | IPN  DOL # 2 |
| 7/10 | | Wt 4530 (↓ 55gms)   In: 105 cc/kg/D   44.45 cal/kg/D |
| | | Out 1.02 cc/kg/hr |
| | | I. A. Nutrition: Takes E20 of 30cc per feed - tolerating well. |
| | | B. GI: BM x 2 (+OB/-) |
| | | C. Glucose: 30-120 |
| | | II. Cardiac and Resp: Stable |
| | | III. Hct 48 |
| | | IV. Infection: Maternal HIV - neg (7/4/89) |
| | | Blood Cx → No growth one day. |
| | | CSF Cx → Ø growth |
| | | - Cont Amp / Gent until cultures → no |
| | | growth 3 days. |
| | | Michele Fang MD |
| | | |
| 7/11/89 | | IPN  DOL # 3   Transfer Note |
| | | Wt 4565 (↑35)   In: 113.5 cc/kg/D   73.6 cal/kg/D |
| | | Out: 1.3 cc/kg/hr   Glucose: 30-120 |
| | | Infant is feeding well on E20 ad lib po. |
| | | Cardiac and Resp stable. |
| | | Labs: CSF - VDRL - neg   CBC - nl |
| | | Blood and CSF Cx - Neg 48° |
| | | Impression: 39 wks BB admitted for R/O sepsis. |
| | | All cx's and Test remain unremarkable |
| | | Plan: 1) D/c to home today if baby able to maintain |
| | | body temp. |
| | | 2) Ø meds. D/C IV Amp / Gent. |
| | | 3) Diet E20 ad lib po |
| | | 4) F/u in Special Needs Clinic and Continuity Clinic |
| | | Fang MD |

051388

INTERDISCIPLINARY NOTES

UCI MEDICAL CENT
**INTERDISCIPLINAL**
**NOT!**

PATIENT IDENTIFICATION

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/10/89 | | |

### VI. SOCIAL WORK CLINICAL ASSESSMENT:
(i.e. understanding of condition, primary concerns, ability to use resources, coping skills, maturity, expectations)

Discussed drug history w/mom. She denies any involvement w/gangs, even tho has many tatoos, says she was just wild when she was younger. Did admit to drug use, IV, as late as march. Sa FOB said he would leave her if she didn't sto She isn't involved in any programs, tho. & didn't indicate a willingness. Is on probation for some juvenile activity til she's Is attending independent study program at Horizons Alternative high school.
Child from previous relationship is being

### VII. PLANS
1. Family members agreed to plans discussed: _____ yes _____ no
2. Assistance with bus fare: _____ yes _____ no
3. Written information given: _____ yes _____ no
4. Referrals made to:  Date _____
   a.
   b.
   c.
5. Other

cared for by MGM, who lives next door to mom. Initially mom says she did care for 2 yr old. Is interested in referral to teen parent program. mom says she is keeping this baby. We talked about special needs clinic. mom is aware of the follow up for babies of IV drug moms. She is going to use some pediatrician as for 2 yr old. We also talked a follow up by PHN. I would suggest base line HIV for baby since mom did use IV.

CLINICAL SOCIAL WORKER _Denise Bannick, LCSW_

BEEPER _865_

001389

FORM 522
43650

EX 77   1299

UCI MEDICAL CENTE
**INTERDISCIPLINAR**
NOTES

PATIENT IDENTIFICATION

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/10/89 | | |

## INITIAL CLINICAL SOCIAL WORK ASSESSMENT

**I. REFERRAL SOURCE:** ☒ Automatic ____ MD ____ RN ____ Self/Family ____ Other
Referring OB/Pediatrician has a prt ped.

**II. REASON FOR REFERRAL** ____ Prematurity ____ Congenital Anomalies
____ Neonatal/Fetal death ____ Adoption ____ Situational Stress
____ Psychiatric History ☒ Suspected/History of Chemical Abuse
____ Questionable Home Situation

**III. INFORMANT:** Name: Maria Alfaro   Relationship: mom
Address: [redacted] Anaheim 92804   Home phone: 778-6035
Age: 17   Education: ____   Ethnic Origin: Hisp
Employment: ____   Work/Mess. phone: ____
Primary Language: ☒ English ____ Spanish ____ Vietnamese ____ Other
Interpreter: ____

**IV. FAMILY COMPOSITION:**
Parents: ____ Married ____ Single ____ Divorced ____ Separated
a. Significant Other (Parent) Name: Manual Cuevas   Age: 21
Address: as above   Phone: ____
Education: ____   Ethnic Origin: ____
Employment: Casa Maria - Cerritos

b. Siblings:         **Name**              Age              **Address**
2 yr old (Danny) living w/ MGM

c. Extended Family & Support Persons:
**Name**         **Address**         **Phone**         **Relationship**
Living w/ MGGPs

**V. PHYSICAL SITUATION & RESOURCES:**
a. Living Situation: ____ own/rent home ____ number of bedrooms ____ apartment
☒ room (from MGGPs ____ )
b. Resources: Income yes ____ Month ____ Year ____
Transportation: ____ car ____ bus ____ family/friend ____ none

| FUNDS | RECEIVES | APPLIED | FUNDS | RECEIVES | APPLIED |
|-------|----------|---------|-------|----------|---------|
| Private Ins. | | | Food Stamps | | |
| Medi-Cal | ☒ | | WIC | | |
| AFDC | | | Other | | |

Comments: Bottle feeding mom. Wants WIC.

001390

CHART                                          INTERDISCIPLINARY
NOTES

**NEWBORN NURSERY**
**ADMISSION NOTE**

UCI MEDICAL CENT
INTERDISCIPLINA!
NOT!

PATIENT IDENTIFICATION

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title classification.

| DATE | |
|---|---|
| 7/11/89 | |
| 17⁰⁵ | |

## LABOR AND DELIVERY

WEIGHT: 4720   DELIVERY: ☐ NSVD   ☐ OTHER CS repeat - macrosomia

LENGTH: 54   ROM X_____ HRS.   MATERNAL FEVER_____

APGARS: 8¹9⁵

COMPLICATIONS: Copious thick meconium suction from stomach
grunting, retracting @ 10 min - O₂, CPAD given → to ISCU

## MATERNAL HISTORY: CURENT PREGNANCY

AGE: 17   LABS:   ☐ No Complications During Pregnancy

EDC: 7/12/89   TYPE/RH A+   ☒ MEDICATION - PCN IM

  Determined by:   RUBELLA immune   ☒ CIGARETTE USE

   sono   PPD (−)   ☒ ALCOHOL USE

PRENATAL CARE:   VDRL ① 1:8 pw/kc   ☒ STD (Specify) - syphilis

PMD/SITE ∅   HbSAg NR   ☐ RASH/FEVER

CARE BEGAN:_____   HIV Tested NR   ☒ ILLICIT DRUGS - heroin, coke

# VISITS_____   ☐ UTI (When)

OTHER MEDICAL COMPLICATIONS:   ☐ VAG BLEEDING

   ☐ DIABETES

## PAST OB HISTORY

GRAVIDITY 3

PARITY 1 → 2

LC 1 → 2

TAB____ SAB 1

☐ STILLBORN

☐ NEONATAL DEATH

☐ DAMAGED INFANT

| PREVIOUS PREGNANCIES (Circle Abnormal) | | | |
|---|---|---|---|
| YEAR | OUTCOME/MODE OF DEL | GEST AGE | BIRTH WT |
| | | | |
| | | | |

## PAST MEDICAL HISTORY   (Explain Positives)   BENIGN MEDICAL HISTORY

☐ ALLERGIES   ☒ INFECTIONS:   ☒ DRUG USE - heroin, cocaine IV

☐ ASTHMA   ___ TB   ☐ HYPERTENSION

☐ CANCER   ___ HEPATITIS 1987   ☐ PSYCHIATRIC
   when pregnant - other child
☐ CARDIAC DISEASE   ___ GONORRHEA   ☐ SEIZURES

☐ COLLAGEN VASC. DISEASE   ___ HERPES   ☐ OTHER

COMMENTS:

FORM # 041391
83040

CHART

INTERDISCIPLINARY
NOTES



UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

PATIENT IDENTIFICATION

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

DATE

## FAMILY HISTORY          ☒ Benign family history

Ethnicity hispanic

Close relatives with:

☐ Miscarriages          ☐ MR or Seizures

Consanguinity?          ☐ Still births          ☐ Cancer < 50 years

☐ Birth defects/Handicaps          ☐ Heart Disease < 50 years

Other illness or traits in family:

## SOCIAL HISTORY          ☐ No serious stressors

Parents married:          Housing:          Mother's Employer:

☐ Yes   ☒ No          ☒ House   ☐ Apt.

Father involved:          Other _____          Return to work ____ wks

☒ Yes   ☐ No          # Bedrooms   3          Father's Employment

Support at home: (Specify)          # Occupants   7          waiter/cook

Comments:

## POST PARTUM INFORMATION

Feeding:          Plans for well child care: Outside physician

☐ Breast   ☒ Bottle

Circumcision:          WIC Program:

☐ Yes   ☒ No/NA          ☒ Needs Referral          ☐ Known to WIC or N/A

## OBJECTIVE:          (See Newborn Physical Exam Form)

## ASSESSMENT:          (Include pertinent positives from history, PE or lab data)

1. Term viable ♂ - LGA, transferred from ISCU today.
2. Slight facial jaundice.
3.

## PLAN:

1. Routine Newborn Care
2. Obtain microbilirubin
3. WIC referral,

Signature: _____ J Guognaga MD          L Hmit MD

001392

## U C I MEDICAL CENTER
DEPARTMENT OF PEDIATRICS
NEONATAL/PERINATAL MEDICINE
ATTENDING PHYSICIAN NOTES

7/9/89

ALFARO, BABY
PF#: 109-60-78.9                          DOB:

This infant is going on the second day of life, and the
weight is now 4535 grams, down 135 grams from yesterday.
There is adequate intake and output on IV fluids.  The
baby was started on enteral feedings today. The baby is
minimally tachpneic.  The infant has been urinating and
has had no stool output.  The baby is on antibiotics.
The mother's HIV is negative, and we are checking the
date of this.  The mother's hepatitis B surface antigen
is negative.  The baby is negative as well.  VDRL titer
on the mother and baby are pending.  The LP was benign.
Cultures of blood and CSF are pending.  Plan will be to
wean the baby to an open crib.  Infant will continue in
isolation.  We will check VDRL titers and antibiotics
will continue, probably for three days pending clinical
course and the culture results.

JB:MS/kl                          JIM BANKS, M.D.

001393                        CHART

EX 77   1303

# Ophthalmology Consultation for Infants
from Neonatal Intensive Care Unit UCIMC

Pt. Name Plate                                    ___, M A R I A   R

TELEPHONE _____

| | | | |
|---|---|---|---|
| Birth Weight | 4720 | Gest. Age | TERM |
| Length | 54 | Apgar Score | 8-9 |
| Head Circumference | 38² | Transport (age) | L&D |

Diagnosis:

1. R/O SEPSIS

2. _____

3. _____

4. _____

O₂ Therapy:

| | |
|---|---|
| 1. Duration in days | 15' |
| 2. Highest O₂ conc. & duration | 40% < 15' |
| 3. Highest PaO₂ & duration | 132 × 45' |
| 4. Number of days on ventilator | Ø |

Plan for Eye Examination

Date of Discharge _____

1st Exam:   Date: _____   Appointment made _____

Result:

2nd Exam:   Date: _____   Appointment made _____

Result:

Conclusion:

Date _____   Signature _____

FORM 355 (6/86)          WHITE — CHART          CANARY — CLINIC CHART

001394

EX 77   1304

UCI MEDICAL CENTER
INFANT SPECIAL CARE UNIT
**ADMISSION ORDERS**

07 07 89

**Patient Identification**

ALFARO, BABY
AKA
M 07 9789 ALFARO, MARIA R
BANKS, JAMES MD    0
07109789

Patient: __ALFARO__                                                 Birthweight: __472__

Diagnosis: ① R/O Sepsis  ② methanal Hy TVDA ③ ?? MGRP   Admission Weight: __11__

Condition: __Guarded__                                              Gestational Age: __40__

## CHECK APPROPRIATE BOXES

| | |
|---|---|
| ☑ Radiant warmer, elevate head of bed 30 degrees | ☐ Umbilical Artery Catheter Placement |
| ☐ Bassinet | ☐ Umbilical Venous Catheter Placement |
| ☐ Incubator | ☐ Central Fluids IV |
| ☐ Supplemental heating pad | ☐ D 10W (250 cc) + Calcium Gluconate 1 gram |
| ☑ Cardio-respiratory monitor | + Heparin 1 unit/cc at _____ cc/hr. |
| ☑ NPO | ☐ D 5W (250cc) + Calcium Gluconate 1 gram |
| ☑ Weigh q __24__ hours | + Heparin 1 unit/cc at _____ cc/hr. |
| ☑ Vital signs q½ hr., then q1 hr. when stable | ☑ Peripheral IV |
| ☑ Phototherapy | ☑ D10W + __500ml__ at __16__ cc/hr. |
| ☑ Accurate Intake and Output | ☐ D 5 W + _____ at _____ cc/hr. |
| ☑ Specific gravity/Dipstick q void | ☐ Peripheral Arterial Catheter with ½ NS |
| ☑ Hematest Stools | with Heparin 1 unit/cc at _____ cc/hr. |
| ☑ Hematocrit | ☐ Heparin flush – Heparin 10 units/ml |
| ☐ Chemstrip on admission, then q2 hrs. × 2, | with 0.2% sodium chloride IV flush prn |
| then q4 hrs. if stable | ☐ Non-heparinized flush sodium chloride 0.2% IV flush p |
| ☑ Social Service Consult | ☐ Minimal handling |

## MEDICATIONS

| | |
|---|---|
| ☑ Vitamin K 0.5 mg IM (<1000 gm) × 1 | ☑ Penicillin G __250__ units × 1 _____ units/kg/24 hr. |
| ☑ Vitamin K 1 mg IM (>1000 gm) × 1 | ☑ Ampicillin __250__ mg q __12__ hr. |
| ☑ Erythromycin ophthalmic ointment OU × 1 | ( __136__ mg/kg/24 hr.) IV |
| ☐ SEE ANTI-INFECTIVE ORDER SHEET | ☑ Gentamicin __12__ mg q __12__ hr. |
| ALL ANTIBIOTICS MUST ALSO BE WRITTEN | ( __5.1__ mg/kg/24 hr.) IV |
| ON ANTI-INFECTIVE ORDER SHEET | ☑ Gentamicin levels pre & post 3rd dose (trough, peak) |

## FEEDINGS

☐ Feedings _____

## LABORATORY

| | |
|---|---|
| ☑ Cord blood for type and antibody screen | ☑ Lumbar puncture |
| ☐ Cord blood for CMV antibody on all infants | ☐ Tube #1 __GS  Gx__ |
| less than 1200 grams | ☐ Tube #2 __Protein, glucose__ |
| ☑ Placenta for Path exam | ☐ Tube #3 __Cell count, diff__ |
| ☑ Type and Cross | ☐ Tube #4 |
| ☑ Stat CBC with differential, platelets | ☑ Inborn errors screen at 6 days or at discharge |
| ☐ Gastric aspirate | ☑ BUN, creat, q3 days while on gentamicin |
| ☐ Gram stain | ☑ AM labs – Neonatal Panel, CBC with differential, |
| ☐ Lung profile | glucose, Bili T/D |
| ☑ Blood culture and sensitivity for antibiotic administration | ☑ AM CXR and duplicate |
| ☐ Tracheal aspirate | ☐ AM KUB and duplicate |
| ☐ Gram stain, culture and sensitivity | ☑ Stat AP CXR with abdomen and duplicate |
| ☐ Lung profile | ☐ Stat Lat CXR with abdomen and duplicate |
| ☐ Please send cord blood for RPR | ☐ Stat KUB and duplicate |
| urine tox screen | ☐ Head Echo _____ Stat _____ AM |
| | ☐ Cardiac Echo _____ Stat _____ AM |

✱✱

## RESPIRATORY

| | |
|---|---|
| ☐ Humidified hood FiO2 _____ | ☑ Oximetry (range ___ — ___) × _____ hrs. of l |
| ☑ Nasal CPAP _____ CmH20 | ☑ Continuous TC PO2/CO2 |
| ☐ Intubation per ISCU protocol | ☐ Airway management per ISCU protocol |
| ☐ Endotracheal CPAP _____ CmH20 | ☑ ABG's per ISCU protocol |
| ☐ Ventilator settings | ☐ Suction q _____ hrs and PRN |
| ☐ PIP _____ PEEP _____ FiO2 _____ | ☐ CPT prior to suctioning |
| ☐ IMV _____ IT _____ | ☐ none ☐ vibration ☐ percuss |
| ☐ Pneumogard | |

00 1305

Date / Time (R.N.) __7/8/89 0700__   Date / Time (M.D.) __7/7__   __Pham__

320

FORM 268
83740

**CHART**

**EX 77    1305**



**PHYSICIAN ORDERS**
UCI MEDICAL CENTER

Hepatitis Serial.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/8/89 0700 | Carmen | 7/8/89 | 1435 | Pharm M.D. | 1 |

① Send CSF tubes
#1 - GS, Cx
#2 - Protein, Glucose
#3 - Cell count, diff
#4 - FTA-ABS, VDRL
Dark field exam for Treponema Pallidum
(Syphilis) — STA

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/8/89 0700 | Carmen | 7/8/89 | 620 | 1930 Pharm M.D. | 2 |

① IVF D₁₀W + 14 meq NaCl + 9 meq KCl + 500 mg Ca Gluc + TKa 145cc/hr error MF
② Am DSStat: Lytes

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/8/89 | Spencer R | 7/8/89 | 1000 | Fry | 3 |

① IVF : D₁₀W + 500 g Ca Gluc / 250cc + TU Heparin/cc at 16 cc/hr

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 8 Jun 89 | 2000 | AW | 7/8/89 | 17:30 | Hensley | 4 |

FORM 954 6/88
P84400
CHART

001396



② 6 l/gm chip per rectum if no stool > 24°.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/9/89 | 1000 | S.Harley | 7/9 | 0330 | Fang | 1 |

① If body temp stable, wean to open fluid crib & 25 secretion precaution.

② Start feeds c̄ 5-10 cc of sterile H₂O. If tolerates advance to 5-10cc Enf 20 and ↑ feeds po slowly by 5cc per feed until reach min 57 cc q 3° po, then heplock IV & ad D/c IVF. After reaching above goal, infant can take Enf 20 ad lib po.

③ Maintain total IV ad po fluid intake tra 190cc/hr.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/9 | 1100 | S.Harley RN | 7/9 | 1100 | Fang | 2 |

① I V F: D₁₀W + 9 meq NaCl & 9 KCl + 500 mg Ca Gluc/250cc + ↑U heparin/cc tra 19cc/hr.

② Please maintain total IV + po fluid intake tra 190cc/hr.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/10 | 0905 | S.Lavranisen LN | 7/10 | 0330 | Fang | 3 |

Verbal order Dr Fang / C. Crebs RPh.

Change Calcium in IV to 900 mg/24 hr.

0945
7-10-89  Thank you
Carol Crebs RPh

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| | | | 7/10/89 | | Fang | 4 |

FORM 96-41/88 #84400
CHART 001397



# PHYSICIAN ORDERS
### UCI MEDICAL CENTER

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/10/89 | 1030 | S. Lasiewin RN | 7/10/89 | 0950 | Fay | 1 |

① Give Lasix dose @ 2100 one hour earlier
② ↑ PEEP 5
③ CXR @ 2100 for F/u of pulmonary edema
   $\bar{p}$ tx $\bar{c}$ Lasix.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| | | | 7/10/89 | 1945 | Fay | 2 |

① D/c to home today if mom discharged
   today and baby able to maintain body temp.
② Diet: E20 ad lib po
③ meds: None
④ Infant F/u in Special Needs Clinic
   Continuity Clinic in 4 wks.
⑤ D/c IV Abx's

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| | | | 7/11/89 | 0920 | Fay | 3 |

① Transfer to Term Nursery
② Diet: E 20 ad lib po
③ meds: None
④ Resume Term Nursery admit protocol.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| | | | 7/10/89 | 1045 | Fay | 4 |

001398

FORM 954 6/86
CHART

NEWBORN NURSERY ORDERS

1. Admit to Newborn Nursery.

2. Vital signs: Heart rate, respiratory rate and axillary temperature q hour x 4, then q shift if stable.

   If axillary temp < 36 C or > 38 C, repeat temp using rectal thermometer.

3. Weight and length on admission. Daily weights thereafter.

4. Medications: Vitamin K 1 mg IM x 1 within two hours of birth.

   Erythromycin ophthalmic ointment to each eye within two hours of birth.

5. Cord care: Triple dye to cord x 1 after first bath. Isopropyl alcohol to cord q diaper change.

6. Bathing: Bathe infant with Hibiclens when > one hour of age, temp ≥ 36.5 and other vital signs stable. Repeat temp 15-30 minutes after bath.

7. Feeding: Breast or formula feeding ad lib according to mother's desire. (Hold feeds for respiratory rate > 70 and notify HO).

   If infant formula fed: Offer sips of sterile water before first formula feed.

   If infant breast fed: Do not offer any supplementation unless specific order received.

8. Laboratory: A. Cord blood: Send for VDRL, blood type, Rh, direct Coombs and hepatitis B surface antigen if indicated.

   B. Hematocrit: Draw a heelstick hematocrit before six hours of age. If hct ≤ 40% notify HO, if hct ≥ 65%, repeat hct by venipuncture and send to central lab to run stat. If repeat hct ≥ 65%, notify HO.

   C. Glucose monitoring:

   1. Draw heelstick chemstrips if infant > 4000 gms, < 2600 gms, > 42 weeks, < 37 weeks at 2, 4, 6, 12 and 24 hours of life (12 and 24 hours should be ac)

   2. Formula or breast feed above high risk infant by two hours of life.

   3. Draw heelstick chemstrip if infant demonstrates jitteriness, lethargy, diaphoresis or pallor.

   4. For any chemstrip ≤ 40 mg%:

   a. Draw STAT serum glucose

   b. Give 20-30cc D10W by nipple or gavage, repeat chemstrip in ½ hour and then per above protocol

   (over)

001399

**PHYSICIAN ORDERS**

chemstrip < 40 mg% x 2.

D.  Urine for opiates and organic bases:

Bag infant for urine sample if there is a history of maternal drug abuse or the infant is excessively irritable or jittery.  Send 10cc of urine to lab for opiate and organic bases analysis.  Include first voided urine whenever possible.

E.  Hepatitis B surface antigen (HBsAg):

If infant born to HBsAg positive mother to a high risk mother for whom antigen status is unknown:

1.  Send cord blood for HBsAg.

2.  Give HBIG .5cc 1 M x 1 within 12 hours of birth.

(High risk mothers include those from Asia or Pacific Islands with a history of IV drug use, prostitution, hepatitis, jaundice or exposure to blood products, institutionalized patients or infected household members.)

F.  Bilirubin:  Send heelstick sample for total and direct bilirubin on any infant who becomes jaundiced within 24 hours after birth.  Notify HO of result.

9.  Circumcision:  Call obstetrician if parents request infant circumcised. Infant must be ≥ 12 hours of age, have had admission PE, and be NPO 90 minutes before circumcision.  Infant should be observed a minimum of one hour after circumcision before discharge.  Notify HO of excessive bleeding.

10.  Call HO for:

A.  Respiratory rate:  ≥ 70/min or ≤ 25/min, signs of respiratory distress or central cyanosis.

B.  Resting heart rate > 180/min or < 90/min.

C.  Rectal temperatures > 38  or < 36 .

D.  Vomiting which is forceful, blood or bile stained.

E.  No void or stool by 24 hours.  Infant may not be discharged until documented void & stool.

F.  Excessive irritability or lethargy.

G.  Consistently poor feeding.

H.  PRN any emergency in the nursery.

| Date | Time | R.N. | Date | Time | M.D. |
|------|------|------|------|------|------|
|      |      |      | 7/11/89 | 1630 |      |



PHYSICIAN ORDERS

UCI MEDICAL CENTER

NURSES: IMPRINT PATIENT'S NAME AND INSERT WARD AND BED NUMBER ON FRONT AT TIME OF EACH SECTION BEFORE PLACING IN CHART. MARK THROUGH UNUSED LINES IN EACH SECTION ON EACH COPIES OF COMPLETED ORDERS AND PLACE IN PHARMACY BOX

Please obtain micro bilirubin

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| 7-11-89 | 12cc | Li [?] Hambs | 7/11/89 | 11⁵⁰ | J Craopraca |

① D/C Chromic Mom on Formula[?]
② Ran 3cc
③ FHP Full

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| 7-12-89 | 1015 | M D[?]w | 7/12/89 | 0956 | T Kgullon |

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| | | | | | |

PHYSICIANS: WRITE ORDERS IN NEW SECTION EACH TIME. ORDERS MUST BE SIGNED WITH TITLE.

DISPENSE ALL DRUGS BY GENERIC EQUIVALENT UNLESS CHECKED HERE. ☐

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| | | | | | |

PRESS DOWN HARD

OC1401

CHART

EX 77     1311

UCI MEDICAL CENTER
# ANTI-INFECTIVE MEDIC
ORDER

PATIENT IDENTIFICATION:      70, MARIA R

**DIRECTIONS:**

1. ALL ORAL AND PARENTERAL (IM/IV) ANTI-INFECTIVE MEDICATIONS MUST BE ORDERED ON THIS FORM; INCLUDE INDICATIONS USE.

2. THIS FORM IS FOR ONE TIME USE ONLY. CONTINUING ANTI-INFECTIVE MEDICATIONS MUST BE REORDERED ON A NEW F

3. USE BALL POINT PEN, PRESS FIRMLY ON A HARD SURFACE.

4. NON-FORMULARY ANTI-INFECTIVE MEDICATIONS REQUIRE COMPLETION OF A NON-FORMULARY DRUG REQUEST FORM.

5. RESTRICTED ANTI-INFECTIVE MEDICATIONS **MUST BE CLEARED** BY CALLING THE INFECTIOUS DISEASE SERVICE PRIOF ORDERING. NON-FORMULARY ANTI-INFECTIVES CAN ALSO BE CLEARED IN THIS MANNER.

6. AUTOMATIC STOP TIMES, INTERVALS, DOSES, AND DOSAGE FORMS CANNOT BE CHANGED. NEW ORDERS ARE REQUIRED ON FORM.

ALL INTRAVENOUS PIGGYBACKS WILL BE ISSUED IN A STANDARD DILUENT AND VOLUME UNLESS OTHERWISE INDICATED. CALL STE PRODUCTS AT 5981 FOR STANDARD VOLUMES.

| ALLERGIES | PRE/PERI-OPERATIVE ORDER |
|---|---|
| | ☐ POST-OPERATIVE ORDER |
| ☐ NEW ORDER    ☐ REORDER | SURGICAL CLASSIFICATION: ☐ CLEAN  ☐ CLEAN-CONTAMINATED  ☐ CONTAMINATED  ☐ DIRTY |

**COMPLETE ONE BELOW:**

| EXPIRES IN 24 HRS. | ☐ SURGICAL PROCEDURE | | FIRST DOSE START TIME ONLY | AUTOM STO |
|---|---|---|---|---|
| | ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | | ORDE EXPIRE 24 HOL |
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

| EXPIRES IN 3 DAYS | ☐ PRESUMED INFECTION | | FIRST DOSE START TIME ONLY | ORDER EXPIRES 3 DAYS |
|---|---|---|---|---|
| | SUSPECTED DIAGNOSIS  sepsis | | | |
| | SUSPECTED PATHOGEN (Cultures must be ordered) | | | |
| | ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | | |
| | 1. Penicillin | 250 K units IVX I | | |
| | 2. Ampicillin | 25-2 mg IV q12° | 0500 |
| | 3. Gentamycin | 12 mg IV q12° | 0700 |

| EXPIRES IN 7 DAYS | ☐ DOCUMENTED INFECTION | | FIRST DOSE START TIME ONLY | ORDER EXPIRES 7 DAYS |
|---|---|---|---|---|
| | SITE | | | |
| | PATHOGEN (if identified) | | | |
| | ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | | |
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

DRM 16
3/88
61510
CHART

| ROOM NO. | DATE | TIME | R.N. | DATE | TIME | M.D. |
|---|---|---|---|---|---|---|
| | | | | 7/8/89 | 320 | Plsom |

001402

DAILY ORDERS SUMMARY
DATA ENTRY

01403
LEAROY BABY ROY

EX 77    1313

001404

EX 77   1314

001405
ALFARO  R-36  R/1

EX 77   1316

DAILY ORDERS

001407

DAILY ORDERS SUMMARY

001408

DAILY ORDERS SUMMARY

001409

ALFARO, BABY BOY

001410

001411

001412

```
  ISCUX-0584            UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
  07/11/89 03:06                      (QAR%*N)                          PAGE 001


  =============================================================================
  DAILY ORDERS SUMMARY
  DATA ENTERED DURING:  07/10 00:00 TO 00:00 07/11

  ALFARO, BABY BOY               M OD  ISCU-12
     10960789                          ISCU
  BANKS, JAMES MD           D  T 73595081
   ADM DATE/TIME: 07/08/89   02:46
  =============================================================================
                             DAILY ORDERS SUMMARY


  NEW ORDERS ENTERED FOR THE DAY:


  07/10/89  08:41
     83. PEDS/NICU IV    DEXTROSE 10% NACL 9MEQ/24HRS KCL 9MEQ/24HRS CA
         GLUC 500MG/24HRS HEPARIN 1UNIT/1ML/24HRS 19 ML/HR (ORIG. RATE)
         START APPROX: 1100 , (JRAU)
     84. (RENEW) NURSING INSTR:--MAINTAIN TOTAL IV & PO FLUID INTAKE TRA
         19CC/HR, (JRAU)
  ENTERED BY: RAMOS, JULIE        USC    --WRITTEN ORDER(S)-IN CHART--
                                        ENTERED FOR: BANKS, JAMES MD


  -----------------------------------------------------------------------------

  07/10/89  09:47
     85. 83. (ADJUSTING DELETE) PEDS/NICU IV    DEXTROSE 10% NACL
         9MEQ/24HRS KCL 9MEQ/24HRS CA GLUC 500MG/24HRS HEPARIN
         1UNIT/1ML/24HRS 19 ML/HR (ORIG. RATE)   START APPROX: 1100 ,
         (JRAU): CLARIFICATION OF MD ORDER
     86.  DC   83.    PEDS/NICU IV    DEXTROSE 10% NACL 9MEQ/24HRS KCL
         9MEQ/24HRS CA GLUC 500MG/24HRS HEPARIN 1UNIT/1ML/24HRS 19 ML/HR
         (ORIG. RATE)   START APPROX: 1100 ....DC CA GLUC 500MG/24HRS,...
         ADD, W CA GLUC 900MG/24HRS
     87. 83.    PEDS/NICU IV    DEXTROSE 10% NACL 9MEQ/24HRS KCL 9MEQ/24HRS
         HEPARIN 1UNIT/1ML/24HRS, W CA GLUC 900MG/24HRS 19 ML/HR (ORIG.
         RATE)   START APPROX: 1100 , (JRAU)
  ENTERED BY: CREBS, CAROL        RFH    --ADJUSTING ORDER(S)--


  -----------------------------------------------------------------------------

  07/10/89  10:48
     88. CBC W/O DIF, SPECIMEN COLLECTED, (SPDC)
     89. DIFFERENTIAL, SPECIMEN COLLECTED, (SPDC)
  ENTERED BY: PLASCENCIA, SILVIARN    --WRITTEN ORDER(S)-IN CHART--
                                     ENTERED FOR DR-FANG


  -----------------------------------------------------------------------------

                             LASTPAGE
```

07/13/89 07:49 (GAXPRS)

DAILY ORDERS SUMMARY
DATA ENTERED DURING: 07/12 00:00 TO 00:00 07/13

ALFARO, BABY BOY                         N GD
   10960789                                  DX-IP
   HUNT, LYNN MD            D   T 70595081
   ADM DATE/TIME: 07/08/89  02:46

DAILY ORDERS SUMMARY

NEW ORDERS ENTERED FOR THE DAY:

07/12/89  10:12
   99. DISCHARGE PATIENT: TODAY! DISCH DX:--NB, PATIENT UNABLE TO GO
       TO ADMISSIONS FOR CLEARANCE, (GTAB)
   100. PUBLIC HEALTH NURSE: 2 WEEKS WIC REFERRAL, (GTAB)
   101. DISCH DIET: URGENT! (GTAB)
   102. CLINIC APPTS: PT MAKES OWN APPT, (GTAB)
ENTERED BY: TOWE, GALE          USC    --WRITTEN ORDER(S)-IN CHART--
                                ENTERED FOR: HUNT, LYNN MD

--NO ORDERS WERE COUNTERSIGNED FOR DAY--

LASTPAGE

OC1414

ALFARO, BABY BOY              10960789              DISCHARGE REPT

**EX 77   1324**

```
UNSIGNED ORDERS SUMMARY
DATA ENTERED DURING:   07/12 00:00 TO 00:00 07/19
================================================================
 ALFARO, BABY BOY                    M CD
    10960709                                      01-1P
    HUNT, LYNN MD              D   T 70595001
    ADM DATE/TIME: 07/08/89  02:44
================================================================

ALL ORDERS FOR SIGNATURE:


THERE ARE NO ORDERS TO BE SIGNED
```

----------------------------------------------------------------

```
                    ** END OF SECTION **
                        LASTPAGE
```

**001415**

----------------------------------------------------------------

```
ALFARO, BABY BOY             10960709              DISCHARGE REPORT
```

001416

PATIENT RECORD

OC1417

ALFARO, BABY BO

001413

ISCUX-0572          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/11/89 01:37                  (GAT**N)                          PAGE 01

```
=========================================================================
PATIENT RECORD
DATA ENTERED DURING:  07/10 00:00 TO 00:00 07/11
=========================================================================
 ALFARO, BABY BOY               M DD  ISCU12
   10960789                           ISCU
   BANKS, JAMES MD           D  T  73595081
=========================================================================
```

                          PATIENT RECORD


                       NURSING NOTES:

MISC DATA/SPECIAL IVS/TUBING CHANGES:

   07/10 04:00    NO TUBING CHANGED                              JLA*
   07/10 14:45    REG. IV TUBING USED/CNG'D                      SPDC
                  IN-LINE BURETROL USED/CNG'D                    SPDC
                  RETROGRADE TUBING USED/CNG'D                   SPDC
   07/10 16:00    NO TUBING CHANGED                              SPDC

IVS:


   07/10 14:45    79.  PEDS/NICU IV    DEXTROSE 10% NACL
                  9MEQ/24HRS KCL 9MEQ/24HRS CA GLUC 910MG/24HRS
                  HEPARIN 1UNIT/1ML/24HRS 19 ML/HR (ORIG. RATE)
                  START APPROX: 1100....GIVEN/INFUSED, VIA IV PUMP     SPDC

MEDICATIONS:

AMPICILLIN 250 MG IV PUSH
   07/10 05:00    PRESUMED INF. (RENEW:30DAYS) GIV
                  ENTERED FOR:--B. DEVONE RN IV:PUSH    LOMAX, JACQUIE
   07/10 17:00    PRESUMED INF. (RENEW:30DAYS) GIV IV:
                  PUSH                                  PLASCENCIA, SILVIA
GENTAMICIN 12.0 MG (0.3 ML) IV RETRO
   07/10 04:30    PRESUMED INF. (RENEW:30DAYS) GIV
                  ENTERED FOR:--B DEVONE RN IV:
                  RETROGRADE                            LOMAX, JACQUIE
   07/10 16:00    PRESUMED INF. (RENEW:30DAYS) GIV IV:
                  RETROGRADE                            PLASCENCIA, SILVIA

                    ** END OF SECTION **

                        LASTPAGE
```

1419
```
=========================================================================
 ALFARO, BABY BOY              10960789                         PATIENT
```

```
CT   +3305           UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/12/89 11:02              (QA188P)
                                                              PAGE 001

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/12 00:01 TO 10:59
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
  ALFANO, BABY BOY                M OD   240501
   10960/89                             NBN
   HUNT, LYNN MD              D    F /3695081
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                       patient record



                     NURSING NOTES:

A 3C PRIM/BASELINE IVS/TUBING CHANGES:

07/12 06.00   WEIGHT,KG NOOS: 4.66                          LNAE

                   Discharge Notes

07/12 11.00   NBN DISCH NOTE: DISCHARGED TO HOME....ADDRESS--
              1856 N. TAMARA LN, ANAHEIM,CA 92804....ACCOMPANIED
              BY--MOTHER. DISCHARGE OFFICE CLEARANCE: YES. MODE
              OF TRANSPORTATION- WHEELCHAIR FORMULA; UMBILICAL
              CORD:; UMBILICAL CORD:, CLEAN, DRY, INTACT....REFER
              TO MOTHER'S CHART FOR EDUCATIONAL SUMMARY...
              APPEARS TO UNDERSTAND D/C OR DISMISS OF THE
              NEWBORN....AWARE OF FOLLOW-UP CARE/RESOURCES
              SUMMARY COMMENTS:--38 WEEKS MEDI.INFANT BOY.  STABLE
              FEEDING WELL. UMBILICAL CORD CLEAN CLEAR & DRY,
              CLEAN. TO HOME WITH MOTHER IN STABLE COND.  SBL.

                     ** END OF SECTION **

                         LASTPAGE
```

001420

PATIENT RECORD
DATA ENTERED DURING: 07/12 00:00 TO 00:00 07/10

ALFARO, BABY BOY
10960789
HUNT, LYNN MD

PATIENT RECORD

NURSING NOTES:

MISC DATA/SPECIAL PROCEDURES CHANGES:

07/12 06:00    RESPIRING NEED: A/A

DISCHARGE NOTE:

07/10 11:45    NEW BORN NOTE: DISCHARGED TO HOME....ADDRESS--
1056 N. TAMARA LN, ANAHEIM,CA 92806....ACCOMPANIED
BY--MOTHER. DISCHARGE OFFICE CLEARANCE: YES. MODE
OF TRANSPORTATION- WHEELCHAIR FORMULA: UMBILICAL
CORD: UMBILICAL CORD: CLEAN, DRY INTACT....REFER
TO MOTHER'S CHART FOR EDUCATIONAL SUMMARY....
APPEARS TO UNDERSTAND S/S OF DISEASE OF THE
NEWBORN....AWARE OF FOLLOW-UP CARE; DISCHARGE
SUMMARY COMMENTS:--39 WEEKS GEST.INFANT BOY, FEMALE
FEEDING WELL, UMBILICAL CORD CLEAR REMOVED, CORD
CLEAN. TO HOME WITH MOTHER IN STABLE CONDITION.

** END OF SECTION **

LASTPAGE

001421

UCI MEDICAL CENT
MICROBIOLOGY LA
and
TISSUE EXAM REPO

INSTRUCTIONS:   Remove protective strip for each form to be mounted.
Mount reports in numbered sequence from bottom to top.

DEPT. OF HEALTH SERVICES, MARD        PLACE OF BIRTH/TRANSFER
NEWBORN SCREENING PROGRAM             UC IRVINE MED CENTER
BERKELEY, CA  94704                   101 CITY DR SO
                                      ORANGE      , CA  9066

NEWBORN SCREENING RESULTS ON:
              GENDER: M               DATE OF BIRTH/TIME  0
BORN: 07/09/88                        BEST G VALIDATE 0
SPECIMEN COLLECTED: 07/11/88          BIRTHWT  ±50 GMS
AGE AT SPECIMEN COLLECTION GREATER THAN 48 HOURS
                                     (DATE/AGE AT W COLLECTION)

  PHENYLKETONURIA SCREEN: BLOOD NEGATIVE

  GALACTOSEMIA SCREEN: NEGATIVE

  CONGENITAL PRIMARY
  HYPOTHYROIDISM SCREEN: NEGATIVE

TRACER: A  194-44-148/21-1988-22 D 07/17/88 R 4027 H R403
MOTHER'S LAST NAME:                   DOCTOR OR MIDWIFE:

ALFARO                                BANKS
ANAHEIM        CA  92824              101 CITY DR SO
PHONE: (714) 7 3-8046                 ORANGE    , CA  92668

OC1422

TISSUE EXAM REPORTS

RADIOLOGY REQUISITION I-189-017

*10 up*

ENTERED FOR: BANKS, JAMES
07/08 04:29

TECH NOTES/INITIAL:_____

ALFARO, BABY BOY          M  00 ISCU12
10960789        ADM:07/08/89        ISCU
BANKS, JAMES MD          0  T  73595081
NEWBORN

07/08/89     714-778-6035

TIME IN: 0505  TIME OUT: 530

RM/AREA ISCU  EXAM DATE 7-8-89

PREV FILM DATE_____

ENTERED BY: LIGHTMAN, SALLY   USC S

LMP_____FLUORO TIME_____
              SCHD   RPT      SCHD   RPT

EXAMINATIONS:      28.01
  X-RAY; CHEST,AP VIEW ONLY  CH1, (SLAP)   8X10 ___   ___   9X9 ___
*STAT*STAT*STAT*STAT*      29.01
  X-RAY; ABDOMEN,SUPIN(KUB)  AB1          10X12 ___   ___   11X14 ___
  INDICATIONS: *RULE OUT, PULMONARY EDEMA.
  REQUESTED SCHEDULE- 07/08/89- STAT,        14X14 ___   ___   14X17 ___
  PRECAUTIONS: I.V.'S; HANDLING;
  BEDSIDE/PORTABLE; PHONE/BEEPER;5285,     AFFIX REQ LABEL(S) BELOW;
  (SLAP)

    *PORTABLE*PORTABLE*PORTABLE*PORTABLE*

PRELIMINARY CALL-IN REPORT

____RADIOLOGIST HAS CALLED M.D.

____COORDINATOR TO CALL M.D.

MESSAGE LEFT WITH:_____

PERSON MAKING CALL:_____ TIME:_____

                    REPORT

___NEGATIVE;  ___NO CHANGE SINCE LAST EXAM
RESULTS:

X_____M.D.(RADIOLOGIST)
       (SIGNATURE)

_423

**CHART COPY**

UCI MEDICAL CENTER
DEPARTMENT OF RADIOLOGICAL SCIENCES
101 THE CITY DRIVE
ORANGE, CA 92668-3297

Alfaro, Baby Boy          m   0d      07/08/1989 P: 10234917 ab1
1096078      07/08/1989  1scu                     P:
Banks, Jane ip     t   72595081                   P:
NEWBORN                                                      X: jbutr
Send Report To: chart

STAT - PORTABLE ABDOMEN, 7/8/89    0505.

The region of the rectum is excluded from this film.  There is a tube
overlying the abdomen and I cannot be certain as to its location.  It
may, in fact, be outside the infant.  Loops of bowel are mildly
distended in the right upper quadrant.  There is no evidence for free
air.  However, I feel this film is inadequate to entirely evaluate the
abdomen and therefore appropriate view, including the entire abdomen
should be obtained.

IMPRESSION:  Mildly distended loops of bowel are seen which are
non-specific.  Appropriate views of the abdomen, however, should be
obtained.

7/8/89
7/8/89/jm

                              s/ M. Joyce Pais, M.D.

001424

CHART

EX 77   1334

UCI MEDICAL CENTER
DEPARTMENT OF RADIOLOGICAL SCIENCES
101 THE CITY DRIVE
ORANGE, CA 92668-3297

Alfaro, Baby Boy          m  0d    07/08/1989 P: 10234918 ch1
1096075      07/08/1989  isdu              P:
Danks, Jane Ip     b    73595081              P:
NEWBORN                                                X: isdu
Send Report To: chart

STAT - PORTABLE CHEST, 7/8/89  0505

The lungs are clear.  The heart is not enlarged.  There are no bony
abnormalities.

IMPRESSION:  Normal chest.

7/8/89
7/8/89/..

                              s/ M. Joyce Pais, M.D.

001425

CHART _____

07 89

BABY BOY

| | | PATIENT IDENTIFICATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | 7/3 | 7/8 | 7/90 | 7/8 | A R | | | | | |
| | TIME DRAWN | | 1435 | 0500 | 1045 | | | | | | |
| | TIME REPORTED | | | 0620 | 0800 | | | | | | |
| CHEMISTRY | Sodium | | 139 | 145 | | | | | | | |
| | Potassium | | 5.1 | 4.8 | | | | | | | |
| | Calcium | | 8.8 | 9.5 | | | | | | | |
| | Chloride | | 113 | 112 | | | | | | | |
| | BUN | | 13 | | | | | | | | |
| | Creatinine | | .7 | | | | | | | | |
| DRUG LEVELS | Gentamycin Peak | | 6.5 | 7.1 | | | | | | | |
| | Gentamycin Trough | | .3 | 1.9 | | | | | | | |
| | Theophylline | | | | | | | | | | |
| | Phenobarbital | | | | | | | | | | |
| LIVER FUNCTION | Bilirubin Total | | | | | | | | | | |
| | Bilirubin Direct | | | | | | | | | | |
| | Bilirubin Indirect | | | | | | | | | | |
| | SGPT | | | | | | | | | | |
| | SGOT | | | | | | | | | | |
| | Alk. Phosphatase | | | | | | | | | | |
| | Lipid Nephelometry | | | | | | | | | | |
| | Bile Acids | | | | | | | | | | |
| CBC | RBC | 4.68 | | 5.64 | | | | | | | |
| | WBC | 21.6 | | 16.5 | | | | | | | |
| | HGB | 16.2 | | 19.2 | | | | | | | |
| | HCT | 50.7 | | 57.6 | | | | | | | |
| | PMNS | 13% | | 65% | | | | | | | |
| | BANDS | 8% | | N/A | | | | | | | |
| | LYMPHS | 31% | | 21% | | | | | | | |
| | MONOS | 5% | | 4% | | | | | | | |
| | EOS | 4% | | 9% | | | | | | | |
| | BA | 1% | | myelo 1% | | | | | | | |
| COAG. SCREEN | Platelets | 319 | | 165 | | | | | | | |
| | Retic | | | | | | | | | | |
| | PT | | | | | | | | | | |
| | PTT | | | | | | | | | | |
| LUMBAR PUNCTURE | Glucose | 95 | 75 | | | | | | | | |
| | Protein | 114 | | | | | | | | | |
| | WBC | 16 | | | | | | | | | |
| | RBC | 299 | | | | | | | | | |
| | PMNS | | | | | | | | | | |
| | lymph | 10 | | | | | | | | | |

FORM 106 7 85
2882

CHART

NEONATAL LAB REPORT SUMMAR

001426

UCI MEDICAL CENTER
MICROBIOLOGY LAB
and
TISSUE EXAM REPORTS

**INSTRUCTIONS:**   Remove protective strip for each form to be mounted.
Mount reports in numbered sequence from bottom to top.

| | |
|---|---|
| | 10 |
| | 9 |
| | 8 |
| | 7 |
| | 6 |
| | 5 |
| | 4 |

SPECIMEN COLLECTION FORM FOR
INITIAL NEWBORN SCREENING TEST OR
REPEAT OF INADEQUATE INITIAL NEWBORN SCREENING TEST
NOTE: THESE ARE CRITICAL BLOOD SPECIMENS. IF FOUND CALL (415) 540-2222 COLLECT

**I 6   946 306**

**NEWBORN**

LAST NAME: ALFARO          FIRST: BAB          TWIN A OR B

CITY: ANAHEIM     COUNTY: ORANGE     ZIP: 928 CH

☒ MALE     BIRTHWEIGHT: 4180 GMS.
☐ FEMALE
BIRTHDATE: MO / DAY / YR / HOUR

**PARENT**

MOTHER'S LAST NAME: ALFARO     FIRST: MARIA

AREA CODE: 714   PARENT'S PHONE: 178 6035   MOTHER'S BIRTHDATE: MO / DAY / YR

1ST FEED DATE: 
DATE SPECIMEN COLLECTED: 07 / 17 / 89 / 0352

**NEWBORN'S PHYSICIAN**

LAST NAME: BANKS     FIRST: JAMES

ADDRESS: 101 CITY DR SO   NUMBER / STREET

CITY: ORANGE   COUNTY: ORANGE   ZIP: 92668

AREA CODE: 714   PHYSICIAN'S PHONE: 634 5285

REASON FOR TEST: (CHECK ONLY ONE BOX)

INITIAL TEST: AGE AT SPECIMEN COLLECTION
☐ LESS THAN 12 HOURS
☐ OVER 12 HOURS TO 24 HOURS
☐ OVER 24 HOURS TO 48 HOURS
☒ GREATER THAN 48 HOURS

REPEAT TEST:
☐ REPEAT OF INADEQUATE INITIAL SPECIMEN
☐ OTHER REPEAT (SPECIFY)

**TYPE FEEDING:** (CHECK ONLY ONE BOX)
☐ BREAST ONLY
☒ FORMULA ONLY
☐ BREAST & FORMULA
☐ HYPERALIMENTATION
☐ OTHER (SPECIFY):

**PROTEIN CONTENT OF FEEDING**
☐ LOW
☐ MEDIUM
☐ HIGH

**RACE**
☐ WHITE
☐ BLACK
☐ ASIAN
☐ AM. INDIAN
☐ FILIPINO
☐ OTHER

**SPANISH HISPANIC ORIGIN**
☒ YES
☐ NO

MEDICAL RECORD NUMBER: 1091600789
FACILITY DRAWING SPECIMEN: UCIMC
HOSPITAL OF BIRTH (IF NOT FACILITY DRAWING SPECIMEN): UCI

STATE OF CALIF. DEPT. OF HEALTH SERVICES  Form NBS-I(H) REV. 10/86 (Formerly PM 165I)

**NOTE: THESE ARE CRITICAL BLOOD SPECIMENS. IF FOUND CALL (415) 540-2222 COLLECT**

001427

ALFARO, BABY BOY
AKA - 7/18/89 ALFARO,
BANKS, JAMES MD     MARIA

EX 77   1337

EX 77    1338

(CONTINUED ON NEXT PAGE)

---FOOTNOTES---

001429

ALFARO/BABY BOY

CHART COPY CUMULATIVE SUMMARY

PAGE 2

NAME:                              SEX: M    AGE: 40      ROOM:      0405 01
                                                         LOC:          NEW
                              SS#:                       ACCT#:   735950

====================== DRUG SCREEN ======================

(CON'T FROM PREVIOUS PAGE)
    SEDATIVES AND HYPNOTICS:   ETHCHLORVYNOL
    (PLACIDYL), GLUTETHIMIDE (DORIDEN),
    MEPROBAMATE (EQUANIL), METHAQUALONE
    (QUAALUDE)
    MISCELLANEOUS AGENTS: ACETAMINOPHEN, CODEINE,
    PHENCYCLIDINE (PCP), DEXTROMETHORPHAN,
    PHENYTOIN


================== CEREBROSPINAL FLUID ==================

                              NEGATIVE              DILS

                    EXPECTED VALUES:
                        NONREACTIVE  NO REAGIN ANTIBODIES
                                     DETECTED.
                        REACTIVE     REAGIN ANTIBODIES
                                     DETECTED.

        SUGHT KUNTRODIAGNO

001430

EX 77   1340

001431