

CHART COPY CUMULATIVE SUMMARY

001432

EX 77   1342

001433

ALFARO/BABY BOY

PAGE 6

DRAFT COPY CUMULATIVE SUMM



RESPIRATORY THERA
GENERAL CARE RECO

PATIENT IDENTIFICATION

...., MARIA R

| DATE | TIME | MODE / DESCRIBER | DURATN | PULSE | | | RESPIRATIONS | | | VOLUME (L) | OXIMETRY % SAT | O2 FiO2 / LPM | GAS TEMP | PRESS cmH2O | AERV REA |
|------|------|------------------|--------|-------|-----|------|-------------|-----|------|-----------|---------------|-------------|----------|-------------|----------|
| | | | | PRE | DURING | POST | PRE | DUR | POST | | | | | | NO |
| 7-8-89 | 0230 | Ther Stand-by / L+D | 25" | | | | | | | | | | | | |

MEDICATIONS

COMMENTS                                                                    BREATH SOUNDS – PRE/POST

Called to L+D for C-section c̄ meconium term baby. PT intubated
c̄ 4.0 E.T. tube and suctioned for small amt of brownish secretions
below the cords. O₂ delivered blow-by the                    S. Bredehoft RCPA.

E.T. tube, and CPT performed bilaterally. HR good, color pink,
PT started grunting and retracting. Transported to ISC
for observation.                                              S. Bredehoft RCPA.

| 7-8 | 0305 | Equipt set-up / Oxi | 2' | | | | | | | | | | | | |

| 7-8 | 0310 | Equipt set-up / hood | 5' | | | | | | | | 40 | | | | |

| 7-8 | 0320 | Blood gas draw / ABG | 6" | | | | | | | | | | | | |

ABG on .40 Hood.
7.34, 27, 18², 15, -9  99/99

| 7-8 | 0325 | O2 ther neb / Hood | 20' | 74 | | | 100 | | | | 99 | .2⁸ | | | |

FiO2 ↓ed x20' per ABG / Oxm

| 7-8 | 0425 | CBG | 2' | | | | | | | | 93 | 21 | | | |

7.41  29  50  18  -5  86

OC1435

FORM 258 11/87

RESPIRA...
GENERAL CARE REC...

, BABY BOY
8/89 ALFARO, MARIA R

| DATE | TIME | MODE/DESCRIBER | DURAT'N | PRE | DURING | POST | PRE | DUR | POST | VOLUME (L) | % SAT. | PO2/LPM | GAS TEMP | | |
|------|------|----------------|---------|-----|--------|------|-----|-----|------|-----------|--------|---------|----------|--|--|
| | | | | | PULSE | | | RESPIRATIONS | | | OXIMETRY | O2 | | | |
| 7.8.89 | 0630 | Equipse/Oxm | 2' | | 140 | | | 40 | | | 99 | 21 | | | |

MEDICATIONS

BREATH SOUNDS — PRE /POST
CLEAR & Ø Retractions/Flaroute

COMMENTS
Oxm 99% & >

FORM 25B 11/87

UCI MEDICAL CENTER

PATIENT CLASSIFICATION SCORING RECORD (NURS

PATIENT IDENTIFICATION

| ATTRIBUTES/PROCESSES/ACTIVITIES | DATE SHIFT | | | |
|---|---|---|---|---|
| ALL SHIFTS: Circle appropriate value according to care plan activities even though activity may not occur on all 3 shifts | | Circle only one | | |
| VITAL | | | | |
| V.S./NEURO CHECKS q4h or LESS frequently — V.S./NEURO CHECKS MORE frequent than q4h — Continuous and/or cardiac monitoring | | 4 / 9 / 8 | | |
| WEIGH | | | | |
| Weigh without assistance — Partial assistance; child in arms — Complete assistance; lift | | 1 / 3 / 7 | | |
| FEED | | | | |
| N.P.O.; self feed — Partial assist; FF or limit F.; chips; cal. ct. — Handfeed; gavage; gastric feeding | | 1 / 4 / 9 | | |
| BATH/BED | | | | |
| Self bathe; linen change; minimal assist — Partial assistance — Complete assist; All chin. under 5 years — Multiple complete assist.; incontinent | | 2 / 3 / 5 / 8 | | |
| MOBILITY | | | | |
| Unassisted mobility — Assistance 1 to 3 times a shift — Assist. &/or turning 4 or more times/shift — Confined; restrained; traction; isolette | | 1 / 3 / 6 / 9 | | |
| IV/MED | | | | |
| Routine meds; multi PRN's; self med — Intravenous therapy; piggy backs; pushes — 2 or more indwelling lines — Titrated solutions; blood; heparin lock | | 3 / 7 / 10 / 10 | | |
| SPEC | | | | |
| Specimens being tested on unit — 4 or more specs collect. each shift (24"=1 spec.) | | 5 / 6 | | |
| TREATMENTS/PROCEDURES | | | | |
| Miscellaneous treatments and procedures — Oxygen therapy — Respiratory therapy by neg; IPPB; PD&P — Spiro care when pt. requires cont. obs. | | 0 / 4 / 8 | | |
| Suctioning — Hand-bagging; ventilator | | 8 / 20 | | |
| Trach care — Body drainage measured | | 9 / 6 | | |
| Tube care — Spec. procedure by MD (within 24 hours) | | 7 / 4 | | |
| CONDITIONS | | | | |
| Normal or appropriate behavior — Coma; severe anxiety; very disruptive — or withdrawn; active suicidal; seizuring | | 2 / 7 | | |
| Crisis (Code Blue etc.) — 1:1 special | | 16 / 89 | | |
| Age: over 65 yrs; Hi-risk infant — Language or communication problem — Pre-op; post-op/delivery within 24 hrs. | | 5 / 5 / 5 | | |
| TEACH | | | | |
| Explanations; orient to unit, etc. — Major family teaching counsel; in process — Major patient teaching; counsel; in process | | 0 / 4 / 7 | | |
| TOTAL SCORE (TOTAL POINTS) — Convert TOTAL SCORE to appropriate level — PATIENT CLASSIFICATION LEVEL | | | | |

CHART

PATIENT CLASSIFICATION SCORING RECORD (NURSIN

## PREMATURE WEIGHT CHART

| | | |
|---|---|---|
| Source | Request Date | Patient Identification |



DATE AND AGE IN DAYS

Note: Please write in the date at each point plotted.

001438

07/08/89  03:45
ALFARO, BABY BOY
   10960789
   BANKS, JAMES MD

DX: NEWBORN

001439

ALFARO, BABY BOY

001440

# NEWBORN MATURITY RATING
## and
## CLASSIFICATION



## ESTIMATION OF GESTATIONAL AGE BY MATURITY RATING

Symbols:    X - 1st Exam    O - 2nd Exam                    Side 1

<div style="transform: rotate(90deg)">Scoring system: Ballard JL, et al: A Simplified Assessment of Gestational Age, Pediat Res 11:374, 1977. Figures adapted from "Classification of the Low-Birth Weight Infant" by AY Sweet in Care of the High-Risk Infant by MH Klaus and AA Fanaroff, WB Saunders Co, Philadelphia, 1977, p. 47.</div>

### NEUROMUSCULAR MATURITY

| | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Posture | | | | | | |
| Square Window (Wrist) | 90° | 60° | 45° | 30° | 0° | |
| Arm Recoil | 180° | 100°-180° | 90°-100° | < 90° | | |
| Popliteal Angle | 180° | 160° | 130° | 110° | 90° | < 90° |
| Scarf Sign | | | | | | |
| Heel to Ear | | | | | | |

### PHYSICAL MATURITY

| | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

Gestation by Dates _____39_____ wks

Birth Date _____  89  Hour 0230 am

APGAR ____8____ 1 min ____9____ 5 min

### MATURITY RATING

| Score | Wks |
|---|---|
| 5 | 26 |
| 10 | 28 |
| 15 | 30 |
| 20 | 32 |
| 25 | 34 |
| 30 | 36 |
| 35 | 38 |
| 40 | 40 |
| 45 | 42 |
| 50 | 44 |

20 x 2 = 40

### SCORING SECTION

| | 1st Exam=X | 2nd Exam=O |
|---|---|---|
| Estimating Gest Age by Maturity Rating | 48 Weeks | _____ Weeks |
| Time of Exam | Date 7/8  Hour 0430 am/pm | Date _____ am/pm  Hour _____ |
| Age at Exam | 2 Hours | _____ Hours |
| Signature of Examiner | K Banms  M.D. | M.D. |



Mead Johnson NUTRITIONALS

Side 2

## CLASSIFICATION OF NEWBORNS –
## BASED ON MATURITY AND INTRAUTERINE GROWTH
### Symbols:   X - 1st Exam   O - 2nd Exam



Adapted from Lubchenco LC, Hansman C, and Boyd E: Pediatr 37:403, 1966; Battaglia FC, and Lubchenco LC: J Pediatr 71:159, 1967.

001442

©1988, Bristol-Myers U.S. Pharmaceutical and Nutritional Group • Evansville, Indiana 47721 U.S.A.

EX 77   1352

| | |
|---|---|
| TODAY'S DATE | |
| DAY OF LIFE < 24 DAYS | |
| TODAY'S WT. #1 472 gm # TIME | |
| WT. #2 _____ gm _____ TIME | |
| YESTERDAY'S WT. _____ gm | |
| CHANGE ↑ or ↓ _____ gm | |
| HEAD CIRC. 38.5 cm LENGTH 54 cm | |

| ENV CONTROL SUPPORT |
|---|
| CARDIAC RESP MONITOR/AL |
| PHOTO THERAPY/EYES CO |
| VENTILATOR TYPE |
| TCPO₂/TCPCO₂/OXIMETER |
| BP TRANSDUCER CALLIBRA |
| TYPE BED |
| MANUAL/SERVO CONTROL |
| SARAN BLANKET/SHIELD |
| AQUA-K PAD |
| STIMULATION MATTRESS |
| WATER BED |
| SHEEPSKIN |
| RESUS. BAG/MASK/O₂ |
| CODE MED SHEET/SUCTION |

| TIME | TEMP A=AXILLARY R=RECTAL | ABDOMINAL T° | ENVIRONMENT T° | HEART RATE | RESPIRATORY RATE | BLOOD PRESSURE SYST DIAS. | MEAN B/P | SITE (3) | COLOR (1) | COMMENTS | IV 1 SITE(3) STATUS / (2) | TYPE ORDER# UP IN | IV 2 SITE(3) STATUS / (2) | TYPE ORDER# UP IN | IV 3 SITE(3) STATUS / (2) | TYPE ORDER# UP IN | IV 4 SITE(3) STATUS / (2) | TYPE ORDER# UP IN | SITE(3) S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | | | | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 12 HR. TOTAL | _____ RN/ _____ RN | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | |
| 03 | 37 | 37 | 37 | 266 | 79 | 74/40 | 53 | | pk | | R H P | 8 | | | | | | | |
| 04 | 37 | 37 | 37 | 164 | 31 | | | | | | R H P | 16 | | | | | | | |
| 12 HR. TOTAL | _____ RN/ _____ RN | | | | | | | | | | | | | | | | | | |
| 24 HR. TOTAL | | | | | | | | | | | | | | | | | | | |

FORM 716 10/87
83720

CC/Kn/241?N

INTRAVENOUS CONSTITUENTS

| | IV #1 | INT. | IV #2 | INT. | IV #3 | INT. | IV #4 | INT. | IV #5 | INT. | IV #6 | INT. | BLOOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-5-1 | D10 W 250 cc<br>500 mg Ca 40<br>1 amp A... | | | | | | | | | | | | DONC |
| | | | | | | | | | | | | | DONCF |
| | | | | | | | | | | | | | DONOF |
| | | | | | | | | | | | | | DONCF |
| | ORDER #<br>ORDER # | | ORDER #<br>ORDER # | | ORDER #<br>ORDER # | | ORDER #<br>ORDER # | | ORDER #<br>ORDER # | | ORDER #<br>ORDER # | | |

(ABOVE PER CONSTITUENTS)

PO INTAKE

OUTPUT

| ORDER # | TYPE | ORDER # | INTRALIPIDS % | | MED VOLUME | FLUSH VOLUME | | | TIME | FORMULA TYPE (5) | MODE (7) | AMOUNT OF FEEDING | TOLERATED (8) | ASPIRATE D=DISCARD R=RETURN | EMESIS | NG/GT OUTPUT___cc | URINE OUT | SP. GRAVITY IO | GLUCOSE/RS | PROTEIN/KETONES | OB/BILI | URINE pH | STOOL (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SITE (3) IN | UP STATUS | ORDER # (2) IN | UP IN | SITE (3) IN | MED DOSE | | SITE (3) IN | UP (2) STATUS | | | | UP IN | | | | | | | | | | | |
| | | | | | | | | | 05 | | | | | | | | | | | | | | |
| | | | | | | | | | 06 | | | | | | | | | | | | | | |
| | | | | | | | | | 07 | | | | | | | | | | | | | | |
| | | | | | | | | | 08 | | | | | | | | | | | | | | |
| | | | | | | | | | 09 | | | | | | | | | | | | | | |
| | | | | | | | | | 10 | | | | | | | | | | | | | | |
| | | | | | | | | | 11 | | | | | | | | | | | | | | |
| | | | | | | | | | 12 | | | | | | | | | | | | | | |
| | | | | | | | | | 13 | | | | | | | | | | | | | | |
| | | | | | | | | | 14 | | | | | | | | | | | | | | |
| | | | | | | | | | 15 | | | | | | | | | | | | | | |
| | | | | | | | | | 16 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | cc/Kg/Hr |
| | | | | | | | | | 17 | | | | | | | | | | | | | | |
| | | | | | | | | | 18 | | | | | | | | | | | | | | |
| | | | | | | | | | 19 | | | | | | | | | | | | | | |
| | | | | | | | | | 20 | | | | | | | | | | | | | | |
| | | | | | | | | | 21 | | | | | | | | | | | | | | |
| | | | | | | | | | 22 | | | | | | | | | | | | | | |
| | | | | | | | | | 23 | | | | | | | | | | | | | | |
| | | | | | | | | | 24 | | | | | | | | | | | | | | |
| | | | | | | | | | 01 | | | | | | | | | | | | | | |
| | | | | | | | | | 02 | | | | | | | | | | | | | | |
| | | | | RH ADPP 3.6 mm 2.5 .3 | | | | | | 03 | | | | | | | | | | | | | | |
| | | | HMG 354 2.5 .3 cord long well O | | | | | | 04 | | | | | | | | | | | | | | |

CAL/Kg/24°IN                                                                 cc/Kg/Hr

021444

Case 2:07-cv-07072-SJO-FMO   Document 15-14   Filed 08/01/08   Page 14 of 59   Page ID #:1351

**BLOOD PRODUCT**
DONOR #

DONOR #

DONOR #

DONOR #

CC1445

**UCI MEDICAL CENTER**
**INFANT SPECIAL CARE UNIT**
**FLOW SHEET**

| STOOL (9) | OB/RS | CHEST TUBE SITE (3) STATUS (4) COLOR DRAINAGE (6) | AMT DRAINAGE | TIME | P = PERCUSSED V = VIBRATED | BAGGED WITH % | SUCTION ETT (10) | SUCTION ORAL (10) | FIO₂ | PEEP PIP (CPAP) | RATE (IMV) | CHANGES | TIME | SITE (3) | pH | PCO₂/TCPCO₂ | PO₂/TCPO₂ | BICARB/B.E. | O₂SAT/OXIMETER | CHEM STRIP | GLUCOSE | LABS DRAWN | BLOOD OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 05 | | | | | | | | | | | | | | | | | | | |
| | | | | 06 | | | | | | | | | | | | | | | | | | | |
| | | | | 07 | | | | | | | | | | | | | | | | | | | |
| | | | | 08 | | | | | | | | | | | | | | | | | | | |
| | | | | 09 | | | | | | | | | | | | | | | | | | | |
| | | | | 10 | | | | | | | | | | | | | | | | | | | |
| | | | | 11 | | | | | | | | | | | | | | | | | | | |
| | | | | 12 | | | | | | | | | | | | | | | | | | | |
| | | | | 13 | | | | | | | | | | | | | | | | | | | |
| | | | | 14 | | | | | | | | | | | | | | | | | | | |
| | | | | 15 | | | | | | | | | | | | | | | | | | | |
| | | | | 16 | | | | | | | | | | | | | | | | | | | |
| | | | | 17 | | | | | | | | | | | | | | | | | | | |
| | | | | 18 | | | | | | | | | | | | | | | | | | | |
| | | | | 19 | | | | | | | | | | | | | | | | | | | |
| | | | | 20 | | | | | | | | | | | | | | | | | | | |
| | | | | 21 | | | | | | | | | | | | | | | | | | | |
| | | | | 22 | | | | | | | | | | | | | | | | | | | |
| | | | | 23 | | | | | | | | | | | | | | | | | | | |
| | | | | 24 | | | | | | | | | | | | | | | | | | | |
| | | | | 01 | | | | | | | | | | | | | | | | | | | |
| | | | | 02 | | | | | | | | | | | | | | | | | | | |
| | | | | 03 | | | | | .40 | hood | | | | 0320 | ABG | 7.34 | 71 | 102 | -5 | 99 99 | no | | | |
| | | | | 04 | | | | | RA | | | | | 0425 | heel | 7.4 | 29 | 50 | 5 18 | 89 16 | 100 | | | |

EX 77   1355

| TIME | INFANT POSITION | ACTIVITY TONE | STATE | SEIZURE ACTIVITY | BREATH SOUNDS | RESPIRATORY STATUS | MURMUR | PRECORDIUM | PULSES | CAPILLARY REFILL | ABDOMINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | | | | | | | | | | | |
| 06 | | | | | | | | | | | |
| 07 | | | | | | | | | | | |
| 08 | | | | | | | | | | | |
| 09 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 01 | | | | | | | | | | | |
| 02 | | | | | | | | | | | |
| 03 | 5↑ | 1+ | 5-6 | 0 | EQ RLS B | ✓✓✓ | ab | ab | 027446 | | |
| 04 | | | | | ch=8 | | | | | | |

EX 77   1356

| TURGOR | SIZE | B – Bath | X-RAY |
|---|---|---|---|
| N – Normal | ___ CM X ___ CM | O – Oral | Chest |
| D – Dry | | E – Eye | Abd – Abdomen |
| T – Tenting | DRAINAGE | U – Umbilical | AP – Ant Post |
| | S – Small | T – Trach | Lat – Lateral |
| EDEMA | M – Moderate | Care | Xtab – Cross Table |
| A – Absent | L – Large | L – Linen | DEC – Decub |
| Gen – Generalized | C – Clear | Change | ECHO – Head |
| P – Pitting | Y – Yellow | | Heart |
| Dep – Dependent | SA – Serosanguineous | ROM– | SEPTIC W/U |
| | G – Green | Range | BI – Blood Culture |
| SKIN CONDITION | M – Mucoid | of | LP – Lumbar Puncture |
| I – intact | P – Purulent | motion | CX – Culture Site |
| W – Wound (locate) | DRESSING | | SP – Super Pubic |
| B – Brusing (locate) | 2 x 2 – 4 x 4 | | DISCHARGE |
| Ex – Excoriation | WD – Wet to Dry | | EYE – Eye Exam |
| (locate) | (note solution) | | P – Pneumogram |
| Inf (In) – | OS – OPSITE | | BSEAR – Evoke Response |
| Infusion | | | PROCEDURES |
| Injury (locate) | NOTE SITE | | CL – Central Line |
| | See Legend (3) | | PDA – Duct Lig. |
| | | | W – Weight |
| | | | DVE – Double Volume |
| | | | Exchange |
| | | | PE – Partial Exchange |
| | | | INT – Intubation |
| | | | IV – IV Start |

| TIME | CALLS | VISITS | CON TACT | MENTS |
|---|---|---|---|---|
| 0400 | | | | |

SKIN INTEGRITY

DRESSING WOUND SITE

CARE

SPECIAL PROCEDURES

| SHIFT ASSESSMENT | 7a-7p | 7p |
|---|---|---|

FONTANELS:  Ant = Anterior   S = Soft   Fu = Full
Post = Posterior   F = Flat   T = Tense
Sunk = Sunken   B = Bulging

SUTURES:  Sag = Sagital   O = Overriding
Cor = Coronal   A = Approximated
Lam = Lambdoidal   S = Spread

LIVER:  N = Not Palpable   F = Firm ___ CM = below cost. marg.
S = Soft   @ = At lower costal margin

ABDOMINAL GIRTH: _____ CM.

APNEA BRADYCARDIA SPELLS

| TIME | APNEA DURATION | BRADY DURATION | STIMULATION: | SR = Self Resolve | O₂ = ___ % Blo |
|---|---|---|---|---|---|
| | | | | L = Light   V = Vigorous | B = ___ % Bag |

001447

**7A PROGRESS NOTES**

SIGNATURE _____ RN

**7A SOAP NOTES**

SIGNATURE _____ RN

**7P PROGRESS NOTES** 0305: Pt. Baby Boy Alfaro admitted to team from L/D s/p C/S for 4+ dec. Mat. Hx of syphillis HSV. Upon arrival infant c̄ grunting, retracting & flaring. Placed in .40 FiO₂, had BLGS c̄ fine rales bil c̄ good air entry & symetrical chest wall movement. AP 166, reg, c̄ soft murmur ⊕ yellow sclera ecchymosis. Also full soft c̄ ⊕ BS. MAE well & full ROM. Pt IV started to Ⓡ hand. ABx given. NF initiated. 

SIGNATURE ⟨signature⟩ RN

**7P SOAP NOTES**

SIGNATURE _____ RN

001443

EX 77   1358

ENVIRONMENT SUPPORT

DAY OF LIFE ___DOB___ DAYS

TODAY'S WT. #1 __472D__ gm ___ TIME

WT. #2 _____ gm _____ TIME

YESTERDAY'S WT. _____ gm

CHANGE ↑ or ↓ _____ gm

HEAD CIRC. _38_ cm LENGTH _54_ cm

| | |
|---|---|
| ENVIRONMENT SUPPORT | |
| PHOTO THERAPY/EYES COV. | |
| VENTILATOR TYPE | |
| TCPO₂/TCPCO₂/OXIMETER | |
| BP TRANSDUCER CALIBRA | |
| TYPE BED | |
| MANUAL/SERVO CONTROL | |
| SARAN BLANKET/SHIELD | |
| AQUA-K PAD | |
| STIMULATION MATTRESS | |
| WATER BED | |
| SHEEPSKIN | |
| RESUS. BAG/MASK/O₂ | |
| CODE MED SHEET/SUCTION | |

| TIME | TEMP A=AXILLARY R=RECTAL | ABDOMINAL T° | ENVIRONMENT T° | HEART RATE | RESPIRATORY RATE | BLOOD PRESSURE SYST DIAS | MEAN B/P | SITE (3) | COLOR (1) | COMMENTS | IV 1 TYPE/ORDER # SITE(3)/STATUS(2) | UP/IN | IV 2 TYPE/ORDER # SITE(3)/STATUS(2) | UP/IN | IV 3 | IV 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 36⁴ | 36⁹ | 37 | 160 | 64 | | | | pk | | RH P | 16 | | | | |
| 06 | | | | | | | | | | | RH P | 16 | | | | |
| 07 | 36⁶ | 36⁵ | 37 | 120 | 66 | | | | pk | | RF P | 16 | | | | |
| 08 | | | | | | | | | | | " | 16 | | | | |
| 09 | 38 | 38² | 37 | 136 | 76 | 87/47 | 61 | | pk | | RH P | 16 | | | | |
| 10 | | | | | | | | | | | " | | | | | |
| 11 | 36² | 36⁸ | 37 | 137 | 53 | | | | pk | | " P | 16 | | | | |
| 12 | | | | | | | | | | | " P | 16 | | | | |
| 13 | | | | | | | | | | transmit to CHLD | " P | 16 | | | | |
| 14 | 36² | 36 | 35³ | 137 | 44 | | | | pk | | RH P | 16 | | | | |
| 15 | | | | | | | | | | | RH P | 16 | | | | |
| 16 | 35 | | 34 | 136 | 30 | | | | PK | | " | 16 | | | | |
| 12 HR. TOTAL | Caunei RN / Ipen RN | | | | | | | | | | (192) | | | | | |
| 17 | | | | | | | | | | | RH P | 16 | | | | |
| 18 | | | | | | | | | | | " | 16 | | | | |
| 19 | 36³ 36 | | 36⁵ | 137 | 68 | 60/43 | 55 | LLL | PK | | " " | 16 | | | | |
| 20 | | | | | | | | | | | " " | 16 | | | | |
| 21 | 36⁵ | 35 | 37⁶ | | | | | | PK JD | | " " | 8 | RH P | 8 | | |
| 22 | 37 | 36² | 37⁶ | 146 | 84 | | | | PK JO | 2230 IV SEE | RF " | 16 | | | | |
| 23 | | | | | | | | | | ⓡ FOOT | RF E | 16 | | | | |
| 24 | 36⁶ | 36⁸ | 39⁸ | 156 | 88 | | | | 30 PK | | RF P | 16 | | | | |
| 01 | | | | | | | | | | | RF P | 16 | | | | |
| 02 | 37¹ | 37² | 38⁸ | 158 | 99 | 73/43 | 55 | LL | 30 PK | | RF P | 16 | | | | |
| 03 | | | | | | | | | | | RF P | 16 | | | | |
| 04 | 37⁶ | 36⁸ | 38⁵ | 174 | 100 | | | | 30 PK | | RF P | 16 | | | | |
| 12 HR. TOTAL | Noperhell RN / Htthens RN RN | | | | | | | | | | 192 | | | | | |
| 24 HR. TOTAL | | | | | | | | | | | 384 | | | | | |

001449

FORM 716 10/87
'63720

81                                      CC/Kg/24"IN

## INTRAVENOUS CONSTITUENTS

| | IV #1 | INT. | IV #2 | INT. | IV #3 | INT. | IV #4 | INT. | IV #5 | INT. | IV #6 | INT. | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D10WC | | | | | | | | | | | | DC |
| Bugg SS&00 | Hep 1u/cc | | | | | | | | | | | | DC |
| | ca gluc 500mg/ | | | | | | | | | | | | DC |
| | 2-cc | | | | | | | | | | | | DC |
| | ox 16 v | | | | | | | | | | | | |
| 4BS | ORDER # | ORDER # | ORDER # | ORDER # | ORDER # | ORDER # | DC |
| | ORDER # | ORDER # | ORDER # | ORDER # | ORDER # | ORDER # | DC |

| | IV 6 | | MEDS | BLOOD PROD. | | | PO INTAKE | | | | | | OUTPUT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE / ORDER # | INTRALIPIDS % | TYPE / ORDER # | MED VOLUME | FLUSH VOLUME | SITE (3) / STATUS / UP IN | TIME | FORMULA TYPE (5) | MODE (7) | AMOUNT OF FEEDING / UP IN | TOLERATED (8) | ASPIRATE D = DISCARD R = RETURN | EMESIS | NG/GTT OUTPUT _cc | URINE OUT | SP. GRAVITY IO. | GLUCOSE/RS | PROTEIN/KETONES | OB/BILI | URINE pH | STOOL (9) |
| | | | | | | 05 | | | | | | | | | | | | | | |
| | | | | | | 06 | | | | | | | | | | | | | | |
| | | | | | | 07 | | | | | | | | | | | | | | |
| | | | | | | 08 | | | | | | | | | | | | | | |
| | | | | | | 09 | | | | | | | | | | | | | | |
| | | | | | | 10 | | | | | | | | | | | | | | |
| | | | | | | 11 | | | | | | | | 16 | | | | | | |
| | | | | | | 12 | | | | | | | | | | | | | | |
| | | | | | | 13 | | | | | | | | | | | | | | |
| | | | | | | 14 | | | | | | | | 2 | | | | | | |
| | | | | | | 15 | | | | | | | | | | | | | | |
| | | | | | | 16 | | | | | | | | | | | | | | |
| | | | | | | | NPO | | | | | | | 8 | 32 | cc/Kg/Hr | | | | |
| | | | | | | 17 | | | | | | | | | | | | | | |
| | | | | | | 18 | | | | | | | | | | | | | | |
| | | | | | | 19 | | | | | | | | 8 | | | | | | |
| | | | | | | 20 | | | | | | | | | | | | | | |
| | | | | | | 21 | | | | | | | | | | | | | | |
| | | | | | | 22 | | | | | | | | 21 | 1.030 | N | 2+ | N | b | |
| | | | | | | 23 | NPO | | | | | | | | | | | | | |
| | | | | | | 24 | | | | | | | | | | | | | X | |
| | | | | | | 01 | | | | | | | | | | | | | | |
| | | | | | | 02 | | | | | | | | 20 | 28 | N | 2+ | N | | |
| | | | | | | 03 | | | | | | | | | | | | | | |
| | | | | | | 04 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | 00 1450 | | | | | | |

| 28 | CAL/Kg/24*IN | | .86 |
|---|---|---|---|

**BLOOD PRODUCT**
DONOR #

DONOR #

DONOR #

DONOR #

(2) IV STATUS
P – Patent
S – Swollen
R – Redness
O – Absent
I – Infiltrated

(4) STATUS
cm Wall Suction
H₂O – Water Seal
F – Fluctuating
AL – Air Leak

(6) CT DRNG
C – Clear
CL – Cloudy
B – Bloody
SA – Serosanguinous
S – Serous

(9) STOOLS
S – Small
M – Moderate
L – Large
W – Water Loss
MU – Mucoid
F – Formed
S – Seedy

(10) Suction

| | | | | | SUCTION | | | | VENTILATOR SETTINGS | | | | | BLOOD GASSES | | | | | | | | LAB WORK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOOL (9) | OB/RS | CHEST TUBE SITE(3) STATUS(4) COLOR DRAINAGE(6) | AMT. DRAINAGE | TIME | P=PERCUSSED V=VIBRATED | BAGGED WITH % | SUCTION ETT (10) | SUCTION ORAL (10) | FIO₂ | PEEP PIP (CPAP) | RATE (IMV) | CHANGES | TIME | SITE (3) | pH | PCO₂/TCPCO₂ | PO₂/TCPO₂ | BICARB/B.E. | O.SAT/OXIMETER | CHEM STRIP | GLUCOSE | | LABS DRAWN | BLOOD OUT |
| | | | | 05 | | | | | .21 | | | | | | | | | | 10% | | | | | |
| | | | | 06 | | | | | 21 | | | | | | | | | | 99 80 | | | | T & C | |
| | | | | 07 | | | | | | | | | | | | | | | | | | | | |
| | | | | 08 | | | | | | | | | | | | | | | | | | | | |
| | | | | 09 | | | | | R/A | | | | | | | | | | | | | | | |
| | | | | 10 | | | | | | | | | | | | | | | | | | | | |
| | | | | 11 | | | | Nasal | | | | | | | | | | | | | | | | |
| | | | | 12 | | | | | | | | | | | | | | | | | | | | |
| | | | | 13 | | | | | | | | | | | | | | | | | | | | |
| | | | | 14 | | | | | | | | | | | | | | | | | | | | |
| | | | | 15 | | | | | | | | | | | | | | | | | | | | |
| | | | | 16 | | | | | | | | | | | | | | | | | | | | |
| | | | | 17 | | | | | | | | | | | | | | | | | | | | |
| | | | | 18 | | | | | | | | | | | | | | | | | | | | |
| | | | | 19 | | | | | | | | | | | | | | | na/80 | | | | | |
| | | | | 20 | | | | | | | | | | | | | | | | | | | | |
| | | | | 21 | | | | | | | | | | | | | | | | | | | | |
| | | | | 22 | | | | | | | | | | | | | | | | | | | | |
| | | | | 23 | | | | | | | | | | | | | | | | | | | | |
| | | | | 24 | | | | | | | | | | | | | | | | | | | | |
| | | | | 01 | | | | | | | | | | | | | | | | | | | | |
| | | | | 02 | | | | | | | | | | | | | | | | | | | | |
| | | | | 03 | | | | | | | | | | | | | | | 80 | | | | | |
| | | | | 04 | | | | | | | | | | | | | | | | | | | | |

**UCI MEDICAL CENTER**
**INFANT SPECIAL CARE UNIT**
**FLOW SHEET**

**UC i CARE**

001451

| TURGOR |
|---|
| N – Normal |
| D – Dry |
| T – Tenting |

**EDEMA**
A – Absent
Gen – Generalized
P – Pitting
Dep – Dependent

**SKIN CONDITION**
I – Intact
W – Wound (locate)
B – Bruising (locate)
Ex – Excoriation (locate)
Inf. Inj –
Infusion
Injury (locate)

**SIZE**
____ CM X ____ CM

**DRAINAGE**
S – Small
M – Moderate
L – Large
C – Clear
Y – Yellow
SA – Serosanguineous
G – Green
M – Mucoid
P – Purulent

**DRESSING**
2 x 2 – 4 x 4
WD – Wet to Dry (note solution)
OS – OPSITE

**NOTE SITE**
(See Legend (3))

**X-RAY**
Chest –
Abd – Abdomen
AP – Ant Post
Lat – Lateral
Xtab – Cross Table
DEC – Decuc
ECHO – Head
Heart

**ROM –** Range of motion

**SEPTIC W/U**
Bl – Blood Culture
LP – Lumbar Puncture
CX – Culture Site
SP – Super Pubic

**DISCHARGE**
EYE – Eye Exam
P – Pneumogram
BSEAR – Evoke Response

**PROCEDURES**
CL – Central Line
PDA – Duct Lig.
W – Weight
DVE – Double Volume Exchange
PE – Partial Exchange
INT – Intubation
IV – IV Start

**Bath** legend (top of X-RAY column):
B – Bath
O – Oral
E – Eye
U – Umbilical
T – Trach Care
L – Linen Change

| | | | FAMILY INTERACTION GUIDE: | | |
|---|---|---|---|---|---|
| M = MOTHER | | F = FATHER | G = GRANDPARENT | S = SIBLING | O = |
| TIME | CALLS | VISIT | NO CON-TACT | COMMENTS | |
| 0820 | M U | | | | |
| 1330 | | FG | | | |
| 1500 | | FG | | BOTH TOUCHED. | |
| 2000 | | G | | GRANDMOTHER IN – ASKING APPROPRIATE QUESTIONS. | |
| 2230 | | F | | | |

| | | | SHIFT ASSESSMENT | 7a-7p |
|---|---|---|---|---|
| FONTANELS: | Ant = Anterior  S = Soft   Fu = Full | Post = Posterior  F = Flat   T = Tense | Sunk = Sunken  B = Bulging | S / F |
| SUTURES: | Sag = Sagital   O = Overriding | Cor = Coronal   A = Approximated | Lam = Lambdoidal  S = Spread | A |
| LIVER: | N = Not Palpable  F = Firm ____ CM = below cost. marg. | S = Soft   @ = At lower costal margin | | N |
| ABDOMINAL GIRTH: | _____ CM. | | | |

Left column labels (vertical): SKIN INTEGRITY | DRESSING WOUND SITE | CARE | SPECIAL PROCEDURES

| | | | |
|---|---|---|---|
| BS DAW | | | LP & Xray done |
| I | DAW | | |
| I | NAI | BOU | |
| SI | NAI | | |
| I | NAI | O 30 U | |
| SI | NAI | U | |
| I | NAI | O 3 U | |
| SI | NAI | | |
| SI | NAI | | |
| I | NAI | | |

DC1453

| | | | APNEA BRADYCARDIA SPELLS | | | |
|---|---|---|---|---|---|---|
| TIME | APNEA DURATION | BRADY DURATION | STIMULATION: | SR = Self Resolve | O₂ = ____% E | |
| | | | | L = Light  V = Vigorous | B = ____% B: | |

**Legend**

| P – Prone | O – Jump | 1 – Deep Sleep | O – None Noted | (=) – Equal | Un – Unlabored | P – Present | S – Silent | R – Radial | N – Normal | S – Soft |
| S – Supine | – Active With Stimulation | 2 – Light Sleep | CL – Clonic | CL – Clear | NF – Nasal | AB – Absent | A – Active | F – Femoral | <3 sec. | F – Flat |
| R – On Right Side | – Active | 3 – Drowsy | T – Tonic | CO – Coarse | Flaring | S – Soft | H – Hyper-active | P – Pedal | S – Sluggish | FU – Full |
| L – On Left Side | –+ – Irritable | 4 – Alert | F – Focal (Locate) | FN – Fine | G – Grunting | LD – Loud | | B – Brachial | UE – LE Upper Extrem. | T – Tense |
| ↑ – HOB Elevated | – Active | 5 – Alert Active | EVE – Eye Deviation | CR – Crackles | P – Periodic | G – Gallop | PMI – Point Maximum Impulse | 1 – Weak | – Lower Extrem. | B – Bluish |
| ↓ – In Infant Seat | J – Jittery | 6 – Crying | L – Lip Smacking | RL – Rales | T – Tachyp-nea | LOCATE | | 2 – Normal | | Discolor |
| – Head To Right | | | B – Bicycle | RH – Rhonchi | A – Apnea | ICS | | 3 – Full | | O – Loops Visible |
| – Head To Left | | | DECOR – Decorti-cate | M – Moist | | Intercostal Space | SB – Ster-nal Bor- | 4 – Bounding | | |
| M – Head Midline | | | OP – Opistho-onos | S – Stridor | RETRACTIONS | LSB – Left | | = Bil – | | GIRTH |
| | | | DECER – Decere-brate | W – Wheezes | MI – Mild | – Sternal | | Equal Bilat. | | BS – Bowel |
| | | | | UL – Upper Lobe | MO – Moderate | Border | | UE – Upper Extrem. | | Sounds |
| | | | | LL – Lower Lobe | MA – Marked | | | LE – Lower Extrem. | | + – Positive |
| | | | | R – Right | JR – Inter-costal | – CM | | > – Greater | | ↑ – Hyperac |
| | | | | L – Left | SR – Sub-sternal | R – Right | | < – Lesser | | ↓ – Hypoac |
| | | | | > – Greater Than | | L – Left | | | | AB – Absent |
| | | | | < – Less Than | | LCM – Lower Costal Mar- | | | | |
| | | | | < – Decreased | | gin | | | | |
| | | | | AIR ENTRY | | – CM | | | | |
| | | | | G – Good | | | | | | |
| | | | | P – Poor | | | | | | |
| | | | | F – Fair | | | | | | |

| TIME | INFANT POSITION | ACTIVITY / TONE | STATE | SEIZURE ACTIVITY | BREATH SOUNDS | RESPIRATORY STATUS | MURMUR | PRECORDIUM | PULSES | CAPILLARY REFILL | ABDOMINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | P | + | 1-5 | O | CL = G | T, Un | AB | S | | N | S, Fu |
| 06 | | | | | | | | | | | |
| 07 | | | | | | | | | | | |
| 08 | | | | | | | | | | | |
| 09 | P | + | 2 | ⊘ | CO = Oↄ | ↑ Un | AB | S | 2+ | N | S Fu BS |
| 10 | | | | | | | | | | | |
| 11 | P | + | 4 | ⊘ | CO = Oↄ | T Un | AB | S | 2+ = | N | S Fu BS |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | P | + | 4 | ⊘ | CL = g | Un | AB | S | 2+ = | N | S Fu BS |
| 15 | | | | | | | | | | | |
| 16 | P↑ | + | 4 | ⊘ | CL = G | MI SR | AB | S | 2+ = | N | S Fu BS + |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | P↑ | + | 4 | ⊘ | CL = G | MI SR | AB | S | 2+ = | N | S Fu |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | R↑ | + | 4-S | ⊘ | CL = G | MI SR | AB | S | 2+ = | N | S |
| 23 | P↑ | ++ | 4.5 | ⊘ | cl = g | mi SRT | AB | S | 2+ = | N | S |
| | P↑ | +++ | 6 | ⊘ | cl = g | MI SRT | AB | S | 2+ = | | S |
| | P↑ | +++ | 6 | ⊘ | cl = g | MI SRT | AB | S | 2+ = | | |

**7A PROGRESS NOTES**

0730 Received in warm isolette c̄ 9A monitor in place c̄ clean & lint
set. ID band in place. Emergency med sheet taped to bed
(1300) Baby transferred to OHIO pre warmed. O₂ monitor in place.
ID band in place. (1500) Report given to Ofra Am assessment —

SIGNATURE _____ RN

**7A SOAP NOTES**

SIGNATURE _____ RN

**7P PROGRESS NOTES**

(1500-2300) INFANT RECEIVED IN HEATED BUBBLE - PLACED ON SERVO CONTROL
DUE TO TEMP. INSTABILITY. ON C/A MONITOR. ALERT c̄ CARES. (R) HAND PERI- QC
INTACT / PATENT s̄ s/s OF LEAKAGE OR INFILTRATION. DAD - COUSIN IN- GOOD
BONDING NOTED. PM LABS RSVIEWED, DIAPHORETIC, SKIN MOIST - COOL TO
TOUCH - AX T - 36⁵ - (R) TEMP. 37

(2300) Received infant in OHIO bubble on servo mode. Cardiac & resp monitors on c̄
parameters set & alarms on. IV of D₁₀W c̄ Ca⁺⁺ infusing per RF @ 16 cc/hr / 3cc infusion
pump. (2800) VS stable. Infant very diaphoretic. Requiring ↑ environmental things to
maintain temp. (0300) IV infusing s̄ complications. Remains tachypnec and
temp unstable. (0500) ☉ A

SIGNATURE _Ann Marshall, RN / R Ketchum RN_ RN

**7P SOAP NOTES** POTENTIAL FOR INFECTION RELATED TO MATERNAL Hx:

O-A: Continues on amp & gent. Temp remains unstable. Has
remained diaphoretic throughout night.
P: Cont monitoring & report all abnormalities.

CC14541

SIGNATURE _R Ketchum RN_ RN

TODAY'S DATE 7/9/89

DAY OF LIFE 1 DAYS

TODAY'S WT. #1 4585 gm ×2 2200 TIME

WT. #2 _____ gm _____ TIME

YESTERDAY'S WT. 4720 gm

CHANGE ↑ or ↓ 135 gm

HEAD CIRC. 38.5 cm LENGTH _____ cm

| ENVIRONMENT SUPPORT |
|---|
| CARDIAC/RESP MONITOR/ALARM |
| PHOTO THERAPY/EYES COVERED |
| VENTILATOR TYPE |
| TCPO₂/TCPCO₂/OXIMETER |
| BP TRANSDUCER CALIBRATED |
| TYPE BED |
| MANUAL/SERVO CONTROL |
| SARAN BLANKET/SHIELD |
| AQUA-K PAD |
| STIMULATION MATTRESS |
| WATER BED |
| SHEEPSKIN |
| RESUS. BAG/MASK/O₂ |
| CODE MED SHEET/SUCTION |

| TIME | TEMP A=AXILLARY R=RECTAL | ABDOMINAL T° | ENVIRONMENT T° | HEART RATE | RESPIRATORY RATE | BLOOD PRESSURE SYST/DIAS | MEAN B/P | SITE (3) | COLOR (1) | COMMENTS | IV 1 TYPE Dextrose | ORDER # | SITE(3) STATUS | UP IN | IV 2 TYPE | ORDER # | SITE(3) STATUS | UP IN | IV 3 TYPE D₁₀ | ORDER # | SITE(3) STATUS | UP IN | IV 4 TYPE | ORDER # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 37 | 37 | | | | | | | | | RF P | 16 | | | | | | | | | | | | |
| 06 | 37 | 37 | 36 | 148 | 78 | | | | JD | | RF P | 16 | | | | | | | | | | | | |
| 07 | | | | | | | | | | | RF P | 16 | | | | | | | | | | | | |
| 08 | | | | | | | | | | | RF P | 16 | | | | | | | | | | | | |
| 09 | 36 | 36 | 31 | 180 | 70 | | | | | | P | 16 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | P | 16 | | | | | | | | | | | | |
| 11 | 37 | | | | | | | | | | P | 16 | | | | | | | | | | | | |
| 12 | 36 | 35 | | 146 | 72 | | | | | med control to Methadone | P | 16 | | | | | | | | | | | | |
| 13 | | | | | | | | | | per J Perez | P | 16 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | P | 16 | | | | | | | | | | | | |
| 15 | 36 | 35 | 33 | 145 | 54 | | | | | | P | 18 | | | | | | | | | | | | |
| 16 | 37 | | | | | | | | | | P | 19 | | | | | | | | | | | | |
| 12 HR. TOTAL | | | | | RN/ Sharwell RN | | | | | | 192 | | | | | | | | | | | | | |
| 17 | 35 | | | | | | | | | | P | 19 | | | | | | | | | | | | |
| 18 | 36 | 35 | 20 | 139 | 28 | | | | | | P | 19 | | | | | | | 19 | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | 19 | | | | | |
| 20 | 36 | 36 | 31 | 140 | 48 | | | | P/ | | | | | | | | | | 19 | | | | | |
| 21 | 35 | 36 | 32 | | | | | | | | | | | | | | | | 09 | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | 09 | | | | | |
| 23 | 36 | 36 | 39 | 152 | 50 | 52 | 60 | P/ | | | | | | | | | | | 08 | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | 09 | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | 09 | | | | | |
| 02 | 36 | 36 | 32 | 140 | 46 | | | | P/ | | | | | | | | | | 09 | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | 09 | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | 09 | | | | | |
| 12 HR. TOTAL | 001455 | | | RN/ Edwards RN | | | | | | 19 | | | | | | | | | 129 | | | | | |
| 24 HR. TOTAL | | | | | | | | | | 217 | | | | | | | | | 129 | | | | | |

105.02

## INTRAVENOUS CONSTITUENTS

| | 0700-1900 | 1900-0700 |
|---|---|---|
| | 90/500 | |

Rubella
Secur

IV #1 __RK__ INT __SH__ | IV #2 __SH__ INT | IV #3 ____ INT | IV #4 ____ INT | IV #5 ____ INT | IV #6 ____ INT

IV #1: D10W 500mg Ca++ /250cc 1u hep/cc @16cc/hr

ORDER # ____  ORDER # ____  ORDER # ____  ORDER # ____  ORDER # ____  ORDER # ____

(SEE ABOVE PER CONSTITUENTS)

| | PO INTAKE | | | | | | | OUTPUT |

| TIME | FORMULA TYPE (5) | MODE (7) | AMOUNT OF FEEDING IN | TOLERATED (8) | ASPIRATE D=DISCARD R=RETURN | EMESIS | NG/GTT OUTPUT cc | URINE OUT | SP GRAVITY I.O | GLUCOSE/RS | PROTEIN/KETONES | OB/BILI | URINE pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | NPO | | | | | | | | | | | | |
| 06 | | | | | | | | 16 | 28 | N | N/tr | N/tr | 6.0 |
| 07 | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | |
| 09 | | | | | | | | 5 | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | 500 Sterile H2O En. Formula | bd | | | | | | 8 | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | 10cc En Formula po | W | | | | | | 10 | | | | | |
| 16 | | | | | | | | | | | | | |
| | | | | 32 | | | | (31) | | cc/Kg/Hr | | | |
| 17 | E PO 20 | W | | | | | | 5 | | | | | |
| 18 | | | | | | | | 27 | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | E 20 po 30 | W | Ø | Ø | | | 10 | | | | | | Gr |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | E 20 po 30 | W | Ø | Ø | | | 9 | 1.05 | N | N/tr | 6.0 | |
| 24 | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | |
| 02 | E 20 po 30 | W | Ø | Ø | | | 14 | | | | | | Sm Sm |
| 03 | | | | | | | | | | | | | |
| 04 | | | | | | | | 10 | | | | | |
| | | | 110 | | | | | 80 | | | | | |
| | | | 130 | | | | | (111) | | | | | |

001450

44.45   CAL/Kg/24 IN

**BLOOD PRODUCT**

DONOR #

DONOR #

DONOR #

DONOR #

| (1) COLOR | (2) SITE-ANATOMY | (3) CONT. | (8) FORMULA TYPE | (7) MODE | (8) COLOR |
|---|---|---|---|---|---|
| PK – Pink | R – Right   RA – Right Arm | HL – Heparin Lock | S-20 – Similac 20 cal | PO – Pooled | L – Loose |
| PL – Pale | L – Left   LA – Left Arm | BF – Butterfly | E-20 – Enfamil 20 cal | G – Gavage | S – Soft |
| DY – Dusky | H – Hand   RL – Right Leg | C – Quick Cath | I-20 – Isomil | GTT – Gast. Tube | S – Constipated |
| MT – Mottled | W – Wrist   LL – Left Leg | UAC – Umbilical Artery Cath | PRO – Prosoybee | NJ – Naso Jejunal Tube | Mec – Meconium |
| JD – Jaundiced | F – Foot | UVC – Umbilical Venous Cath | LBW – Low Birth Weight | CONT – Continuous | Y – Yellow |
| CY – Cyanosis | UA – Upper Arm | RAL – Radial Arterial Line | SpCr – Special Care | | Y – Green |
| AC – Acrocyanosis | LFA – Lower Forearm | TAL – Tibial Arterial Line | S-24 – Similac 24 cal | (8) TOLERATED | G – Brown |
| CC – Circumoral Cyanosis | MFA – Mid Forearm | CL – Central Line | E-24 – Enfamil 24 cal | P – Poor | bl – Black |
| | UFA – Upper Forearm | PC – Peripheral Cath | PREG – Pregestimil | W – Well | B – Frank Blood |
| | ACF – Antecubital Fossa | RAS – Radial Artery Stick | LYT – Lytren | F – Fair | |
| | PE – Pericardial | FS – Finger Stick | PED – Pedialyte | | |
| (2) IV STATUS | A – Anterior | HS – heel Stick | BR MILK – Breast Milk | (9) STOOLS | (10) Suction |
| P – Patent | P – Posterior | | | S – Small | S – Small   Y – |
| S – Swollen | M – Medial | (4) STATUS | (6) CT DRNG | M – Moderate | M – Moderate   R – |
| R – Redness | LAT – Lateral | ___ cm Wall Suction | C – Clear | L – Large | L – Large   R – |
| O – Absent | SUP – Superior | H₂O – Water Seal | CL – Cloudy | W – Water Loss | L – Thin   R – |
| – Infiltrated | INF – Inferior | F – Fluctuating | B – Bloody | MU – Mucoid | T – Thick   C – |
| | S – Scato | AL – Air Leak | SA – Serosanguinous | F – Formed | C – Clear |
| | | | S – Serous | S – Seedy | C – White |

| | | | | | | SUCTION | | | | VENTILATOR SETTINGS | | | | | BLOOD GASSES | | | | | | | LAB WORK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOOL (9) | OB/RS | CHEST TUBE SITE (3) STATUS (4) COLOR DRAINAGE (6) | AMT DRAINAGE | TIME | P = PERCUSSED V = VIBRATED | BAGGED WITH % | SUCTION ETT (10) | SUCTION ORAL (10) | FiO₂ | PEEP PIP (CPAP) | RATE (IMV) | CHANGES | TIME | SITE (3) | pH | PCO₂/TCPCO₂ | PO₂/TCPO₂ | BICARB/B.E. | O₂ SAT/OXIMETER | CHEM STRIP | GLUCOSE | | LABS DRAWN | BLOOD OUT |
| | | | | 05 | | | | | RA | | | | | | | | | | | ←120 | 48 | Gent Peak lytes | |
| ∅ | | | | 06 | | | | ( | | | | | | | | | | | | | | | |
| | | | | 07 | | | | | | | | | | | | | | | | | | | |
| | | | | 08 | | | | ( | | | | | | | | | | | | | | | |
| | | | | 09 | | | | ( | | | | | | | | | | | | | | | |
| | | | | 10 | | | | | | | | | | | | | | | | | | | |
| | | | | 11 | | | | | | | | | | | | | | | | | | | |
| | | | | 12 | | | | | | | | | | | | | | | | | | | |
| | | | | 13 | | | | | | | | | | | | | | | | | | | |
| | | | | 14 | | | | | | | | | | | | | | | | | | | |
| | | | | 15 | | | | | | | | | | | | | | | | | | | |
| | | | | 16 | | | | | | | | | | | | | | | | | | | |
| | | | | 17 | | | | | | | | | | | | | | | | | | | |
| | | | | 18 | | | | | | | | | | | | | | | | | | | |
| | | | | 19 | | | | | | | | | | | | | | | | | | | |
| | | | | 20 | | | | | RA | | | | | | | | | | | | | | |
| | | | | 21 | | | | | | | | | | | | | | | | | | | |
| | | | | 22 | | | | | | | | | | | | | | | | | | | |
| | | | | 23 | | | | | RA | | | | | | | | | | | | | | |
| | | | | 24 | | | | | | | | | | | | | | | | | | | |
| | | | | 01 | | | | | | | | | | | | | | | | | | | |
| | | | | 02 | | | | | RA | | | | | | | | | | | 80/20 | | | |
| | | | | 03 | | | | | | | | | | | | | | | | | | | |
| | | | | 04 | | | | | | | | | | | | | | | | | | | |

001457

## UCI MEDICAL CENTER
## INFANT SPECIAL CARE UNIT
## FLOW SHEET

UC I
CARE

| TIME | INFANT POSITION | ACTIVITY TONE | STATE | SEIZURE ACTIVITY | BREATH SOUNDS | RESPIRATORY STATUS | MURMUR | PRECORDIUM | PULSES | CAPILLARY REFILL | ABDOMINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | | | | | | | | | | | |
| 06 | | | | | | | | | | | |
| 07 | | | | | | | | | | | |
| 08 | P↑ | | | | | | | | | | |
| 09 | L↑ | + | 2-4 | ∅ | Cl=Cl | mi IR/SK AB | S | 2+= | N | Sfu | |
| 10 | | | | | | | | | | | |
| 11 | held | | | | | | | | | | |
| 12 | P↑ | + | 2-4 | ∅ | Cl=Cl | mi IR/SK AB | S | 2+= | N | Sfu | |
| 13 | | | | | | | | | | | |
| 14 | held | | | | | | | | | | |
| 15 | D↑ | + | 2 | ∅ | Cl=Cl | mi IR/SK AB | S | 2+= | N | Sfu | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | R↑ | + | 4-6 | ∅ | Cl=Cl | mi IR/SK AB | S | 2+= | N | Sfu | |
| 19 | | | | | | | | | | | |
| 20 | P↑ | + | 5-6 | ∅ | Cl=g | mi IR/SK AB | S | 2+= | N | Sfu | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | P®↑ | + | 2-4 | ∅ | Cl=g | mi IR/SK AB | S | +2= | N | S | |
| 24 | | | | | | | | | | | |
| 01 | | | | | | | | | | | |
| 02 | P®↑ | + | S-6 | ∅ | Cl=g | mi IR/SK AB | S | +2= | N | S | |
| 03 | | | | | | | | | | | |
| 04 | | | | | | | | | | | |

CC1458

| TURGOR | SIZE | | X-RAY | |
|---|---|---|---|---|
| N = Normal | ___ CM X ___ CM | B = Basin | B = Bath | |
| D = Dry | | O = Oral | Chest | Abd = Abdomen |
| T = Tenting | DRAINAGE | E = Eye | AbD | AP = Ant Post |
| | S = Small | U = Umbilical | Lat = Lateral | |
| EDEMA | M = Moderate | T = Trach | Xtab = Cross Table | |
| A = Absent | C = Clear | Care | DEC = Decub | |
| Gen = Generalized | Y = Yellow | L = Linen | ECHO = Head | |
| P = Pitting | SA = Serosanguineous | Change | | Heart |
| Dep = Dependent | G = Green | ROM— | SEPTIC W/U | |
| SKIN CONDITION | M = Mucoid | Range | Bl = Blood Culture | |
| I = Intact | P = Purulent | of | LP = Lumbar Puncture | |
| W = Wound (locate) | | motion | CX = Culture Site | |
| B = Bruising (locate) | DRESSING | | SP = Super Pubic | |
| Ex = Excoriation | 2 x 2 = 4 x 4 | | DISCHARGE | |
| (locate) | WD = Wet to Dry | | EYE = Eye Exam | |
| inf inc = | (note solution) | | P = Pneumogram | |
| Infusion | | | BSEAR = Evoke Response | |
| (injury (locate) | OS = OPSITE | | PROCEDURES | |
| | | | CL = Central Line | |
| | NOTE SITE | | PDA = Duct Lig. | |
| | — See Legend (3) | | W = Weight | |
| | | | DVE = Double Volume | |
| | | | Exchange | |
| | | | PE = Partial Exchange | |
| | | | INT = Intubation | |
| | | | IV = IV Start | |

| SKIN INTEGRITY | DRESSING WOUND SITE | CARE | SPECIAL PROCEDURES |
|---|---|---|---|

| 2000 | F | ading appro... |
| 2200 | P | mom held infant x 15" |

## SHIFT ASSESSMENT                    7a-7p

| FONTANELS: | Ant = Anterior    S = Soft     Fu = Full<br>Post = Posterior   F = Flat    T = Tense<br>Sunk = Sunken   B = Bulging | S F |
|---|---|---|
| SUTURES: | Sag = Sagital         O = Overriding<br>Cor = Coronal        A = Approximated<br>Lam = Lambdoidal    S = Spread | A |
| LIVER: | N = Not Palpable  F = Firm ___ CM = below cost. marg<br>S = Soft           ꝗ = At lower costal margin | |
| ABDOMINAL GIRTH: | ___ CM. | |

### APNEA BRADYCARDIA SPELLS

| TIME | APNEA DURATION | BRADY DURATION | STIMULATION: | SR = Self Resolve    O₂ = __% Bl<br>L = Light   V = Vigorous    B = __% Ba |
|---|---|---|---|---|

| | diaphoretic<br>BS    A/I | | |
| | BS(diaphoretic<br>B/) | | |
| | BS  less diaphoretic<br>A/I | | |
| B BS | less diaphoretic<br>A/I | | |
| S | NA/I | U→ | IV→(R)foot |
| S | NA/I | U— | |
| BS | NAT | U—L | |

CC 1459

**7A PROGRESS NOTES**

*A Notes*

pot for infection — tachypnic
temperature unstable
↓ urine output.
fussy
Nipples well.

alteration in parenting — Mother in to visit.
held babe for short time.
Mother observed to have
many tatts on hands & arms

SIGNATURE _____ RN

**7A SOAP NOTES**

See Above

SIGNATURE _____ Shirley Hansen _____ RN

**7P PROGRESS NOTES** (1900) _____ room from RN — Baby awake active
in open warm crib IC incubator servo mode on ____ to instability (2000) nippled slowly for feeding — retained po. PIV? Dc'd — IV intervention to site required — new PIV started to ® foot same location/28
(2000) T° ® stable when out from warmer — held by mom ____ during
feeding (2300) Evaluated by MD's during rounds — condition report
given. (2300) AC Dstix = (80-120) slow to nipple — unable to
advance po — feeding retained. ____ free cord
(0500) AC Dstix = (80-120) po feeding retained ____ skin assessment —

SIGNATURE _____ E Devine RN _____ RN

**P SOAP NOTES** Potential for Infection

S — ∅
O — Remains tachypnic when agitated awake otherwise
resp rate WNL. Temp ∅ stable cont ∅ to Ohio IC
incubator opened
↓ U/O ____ noted 1.02 ml/kg/hr for past 24
slow to nipple
baby has s/s of pot infection
cont PCP —

SIGNATURE _____ E Devine RN

UC1460

EX 77   1370

DAY OF LIFE ___ 2 ___ DAYS

TODAY'S WT. #1 __453__ gm ___ TIME

WT. #2 _____ gm _____ TIME

YESTERDAY'S WT. __458__ gm

CHANGE ↑ or ↓ __55 gm__ gm

HEAD CIRC. _____ cm   LENGTH _____ cm

ENVIRONMENT SUPP...
...RESP MONITOR/...
PHOTO THERAPY/EYES C...
VENTILATOR TYPE
TCPO2/TCPCO2/OXIMETER
BP TRANSDUCER CALIBR...
TYPE BED
MANUAL/SERVO CONTROL
SARAN BLANKET/SHIELD
AQUA-K PAD
STIMULATION MATTRESS
WATER BED
SHEEPSKIN
RESUS. BAG/MASK/O2
CODE MED SHEET/SUCTIO...

| TIME | TEMP A=AXILLARY R=RECTAL | ABDOMINAL T° | ENVIRONMENT T° | HEART RATE | RESPIRATORY RATE | BLOOD PRESSURE SYST DIAS | MEAN B/P | SITE (3) | COLOR (1) | COMMENTS | IV 1 SITE STATUS | TYPE ORDER # UP IN | IV 2 SITE STATUS | TYPE ORDER # UP IN | IV 3 SITE STATUS | TYPE ORDER # UP IN | IV 4 SITE STATUS | TYPE ORDER # UP IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 36.4 | 36.0 | 33 | 137 | 60 | | | | P/... | | | LF P | 9 | | | | | | |
| 06 | | | | | | | | | | | | | 9 | | | | | | |
| 07 | | | | | | | | | | | | | 9 | | | | | | |
| 08 | 36.5 A | 36.6 | 32 | 146 | 44 | 75/51 | 58 | cuff LA | P/30 | | | LF P | 9 | | | | | | |
| 09 | | | | | | | | | | IV rate ↓ 7.3cc/hr | | LF P | 9 | | | | | | |
| 10 | | | | | | | | | | | | LF P | 7.3 | | | | | | |
| 11 | 36.4 A | 36.4 | 34.8 | 131 | 56 | | | | PK/30 | | | LF P | 7.3 | | | | | | |
| 12 | | | | | | | | | | | | LF P | 7.3 | | | | | | |
| 13 | | | | | | | | | | IV rate ↓ 5.7cc/hr | | LF P | 7.3 | | | | | | |
| 14 | 37.4 | 36.9 | 37.4 | 152 | 70 | 86/51 | 67 | cuff LA | PK/30 | | | LF P | 5.7 | | | | | | |
| 15 | | | | | | | | | | | | LF P | 5.7 | LF P | 30 | | | | |
| 16 | | | | | | | | | | | | | | LF P | 5.7 | | | | |
| 12 HR TOTAL | | RN/ | | RN | | | | | | | 85.6 | | 5.7 | | | | | | |
| 17 | 36.8 | 36.6 | 35 | 153 | 68 | | | | PK/30 | | | LF P | 5.7 | | | | | | |
| 18 | | | | | | | | | | | | | 5.7 | | | | | | |
| 19 | | | | | | | | | | | | | 5.7 | | | | | | |
| 20 | 37.4 | 36 | 35 | 144 | 56 | 77/37 | 49 | cuff PK | Alto minimal mean tactile swaddled | | | | 5.7 | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | 37.2 | 37.4 | 28 | 140 | 80 | | | | PK | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | |
| 02 | 37.3 | 37.3 | 28 | 148 | 76 | 85/55 | 65 | cuff PK | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | |
| 12 HR TOTAL | | RN/ | | RN | | | | | | | | | 22.8 | | | | | | |
| 24 HR TOTAL | | | | | | | | | | | 85.6 | | 28.5 | | | | | | |

113.5                    CC/Kg/24"IN

CC1461   FORM 716 10/87
83720

CONSTITUENTS

| | IV #1 | INT. | IV #2 | INT. | IV #3 | INT. | IV #4 | INT. | IV #5 | INT. | IV #6 | INT. | BLOOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D11 | | bia | | | | | | | | | | DONE |
| Pharm Serv | Na 1.0 mEq | NaCl 9mEq | | | | | | | | | | | |
| IV O | K-1 0 mEq | KCl 9mEq | | | | | | | | | | | |
| | Phos-cl 9.2 mg | CaCl₂ 800mg | | | | | | | | | | | DONE |
| | | Hep 10 UCC | | | | | | | | | | | DONE |
| | | Tot 18 ml/hr | | | | | | | | | | | DONE |
| | ORDER # (+9) | ORDER # 87 | ORDER # | | ORDER # | | ORDER # | | ORDER # | | | | |
| | ORDER # | ORDER # | ORDER # | | ORDER # | | ORDER # | | ORDER # | | | | DONE |

(ABOVE PER CONSTITUENTS) | PO INTAKE | OUTPUT

| TYPE ORDER # | IV 6 SITE (3) STATUS | UP IN | TYPE ORDER # | UP IN | INTRALIPIDS % | UP IN | MEDS SITE (3) MED DOSE | MED VOLUME | FLUSH VOLUME | BLOOD PROD. SITE (3) STATUS | UP (2) IN | TIME | FORMULA TYPE (5) | MODE (7) | UP IN | AMOUNT OF FEEDING | TOLERATED (8) | ASPIRATE D=DISCARD R=RETURN | EMESIS | NG/GTT OUTPUT ___cc | URINE OUT | SP GRAVITY I.O | GLUCOSE/RS | PROTEIN/KETONES | OB/BILI | URINE pH | STOOL (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 05 | E20 | N | | 30 | T | D | Ø | | 24 | 1.09 | N/A | N | N | 6.0 | Ø |
| | | | | | | | | | | | | 06 | | | | | | | | | | | | | | | • |
| | | | | | | | | | | | | 07 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 08 | E20 | N | | 35 | W | | | | 24 | 1.05 | N | | | 6.0 | |
| | | | | | | | | | | | | 09 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 10 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 11 | E20 | N | | 40 | W | | | | 12 | | | | | | |
| | | | | | | | | | | | | 12 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 13 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 14 | E20 | N | | 45 | W | Art 2cc | | | 21 | | | | | | |
| | | | | | | | | | | | | 15 | | | | | | | | | | | | | | | |
| | | | | Vent 12 mg | JVR | | | | | | | 16 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | 150 | | | | | 81 | 1.49 | | | cc/Kg/Hr | | |
| | | | Amp 200→ | 2.5 | .4 | | | | | | | 17 | E20 | N | | 50 | | Art 5-N₂ | | | 8 | | | | | | |
| | | | | | | | | | | | | 18 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 19 | | | | | | | | | | | | | | | |
| | | | | .4 | | | | | | | | 20 | E20 | N | | 57 | W | | | | 17 | 26 | N | N/A | N | 6.0 | |
| | | | | | | | | | | | | 21 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 22 | | | | | | | | | | | | | | | |
| | | | | .4 | | | | | | | | 23 | E20 | N | | 60 | W | | | | 20 = sl ord | | | | | | Sm Greeen |
| | | | | | | | | | | | | 24 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 01 | | | | | | | | | | | | | | | |
| | | | | .4 | | | | | | | | 02 | E20 | N | | 80 | W | | | | 17 = sl ord | | | | | | Mod Loose |
| | | | | | | | | | | | | 03 | | | | | | | | | | | | | | | |
| | | | | bnl 20 | .4 | | | | | | | 04 | | | | | | | | | | | | | | | |
| | | | | | 1.8 | | | | | | | | | | | 247 | | | | | 62 | | | | | | |
| | | | | 2.5 | 1.8 | | | | | | | | | | | 597 | | | | | 143 | 001162 | | | | | |
| 8.4 | | | | | | | | | | | | CAL/Kg/24°IN | | | | | | | | | | | | | | | |



001463

# UCI MEDICAL CENTER
## INFANT SPECIAL CARE UNIT
### FLOW SHEET

UCI CARE

| TIME | INFANT POSITION | ACTIVITY TONE | STATE | SEIZURE ACTIVITY | BREATH SOUNDS | RESPIRATORY STATUS | MURMUR | PRECORDIUM | PULSES | CAPILLARY REFILL | ABDOMINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | P↑ | ↓ | 5,6 | Ø | ↓ = ↓ | ISR | AB | 5 | 2+ = | N | SFU + |
| 06 | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | |
| 08 | P↑ | ++ | 5 | Ø | Cl = L | MI IRSR | AB | 5 | 2+ = | N | SFU |
| 09 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | P↑ | + | 2 | Ø | CL RL = | MI IRSR | AB | 5 | 2+ = | N | SFU |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | P↑ | ++ | 5 | Ø | RL = | MI IRSR | AB | 5 | 2- = | N | SFU |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | P↑ | + | 2 | Ø | RL = | MI IRSR | AB | 5 | 2+ = | N | SFU |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| | SA | ++ | 5,6 | Ø | Cl = G | MI IR SR | AB | 5 | 2+ = | N | SF |
| | | +++ | 5,6 | Ø | Cl = G | MI IR SR | AB | 5 | | | SF |
| | | +++ | 5,6 | Ø = | Cl = G | MI CR SR | AB | 5 | | | SF |

CC1464

EX 77   1374

## Legend (left column)

**TURGOR**
N — Normal
D — Dry
T — Taxing

**EDEMA**
A — Absent
Gen — Generalized
P — Pitting
Dep — Dependent

**SKIN CONDITION**
I — Intact
W — Wound (locate)
B — Bruising (locate)
Ex — Excoriation (locate)
Inf. Inu — Infusion Injury (locate)

**SIZE**  CM X _____ CM

**DRAINAGE**
S — Small
M — Moderate
L — Large
C — Clear
Y — Yellow
SA — Serosanguineous
G — Green
M — Mucoid
P — Purulent

**DRESSING**
2 x 2 — 4 x 4
WD — Wet to Dry (note solution)

OS — OPSITE

NOTE SITE
See Legend (3)

B — Bath
O — Oral
E — Eye
U — Umbilical
T — Trach
L — Linen Change

ROM — Range of motion

**X-RAY**
Chest
AbD — Abdomen
AP — Ant Post
Lat — Lateral
Xtab — Cross Table
DEC — Decub
ECHO — Head Heart

**SEPTIC W/U**
Bl — Blood Culture
LP — Lumbar Puncture
CX — Culture Site
SP — Super Pubic

**DISCHARGE**
EYE — Eye Exam
P — Pneumogram
BSEAR — Evoke Response

**PROCEDURES**
CL — Central Line
POA — Duct Lig
W — Weight
DVE — Double Volume Exchange
PE — Partial Exchange
INT — Intubation
IV — IV Start

### Row labels (vertical)
STATUS | SKIN INTEGRITY | DRESSING WOUND SITE | CARE | SPECIAL PROCEDURES

| STATUS | SKIN INTEGRITY | DRESSING WOUND SITE | CARE | SPECIAL PROCEDURES |
|---|---|---|---|---|
| –BS | NIT | | U–L | |
| 34.5 cm ↓ BS | NAI | | O L | |
| ↓BS | NAI | | | |
| 35 cm ↑ BS | NAI | | BOEL lends Δd | |
| ↑BS | NII | | L lends Δd | |
| BS+ | N,A,I | | | |
| BS+ | N,A,I | | | |
| | N,A,I | ⌀ | O,E | |
| CC1465 | | | | |

## Family Visit Log

| M = MOTHER   F = FATHER | SIBLING O | | |
|---|---|---|---|
| TIME | CALLS | VISIT | NO CONTACT |
| 0945 | M | | Updated ... |
| 1630 | MF | | Update given. Both held baby & Father tried to feed baby. |
| 2015 | MF | | Both held. |

## SHIFT ASSESSMENT 7a-7p

**FONTANELS:**
Ant = Anterior   S = Soft   Fu = Full
Post = Posterior   F = Flat   T = Tense
Sunk = Sunken   B = Bulging

**SUTURES:**
Sag = Sagital   O = Overriding
Cor = Coronal   A = Approximated
Lam = Lambdoidal   S = Spread

**LIVER:** N = Not Palpable  F = Firm ___ CM = below cost marg.
S = Soft   @ = At lower costal margin

**ABDOMINAL GIRTH:** _____ CM.

## APNEA BRADYCARDIA SPELLS

| TIME | APNEA DURATION | BRADY DURATION | STIMULATION: SR = Self Resolve  L = Light  V = Vigorous | O₂ = B = |
|---|---|---|---|---|

**7A PROGRESS NOTES**  0700 Received infant in bubble isolette attached to cardiac resp. monitor c̄ alarm limits set 90/200 Apnea 20 sec # On room air IV D₁₀ c̄ adds infusing via (L) foot #24 quick cath. No redness or swelling noted. 1100 CBC c̄ Diff sent to lab.

SIGNATURE _____ SP Lascenia _____ RN

**7A SOAP NOTES**  Potential for Infection

A – Note – Infant remains on antibiotics. VS stable except for temp instability. D5 80. CBC c̄ diff sent. tolerating feeds well until last feed at 1700 – Had emesis of about 5-10 cc. Abdomen soft, bowel sounds active to hypoactive. Voiding spontaneously & stool.

SIGNATURE _____ SP Lascenia _____ RN

**7P PROGRESS NOTES**  1900 – Received infant in bubble isolette on servo mode, skin temp not correlating, axillary temp probe off. W/unit unstable, crying, desaturation; swaddled c̄ Binky took 5° c̄ 30 s emesis. IV to hep lock. Both parents held infant c̄ feed. Sleeping quietly at this point.
2215 – Infant temp stable swaddled c̄ own blanket & isolette on manual temp 38. Slept quietly between feeds. Nippled 30cc in 10 min. 1x 90 a.c.
0615 – Nippling eagerly (Binky available prior to feeding) sleeps quietly between feeds x2 hours. Sucks on pacifier. taking 75-80 cc c̄ regurg. Stooled x2. Hep lock in (R) hand patent & intact. Flushes easily. Infant has bumpy red rash over parts of face, trunk & extremities. Maintaining temp well on manual mode to isolette temp 38 covered c̄ own blanket.

SIGNATURE _____ CK Sanwoke _____ RN

**7P SOAP NOTES**  Parenting A note – Both parents visited, held infant & talked to maintain good eye contact. Asked appropriate questions. P – Continue PCP.
Infection A note – Temp stable this toddler, remains on antibiotics. Tolerating feeds c̄ regurg. Nipples well.
P Continue PCP.

CC1466

SIGNATURE _____ CK _____ RN

MARIA R

| | | | |
|---|---|---|---|
| TODAY'S DATE | | | |
| DAY OF LIFE | 3 | | DAYS |
| TODAY'S WT. #1 | 4565 gm | # | TIME |
| WT. #2 | | gm | TIME |
| YESTERDAY'S WT. | 4530 | | gm |
| CHANGE ↑ or ↓ | 935 | | gm |
| HEAD CIRC. 39.5 cm LENGTH 56 cm | | | |

**ENVIRONMENT SUPPORT**

- CARDIAC/CHEST MONITOR/A
- PHOTO THERAPY/EYES CO
- VENTILATOR TYPE
- TCPO₂/TCPCO₂/OXIMETER
- BP TRANSDUCER CALLIBR.
- TYPE BED  Bubble
- MANUAL/SERVO CONTROL
- SARAN BLANKET/SHIELD
- AQUA-K PAD
- STIMULATION MATTRESS
- WATER BED
- SHEEPSKIN
- RESUS. BAG/MASK/O₂
- CODE MED SHEET/SUCTIC

### VITAL SIGNS

| TIME | TEMP A=AXILLARY R=RECTAL | ABDOMINAL T° | ENVIRONMENT T° | HEART RATE | RESPIRATORY RATE | BLOOD PRESSURE SYST/DIAS | MEAN B/P | SITE (3) | COLOR (1) |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 37² | 37² | 28 | 160 | 40 | | | | PK |
| 06 | | | | | | | | | |
| 07 | | | | | | | | | |
| 08 | | 37 | 28 | 132 | 60 | | | | PK |
| 09 | 37 | 37¹ | 28 | 140 | 52 | 74/40 | 51 | | PK |
| 10 | 36.9 | | | | | | | | |
| 11 | 36.8 | | | 132 | 46 | | | | PK |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 12 HR TOTAL | RN/ RN | | | | | | | | |
| 17 | | | | | | | | | |

FORM 716 10/87  83720

001467

CC/Kg/

EX 77   1377

## INTRAVENOUS CONSTITUENTS

| | IV #1 | INT. | IV #2 | INT. | IV #3 | INT. | IV #4 | INT. | IV #5 | INT. | IV #6 | INT. | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | DC |
| | | | | | | | | | | | | | DC |
| | | | | | | | | | | | | | DC |
| | ORDER # | | ORDER # | | ORDER # | | ORDER # | | ORDER # | | ORDER # | | DC |
| | ORDER # | | ORDER # | | ORDER # | | ORDER # | | ORDER # | | ORDER # | | DC |

ABOVE PER CONSTITUENTS)          PO INTAKE                    OUTPUT

| IV 6 TYPE ORDER # SITE (3)/(2) STATUS IN UP IN | IV 6 TYPE ORDER # UP IN | INTRALIPIDS % UP IN | MEDS SITE (3)/MED DOSE STATUS | MED VOLUME | FLUSH VOLUME | BLOOD PROD. SITE (3)/UP STATUS IN | TIME | FORMULA TYPE (5) | MODE (7) | AMOUNT OF FEEDING UP IN | TOLERATED (8) | ASPIRATE D=DISCARD R=RETURN | EMESIS | NG/GTT OUTPUT cc | URINE OUT | SP. GRAVITY I.O. | GLUCOSE/RS | PROTEIN/KETONES | OB/BILI | URINE pH | STOOL (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 05 | E 20 | PO | 75 ω | | | ∅ | | | | | | | | |
| | | | | | | | 06 | | | | | | | | | | | | | | |
| | | | | | | | 07 | | | | | | | | | | | | | | |
| | | | | | | | 08 | | | | | | | | | | | | | | |
| | | | | | | | 09 | E 20 | PO | 75 ω | | | ∅ | 34 | 1.008 | | | | | | ∅ |
| | | | | | | | 10 | | | | | | | | | | | | | | |
| | | | | | | | 11 | | | | | | | | | | | | | | |
| | | | | | | | 12 | | | | | | | | | | | | | | |
| | | | | | | | 13 | | | | | | | | | | | | | | |
| | | | | | | | 14 | | | | | | | | | | | | | | |
| | | | | | | | 15 | | | | | | | | | | | | | | |
| | | | | | | | 16 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | cc/Kg/Hr | | |
| | | | | | | | 17 | | | | | | | | | | | | | | |
| | | | | | | | 18 | | | | | | | | | | | | | | |
| | | | | | | | 19 | | | | | | | | | | | | | | |
| | | | | | | | 20 | | | | | | | | | | | | | | |
| | | | | | | | 21 | | | | | | | | | | | | | | |
| | | | | | | | 22 | | | | | | | | | | | | | | |
| | | | | | | | 23 | | | | | | | | | | | | | | |
| | | | | | | | 24 | | | | | | | | | | | | | | |
| | | | | | | | 01 | | | | | | | | | | | | | | |
| | | | | | | | 02 | | | | | | | | | | | | | | |
| | | | | | | | 03 | | | | | | | | | | | | | | |
| | | | | | | | 04 | | | | | | | | | | | | | | |

001468

BLOOD PRODUCT
DONOR #

DONOR:

DONOR:

DONOR:

(1) COLOR
PK – Pink
PL – Pale
DY – Dusky
MT – Mottled
JD – Jaundiced
CY – Cyanosis
AC – Acrocyanosis
CC – Circumoral Cyanosis

(2) IV STATUS
P – Patent
S – Swollen
R – Redness
O – Absent
I – infiltrated

(3) ANATOMY
R – Right
L – Left
H – Hand
W – Wrist
F – Foot
UA – Upper Arm
LFA – Lower Forearm
MFA – Mid Forearm
UFA – Upper Forearm
ACF – Antecubital Fossa
PE – Pericardial
A – Anterior
P – Posterior
M – Medial
LAT – Lateral
SUP – Superior
INF – inferior
S – Scalp
RA – Right Arm
LA – Left Arm
RL – Right Leg
LL – Left Leg

(3) [illegible]
HL – Heparin Lock
BF – Butterfly
C – Quick Cath
UAC – Umbilical Artery Cath
UVC – Umbilical Venous Cath
RAL – Radial Arterial Line
TAL – Tibial Arterial Line
CL – Central Line
PC – Peripheral Cath
RAS – Radial Artery Stick
FS – Finger Stick
HS – Heel Stick

(4) STATUS
______ cm Wall Suction
$H_2O$ – Water Seal
F – Fluctuating
AL – Air Leak

(5) [illegible]
S-20 – Similac 20 cal
E-20 – Enfamil 20 cal
ISO – Isomil [illegible]
PRO – Prosobee
LBW – Low Birth Weight
SpCr – Special Care
S-24 – Similac 24 cal
E-24 – Enfamil 24 cal
PREG – Pregestimil
LYT – Lytren
PED – Pedialyte
BR MILK – Breast Milk

(6) CT DRNG
C – Clear
CL – Cloudy
B – Bloody
SA – Serosanguinous
S – Serous

[illegible]
PO [illegible]
G [illegible] Gavage
[illegible] Gast. Tube
NJ [illegible] Jejunal Tube
CONT – Continuous [illegible]

(8) TOLERATED
P – Poor
W – Well
F – Fair

(9) STOOLS
S – Small
M – Moderate
L – Large
W – Water Loss
MU – Mucoid
F – Formed
S – Seedy

(9) [illegible]
l – Loose
s – Soft
c – Constipated
Mec – Meconium
y – Yellow
g – Green
b – Brown
bl – Black
R – Frank Blood

(10) Suction
S – Small
M – Moderate
L – Large
1 – Thin
2 – Thick
C – Clear
W – White
Y – Yel[illegible]
G – G[illegible]
R – Re[illegible]
B – Bro[illegible]
T – Tan

| [illegible]T | | | | | SUCTION | | | | VENTILATOR SETTINGS | | | | BLOOD GASSES | | | | | | | LAB WORK | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOOL (9) | UO/RO | CHEST TUBE SITE (3) STATUS (4) COLOR DRAINAGE (6) | AMT. DRAINAGE | TIME | P = PERCUSSED V = VIBRATED | BAGGED WITH ___% | SUCTION ETT (10) | SUCTION ORAL (10) | $FIO_2$ | PEEP PIP (CPAP) | RATE (IMV) | CHANGES | TIME | SITE (3) | pH | $PCO_2$/$TCPCO_2$ | $PO_2$/$TCPO_2$ | BICARB/B.E. | $O_2$SAT./OXIMETER | CHEM. STRIP | GLUCOSE | HCT. / TSP. | LABS DRAWN | BLOOD OUT | [illegible] |
| | | | | 05 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 06 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 07 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 08 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 09 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 10 | | | | | | | | | | | | | | | | | | | PKU Hct. | | |
| | | | | 11 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 12 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 13 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 14 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 15 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 16 | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | 17 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 18 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 19 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 20 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 21 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 22 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 23 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 24 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 01 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 02 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 03 | | | | | | | | | | | | | | | | | | | | | |
| | | | | 04 | | | | | | | | | | | | | | | | | | | | | |

~~001469~~

UCI MEDICAL CENTER
INFANT SPECIAL CARE UNIT
FLOW SHEET

UC[illegible]
CAR[illegible]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| o – Prone<br>S – Supine<br>R – On Right<br>  Side<br>L – On Left<br>  Side<br>• – HOB<br>  Elevated<br>l – In Infant<br>  Seat<br>— – Head To<br>  Right<br>‹ – Head To<br>  Left<br>M – Head<br>  Midline | 0 – Limp<br>+ – Active<br>  With<br>  Stimu-<br>  lation<br>++ – Active<br>+++ – Irrit-<br>  able<br>J – Jit-<br>  tery | 1 – Deep<br>  Sleep<br>2 – Light<br>  Sleep<br>3 – Drowsy<br>4 – Alert<br>  Mini-<br>  mal<br>  Activity<br>5 – Alert<br>  Active<br>6 – Crying | 0 – None<br>  Noted<br>CL – Clonic<br>T – Tonic<br>F – Focal<br>  (Locate)<br>EYE – Eye<br>  Deviation<br>L – Lip<br>  Smacking<br>B – Bicycle<br>DECOR – Decorti-<br>  cate<br>OP – Oposthoo-<br>  onos<br>DECER – Decere-<br>  brate | (=) – Equal<br>CL – Clear<br>CO – Coarse<br>FN – Fine<br>CR – Crackles<br>RL – Rales<br>RH – Rhonchi<br>M – Moist<br>S – Stridor<br>W – Wheezes<br>UL – Upper Lobe<br>LL – Lower Lobe<br>R – Right<br>L – Left<br>> – Greater Than<br>< – Less Than<br>< – Decreased<br><br>AIR ENTRY<br>G – Good<br>P – Poor<br>F – Fair | Un – Unlabored<br>NF – Nasal<br><br>Flaring<br>G – Grunting<br>P – Periodic<br>T – Tachyp-<br>  nea<br>A – Apnea<br><br>RETRACTIONS<br>MI – Mild<br>MO – Moderate<br>MA – Marked<br>IR – Inter-<br>  costal<br>SR – Sub-<br>  sternal | P – Present<br>AB – Absent<br>S – Soft<br>LD – Loud<br>G – Gallop<br><br>LOCATE<br>Intercostal<br>Space<br>LSB – Left<br><br>Sternal<br>Border<br>____ CM<br>R – Right<br>L – Left | S – Silent<br>A – Active<br>H – Hyper-<br>  active<br><br>LOCATE<br>PMI – Point<br>  Maxi-<br>  mum<br>  Im-<br>  pulse<br>SB – Ster-<br>  nal<br>  Bor-<br>  der<br>L – Left<br>R – Right<br>LCM – Lower<br>  Costal<br>  Mar-<br>  gin<br>____ CM | R – Radial<br>F – Femoral<br>P – Pedal<br>B – Brachial<br>1+ – Weak<br>2+ – Normal<br>3+ – Full<br>4+ – Bounding<br>Bi – Bi<br>  Equal<br>  Bilat.<br>UE – Upper<br>  Extrem.<br>LE – Lower<br>  Extrem.<br>> – Greater<br>< – Lesser | N – Normal<br>  ‹ 3 sec.<br>S – Sluggish<br>UE – LE<br>  Upper<br>  Extrem.<br>L – Lower<br>  Extrem. | S – Soft<br>F – Flat<br>FU – Full<br>T – Tense<br>B – Blush<br>  Discolour-<br>  ation<br>L – Loops of<br>  Visible<br><br>GIRTH<br>BS – Bowel Sou<br>+ – Positive<br>– – Hyperactiv<br>– – Hypoactive<br>ab – Absent |

| TIME | INFANT POSITION | ACTIVITY TONE | STATE | SEIZURE ACTIVITY | BREATH SOUNDS | RESPIRATORY STATUS | MURMUR | PRECORDIUM | PULSES | CAPILLARY REFILL | ABDOMINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | S ⌃ | ++ | 1 | ⊘ | Cl= G | M SR | AO | S | | 2 | FU S |
| 06 | | // | | | | | | | | | |
| 07 | P← | + | 2 | O | | | | | | | |
| 08 | | . | | | | | | | | | |
| 09 | R↑ | ++ | 3-6 | ⊘ | Cl=O | Un | Ab | S | 2T² F | N | SFu BS |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 01 | | | | | | | | | | | |
| 02 | | | | | | | | | | | |
| 03 | | | | | | | | | | | |
| 04 | | | | | | | | | | | |

001470

EX 77   1380

**TURGOR**
N – Normal
D – Dry
T – Tenting

**EDEMA**
A – Absent
Gen – Generalized
P – Pitting
Dep – Dependent

**SKIN CONDITION**
I – Intact
W – Wound (locate)
B – Bruising (locate)
Ex – Excoriation (locate)
Inf. inj. –
Infusion
Injury (locate)

**SIZE** ___ CM X ___ CM

**DRAINAGE**
S – Small
M – Moderate
L – Large
C – Clear
Y – Yellow
SA – Serosanguineous
G – Green
M – Mucoid
P – Purulent

**DRESSING**
2 x 2 – 4 x 4
WD – Wet to Dry (note solution)
OS – OPSITE

**NOTE SITE**
(See Legend (3))

B – Bath
O – Oral
E – Eye
U – Umbilical
T – Trach Care
L – Linen Change

**ROM** – Range of motion

**X-RAY**
Chest –
Abd – Abdomen
AP – Ant Post
Lat – Lateral
Xtab – Cross Table
DEC – Decub
ECHO – Head Heart

**SEPTIC W/U**
Bl – Blood Culture
LP – Lumbar Puncture
CX – Culture Site
SP – Super Pubic

**DISCHARGE**
EYE – Eye Exam
P – Pneumogram
BSEAR – Evoke Response

**PROCEDURES**
CL – Central Line
PDA – Duct Lig.
W – Weight
DVE – Double Volume Exchange
PE – Partial Exchange
INT – Intubation
IV – IV Start

| SKIN INTEGRITY | DRESSING WOUND SITE | CARE | SPECIAL PROCEDURES |
|---|---|---|---|

| | FAMILY INTERACTION GUIDE: | | | | |
|---|---|---|---|---|---|
| | M = MOTHER   F = FATHER   G = GRANDPARENT   S = SIBLING   O = | | | | |
| TIME | CALLS | VISIT | NO CON-TACT | COMMENTS | |
| 0830 | M | | | update given | |

**SHIFT ASSESSMENT** — 7a–7p

**FONTANELS:** Ant = Anterior   S = Soft   Fu = Full
Post = Posterior   F = Flat   T = Tense
Sunk = Sunken   B = Bulging

**SUTURES:** Sag = Sagital   O = Overriding
Cor = Coronal   A = Approximated
Lam = Lambdoidal   S = Spread

**LIVER:** N = Not Palpable   F = Firm ___ CM = below cost. marg.
S = Soft   @ = At lower costal margin

**ABDOMINAL GIRTH:** _____ CM.

| | | APNEA BRADYCARDIA SPELLS | | | |
|---|---|---|---|---|---|
| TIME | APNEA DURATION | BRADY DURATION | STIMULATION: | SR = Self Resolve   L = Light   V = Vigorous | O₂ = ___ %   B = ___ % |

7A PROGRESS NOTES (0400) Pt. received in isolette. Cardiac monitor on c̄ alarms set. Nipples eagerly. V.S.S Transferred to bassinet,

7 (600) Temp. stable. DC orders received. PKU drawn. Not done. Mom not going home therefore readied for transfer to NN —————————— M. Woodring

SIGNATURE _____ RN

7A SOAP NOTES

SIGNATURE _____ RN

7P PROGRESS NOTES

SIGNATURE _____ RN

7P SOAP NOTES

0014723

SIGNATURE _____ RN

# NEWBORN RECORD INFANT INFORMATION

**[ ] MEDICAL CENTER**

ALFARO, BABY BOY
AKA-
735950 81
ALFARO, MARIA R

| PATIENT IDENTIFICATION | | | | | |
|---|---|---|---|---|---|
| **DATE:** | | 7-11-89 | | | 7/11/89 |
| 11-7 SHIFT | | 7-3 SHIFT | | | 3-11 SHIFT |

## FEEDINGS

| TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | 1140 | Enf | 3½ oz | 1600 | Enf | 4 oz |
| | | | 1315 | Enf | ½ oz | 1930 | Enf | 4 oz |
| | | | | | | 2270 | Enf | 3 oz |

| VOIDING | | | VOIDING | ✓ | | VOIDING | ✓ | |
|---|---|---|---|---|---|---|---|---|
| STOOLS (describe) | | | STOOLS (describe) | ✓ | ✓ | STOOLS (describe) | ✓ | ✓ |

## ASSESSMENT (Check appropriate column)

| TEMP. (Ax) | PULSE (Ap) | RESP. | TEMP. (Ax) 37.0 | PULSE (Ap) 156 | RESP. 60 | TEMP. (Ax) 36 | PULSE (Ap) 120 | RESP. 44 |
|---|---|---|---|---|---|---|---|---|
| Time: | Normal | * Abnormal | Time: 1115 | Normal | * Abnormal | Time: | Normal | * Abnormal |
| Skin/Color | | | Skin/Color newborn rash, jaundice | | | Skin/Color | jaundice | |
| Head | | | * Head | | | Head | | |
| Umbilical Cord | | | Umbilical Cord triple dye | | | Umbilical Cord | ✓ dry | |
| Breathing | | | Breathing | ✓ | | Breathing | | |
| Muscle Tone | | | Muscle Tone | ✓ | | Muscle Tone | ✓ | |
| Feeding | | | Feeding | | | Feeding | ✓ | |
| Motor Activity | | | Motor Activity | ✓ | | Motor Activity | | |
| 4° Check | | | 4° Check | ✓ | | 4° Check | ✓ | |
| Other | | | Other | | | Other | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\* DESCRIBE HERE AND DOCUMENT IN INTERDISCIPLINARY NOTES**

| NURSE | NURSE | NURSE |
|---|---|---|

## LAB WORK

| DESTROSTIX | | BILIRUBIN | | | WEIGHT |
|---|---|---|---|---|---|
| TIME | RESULT (%) | TIME | TOTAL | INDIRECT | |
| | | 1300 | 12.3 (0.4) | 11.9 | PKU & THYROID done in NICU / DATE / INITIALS |
| | | | | | HCT / TIME / INITIALS |

OTHER

OC1473

CHART        **NEWBORN RECORD INFANT INFORMATION**

1096078 9 NBN 2405 01

735950 31T
ALFARO, BABY BOY
AKA-
M 07/08/93 ALFARO, SARA

UCI MEDICAL CENTER
**NEWBORN RECORD**
INFANT INFORMATION

PATIENT IDENTIFICATION

DATE:

| 11–7 SHIFT | 7–3 SHIFT | 3–11 SHIFT |
|---|---|---|

### FEEDINGS

| TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0015 | Enf 20 | 2½ 🝔 | 8A | Enf 20 | 2 oz | | | |
| 0230 | Enf 20 | 2 🝔 | 11A | Enf 20 | 2 oz | | | |

| VOID-ING | ✓ | ✓ | VOID-ING | ✓ | | VOID-ING | | |
|---|---|---|---|---|---|---|---|---|
| STOOLS (describe) | ✓ | | STOOLS (describe) | ✓ | | STOOLS (describe) | | |

### ASSESSMENT (Check appropriate column)

| TEMP. (Ax) 36⁸ | PULSE (Ap) 144 | RESP. 48 | TEMP. (Ax) 36⁸ | PULSE (Ap) 148 | RESP. 42 | TEMP. (Ax) | PULSE (Ap) | RESP. |
|---|---|---|---|---|---|---|---|---|
| Time: | Normal | * Abnormal | Time: | Normal | * Abnormal | Time: | Normal | * Abnormal |
| Skin/Color | ✓ Jaundice | | Skin/Color | ✓ Jaundice | | Skin/Color | | |
| Head | ✓ | | Head | ✓ | | Head | | |
| Umbilical Cord | ✓ Care c̄ ETOH | | Umbilical Cord | ✓ | | Umbilical Cord | | |
| Breathing | ✓ | | Breathing | ✓ | | Breathing | | |
| Muscle Tone | ✓ | | Muscle Tone | ✓ | | Muscle Tone | | |
| Feeding | ✓ | | Feeding | ✓ | | Feeding | | |
| Motor Activity | ✓ | | Motor Activity | ✓ | | Motor Activity | | |
| 4° Check | ✓ | | 4° Check | ✓ | | 4° Check | | |
| Other | | | Other | | | Other | | |

**\* DESCRIBE HERE AND DOCUMENT IN INTERDISCIPLINARY NOTES**

| NURSE _Sakata RN_ | NURSE _M Chan_ | NURSE |
|---|---|---|

### LAB WORK

| DESTROSTIX | | BILIRUBIN | | | WEIGHT 4660 | | |
|---|---|---|---|---|---|---|---|
| TIME | RESULT (%) | TIME | TOTAL | INDIRECT | PKU & THYROID | DATE | INITIALS |
| | | | | | HCT | TIME | INITIALS |

OTHER

001474

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

| | | | | | |
|---|---|---|---|---|---|
| | 1A. FILE NUMBER | | | LOCAL REGISTRATION DISTRICT AND CERTIFICA | |
| THIS CHILD | 1A. NAME OF CHILD—FIRST (GIVEN) MANUEL | 1B. MIDDLE — | | 1C. LAST (FAMILY) CUEVAS JR. | |
| | 2. SEX MALE | 3A. THIS BIRTH. SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. — | 4A. DATE OF BIRTH—MONTH, DAY, YEAR [■■■] 1989 | 4B. HOUR—24 HOUR CLOCK TIME: 0230 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY UCI MEDICAL CENTER | | 5B. STREET ADDRESS—STREET, NUMBER OR LOCATION 101 CITY DRIVE SOUTH | | |
| | 5C. CITY ORANGE | | 5D. COUNTY ORANGE | 5E. PLANNED PLACE OF BIRTH HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER—FIRST (GIVEN) MANUEL | 6B. MIDDLE — | 6C. LAST (FAMILY) CUEVAS | 7. STATE OF BIRTH MEXICO | 8. DATE OF BIRT: MONTH, DAY, YE. /6 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER—FIRST (GIVEN) MARIA | 9B. MIDDLE ROSIO | 9C. LAST (MAIDEN) ALFARO | 10. STATE OF BIRTH CALIFORNIA | 11. DATE OF BIRT: MONTH, DAY, YEA /71 |
| PARENT'S CERTIFI-CATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE ▶ | 12A. PARENT OR OTHER INFORMANT—SIGNATURE | | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED 07/10/89 |
| CERTIFI-CATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED ▶ | 13A. ATTENDANT OR CERTIFIER—SIGNATURE—DEGREE OR TITLE | | 13B. LICENSE NUMBER RESIDENT | 13C. DATE SIGNED 07/31/89 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT STEVEN J. THOMAS, M.D.   SAME AS 5A | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDA SANDRA M. ASHLEY CUSTODIAN OF MEDICAL RECORDS | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR—SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATIO | |

8/2

INFANT P.F. NO. 10960789
TELEPHONE NO. APCKUB 8195

001475

☐ EARLY DISCHARGE
☐ ROUTINE

**HEALTH CARE AGENCY/FIELD NURSING**
**POSTPARTUM BASELINE DATA**

PF# 03164

PATIENT'S NAME _____ B.D. _____ GRAVIDA _3_ PARA _2_ AB _____

REFERRAL INFORMATION _____

DELIVERY DATE _7/7_ DELIVERY TYPE _C/S_ BLOOD TYPE: _____

PREGNANCY HISTORY: ☐ NORMAL ☑ ABNORMAL EXPLAIN _____

COMPLICATIONS this pregnancy: _____

SOURCE OF AP CARE _____ NO. OF PRENATAL VISITS _____ MONTH OF PREGNANCY AP CARE BEGAN _____

| ASSESSMENT | DATE CHECKED | CODE | TEACH | LIT. | COMMENTS |
|---|---|---|---|---|---|
| Vital Signs | | | ✓ | | B/P _____ T ____ P ____ R ____ |
| Lochia | | | ✓ | | |
| Breasts | | | ✓ | | SBE ☐ |
| Fundus | | | ✓ | | |
| Episiotomy/Incision | | | ✓ | | |
| Gastrointestinal | | | | | |
| Genitourinary | | | | | |
| Endocrine | | | | | |
| Extremities | | | | | |
| Elimination | | | | | |
| Rest Sleep | | | | | |
| Exercise | | | | | |
| Hygiene | | | | | |
| Nutrition | | | | | |
| Medications | | | ✓ | | FeSo4 ☑ Vits ☐ |
| Sexual Relations | | | | | |
| Family Planning | | | ✓ | | Fam. Pl. Kit D ☐ |
| Infections | | | | | |
| PPD Status | | | | | _____ mm. Written referral given |
| Postpartum Check | | | | | |
| HMO ☐ UCIMC ☒ | | | ✓ | | |
| PMD ☐ NOCCC ☐ | | | | | Refered to: F PC V C I -2 wk |
| PHMS ☐ CCOC ☐ | | | | | Will make appt. ☐ Has appt. ☐ Had appt. ☐ |
| Emotional Status | | | | | |
| Family Interaction - Husb/Other Children | | | | | |
| Maternal Infant Bonding | | | | | |
| Other | | | | | |

IMPRESSION, SIGNATURE, TIME, DATE _____

NCR copy of baseline sent to: _U CIMC_

Discharge summary sent to: _____

Complete assessment not done because: _____

0C1476

0310970 9 OUTPATIENT

722081 72 A
ALFARO, MARIA ROSIO
F ___ /71     08/0 088 TRIAGE RECORD

un OBER X2

_te 7-4-89   Time CA 9280 Room ____   Mode [X] Ambulatory
Primary Language _____   [ ] Wheelchair
Coach _____   [ ] Stretcher
Chief Complaint _____   [ ] Transport
Age 17   G 2   P 1   AB ____   LC ____   LMP ____   EDC 7-10-89
B/P 118/52   TEMP ____   Pulse 80   Resp ____   FHT's 140   Fundal Height ____

**PATIENT CARE DATA** ACC UCLS
Contractions present [ ] yes [ ] no
  Onset ____ at __:__ am/pm
  Frequency ____ Duration ____ Quality ____
Membranes
  [ ] Intact [ ] SROM Date ____ Time ____ am/pm
  Fluid was [ ] Clear [ ] Meconium [ ] Foul smelling
Vaginal Bleeding [ ] yes [ ] no
  [ ] Normal Show
  [ ] Bleeding (describe) _____

History Of            Patient Has
[ ] Drug use          [ ] Dentures/caps
[ ] Preterm Labor     [ ] Glasses
[ ] UTI               [ ] Contact Lenses
[ ] Blood Transfusion

Vaginal Exam Results
  Dilatation ____ Station ____ Effacement ____
  xamined by _____   Time ____

Allergies/Sensitivities [ ] None
[ ] Specify _____
                                    [ ] None
Current Medications              Last  Brought
Name/Type of Med.        Dose    In
_____  ____  [ ]
_____  ____  [ ]
_____  ____  [ ]
_____  ____  [ ]
_____  ____  [ ]

Risk Assessment        Infectious Diseases
[ ] Abruptio Placenta  [ ] TB
[ ] Placenta Previa    [ ] GC
[ ] Diabetes Class ____ [ ] Syphilis
[ ] PIH                [ ] Herpes
[ ] Prev C/S           [ ] Hepatitis
[ ] Other ____         [ ] Other ____

**PRENATAL DATA**
Prenatal Care Location      Prenatal Education
[ ] Building 29  [ ] NPC    [ ] yes [ ] no  Attended classes/received instructions
[ ] CCOC  [ ] Other         [ ] yes [ ] no  Received prenatal care beginning wk ____
[ ] PHD                     [ ] yes [ ] no  Records available on ad-ission
[ ] Pvt. Physician _____
    Pediatrician _____    Labs sent-time _____
Prenatal Lab Findings         [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH ____ PPD ____ Date ____   [ ] UA  [ ] Cath UA Pro ___ Glu ___
  Rubella ____ HbsAg ____ Date ____   [ ] Rubella  [ ] Fibrinogen  [ ] Other
  VDRL ____ Date ____           [ ] BUN  [ ] Uric acid  [ ] Creat
                                [ ] SGOT  [ ] SGPT

REASON FOR ADMISSION       Observation          OBER TREATMENTS
[ ] Onset of Labor         [ ] Fetal Status     IV's _____
[ ] SROM                   [ ] Med Complication  _____
[ ] Induction              [ ] Obstetric compl.  _____
[ ] C/S                                          Medications _____
[ ] Other ____                                   _____
Patient Plans                                    _____
[ ] Breast feeding  [ ] Bottle feeding           _____
[ ] Private  [ ] Semi-private RM                 Enema _____
[ ] BTL Papers Signed  [ ] Circumcision          Other _____
itial DC Plan                                    _____
[ ] Consultation needed  [ ] MSW  [ ] Other      _____
Disposition                                      Signature _____
[ ] Home  [ ] Admit  [ ] Clinic Referral

0C1477

MEDICAL CENTER

| DATE | |
|---|---|
| 1/4/89 | 10/cc: 17 y/o Hispanic ♀ G₃ P₁ SAB₁ c̄ LMP 10/5/88 (unsure), EDC = |
| 1745 | 7/12/89 → EGA: 34 6/7 wks. Pt felt a gush of H₂O this am c̄ |
| | intermittent leakage + UC q10 min, this am (amniocentrosis) |
| | 1) Date: LMP 10/5/89 (unsure on dates) EDC: 7/12/89 - 5 |
| | EDC 38 6/7 wks   PNC: FHP initially, then Ø PNC → |
| | seen in UCI-EK PP6 X 2   FH 91.5cm   Vertex |
| | Best EGA by date @ 38½ wks |
| | 2) Previous c/s @ Fountain Valley for ↓FHT c̄ documented |
| | LTCS @ FVH |
| | 3) R/O SROM → Spec exam ⊕ ferning ⊕ nitrazine Ø vaginal |
| | pooling |
| | 4) IV drug abuse - Cocaine + Heroin IV, last time in April |
| | & May [redacted] |
| | PMH: NDM, Ø HD,    Med'd: Ø    Allergies: NKDA    #1 |
| | Abuse: Cig Ø   Drug ⊕ Cocaine + Heroin IV , ETOH ⊕ early pregnancy |
| | PE: VE: 1/30%/-2  Ø vag bleeding , VTX , |
| | ↓ FHT - reactive / hyperactive |
| | Assessment: 1) early labor -IUP @ 38 6/7 c̄ |
| | 2) Hx drug abuse |
| | Plan: 1) Return home to early pregnancy precautions |
| | 2) Draw HIV - pt. signed consent |
| | M. Hutchison R-1 |

CC1478

EX 77   1388

```
                            722081 72 A
                            ALFARO, MARIA ROSIO
                        F   10/12/71    08/01/89
                            1956 W TAMPA
                                             CA 92804
```

## OB TRIAGE RECORD

Date _7/3/89_ Time _0245_ Room _____ Mode [√] Ambulatory
Primary Language ___English___                [ ] Wheelchair
Coach _____                [ ] Stretcher
Chief Complaint _____ bloody show __         [ ] Transport
Age _17_ G _3_ P _1_ SAB ___ LC ___ LMP _10/1/88_ EDC _7/10/89_
B/P _108/60_ TEMP _36.5_ Pulse _86_ Resp _28_ FHT's _130_ Fundal Height _41_

**PATIENT CARE DATA**

Contractions present [√]yes [ ]no          Allergies/Sensitivities [√] None
  Onset____ at___:___ am/pm                 [ ] Specify
  Frequency___ Duration___ Quality___                    [ ] None
Membranes                                   Current Medications     Last  Brought
  [√]Intact [ ]SROM Date___ Time___am/pm    Name/Type of Med.       Dose   In
     ...uid was [ ]Clear [ ]Meconium [ ]Foul smelling  _KNV_            [ ]
Vaginal Bleeding [√]yes [ ]no                                          [ ]
  [√] Normal Show                                                      [ ]
  [ ] Bleeding (describe)___                 **Risk Assessment**  **Infectious Diseases**
History Of___Patient Has                     [ ] Abruptio Placenta    [ ] TB
  [√] Drug use___ [ ] Dentures/caps          [ ] Placenta Previa      [ ] BC
  [ ] Preterm Labor [ ] Glasses              [ ] Diabetes Class___    [√] Syphilis
  [ ] UTI            [ ] Contact Lenses      [√] PIH                   [ ] Herpes
  [ ] Blood Transfusion                      [√] Prev C/S             [√] Hepatitis
                                             [ ]                      [ ] Other
Vaginal Exam Results ___high___             ___FHP Fountain Valley___
  Dilatation _2_ Station ___ Effacement _30%_
  Examined by ___Dr Benal___                 Time _0350_

**PRENATAL DATA**

Prenatal Care Location          Prenatal Education
  [ ] Building 29 [ ]NPC           [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC        [√] Other        [ ]yes [ ]no  Received prenatal care beginning wk___
  [ ] PHD          _FHP_           [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician___
      Pediatrician___            Labs sent-time___
Prenatal Lab Findings           [ ] CBC  [ ] DIFF  [√] VDRL  [ ] T&Rh
  Blood type & RH___ PPD___ Date___  [ ] UA   [ ] Cath UA Pro___ Glu___
  Rubella___ HbsAg___ Date___        [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL___ Date___                    [ ] BUN  [ ] Uric acid  [ ] Creat
                                     [ ] SGOT [ ] SGPT

**REASON FOR ADMISSION**   **Observation**      OBER TREATMENTS
  [ ] Onset of Labor        [ ] Fetal Status    IV's___
  [ ] SROM                  [ ] Med Complication ___
  [ ] Induction            [ ] Obstetric compl. ___
  [ ] C/S                                       Medications___
  [ ] Other___                                  ___
Patient Plans                                   ___
  [ ] Breast feeding  [ ] Bottle feeding        ___
  [ ] Private         [ ] Semi-private RM       Enema___
  [ ] BTL Papers Signed [ ] Circumcision        Other ___instructions___
Initial DC Plan                                 _DTR___
  Consultation needed [ ] MSW [ ] Other___      Signature___
Disposition:
  [√] Home     [ ] Admit   [ ] Clinic Referral

001479
```

UCI
MEDICAL CENTER

DATE

3/87 | 17 y.o. G₂ P₁ SAB₁ ⊂ LMP 10/5/88, EDC 7/12/89

by EGA 39 5/7 weeks. Patient states began to have

contractions @ 09:00 on 7/2 q 15' now q 5'.

#D₅₅ - LMP 10/5/88

PNC - FMP by 3 months      FH - 41     EFW - 3700

2# Hx of Syphilis & Hepatitis

3# Hx of Spontaneous Abortion at 2 months

4# ↓ FM ⊼ stick on 6/24 — recta lytes

Dmm - Syphilis negative    Meds - Ø, NKDA

FH - Ø HTN; DM, Twin

Sm - 1 ppd ; ETOH : H. ∅ IVDA - HIV @ 1988

T-36.5     P - 86     R-20     BP - 108/60

Pelvis - 2cm / 30% / high

(1) D/C to home w/ labor instructions

001480

EX 77   1390

*Fontsen Valley*
*979-1211*

062589                    0310970 9 OUTPATIEN
                          722081 72 A
OB TRIAGE RECORD          ALFARO, MARIA ROSIO
                                          12/71      08/01/0

Date 6-25-89  Time 2115  Room OBEN  Mode [X] Ambulatory      CA 92?
Primary Language _____ Eng _____           [ ] Wheelchair
Coach _____            [ ] Stretcher
Chief Complaint _____ – ↓ FM _____           [ ] Transport
Age 17  G 3  P 1  AB 1  LC 1  LMP 10-88  EDC _____
B/P 124/70  TEMP 36 8  Pulse 88  Resp 20  FHT's 140  Fundal Height 41

## PATIENT CARE DATA
Contractions present [ ]yes [ ]no        Allergies/Sensitivities [ ] None
  Onset _____ at _1_ am/pm               [ ] Specify _____
  Frequency_____ Duration____Quality____                           [ ] None
Membranes                               Current Medications      Last  Brought
  [X]Intact  [ ]SROM  Date_____ Time____am/pm   Name/Type of Med.   Dose    In
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____  _____  [ ]
Vaginal Bleeding [ ]yes [ ] no          _____  _____  [ ]
  [ ] Normal Show                       _____  _____  [ ]
  [ ] Bleeding (describe)_____    Risk Assessment    Infectious Diseases
History Of          Patient Has         [ ] Abruptio Placenta   [ ] TB
  [ ] Drug use      [ ] Dentures/caps   [ ] Placenta Previa     [ ] GC
  [ ] Preterm Labor [ ] Glasses         [ ] Diabetes Class_____ [ ] Syphilis
  [ ] UTI           [ ] Contact Lenses  [ ] PIH                 [ ] Herpes
  [ ] Blood Transfusion                 [X] Prev C/S F.Valley   [ ] Hepatitis
                                        [ ] Other_____      [ ] Other____
Vaginal Exam Results                                            _____
  Dilatation_____ Station_____ Effacement_____           _____
  Examined by _____  Time_____

## PRENATAL DATA
Prenatal Care Location          Prenatal Education
  [ ] Building 29    [ ] NPC    [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC           [X] Other  [ ]yes [ ]no  Received prenatal care beginning wk_____
  [ ] PHD            FHP        [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____          Labs sent-time_____
Prenatal Lab Findings                   [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____  PPD____ Date____ [ ] UA   [ ] Cath UA Pro___ Glu___
  Rubella_____ HbsAg_____ Date___ [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date_____           [ ] BUN  [ ] Uric acid [ ] Creat
                                        [ ] SGOT [ ] SGPT

REASON FOR ADMISSION    Observation         OBER TREATMENTS
[ ] Onset of Labor      [ ] Fetal Status    IV's_____
[ ] SROM                [ ] Med Complication _____
[ ] Induction           [ ] Obstetric compl. _____
[ ] C/S                                     _____
[ ] Other_____                        Medications_____
Patient Plans                               _____
[ ] Breast feeding [ ] Bottle feeding       _____
[ ] Private        [ ] Semi-private RM       _____
[ ] BTL Papers Signed [ ] Circumcision      Enema_____
Initial DC Plan                             Other_____
  Consultation needed [ ] MSW [ ] Other____
Disposition:                                Signature_____
[ ] Home   [ ] Admit   [ ] Clinic Referral

001481

UCI
MEDICAL CENTER

8-14-87

documents LTCS @ FV

**DATE**

1/25   17 yo G3P1SAB1 ~ LMP 10/5/88   EDC 7/12/89
⟹ EGA 37 3/7 wm ~ LPM

#1 Data: LMP 10/5/88 (sure, r.r., 93°O)
  ⟹ 7/12/89 ⟹ EGA 37 3/7 wm
  PNC: FHP initially then @ MS.
  FH·41   EFW 3400   wt ✓
  ∴ B ≈ EGA 37 3/7 wm

#2 Prior C/s @ Fountain Valley for _____ H2 ↓
  understand — attempted to call Fountain
  Valley - records not available - till AM
  they will call back @ OFC
#3 ↓FM ~ "should" 2 ni _____ CJO
  reassuring / hyperactive

PMHx: ⌀   PSHx: ⌀   Meds: ⌀   NKDA
  FHx: ⌀ HTN, DM, twins
  SHx: living _____ , ⌀ ETOH   h/o IVDA —

Cx closed / __ / __ / vtx
reassuring / hyperactive

① D/c home ~ labor _____
② EDC in BM   NST / CST
Physician making note sign and identify as follows:
! = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff
③ √ ~ Dr J D to see about C/s scar

CHART

: 001482

05 29 89

0310970 9 OUTPATIENT
722081 72A
ALFARO, MARIA ROSIO
F                /71      08/01/89
1855 W TIMICA
CA 92804

## OB TRIAGE RECORD

Date 5-29-89  Time 2390  Room OBA  Mode □ □ Ambulatory
Primary Language Eng                 [ ] Wheelchair
Coach _____            [ ] Stretcher
Chief Complaint UCS                  [ ] Transport
Age 17  G 3  P 1  S AB 1  LC 1   LMP 10-7-88  EDC 6-14-89  30+7
B/P 114/57  TEMP 369  Pulse 93  Resp 20  FHT's    Fundal Height 38  34 1/7

---

**PATIENT CARE DATA**
Contractions present □ yes [ ]no          Allergies/Sensitivities [X] None
  Onset_____ at __:__ am/pm.              [ ] Specify _____
  Frequency_____ Duration____ Quality____                    [ ] None
Membranes                               Current Medications    Last  Brought
  [ ]Intact  [ ]SROM  Date____ Time___am/pm   Name/Type of Med.  Dose   In
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____  ____  [ ]
Vaginal Bleeding [X]yes  [ ] no          _____  ____  [ ]
  [ ] Normal Show                        _____  ____  [ ]
  [X] Bleeding (describe) spotting       Risk Assessment    Infectious Diseases
History Of          Patient Has ✓        [ ] Abruptio Placenta   [ ] TB
  [ ] Drug use      [ ] Dentures/caps    [ ] Placenta Previa     [ ] GC
  [ ] Preterm Labor [ ] Glasses          [ ] Diabetes Class_____ [ ] Syphilis
  [ ] UTI           [ ] Contact Lenses   [ ] PIH                 [ ] Herpes
  [ ] Blood Transfusion                  [ ] Prev C/S            [ ] Hepatitis
                                         [ ] Other_____        [ ] Other____
Vaginal Exam Results                                            _____
  Dilatation cl  Station ___  Effacement long
  Examined by N +(Cimo IV            Time 0035

---

**PRENATAL DATA**
Prenatal Care Location      Prenatal Education
  [ ] Building 29  [ ] NPC   [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC  [ ] Other_____ [ ]yes [ ]no  Received prenatal care beginning wk___
  [ ] PHD                    [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____  Labs sent-time_____
Prenatal Lab Findings                [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH___  PPD___ Date____ [ ] UA   [ ] Cath UA  Pro___ Glu___
  Rubella_____  HbsAg____ Date___ [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL____  Date_____            [ ] BUN  [ ] Uric acid [ ] Creat
                                     [ ] SGOT [ ] SGPT

---

REASON FOR ADMISSION      Observation          OBER TREATMENTS
  [ ] Onset of Labor      [ ] Fetal Status     IV's_____
  [ ] SROM                [ ] Med Complication  _____
  [ ] Induction           [ ] Obstetric compl. _____
  [ ] C/S                                      Medications_____
  [ ] Other_____                          _____
Patient Plans                                  _____
  [ ] Breast feeding  [ ] Bottle feeding       _____
  [ ] Private    [ ] Semi-private RM           Enema_____
  [ ] BTL Papers Signed  [ ] Circumcision      Other_____
      ial DC Plan                              _____
Consultation needed  [ ] MSW [ ] Other____     _____
Disposition:                                   Signature_____
  [ ] Home   [ ] Admit  [ ] Clinic Referral

0C1483

UCI
MEDICAL CENTER

DATE

-29 | 17 y/o G3P1 SAb1 ē LMP 10/88 => EGA 30 1/7-34 2/7
when ē ↓ fetal motion since 8 pm

#1 Dating LMP 10/88 (unsure, reg, ØBCP)
PNC: 6/14/89 in FHP clinic sono 2 mos ago
EGA 37 4/7 weeks
PNC: 2 visits FHP clinic in Anaheim
↓ records
Sono: in March OBER BPD 45 c/w 38 5/7 AC 339 c/w 37 6/7
FH: 37 EFW: 3500 vertex FL 76 c/w 38 6/7
=> Best EGA 37 4/7 weeks placenta - post Ø previa
AFI ≈ 10

#2 ↓ fetal motion x 2° - Ø UCs
Ø ↑ intercourse headache.
#3 Ø PNC records
#4 Prior C/S for Fetal Distress
Called FHP - Ø records avail tonight - will call in AM
#5 IVDA — [redacted]

PMHx: Hepatitis PSHx: C/S Meds: Ø NKDA
Rare tobacco, occ EtOH, h/o IVDA

EM: reactive Ø UCs
Cx: long/closed/post

**Physician making note sign and identify as follows:**
**I = Intern; R = Resident; S = Hospital Staff; A = Attending Staff**

D/C home ē labor precautions

CHART

001484

EX 77 1394

OPREG-2228-01          UNIVERSITY OF CALIFORNIA ORANGE MEDICAL CENTER
05/18/89 11:34                   (QBE$$P)

==================
OUTPATIENT RECORD
====================================================

ALFARO, MARIA ROSIO              F 17
  03109709
  O OUTPATIENT AM MD        D  A  72208172

====================================================
AKA PT NAME:
REG BY:  JPA                           REG DATE/TIME:  05/18/89  11:30
====================================================
BIRTHDATE:  ████/71                RACE/ETHNIC GROUP:  H
STATE OF BIRTH:  CA                   CITIZENSHIP:  USA
RELIGION:  CATHOLIC                   SOCIAL SECURITY#:  ███████
MARITAL STATUS:  5                    DONOR:
SPOUSE'S NAME:
FATHER'S NAME:  JOSE
MOTHER'S NAME:  SYLVIA                IMS ENC DATE:
====================================================
PT ADDRESS:  ██████████
       ANAHEIM            CA    92804
COUNTY:  ORANGE                       DISTRICT:
LENGTH OF RESIDENCE:
HOME PHONE:  714 778-6035             MESSAGE PHONE:  714 000-0000
====================================================
EMERG CONTACT:  ALFARO, SYLVIA        RELATION TO PT:  MOTHER
   ADDR:  SAME AS PT                  HOME PHONE:  714 778-6035
                           99999      WORK PHONE:  714 000-0000
====================================================
PT OCCUPATION:                        EMPLOYER:
                                      EMPLOYER PHONE:  714 000-0000
GUARANTOR:  ALFARO, MARIA ROSIO
   ADDR:  ██████████
       ANAHEIM            92804       GUAR EMP:
   PHONE:  714 778-6035               GUAR EMP PHONE:  714 000-0000
                                      GUAR SOC SEC#:
====================================================
PRIMARY COVERAGE:  A50                ID/POL/GRP#:
   TYPE:  MEDI-CAL                    EFFECTIVE DATE:
   MEDI-CAL #:  308207694O0799        MEDICARE EFF DATE A:
                                                        B:

                                      STOP DATE:
SECONDARY  COVERAGE:                  ID/POL/GRP#:
   TYPE:                              EFFECTIVE DATE:
                                      STOP DATE:
====================================================
PT STATUS:  DEPARTMENTAL              REG POINT:    CLIN
DEPARTMENT:  O
SPECIALTY: .OBSTETRICS
====================================================
PVT/REF MD:
TRANS HOSP/REF CLINIC:  SELF
====================================================
ELIG WORKER SIG:


====================================================
  ALFARO, MARIA ROSIO        03109709          OUTPATIENT RECORD

001485

UCI MEDICAL CENTER

**TERMS AND CONDITIONS OF SERVICE**
for
☐ Inpatient Admissions
☒ Outpatient Services
☐ Emergency Services

0310970 9  OUTPATIENT
722081 72 A
ALFARO, MARIA ROSIO
771      08/01/89
ANAHEIM      PATIENT IDENTIFICATION 92804
714 778-6055

PAGE 2

Continued from Page 1:

**7. CONSENT TO FOLLOW-UP:** The patient consents to the UCI Medical Center referring appropriate information on the patient's medical condition to community health agencies for the purpose of helping the patient, when appropriate, with beneficial follow-up care and counseling at home. The patient will not be obligated to accept such care or counseling. If the patient does not agree to "Consent to Follow-up", please initial here: _____

**8. FINANCIAL AGREEMENT:** The patient, in consideration of the services to be rendered, shall pay the Regents of the University of California for hospital services, including professional services of hospital-based physicians, in accordance with the regular rates and terms of the UCI Medical Center. The patient shall also pay for professional services rendered as billed by the UCI Medical Group and the UCI Professional Services Billing Office. If this agreement is executed by a spouse or a financial guarantor, the spouse of financial guarantor shall be jointly and severally liable with the patient. Should accounts be referred to an attorney for collection, reasonable attorney's fees and collection expenses shall be payable, in addition to other amounts due. Unpaid accounts bear interest at the rate of 10% per year or the maximum allowed by law. Unpaid accounts referred to outside collection agencies bear interest at the rate of 18% per year or the maximum allowed by law from the date of referral.

## ASSIGNMENT OF INSURANCE BENEFITS

The patient, the patient's representative, or, where neither the patient nor the patient's representative is the insurance subscriber, said insurance subscriber (herein collectively called the "assignor") hereby assigns to The Regents of the University of California and authorizes payment directly to it, of all hospital insurance benefits and Unemployment Compensation Disability (UCD) benefits otherwise payable to the assignor. The assignor hereby agrees that UCI Medical Center may receipt for any such payments thereby discharging the insurer's obligation to the extent of such payment.

To the extent that fees for professional services rendered to the patient are payable to UCI Medical Group or to UCI Professional Services Billing Office, the assignor hereby assigns to UCI Medical Group or UCI Professional Services Billing Office and authorizes payment to them of all insurance benefits for professional fees otherwise payable to the assignor but not to exceed the amount of such fees for professional services to the patient. The assignor hereby agrees that UCI Medical Group or UCI Professional Services Billing Office may receipt for any such payments thereby discharging insurer's obligation to the extent of such payments.

The Regents of the University of California, for UCI Medical Center, and the patient, or the patient's representative, hereby enter into this agreement. The patient, or the patient's representative, certifies that he/she has read, accepted, and received a copy of this agreement and is the patient, or is duly authorized on behalf of the patient to execute it, and the patient, the patient's representative or the insurance subscriber certifies that he/she has read the "ASSIGNMENT OF INSURANCE BENEFITS" above and agrees to them. The patient or patient's representative understands that this agreement is for: ☐ Inpatient Admission ☒ Outpatient Services ☐ Emergency Services

_____   OR   _____
SIGNATURE OF PATIENT (IF 12 YEARS OR OLDER)              SIGNATURE OF PATIENT'S REPRESENTATIVE (REF 1, 2 or 4 BELOW)

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

By _____                    _____
   REGISTRATION CLERK                            RELATIONSHIP OF REPRESENTATIVE TO PATIENT (REF 1, 2 or 4 BELOW)

_____                       _____
FINANCIAL GUARANTOR (IF OTHER THAN PATIENT) (SEE PARAGRAPH 8 ABOVE)   NAME OF INSURANCE SUBSCRIBER (IF OTHER THAN PATIENT OR PATIENT'S REPRESENTATIVE)

_____      05-18-89          11:34 AM
SIGNATURE OF WITNESS/TRANSLATOR (REF 3 OR 4 BELOW)   DATE OF SIGNING   TIME OF SIGNING

EXCEPTIONAL SIGNATURE REQUIREMENTS ARE REFERENCED BELOW. Please check the appropriate box.

1. ☐ **PATIENT IS A MINOR.** The parent or guardian must sign as "Patients Representative" unless the patient is legally allowed to consent to medical care.

2. ☐ **PATIENT IS LEGALLY INCOMPETENT TO SIGN.** The court approved guardian or authorized conservator must sign as "Patient's Representative"

3. ☐ **PATIENT IS UNABLE TO READ ENGLISH.** If the patient reads Spanish, use form 710S instead of this form. If the patient reads neither English nor Spanish, a translator shall read this form to the patient. The translator shall sign as "Witness" and indicate the language used: _____

☐ **PATIENT IS PHYSICALLY INCAPABLE OF SIGNING.** The patient should give verbal consent, witnessed by a University Employee. The spouse or next of kin should sign as "Patient's Representative", in witness of the patient's having given verbal consent. The Employee-Witness shall sign above and complete the following: The patient gives his/her verbal consent but is physically incapable of signing because: _____

001486

Y. KIKKAWA, M.D. & ASSOCIATES                    PAGE  1

NAME: ALFARO/MARIA ROSIO          SEX: F   AGE: 17Y      OUTPATIENT
H#  : 03109709                                           LOC:   OBGYN
OR:                                                      ACCT#: 7220817

H3381       COLL: 05/18/89 11:53    REC: 05/18/89 12:24  PHYS: UNK/UNK

     SYPHILIS RPR
     RPR QUAL SCREEN      * REACTIVE
     RPR QUANT           h 8                      [<1]            TITER

                    EXPECTED VALUES:
                         <1   NONREACTIVE
                    1 OR >1   REACTIVE

                    COMMENTS:
                     A REAGIN
                    (NONTREPONEMAL)
                    TITER OF 1 OR >1 IS
                    USUALLY INDICATIVE
                    OF PAST OR PRESENT
                    SYPHILIS.  FALSE
                    POSITIVE REAGIN
                    REACTIONS OCCUR IN A
                    NUMBER OF DISEASES
                    AND CONDITIONS MOST
                    COMMONLY DRUG
                    ADDICTION,
                    AUTOIMMUNE DISORDERS
                    AND CERTAIN
                    BACTERIAL, VIRAL AND
                    PROTOZOAL
                    INFECTIONS.  TITERS
                    IN LATE LATENT AND
                    LATE SYPHILIS
                    DECLINE SLOWLY OR
                    NOT AT ALL.
                     THE RPR REMAINS AS
                    THE TEST OF CHOICE
                    IN THE SEROLOGIC
                    DIAGNOSIS OF
                    ASYMPTOMATIC
                    NEONATAL CONGENITAL
                    SYPHILIS.  A DECLINE
                    IN TITER OVER A
                    PERIOD OF THREE
                    MONTHS DENOTES
                    PASSIVELY
                    TRANSFERRED REAGIN
                    WHEREAS A STABLE OR
                    RISING TITER
                    SUGGESTS NEONATAL
                    INFECTION.
                     THE QUANTITATIVE

ALFARO/MARIA ROSIO              CONTINUED                    PAGE  1
5/22/89 21:10

001487

DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
Y. KIKKAWA, M.D. & ASSOCIATES                    PAGE 2

NAME: ALFARO,MARIA ROSIC          SEX: F    AGE: 17Y     OUTPATIENT
H# : 03109709                                           LOC:  OBGYN
DR:                                                     ACCT#: 7220817

   (CONTINUED)

H8381       COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK
                         RPR MAY BE USEFUL TO
                         MONITOR THERAPY.  A
                         4-FOLD OR GREATER
                         DECLINE BETWEEN
                         PRETREATMENT AND
                         POSTTREATMENT TITERS
                         SUGGESTS ADEQUATE
                         TREATMENT.
                         CONVERSELY, A 4-FOLD
                         OR GREATER RISE IN
                         TITER MAY INDICATE
                         RELAPSE OR
                         REINFECTION.
                          TITERS SHOULD
                         CONVERT TO NEGATIVE
                         BY 6-12 MONTHS IN
                         TREATED PATIENTS
                         WITH EARLY SYPHILIS
                         AND BY 2 YEARS WITH
                         SECONDARY SYPHILIS.
                         SPECIFIC TREPONEMAL
                         TESTS SUCH AS THE
                         MHA-TP ARE
                         RECOMMENDED TO
                         CONFIRM THE
                         DIAGNOSIS OF
                         SYPHILIS.
    SYPHILIS (MHA-TP)    * REACTIVE

                         EXPECTED VALUES:
                          NONREACTIVE  NO
                         TREPONEMAL ANTIBODIES

                         DETECTED.
                          REACTIVE
                         TREPONEMAL
                         ANTIBODIES

                         PRESENT.
                          EQUIVOCAL
                         TREPONEMAL
                         ANTIBODIES MAY
                                     OR
                         MAY NOT BE PRESENT

                         (CONFIRMATION BY
                         FTA-ABS

LFARO,MARIA ROSIC

061488

EX 77   1398

LAB-CHART COPY

```
21:10  ____ DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
            Y. KIKKAWA, M.D. & ASSOCIATES                PAGE  3
```

```
NAME: ALFARO/MARIA ROSIO        SEX: F    AGE: 17Y    OUTPATIENT
H# : 03109709                                         LOC:  OBGYN
DR:                                                   ACCT#: 7220817
```

(CONTINUED)

H8381      COLL: 05/18/89 11:53   REC: 05/18/89 12:24   PHYS: UNK/UNK

```
                        REQUIRED).
                        INCONCLUSIVE
                        NONSPECIFIC
                        AGGLUTINATION
                                    WITH
                        UNSENSITIZED CELLS

                        (TESTING BY FTA-ABS

                        REQUIRED).

                        COMMENTS:
                        A RESULT OF
                        REACTIVE INDICATES
                        SYPHILITIC INFECTION
                        AT AN UNDETERMINED
                        TIME.  A NEGATIVE
                        MHA-TP SHOULD RULE
                        OUT SYPHILIS EXCEPT
                        IN EARLY PRIMARY
                        INFECTION WHERE THE
                        SENSITIVITY IS
                        APPROXIMATELY 73%.
                        DURING OTHER STAGES
                        OF DISEASE
                        SENSITIVITY
                        APPROACHES 100%.
                        EQUIVOCAL &
                        INCONCLUSIVE RESULTS
                        OCCUR WITH <1% OF
                        PATIENTS TESTED.
                        THE SPECIFICITY OF
                        A REACTIVE MHA-TP
                        EXCEEDS THAT OF THE
                        FTA-ABS WHEN TESTING
                        POPULATIONS WITH A
                        LOW PREVALENCE OF
                        SYPHILIS AND IN
                        PATIENTS WITH
                        AUTOIMMUNE
                        DISORDERS.
                        TREPONEMAL
                        ANTIBODIES IN
                        TREATED PATIENTS
                        PERSIST THROUGHOUT
                        LIFE.
```

ALFARO/MARIA ROSIO

001489

UCI MEDICAL CENTER                                    LAB-CHART CE
21:27  ──  DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668.
                  Y. KIKKAWA, M.D. & ASSOCIATES              PAGE. 1

NAME: ALFARO,MARIA ROSIO        SEX: F    AGE: 17Y    OUTPATIENT
H# : 03109709                                        LOC:   OBGYN
DR:                                                  ACCT#: 7220817

H8381     COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK

    HBS ANTIGEN           NONREACTIVE

    RUBELLA SCREEN        IMMUNE

                          EXPECTED VALUES:
                           IMMUNE,    POSITIVE
                          FOR ANTIBODIES TO
                                   RUBELLA.
                           NONIMMUNE, NEGATIVE
                          FOR RUBELLA

                          ANTIBODIES.

                          COMMENTS:
                           THE SENSITIVITY OF
                          THIS PROTOCOL IS
                          APPROXIMATELY THE
                          SAME AS THAT
                          ACHIEVED USING
                          HEMAGGLUTINATION
                          INHIBITION METHODS.
                          TO AVOID FALSE
                          POSITIVE RESULTS,
                          PATIENT SPECIMENS
                          ARE DILUTED 1:10.
                          WHEN RECENT
                          INFECTION IS
                          SUSPECTED, ACUTE AND
                          CONVALESCENT SERA
                          SHOULD BE TESTED BY
                          THE QUANTITATIVE IGG
                          PROCEDURE.

061490

EX 77   1400