```
05/18/89        --         UCI MEDICAL CENTER                    LAB-CHART COPY
22:21          DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
               Y. KIKKAWA, M.D. & ASSOCIATES                     PAGE  1


NAME: ALFARO,MARIA ROSIO          SEX: F     AGE: 17Y     OUTPATIENT
   # : 03109709                                           LOC:   OBGYN
DR:                                                       ACCT#: 7220817


H8381      COLL: 05/18/89 11:58  REC: 05/18/89 12:24  PHYS: UNK,UNK

     CBC/DIFFERENTIAL
     WBC               H 10.7                [4.0-10.5]      THOUS/M
     RBC                 3.75                [3.7-5.0]       MILL/MC
     HEMOGLOBIN        L 10.7                [11.5-15.0]     G/DL
     HEMATOCRIT        L 32.1                [34.0-44.0]     %
     MCV                 85.6                [81.5-97.0]     FL
     MCH                 28.6                [27.0-33.5]     PG
     MCHC                33.5                [32.0-35.5]     G/DL
     RDW               H 15.8                [12-15]         %
     PLATELET COUNT    H 413                 [150-400]       THOUS/M
     NEUTROPHILS         7.60                [2.0-8.1]       THOUS/M
                         70.9 %
     LYMPHOCYTE          2.4                 [0.9-3.3]       THOUS/M
                         22.4 %
     MONOCYTE            0.5                 [0-0.8]         THOUS/M
                         4.5 %
     EOSINOPHIL          0.1                 [0-0.5]         THOUS/M
                         .8 %
     BASOPHIL            0.0                 [0-0.2]         THOUS/M
                         .2 %
     LARGE UNSTAINED CE  .12                 [0-0.50]        THOUS/M
                         1.1 % THIS CATEGORY
                         NORMALLY INCLUDES
                         LARGE MONONUCLEAR
                         CELLS, NOTABLY
                         ATYPICAL AND
                         REACTIVE
                         LYMPHOCYTES.  SLIDE
                         IS REVIEWED WHEN
                         NUMBER EXCEEDS
                         NORMAL.
     RBC MORPHOLOGY      NORMAL


H8386      COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK

     URINALYSIS
     URINE APPEARANCE    YELLOW
                         CLOUDY
     URINE SPECIFIC GRA  1.020
     PH                  8.0
     PROTEIN             NEGATIVE                            MG/DL
     SULFASAL            NOT PERFORMED
     GLUCOSE             NEGATIVE                            MG/DL
     KETONES             NEGATIVE                            MG/DL
     BILIRUBIN           NEGATIVE
     HEMOGLOBIN          NEGATIVE
```

OC1491

```
05/18/89                  UCI MEDICAL CENTER                    LAB-CHART COPY
22:21        DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                  Y. KIKKAWA, M.D. & ASSOCIATES                     PAGE  2

NAME: ALFARO,MARIA ROSIO          SEX: F   AGE: 17Y      OUTPATIENT
  #  : 03109709                                          LOC:   OBGYN
DR:                                                      ACCT#: 7220817

      (CONTINUED)


H8386      COLL: 05/18/89 11:58   REC: 05/18/89 12:24   PHYS: UNK/UNK
      LEUKOCYTE ESTERASE          NOT PERFORMED
      NITRITE                     NEGATIVE
      URINALYSIS UROBILI          1.0                    [0.1-1.0]      EU/DL
      URINE CASTS                 NONE                                  #/LPF
      RBC                         NONE                                  #/HPF
      WBC                         NONE                                  #/HPF
      EPITHELIAL CELLS            0-5                                   #/HPF
      CRYSTALS                    3+ AMORPHOUS
                                  PHOSPHATE CRYSTALS
      BACTERIA                    NONE
      URINALYSIS MUCOUS           NONE
      OTHER OBSERVATIONS          NONE
      URINE SAMPLE SITE           NOT SPECIFIED


H8397      COLL: 05/18/89 11:58   REC: 05/18/89 12:24   PHYS: UNK/UNK

      PRENATAL SCREEN
         ABO/RH(D)                      A POSITIVE
         COMMENT                        THE FOLLOWING INFORMATION
                                        APPLIES TO WOMEN OF
                                        CHILD-BEARING AGE:
                                        STATE LAW REQUIRES THAT THE
                                        WOMAN TESTED BE INFORMED AS
                                        TO THE RHESUS (RH) TYPING
                                        TEST RESULTS
         ANTIBODY SCREEN                NEGATIVE
```



001492

```
                         UCI MEDICAL CENTER                     LAB-CHART
20:59          DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                    Y. KIKKAWA, M.D. & ASSOCIATES                 PAGE  1


   NAME: ALFARO,MARIA ROSIO          SEX: F    AGE: 17Y        OUTPATIENT
   H#  : 03109709                                              LOC:  OBGYN
   DR:                                                         ACCT#: 7220817



   H8390      COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK


      BACT CULT UR QT
         SPECIMEN DESCRIPTION          URINE, CLEAN VOID
         SPECIAL INFORMATION           NONE
         CULTURE RESULTS               > 100,000 COLONIES/ML
                                       KLEBSIELLA PNEUMONIAE
                                       50000 COL/ML ENTEROBACTER
                                       CLOACAE
         REPORT STATUS                 FINAL 052089

      SUSCEPTIBILITY
         ORGANISM                      > 100,000 COLONIES/ML
                                       KLEBSIELLA PNEUMONIAE
         METHOD                        AMS MIC
         AMPICILLIN                    >=32 RESISTANT
         CEPHALOTHIN                   4 SUSCEPTIBLE
         CHLORAMPHENICOL               2 SUSCEPTIBLE
         GENTAMICIN                    <=.5 SUSCEPTIBLE
         TRIMETH-SULFAMETHOXAZOLE      <=10 SUSCEPTIBLE
         TETRACYCLINE                  >=16 RESISTANT

      SUSCEPTIBILITY
         ORGANISM                      50000 COL/ML ENTEROBACTER
                                       CLOACAE
         METHOD                        AMS MIC
         AMPICILLIN                    >=32 RESISTANT
         CEPHALOTHIN                   >=32 RESISTANT
         CEFAMANDOLE                   <=2 SUSCEPTIBLE
         CEFOXITIN                     >=32 RESISTANT
         CHLORAMPHENICOL               8 SUSCEPTIBLE
         GENTAMICIN                    <=.5 SUSCEPTIBLE
         TRIMETH-SULFAMETHOXAZOLE      <=10 SUSCEPTIBLE
         TETRACYCLINE                  >=16 RESISTANT
```




0C1493

OUTPATIENT

FINAL [illegible]

ALFARO, MARIA ROSIO
F      10/12/71      09/01/89
1856 [illegible] TAKARA

**PATIENT IDENTIFICATION**

| | CODE NO. | DESCRIPTION |
|---|---|---|
| **DIAGNOSES:** Record Primary Diagnosis first; do not use abbreviations or symbols when recording diagnoses, operations and procedures; include complications. | 656.61 | Intrauterine Pregnancy |
| | 648.31 | Pitocin Augmentation |
| | 652.51 | |
| | 642.91 | |
| | 658.41 | |
| **OPERATIONS:** Record with dates. | 654.21 | |
| | 658.11 | |
| | V27.0 | |
| **SPECIAL PROCEDURES:** Diagnostic and non-surgical. | 74.0 | 9/8 |

**BRIEF SUMMARY OF HISTORY (REASON FOR ADMISSION, SYMPTOMOLOGY, PREVIOUS HISTORY)**

17 y.o. G₁ P₀ @ 39 1/2 wks. LMP 10/5/89, UCs q 3-4 min, [illegible] IPS since 7/3/89 + SROM  NO PNC

**PERTINENT POSITIVE FINDINGS**

Physical examination: Cx 1 cm / 30% / -2. VTX.

**Laboratory/X-ray:** Blood type A + [illegible]    ADM HCT 32.2  PP HCT ___    Rubella Immu

VDRL Reactive    HBSAg ___    PPD ___    PAP ___    Urine Tox -⊘

**SUMMARY OF COURSE AND TREATMENT**

**CONDITION OF DISCHARGE**
☒ Ambulatory    ☐ Self Care    ☐ Disabled    ☐ Deceased

**DISABILITY STATUS**

Estimated back-to-work/school date: ___    Follow-up visit in: (DAYS · WEEKS · MONTHS) 6 wks.

**INSTRUCTIONS GIVEN TO PATIENT/FAMILY**

Physical Activity: ☐ ad lib    ☒ Limited (specify): Pelvic Rest x 6 weeks

Diet: ☐ Regular    ☐ Restricted (specify): ___

Medications: ☐ None    ☒ As prescribed (specify): PNV, FeSO4, OCPs

Other: RTEYI in 7 7355 [illegible]

**DISPOSITION**
☐ AMA    ☐ To Home    ☐ Transferred to: ___

[signature]    OB

**DATE DISCHARGE SUMMARY DICTATED | DATE/TIME WRITTEN | SIGNATURE**

· 001494

EX 77    1404

UCI MEDICAL CENTER
DISCHARGE SUMMARY

ALFARO, MARIA
PF#:  031-09-70

DATE OF ADMISSION:  7/7/89
DATE OF DISCHARGE:  7/12/89

HISTORY:  This patient is a 17 year old, Hispanic female, G3, P1, at
39 1/7 weeks gestation, who presented on 7/7/89 complaining of
uterine contractions and rupture of membranes.  The patient had had
minimal prenatal care at Family Health Plan times two visits.  The
patient also had a previous of intravenous drug use, syphilis and
hepatitis.  She also gave a history of previous C-section at Fountain
Valley Hospital which has been documented low transverse C-section.
The patient was admitted for a possible VBAC, trial of labor.

HOSPITAL COURSE:  The patient was expectantly managed initially and
was given Demerol for treatment of pain during latent labor.  She
subsequently progressed to 4 cm. and epidural anesthesia was
administered.  The patient remained at this dilitation for
approximately four hours with uterine contractions every 2-4 minutes,
however the amplitude was somewhat inadequate or dysfunctional.
Patient was given a trial of pitocin augmentation.  The mother
subsequently developed a fever consistent with chorioamnionitis.
Repeat sonogram evaluation of the infant revealed the estimated fetal
weight to be approximately 4000 grams by Shepherd and Hadlock
measurements and approximately 4500 grams by Leopold measurements.
The patient had had no previous diabetic screening.  The patient had
progressed to complete dilitation and pushing well with adequate
labor for approximately 2 1/2 hours, however remained at a persistent
1+ station with moderate amount of caput formation.  The pelvis was
felt to be adequate.  Because of this prolonged second stage,
probable fetal macrosomia without diabetic screening, it was
recommended that the patient undergo repeat Cesarean section.  The
risks, including injury to bowel, bladder and ureters, infection and
hemorrhage were explained to the patient, she agreed with the
recommended procedure.  On 7/8/89 the patient underwent repeat low
transverse Cesarean section with delivery of a 4270 gram male infant
with Apgar scores of 8 at one minute and 9 at five minutes.
Adhesions of omentum were noted to the uterus and the anterior
peritoneum.  Patient tolerated the surgery well.  Post-operatively
the patient was continued on antibiotic therapy for chorioamnionitis.
On the first post-operative day the patient was afebrile.  It should
also be noted that the patient was felt to have developed pregnancy
induced hypertension around the time of delivery and was started on
magnesium sulfate which was continued post-operatively for 24 hours.
Patient was started on clear liquids on the first post-operative
day.  The patient was subsequently ambulated.  On the second
post-operative day the patient continued to be afebrile on ampicillin
and gentamicin.  Antibiotics were discontinued when the patient was
afebrile for 48 hours.  It should be noted that her post-operative
hematocrit was 29.4 from pre-operative hematocrit of 32.2.  Her

001495

UCI MEDICAL CENTER                          PAGE TWO
DISCHARGE SUMMARY

ALFARO, MARIA
PF#: 031-09-70

DATE OF ADMISSION:  7/7/89
DATE OF DISCHARGE:  7/12/89

rubella was immune, urine tox screen was negative and her blood type
A positive.  VDRL was reactive, however the patient had been treated
for this on 6/1/89.  On the third post-operative day the patient had
one temperature spike to 38.1, however it was felt possibly secondary
to recurrent endometritis vs. breast engorgement.  Urinalysis was
checked and the patient was observed.  The patient had repeat
temperature spike but subsequently defervesced.  Her breasts were
noted to be very engorged without evidence of mastitis and this was
felt to be the etiology of the patient's fever as she had a
completely unremarkable physical exam with regards to
endomyometritis.  The patient's fundus was completely nontender at
this point.  Urinalysis was negative.  Hence the patient was
discharged home with instructions to take her temperature every four
hours.  The patient's wound also was healing well.

DISCHARGE DIAGNOSIS:
1.  Term intrauterine pregnancy, delivered via repeat Cesarean
    section for failure to progress and fetal macrosomia.
2.  Resolved chorioamnionitis/endomyometritis.
3.  History of syphilis, treated 6/1/89.
4.  Past history of intravenous drug use.

Discharge instructions: Patient is to take her temperature every four
hours.  She is to recheck immediately should she have fever, severe
abdominal pain or severe vaginal bleeding.  She is to be at pelvic
rest and no heavy lifting for six weeks.  The patient is to recheck
in the GYN post-op Clinic in two weeks.  Patient desired birth
control pills at the time of discharge, she had no risk factors for
these and birth control pills were dispensed at the time of discharge
after risks and benefits had been explained to the patient.

STEPHEN THOMAS, M.D. R-III
DEPARTMENT OF OBSTETRICS/GYNECOLOGY

ST/pn/swmt  D 8/10/89  T 8/14/89  M4, C2

004496

```
07/07/89 01:26                    (QBP$$P)

=================
ADMISSION RECORD
=================================================

   ALFARO, MARIA ROSIO            F 17  OLAB-03
     03109709                           L/D
   GARITE, THOMAS MD          D   T  73025241
                                      1
=================================================
AKA PT NAME:
ADM BY:  CNV                        ADM DATE/TIME:  07/07/89  00:08
=================================================
BIRTHDATE: ████ /71               RACE/ETHNIC GROUP:  H
STATE OF BIRTH:  CA                CITIZENSHIP:  USA
RELIGION:  CATHOLIC                SOCIAL SECURITY#: ██████████
MARITAL STATUS:  S                 DONOR:
SPOUSE'S NAME:                     READMIT WITHIN 15 DAYS:  U
FATHER'S NAME:  JOSE               PRIMARY LANGUAGE:  EN
MOTHER'S NAME:  SYLVIA             IMS ENC DATE:  /  /
=================================================
PT ADDRESS: ████████████
         ANAHEIM           CA     92804
COUNTY:  ORANGE                    DISTRICT:
LENGTH OF RESIDENCE:
HOME PHONE:  714 778-6035          MESSAGE PHONE:  714 000-0000
=================================================
EMERG CONTACT:  SANCHEZ, ROSA      RELATION TO PT:  AUNT
   ADDR: UNKNOWN                   HOME PHONE:  714 533-8911
         ANAHEIM           CA   00000  WORK PHONE:  714 000-0000
=================================================
.T OCCUPATION:  HOMEMAKER          EMPLOYER:
                                   EMPLOYER PHONE:  714 000-0000
GUARANTOR:  ALFARO, MARIA ROSIO
  ADDR: ████████████
         ANAHEIM           CA     92804  GUAR EMP:
   PHONE:  714 778-6035            GUAR EMP PHONE:  714 000-0000
                                   GUAR SOC SEC#: █████████
=================================================
PRIMARY COVERAGE:  A01            ID/POL/GRP#:  *
   TYPE:  *                       EFFECTIVE DATE:  00/00/00
   MEDICARE #:  0000000000         MEDICARE EFF DATE A:  *
                                                     B:  *
SECONDARY  COVERAGE:              ID/POL/GRP#:
   TYPE:                          EFFECTIVE DATE:
                                  MEDICARE EFF DATE A:
PAC#:                                                B:
=================================================
PT STATUS:  DEPARTMENTAL           ADMIT SOURCE:  PVT OB/GYN-25
DEPARTMENT:  O                     ADMIT TYPE:  OBSTETRICS
SERVICE:  .OBSTETRICS        OOB   ACCOM CODE:  W
ADM DIAGNOSIS:  INTRAUTERINE PREGNANCY
=================================================
PVT/REF MD:  NONE                  VALUABLES RECD:
TRANS HOSP/REF CLINIC:  NONE       REC'D BY:
=================================================
.LIC WORKER SIG:                   DISCHARGE CLEARANCE:  Y
 EV ORG 1:              PH: 714 000-0000 DAYS:     REF#:
REV ORG 2:             PH: 714 000-0000 DAYS:      REF#:

=====================================CHART===========================
```

001497

```
                        .............. OF CALIFORNIA, IRVINE MEDICAL CENTER
                                     (QB4$$P)
```

```
=================================
FINANCIAL/ADMISSION RECORD
=================================                    ****  ***  ***  ***
                                                     *       *  *  *
  ALFARO, MARIA ROSIO              F 17  0LAB-03      ***     *  *  *
    0310970G                             L/D          *       *  *  *
    GARITE, THOMAS MD       D  T 73025241             *       *  *  *
```

```
=================================
FC: T  SELF-PAY                         ADMIT/REG DATE:  07/07/89
HSC: . OBSTETRICS
PATIENT SS #: 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               MEDICARE#:  0000000000
                                        EFF DATE PART A:  *
MEDI-CAL#:   000000000000  /            EFF DATE PART B:  *
M-CAL SOC:

MR#:  0310970G                          VIP:  N
```

```
****************** PRIMARY INSURANCE CARRIER ******************
INSURANCE CO NAME:  *                        SMS PLAN CODE:   A01 E
MAIL CLAIM TO:  *                      SUBS SS#: 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
ADDRESS:        *                      SUBS NAME: *
                *                      RELATION TO PAT:  *

GROUP/POLICY#:     #                   EMPLOYER:
EFFECTIVE DATE:  00/00/00              ADDRESS:
PREPAID PLAN:    YES:    NO:
                                                            00000
AUTHORIZATION#:                        ACCIDENT TYPE:
COB: 1   YES:    NO:                   DATE OF INJURY:
AUTHORIZED BY:                         PHONE#:
COVERAGE NOTES:
```

```
****************** SECONDARY INSURANCE CARRIER ******************
INSURANCE CO NAME:                           SMS PLAN CODE:
MAIL CLAIM TO:                         SUBS SS#:
ADDRESS:                               SUBS NAME:
                                       RELATION TO PAT:

GROUP/POLICY#:                         EMPLOYER:
EFFECTIVE DATE:
PREPAID PLAN:    YES:    NO:
AUTHORIZATION #:                       ACCIDENT TYPE:
COB:     YES:  NO:                     DATE OF INJURY:
AUTHORIZED BY:                         PHONE#:
COVERAGE NOTES:
```

```
****************** COVERAGE VERIFICATION ******************
PSYCHIATRIC          YES:     NO:      R&B:          DAYS
OUTPAT COVERAGE                        ICU           DAYS
MAJOR MEDICAL                          OTHER COVERAGE:
DEPENDENT COVERAGE                     X
NEWBORN COVERAGE                       COMPLETED BY:
PHYSICIANS BILLING                     DATE:
```

```
=================================CHART
ALFARO, MARIA ROSIO
```

.001498

03109709 9   :::: ::::

�300323 + ⋅
ALFARO, MARIA ROSIO
F           /71
GARITE, THOMAS MD
D-

**PATIENT IDENTIFICATION**

**TERMS AND CONDITIONS OF SERVICE**
for
☑ Inpatient Admissions
☐ Outpatient Services
☐ Emergency Services

PAGE 2

**Continued from Page 1:**

**7. CONSENT TO FOLLOW-UP:** The patient consents to the UCI Medical Center referring appropriate information on the patient's medical condition to community health agencies for the purpose of helping the patient, when appropriate, with beneficial follow-up care and counseling at home. The patient will not be obligated to accept such care or counseling. If the patient does not agree to "Consent to Follow-up", please initial here: ____

**8. FINANCIAL AGREEMENT:** The patient, in consideration of the services to be rendered, shall pay The Regents of the University of California for hospital services, including professional services of hospital-based physicians, in accordance with the regular rates and terms of the UCI Medical Center. The patient shall also pay for professional services rendered as billed by the UCI Medical Group and the UCI Professional Service Billing Office. If this agreement is executed by a spouse or a financial guarantor, the spouse or financial guarantor shall be jointly and severally liable with the patient. Should accounts be referred to an attorney for collection, reasonable attorney's fees and collection expenses shall be payable, in addition to other amounts due. Unpaid accounts referred to outside agencies for collection bear interest at the rate of 7% per year from the date of referral.

## ASSIGNMENT OF INSURANCE BENEFITS

The patient, the patient's representive, or, where neither the patient nor the patient's representative is the insurance subscriber, said insurance subscriber (herein collectively called the "assignor") hereby assigns to The Regents of the University of California and authorizes payment direct to it, of all hospital insurance benefits and Unemployment Compensation Disability (UCD) benefits otherwise payable to the assignor. The assignor hereby agrees that UCI Medical Center may receipt for any such payments thereby discharging the insurer's obligation to the extent of such payment.

To the extent that fees for professional services rendered to the patient are payable to UCI Medical Group or to UCI Professional Services Billing Office, the assignor hereby assigns to UCI Medical Group or UCI Professional Services Billing Office and authorizes payment to them of all insurance benefits for professional fees otherwise payable to the assignor but not to exceed the amount of such fees for professional services to the patient. The assignor hereby agrees that UCI Medical Group or UCI Professional Services Billing Office may receipt for any such payments thereby discharging insurer's obligation to the extent of such payments.

The Regents of the University of California, for UCI Medical Center, and the patient, or the patient's representative, hereby enter into this agreement. The patient, or the patient's representative, certifies that he/she has read, accepted, and received a copy of this agreement and is the patient, or is duly authorized on behalf of the patient to execute it, and the patient, the patient's representative or the insurance subscriber certifies that he/she has read the "ASSIGNMENT OF INSURANCE BENEFITS" above and agrees to them. The patient or patient representative understands that this agreement is for: ☑ Inpatient Admission   ☐ Outpatient Services   ☐ Emergency Services

_X _____   OR   _____
SIGNATURE OF PATIENT (IF 12 YEARS OR OLDER)                SIGNATURE OF PATIENT'S REPRESENTATIVE (REF. L 2 or 4 BELOW)

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

By _____          _____
   REGISTRATION CLERK                          RELATIONSHIP OF REPRESENTATIVE TO PATIENT (REF. L, 2 or 4 BELOW)

_____          _____
FINANCIAL GUARANTOR (IF OTHER THAN PATIENT) (SEE PARAGRAPH 8 ABOVE)   NAME OF INSURANCE SUBSCRIBER: (IF OTHER THAN PATIENT OR PATIENT'S REPRESENTATIVE)

_____   06-16-89   16 2 5
SIGNATURE OF WITNESS / TRANSLATOR (REF 3 OR 4 BELOW)   DATE OF SIGNING   TIME OF SIGNING

**EXCEPTIONAL SIGNATURE REQUIREMENTS ARE REFERENCED BELOW. Please check the appropriate box.**

1. ☐ **PATIENT IS A MINOR.** The parent or guardian must sign as "Patient's Representative" unless the patient is legally allowed to consent medical care.

2. ☐ **PATIENT IS LEGALLY INCOMPETENT TO SIGN.** The court approved guardian or authorized conservator must sign as "Patient's Representative".

3. ☐ **PATIENT IS UNABLE TO READ ENGLISH.** If the patient reads Spanish, use form 710S instead of this form. If the patient reads neither English nor Spanish, a translator shall read this form to the patient. The translator shall sign as "Witness" and indicate the language used:

4. ☐ **PATIENT IS PHYSICALLY INCAPABLE OF SIGNING.** The patient should give verbal consent, witnessed by a University Employee. The spouse or next of kin should sign as "Patient's Representative," in witness of the patient's having given verbal consent. The Employee-Witness shall sign above and complete the following: The patient gives his/her verbal consent but is physically incapable of signing because:



UCI MEDICAL CENTER
**HOSPITALIZATION REFERRAL**

0310970 9 OUTPATIENT

722081 72 A
ALFARO, MARIA ROSIO
F          /71    08/01.
1856 W TAMARA
ANAHEIM          CA 9
714 778-6035

PATIENT IDENTIFICATION

| | |
|---|---|
| PRIORITY | SERVICE |

TYPE ADMISSION

☐ ELECTIVE    ☐ URGENT    ☐ EMERGENCY

☐ SHORT STAY (A PATIENT WITH KNOWN DIAGNOSIS
WHOSE PLAN OF CARE INCLUDES INPATIENT CARE UNIT
SERVICES BUT THE PATIENT IS NOT EXPECTED TO REMAIN
IN HOUSE PAST MIDNIGHT - 032 PREFIX)

## PATIENT INFORMATION - COMPLETE IF NO NAMEPLATE AVAILABLE

| NAME - LAST, FIRST, MIDDLE | BIRTHDATE | MEDICAL RECORD NO |
|---|---|---|

| ADDRESS - STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|

| TELEPHONE | | PREVIOUS HOSPITALIZATIONS | ADMISSION DATE |
|---|---|---|---|
| | ☐ MALE  ☐ FEMALE | ☐ YES  ☐ NO | |

## MEDICAL INFORMATION - TO BE COMPLETED BY ADMITTING PHYSICIAN

| ACUTE ADMISSION | ISOLATION ☐ YES  ☐ NO | EST. LENGTH OF STAY ___ DAYS | SCHED. SURGERY DATE | ☐ PRIVATE | ☐ DEPART-MENTAL |
|---|---|---|---|---|---|

| MENTAL HEALTH ADMISSION | EST. LENGTH OF STAY | ATTENDING PHYSICIAN | | ☐ HOSPITAL | ☐ PERSONAL PRIVATE | ☐ DEPART-MENTAL PRIVATE |
|---|---|---|---|---|---|---|

| REFERRING PHYSICIAN/FACILITY | ADDRESS | TELEPHONE |
|---|---|---|

**ADMITTING DIAGNOSIS**

*I u p*

**THERAPY OR PLANNED SURGICAL PROCEDURE**

**DIET**

☐ REGULAR    ☐ NOTHING BY MOUTH    ☐ OTHER

## ADMISSION TESTS REQUESTED BY ADMITTING PHYSICIAN (List additional tests, as required)

| TEST/ITEM | X | TECH. INITIALS IF COLLECTED | TEST/ITEM | X | TECH. INITIALS IF COLLECTED |
|---|---|---|---|---|---|
| 1. CBC WITH DIFFERENTIAL | | | 11. TYPE & Rh ONLY | | |
| 2. URINALYSIS | | | 12. CLOT TO BE HELD FOR CROSSMATCH (CLOT HELD 48 HOURS ONLY) | | |
| 3. ELECTROLYTES, BUN, GLUCOSE | | | 13. PREGNANCY TEST | | |
| 4. SMAC 18 | | | 14. EKG & COPY | | |
| 5. SMAC 20 | | | 15. CHEST X-RAY | | |
| 6. PARTIAL THROMBOPLASTIN TIME | | | | | |
| 7. QUICK TIME | | | | | |
| 8. PLATELET COUNT | | | | | |
| 9. SYPHILIS SEROLOGY - RPR | | | | | |
| 10. TYPE & CROSSMATCH ___ UNITS | | | | | |

**COMMENTS/INSTRUCTIONS**

| NOTIFY DOCTOR ___ UPON PATIENT'S ARRIVAL ON INPATIENT UNIT | |
|---|---|
| ATTENDING PHYSICIAN SIGNATURE          DATE | ADMITTING RESIDENT'S SIGNATURE |

QC1500

```
07 06 39        0310970 9  OUTPATIENT

                722081 72 A
                ALFARO, MARIA ROSIO
              F   OB TRIAGE RECORD 8/01/89
              1856 U TAMIOA
```

Date **7/6/89**  Time _____  Room _____  CA Mode □ ☒ Ambulatory
                                                     [ ] Wheelchair
Primary Language **English**                          [ ] Stretcher
Coach _____                [ ] Transport    **7-10-89**
Chief Complaint **UCS**
Age **17**  G **3**  P **1**  AB **1**  LC **1**   LMP **Mid Oct**  EDC **6-14-89**
B/P **113/56**  TEMP **372**  Pulse **88**  Resp **20**  FHT's **148**  Fundal Height **48**

---

**PATIENT CARE DATA**

**Contractions** present ☑yes [ ]no          **Allergies/Sensitivities** [ ] None
  Onset **7/3** □M at ___: ___  am/pm          [ ] Specify
  Frequency **5-10m** Duration ___ Quality ___            [ ] None
**Membranes**                                  **Current Medications**       Last  Brought
  [ ]Intact ☒SROM  Date **7/3** Time ___ am/pm   **Name/Type of Med.**      **Dose**  **In**
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____  ____  [ ]
**Vaginal Bleeding** [ ]yes ☒no                 _____  ____  [ ]
  [ ] Normal Show                               _____  ____  [ ]
  [ ] Bleeding (describe) _____       _____  ____  [ ]

**History Of**        **Patient Has**           **Risk Assessment**    **Infectious Diseases**
☒ Drug use          [ ] Dentures/caps          [ ] Abruptio Placenta   [ ] TB
[ ] Preterm Labor   [ ] Glasses                [ ] Placenta Previa     [ ] GC
[ ] UTI             [ ] Contact Lenses         [ ] Diabetes Class___   [ ] Syphilis
[ ] Blood Transfusion                          [ ] PIH                 [ ] Herpes
                                               ☒ Prev C/S              [ ] Hepatitis
**Vaginal Exam Results**                        [ ] Other_____        [ ] Other___
  Dilation_____ Station_____ Effacement_____
  Examined by _____  Time_____

---

**PRENATAL DATA**

**Prenatal Care Location**        **Prenatal Education**
[ ] Building 29   ☒ NPC          [ ]yes [ ]no  Attended classes/received instructions
[ ] CCOC          [ ] Other      [ ]yes [ ]no  Received prenatal care beginning wk_____
[ ] PHD                          [ ]yes [ ]no  Records available on admission
[ ] Pvt. Physician_____
    Pediatrician_____  **Labs sent-time**
**Prenatal Lab Findings**          [ ] CBC   [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____  PPD___ Date_____  [ ] UA  [ ] Cath UA Pro___ Glu___
  Rubella_____ HbsAg____ Date_____  [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date_____             [ ] BUN  [ ] Uric acid [ ] Creat
                                    [ ] SGOT [ ] SGPT

---

**REASON FOR ADMISSION**    **Observation**            **OBER TREATMENTS**
[ ] Onset of Labor         [ ] Fetal Status            IV's_____
[ ] SROM                   [ ] Med Complication        _____
[ ] Induction              [ ] Obstetric compl.        _____
[ ] C/S                                                **Medications**_____
[ ] Other_____                                       _____
**Patient Plans**                                       _____
[ ] Breast feeding  [ ] Bottle feeding                 _____
[ ] Private         [ ] Semi-private RM                **Enema**_____
[ ] BTL Papers Signed [ ] Circumcision                 **Other**_____
**Initial DC Plan**                                     _____
  Consultation needed  [ ] MSW  [ ] Other_____         **Signature**_____
**Disposition:**
  [ ] Home    [ ] Admit   [ ] Clinic Referral

OC1501

UCI
MEDICAL CENTER

722081 72A
ALFARO, MARIA ROSIO
F        /71      08/01/89
1966 U TAMICA

| DATE | |
|---|---|
| 1/6/89 | 17 y.o. G3 P1 SAB1 TE LMP 10/5/88 (unsure) EDC = |
| 2215 | 7/12/89 by OBER sono on 5/29/89 redated to 37 4/7 wks EGA. |
| | IUP now @ 39½ wks   Pt states she felt |
| | a gush of water down her legs on eve of 7/3. |
| | + since then has felt her pants wet on |
| | several occasions. Pt states the fluid is clear |
| | also c/o burning urination since 7/3/89. |
| | Pt was seen 7/3 + 7/4 in OBER for UCs + |
| | ? ROM. Her membranes were felt to be intact - |
| | ⊖ ferning. ⊖ pooling. ⊖ nitrazine on SSE. |
| | 7/4 VE: 1/30% / -2, Vtx.    ⊖ VB. ⊖ irreg UCs |
| | since 7/3. |
| #1 | IUP/Dates     unsure/ vs / ↓ OCFs |
| | LMP - Oct/88 → can 37 3/7 → 39 5/7 |
| | redated by sono 5/29 → 37*/7 which makes |
| | EGA now 39½ |
| | PNC: 2 visits to FHP clinic in Anaheim ∅ records |
| | FH 42 |
| | OBER sono: gr.3 placenta   BPD 98 → 40½ wks |
| | AFI 4.1 | 7.7 = 15.4       AC 353 → 39½ wks } c/w |
| | 1.1 | 2.5          FL 80 → 40 6/7 wks } redate + 5/29 sono |
| #2 | R/O SROM |
| | SSE → |
| #3 | IV Drug Abuse - Last use 3/89 ~~XXXXX~~ - |
| | repeat 7/4/89 → |

Physician making note sign and identify as follows:
.  I = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff

CHART

001502

0310970 9  OUTPATIENT

2nd page 7/6

722081 72 A
ALFARO, MARIA ROSIO          OB TRIAGE RECORD
F           /71      08/01/89

Date 1856 W TJ~4O A Time_____ Room_____ Mode [ ] Ambulatory
Primary Language_____ CA 92804              [ ] Wheelchair
Coach 14 773-0075                              [ ] Stretcher
Chief Complaint_____                 [ ] Transport
Age_____ G_____ P_____ AB_____ LC_____ LMP_____ EDC_____
B/P_____ TEMP_____ Pulse_____ Resp_____ FHT's_____ Fundal Height_____

PATIENT CARE DATA                    Allergies/Sensitivities [ ] None
Contractions present [ ]yes [ ]no    [ ] Specify_____
  Onset_____ at _:_ am/pm                                      [ ] None
  Frequency_____ Duration_____ Quality_____   Current Medications      Last  Brought
Membranes                                     Name/Type of Med.        Dose  In
  [ ]Intact  [ ]SROM Date_____ Time____am/pm  _____          _____ [ ]
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____     _____ [ ]
Vaginal Bleeding [ ]yes  [ ] no              _____          _____ [ ]
  [ ] Normal Show                            _____          _____ [ ]
  [ ] Bleeding (describe)_____     Risk Assessment      Infectious Diseases
History Of        Patient Has                [ ] Abruptio Placenta   [ ] TB
  [ ] Drug use    [ ] Dentures/caps          [ ] Placenta Previa     [ ] GC
  [ ] Preterm Labor [ ] Glasses              [ ] Diabetes Class_____ [ ] Syphilis
  [ ] UTI         [ ] Contact Lenses         [ ] PIH                 [ ] Herpes
  [ ] Blood Transfusion                      [ ] Prev C/S            [ ] Hepatitis
                                             [ ] Other_____        [ ] Other____
Vaginal Exam Results                         _____
  Dilatation_____ Station_____ Effacement_____
  Examined by _____ Time_____

PRENATAL DATA
Prenatal Care Location        Prenatal Education
  [ ] Building 29 [ ] NPC     [ ]yes [ ]no Attended classes/received instructions
  [ ] CCOC      [ ] Other     [ ]yes [ ]no Received prenatal care beginning wk_____
  [ ] PHD                     [ ]yes [ ]no Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____
      _____        Labs sent-time_____
Prenatal Lab Findings         [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____ PPD____ Date_____ [ ] UA  [ ] Cath UA Pro___ Glu___
  Rubella_____ HbsAg_____ Date_____ [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date_____       [ ] BUN  [ ] Uric acid [ ] Creat
                                [ ] SGOT [ ] SGPT

REASON FOR ADMISSION      Observation        OBER TREATMENTS.
  [ ] Onset of Labor      [ ] Fetal Status   IV's_____
  [ ] SROM                [ ] Med Complication  _____
  [ ] Induction           [ ] Obstetric compl. _____
  [ ] C/S                                    Medications_____
  [ ] Other_____                           _____
Patient Plans                                _____
  [ ] Breast feeding [ ] Bottle feeding      _____
  [ ] Private       [ ] Semi-private RM      Enema_____
  [ ] BTL Papers Signed [ ] Circumcision     Other_____
  Total DC Plan                              _____
    Consultation needed [ ] MSW [ ] Other_____
  Disposition:                               Signature_____
  [ ] Home  [ ] Admit  [ ] Clinic Referral

NAR.SHO/1~

001503

UCI
MEDICAL CENTER

DATE

7/6/89 (cont)

#4   Previous C/S @ Fountain Valley for ↓FHT ē
documented LTCS @ FVH
PMHx: Ø DM   Ø HTN ⊕ H/O Hepatitis + Syphillis - last Tx
6/1/89
Meds Ø   "87 ⊕ Dec
NKDA
IVDA - Cocaine & Heroin
G Baron R,

Admit to L+D → See white Admit Sheet

SSE - +/- pooling ē a lot of
mucous
weakly ⊕ Nitrazine
⊕ ferning
CVx: Soft   dilation Not visualized

Physician making note sign and identify as follows:
- I = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff

CHART

001504

**OBSTETRICS · ADMISSION**
**HISTORY & PHYSICAL**

DATE: 7/7/89

TIME: 8:4 00:48

Patient Identification
0310970 9 OUTPATIENT
722031 72 A
ALFARO, MARIA ROSIO
/71   08/01/89
1856 W. TAMARA

His 17 y/o ANAG 3 P 1 Sab 1 TAB 0 SB Ø Ectopic Ø LC 1

LMP: 10/5/88 (unsure of dates) making her now 39 1/7 weeks' gestation

Presents C/O: UCs q 4-5 minutes. ⊕ SROM, Ø Bleeding
NO PNC.

**Problems:**

**1. IUP / Dates:**

LMP 10/5/88   LNMP _____   EDC 7/12/89 (By sono)

Sure [ ]   Unsure [X]   Regular [ ]   Irregular [ ]   BCP'S yes [ ] no [ ]

Pregnancy test: yes [X] no [ ]   Date: 11/88   Type: Urine Test

Prenatal Care: Where    FHP x 2 visits only

1st Exam    Ø   ?

Records Available: NO   Number of visits 2

sono(s): 5/29/89 sono → EGA of 37 4/7 — EDC 7/12/89

7/6/89 sono — AFI = 15.4   BPD 98 → 40 1/2 wks   } c/w redates +
AC 353 → 39 1/7 wks   5/29 sono
FL      → 40 1/7 wks

FH 42   EFW 3800   Presentation VTX

Best EGA 39 1/7 weeks   poor / fair / good / excellent

1) Irregular UCs since 7/3/89. ⊕ SROM, Ø Bleed, Θ VB

2) Ex 1cm/30%/-2    VTX error

3) Θ Ferning, ⊕ Pooling, ⊕ Nitrazine

4) H/O IVDA & Syphilis & Hepatitis

5) Previous C/S @ Fountain Valley for ↓ FHT c̄ documented LTCS

ER(H)
3933
3882(s)

**1st Medical History:**

Allergies Ø (NKDA)

Medications Ø

Medical Problems: [ ] DM Ø [ ] Heart dz Ø [ ] HTN Ø [ ] Pulm/TB Ø [ ] Renal Ø

[ ] STD's [ ] Blood Transfusion(s) Ø
Hx syphilis 1987 RX 6/1/89
1989

001505

Surgery Ø
Ob hx Ø
Gyn hx Ø

Family hx [ ] DM Ø [ ] HTN Ø [ ] Twins Ø
Social hx [ ] Tobacco Ø [ ] ETOH Ø [ ] Drugs ⊕ *(circled) IART used cocaine + heroin in 3/89*

Marital Status SINGLE     Work Ø

**Contraceptive Plans:** _____ [ ] Desires BTL     Papers signed _____

ROS: [ ] HA Ø  *(circled)* [ ] Edema hands / face ⊕ — HANDS IN JUNE 1989  [ ] Blurry vision Ø  [ ] Epigastric pain Ø
*(circled)* ⊕ [ ] Dysuria ⊕   [ ] C.P Ø  [ ] S.O.B Ø  [ ] Vag bleeding Ø  [ ] N/V Ø  [ ] Fever Ø
CONSTANT × 3/89 SINCE

**Physical Exam:** General MOD. Distress in LABOR   T 37² BP 113/56 P 88 RR 20
HEENT PERLA, EOMI, NC/AT   Neck supple, Ø thyromeg, Ø adenopathy
Lungs clear   Back Ø CVA Tenderness
Cor RRR S (M)   Breast NT, Ø masses
Abdomen Gravid. NT   FH 42   EFW ___   Presentation VTX
Pelvic CX + / 30% / -2   SSE → +/- pooling c ↑ mucous
CX - soft, dilatation uncerty ⊕ Nitrazine, not visualized ⊕ ferning

Extremities slight EDEMA, Ø HOMAN'S SIGN
Other _____   Neuro DTR 2+/4+ Bilat. Sym.
Labs: Blood type A / + /-   Rubella Immune VDRL ___ PPD ___ PAP ___
1hr PG ___   CBC ___   UA tox screen ⊖
U/A - Ø WBC Ø bact trace protein Ø glucose

Fetal Monitor: _____

Assessment: ① IUP at term new (39 2/4 wks.) in active labor c ⊕ SROM 4/5/89. — but probable high leak since high AFI
② H/O IVDA
③ H/O Syphilis
④ Previous C/S - LTCS documented - OK for TOL

Plan: ① Admit to L&D. — Anticipate VBAC - to follow expectant management × 24°
② CBC, T+S, TOX scrn, VDRL, U/A

091506

EX 77   1416

730252 -1 4
LFARO, MARIA ROSIO
/12/71
TIEL, THOMAS MD
E: _____

LABOR CURVE
UCIMC
DATE OF ADMISSION: 7/6/89
TIME OF ADMISION: 22:15

IME OF ROM:_____ Spontaneous___ Artificial___

MNIOTIC FLUID- Color:_____ Amount-Lg:___ Mod:___ Small:___ None:___



HOURS AFTER ADMISSION

MEMBRANES        *low birth*

OXYTOCIN            Ø

ANESTHESIA          D

001507

LABOR CURVE
UCIMC

NAME: _____        DATE OF ADMISSION: _____
                               TIME OF ADMISSION: _____

TIME OF ROM: _____  Spontaneous___  Artificial___

AMNIOTIC FLUID- Color: _____  Amount-Lg: ___  Mod: ___  Small: ___  None: ___



Delivered

DILATION OF CERVIX

10cm
9cm
8cm
7cm
6cm
5cm
4cm
3cm
2cm
1cm
0cm

3  4  5  6  7
0   1Hr 2Hr 3Hr 4Hr 5Hr 6Hr 7Hr 8Hr 9Hr 10H 11H 12H 13H 14H

HOURS AFTER ADMISSION

MEMBRANES

OXYTOCIN

ANESTHESIA

001508

**UCI MEDICAL CENTER**

07 06 87

0310970 9  OUTPATIENT

722081 72 A
ALFARO, MARIA ROSIO
F        /71        08/01/89
ANAHEIM        CA 92804
714 770-0039

Date of Delivery: _____  Time: _____

Type of Delivery:   Spontaneous _____   Forceps _____   Type _____   Position _____

Anesthesia:   Trilene _____   Pudendal _____   Local Infil. _____   Spinal _____   Other _____

Episiotomy:   Type _____   Sutures _____

Lacerations:   Perineal _____   Cervical _____   Other _____   Repair _____

Estimated Blood Loss _____

Complications _____

|  | 1st P.P. Day | 2nd P.P. Day | 3rd P.P. Day | 4th P.P. Day | 5th P.P. Day |
|---|---|---|---|---|---|
| Fundus |  |  |  |  |  |
| Lochia |  |  |  |  |  |
| Breasts |  |  |  |  |  |
| Temp. |  |  |  |  |  |
| Hohman's |  |  |  |  |  |
| CVA Tenderness |  |  |  |  |  |
| Perineum |  |  |  |  |  |

Signature _____ M.D.

Blood Type *A/+/—*        VDRL _____
ADM. HCT _____        UA _____
PPD 1 HCT _____       PAP _____
Birth Control _____   BM _____
Rubella titer *Immune*     Prenatal Care Ø

*HBsAg Negative*

**POST PARTUM PROGRESS NOTES**

001509

031C97C @ OUTPATIENT

722081 72 A
ALFARO, MARIA ROSIO
PATIENT IDENTIFICATION          /71   08/01/89

UCI MEDICAL CENTER
DELIVERY
NOTES

ANA-E--          CA 92804
714 778-6033

| DATE | TIME | NOTES |
|------|------|-------|
| 7-8-87 | 03:15 | OP Note |
| | | Pre-op Dx 1) Term IUP 2) Chorioamnionitis 3) Failure of desc |
| | | 4) previous CT c/s |
| | | Post-op Dx - same |
| | | Procedure: Repeat CT/S |
| | | Anisth - Epidural |
| | | Surgeons - Dr. Berman (a); Dr. Heppard (R v); Dr. Thomas |
| | | Findings - 4270 gm 8'95 ♂ |
| | | TuC. Grossly ∼ u/T/O |
| | | adhesions b/n omentum + uterus + |
| | | peritoneum |
| | | EBC - 600 cc |
| | | comps ∅ |
| | | S/N/I counts - correct x 3. |
| | | Foley to gravity |
| | | Pt tolerated procedure well + taken to |
| | | RR in stable cond. |
| | | ___Heppard |
| | | (dictated 10/2/) |
| 7/8/89 | 0330 | Attending Deliv Note |
| | | low transverse C/section Ja viable |
| | | 4270 gm ♂ w/pnt ∼ apgars 7 81→95 |
| | | under epidural anesthesia to completion |
| | | ___ during delivery - Peds in |
| | | attendance + mother avail for left the |
| | | DR in good condition. Berman |

FORM 663 2/84
83046

CHART

INTERDISCIPLINARY
NOTES

001510

EX 77   1420

UCI MEDICAL CENTER

**LABOR AND DELIVERY RECORD**

*LR#3*

PATIENT IDENTIFICATION
[stamped:] ALFARO MARIA ... 71

☐ Black   ☒ Mexican
☐ Caucasian   ☐ Other:

By SONO

**PRENATAL**

| Age | Gravida | Para | Spont. Abortions | Thera. Abortions | Stillborn | Living Children | Adoptions | LMP | EDC |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 3 | 714) 77 | G-4 0 3 | | | | | 10-5-88 | 7-12-89 |

| CARE | Wks. at Onset | No. of Visits 2 | ☐ Private Medical Dr. ☐ Public Health Dept. | ☐ Clinic ☐ None | Name/Location FHP |
|---|---|---|---|---|---|

| ANTEPARTUM LAB (Results & Date) | Hgb Sent | Hct Sent | VDRL Tx 6-1-89 resent | 2 Hr. Post Prandial | GTT | Blood Type & Rh A + / — |
|---|---|---|---|---|---|---|

**ANTEPARTUM COMPLICATIONS**

☐ None   ☐ Abruptio Placenta   ☐ Placenta Previa   ☐ Other:

☐ Cardiac Disease   Type & History   ☐ Diabetes Mellitus   Class   ☐ Hematological Disease   ☐ Pre-eclampsia
☐ Sickle Cell Anemia   ☐ Mild ☐ Mod. ☐ Severe

☐ Infectious Diseases:   ☐ Gonococcus   ☐ Parasites (specify):   H/o hepatitis   TREATMENT 6-1-89 completed
☒ Syphilis   ☐ Herpes   ☐ Other:

☒ Premature rupture of membranes   How long before delivery? ? Slow leak 7/3   Amniotic Fluid ☒ Clear ☐ Meconium   ☒ Febrile Temp.   How long?
☐ Other: sm am succ 7/3

☐ Fetal Evaluation Enter Dates and Results   ☐ Amniocentesis   ☐ Oxytocin Challenge Test   ☐ Ultrasound   ☐ Estriols ☐ Low   ☐ Normal ☐ Falling   ☐ Suspected IUGR

Other Rubella Immune
HbsAg NR

☒ Substance Abuse (Type & Duration)
Cocaine Heroin
last use 3/89

**LABOR**

☐ Normal, Spontaneous   ☒ Augmentation C 1205   Medications & Dosages During Labor
☐ Elective Induction   ☐ Indicated Induction—Explain:   Demerol 50mg ⟩ IVP C 0300 & 0630 7/7/8
Vistaril 20mg ⟩

COMPLICATIONS:   ☐ Chorioamnionitis   ☐ Failure to Progress
☐ Cephalopelvic Disproportion   ☐ Fetal Distress
☒ Other: macrosomia

☐ Fetal Scalp Sampling:   Cord Blood pH

Comments

**DELIVERY**

☐ Spontaneous
☐ Vacuum Extraction
☐ Low Forceps
☐ Other:

PRESENTATION AND POSITION:
☒ Vertex   ☐ Breech
☐ Other

LACERATIONS:
☐ None   ☐ Cervical   ☐ Labial
☐ Periurethral   ☐ Vaginal   ☐ 3rd Degree   ☐ 4th Degree
☐ Other:

Post Partum Hemorrhage Over 500cc:

PLACENTA:
Comments:   ☐ Spontaneous   ☒ Manual Removal   ☒ Intact

☐ EPISIOTOMY

☒ CESAREAN SECTION:   ☐ Primary   ☒ Repeat   ☐ Elective   ☐ Emergency   ☐ Post Partum Tubal Ligation Desired
Indication:   ☐ Breech   ☐ Cephalopelvic Disproportion   ☐ Fetal Distress   ☐ Failure to Progress
☐ Pre-eclampsia   ☐ Repeat   ☒ Other: macrosomia

Comments telled for meconium, macrosomia. Baby vigorous — Intubated → No mec
below cord — Suctioned, P D & P. Copious thick mec suctioned from stomach
Grunting, retracting @ 10 min — O₂ CPAP given → To ISCN.

ANESTHESIA Specify Drug & Dose   ☐ None   ☐ Local   ☐ Pudendal   ☐ Paracervical   ☒ Lumbar Epidural   ☐ Caudal Epidural   ☐ Spinal
☐ General

**INFANT**

| Del. Date 7-8-89 | Del. Time 0230 | Sex Boy | Weight 4270 | Length 54 | Weeks Gest. 39 4/7 | Placenta Time 0231 | APGARS | 1 Min. 8 | 5 Min. 9 |
|---|---|---|---|---|---|---|---|---|---|

| Cord Vessels | RESUSCITATION: ☐ O₂ ☐ Positive Pressure | ☐ Bulb ☐ De Lee ☒ Wall Suction | ☐ Intubation: ☐ Cords Visualized | DRUGS TO INFANT: ☐ Other: | ☐ AgNO₃ ☐ Vit. K |
|---|---|---|---|---|---|

PEDIATRICS:   ☒ Present   ☐ Not Present   ☒ Called   Major Congenital Anomaly
I.D. Band No. 23786   P.F. No. 10960789   Ventral hernia @ midline —

BONDING   ☐ Held   ☐ Touched
☒ Significant other PRESENT Comments: Boyfriend

FEEDING   ☐ Bottle   Anesthetist
☐ Breast   ☐ Bath

| Obstetrician Heppard | OB Nurse Kuzek | Pediatrician | Ped. Nurse A Kuh RN | Resp. Therapist |
|---|---|---|---|---|

DC1511

UCI MEDICAL CENTER

**RESIDENT'S
ADMISSION
NOTES**

| DATE: | TIME: |
|-------|-------|

Alfaro, Maria    03109709

PNC @ FHP → lost insurance.

Post dates  41 wks

Prev. c/s → documented LTCS

Needs  AFI / NST  This week
           (Thus or Friday)

Discussed c̄ Dr. Jantsch

To call for appt
            778 - 6035

FORM 130 84800

Continue on reverse side

CHART

**RESIDENT'S
ADMISSION
NOTES**

```
722081  72 A
ALFARO, MARIA ROSIO
F.            /71    08/01/89
1856 W TAMARA
PATIENT IDENTIFICATION          92804
```

| | | |
|---|---|---|
| All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification. | | |
| **DATE** | **TIME** | **NOTES** |
| 7/7/58 | 500 | RZ update |
| | | 17yo G3P, SAb, ⊂ IUP @ 40wk admitted ⊂ hx of |
| | | probable high leak SROM 7/3 ⟶ SSE ⊕/an weak ⊕N |
| | | ∅ pooling   AFI adequate      Cx not adeq'ly visualize |
| | | FHT Reassur.   U/a irregular   ∅ Sx of chorio / Abdna L. |
| | | Reevaluation @ 500 M   ↑ discomfort ⊂ U/a despite |
| | | Demerol iv. |
| | | Decision made to break expectant management as pt to |
| | | evaluate progress of labor  as pt desires ep. dural |
| | | SVE 500AM  2 cm / 100% / 1-2 / BBOW /prebag |
| | | |
| | | A/ latent labor |
| | | P/ Continue Demerol iv prn pain as needed |
| | |                                      (signature) M.D. |
| | | |
| | | Re PN |
| 7/7/58 | 0745 | Pt admitted with ruptured membranes |
| | | since 2200 7/6, expectant management |
| | | broken @ 0500 ?? to patient's severe |
| | | discomfort  Cx 3 cm /100% 1-2 ; pain |
| | | controlled on Demerol.  Internal |
| | | monitor placed fr. better ... ... |
| | |                                      (signature) |

FORM 662 9/84

001513

UCI MEDICAL CENTER
**INTERDISCIPLINARY**
**NOTES**

PATIENT IDENTIFICATION

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 07/6/89 | 0800 | R-1 Update |
| | | Pt having difficulty ē contraction pain. |
| | | UC's q 3-4 minutes. Pt has had Demerol x 2 + sleeps |
| | | between contractions. VE → 4/100%/-1. |
| | | A: G4HL6 IUP in active labor. |
| | | low pain tolerance. |
| | | Q: 1) Epidural now |
| | | M. Hutchison R-1 |
| 7.7.89 | 12⁰⁰ | Re: Pitocin aug |
| | | Pt was a 17 y/o G4P5, S/p SROM 7-3-87 |
| | | She was admitted this am (S/w) @ 2cm/100%/-1 → -2 |
| | | Pt progressed to 3cm @ 7.45 & has remained at this |
| | | dilation over the past 4 hrs. UC's q 2-4" |
| | | ē 150 montevideo units /10"; however, not every |
| | | UC is 50mm-40 in height & thus labor is assessed |
| | | to be inadequate (dysfunctional) EFW: 3500 gm |
| | | Pelvis – adequate |
| | | Plan: Pitocin Aug of labor. |
| | | _____ |
| 7/7/89 | 1400 | MSIV Update – |
| | | Adequate labor since 12 noon – UC's to 50 cm H2O |
| | | ē each contraction. Strip is reactive with |
| | | UC's q 2-3 minutes. |
| | | Continued |

162  9/84

001514

0310970 9 L/C  CLA5 03
730252 41 A
ALFARO, MARIA ROSIO
PATIENT IDENTIFICATION
BARTIC, THOMAS MD

**UCI MEDICAL CENTER**
**INTERDISCIPLINARY**
**NOTES**

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/7 | | MBV Progress Update Continued |
| | | O - VE - 3cm/100%/-1 |
| | | A - IUP in active labor |
| | | ⊕ epidural |
| | | P. Continue Pitocin |
| | | C Bixler m.d. JV |
| 7/7/84 | 12:00 | R2 PN |

17 y.o G6P1SAB1 @ 39½ wks. admitted just ā midnight ē SROM, ?high leak since 7/3. Forebag AROM'd @ 7:30 today → clear, FSE placed. VE 3cm/100%/-2 @ 7:30. Pitocin started @ 12:00 today, has been in intermittently adequate UC pattern ē minimal progress -- Cx 4 cm. @ 15:00 and at present (by different examiners).

   Other problems: ① previous C/S @ Fountain Valley for ↓ FHT - documented LTCS ∴ Ok'd for TOL ② ⊕ h/o IVDA, Syphilis, Hepatitis.

   VE: 4cm/100%/ 0 station   by Dr.Angiola
   Monitor: adequate variability, however some intermittent suspicious decels ē ? late return
      UC's q 2-4' ē some coupling.
A) IUP @ term ...

C01515

EX 77   1425

730252 41 A
ALFARO, MARIA ROSIO

F      /71
CAR.| PATIENT IDENTIFICATION # 2

UCI MEDICAL CENTER
**INTERDISCIPLINARY**
NOTES

~ll documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| | | (P): ↑ Pitocin now to try to break coupling |
| | | Re √ in 1 hr -- if no cervical Δ ⟹ |
| | | proceed c̄ LTCS |
| | | Keep close eye on FHRT. |
| | | G. Angiolo MD |
| | 18:15 | VE: 5cm /100% / 0 |
| | | Monitor: adequate variability |
| | | ⟹ Continue Pit. |
| | | G. Angiolo MD |
| 6/8 | 2230 | R.1 update. |
| | | VE · 10 cm c̄ ant lip / 100% / 1+ |
| | | UC q 2-3, FHT c̄ |
| 7/8 | 0130 | R₂ update. |
| | | Pt c̄ Prev C/S /○ VBAC / TOL, material fever - chorio. |
| Spon since 7/3 | | EFW ~ 4000 gms by Shepard / Hadlock |
| | | ~ 4500 by Leopld   No on screening |
| | | Pt complete and pushing well c̄ |
| | | adequate labor × 2 ½ hrs c̄ persistant + sta |
| | | and molate caput. Pelvis adequate. |
| | | Imp. FTP / macrosomia w/o on screening |
| | | Plan- Have rec R₂ c/s c pt. Explained risks of |
| | | injury to bladder, ureter, infection, Hemorrhage do pt |
| | | understands — agree to procede c̄ R₂ C/s. |

EX 77   1426

UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

PATIENT IDENTIFICATION

GARITE, THOMAS, MD

All documentation must indicate the specific date and time of entry and be complete with identifying credential, title or classification.

| DATE | TIME | |
|---|---|---|
| 7/8/89 | 0630 | Pt. received from RR alert & oriented. IV on 20 Mag. Sulfate 2 gms. c/s & incision & DBI. Fle draining to gravity, lochia mod. rubra. Fundus firm @ +3. B/P 150/100 T 37.9 P 72 R 20. TDR +2. (Dorcas RN) |
| 7/8/89 | 1000 | Dr. Toohey notified of Mg 3.6. Orders received. "See bedside assessment & careplan. IV of LRE 1Lt infusing & MgSo₄ 50gm @ 40cc infusing into R arm s redness or swelling. S.em |
| | 1520 | Dr. Toohey notified of Mg level 4.5. Orders received SM |
| 7/8/89 | 2245 | Nursing Note. VSS, afebrile. BP WNL. Mg⁺² infusing at 2gm/hr & IV s problem. Urine output as Flow Sht. Tolerated clears well. C/O "blurry vision and epigastric distress" at 2100 & MD notified + Mg⁺² level drawn = 4.9 called to MD - orders to continue Mg⁺² at present rate and monitor U.O. closely. Frianke |
| 7/9/89 | 0520 | VSS, afebrile. B/P's 120/65 - 110/84. abd distended soft, ⊕ BS dsg dry and intact fundus firm + unls. c/o R U Q pain and R shoulder pain & diff breathing @ 0300 - B/P 110 repositioned to L side and percocet 10mg given PO. some flatus passed. pt ... |

001517.

EX 77   1427

UCI MEDICAL CENTER
INTERDISCIPLINARY NOTES

PATIENT IDENTIFICATION

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|---|---|---|
| 7/9/89 | 0500 | Continued - IV remains patent and infusing well - D5LR and NP3 Mg SO4 gm ÷ @ 40cc/hr. gent gent and ampicillin given IVPB as ordered. Wt 93 kg.  Jym RN |
| | 0600 | Mg SO4 Dc'd per orders - VSS. states RUQ pain & ® shoulder pain and diff resp gone - improved c ↑ act & and pain med.  Jym RN |
| | 0600 | addendum - urine out 1250 cc clear yellow - neg gluc. neg protein.  Jym RN |
| | | Jym RN   POD #1   RLTCS |
| 7/9/89 | S | Mild subcostal pain when pt turns to left in bed. Feels like "Muscle soreness". No SOB |
| | O | 36⁴  82  20  110/70 |
| | | I to ← 1980 / 975 urine |
| | | urine output 1250 cc / 8 hr |
| | | Lungs clear to A&P |
| | | -Heart RRR  Back NT NAT |
| | | Breasts soft |
| | | Abd soft + ABS |
| | | Wound dry, staples in place 9 xT Ø edema, NT DTR's +2 |
| | | Labs: Hct pending |
| | A | 1. POD #1 RLTCS; Abx administered failure of descent. |
| | | 2. DM - Appt urine output. ↑ NPH |

DRM 662 9/84

001518

EX 77   1428

7 U6 £Y C3[illegible] 9 21 10 2225 01
730252 41 F
ALFARO, ROSIO
PATIENT IDENTIFICATION
[redacted] /71
GARITE, THOMAS MD

UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|---|---|---|
| | Ob/t | Assess - Pt stable |
| | | Plan 1) DC Foley |
| | | 2) Advance to Clears |
| | | 3) Encourage ambulation |
| | | 4) DC MgSO4 |
| | | [signature] |
| 7/9 | 07-15[30] | Continues to have subcostal pain. Med @ 12 30 c̄ Percocet c̄ relief. IV infusing well D5LR, IV [illegible] given noon. Temp 37.3. OOB in AM & Amb to BR & in room. Taken over to NICU to see baby. [illegible] gone 1½° sitting up in w/c. Staples in place. [signature] |
| 7/9/89 | 1800 | Afebrile. T37.7 BP 128/68. Continues to c/o mild subcostal discomfort but indicates it is better. Lungs clear. Breasts soft. Instructed to get & wear bra. I.V. infusing (R) forearm - site s̄ s/s injection or infiltration. Abd. soft & appears gaseous. BS(+). Flatus(+). Staples intact to clean/dry incision. Mod. serosa lochia; nonpurulent. Homan's neg. Ambulation encouraged — [signature] RN |

001519

UCI MEDICAL CENTER
INTERDISCIPLINARY
NOTES

7 U6 29

Q310970 4 21 10 2555 01
730252 41 r
PATIENT IDENTIFICATION, ROSIO

... documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | GARITE, THOMAS MD .... NOTES |
|------|------|------|
| 7/10/89 | 0600 | VSS, afebrile, abd soft ⊕ BS. incision clean & dry ⊂ staples intact. amb & void ⊂ diff - med ×2 ⊂ perc + tab for C/o pain. Wt 96kg ↑ 3kg from 7/9. IV D5LR @ TKO infusing well @ arm. IVPB given as ordered. ___ Judi Yim RN |
| 7/10/89 | 630 | RZPN POD #2 ® LTCS chorioamnionitis /failure to descend macrosomia A/G × 48° |
| | S: | No complaints. ↓BM @ flatus voiding /infant warm |
| | O: | T37² Afeb BP 110-120/68-70 P82 R20 |
| | | chest CTA    head ⊘ CVAT |
| | | cuore RRR    breast soft |
| | | abd soft   fundus firm @ umb |
| | | incision |
| | | ext ⊖ edema INT |
| | labs | VDRL Reactive Rxd 6/11   BT A1+1 |
| | | Rubella Imm   Urine Tox ⊖ |
| | | preop Hct 32.2 → post op 29.4 |
| | A | POD#2 ® LT CS chorioamnionitis /failure to descend /macrosomia stable |
| | P | advance diet to regular ambulate ___ |

EX 77   1430

Alfaro Maria
BD 10/21/71
0310 9709

PATIENT IDENTIFICATION

UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/10/89 | | |

## INITIAL CLINICAL SOCIAL WORK ASSESSMENT

I. **REFERRAL SOURCE:** _X_ Automatic ____ MD ____ RN ____ Self/Family ____ Other
Referring OB/Pediatrician _Has a pvt ped._

II. **REASON FOR REFERRAL:** ____ Prematurity ____ Congenital Anomalies
____ Neonatal/Fetal death ____ Adoption ____ Situational Stress
____ Psychiatric History _X_ Suspected/History of Chemical Abuse
____ Questionable Home Situation

III. **INFORMANT:** Name: _Marie Alfaro_   Relationship: _mom_
Address: ▓▓▓▓▓▓▓▓▓▓ _Anaheim 92804_   Home phone: _778-6035_
Age: _17_   Education: _____   Ethnic Origin: _Hisp_
Employment: _____   Work/Mess. phone: _____
Primary Language: _X_ English ____ Spanish ____ Vietnamese ____ Other
Interpreter: _____

IV. **FAMILY COMPOSITION:**
Parents: ____ Married ____ Single ____ Divorced ____ Separated
a. Significant Other/Parent Name: _Manuel Cuevos_   Age: _21_
Address: _as above_   Phone: _____
Education: _____   Ethnic Origin: _____
Employment: _Casa Maria - Cerritos_
b. Siblings:      Name            Age            Address
_1yr old (Danny) living w/ mGm_

c. Extended Family & Support Persons:
Name            Address            Phone            Relationship
_living w/ mGGrS_

V. **PHYSICAL SITUATION & RESOURCES:**
a. Living Situation: ____ own/rent home ____ number of bedrooms ____ apartment
_X_ room (from _mGGPr_ )
b. Resources: Income _____ yes _____ Month ____ Year ____
Transportation: ____ car ____ bus ____ family/friend ____ none

| FUNDS | RECEIVES | APPLIED | FUNDS | RECEIVES | APPLIED |
|-------|----------|---------|-------|----------|---------|
| Private Ins. | | | Food Stamps | | |
| Medi-Cal | X | | WIC | | |
| AFDC | | | Other | | |

Comments: _Bottle feeding mom. Wants WIC._

FORM 622  9-84
43850

CHART

INTERDISCIPLINARY NOTES

001521

UCI MEDICAL CENTER

**INTERDISCIPLINARY**

**NOTES**

PATIENT IDENTIFICATION

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/10/89 | | |

**VI. SOCIAL WORK CLINICAL ASSESSMENT:**
(i.e. understanding of condition, primary concerns, ability to use resources, coping skills, maturity, expectations)

Discussed drug history w/mom. She denies any involvement w/ gangs, even tho has many tatoos, says she was just wild when she was younger. Did admit to drug use, IV, as late as March. Said FOB said he would leave her if she didn't stop. She isn't involved in any programs, tho. & didn't indicate a willingness. Is on probation for some juvenile activity til she's 18 is attending independent study program & Horizons Alternative high school. Child from previous relationship is being

**VII. PLANS**

1. Family members agreed to plans discussed:  ____ yes ____ no
2. Assistance with bus fare:  ____ yes ____ no
3. Written information given:  ____ yes ____ no
4. Referrals made to:  Date _____
   a.
   b.
   c.
5. Other

cared for by MGM, who lives next door to mom, initially mom says she did care for 2 yr old. Mom interested in referral to teen parent program. Mom says she is keeping this baby. We talked about special needs clinic. Mom is aware of the follow up for babies of IV drug moms. She is going to use same pediatrician as for 2 yr old. We also talked a follow up by PHN. I would suggest base line HIV for baby since mom did use IV.

CLINICAL SOCIAL WORKER _Denise Bannuck, LCSW_

BEEPER _865_

001522

UCI MEDICAL CENTER
**INTERDISCIPLINARY**
**NOTES**

PATIENT IDENTIFICATION

ALFARO, MARIA ROSIO

GARITE, THOMAS MD

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|---|---|---|
| 7/10 | 1410 | anesthesia post-op. |
| | | resting comfortably VSS |
| | | θ x/a.   0 embolic. |
| | | no anesthesia complication |
| | | |
| 7-10 | 1600 | Ambulating to NICU to see infant c̄ spouse. Tolerates activity well. Voids QS. v.s.s. Taking reg diet & p.o. fluids well. See flow sheet v.s. |
| | | |
| | | |
| 7/10 STAFF | | Tued abel abd 2+ cont pp care   Goctel |
| | | |
| 7/11/89 | 0100 | V.S.S. Temp. 37.⁸ P.O. Fluids encouraged. Incision clean, dry and intact c̄ staples in place. Voiding s̄ difficulty. Ambulating s̄ difficulty. See flow sheet. RN |
| | 0300 | S. "I felt cold and then it happened. I feel hot now." O. Incont. of med amt. of urine in bed. Temp taken 38' @ this time. Taking po fluids. A. Febrile. P. Observe. temp. Continue p.o. fluid — encourage RN |
| | | |
| | | |

001523

UCI MEDICAL CENTER
**INTERDISCIPLINARY NOTES**

PATIENT IDENTIFICATION
ALFARO, MARIA ROSIO
GARITE, THOMAS MD

documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/11/88 | 700 | R2 PN POD #3 S/P (R)LTCS chorioamnionitis Fever N |
| | | desire / macisson |
| | S: | No complaints    OBM Requesent diet (void) M/out ms Mn |
| | O: | BP 132/60  92  20    T 38° Now = Tmax. ↑ engorgmt |
| | | chest CTA (B)              breath soft |
| | | cvsx RRR |
| | | abd soft  FT @ umb  1-2+ tender |
| | | incision C+D  staples in place.  ∅ erythema |
| | | ext ⊘ edem. INT |
| | A/ | POD#3 S/P (R)LTCS chorioamnionitis  ⟶ A16 × 48 |
| | | afebrile |
| | | (C) Temp spike to 38° x1 0300 Am  ⟶ possible |
| | | early / ___ endometritis   vs  breast engorgmt |
| | P/ | du staples |
| | | watch temp curve if ___ >38 will restart Abx |
| | | for possible early endometritis. |
| | | √ UA CTS + CBC ↓ dcf this AM |
| | | ambulate  + encourage instruc ip reinstr |
| | | S/off POD#3        ___ MDR2 |
| 2/11 | | ↑ to 38 this AM now afeb |
| | | Bleeding min , Fund nm teng |
| | | Degree ⊕ adhere  Assess f/u ___ |
| | | ___ |

730252 41
ALFARO, MARIA ROSIO

CARITE, THOMAS MD

UCI MEDICAL CENTE
**INTERDISCIPLINAR**
**NOTE**

PATIENT IDENTIFICATION

All documentation **must** indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7-11 | 1145 | VSS, afebrile. steri strips to incision *[illegible]* dressing, a redness. Encourage amb & IS / a c/o. Bonding well ā infant ———— SMM |
|  | 1410 | a Dr. *[illegible]* notified Dr. Hot 24-9. Pt denies SOB a dizziness, a orders received ———— SMM |
| 7/11/89 | 2200 | VSS. afebrile. Abd. inc. remains dry, intact ō ss/infection. steri strips intact. Perineal *[illegible]*. Bonding well = baby. *[illegible]* ō ss *[illegible]* ———— *[signature]* |
| 7/12/89 | 0005 | V.S.S. Temp. 38.3 Taking p.o. fluids in lg. amts. Abd. incision clean, dry, and intact ō redness. Steri-strips in place. Ambulating ō well to B.R. Voiding lg. amts. clear light amber urine. Denies burning on voiding. Bonding well ō baby. ———— *[signature]* R.N. |

001525

UCI MEDICAL CENTER
**INTERDISCIPLINARY**
**NOTES**

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/12/89 | 0830 | RZPN   POD# 4  S/P (R) LTCS chorioamnionitis |
|  |  | failure descent / mmsome |
|  | S: | No complaints = breast engorgement + worse late PM's  Nonses but flow |
|  | O: | Tmax 38³ (conight) 0000   TN 37⁸   132/70   8₆  20   No orthostatic |
|  |  | chest  CTA              back  OCJAT |
|  |  | cvuve  RRR              breast engorged+ packs on |
|  |  | abd: ⊕BS   fundus firm  NT          tender |
|  |  | incision  C+D. |
|  |  | ext ⊖ edema  NT |
|  |  | uA ᵐᵒ ⊖ |
|  |  | 9.0  ⁸⁰⁄₂₆ / 5⁸  P 7⁷  L₂₀  M⁵  E² |
|  | A, | POD#4 S/P (R)LTCS chorio /failure to descend mucision |
|  |  | stable |
|  |  | ? temp spikes in PM = ↑ breast engorgement   ddx p̄ |
|  |  | fundus —→ Now afebrile |
|  | P, | d/c to home today = strict instructions to take temp q 4° and |
|  |  | RTER for 7738° if not anoid = breast engorgement |
|  |  | Pt wants OCPs   no risk factors identified |
|  |  | MdeViviana MD fr |

7QC1526

7 U6 27

730252 41 r
ALFARO, MARIA ROSIO

UCI MEDICAL CENTER
**INTERDISCIPLINARY**
**NOTES**

PATIENT IDENTIFICATION 12/71

All documentation must indicate the specific date and time of entry and a signature complete with identifying credential, title or classification.

| DATE | TIME | NOTES |
|------|------|-------|
| 7/12/89 | 11 | V.S stable, afebrile, abd soft, fundus firm, incision clean. Discharge instruction given, Discharged p ✓ WC ē infant in stable condition ___ M. Chan |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

001527

UNIVERSITY OF CALIFORNIA IRVINE
MEDICAL CENTER

AUTHORIZATION FOR AND CONSENT
TO SURGERY OR SPECIAL DIAGNOSTIC
OR THERAPEUTIC PROCEDURES

730252  41  4
ALFARO, MARIA ROSA

GARITE, THOMAS M

1. I hereby authorize and direct the physicians and surgeons of the University of California Irvine Medical Center to perform the following operation or special diagnostic and therapeutic procedures upon me and to do any other diagnostic and therapeutic procedure that their judgment may dictate to be advisable for my well being: _____

*Cesarian Section*

Doctor _____ *Thomas* _____ has explained to me that these surgical operations and special diagnostic and therapeutic procedures may involve calculated risks of complications, injury or even death, from both known and unknown causes and no warranty or guarantee has been made as to result or cure. I recognize that I have a right to be informed of the nature and purpose of the operation or procedures, the risks of complications, and the alternative methods of treatment, if applicable. Further, I recognize that this form is not intended to be a substitute for the explanations of the nature and purpose of the operation or procedures, the risks of complications, and the alternative methods of treatment, if applicable, which are to be provided by the physician mentioned above. I understand and consent to the performance of the above stated operation or special diagnostic and therapeutic procedures by Doctor(s) *Garite and Associate* [1] or his designee, [2] and those under his immediate responsibility and supervision.

2. I hereby authorize and direct the physicians and surgeons of the University of California Irvine Medical Center to provide such additional services for me as he or they may deem reasonable and necessary, including, but not limited to, the administration and maintenance of the anesthesia and the performance of services involving pathology and radiology, and I consent thereto.

3. I hereby authorize the hospital pathologist to use his/her discretion in the disposal of any

severed specimen tissue or member removed in surgery, except _____

_____

* * * * * *

[1] If name of physician is added after patient signs under paragraph 4, the patient should at that time date and sign the following:

Date _____ Signed _____

[2] It is understood and agreed by the hospital, physician and patient that the physician named in this form will perform the operation or special diagnostic and therapeutic procedures indicated unless unforeseen events render it necessary for such physician to designate that another physician perform such procedures. In this event, I expressly consent to the performance of the operation or special diagnostic and therapeutic procedures by the substitute physician(s).

(OVER)

AUTHORIZATION FOR AND CONSENT
TO SURGERY OR SPECIAL DIAGNOSTIC
OR THERAPEUTIC PROCEDURES

FORM 81 7/87

001528

UNIVERSITY OF CALIFORNIA IRVINE
MEDICAL CENTER
AUTHORIZATION FOR AND CONSENT
TO SURGERY OR SPECIAL DIAGNOSTIC
OR THERAPEUTIC PROCEDURES

4.  For the purpose of advancing medical knowledge, I authorize and consent to the admittance of medical students and other observers, in accordance with ordinary practices of the University of California Irvine Medical Center, to the use of closed-circuit television, the taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material, and I also consent to the use of such photographs and other materials for scientific purposes.

I agree to hold harmless the University of California, its officers, agents and employees, from any liability resulting from or arising in connection with the taking, publication and release of photographs of said patient pursuant to this Agreement.

Witness _K Hamm___ RJ_____   Signed _Maria Alfaro_____

Date _____7/7/89_____   Time ___0130.____ a.m./p.m.
                                        ST

(If patient is a minor, or unable to sign, complete the following):

Patient is a minor, or is unable to sign, because _____

_____

I hereby consent to the above for my _____

Witness _____   Signed _____

Date _____   Relationship _____

                                        Time _____ a.m./p.m.

## EMERGENCY TELEPHONIC CONSENT FOR TREATMENT

| Procedure To Be Performed: | | Consent Given By: | Relationship | Date | Time |
|---|---|---|---|---|---|
| Address of Person Giving Consent: | City          State | | Zip Code | Telephone | |
| Reason Requiring Telephone Consent: | | | | | |
| Request Confirmation By:   Telegram   Telephone | | Signature of Listener | Signature of Physician Receiving Consent | | |

## PHYSICIAN'S CERTIFICATE OF EMERGENCY

This is to certify that the delay necessary to obtain consent for operation from patient or someone authorized to consent for him, would endanger this patient's life or health. WE BELIEVE EMERGENCY OPERATION IS NECESSARY.

1. _____ M.D.   2. _____ M.D.

Witness _____

AUTHORIZATION FOR AND CONSENT

001529

730252 41 A
ALFARO, MARIA ROSIO

F   12/12/
GARITL, THOMAS MD
D

PATIENT IDENTIFICATION

UCI MEDICAL CENTER
PROCEDURE CHECKLIST
☐ PERIOPERATIVE
☐ DIAGNOSTIC

| ITEM | YES | NO | INIT. | COMMENTS | O.R. Double Check | |
|---|---|---|---|---|---|---|
| | | | | | YES | NO |
| Consent signed    ☐ Sterilization Permit | | | | | | |
| Conservator papers on chart (if appropriate) | | | | | | |
| Family notified | | | | | ▓▓▓▓ | |
| History and Physical completed and in chart | | | | | | |
| Resident's Notes completed and in chart | | | | | | |
| Anesthesia work up completed | | | | | | |
| NPO | ✓ | | | | | |
| ☐ Type and Crossmatch specimen sent ☐ Type and Hold specimen sent | | | | Confirmed _____ Units ordered _____ (init.) | | |
| CBC report | | | | | | |
| Urinalysis Pregnosticon | | | | | | |
| Chest X-ray | | | | | | |
| EKG (patients over 40 years) | | | | | | |
| Body weight (record _____) | ▓▓▓▓ | | | | ▓▓▓▓ | |
| Identa-band present, correct | | | | | | |
| Isolation card on chart front | | | | | | |
| Nail polish, jewelry, hairpins, personal clothing removed | | | | | | |
| Physician's Pre-op Orders reviewed and completed | | | | | | |
| Pre-op teaching completed | | | | ▓▓▓▓▓▓▓▓▓▓▓ | | |
| Allergies listed on front of chart | | | | | | |
| Chart compiled and ready (include Grapic, Med. Sheet, I & O. old chart, and P.F. plate) | | | | | | |
| Patient voided (time _____) | | | | | | |
| Pre-op medication given if ordered | | | | | | |
| Transfer to O.R. note on chart | | | | | | |

| Valuables Disposition: (check & identify) | O.R. Nurse Signature: |
|---|---|
| ☐ Locked in Locker       ☐ Sent to Property Office | COMMENTS (examples: blind, hard of hearing, non-English speaking, diabetic, subject to seizures, apprehensive, suspected/known drug addiction, etc.) |
| ☐ Sent home              ☐ Ring taped | |
| Prosthesis Disposition (dentures, contacts, eyes, limbs, partial plates) | |
| ☐ In Locker              ☐ Sent to Property Office | |
| ☐ Given to Family _____ RN | |
| Signature: | |

In Condition: _____

OC1530

## OPERATING ROOM
## PERIOPERATIVE PATIENT ASSESSMENT

| Arrival in Pre-Op Area | No. | Time |
|---|---|---|
| Arrival in Operating Room | No. | Time |

### PATIENT IDENTIFICATION

**TRANSPORTATION TO OPERATING ROOM**

With Siderails Up

☐ Gurney   ☐ Bed   ☐ Yes   ☐ No

Safety Straps Secured

☐ Yes   ☐ No

**PHYSICAL LIMITATIONS**

| Mobility | ☐ Prosthesis |
|---|---|
| Traction | ☐ Traumatic Injury |
| Paralysis | ☐ Arthritis |
| Obesity | ☐ Other: |

**LEVEL OF CONSCIOUSNESS**

| | ☐ Confused |
|---|---|
| Drowsy | ☐ Responsive—verbal pain |
| Sedated | ☐ Non-Responsive |
| Other: | |

**GENERAL APPEARANCE OF SKIN**

| Good Color | ☐ Skin Intact |
|---|---|
| Flushed | ☐ Rash |
| Pale | ☐ Bruise |
| Cyanotic | ☐ Reddened Area |
| Jaundiced | ☐ Dry/Itching |
| Diaphoretic | ☐ Mottled |

**PATIENT COMMENTS**

| None | |
|---|---|
| Pain | ☐ Nausea |

**TUBES—DRAINS ON ADMISSION**

Patency of Tubes Maintained

---

☐ None

| ☐ I.V./lines | ☐ Oxygen |
|---|---|
| ☐ Foley Catheter | ☐ Chest Tube(s) |
| ☐ N/G Tube | ☐ Wound Drains |
| ☐ Tracheostomy | |
| ☐ Other: | |

Implants

**7. EMOTIONAL STATE**

☐ Calm ☐ Relaxed ☐ Apprehensive ☐ Fearful ☐ Depressed

Level of Anxiety

☐ Mild   ☐ Moderate   ☐ Severe

**8. COMMUNICATION ABILITY—LIMITATIONS**

| ☐ Responds Appropriately | ☐ Blindness |
|---|---|
| ☐ Deafness | ☐ Muteness |
| ☐ Language Barrier | ☐ Other: |

**9. BEHAVIORS OBSERVED**

| ☐ Response to Requests | ☐ Talkative | ☐ Resistive |
|---|---|---|
| ☐ Crying | ☐ Restless | |

Comments (shaved by)

| O.R. NURSE SIGNATURE | DATE |
|---|---|
| | |

COMMENTS:

QC1531

**UCI MEDICAL CENTER**
**ANESTHESIA RECORD**

Date: _____   OR #: _____

PROCEDURE: _Labor Epidural_

SURGEON: _____

ASA:  1  2  3  4  5  (E)

☐ GENERAL   ☐ REGIONAL   ☐ LOCAL
☐ SPINAL    ☒ EPIDURAL   ☐ STANDBY

PRE-OP MEDICATION

| DRUG | DOSE | TIME | EFFECT |
|------|------|------|--------|
|      |      |      |        |

Pre-Anes Equip. Checked ☒
Anes Start _0857_   Surg Start _____
Anes End _____   Surg End _____

AIRWAYS ☐ Difficult ☐ Easy ☐
☐ Nasal/Oral Pharyngeal Airway ☐ Mask
☐ Nasal (L/R)/Oral Tracheal Tube
   Size _____ Cuff _____
   Leak _____ CMH2O
   Length at Teeth _____
Placement
   Lar Blade _____ Type _____
   F/O Lar ☐ F/O Sty ☐ Trach ☐
   Blind ☐ Direct ☐ Taped ☐ Tied ☐
Attenuation
   LTA ☐ IV LIDOC ☐ Narc ☐

PT POSITION: ○ — ○
ARM POSITION:
Left: Side ___ Board ___ O/H ___ O/C ___
Right: Side ___ Board ___ O/H ___ O/C ___

VENTILATOR: CMH2O PRES
Type: _____   Rate: _____   TV: _____

| TIME: | 0855 | 0900 | 3° | 1010 | 1030 | 1500 | 1545 | 1700 | 2015 | TOTAL DOSAGE: |
|-------|------|------|----|----|----|----|----|----|----|----|

O-2
N2O
0.25% Marcaine (epid)
0.5% Marcaine (epid)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

hal iso eth   2%   1%

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ BP Cuff | 220 | | | | | | | | | 40° |
| ☐ Auto Cuff | 200 | | | | | | | | | 39° |
| ☐ EKG | 190 | | | | | | | | | 38° |
| ☐ Pre-Cord | 180 | | | | | | | | | 37° |
| ☐ Esoph | 170 | | | | | | | | | 36° |
| ☐ O2 Analyzer | 160 | | | | | | | | | 35° |
| ☐ D/C Alrm | 150 | | | | | | | | | 34° |
| ☐ Nerve Stim | 140 | | | | | | | | | 33° |
| ☐ Doppler (BP/AE) | 130 | | | | | | | | | 32° |
| ☐ T-O2 ☐ T-CO2 | 120 | | | | | | | | | 31° |
| ☐ Oximeter | 110 | | | | | | | | | 30° |
| ☐ Airway PR. | 100 | | | | | | | | | |
| ☐ Art Line | 90 | | | | | | | | | |
| ☐ CVP | 80 | | | | | | | | | |
| ☐ P A Cath | 70 | | | | | | | | | |
| ☐ EEG | 60 | | | | | | | | | |
| ☐ SEP | 50 | | | | | | | | | |
| ☐ C.O. Comp | 40 | | | | | | | | | |
| ☐ Ventilator | 30 | | | | | | | | | |
| ☐ Humidifier | 20 | | | | | | | | | |
| ☐ Wrm Blkt | 10 | | | | | | | | | |
| ☐ Htg Lamp | | | | | | | | | | |
| ☐ Warm Room | | | | | | | | | | |
| ☐ ABG | | | | | | | | | | |
| ☐ F.A. | | | | | | | | | | |

Event
EKG
EBL
Urine Output

① Pt. Idonl. chart reviewed. IV running well
② Sitting. L3-4 interspace prepped c̄ Betadine. 2cc 2% lidocaine infiltrated.
A 17 Touhy needle in c̄ midline. LOR. ⊖ paresth. ⊖ CSF ⊖ hemorrhage. ⊖ paresthesia
2cc test dose in 5 min. work in easily. tegrod
3cc bolt dose in 5 motor block. ⊖ syst. sx tegrod
③ ephedron 5mg IV   ④ to sacral pain

SIGNATURE _____

| FLUIDS | | | | | | | | | TYPE | TOTAL |
|--------|--|--|--|--|--|--|--|--|------|-------|
| RL | 1000 | | | | | | | | | |

UCI MEDICAL CENTER
## PRE-ANESTHETIC ASSESSMENT

| Age | Sex | Wt. | Ht. | B.P. | Temp. | Pulse | Resp. | Last Oral Intake |
|-----|-----|-----|-----|------|-------|-------|-------|------------------|
| 17 | ♀ | | | 125/85 | | | | |

03169730 9 L/D  OLAB 03
730252 41 A
ALFARO, MARIA ROSIO
F ████ /71
GARITE, THOMAS MD
0

Diagnosis: _____

40 wk gestation

Proposed Operation: ___  Date of Surgery:
Int. Epidural          7/7/89

ALLERGIES:              Date:
Nlcob                  7/7/89

### History and Physical Examination:

17 y° G3 P1 c̄ above

PMHx: ∅

ASA Status I I
Due to DX of
H/o  IVDA

PSHx: c-section X1 gen. anc. c̄ problem.

PE: lungs clear.  heart.  BM. ⊖m.

Date: 7/7    Signature: _____

Intub. Asses.

| Previous Anes HX (Personal & Family): | Drug HX (medical, alcohol, tobacco, other): |
|---|---|
| Allen's Test  ∅ | meds: ∅  smoke: ∅  EtOH: ∅ |

Plan) epidural anesth
Explained the
procedure &
risks

| HB/HCT | WBC | PLAT | PT/PTT | Other: | | CXR |
|--------|-----|------|--------|--------|---|-----|
| Na+ | K+ | CL- | HCO3- | BUN | CR | GLU | LFT'S | EKG |
| ABG'S | | | | | | PFT'S | | |

## POST ANESTHESIA ASSESSMENT:

| Peri-Operative Complications | | | | Post-Operative Visit | PAR Admission: |
|---|---|---|---|---|---|

| Peri-Operative Incidents: | Pre-Op | Intra-Op | Recov |
|---|---|---|---|
| Airway Program | ☐ | ☐ | ☐ |
| Bronchospasm | ☐ | ☐ | ☐ |
| Pneumothorax | ☐ | ☐ | ☐ |
| To RR Intubated | ☐ | ☐ | ☐ |
| Respiratory Failure | ☐ | ☐ | ☐ |
| Respiratory Arrest | ☐ | ☐ | ☐ |
| Vomiting | ☐ | ☐ | ☐ |
| Aspiration | ☐ | ☐ | ☐ |
| Hemorrhage | ☐ | ☐ | ☐ |
| Hypotension | ☐ | ☐ | ☐ |
| Hypertension | ☐ | ☐ | ☐ |
| Arrhythmia | ☐ | ☐ | ☐ |
| Myocardial Ischemia | ☐ | ☐ | ☐ |
| Cardiac Arrest | ☐ | ☐ | ☐ |
| Cerebral Ischemia | ☐ | ☐ | ☐ |
| Seizures | ☐ | ☐ | ☐ |
| Neurologic Problem | ☐ | ☐ | ☐ |
| Prolonged Emergence | ☐ | ☐ | ☐ |
| Reversal Problem | ☐ | ☐ | ☐ |
| Drug React/Toxicity | ☐ | ☐ | ☐ |
| Failed Technique | ☐ | ☐ | ☐ |
| High Block | ☐ | ☐ | ☐ |
| Hypothermia | ☐ | ☐ | ☐ |
| Hyperthermia | ☐ | ☐ | ☐ |
| Anes Machine Problem | ☐ | ☐ | ☐ |
| Monitor Problem | ☐ | ☐ | ☐ |
| Ventilator Problem | ☐ | ☐ | ☐ |
| Death | ☐ | ☐ | ☐ |

PAR Admission:
P  BP  T  RR
102  104/73  12
Pleat & awake c̄
spont. vent.

Signature: _____

PAR Post Op Note:

Signature: _____  Date: ____  Time: ____

Signature: _____

001533

**UCI MEDICAL CENTER**
**ANESTHESIA RECORD**

Date: 7/8/96

PROCEDURE

C/S

SURGEON:

ASA: 1 (2) 3 4 5 (E)

□ GENERAL □ REGIONAL □ LOCAL
□ SPINAL □ EPIDURAL □ STANDBY

**PRE-OP MEDICATION**

| DRUG | DOSE | TIME | EFFECT |
|---|---|---|---|
| Bicitra | 30 cc | 0175 | |

730252 41 A
ALFARO, MARIA ROSIO

f /71
GARITE, THOMAS MD

**AIRWAY:** Difficult □ Easy ☑
□ Nasal/Oral Pharyngeal Airway □ Mask
□ Nasal (L/R)/Oral Tracheal Tube
Size ___ Type ___ Cuff ___
Leak ___ CMH₂O
Length at Teeth ___
Placement
Lar Blade ___ Type ___
F/O Lar □ F/O Sty □ Trach □
Blind □ Direct □ Taped □ Tied □
□ Attenuation
LTA □ IV LIDOC □ Narc □

Pre-Anes Equip. Checked ☑
Anes Start 0155  Surg Start 0222
Anes End ___  Surg End 0315

PT POSITION:

ARM POSITION:
Left: Side ___ Board O/H ___ O/C ___
Right: Side ___ Board O/H ___ O/C ___

VENTILATOR: CMH₂O PRES ___
Type: ___  Rate: ___  TV: ___

TIME: 0145 0200 0230 0300 0330

TOTAL DOSAGE:

Lidocaine 2% rég. c(in)c

Fentanyl μ    50 50    Fent 100 μ

Pitocin    200    Pitocin 30 u

Methergine im (cc)    0.2 0.2    Methergine 0.4 mg im

EBL 600

Skin incisn 0222
Uterine incisn 0228
Delivery 0230
Apgars 8/9/4

FLUIDS

| | | | TYPE | TOTAL |
|---|---|---|---|---|
| LR | 1100 | | LR | 1100 |

SIGNATURE

FORM 256 9/87 81490

001534

ALFARO, MARIA ROSIO
7/12/71
GARTIE, THOMAS MD
D

PATIENT IDENTIFICATION

**UCI MEDICAL CENTER**
**OPERATING ROOM RECORD**

☑ O.R. ☐ S.D.C. ☐ E.R. ☐ TRAUMA   ☐ A.M. ADMIT ☐ OUT PATIENT ☐ ADD ON

ROOM EQUIPMENT SAFETY CHECK BY _____ R.N.

| ATTENDING SURGEON | ATTENDING ANESTHESIOLOGIST | DATE 7-8-89 | OR ROOM | PATIENT'S TIME IN 0150 | OPERATION START 0277 |
|---|---|---|---|---|---|

IN ATTENDANCE  FROM/TO    IN ATTENDANCE  FROM/TO    SERVICE  L&D    OUT 0325   FINISH 0315

SURGEON: Dr Thomas resident MD    CIRCULATING NURSE D. Kurek

ASSISTANTS: Dr Huppard    RESIDENT

ANESTHETIST/ANESTHESIOLOGIST Dr Cornelius    SCRUB PERSONNEL C. Potter

PRE-OPERATIVE DIAGNOSIS
63 PT Prev C/S macrossmia
Snom since 7/3, IVDA

OPERATION PERFORMED
Repeat LTCS

POST-OPERATIVE DIAGNOSIS
Repeat LTCS I del of viable baby
boy 8'95 to NICU ☑MAJOR ☐MINOR

SURGICAL COMPLICATIONS None

ANESTHESIA ☑EPIDURAL   ANES START 0145  ANES FINISH 0330
DRAINS, PACKING, DRESSINGS Foley cath Fr 18

SURGICAL POSITIONING ☑Supine
Towel roll under R hip

IRRIGATING FLUIDS NS 1000 cc
COUNTS: 3 Sponge Needle

☑CORRECT

CIRCULATING NURSE SIGNATURE D. Kurek
SCRUB NURSE SIGNATURE C. Potter

PATIENT TRANSFERRED TO: ☐CRITICAL CARE ☑OTHER Recovery Room

001535

EX 77   1445

SURGICAL SKIN PREP



legend:
Prep Area

SURGICAL SKIN PREP

☑ Povidone-Iodine Scrub     ☑ Solution

☐ Hibiclens     Other _____



|||| incision

─── safety restraint

▬▬ tourniquet

▭ Dispersive pad

○ monitor electrodes

| LAPAROSCOPY COLOR CODE | PRESSURE INTRA-ABDOMINAL CO2 |
|---|---|

Tourniquet by _____ M.D.

Test gauge no. _____ Tourniquet no. _____

Pressure _____ Time: up _____ down _____

Tourniquet by _____ M.D.

Test gauge no. _____ Tourniquet no. _____

Pressure _____ Time: up _____ down _____

ELECTROSURGICAL UNIT NO. _862882_

Pad applied by _DX_ coag _5_ cut _5_

ELECTROSURGICAL UNIT NO. _____

Pad applied by _____ coag _____ cut _____

BIPOLAR NO. _____ coag _____

**COMMENTS**

Skin integrity checked under:

dispersive pad __✓_____

electrodes _____

tourniquet _____

positional pressure points __✓_____

Post OP Status:

alert __✓_____

sedated _____

other _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00 1536

EX 77   1446

UNIVERSITY OF CALIFORNIA, IRVINE, MEDICAL CENTER

UCI MEDICAL CENTER
REPORT OF OPERATION

PATIENT NAME: Alfaro, Maria R.
PF NO.: 031-09-70

DATE OF OPERATION: 07/08/89

PREOPERATIVE DIAGNOSES: (1) Term intrauterine pregnancy.
(2) Chorioamnionitis. (3) Failure to progress. (4) Previous low
transverse Cesarean Section.

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION: Repeat low transverse Cesarean Section.

SURGEON: Michael L. Berman, M.D. (A); Martha Heppard, M.D. (RIV)
Steven Thomas, M.D. (RIII)

FINDINGS: (1) Delivery of a 4,270 gram viable male infant with
Apgar scores of 8 at 1 minute and 9 at 5 minutes. (2) Normal
appearing tubes, ovaries and uterus. (3) Omental adhesions to
the anterior peritoneum and to the uterus.

ESTIMATED BLOOD LOSS: 600cc.

COMPLICATIONS: None.

PROCEDURE IN DETAIL: Informed consent was obtained and placed on
the chart. The patient was typed and held for two units of
packed red blood cells and taken to the operating room, where
epidural anesthesia was reactivated. The patient was placed in
the supine position with left lateral tilt and the abdomen was
prepped and draped in the usual sterile manner. When adequate
anesthesia was confirmed, a Pfannenstiel incision was made two
fingerbreadths above the symphysis pubis and this was carried
down sharply in the midline until the anterior rectus sheath was
identified. The rectus sheath was incised in a transverse manner
and the median raphe of the anterior rectus sheath was taken down
sharply both superiorly and inferiorly. The anterior rectus
muscles were divided bluntly and the peritoneum entered high,
taking care to avoid damage to underlying viscera. The
peritoneal incision was extended longitudinally, taking care to
avoid damage to the dome of the bladder. The uterus was checked
for rotation, found to be in the mid position and a low
transverse uterine incision was performed. Clear amniotic fluid
egressed. The operator's hand was introduced into the uterus and
the vertex was delivered to the level of the incision, where the

D: 10/03/89  T: 10/04/89

001537

UNIVERSITY OF CALIFORNIA, IRVINE, MEDICAL CENTER

UCI MEDICAL CENTER
REPORT OF OPERATION

PATIENT NAME: Alfaro, Maria R.
PF NO.: 031-09-70

oro- and nasopharynx were suctioned. The rest of the infant was
delivered atraumatically. The cord was clamped and cut and the
infant was handed to the pediatricians who were in attendance.
The placenta was manually extracted and the uterus was then
exteriorized, wrapped in a wet lap sponge and a dry lap sponge
was used to wipe the uterus free of any retained fetal membranes.
The uterine incision was closed in layers, the first layer being
a running locking suture of 0 chromic suture, a second
imbricating layer of 0 chromic suture was then placed. The
bladder flap was not closed, the uterine incision was noted to be
hemostatic, and the uterus was returned to the abdominal cavity,
where the pericolic gutters were irrigated and suctioned free of
blood and clots. The peritoneum was closed using 0 chromic in a
running fashion. The subfascial tissues were irrigated and noted
to be hemostatic. The fascia was closed with 0 Vicryl beginning
at the apex and extending to the midline bilaterally. The
subcutaneous tissues were irrigated and bleeding sites were
controlled with electrocautery. The skin was closed with staples
and a dressing was applied. All needle, sponge and instrument
counts were correct during and after the procedure. The patient
was taken to the recovery room in stable condition, with the
Foley catheter draininng clear urine.

It should be noted that upon entering the peritoneum at the start
of the surgery, the patient was noted to have adhesions of the
omentum to the peritoneum, which were taken down both bluntly and
sharply. Also noted were adhesions of the omentum to the uterus,
which were taken down bluntly and sharply. Prior to closure of
the peritoneum, the omentum was reexamined and noted to have no
bleeding sites.

STEVEN J. THOMAS, M.D. (RIII)                    MICHAEL L. BERMAN, M.D. (A)
DEPARTMENT OBSTETRICS/GYNECOLOGY
SJT/mk    m4 c2

D:  10/03/89  T:  10/04/89

**POST ANESTHESIA RECOVERY**

ALFARO, MARIA ROSIO
F  10/12/71
GARITE, THOMAS MD
0

| DATE | SURGEON |
|---|---|
| 7-8-89 | Thomas\Heppard |

ANESTHESIOLOGIST/ANESTHETIST: Dr Cornelius

OPERATION: Repeat LTCS

TIME: 0330 0345 0400 0415 0430 0445 0500

| TIME | NURSES NOTES |
|---|---|
| 0330 | Alert, oriented. Able to move LE. Skin warm & dry. Abd drsg dry & intact. Fundus firm at 2-3 ↑ umb. Scant-small vag. drainage. Foley patent draining amber urine. IV patent site clear. LR 20 u pit infusing well |
| 0345 | Fundus firm at 2-3 ↑ umb. peri care. small vag drainage. Alert + oriented. RP |
| 0400 | c/o abd pain. Fundus firm at 2-3 ↑ umb. scant vag. drainage. RP |
| 0415 | Fundus firm 2-3 ↑ umb RP |
| 0445 | Still c/o pain. Fundus firm at 2-3 ↑ umb. RP |
| 0450 | Dr Thomas notified of BP. RP |
| 0500 | IV infiltrated. Unsuccessfully attempted to restart IV x4. Anesthesiologist notified. RP |
| 0515 | BP 147/82. Remains ® side Peri care. Scant vag drainage Fundus firm 2 ↑ umb RP |
| 0530 | BP 150/93 Rtzken 165/86 RP |
| 0540 | Urine cat protein Dr Thomas cont IV restarted. RP |
| 0600 | BP 140/84 RP |
| 0615 | BP 138/85  0620 BP 135/81 RP |

Temperature: 37.5 ... 37.1

BP ∨ ∧
PULSE ●
PUPIL SIZE (in mm): 2 3 4 5 6 7 8 9

Respirations: 18 20 18 20 20 20 18

| AUDIT | TIME | MEDICATION AND DOSES | ROUTE | INITIALS |
|---|---|---|---|---|
| PRE ANES. | 0410 | Demerol 75 + phenergan 25 | IM | RP |
| A.S.A. STATUS | 0555 | MgSO4 4gm load | IV | RP |
| AGENTS | | | | |
| FLUIDS | | | | |
| MONIT. | | | | |
| TECH. | | | | |
| POST-OP. | | | | |
| SURV. | | | | |
| POST REC. | | | | |
| ATTEND. | | | | |

NURSE'S INITIALS AND SIGNATURES: RP R Adams

DISCHARGE

| TIME | | NURSES SIGNATURE |
|---|---|---|
| 0630 | ☑ AM ☐ PM | R Adams RN |

OC1539



## PHYSICIAN ORDERS

IUP @ 39 1/7 WKS., in Active Labor, @ SROM
condition Good
IV LR @ 125 cc / Hr.
External → Internal Monitors
© Side Face O₂ PRN Fetal Distress
NPO X̄ Ice chips
I + O Cath PRN

| Date | Time | R.N. | Date | Time | | M.D. | |
|---|---|---|---|---|---|---|---|
| | | | 7/6/89 | 1235 | | G Baron R | 1 |

Labs: VDRL, ~~Hep BsAg~~, ~~Rubella~~,
CBC, Tox Screen, T + Screen

1. Aurando Izquito MSIV

| Date | Time | R.N. | Date | Time | | M.D. | |
|---|---|---|---|---|---|---|---|
| 7/7 | Williams 0040 | | 7/6/89 | 1235 | | G Baron R | 2 |

1) Demerol 50 mg IVP now
Largon 20 mg IVP now

| Date | Time | | R.N. | Date | Time | | M.D. | |
|---|---|---|---|---|---|---|---|---|
| 0255 | 7/7/89 | Williams | | 7/7/89 | 0250 | | G Baron R | 3 |

Please send I + O cath U/A error

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|

001540



V.O Dr. Deviviana / J. Williams RN

Demerol 50 mg
LARGON 20 mg ⟩ slow IVP Now

| Date | Time | R.N. | Date | Time | M.D. |
|------|------|------|------|------|------|
| | | | 7/7 | 0620 | J Williams | 1

Please send for serum

| Date | Time | R.N. | Date | Time | M.D. |
|------|------|------|------|------|------|
| | | | 7/07/89 | 0730 | | 2

Pitocin Augmentation per protocol

| Date | Time | R.N. | Date | Time | M.D. |
|------|------|------|------|------|------|
| 7/89 | 1205 | C. Flippac | 7-7-89 | 12:00 | Sheppard | 3

UA, WBC+5
Ammonic Fluid for gramstain & C+S
Start Amp & Gent per Anti Infective
Sheet after cultures taken.

081541

EX 77    1451



001542

**PHYSICIAN ORDERS** — UCM J. CENTER

NURSES: INITIAL TABLETS: NAME AND #
BED NUMBER ON RIGHT END OF EACH
PLACING IN CHART. MARK THROUGH UNUSED LINES IN EACH
SECTION. DETACH COPIES OF COMPLETED ORDERS AND
PLACE IN PHARMACY BOX.

WARD AND
DIVISION. SIGN ON LINE HERE
ON EACH

ALFARO, MARIA ROSIO
7302520EL
TH 25/06

Room No.

(1) ABD Prep

T 77+2W

---

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| | | | 7/8/89 | 0130 | Thomas |

Post op orders   Admit to pp, OC to Floor when off VS

Rx S/p ⊙ C/S , chorioamnionitis

Stable

NKA.

NPO + ice chips

IV D₅LR @ 125cc/hr c̄ 20 U Pit 1st Liter, 10U Pit 2nd liter

Foley to gravity

See Anti-infective sheet (Amp & Gent) 7/8/89
in entire specimen of ?CVA

---

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|

CBC in Am

Compazine 10mg, 1mg q6h prn

Demerol 50-75mg c̄ Phenergan 25mg, 1mg q3-4h prn

When taking pos   Percocet 1-2 q3-4h prn

Halcion 0.25mg, pug hr prn

Colace 250mg po BID

Tylenol 1-2 q4-6h prn

Call HO c̄ T ↑38, T ↓38 × 2, P ↑ 120 wo,
BP < 80/50 ↑ 160/80 , U.o. ↓30cc /hr × 2

---

| Date | Time | R.N. | Date | Time | M.D. |
|---|---|---|---|---|---|
| 7-8-89 | 0730 | RH | | | Thomas |

7-8-89   0755

Pit Labs

MgSO₄ 4gm loading dose IVPB then
2gm/hr

Mg level 2° p̄ loading dose then Q16°
VO Dr Thomas/ RH Dolanyk

001543

**PHYSICIAN ORDERS**

7-8-89   15-25

To Dr. Toohey / SMsn

May advance to clears
for dinner

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/8 | SMsn 16 00 | | | | | 1 |

V.O. Dr Toohey / Striana RN 20 KS 7/8/89

25 Gm MgSO₄ in 500 cc LR
at 2 gm/hr.

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/8/89 | 2000 Striana | | | | | 2 |

DC MgSO₄ per
V.O. Dr Lew

| Date | Time | R.N. | Date | Time | M.D. | |
|------|------|------|------|------|------|---|
| 7/9/89 | 0530 | Jynn RN | | | | 3 |

① DC Fell
② Advance diet to clears
③ Ambulate
④ Tylenol for muscle pain
   ⊤ co 5 60 PRN
⑤ Tydel TAB 125 u/hr

ALFARO, MARIA ROSIO
GARITE, THOMAS MD
10/12/71

001544



# PHYSICIAN ORDERS

UCI MEDICAL CENTER

d/c home

RTEK for T 38⁵ take temp @ home q 4°

for 3-4days · RTEK for ↑ pain regual

fluid

Dr OLP Roluu, PNU FeSO₄, Tylenol #3

Peracrest × 6wh

RT clinic 2wh postop ✓

6wh post pm✓

| Date | Time | R.N. | Date | Time | M.D. |
|------|------|------|------|------|------|
| 7/12 | 12 | | 7/12 | 700 | MdeVilla MD |

Room No.
GARITE, THOMAS MD
10/12/71

L30252 41 I
ALFARO, MARIA R0510
THOMAS MD
10/12/71

GARITE, THOMAS MD
10/12/71
ALFARO, MARIA R0510

L30252 41 I
GARITE, THOMAS MD
10/12/71
ALFARO, MARIA R0510

UCI MEDICAL CENTER
## ANTI-INFECTIVE MEDICATION ORDER

730252 41 A
ALFARO, MARIA ROSIO

**PATIENT IDENTIFICATION**

DIRECTIONS:
1. ALL ORAL AND PARENTERAL (IM/IV) ANTI-INFECTIVE MEDICATIONS MUST BE ORDERED ON THIS FORM; INCLUDE INDICATIONS FOR USE.
2. THIS FORM IS FOR ONE TIME USE ONLY. CONTINUING ANTI-INFECTIVE MEDICATIONS MUST BE REORDERED ON A NEW FORM.
3. USE BALL POINT PEN, PRESS FIRMLY ON A HARD SURFACE.
4. NON-FORMULARY ANTI-INFECTIVE MEDICATIONS REQUIRE COMPLETION OF A NON-FORMULARY DRUG REQUEST FORM.
5. RESTRICTED ANTI-INFECTIVE MEDICATIONS **MUST BE CLEARED** BY CALLING THE INFECTIOUS DISEASE SERVICE PRIOR TO ORDERING. NON-FORMULARY ANTI-INFECTIVES CAN ALSO BE CLEARED IN THIS MANNER.
6. AUTOMATIC STOP TIMES, INTERVALS, DOSES, AND DOSAGE FORMS CANNOT BE CHANGED. NEW ORDERS ARE REQUIRED ON THIS FORM.
ALL INTRAVENOUS PIGGYBACKS WILL BE ISSUED IN A STANDARD DILUENT AND VOLUME UNLESS OTHERWISE INDICATED. CALL STERILE PRODUCTS AT 5981 FOR STANDARD VOLUMES.

**ALLERGIES**
Ø

☒ NEW ORDER    ☐ REORDER

☐ PRE-/PERI-OPERATIVE ORDER
☐ POST-OPERATIVE ORDER

SURGICAL CLASSIFICATION:
☐ CLEAN
☐ CLEAN-CONTAMINATED
☐ CONTAMINATED
☐ DIRTY

COMPLETE ONE BELOW:

☐ SURGICAL PROCEDURE _____
**EXPIRES IN 24 HRS.**

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | AUTOMATIC STOP |
|---|---|---|---|
| 1. | | | ORDER EXPIRES IN 24 HOURS |
| 2. | | | |
| 3. | | | |

☒ PRESUMED INFECTION
**EXPIRES IN 3 DAYS**

SUSPECTED DIAGNOSIS   *Chorioamnionitis*

SUSPECTED PATHOGEN (Cultures must be ordered)   *(B.step, gm ⊝)*

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | |
|---|---|---|---|
| ① *Ampicillin — 2 gm IVPB q 6h* | | | ORDER EXPIRES IN 3 DAYS |
| ② *Gentamycin 120m IVPB q 8h* | | | |

☐ DOCUMENTED INFECTION
**EXPIRES IN 7 DAYS**

SITE _____
PATHOGEN (if identified) _____

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | |
|---|---|---|---|
| 1. | | | ORDER EXPIRES IN 7 DAYS |
| 2. | | | |

001547

MEDICAL CENTER
**ANTI-INFECTIVE MEDICATION ORDER**

PATIENT IDENTIFICATION

ALFARO, MARIA ROSIO

GARITE, THOMAS MD

**DIRECTIONS:**

1. ALL ORAL AND PARENTERAL (IM/IV) ANTI-INFECTIVE MEDICATIONS MUST BE ORDERED ON THIS FORM; INCLUDE INDICATIONS FOR USE.

2. THIS FORM IS FOR ONE TIME USE ONLY. CONTINUING ANTI-INFECTIVE MEDICATIONS MUST BE REORDERED ON A NEW FORM.

3. USE BALL POINT PEN, PRESS FIRMLY ON A HARD SURFACE.

4. NON-FORMULARY ANTI-INFECTIVE MEDICATIONS REQUIRE COMPLETION OF A NON-FORMULARY DRUG REQUEST FORM.

5. RESTRICTED ANTI-INFECTIVE MEDICATIONS **MUST BE CLEARED** BY CALLING THE INFECTIOUS DISEASE SERVICE PRIOR TO ORDERING. NON-FORMULARY ANTI-INFECTIVES CAN ALSO BE CLEARED IN THIS MANNER.

6. AUTOMATIC STOP TIMES, INTERVALS, DOSES, AND DOSAGE FORMS CANNOT BE CHANGED. NEW ORDERS ARE REQUIRED ON THIS FORM.

ALL INTRAVENOUS PIGGYBACKS WILL BE ISSUED IN A STANDARD DILUENT AND VOLUME UNLESS OTHERWISE INDICATED. CALL STERILE PRODUCTS AT 5981 FOR STANDARD VOLUMES.

ALLERGIES

☐ NEW ORDER    ☒ REORDER

☐ PRE/PERI-OPERATIVE ORDER
☐ POST-OPERATIVE ORDER

SURGICAL CLASSIFICATION:
☐ CLEAN
☐ CLEAN-CONTAMINATED
☐ CONTAMINATED
☐ DIRTY

**COMPLETE ONE BELOW:**

EXPIRES IN 24 HRS.

☐ SURGICAL PROCEDURE _____

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | AUTOMATIC STOP |
|---|---|---|---|
| 1. | | | ORDER EXPIRES IN 24 HOURS |
| 2. | | | |
| 3. | | | |

EXPIRES IN 3 DAYS

☐ PRESUMED INFECTION

SUSPECTED DIAGNOSIS _____

SUSPECTED PATHOGEN (Cultures must be ordered) _____

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | ORDER EXPIRES IN 3 DAYS |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

EXPIRES IN 7 DAYS

☒ DOCUMENTED INFECTION

SITE _____ Chorioamnionitis _____

PATHOGEN (if identified) _____

| ANTI-INFECTIVE MEDICATION | DOSE/ROUTE/INTERVAL | FIRST DOSE START TIME ONLY | ORDER EXPIRES IN 7 DAYS |
|---|---|---|---|
| 1) Ampicillin 2gm IVPB q6C | | | |
| 2) Gentamycin 100mg IVPB q8h | | | |
| 3. | | | |

ROOM NO.    DATE    TIME    RN    DATE    TIME    MD

001548

EX 77   1458

```
2TX  -0948          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/09/89 03:05              (QAR33N)                        PAGE 001

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^      \\\  \\\\  \\\\
  ALFARO, MARIA ROSIO            F 17 2235-01    \  \ \   \  \  \
    03109709                          2T          \  \ \\\\  \  \
    GARITE, THOMAS MD        D   F 73025241        \   \ \ \   \  \
    ADM DATE/TIME: 07/07/89  00:08                 \\\  \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                        daily orders summary

new orders entered for the day:

 07/08/89  00:16
    22. URINALYSIS, SPECIMEN COLLECTED, STAT, SPECIMEN COLLECTED, (VL ).
 ENTERED BY: LUCIO, VICKIE      RN    --WRITTEN ORDER(S)-IN CHART--
                                      ENTERED FOR DR-ANGIOLA


 --------------------------------------------------------------

 07/08/89  03:55
    23. BICITRA LIQUID 30ML PO, GIVEN AT 01:50
 ENTERED BY: KINZEK, DIANE      RN    --WRITTEN ORDER(S)-IN CHART--
                                      ENTERED FOR DR-THOMAS


 --------------------------------------------------------------

 07/08/89  05:07
    24. DEMEROL/PHENERGAN MEPERIDINE 75MG/PROMETHAZINE 25MG IM, NOW,
        GIVEN AT 04:10, INJ SITE: L-THIGH
 ENTERED BY: PODANY, ROSE       RN    --WRITTEN ORDER(S)-IN CHART--
                                      ENTERED FOR DR-THOMAS


 --------------------------------------------------------------

 07/08/89  06:06
    25. SGOT, SPECIMEN COLLECTED, NEED RESULTS,  STAT , (KMAD)
    26. SGPT, SPECIMEN COLLECTED, NEED RESULTS,  STAT , (KMAD)
    27. UREA NITRO SERUM, SPECIMEN COLLECTED, NEED RESULTS,  STAT ,
        (KMAD)
    28. URIC ACID SERUM, SPECIMEN COLLECTED, NEED RESULTS,  STAT ,
        (KMAD)
    29. CREATINI SR, SPECIMEN COLLECTED, NEED RESULTS,  STAT , (KMAD)
    30. CBC W/ DIFF, SPECIMEN COLLECTED STAT    , (KMAD)
 ENTERED BY: MCCLAIN, KARIN     RN    --WRITTEN ORDER(S)-IN CHART--
                                      ENTERED FOR DR-THOMAS


 --------------------------------------------------------------

 07/08/89  06:41
    31. DIET: NPO, EXCEPT ICE CHIPS, (RHAG)
    32. DEMEROL/PHENERGAN MEPERIDINE 75MG/PROMETHAZINE 25MG IM, Q3- 4HR,
        PRN PAIN, (RHAG)
                        ------------
```

CC1549