^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:   07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^       \\\ \\\\ \\\\
 ALFARO, MARIA ROSIO            F 17  2235-01       \  \  \  \  \  \
    03109709                             2T          \  \ \\\\  \  \
    GARITE, THOMAS MD       D  [  /3025241          \  \ \  \  \  \
    ADM DATE/TIME: 07/07/89  00:08                   \\\ \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                        daily orders summary
   33. COMPAZINE PROCHLORPERAZINE EDISYLATE INJ 10MG IM Q6HR, PRN N/V,
       (RHAG)
   34. FOLEY CATH- GRAVITY DRAINAGE, (RHAG)
   35. INCENTIVE SPIROMETRY-INITIAL, (RHAG)
   36. NSG INSTRUCT:INC SPIROMETRY Q1H WHILE AWAKE, (RHAG)
   37. NURSING INSTR:--CBC IN AM, (RHAG)
   38. PERCOCET (OXYCODONE 5MG & ACETAMINOPHEN 325MG) TABLET, PO, Q3-
       4HR, PRN PAIN WHEN TAKING PO, (RHAG)
   39. PERCOCET (OXYCODONE 5MG & ACETAMINOPHEN 325MG) 2 TABLETS, PO,
       Q3-4HR, PRN PAIN WHEN TAKING PO, (RHAG)
   40. COLACE/DOSS DIOCTYL SODIUM SULFOSUCCINATE CAPSULE 250MG, PO, QHS
       WHEN TAKING PO, (07/08/89 2100-..), (RHAG)
   41. HALCION TRIAZOLAM TABLET 0.25MG, PO, QHS-PRN  WHEN TAKING PO,
       (07/08/89 2100-..), (RHAG)
 NTERED BY: HARDISON, REBECCA RN      --WRITTEN ORDER(S)-IN CHART--
                                  ENTERED FOR DR-THOMAS


-------------------------------------------------------------------

 07/08/89  06:50
   42. NOTIFY TEMP, OVER 38.5, OVER 38 X2 PULSE, OVER 120 OR, UNDER 50
       BLOOD PRESSURE SYSTOLIC, OVER 160 OR, UNDER 80 DIASTOLIC, OVER
       80 OR, UNDER 50 URINE OUTPUT, UNDER 30CC/H X2HR, (RHAG)
   43. DEMEROL/PHENERGAN MEPERIDINE 50MG/PROMETHAZINE 25MG IM, Q3-4HR,
       (RHAG)
   44. TYLENOL ACETAMINOPHEN TAB 325MG, PO, Q4-6HR, PRN, (RHAG)
   45. ACETAMINOPHEN TABS 650MG, PO, Q4-6HR, PRN, (RHAG)
 ENTERED BY: HARDISON, REBECCA RN      --WRITTEN ORDER(S)-IN CHART--
                                  ENTERED FOR DR-THOMAS


-------------------------------------------------------------------

 07/08/89  06:59
   46. -MGSO4 LEVEL 2 HR AFTER LOADING DOSE, (RHAG)
 ENTERED BY: HARDISON, REBECCA RN      --VERBAL ORDER(S)--
                                  ENTERED FOR DR-THOMAS


                          SIGNED:_____,MD

 -------------------------------------------------------------------

 07/08/89  07:01


001550

```
/09/89 03:05              (QAR33N)                    PAGE 003
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:   07/08 00:00 10 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^   \\\ \\\\ \\\\
  ALFARO, MARIA ROSIO          F 17  2235-01      \  \  \  \  \
    03109/09                      2T               \  \ \\\\  \  \
    GARITE, THOMAS MD      D   [ /3025241          \  \  \  \  \
    ADM DATE/TIME: 07/07/89  00:08                 \\\  \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                    daily orders summary
  47. --MGSO4 LEVEL Q 6 HR.S, (RHAG)
  48. IV LINE-FOLLOW PRESENT IV W, D5LR 1000 ML *125 ML/HR, X3 BTLS
      START APPROX: 0900 , (RHAG)
  49. IV LINE- , D5LR 1000 ML *125 ML/HR, X3 BTLS #2 START APPROX:
      1700 , (RHAG)
  50. IV LINE- , D5LR 1000 ML *125 ML/HR, X3 BTLS #3 START APPROX:
      0100 , (RHAG)
ENTERED BY: HARDISON, REBECCA RN     --VERBAL ORDER(S)--
                                     ENTERED FOR DR-THOMAS


                                 SIGNED:_____,MD

------------------------------------------------------------------


07/08/89  07:05
  51. NURSING INSTR:--MGSO4 2 GM/HR., (RHAG)
ENTERED BY: HARDISON, REBECCA RN     --VERBAL ORDER(S)--
                                     ENTERED FOR DR-THOMAS


                                 SIGNED:_____,MD

------------------------------------------------------------------


07/08/89  07:22
  52. CBC W/O DIF, NSG TO DRAW  TOMORROW AT 06:00  , (07/09/89 0600),
      (RHAG)
ENTERED BY: HARDISON, REBECCA RN     --WRITTEN ORDER(S)-IN CHART--
                                     ENTERED FOR DR-THOMAS

------------------------------------------------------------------


07/08/89  07:28
  53. (ADJUSTING DELETE) DEMEROL/PHENERGAN MEPERIDINE
      75MG/PROMETHAZINE 25MG IM, Q3- 4HR, PRN PAIN, (RHAG): **WRONG
      DOSE :--ORDER IS FOR DEMEROL 50MG-75MG /PHENERGAN 25MG
  54. DEMEROL/PHENERGAN MEPERIDINE 75MG/PROMETHAZINE 25MG IM, Q3-4HR,
      PRN PAIN
  55. DEMEROL/PHENERGAN MEPERIDINE 50MG/PROMETHAZINE 25MG IM, Q3-4HR,
      PRN PAIN
ENTERED BY: LEONG, RICHARD    RPH    --ADJUSTING ORDER(S)--

                              CONTINUED
```

OC1551

alfaro, maria rosio          03109109          daily orders summary

09/89 03:05                    (QARSSN)                      PAGE 004

\^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
\^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^           \\\  \\\\  \\\\
 ALFARO, MARIA ROSIO            F 17  2235-01        \   \  \    \   \   \
   03109/09                          2T             \    \  \\\\   \   \   \
   GARITE, THOMAS MD        D   T  /3025241          \   \  \ \    \    \   \
   ADM DATE/TIME: 07/07/89  00:08                     \\\  \  \    \\\\
\^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^           /
                     daily orders summary
-----------------------------------------------------------------

07/08/89  07:28
   56. (ADJUSTING DELETE) DEMEROL/PHENERGAN MEPERIDINE
       50MG/PROMETHAZINE 25MG IM, Q3-4HR, (RHAG): **MISSING INDICATION
ENTERED BY: LEONG, RICHARD     RPH   --MD COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------

07/08/89  07:29
   57. (ADJUSTING DELETE) COLACE/DOSS DIOCTYL SODIUM SULFOSUCCINATE
       CAPSULE 250MG, PO, QHS WHEN TAKING PO, (07/08/89 2100-..),
       (RHAG): **WRONG INTERVAL
   58. DC COLACE/DOSS DIOCTYL SODIUM SULFOSUCCINATE CAPSULE 250MG, PO,
       QHS WHEN TAKING PO, ....CHANGE SCHEDULE:, (RHAG)
   59. COLACE/DOSS DIOCTYL SODIUM SULFOSUCCINATE CAPSULE 250MG, PO,
       STARTED ON 7 /8, BID, (07/08/89 0900-..), (RHAG)
ENTERED BY: LEONG, RICHARD     RPH   --ADJUSTING ORDER(S)--


-----------------------------------------------------------------

07/08/89  08:19
   60. CBC W/O DIF, SPECIMEN COLLECTED, (CN ).
   61. MAGNESIUM, SPECIMEN COLLECTED, STAT, SPECIMEN COLLECTED, (CN ).
ENTERED BY: NISWONGER, SHARI  RN    --WRITTEN ORDER(S)-IN CHART--
                        ENTERED FOR DR-THOMAS


-----------------------------------------------------------------

07/08/89  08:23
   62. DC GENTAMICIN 120 MG IN NS 100 ML , PRESUMED INF. (RENEW:3DAYS)
       , Q8H IVPB , START, START ON 07/08 START AT, 0600, ....CHANGE
       SCHEDULE:, (JBA8)
   63. GENTAMICIN 120 MG IN NS 100 ML , PRESUMED INF. (RENEW:3DAYS)
       Q8H IVPB , START AT 0900, STARTED ON 07-08, (07/08/89 0900-..),
       (JBA8)
ENTERED BY: NISWONGER, SHARI  RN    --ADJUSTING ORDER(S)--


-----------------------------------------------------------------

07/08/89  13:55

001552

alfaro, maria rosio

J9/89 03:05                    (QAR33N)                         PAGE 005

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
AILY ORDERS SUMMARY
ATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^    \\\  \ \ \\\  \\\\
ALFARO, MARIA ROSIO                  F 17  2235-01       \    \ \ \\\  \ \
   03109/09                            2T            \   \ \\\\  \ \
   GARITE, THOMAS MD        D   F 73025241            \  \ \ \   \ \
   ADM DATE/TIME: 07/07/89  00:08                      \\\  \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                    daily orders summary
     64. MAGNESIUM, SPECIMEN COLLECTED, STAT, SPECIMEN COLLECTED, (CN ).
   ENTERED BY: NISWONGER, SHARI RN     --WRITTEN ORDER(S)-IN CHART--
                               ENTERED FOR DR-THOMAS

--------------------------------------------------------------------

 07/08/89  14:00
     65. MAGNESIUM , STAT, SPECIMEN COLLECTED, SPECIMEN COLLECTED, (SFAE)
   ENTERED BY: HARBER, SHERI    USC    --WRITTEN ORDER(S)-IN CHART--
                               ENTERED FOR DR-JOE

--------------------------------------------------------------------

 7/08/89  15:51
     66. DIET: CLEAR LIQUID, START WITH DIN ON 07/08/89, (JWA1)
   ENTERED BY: WOOD, JAMIE     USC    --WRITTEN ORDER(S)-IN CHART--
                               ENTERED FOR DR-TOOHEY

--------------------------------------------------------------------

 07/08/89  15:59
     67. DIET: CLEAR LIQUID, START WITH DIN TODAY, (CN ).
 } ENTERED BY: NISWONGER, SHARI RN     --PHONE ORDER(S)--
                               ENTERED FOR DR-TOOHEY


                    SIGNED:_____,MD

--------------------------------------------------------------------

 07/08/89  17:28
     68. TUBERCULIN SKIN TEST INTERMEDIATE STRENGTH 0.1ML INTRADERMAL,
        NOW, GIVEN AT 17:00
   ENTERED BY: TRIANA, LILLIAM    RN   --WRITTEN ORDER(S)-IN CHART--
                               ENTERED FOR: GARITE, THOMAS MD

--------------------------------------------------------------------

 07/08/89  20:48
     69. IV LINE-START, LR 500 ML W MAGNESIUM SULFATE INJ 25 GM (50 ML)--
        TRA 2GM/HR START AT, 2100 (SPECIAL RATE) , (JWA1)
   ENTERED BY: WOOD, JAMIE     USC    --WRITTEN ORDER(S)-IN CHART--
                               ENTERED FOR DR-TOOHEY

001553

```
/09/89 03:05                    (QAR33N)                       PAGE 006
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^        \\\  \\\\  \\\\
   ALFARO, MARIA ROSIO              F 17 2235-01     \  \  \   \  \ \
    03109/09                             2T          \   \ \\\\    \  \
    GARITE, THOMAS MD        D   f  /3025241          \   \ \ \    \  \
     ADM DATE/TIME: 07/07/89  00:08                    \\\  \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                         daily orders summary                       /
-----------------------------------------------------------------


07/08/89  21:00
    70. 69. (ADJUSTING DELETE) IV LINE-START, LR 500 ML W MAGNESIUM
        SULFATE INJ 25 GM (50 ML)--TRA 2GM/HR START AT, 2100 (SPECIAL
        RATE) , (JWA1)
    71. IV LINE-START, LR 500 ML W MAGNESIUM SULFATE INJ 25 GM (50 ML)--
        40ML/HR (2GM/HR) START AT, 2100 (SPECIAL RATE)
ENTERED BY: ISHIDA, DIANE        RPH    --MD COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------


07/08/89  21:39
    72. MAGNESIUM, STAT, SPECIMEN COLLECTED, (JWA1)
   NTERED BY: WOOD, JAMIE        USC    --WRITTEN ORDER(S)-IN CHART--
                            ENTERED FOR DR-TOOHEY


-----------------------------------------------------------------


                            LASTPAGE
```

061554

```
-v  -1015        UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
    0/89 03:03                    (QAR$$N)                            PAGE 001
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
AILY ORDERS SUMMARY
ATA ENTERED DURING:  07/09 00:00 TO 00:00 07/10
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^     \\\  \\\\  \\\\
ALFARO, MARIA ROSIO            F 17  2235-01       \   \ \   \ \  \
  03109/09                         2T             \   \ \\\\  \ \  \
  GARITE, THOMAS MD        D   F  /3025241         \   \ \ \   \ \  \
    ADM DATE/TIME: 07/07/89  00:08                  \\\  \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                       daily orders summary                    /

ew orders entered for the day:

07/09/89  08:04
    73. 71. (DC)  IV LINE-START, LR 500 ML W MAGNESIUM SULFATE INJ 25
         GM (50 ML)--40ML/HR (2GM/HR) START AT, 2100 (SPECIAL RATE) ,
         (JYAG)
ENTERED BY: YIM, JUDY         RN    --VERBAL ORDER(S)--
                                    ENTERED FOR DR-LEW


                          SIGNED:_____,MD

-----------------------------------------------------------------

07/09/89  10:40
    74. NURSING INSTR:--D/C FOLEY, (TKAB)
    75. ACTIVITY:....AMBULATE, (TKAB)
    76. TYLENOL ACETAMINOPHEN TAB 325MG, PO Q6HR, PRN PAIN, (TKAB)
    77. IV LINE-FOLLOW PRESENT IV W, D5LR 1000 ML *125 ML/HR, X3 BTLS #1
         START APPROX: 1100 , (TKAB)
    78. IV LINE- , D5LR 1000 ML *125 ML/HR, X3 BTLS #2 START APPROX:
         1900 , (TKAB)
    79. IV LINE- , D5LR 1000 ML *125 ML/HR, X3 BTLS #3 START APPROX:
         0300 , (TKAB)
ENTERED BY: KRAMER, TERI          --WRITTEN ORDER(S)-IN CHART--
                                  ENTERED FOR DR-TOOHEY


-----------------------------------------------------------------


                          LASTPAGE
```

001555

```
 -1079          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
  11/89 03:01                    (QAR$$N)                        PAGE 001
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
AILY ORDERS SUMMARY
ATA ENTERED DURING: 07/10 00:00 TO 00:00 07/11
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^     \\\  \\\\  \\\\
ALFARO, MARIA ROSIO           F 17  2235-01        \   \  \   \  \  \
  03109/09                       2T                \   \ \\\\   \  \
  GARITE, THOMAS MD        D   F /3025241           \  \  \  \   \  \
  ADM DATE/TIME: 07/07/89  00:08                     \\\   \  \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                        daily orders summary

ew orders entered for the day:

07/10/89  08:43
    80. DIET: REGULAR, START WITH BRK TODAY, (SFAE)
    81. VASCULAR LINES:....CHG IV TO HEPARIN LOCK, (SFAE)
    82. HEPARIN SODIUM LOCK FLUSH INJ 10 U IV PUSH, Q4HR, (07/10/89
        0900-..), (SFAE)
    83. ACTIVITY:....AMBULATE TID, (SFAE)
ENTERED BY: HARBER, SHERI     USC    --WRITTEN ORDER(S)-IN CHART--
                            ENTERED FOR DR-DEVECIANA


-------------------------------------------------------------------

  /10/89  12:06
    84. (DC) GENTAMICIN 120 MG IN NS 100 ML , PRESUMED INF. (RENEW:
        3DAYS) , Q8H IVPB , START AT 0900, STARTED ON 07-08, (07/08/89
        0900-..), (SFAE)
    85. (DC) AMPICILLIN 2000 MG IN NS 100 ML , PRESUMED INF. (RENEW:
        3DAYS) , Q6H IVPB , START ON 07/08 START AT, 0400, (07/08/89
        0400-..), (SFAE)
    86. (DC) HEPARIN SODIUM LOCK FLUSH INJ 10 U IV PUSH, Q4HR,
        (07/10/89 0900-..), (SFAE)
ENTERED BY: HARBER, SHERI     USC    --WRITTEN ORDER(S)-IN CHART--
                            ENTERED FOR DR-DEVECIANA


-------------------------------------------------------------------

07/10/89  14:58
    87. (DELETE) DEMEROL/PHENERGAN MEPERIDINE 50MG/PROMETHAZINE 25MG IM,
        Q3- 4HR, PRN PAIN: ORDER REQUIRES ADJUSTING
    88. (DELETE)  DEMEROL/PHENERGAN MEPERIDINE 75MG/PROMETHAZINE 25MG
        IM, Q3- 4HR, PRN PAIN: ORDER REQUIRES ADJUSTING
ENTERED BY: ADAMS, YVONNE     RN   --ADJUSTING ORDER(S)--


-------------------------------------------------------------------


                            LASTPAGE
```

001556

```
TX  -1179          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
7/12/89 03:02                    (QAR$$N)                        PAGE 001

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
DAILY ORDERS SUMMARY
DATA ENTERED DURING:  07/11 00:00 TO 00:00 07/12
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^      \\\  \\\\  \\\\
 ALFARO, MARIA ROSIO          F 17  2235-01          \   \  \    \   \  \
   03109/09                         2T                \   \ \\\\   \   \
   GARITE, THOMAS MD       D  F /3025241              \   \ \  \   \   \
   ADM DATE/TIME: 07/07/89  00:08                     \\\  \   \  \\\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
                          daily orders summary                      /

new orders entered for the day:

 07/11/89  09:10
    89. URINALYSIS COMPLETE, CLEAN CATCH, SPECIMEN COLLECTED, (CN ).
    90. AEROBIC CULTURE, URINE,CLEAN VOID, CLEAN.
        WORKING DIAGNOSIS:UTI.
        ANTIMICROBICS PT IS RECEIVING:NONE.
        DATE OF ONSET:07-11-89, SPECIMEN COLLECTED, (CN ).
    91. CBC W/O DIF, SPECIMEN COLLECTED, SPECIMEN COLLECTED, (CN ).
    92. DIFFERENTIAL, SPECIMEN COLLECTED, (CN ).
 ENTERED BY: NISWONGER, SHARI  RN       --WRITTEN ORDER(S)-IN CHART--
                                 ENTERED FOR DR-DEVECIANA


-------------------------------------------------------------------

 07/11/89  09:46
    93. NURSING INSTR:--SEND CLEAN CATCH UA & C&S ASAP. SEND CBC WITH
        DIFF. THIS AM., (TRA).
    94. SPECIAL OBSV:....NOTIFY HOUSE OFFICER OF TEMP. OVER 38, (TRA).
    95. DRESSINGS: REMOVE STAPLES AND APPLY STERISTRIPS, (TRA).
 ENTERED BY: REYNA, T.               --WRITTEN ORDER(S)-IN CHART--
                                 ENTERED FOR DR-DE VECIANA


-------------------------------------------------------------------


                         LASTPAGE
```

001557

```
MEDRC-3733                UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/13/89 07:49                        (GAXPRQ)                          PAGE 001
=================================================================================
DAILY ORDERS SUMMARY
ATA ENTERED DURING:  07/12 00:00 TO 00:00 07/13
ALFARO, MARIA ROSIO                    F 17    -                ###  ###   ###
03109709                                       DI-IP            #    # #   # #
GARITE, THOMAS MD            D   T  73025241                    #    ###   ###
    ADM DATE/TIME: 07/07/89  00:09                             ###  # #   ###
=================================================================================
                              DAILY ORDERS SUMMARY

NEW ORDERS ENTERED FOR THE DAY:

  07/12/89  07:24
      96. DISCHARGE PATIENT: TODAY: DISCH DX:--POST-OP C/S., PATIENT
          ALREADY CLEARED. (TRA).
      97. DISCH MEDICATIONS: PRENATAL VITAMINS: FERROUS SULFATE: TYLENOL
          #3: COLACE. (TRA).
      98. DISCH ACTIVITY: PELVIC REST FOR 6 WEEKS. (TRA).
      99. DISCH TREATMENTS: RETURN TO ER IF FEVER,CHILLS,INCREASE IN
          VAGINAL BLEEDING OR ABDOMINAL PAIN: RETURN FOR INCISION PROBLEMS
          , (TRA).
     100. CLINIC APPTS: POSTOP GYN 2WKS.: PT MAKES OWN APPT. (TRA).
  ENTERED BY: REYNA, T.                    --WRITTEN ORDER(S)-IN CHART--
                                    ENTERED FOR DR-DE VECIANA
```

--------------------------------------------------------------------------------

                       --NO ORDERS WERE COUNTERSIGNED FOR DAY--

--------------------------------------------------------------------------------

                                    LASTPAGE

QC1558

EX 78   1468

```
MEDRC-3735              UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/13/89 07:49                        (QAXPRO)                          PAGE 001
=================================================================
UNISIGNED ORDERS SUMMARY
DATA ENTERED DURING: 07/12 00:00 TO 00:00 07/13
=================================================================
ALFARO, MARIA ROSIO              F 17
  03109709                                 01-IP
  GARITE, THOMAS MD           D   T  73025241
  ADM DATE/TIME: 07/07/89  00:08
=================================================================

ALL ORDERS FOR SIGNATURE:


THERE ARE NO ORDERS TO BE SIGNED

-----------------------------------------------------------------


                  ** END OF SECTION **
                      LASTPAGE
```

001559

Diaz, arlyn kate

```
        -0964          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
  09/89 03:40              (QAF33N)                          PAGE 001
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^  \\\\    \\\\
ALFARO, MARIA ROSIO            F 17   223501          \  \    \  \
   03109/09                            2T             \\\\ \\ \\\\
   GARITE, THOMAS MD         D   F  73025241           \        \ \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^    \      \  \
                          patient record
```

patient info:

```
07/08 06:53    SECONDARY DX--S/P REPEAT C/S;CHORIOAMNITIS.        RHAG
07/08 06:54    CONDITION: STABLE                                 RHAG
07/08 07:03    ALLERGY: NO KNOWN DRUGS                           RHAG
               DIETARY ALLERGY: NO KNOWN FOODS                   RHAG
07/08 11:45    DIET ALLERGY-NKA, ROM 07-03-89                    CN

                    NURSING NOTES:

misc data/special ivs/tubing changes:

07/03 07:30    HBSAG: NEG                                        RHAG
               INFANT ADMITTED TO: NICU                          RHAG
               TEACHING: CARE OF SELF/INFANT;FEEDING; BATH DEMO;
                    RESOURCES;S/S OF SELF & INFANT               RHAG
               PRENATAL CARE: -FHPX2                             RHAG
               G3                                                RHAG
               P2                                                RHAG
               SAB1                                              RHAG
               DELIVERY DATE: 07/03/89 TIME: 0230               RHAG
               DELIVERY TYPE: C/S--MACROSOMIA                    RHAG
               ANESTHESIA: EPIDURAL                              RHAG
               BLOOD TYPE/RH: A +                                RHAG
               RUBELLA: IMMUNE                                   RHAG
               VDRL: REACTIVE                                    RHAG
               VDRL: TREATED 06/01/89                            RHAG
07/08 09:00    REG. IV TUBING USED/CNG'D                         CN
07/08 10:00    REG. IV TUBING USED/CNG'D                         CN
07/08 11:45    ADM ASSESS DONE: YES                              CN
07/08 16:00    REG. IV TUBING USED/CNG'D                         LTA
07/08 17:30    PPD: PLACED 07/08/89                              LTA

               nsg admit hx/physical assessment:

                         CONTINUED
```

001560

```
~/09/89 03:40           (QATSSN)                              PAGE 002

..^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
ATIENT RECORD
ATA ENTERED DURING:  07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^   \\\\    \\\\
.LFARO, MARIA ROSIO            F 17   223501           \  \     \  \
  03109/09                       2T                   \\\\  \\ \\\\
  GARITE, THOMAS MD         D  T /3025241               \       \  \
.^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^      \       \  \..
                        p a t i e n t   r e c o r d


07/08 11:45   OBSTETRICS ADMIT PATIENT INFORMATION:               CN
        RECEIVED ON 2T UNIT AT 0630, RECEIVED FROM RR             CN
        ORIENTATION TO: ROOM, UNIT ROUTINES, SMOKING POLICY       CN
        BABY'S NAME--MALE                                         CN
        PRIMARY LANG--ENGLISH                                     CN
        WKS IUP 39, LMP 10-06-88, EDC 07-12-89                    CN
        VALUABLES GIVEN TO:--PT                                   CN
        PRENATAL CARE: LOC-FHP, LESS THAN 5 VISITS                CN
        INITIAL DISCHARGE PLAN/CLIENT EDUC: SEE CARE PLAN LONG
           TERM GOALS- THIS HOSP. MAY CAUSE FINANC. DIFFICULTY;
           PT ED PRIOR TO DC: CARE OF SELF/INFANT; FEEDING;
           BATH DEMO; RESOURCES; S/S OF SELF & INFANT-SEE TCHG
           RECORD BEDSIDE; PHN REFERRAL:--ON DC                   CN

:dications:

EMEROL/PHENERGAN              MEPERIDINE 75MG/PROMETHAZINE 25MG
07/08 05:07    IM,GIVEN AT 04:10  INJ SITE: L-THIGH    PODANY, ROSE
07/08 08:30    IM GIV INJ SITE: R-GLUTEAL FOR PAIN     NISWONGER, SHARI
07/08 12:00    IM GIV INJ SITE: L-GLUTEAL FOR PAIN     NISWONGER, SHARI
ICITRA LIQUID 30ML
07/08 03:55    PO,GIVEN AT 01:50                       KINZEK, DIANE
JBERCULIN SKIN TEST INTERMEDIATE STRENGTH 0.1ML
07/08 17:28    INTRADERMAL,GIVEN AT 17:00              TRIANA, LILLIAM
MPICILLIN 2000 MG IN NS 100 ML
07/08 10:30    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                               NISWONGER, SHARI
07/08 16:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                               TRIANA, LILLIAM
ENTAMICIN 120 MG IN NS 100 ML
07/08 09:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                               NISWONGER, SHARI
07/08 17:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                               TRIANA, LILLIAM
OLACE/DOSS               DIOCTYL SODIUM SULFOSUCCINATE
APSULE 250MG

                        CONTINUED
```

CC1561

```
 /09/89 03:40              (QA(33N)                              PAGE 003
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:   07/08 00:00 TO 00:00 07/09
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^      \\\\      \\\\
  ALFARO, MARIA ROSIO            F 17   223501             \   \     \    \
     03109/09                         2T                   \\\\  \\ \\\\
     GARITE, THOMAS MD        D   F  /3025241              \         \  \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^      \         \ \
                       patient record
```

```
  07/08 09:00    PO NOT GIV BECAUSE NPO              NISWONGER, SHARI
  07/08 10:50    MED FOLLOW-UP: MED GIVEN:--DEMEROL,
                 REASON DRUG GIVEN: PAIN, DECREASED,
                 MODER

                    ** END OF SECTION **

                       LASTPAGE
```

OC1562

EX 78   1472

```
*TX  =1024        UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
 7/10/89 03:38          (QAT33N)                              PAGE 001

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:   07/09 00:00 TO 00:00 07/10
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^       \\\\      \\\\
 ALFARO, MARIA ROSIO          F 17   223501           \   \    \   \
   03109/09                            2T             \\\\  \\ \\\\
   GARITE, THOMAS MD        D   F  73023241            \        \  \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^   \        \  \
                        patient record
```

                    NURSING NOTES:

misc data/special ivs/tubing changes:

```
) 07/09 04:00    EXTENSION SET USED/CNG'D                        JYAG
  07/09 09:00    NO TUBING CHANGED. ENTERED FOR:--G GIERUC       YA
  07/09 10:00    NO TUBING CHANGED                               YA
```

ivs:

```
  07/09 03:30   48. IV LINE-- , D5LR 1000 ML *125 ML/HR START
               APPROX: 0900....GIVEN/INFUSED                     JYAG
  07/09 12:30   49. IV LINE-- , D5LR 1000 ML *125 ML/HR #2
               START APPROX: 1700....GIVEN/INFUSED               YA
```

medications:

```
AMPICILLIN 2000 MG IN NS 100 ML
  07/09 04:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                          YIM, JUDY
  07/09 10:00    PRESUMED INF. (RENEW:3DAYS) GIV
               ENTERED FOR:--G GIERUC IV:PIGGYBACK   ADAMS, YVONNE
  07/09 16:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                          GIACOBELLO, CARMEL
  07/09 22:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                          GIACOBELLO, CARMEL
PERCOCET              (OXYCODONE 5MG & ACETAMINOPHEN
325MG) 2 TABLETS
  07/09 00:00    PO GIV FOR PAIN                   YIM, JUDY
  07/09 03:30    PO GIV FOR PAIN                   YIM, JUDY
  07/09 12:15    PO GIV ENTERED FOR:G GIERUC FOR PAIN  ADAMS, YVONNE
  07/09 19:25    PO GIV FOR PAIN                   GIACOBELLO, CARMEL
GENTAMICIN 120 MG IN NS 100 ML
  07/09 01:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
               PIGGYBACK                          YIM, JUDY
```

                        CONTINUED

001563

EX 78   1473

alfaro, maria rosio                      page 002                    patient record

7/10/89 03:38          (QA1$$N)                           PAGE 002

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/09 00:00 TO 00:00 07/10
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^     \\\\      \\\\
  ALFARO, MARIA ROSIO              F 17   223501           \   \    \   \
    03109709                              2T            \\\\  \\ \\\\
    GARITE, THOMAS MD        D   F  73025241             \       \   \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^     \       \   \
                            patient record

  07/09 09:00    `PRESUMED INF. (RENEW:3DAYS) GIV IV:
                  PIGGYBACK                         ADAMS, YVONNE
  07/09 17:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
                  PIGGYBACK INJ SITE: R FOREARM      GIACOBELLO, CARMEL
)COLACE/DOSS                 DIOCTYL SODIUM SULFOSUCCINATE
CAPSULE 250MG
  07/09 09:00    PO GIV ENTERED FOR:--G GIERUC       ADAMS, YVONNE
  07/09 21:00    PO GIV                              GIACOBELLO, CARMEL

                     ** END OF SECTION **

                        LASTPAGE

001564

EX 78   1474

alfaro, maria rosio          03109709                    patient record

07/11/89 03:36              (QAF$$N)                      PAGE 002

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/10 00:00 TO 00:00 07/11
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^    \\\\      \\\\
  ALFARO, MARIA ROSIO            F 17   223501           \   \     \   \
   03109709                         2T                   \\\\  \\ \\\\
  GARITE, THOMAS MD        D   F  73025241               \      \    \  \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^    \        \    \
                    patient record


 07/10 09:00   PO GIV                          ADAMS, YVONNE
 07/10 21:00   PO GIV DR NOTIF                 REGISTRY, OB2T


              ** END OF SECTION **

                 LASTPAGE

0C1565

```
TX  -1097          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/11/89 03:36              (QAISSN)                              PAGE 001

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/10 00:00 TO 00:00 07/11
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^   \\\\        \\\\
  ALFARO, MARIA ROSIO            F 17   223501          \    \    \   \
    03109709                             2T             \\\\  \\ \\\\
    GARITE, THOMAS MD          D  F /3025241             \          \  \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^   \          \  \
                            patient record
```

                   NURSING NOTES:

misc data/special ivs/tubing changes:

07/10 10:00    NO TUBING CHANGED                            YA
07/10 17:35    ALL SUPPLEMENTAL STAFF CHARTING ENTERED BY J.
               CARTZNES RN OF NSI REGISTRY FOR THE 3 TO 11 SHIFT    OB2R

ivs:


07/10 01:00    50. IV LINE~ , D5LR 1000 ML #125 ML/HR #3
               START APPROX: 0100....GIVEN/INFUSED              JYAG

medications:

AMPICILLIN 2000 MG IN NS 100 ML
  07/10 04:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
                 PIGGYBACK                             YIM, JUDY
  07/10 10:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
                 PIGGYBACK                             ADAMS, YVONNE
PERCOCET                        (OXYCODONE 5MG & ACETAMINOPHEN
325MG) TABLET
  07/10 00:00    PO GIV FOR PAIN                       YIM, JUDY
  07/10 04:00    PO GIV FOR PAIN                       YIM, JUDY
  07/10 08:25    PO GIV FOR PAIN                       ADAMS, YVONNE
  07/10 17:00    PO GIV ENTERED FOR:J. CARTZNES RN FOR
                 PAIN                                  REGISTRY, OB2T
GENTAMICIN 120 MG IN NS 100 ML
  07/10 01:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
                 PIGGYBACK                             YIM, JUDY
  07/10 09:00    PRESUMED INF. (RENEW:3DAYS) GIV IV:
                 PIGGYBACK                             ADAMS, YVONNE
COLACE/DOSS                     DIOCTYL SODIUM SULFOSUCCINATE
CAPSULE 250MG

                         CONTINUED

001566

```
CTXT -1201          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/12/89 03:37          (QAT#3N)                              PAGE 001
 ^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
PATIENT RECORD
DATA ENTERED DURING:  07/11 00:00 TO 00:00 07/12
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^        \\\\      \\\\
 ALFARO, MARIA ROSIO           F 17   223501              \   \    \   \
    03109/09                      2T                       \\\\ \\ \\\\
    GARITE, THOMAS MD        D  F  73025241                \        \   \
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^        \        \   \
                         patient record
```

          NURSING NOTES:

misc data/special ivs/tubing changes:

07/11 18:00   PPD: NEG 07-11-89                                CN

medications:

ERCOCET                   (OXYCODONE 5MG & ACETAMINOPHEN
25MG) 2 TABLETS
07/11 08:10   PO GIV FOR PAIN                          NISWONGER, SHARI
ILACE/DOSS              DIOCTYL SODIUM SULFOSUCCINATE
APSULE 250MG
 7/11 09:00   PO GIV                                   NISWONGER, SHARI
  '11 21:00   PO GIV                                   TRIANA, LILLIAM
07/11 10:45   MED FOLLOW-UP: MED GIVEN:--PERCOCET,
              REASON DRUG GIVEN: PAIN, DECREASED,
              MODER

                    ** END OF SECTION **

                       LASTPAGE

001567

```
 3319              UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
12/89 11:19              (QA[$$P)                              PAGE 001
```

PATIENT RECORD
DATA ENTERED DURING:  07/12 00:01 TO 11:19

```
ALFARO, MARIA ROSIO              F 17  223501
   03109/09                            2T
   GARITE, THOMAS MD       D   T /3025241
```

patient record


nursing notes:


discharge note:

07/12 11:00    OB DISCH NOTE: DISCHARGED TO: HOME....ADDRESS--
               1856 W. TAMARO LN.ANAHEIM.CA.92804....ACCOMPANIED
               BY--FAMILY MEMBER. MODE OF TRANSPORTATION-
               WHEELCHAIR. DISCHARGE OFFICE CLEARANCE: YES; AGE 17;
               G3; P2; C/S ON 07/08 AT 02:30; ANES: GENERAL....
               RUBELLA: IMMUNE....VDRL: REACTIVE....HBSAG:
               NEGATIVE....PPD: NEGATIVE ON 07/11....BLOOD TYPE: A
               +....PRENATAL CARE: PHD....INFANT FEEDING:
               FORMULA....INFANT FEEDING: FORMULA....EDUCATIONAL
               SUMMARY-POST PARTUM PROTOCAL, APPEARS TO UNDERSTAND
               S/S OF DISEASE OF THE NEWBORN, AWARE OF FOLLOW-UP
               CARE/RESOURCES; INSTRUCTED IN: ENGLISH; CLINIC
               APPOINTMENTS:: PT MAKES OWN APPT; CLINIC
               APPOINTMENTS: --PHD IN 2 WEEKS; MEDS: --FES094.
               TYLENOL #3.PNV. OCP.                              MCAL
        SUMMARY COMMENTS:--17 YR OLD. G3 P2. FORMULA FEEDING.
               FUNDAS FIRM. INCISION CLEAN. STERI STRIPES IN
               PLACE. TEACHING GIVEN. TO HOME WITH ONFANT IN
               STABLE CONDITION.                                 MCAL

medications:

COLACE/DOSS              DIOCTYL SODIUM SULFOSUCCINATE
CAPSULE 250MG
 07/12 09:00    PO G1V                           CHOU, MEI-YU

                    ** END OF SECTION **

                       LASTPAGE
```

DC1568

```
MEDRC-3734          UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
07/13/89 07:49                    (GAXPRO)                        PAGE 001
```

```
==================================================================
  TIENT RECORD
  TA ENTERED DURING:  07/12 00:00 TO 00:00 07/13
==================================================================
  ALFARO, MARIA ROSIO           F 17
   03109709                            OI-IP
  GARITE, THOMAS MD         D   T  79025241
==================================================================
                        PATIENT RECORD
```

NURSING NOTES:

DISCHARGE NOTE:

```
07/12 11:00    OB DISCH NOTE: DISCHARGED TO: HOME....ADDRESS--
               1836 W. TAMARO LN. ANAHEIM. CA. 92804....ACCOMPANIED
               BY--FAMILY MEMBER. MODE OF TRANSPORTATION-
               WHEELCHAIR. DISCHARGE OFFICE CLEARANCE: YES: AGE 17:
               G3: P2: C/S ON 07/30 AT 02:30: ANES: GENERAL....
               RUBELLA: IMMUNE....VDRL: REACTIVE....HBSAG:
               NEGATIVE....PPD: NEGATIVE ON 07/11....BLOOD TYPE: A
               +....PRENATAL CARE: PHD....INFANT FEEDING:
               FORMULA....INFANT FEEDING: FORMULA....EDUCATIONAL
               SUMMARY-POST PARTUM PROTOCAL: APPEARS TO UNDERSTAND
               S/S OF DISEASE OF THE NEWBORN: AWARE OF FOLLOW-UP
               CARE/RESOURCES: INSTRUCTED IN: ENGLISH: CLINIC
               APPOINTMENTS:: PT MAKES OWN APPT: CLINIC
               APPOINTMENTS: --PHD IN 2 WEEKS: MEDS: -FESO94.
               TYLENOL #3.PNV. OCP.                              MCAL
           SUMMARY COMMENTS:--17 YR OLD. G3 P2. FORMULA FEEDING.
               FUNDUS FIRM. INCISION CLEAN. STERI STRIPES IN
               PLACE. TEACHING GIVEN. TO HOME WITH ONFANT IN
               STABLE CONDITION.                                 MCAL
```

```
EDICATIONS:

 OLACE/DOSS                DIOCTYL SODIUM SULFOSUCCINATE
 APSULE 250MG
07/12 09:00    PO GIV                          CHOU, MEI-YU
```

** END OF SECTION **

LASTPAGE

OC1569

```
07/15/89                  UCI MEDICAL CENTER              CUMULATIVE SUMMARY
   20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE 1
                        Y. KIKKAWA, M.D. & ASSOCIATES


    NAME: ALFARO,MARIA ROSIO          SEX: F   AGE: 17Y    ROOM:    2235 01
    H#  : 0310970 9                                        LOC:         2T
    DR:   GARITE, THOMAS              FC: T!0107294        ACCT#:   730252 4
          CODE: 13359


          =============== ELECTROLYTES, BUN, CREATININE, GLUCOSE ===============
TEST:        BUN      CREAT
UNITS:      MG/DL    MG/DL
LO-HI:      [5-25]   [0.7-1.5]


7/08/89
    0606        14
             STAT
    0606                 1.2
                       STAT


          ======================== ROUTINE CHEMISTRY =======================
TEST:      UR AC    SGOT  SGPT
UNITS:     MG/DL    U/L    U/L
LO-HI:    [2.2-7.7] [0-41][0-45]


7/08/89
    0606      7.7     67H   31
             STAT    STAT  STAT


          ================== MISC ROUTINE BLOOD CHEMISTRIES ==================
TEST:      MAGNESIUM
UNITS:      MG/DL
LO-HI:     [1.8-2.4]


7/08/89
    2139       4.9H
             STAT
    1400       4.5H
             STAT
    0819       3.6H
             STAT



          ======================== DRUG SCREENS ========================

7/07/89
    0048  URINE DRUG SCREEN          NONE DETECTED

                          UNLESS REPORTED PRESENT, THE FOLLOWING DRUGS
                          WERE TESTED FOR BUT NOT DETECTED IN THE
                          URINE SPECIMEN SUBMITTED:

                          AMPHETAMINES:  AMPHETAMINE, METHAMPHETAMINE
                          ANTIDEPRESSANTS:  AMITRIPTYLINE (ELAVIL),
                            AMOXEPIN, DESIPRAMINE (NORPRAMIN), DOXEPIN

                               (CONTINUED ON NEXT PAGE)
```

001570

EX 78   1480

```
   07/15/89                  UCI MEDICAL CENTER              CUMULATIVE SUMMARY
   20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE 2
                          Y. KIKKAWA, M.D. & ASSOCIATES
```

```
  NAME: ALFARO,MARIA ROSIO           SEX: F   AGE: 17Y     ROOM:     2235 01
  H#  : 0310970 9                                          LOC:        2T
  DR:   GARITE, THOMAS              FC: T!0107294          ACCT#:   730252 4
        CODE: 13359
```

============================ DRUG SCREENS ============================

(CONTINUED FROM PREVIOUS PAGE)

```
                         (SINEQUAN), IMIPRAMINE (TOFRANIL),
                         NORTRIPTYLINE (AVENTYL)
                    ANTIHISTAMINES:  DIPHENHYDRAMINE
                         (BENADRYL)/DIMENHYDRINATE (DRAMAMINE),
                         PHENYLPROPANOLAMINE (DIETAC), EPHEDRINE
                         (ISUPREL)/PSEUDOEPHEDRINE
                    BARBITURATES:  AMOBARBITOL (AMYTAL),
                         BUTABARBITOL (BUTABARB), PENTOBARBITOL
                         (NEMBUTAL), PHENOBARBITOL (LUMINAL),
                         SECOBARBITAL (SECONAL)
                    BENZODIAZEPINES:  (UNDIFFERENTIATED)
                    CARDIACS:  LIDOCAINE (XYLOCAINE),
                         QUINIDINE/QUININE
                    NARCOTICS:  CODEINE, MEPERIDINE (DEMEROL),
                         METHADONE (DOLOPHINE), MORPHINE (HEROIN),
                         PENTAZOCINE (TALWIN), PROPOXYPHENE (DARVON)
                    PHENOTHIAZINES:  (UNDIFFERENTIATED)
                    SEDATIVES AND HYPNOTICS:  ETHCHLORVYNOL
                         (PLACIDYL), GLUTETHIMIDE (DORIDEN),
                         MEPROBAMATE (EQUANIL), METHAQUALONE
                         (QUAALUDE)
                    MISCELLANEOUS AGENTS: ACETAMINOPHEN, COCAINE,
                         PHENCYCLIDINE (PCP), DEXTROMETHORPHAN,
                         PHENYTOIN
                    STAT
```

========================= ROUTINE URINALYSIS =========================

| TEST: UNITS: | SAMPL SITE | APPEAR | SP GRAV | UR PH | PROT MG/DL | PROT CONF | GLUC MG/DL | KETONE MG/DL |
|---|---|---|---|---|---|---|---|---|
| 7/11/89 0910 | NSPEC | YELLOW HAZY | 1.008 | 8.0 | NEG | NP | NEG | NEG |
| 7/08/89 0016 | NSPEC STAT | YELLOW HAZY STAT | 1.017 STAT | 7.0 STAT | 2+ STAT | | NEG STAT | MOD STAT |
| 7/06/89 2237 | NSPEC STAT | YELLOW CLEAR STAT | 1.026 STAT | 6.5 STAT | TRACE STAT | | NEG STAT | NEG STAT |

```
--FOOTNOTES---
   )        MODERATE
            NOT PERFORMED
 SPEC   NOT SPECIFIED
```

.7001571

```
07/15/89                  UCI MEDICAL CENTER              CUMULATIVE SUMMARY
  20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE 3
                      Y. KIKKAWA, M.D. & ASSOCIATES

    NAME: ALFARO,MARIA ROSIO          SEX: F    AGE: 17Y    ROOM:    2235 01
    H#  : 0310970 9                                         LOC:         2T
    DR:   GARITE, THOMAS              FC: T!0107294         ACCT#:  730252 4
          CODE: 13359
```

```
          --------------------- ROUTINE URINALYSIS --------------------
TEST:     BILE  BLOOD LEUK ESTR NITRITE     UROBIL
O-HI:                                      [0.1-1.0]

7/11/89
  0910     NEG    3+         NP   NEGATIVE        1.0
7/08/89
  0016     NEG    2+         NP   NEGATIVE        1.0
          STAT   STAT  STAT      STAT           STAT
7/06/89
  2237     NEG    NEG         NP   NEGATIVE       1.0
          STAT   STAT  STAT      STAT           STAT
```

```
          ================ ROUTINE URINALYSIS (MICROSCOPIC) =================
TEST:           CAST          RBC      WBC    EPI CELL      CRYSTAL
NITS:           /LPF         /HPF     /HPF     /HPF

7/11/89
  0910          NONE          TNTC    0-5      0-5          NONE
7/08/89
  0016          NONE          TNTC    0-5      0-5          NONE
                STAT          STAT   STAT     STAT          STAT
06/39
  2237          NONE          NONE   NONE      0-5          NONE
                STAT          STAT   STAT     STAT          STAT
```

```
          ----------------- ROUTINE URINALYSIS (MICROSCOPIC) ------------------
TEST:     BACTERIA  MUCOUS      OTHER OBS

7/11/39
  0910     NONE     NONE         NONE
/08/89
  0016     NONE     RARE         NONE
          STAT     STAT         STAT
/06/39
  2237     NONE     NONE         NONE
          STAT     STAT         STAT
```

```
    FOOTNOTES---
        NOT PERFORMED
  C     TOO NUMEROUS TO COUNT
```

001572

EX 78    1482

```
     07/15/89                 UCI MEDICAL CENTER              CUMULATIVE SUMM
     20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE
                         Y. KIKKAWA, M.D. & ASSOCIATES
```

```
NAME: ALFARO, MARIA ROSIO          SEX: F    AGE: 17Y     ROOM:    2235 C
H#: 0310970 9                                             LOC:        2
DR:  GARITE, THOMAS                FC: T!0107294          ACCT#:   730252
     CODE: 13359
```

=================== BLOOD COUNT ===========================

| TEST: | WBC | RBC | HGB | HCT | MCV |
|---|---|---|---|---|---|
| UNITS: | THOUS/MCL | MIL/MCL | G/DL | % | FL |
| LO-HI: | [4.0-10.5] | [3.7-5.0] | [11.5-15.0] | [34.0-44.0] | [81.5-97.0] |

| 07/11/89 | | | | | |
|---|---|---|---|---|---|
| 0910 | 9.0 | 3.20L | 8.0L | 24.9L | 77.7L |
|  | 9.0 | | | | |
| 07/09/89 | | | | | |
| 0545 | 16.1H | 2.92L | 7.3L | 22.8L | 78.0L |
| 07/08/89 | | | | | |
| 0819 | 30.8H | 3.79 | 9.4L | 29.4L | 77.6L |
| 07/07/89 | | | | | |
| 0048 | 11.8H | 4.12 | 10.4L | 32.2L | 78.0L |
|  | STAT | STAT | STAT | STAT | STAT |

---------------------- BLOOD COUNT ----------------------------

| TEST: | MCH | MCHC | RDW | PLATELETS |
|---|---|---|---|---|
| UNITS: | PG | G/DL | % | THOUS/MCL |
| LO-HI: | [27.0-33.5] | [32.0-35.5] | [12-15] | [150-400] |

| 7/11/89 | | | | |
|---|---|---|---|---|
| 0910 | 25.1L | 32.2 | 17.9H | 518H |
| 07/09/89 | | | | |
| 0545 | 24.9L | 31.9L | 18.4H | 318 |
| 07/08/89 | | | | |
| 0819 | 24.9L | 32.1 | 18.1H | 420H |
| 07/07/89 | | | | |
| 0048 | 25.3L | 32.5 | 17.5H | 403H |
|  | STAT | STAT | STAT | STAT |

=================== DIFFERENTIAL ===========================

| TEST: | NEUTROPHIL | LARGE UNSTAINED CELLS | LYMPH | MONO | EOS |
|---|---|---|---|---|---|
| UNITS: | THOUS/MCL | THOUS/MCL | THOUS/MCL | THOUS/MCL | THOUS/MCL |
| LO-HI: | [2.0-8.1] | [0-0.50] | [0.9-3.3] | [0-0.8] | [0-0.5] |

| 07/11/89 | | | | | |
|---|---|---|---|---|---|
| 0910 | 6.4 | 0.1 | 1.8 | 0.5 | 0.2 |
|  | 71% | 1% | 20% | 5% | 2% |
|  |  | LUCS | | | |

---FOOTNOTES---

LUCS   THIS CATEGORY NORMALLY INCLUDES LARGE MONONUCLEAR CELLS, NOTABLY
       ATYPICAL AND REACTIVE LYMPHOCYTES.  SLIDE IS REVIEWED WHEN NUMBER
       EXCEEDS NORMAL.

001573

```
  07/15/89              UCI MEDICAL CENTER              CUMULATIVE SUMMAR
  20:13 DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                    Y. KIKKAWA, M.D. & ASSOCIATES

    NAME: ALFARO,MARIA ROSIO          SEX: F   AGE: 17Y   ROOM:      2235 01
    H# : 0310970 9                                        LOC:           2T
    DR:  GARITE, THOMAS               FC: T!0107294       ACCT#:   730252 4
         CODE: 13359
```

```
            --------------------------- DIFFERENTIAL ---------------------------
  TEST:         BASO
  UNITS:      THOUS/MCL
  LO-HI:      [0-0.2]

07/11/89
  0910          0.0
                0%

            ==================== DIFFERENTIAL,CONT'D ====================
  TEST:        RBC MORPHOLOGY

07/11/89
  0910      SLIGHT ANISOCYTOSIS
            SLIGHT MICROCYTES
            SLIGHT HYPOCHROMIA

            ==================== SYPHILIS SEROLOGY ====================
  TEST:        RAPID      RPR       MICRO-
               PLASMA     QUANT    HEMAGGLUTINATION
               REAGIN               MHA-TP
  UNITS:                  TITER
  LO-HI:       [NR]       [<1]       [NR]

07/07/89
  0048     REACTIVE*       8H      REACTIVE*

                          RQT2    EXPECTED VALUES:
                          RQT3       MHR3
                          RQT4       MHR4
                                     MHR5
                          RQT6       MHR6
                          RQT7       MHR7
                          RQT8       MHR8
                          RQT9       MHR9
                          RQT10      MHR10
                                     MHR11
                                     MHR12
                                     MHR13
                                     MHR14

                                  COMMENTS:
                                     MHR17
                                     MHR18


---FOOTNOTES---
  MHR10                   REQUIRED).
  MHR11     INCONCLUSIVE  NONSPECIFIC AGGLUTINATION
  MHR12                   WITH UNSENSITIZED CELLS
```

CC1574

EX 78    1484

DURING OTHER STAGES OF DISEASE SENSITIVITY APPROACHES 100%. EQUIVOCAL
& INCONCLUSIVE RESULTS OCCUR WITH <1% OF PATIENTS TESTED.

MHR18    THE SPECIFICITY OF A REACTIVE MHA-TP EXCEEDS THAT OF THE FTA-ABS WHEN
TESTING POPULATIONS WITH A LOW PREVALENCE OF SYPHILIS AND IN PATIENTS
WITH AUTOIMMUNE DISORDERS. TREPONEMAL ANTIBODIES IN TREATED PATIENTS
PERSIST THROUGHOUT LIFE.

MHR3      NONREACTIVE  NO TREPONEMAL ANTIBODIES
MHR4                    DETECTED.
MHR5       REACTIVE   TREPONEMAL ANTIBODIES
MHR6                     PRESENT.
MHR7      EQUIVOCAL  TREPONEMAL ANTIBODIES MAY
MHR8                    OR MAY NOT BE PRESENT
MHR9                    (CONFIRMATION BY FTA-ABS
RQT10    TITERS SHOULD CONVERT TO NEGATIVE BY 6-12 MONTHS IN TREATED PATIENTS
WITH EARLY SYPHILIS AND BY 2 YEARS WITH SECONDARY SYPHILIS. SPECIFIC
TREPONEMAL TESTS SUCH AS THE MHA-TP ARE RECOMMENDED TO CONFIRM THE
DIAGNOSIS OF SYPHILIS.

RQT2    EXPECTED VALUES:
RQT3       <1  NONREACTIVE
RQT4    1 OR >1  REACTIVE
RQT6    COMMENTS:
RQT7    A REAGIN (NONTREPONEMAL) TITER OF 1 OR >1 IS USUALLY INDICATIVE OF
PAST OR PRESENT SYPHILIS. FALSE POSITIVE REAGIN REACTIONS OCCUR IN A
NUMBER OF DISEASES AND CONDITIONS MOST COMMONLY DRUG ADDICTION,
AUTOIMMUNE DISORDERS AND CERTAIN BACTERIAL, VIRAL AND PROTOZOAL
INFECTIONS. TITERS IN LATE LATENT AND LATE SYPHILIS DECLINE SLOWLY OR
NOT AT ALL.

RQT8    THE RPR REMAINS AS THE TEST OF CHOICE IN THE SEROLOGIC DIAGNOSIS OF
ASYMPTOMATIC NEONATAL CONGENITAL SYPHILIS. A DECLINE IN TITER OVER A
PERIOD OF THREE MONTHS DENOTES PASSIVELY TRANSFERRED REAGIN WHEREAS A
STABLE OR RISING TITER SUGGESTS NEONATAL INFECTION.

RQT9    THE QUANTITATIVE RPR MAY BE USEFUL TO MONITOR THERAPY. A 4-FOLD OR
GREATER DECLINE BETWEEN PRETREATMENT AND POSTTREATMENT TITERS SUGGESTS
ADEQUATE TREATMENT. CONVERSELY, A 4-FOLD OR GREATER RISE IN TITER MAY
INDICATE RELAPSE OR REINFECTION.

ALFARO/MARIA ROSIO          CONTINUED                  PAGE
07/15/89 20:13                 INPATIENT MEDICAL RECORDS COPY-FINAL

CC1575

```
 07/15/89              UCI MEDICAL CENTER            CUMULATIVE SUMMARY
 20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE 6
               Y. KIKKAWA, M.D. & ASSOCIATES

 NAME: ALFARO/MARIA ROSIO          SEX: F    AGE: 17Y    ROOM:      2235 01
 H# : 0310970 9                                          LOC:          2T
 DR:   GARITE, THOMAS              FC: T!0107294         ACCT#:   730252 4
       CODE: 13359
```

======== HUMAN IMMUNODEFICIENCY VIRUS (HIV))/HTLV1 ANTIBODY =========

7/04/89
RCV2005

====================== ANAEROBIC CULTURE ==========================

7/07/89  ACC. NO.: F4234 ————TRANSPORT TIME: 0.2 HRS  *** FINAL 07/14/89 ***
   2228  SPECIMEN DESCRIPTION:  AMNIOTIC FLUID

         GRAM STAIN:  CORRECTED REPORT
                      3+ WBC'S SEEN
                      2+ RED BLOOD CELLS
                      NO ORGANISMS SEEN

         CULTURE RESULTS:
             #1   SCANT COAGULASE NEGATIVE STAPHYLOCOCCUS
             #2   ISOLATED FROM BROTH ONLY CANDIDA GLABRATA
             #3   NO ANAEROBES ISOLATED
             #4   NO NEISSERIA GONORRHOEAE ISOLATED

0C1576

```
07/15/89              UCI MEDICAL CENTER              CUMULATIVE SUMMARY
20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE 7
                     Y. KIKKAWA, M.D. & ASSOCIATES

NAME:   ALFARO,MARIA ROSIO          SEX: F   AGE: 17Y   ROOM:      2235 01
H#:     0310970 9                                       LOC:           2T
DR:     GARITE, THOMAS              FC: T10107294       ACCT#:   730252 4
        CODE: 13359
```

============================ URINE CULTURE ============================

```
07/11/89   ACC. NO.: T7656       TRANSPORT TIME: 0.9 HRS  *** FINAL 07/12/89 ***
 0910   SPECIMEN DESCRIPTION:   URINE, CLEAN VOID

        CULTURE RESULTS:
          #1   1 ORGANISM(S) < 10,000 COLONIES/ML
```

==================== BLOOD BANK: ROUTINE TESTING ====================

```
07/07/89
 0015   TYPE, SCREEN & HOLD
        BLOOD COMPONENT TYPE   COMPONENT GROUP FOR RED CELLS
        UNITS ORDERED          2
        ABO/RH(D)              A POSITIVE
        ANTIBODY SCREEN        NEGATIVE
        CROSSMATCH EXPIRATIO   071089
        COMMENT                THE FOLLOWING INFORMATION APPLIES TO WOMEN OF
                                 CHILD-BEARING AGE:
                               STATE LAW REQUIRES THAT THE WOMAN TESTED BE
                                 INFORMED AS TO THE RHESUS (RH) TYPING TEST
                                 RESULTS
```

========================= CANCELLED TESTS =========================

```
07/08/89   0606 CANCELLED: CBC/DIFFERENTIAL
           REASON:      CLOTTED SPECIMEN, NEW SPECIMEN REQUIRED
                        CALLED VICKI AT 0628
                        STAT
07/07/89   2227 CANCELLED: BACT CULT GEN
           REASON:      DUPLICATE REQUEST
                        SEE F4234
07/07/89   0015 CANCELLED: ABO/RH(D)
           REASON:      DUPLICATE REQUEST
                        CHANGED TO TYSCH
```

001577

EX 78   1487

ALFARO, MARIA ROSIO
[redacted] /71
GARITE, THOMAS MD

UCI MEDICAL CENTER

**RESPIRATORY THERAPY**
**GENERAL CARE RECORD**

| DATE | TIME | MODE/ROUTINE MEDICATION | NURSE'S | PULSE | | | RESPIRATIONS | | | VOLUME (L) | OXIMETRY % SAT. | O₂ PO₂/FIO | GAS TEMP | SITE TEMP | ADV REACTIONS | NO | YES EXPLAIN |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | PRE | DURING | POST | PRE | DUR | POST | | | | | | | | |
| 7/8 | 0900 | Incentive Spirometer | | | | | | | | | | | | | | | |

MEDICATION: 1.5 cc w
BREATH SOUNDS - PRE/POST: Clear —

COMMENTS: Pt instructed on use of Incentive Spirometer
Cough weak; nonproductive —   SIGNATURE: [signature]

ORANGE COUNTY
MEDICAL CENTER

**NURSES**
**SIGNATURE SHEET**

| DATE | CLASSIFICATION | INITIAL | SIGNATURE |
|------|----------------|---------|-----------|
| E. ARREOLA | ST. | | |
| A. ANDREWS | AAAS, RNC | | |
| L. BLANK | LBAJ, R.N. | | |
| E. CARRILLO | FCAF, R.N. | | |
| A. CASTILLO | ACIC, R.N. | | |
| C. COULTER | CCRB, R.N. | | |
| R. DAVIDSON | RDAD, R.N. | | |
| G. DERBONNE | GOA, ST. | | |
| J. DRISCOLL | LVN.II | | |
| N. HAMILTON | NEA, R.N. | | |
| L. GALLEGO | LGAD, R.N. | | |
| G. GIROUX | GGXB, R.N. | | |
| M. GONZALEZ | HUSC | | |
| B. HAWS | BHAB, R.N. | | |
| L. HITZFIELD | R.N. | | |
| J. HOFFMAN | JHAN, R.N.C. | | |
| A. HOLTSCLAW | AH, R.N. | | |
| S. KRUSINSKI | R.N. | | |
| W. LAJKOWICZ | WLAC, R.N. | | |
| D. LONG | DLAD, R.N. | | |
| LUCIO | L&D, CLIN II, R.N. | | |

001579

EX 78   1489

ORANGE COUNTY
MEDICAL CENTER

NURSES
SIGNATURE SHEET

| DATE | CLASSIFICATION | INITIAL | SIGNATURE |
|------|----------------|---------|-----------|
| D. MAILLET | DMGG | dm | D. Maillet RN |
| K. MCCLAIN | KMAD, R.N. | KM | K. McClain |
| M. MCCREE | MMAV, R.N. | Mc | M. McCree |
| A. MCLAUGHLIN | AMAH, R.N. | AML | A. McLaughlin RN |
| K. MCMEECHAN LODGE | MABC | | |
| S. MODLIN | SMAE, R.N. | Sm | Susan J. Modlin RN |
| T. MOJICA | ST. | Tu | Thelma D. Mojica S.T. |
| C. MOORE | CM, R.N. | cm | C. Moore RN |
| M. NAKAMURA | R.N. | mn | Nakamura RN |
| C. PATTILLO | CPXE, R.N. | cp | Carol Pattillo RN |
| M. PHILLIPS | MPAE, R.N. | P | Mia Phillips |
| K. PINNEY | KPAI, R.N. | KP | Karen M. Pinney |
| M. POKRACKI | MPAJ, R.N. | MP | Maria J Pokracki |
| C. POTTER | CPHI, ST. | CP | C. Potter ST |
| A. PYLES | APAC, R.N. | AP | Arianne Pyles RN |
| L. REID | LRAF, R.N. | LR | L. Reid R.N |
| P. RUMNEY | RRAM, R.N. | PR | Pam Rumney RN |
| C. DOZIER SECKEL | R.N. | CDS | Claire Dozier Seckel RN |
| M. SISSON | MSAY, R.N. | MS | M. Sisson, RN |
| A. SPURLOCK | ASAL, R.N. | AS. | A Spurlock RN |
| J. SUTHERLAND | JSAX, R.N. | JS | Janice Sutherland |
| C. TOCHLUK | CTA, R.N. | CT | Cathy Tochluk RN |
| P. TOLTON | ST. | pt | Pati S. Tolton ST |
| S. VOS | SVA, R.N. | SV | Susan Vos |

.001580

ORANGE COUNTY
MEDICAL CENTER

**NURSES
SIGNATURE SHEET**

| DATE | CLASSIFICATION | INITIAL | SIGNATURE |
|---|---|---|---|
| C. MIRANDA-WOOD | CWAB, R.N. | CMW | C. Miranda Wood / C. Melson RN |
| S. YI | HY, R.N. | SY | SY |
| P. CAREY | RN | PC | P. Carey |
| SUSAN CLARK | RN | SC | Susan Clark |
| S. HARSMA | RN | SH | Shirley Harsma |
| L. PAGET | RN | LP | Loretta Paget |
| M. CANTWELL | RN | MC | Michele Cantwell |
| A. PEZINA | RN | AP | A. Pezina RN |
| D. ALLISON | RN | DA | Nancy ? RN |
| B. WOHLKEN | RN | BW | Barbara Wohlken |
| S. ANDRÉ | SAAI RN | SA | Stephanie André RN |
| M. MCYERS | CNF RN | MM | Jennifer M. Mayer RN |
| C. PECKHAM | RN | CP | Carol Peckham RN |
| D. ALLISON | RN | DA | D. Allison RN |
| D. KINZEK | RN | DK | Diane Kinzle |
| B HALL | RN | BH | B Hall |
| S. HERERA | RN | SH | S Herera RN |
| A McARTHUR | RN | AM | Alexandra McArthur |
| C. ORESKO | RN | | C Oresko |
| C HEINL | RN | CH | Cynthia Heinl |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

021581

```
7 06 59        0310970 9 L/O  OLAB 03          U C I
                 730252 41 A                 MEDICAL CENT:
               ALFARO, MARIA ROSIO
                                               NURSES
                                             SIGNATURE SHE
```

| NAME | CLASSIFICATION | WRITTEN/ ORIENTATION INITIALS | COMPUTER INITIALS | SIGNATURE |
|------|----------------|------------------------------|-------------------|-----------|
| Yvonne Adams | CN II | | YA | |
| Olivia Aguilar | CN II | | OAA | |
| Theresa Ashley-Cox | CN II | | TCAL | |
| Betty Blood | CN II | | BB | |
| Peggy Bohr | CN II | | PBAF | |
| Wanda Simonen | CN II | | | |
| Georgie Torres | CN II | | | |
| Nancy Bush | CN II | | NBDB | |
| Della Caputo | HUSC III | | DCAI | |
| Becky Funder | CN II | | | |
| Martha Chilvers | CN II | | | |
| Shin Choi | CN II | | SHAB | |
| Mey Chou | CN II | mc | MCAL | McCzw |
| Joanne Chuck | CN II | | JCAO | |
| Truc Trinh | CN II | | | |
| Dayla Dirkse | CN II | | | |
| Terry Kramer | HUSC II | | | |
| Eileen Crocker | CN II | | PEC | |
| Betty Cuellar | CN III | | BCAG | |
| Terry Anderson | HUSC II | | | |
| Karen Delgado | AN II | | KDAM | |
| Ruhy Bremer | CN II | | | |
| Sheri Harber | HUSC III | | | |
| Linda Ferrara | CN II | | LFAJ | |
| Rebecca Hardison | CN II | | | |

881582

U C I
MEDICAL CENTER

NURSES
SIGNATURE SHEET

| NAME | CLASSIFICATION | WRITTEN INITIALS | COMPUTER INITIALS | SIGNATURE |
|---|---|---|---|---|
| Sharon Gianopoulos | AN II | | SGAK | |
| Leslie Goss | CN II | | LGAI | |
| Rebecca Hardison | CN II | | RHAG | |
| Ely Hayman | CN I | | EHAE | |
| Irene Hochleutner | CN III | | IH | |
| Karen Holtz | CN II | | KHAB | |
| Linda Hombs | CN II | | LH | |
| Robin Johnson | CN II | | RJAE | |
| Linda Jolly | HUSC III | | LJAC | |
| Sung-Ok Kim | CN II | | SKAE | |
| Anita Kinser | CN III | | AKAF | |
| Laura Koh | CN II | | | |
| Marijo Lapihuska | CN II | | MLAK | |
| Lynn Kartman | CN I | | | |
| Sharon Lewis | CN II | | SLAK | |
| Jane Paul-Hutson | CN II | | | |
| Susan Lujan | CN II | | SLAS | |
| Cathy Magoon | CN II | | CMAS | |
| Nora Matsumoto | CN II | | NMAC | |
| Danute Mattingly | CN II | | DMAT | |
| Yolanda McConnell | CN II | | YMA | |
| Alana McGuire | CN II | | AMAF | |
| Jane Migliaccio | CN II | | JMAU | |
| Judy Nelson | CN I | | | |
| Barbara Mondragon | CN II | | BMAB | |
| Susan Montano | CN II | | SMAO | |

001583

U C I
MEDICAL CENTER

NURSES
SIGNATURE SHEET

| NAME | CLASSIFICATION | WRITTEN INITIALS | COMPUTER INITIALS | SIGNATURE |
|---|---|---|---|---|
| Shari Niswonger | CN II | *Sn* | CN | *Sni* |
| Karen Owens | CN II | | KOAB | |
| Joan Pitkin | CN II | | JPAK | |
| Brenda Pollaro | CN II | | BP | |
| Laurie Potter | CN II | | LPAI | |
| T. Reyna | HUSC III | | TRA | |
| Debbie Richardson | CN II | | DRAE | |
| Carol Holmes | HUSC III | | | |
| Karen Shockley | HUSC III | | KSAN | |
| Judy Yim | CN II | | | |
| Sandra Sokolowski | CN II | | SSAX | |
| P. Stapatyanon | CN II | | PSAH | |
| Barbara Stankovits | HUSC III | | BSAF | |
| Patty Brown | CN II | | PBTI | |
| Kathy Todd | AN IV | | KTAC | |
| Gale Towe | HUSC III | | GTAB | |
| Lieu Tran | CN II | | LTAB | |
| Lillian Triana | CN II | *Lt* | LTA | *Lillian K. Triana* |
| Janis White | CN II | | JWAK | |
| Dorothy Wiener | CN II | | DWAF | |
| Annette Williams | CN II | | AWAJ | |
| Jamie Wood | HUSC II | | | |
| Barbara Woods | HUSC II | | BWAF | |
| Ann Zeilenga | CN II | | LZ | |
| Rachel Petty | CN I | | | |

001584



DX: INTRAUTERINE PREGNANCY

CURRENT PROBLEMS:
KNOWLEDGE DEFICIT; POTENTIAL
R/T: --CARE OF SELF & INFANT POST
DELIVERY                                         AKAM

EXPECTED OUTCOMES/NURSE-DIRECTED GOALS:        SHORT TERM GOAL:
PT WILL VERB FEARS/CONCERNS               DURING HOSP   AKAM
PT WILL VERB POSSIBLE CAUSE OF ANXIETY    DURING HOSP   AKAM
PT &/OR S/O VERB UNDERST OF--CARE OF SELF
/INFANT; S/S ILLNESS                      PRIOR TO DC   AKAM
PT &/OR S/O VERB UNDERST OF--RESOURCES AV
AILABLE                                   PRIOR TO DC   AKAM
PT &/OR S/O DEMO ABILITY TO--BATHE, FEED,
CHANGE INFANT                             PRIOR TO DC   AKAM

NURSING ORDERS:
GV INFO & CLARIFY CONCERNS W/PT & S/O                   AKAM
MAINTAIN CALM UNHURRIED ENVIRON                         AKAM
EXPLAIN PROCED & WHAT TO EXPECT                         AKAM
ENC/FACIL OPEN COMMUN - PT & OTHERS                     AKAM
EXPLORE AVAIL RESOURCES W/PT & S/O                      AKAM
EXPLORE COPING MECH W/PT TO DECREASE
ANXIETY IF NECESSARY                                   AKAM
ARRANGE FOR INTERPRETER WHEN GIV.INFO                  AKAM
GIVE INFO W/N PT LEVEL OF COMPREHENSION                AKAM
INST PT & S/O RE: --CARE SELF/INFANT                   AKAM
REVIEW W/PT & S/O LIT. RE: --RESOURCE                  AKAM
CK FOR ACCURATE FEEDBACK                               AKAM
MAKE REFERRAL TO --PHN                                 AKAM

LONG TERM GOALS:
WILL BE DC'D TO HOME W/BABY W/OUT S/S OF POSTPARTUM
COMPLICATIONS, W/BEGINNING BONDING AND WITH POST PARTUM
BIRTH CONTROL OF CHOICE AND CLINIC F/U                 AKAM

LASTPAGE

001585

EX 78   1495

# PATIENT CARE PLAN

UCI MEDICAL CENTER
PATIENT CARE PL.

PATIENT IDENTIFICATION
ALFARO, MARIA ROSIO
730252  41 A
GARITE, THOMAS MD

| DATE | PATIENT PROBLEM | NURSING MANAGEMENT/APPROACH | PATIENT EXPECTED OUTCOME (Short Term Goal) |
|---|---|---|---|
| 7/3 | Potential complications postpartum R/T cesarean delivery  1. Pain | 1a. Monitor elevation of pulse, respirations, B/P.  b. Assess location, quality, intensity & duration of pain.  c. Evaluate response to pain via observation of facial expression & body movements.  d. Offer diversional activities e.g. soft music, or favorite TV programs.  e. Encourage & assist to change position Q 2hrs.  f. Inform patient to expect pain, if it is anticipated.  g. Medicate for pain PRN. | 1. Patient will experience minimal discomfort from pain throughout hospitalization. |
| | 2. Inability to communicate in the english language. | 2a. Preschedule teaching session with interpreter prior to getting the patient out of bed after C/S.  b. Instruct patient how to get in & out of bed.  c. Instruct patient about peri-care vis use of surgipador & change of pads.  d. Speak slowly & clearly in basic english (most patients understand some basic english).  e. When possible provide information to patient's questions in own language.  f. Preschedule instruction session with interpreter prior to discharge. | 2. Patient exhibits ability to perform expected activities associated with hospitalization. |

DISCHARGE CRITERIA (Long Term Goal)

PATIENT CARE PLAN

PATIENT IDENTIFICATION

| DATE | PATIENT PROBLEM | NURSING PLAN/GOAL/DILEMMA/APPROACH | PATIENT EXPECTED OUTCOME (Short Term Goal) |
|---|---|---|---|
| | 3. Wound infection | e. Instruct patient re self & infant care @ home, discharge medications & return appointments for self & infant in own language. | |
| | | 3a. Assess incision for presence of induration, erythema or pain. | 3. Wound will heal without developing infection. |
| | | b. Monitor temp elevations of 38.0 C or over. | |
| | | c. Maintain wound clean and dry. | |
| | | d. Administer antimicrobial agents according to prescribed regimen. | |
| | | e. Maintain aseptic sterile technique with dressing changes. | |
| | | f. Encourage turning, coughing, deep breathing. | |
| | | g. Encourage & assist with ambulation as soon as feasible. | |
| | 4. Wound Dehiscence | 4a. Assess incision for induration, redness, & drainage. | 4. Incision will heal without development of dehiscence. |
| | | b. Notify physician if present. | |
| | | c. Assure patient wound will be properly care for. | |
| | | d. Maintain wound clean and dry. | |
| | 5. Urinary Retention | 5a. Monitor I&O Q shift. | 5. Urinary output will be 240cc/8 hrs or greater. |
| | | b. Assess bladder distention Q 4 hrs. | |
| | | c. Provide psychological reassurance & support | |
| | | d. Provide relaxation of sphincter via use of sitz baths, suragator or compresses to perineum. | |

DISCHARGE CRITERIA (Long Term Goal)

001587

UCI MEDICAL CE
PATIENT CARE

## PATIENT CARE PLAN

PATIENT IDENTIFICATION

| DATE | PATIENT PROBLEM | NURSING MANAGEMENT/APPROACH | PATIENT EXPECTED OUTCOME (Short Term Goal) |
|------|-----------------|------------------------------|--------------------------------------------|
| | | e. Stimulate urinary reflex-via sound of running H2O or placing hand in warm H2O. | |
| | | f. I&O cath prn after notifying MD. | |
| | 6. Abdominal distention | 6a. Assess peristaltic activity before advancement of diet. | 6. Patient will be free of discomfort R/T abdominal distention. |
| | | b. Assess degree of abdominal distention. | |
| | | c. Administer antiflatulent meds per regimen. | |
| | | d. Encourage ambulation | |
| | | e. Administer harris flush prn. | |
| | 7. Potential hypostatic pneumonia | 7a. Monitor respiratory rate. | 7. Patient will be free of respiratory complications during hospitalization. |
| | | b. Assist with position change Q 2hrs. | |
| | | c. Encourage coughing & deep breathing Q 2hrs. | |
| | | d. Assess breath sound Q shift | |
| | | e. Encourage use of incentive spirometer Q 1hr while awake. | |
| | | f. Splint patient's abdomen during respiratory exercise. | |
| | 8. Alteration in maternal-infant bonding | 8a. Assess and record interaction with mother/infant. | 8. Patient will demonstrate positive bonding behavior before discharge as evidenced by holding infant closely, establishing eye contact, & participating in care. |
| | | b. Assist mother with infant care. | |
| | | c. Provide positive reinforcement for care attempted or well done. | |
| | | d. Act as role model through interaction with baby. | |

DISCHARGE CRITERIA/Long Term Goal

atient without fever or signs of infection; incision clean, dry & intact; minimal c/o discomfort or evidence
f urinary problems. Patient able to verbalize knowledge of signs & symptoms of infection

001588

EX 78   1498

UCI MEDICAL CENTER

**PERINATAL PATIENT EDUCATION**

Knowledge Deficit
Related To Self-Care and
Newborn Care Post Delivery

PATIENT IDENTIFICATION

| ASSESSMENT<br>N = Needs<br>NA = Not Applicable<br>O = Offered, But Refused | SUBJECT TAUGHT &<br>MATERIAL USED/GIVEN | Date<br>Instructions<br>Given | Nurse's<br>Initials | FAMILY CENTERED PERINATAL<br>CARE UNIT |
|---|---|---|---|---|
| | | | | Mother/Infant Care<br>COMMENTS & NURSING SIGNATURE<br>Language Spoken  _English_<br>Interpreter Used  _Spanish_ |
| | Education Packet Given ☐ ✓ | 7/9 | Clg | ☐ Reviewed    ☐ B    ☐ F |
| | **Verbalizes Knowledge of Post-Partum Changes**<br>Physical & Emotional<br>Lochia — flow, color | | | |
| | **Describes Normal Characteristics of Newborn**<br>Elimination:<br>  Minimum 6 wet diapers/24 hrs<br>  2 stools/24 hours<br>Cord falls off 14-21 days | | | _DC Class_<br>_7-11-89_ |
| | **Verbalizes and/or Demonstrates Knowledge of Self-Care**<br>☐ Perineum Care  ☐ Cleansing<br>☐ Episiotomy  ☐ Tucks & Spray<br>☐ Sitz Bath | | | Postpartum Video<br>☐ Seen         ☐ Not Seen |
| | **Breast Engorgement**<br>Ad Lib Feeds—No Time Limitations<br>Breast Feeding—Warm Packs<br>Formula Feeding—Cold Packs<br>Snug Bra, Binder, No Pumping | | | |
| | **Physical Activity**<br>Rest while infant sleeps<br>Sexual (pelvic rest) | | | |
| | **Nutrition**<br>High fiber, high protein,<br>high iron (if anemic), fluids | | | |
| | **Hygiene**<br>Hand washing, Shower | | | |
| | **Cesarean (if applicable)**<br>Care of incision<br>Situations to report<br>Physical activity | | | |
| | **Family Planning Choices** (circle one)<br>☐ Foam & Condoms  ☐ Sterilization<br>☐ Birth control pills  ☐ Sponge<br>☐ Diaphragm  ☐ Natural<br>☐ IUD  ☐ Undecided | | | Family Planning Video<br>☐ Seen         ☐ Not Seen |
| | **Parent Demonstrates Ability to Care for Infant**<br>☐ Positioning  ☐ Cord Care<br>☐ Bulb Syringe  ☐ Stimulation | 7/11 | | Newborn Care Video<br>☐ Seen         ☐ Not Seen |

OC1589

| ASSESSMENT<br>N – Needs<br>NA – ✓ Not Applicable<br>O – Offered, But Refused | SUBJECT TAUGHT &<br>MATERIAL USED/GIVEN | Date<br>Instructions<br>Given | Nurse's<br>Initials | COMMENTS & NURSING SIGNATURE |
|---|---|---|---|---|
| | **Videos (check ones viewed)**<br>☐ Family Planning<br>☐ Care of Newborn<br>☐ Safety<br>☐ C.P.R.<br>☐ Car Safety<br>☐ Formula Preparation<br>☐ Your Baby's First Days<br>☐ Amazing Newborn<br>☐ Now That You Are Postpartum<br>☐ Breast Feeding<br>☐ Infant Stimulation<br>☐ Prematurely Yours<br>☐ Others _____ | | | |
| | **Car Safety** ☐ | 7/11 | Sm | Car Safety Video<br>☐ Seen          ☐ Not Seen<br>☒ Has Car Seat   ☐ Referral Given |
| | Infant given bath by mother<br>(If primip) | | | |
| | **Feeding**<br>BREAST:          FORMULA:<br>☐ Latch on        ☐ Preparation<br>☐ Breaking Suction ☐ Storage<br>☐ Positioning     ☐ Frequency<br>☐ Supply & Demand ☐ Amounts<br>☐ Frequency       ☐ Burping<br>  (1½-3 hours or  ☐ Positioning<br>  8-10 feeds/24 hrs.) | | | Breastfeeding Video<br>☐ Seen          ☐ Not Seen<br><br><br>☐ Formula Discharge Pack |
| | **Infant in NICU**<br>☐ Orientation & Visit to NICU<br>☐ Breastmilk Extraction:<br>  ☐ Electric      ☐ Handpump | | | |
| | **At time of discharge, client ver-**<br>**balizes knowledge of situations to**<br>**report to physician regarding self:** | | | Temperature Elevation (101), Heavy<br>Bleeding, Painful Urination, Excessive<br>Pain, Foul Odor from Vagina, Unusual S/S |
| | **Verbalizes knowledge of situation to**<br>**report to physician regarding**<br>**newborn:** | | | Temperature Elevation (101), Vomiting,<br>Diarrhea, Unusual Feeding Changes,<br>Listlessness, Jaundice, Excessive Crying,<br>Infection of Umb. Cord, Nasal Discharge<br>or Cough, Unusual S/S |
| | **Demonstrates understanding of**<br>**discharge RX for self and infant** | | | Discharge Meds: _____ |
| | **Identifies appropriate resources to use**<br>**for emergency and follow-up care** | | | Follow-up Appointment Information:<br>☐ Given          ☐ Not Given |
| | **Mother-Infant Class**<br>☒ Attended       ☐ Not Attended | 7/11 | Sm | |

have received the above information

OC1590



UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
PAGE 001

730     INTRAUTERINE PREGNAN
LEARD,             117                                    2T
0310              HMST UN                              223501
GARITE, THOMAS MD          ADM : 07/07/89
NTERED BY: TRIANA, LILLIAN   RN   ENTERED FOR: GARITE, THOMAS MD
IME ENTERED: 07/08/89 17:28

TUBERCULIN SKIN TEST INTERMEDIATE STRENGTH 0.1ML INTRADERMAL, NOW,
GIVEN AT 17:00

LASTPAGE

*-



001591

```
- * -

2T   -3164              UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER
  07/12/89 01:26                    PAGE 001        \\\\\ \    \ \\\\\ \\\\
                                                          \ \\     \ \\\\\ \\\
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^       \ \ \ \ \ \\\   \  \
alfaro, maria rosio              17 F  223501            \  \ \  \  \   \  \
  03109/09                         2T                     \  \      \ \\\\\ \\\\
  GARITE, THOMAS MD        D T /3026241                  ^^^^^^^^^^^^^^^^^^^^^^^^^^
           ADM DATE: 07/07/89                            7 DAY MEDICATIONS SUMMARY
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^         ^^^^^^^^^^^^^^^^^^^^^^^^^^^^
note: * PRECEDES 'NOT GIVEN' MED
                     07/07  07/08  07/09  07/10  07/11  07/12  07/13
                      FRI    SAT    SUN    MON    TUE    WED    THU
medications          AM pm/ AM pm  AM pm  AM pm  AM pm  AM pm  AM pm
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
'given at' iv order  !  1 20!    !      !      !      !      !      !
LR 1000ML            !  7  !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
'given at' iv order  !   23!    !      !      !      !      !      !
W TYPE-IN ADD11:--   !     !     !      !      !      !      !      !
AMPICILLIN 2 GMS *   !     !     !      !      !      !      !      !
NS 100ML             !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
'given at' iv order  !   23!    !      !      !      !      !      !
W TYPE-IN ADD11:--   !     !     !      !      !      !      !      !
GENTIMICIN 120 MG *  !     !     !      !      !      !      !      !
NS 100ML             !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
48. iv line- start   !     !     !    4 !      !      !      !      !
APPROX: 0900 D5LR    !     !     !      !      !      !      !      !
1000 ML              !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
49. iv line- #2      !     !     !   13!      !      !      !      !
START APPROX: 1700   !     !     !      !      !      !      !      !
D5LR 1000 ML         !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
50. iv line- #3      !     !     !      !    1 !      !      !      !
START APPROX: 0100   !     !     !      !      !      !      !      !
D5LR 1000 ML         !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
ampicillin 2000 mg   !     ! 11 16!  4 16!  4   !      !      !      !
IN NS 100 ML         !     !     ! 10 22! 10   !      !      !      !
PRESUMED INF.        !     !     !      !      !      !      !      !
(RENEW:3DAYS)        !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
bicitra liquid 30ml  !     !  4  !      !      !      !      !      !
PO                   !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
colace/doss dioctyl  !     ! *9  !  9 21!  9 21!  9 21!      !      !
SODIUM               !     !     !      !      !      !      !      !
SULFOSUCCINATE       !     !     !      !      !      !      !      !
CAPSULE 250MG PO     !     !     !      !      !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

                              CONTINUED
```

QC1592

```
07/12/89 01:26              PAGE 002        \\\\\ \    \ \\\\\ \\\\
                                             \ \\   \\ \   \ \\
^^^^^^^^^^^ ^^^^^^^^^^^ ^^^^^^^^^^^^^^^^^^^^^^  \ \ \ \ \   \\\   \  \
alfaro, maria rosio         17 F  223501      \ \ \ \ \ \        \ \
  03109709                     2T            \ \   \   \ \\\\\ \\\\
 GARITE, THOMAS MD      D F  73028241        ^^^^^^^^^^^^^^^^^^^^^^^^
         ADM DATE: 07/07/89                  7 DAY MEDICATIONS SUMMARY
^^^^^^^^^^^ ^^^^^^^^^^^ ^^^^^^^^^^^^^^^^^^    ^^^^^^^^^^^^^^^^^^^^^^^^^
note: * PRECEDES 'NOT GIVEN' MED
                    07/07  07/08   07/09  07/10  07/11  07/12  07/13
                    FRI    SAT     SUN    MON    TUE    WED    THU
medications         AM pm  AM/pm   AM pm  AM pm  AM pm  AM pm  AM pm
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
demerol/largon      !  7  !      !       !      !      !      !
MEPERIDINE          !  7  !      !       !      !      !      !
50MG/PROPIOMAZINE   !     !      !       !      !      !      !
20MG IV PUSH        !     !      !       !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
demerol/phenergan   !     !  6   !       !      !      !      !
MEPERIDINE          !     !  9   !       !      !      !      !
75MG/PROMETHAZINE   !     !  12  !       !      !      !      !
25MG IM             !     !      !       !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
gentamicin 120 mg   !     !  9 17! 1 17! 1     !      !      !
IN NS 100 ML        !     !      !  9   !  9   !      !      !
PRESUMED INF.       !     !      !       !      !      !      !
  RENEW:3DAYS)      !     !      !       !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
percocet (oxycodone !     !      !  0 19!      !  8   !      !
5MG & ACETAMINOPHEN !     !      !  4   !      !      !      !
325MG) 2 TABLETS PO !     !      !  12  !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
percocet (oxycodone !     !      !       !  0 17!      !      !
5MG & ACETAMINOPHEN !     !      !       !  4   !      !      !
325MG) TABLET PO    !     !      !       !  8   !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
tuberculin skin     !     !  17! !       !      !      !      !
TEST INTERMEDIATE   !     !      !       !      !      !      !
STRENGTH 0.1ML      !     !      !       !      !      !      !
INTRADERMAL         !     !      !       !      !      !      !
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

                         LASTPAGE
```

CC1593

722081 72A
ALFARO, MARIA ROSIO
471        08/01/89
ANAHEIM
714 778-8035        CA 92804

**LABOR AND DELIVERY OBSERVATION SHEET**

| Date Time | HT | Blood Pressure | T-P-R | Dilt-ation | Efface-ment | Station | ROM Examined By | Drop In Ref | CVP/Pul Art Pres | Plac-cib | Medication Lab/Work | Nursing Observations and Interventions | Init-ial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/4 8000 | 120.5 130.5 | | | | | SSE Pelvician | | | | | Admit to L&D into bed via gurney from OBSER ext monitors | RW |
| 0020 | 130.5 140.5 | 104/69 | 80.X 80 20 | | | | | | | | Placed EFM reactive IV line start 18g angio Dorm CE moved to R Side | RW |
| 1100 | 130.5 140.5 | 102/61 | 36.9 77 24 | | | | | | | | FHR deep reactive rate uc's q 3-4 min EFM | RW |
| 0200 | 145-160 | 102/61 | 36.9 74 20 | | | | | | | | to L&D upderged care uc's q 3 min Dr's | RW |
| 0300 | 145-160 | 116/70 | | | | | | | Demerol 50 Largon 20 Slow IVP ē ucs | | SwaRoh's exam unchg'd of L&L pain Demerol given IVP to R Side FHR | RW |
| 0420 | 130.5 140.5 | 115/71 | 36.8 78 | | | | | | | | hyper reactive beg- fund @ BS EFM ē minimal reactivity uc's q 1-5 min ē spacing | RW |
| 0510 | 130.5 140.5 | 108/61 | 36.5 69 16 | -2 | -2 High look Pelviciana | | 106 | ↓ | | between uc's monitor ē ucs uc's q 2-5 min EFM ē coccle perids of reactivity | RW |
| 0615 | 105-140 | 104/74 | 36.4 78 | 2-3 100 | -2 Pelviciana | | | | | | Pt a tingly more c/o pain Pelviciana uc's q 2-5 min EFM ē minl reactivity Dr. Pelviciana reviewed strip | RW |

002594

EX 78    1504

UCI MEDICAL CENTER

## LABOR AND DELIVERY
## OBSERVATION SHEET

SIDE 2

AGE / 7

| NOSIS | Date Time | Blood Pressure | TNT | T-P-R | Dil-lation | Effer-ment | Station Examined By | ROM | GRAVIDA 3 | Deep Te Rel | COP/Fel Ht Pres | PARA 1 | Pla-cia | Medication/Lab Work | GESTATION 39/7 | ALLERGIES NKDA | Nursing Observations and Interventions | Int-itial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IUP | 30 | 105/140 | 95 | | | | | | | | | | | Demerol/50/Slo | | Phenergan IVP to (R) site Monitors Ø√ ya | |
| | 4 | 110-150 | | T-36.7 | | | | | | | | | | d/4 R® 125 cc/hr. | | | pt tense, moving about 2-3 min @ 60 sec mid- | |
| | | | | | | | | | | | | | | | | | stay-quality, less at each uc. uc's 2 | |
| | | | | | | | | | | | | | | | | | EFM showing 3° maternal movement -maternal | |
| | | | | | | | | | | | | | | | | | HC's 87 BPM, provided | |
| | 10 | 150 | 105/50 | 70/20 | 3 | 100 | -2 Tschey | Close | | | | | " " | | | on bedpan sm amt < 50 cc | |
| | | | | | | | | | | | | | | | | | IUPC & scalp electrode placed pt ro/se c̄ uc's between uc's pt closing | |
| | | | | | | | | | | | | | | | | | decreased variability variable decels c̄ uc to | |
| | | | | | | | | | | | | | | | | | 90-100 BPMx 10sec good | |
| | 45 | | | | | | | | | | | | | | | | recovery to baseline. Dr Hutchison here, IUPC calibrated @ 15-20mmHg | |
| | | | | | | | | | | | | | | | | | uc's @ 3-5 min to 60-80 mmHg x 80-90 sec. pt attempted to void on bedpan again unable to TV pushing @ 125cc/hr. | |
| | | | | | | | | | | | | | | | | | moist site non-swollen pt drowsing between uc's 2° medication | |

CC1595

EX 78   1505

730252 41 A
ALFARO, MARIA ROSIO
F          /71
GARITL, THOMAS MD
C

UCI MEDICAL-CENTER

**LABOR AND DELIVER**
**OBSERVATION SHEET**

SIDE- 3

| Date Time | FHT | Blood Pressure | T-P-R | Dil-lation | Effice-ment | Station Examined By | Drop Tx Ref | CVP/Pul Art Pres | Pior-cin | Medication/Lab Work | Nursing Observations and Interrelations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDSIS: ILUP | | | | | | GRAVIDA 3 | PARA 1 | | | GESTATION 39 1/2 | ALLERGIES: NKDA AGE 17 |
| -09 | 140- 150 | | | | | | | | | #1 1/2/c @ | attempted to void on α |
| 90 | | | | | | | | | | 125cc/hr | bedpan to BL lat. α |
| | | | | | | | | | | | UCk q 2-4 min to 70 β |
| | | | | | | | | | | | mosly × 80-90 sec. α |
| | | | | | | | | | | | IUP colabrated @ 1520 α |
| | | | | | | | | | | | mosly decreased variability α |
| | | | | | | | | | | | accels to 170 BPM |
| 30 | 145- 152 | 103- 73 | 89 16 | | | | | | | " | decreased variability α |
| | | | | | | | | | | | accels to 170 BPM. |
| | | | | | | | | | | | tense & UC's between UC α |
| | | | | | | | | | | | bl sleepis from pain med β |
| | | | | | | | | | | | variable decels to 115 BPM α |
| | | | | | | | | | | | × 30sec @ UCs good β |
| | | | | | | | | | | | recovery to baseline α |
| 145 | #150 155 | | | 3-4 | 100% | 3-4 -1 Hutchinson | | | | #2 open | pt those hsguests medicatir α |
| | | | | | | | | | | | epidural explored to pt per α |
| | | | | | | | | | | | Dr Hutchinson, decreased variability |
| | | | | | | | | | | | variable decels to 100 BPM × |
| 155 | 150 | 127 71 | P90 | | | | | | | " | UCs good recovery to α |
| | | | | | | | | | | | baseline, straight cath 100cc β |
| | | | | | | | | | | | clear yellow urine UC's q α |
| | | | | | | | | | | | 2-3 min × 80-90 sec strong α |
| | | | | | | | | | | | Dr Lee here pt sitting α |
| | | | | | | | | | | | up for epidural. |
| 205 | 140- 150 | 127 57 | | | | | | | | " | Epidural Test dose 2cc +3cc α |

CC1596

UCI MEDICAL CENTER

**LABOR AND DELIVERY
OBSERVATION SHEET**

730252 41 A
ALFARO, MARIA ROSIO

CARTIL, THOMAS MD

AGE 17

ALLERGIES NKDA

| Date Time | Wt | Blood Pressure | T-P-R | Dilatation | Efface-ment | Station Examined By | HWM | Drug In Ref Abt Pres | CVP/IVF Abt Pres | Pito-cin | Medication Lab/Work | Nursing Observations and Interventions | Ini-tial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/09 12/13 | 140-150 | 110/85 | P-74 | | | | | | | | #2 L/E open | Sicc 5% Nesacaine por to lee pt to Ⓛ lat, decreased short term variability. Uc q 2min sharp to 80 mm Hg to 80 mm Hg | CF |
| | | | | | | | | | | | | | ♂ |
| 821 | 140-150 | 84/50 | P. 84 | | | | | | | | " " | .19% mesenaic bolus 10cc gave lee pts to pt Lat marked long term variability, decreased short term variability. | ♂ |
| | | | | | | | | | | | | | ♂ |
| 830 | 130 | 123/79 | 90 | | | | | | | | #3 L/E open | decreased short term variability uc's q 2-3 min to 10 mm Hg x 60-80 sec, pt comfortable FHR 160-130' pt comfortable mom epidural, asleep p- | |
| | | | | | | | | | | | | | ♂ |
| 45 | 135-140 | 117/72 | 80 | 3 | -21 CEph/vx | | | | | 100 | 4R 1250/hr | c/o rectal pressure c̄ uc v.e. decreased variability | ♂ |
| 20 | 130-140 | 113/65 | 38.6 89 16 | | | | | | | | " " | c/o pain, Dr lee anesthesia notified pt to L lat decreased variability | ♀ |
| | | | | | | | | | | | | | ♂ |
| 0 | 130-140 | 113/55 | 79 | | | | | | | | " " | Dr lee here Fentanyl 50mcg given, decreased variability, variable decel c uc to min x 40 sec good recovery to baseline | ♂ |
| | | | | | | | | | | | | | uc |

UCI MEDICAL CENTER

**LABOR AND DELIVERY
OBSERVATION SHEET**

730252 41 A
ALFARO, MARIA ROSIO

GARITE, THOMAS MD

SIDE: 5   AGE 17

| Time | FHT | Blood Pressure | T-P-R | Dilatation | Effacement | Station Examined By | ROM | Deep In Rel Att Pos | CV/Ftl Att Pos | Medication Route | Nursing Observations and Interventions | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 130-140 | 118/58 | 96 | 3 | 100 | -3 CFG/post | | | #34/C 125cc/he. | c/o back pressure c̄ UCS decreased variability accels to 170 bpm. c/o rectal pressure, no relief from epidural. In bed pan voided 350cc. to ② Lat | cf |
| | | | | | | | | | | | decreased variability accels to 170 bpm | cf |
| | | | | | | | | | | | UCS q 2ó-3 min to 70mm H̄ x 60-70 sec. heels to | cf |
| | 130-140 | 11/45 | 84 | | | | | | | | decreased variability variable decels c̄ UCS to 90 bpm x 30 sec good recovery to baseline to 130-140 BPM | cf |
| | | | | | | | | | | | accels to 90 bpm, UCS q 2ó-3 min x 60-70sec to 70 mm Hg | cf |
| | 140-145 | 104/68 | 102 | | | | | | | #5 LR | decreased variability, pt more comfortable c̄ UCS pt on rt Lat decel ō UC to 125-130 bpm | cf |
| | 130-140 | | | 3 | 100 | -1 CFG/post | | | | " " | voided went on sedpan new electrode applied decreased variability position change to ③ Lat | cf |
| | 130-140 | 128/68 | 80 | | | | | | | " | c/o back pressure Dr Lee notified fentanyl 50mcg/c IV to rt Lat UCS q 2ó-3 min x 70sec | cf |

001598

EX 78   1508

UCI MEDICAL CENTER

## LABOR AND DELIVERY OBSERVATION SHEET

730252 41 A
ALFARO, MARIA ROSIO

F          /71
GARITL, THOMAS MD

SIDE: b
AGE 17
ALLERGIES: NKDA
GESTATION: 39 7
PARA /
GRAVIDA 3
IUP

| Date Time | FHT | Blood Pressure | T-P-R | Dil-ation | Effac-ment | Station | ROM Examined By | Deep In Rel Air Pos | CVP/Pul Al Pres | Phy-cian | Medication Lab/Test | Nursing Observations and Interventions | Init. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 259 00 | 130- 140 | 119 74 | 37.0 88 6 | | | | | | | | | Dr. Hutchison here UCB 125-5 min coupling | of |
| | | | | | | | | | | | | noted IUPC @ 15 mmHg UCB @ 20-30 mmHg x 30 sec. Dystocia augmentable noted Dr. Hepard | d |
| 25 | 135- 145 | | | | | | | | Dytoc 5 mg/m | | #3/10 | Dystocia started @ 15 mg/min UCB @ 2.5-3 min variable decels to 100 BPM x 30-40 sec good recovery to baseline | d |
| 5 | 135- 45 | 134 60 | 100 | | | | | | 5.0 mg L | | 10cc/hr | UCB 2 min to recovery IUPC calibrated @ 15 mmHg UCB 50-60cc decreased variability | d |
| 30 | 105- 135 | 102 65 | 80 | | | | | | 5.0 | | " | voided on bedpan 150 cc x IUPC reositated @ 15-20 mmHg variable decels to 90-100 BPM @ green good recovery to baseline | d |
| 10 | 190- 150 | 111 57 | 79 | | | | | ● | 7.0 mg | | " | UCB @ 1.5 min @ 60-70 sec decreased variability mild sleeping | d |

UCI MEDICAL CENTER

# LABOR AND DELIVERY
## OBSERVATION SHEET

ALFARO, MARIA ROSIC

CARITE, THOMAS MD

| Time | Pressure | F.H.R. | Nursing Observations and Interventions |
|---|---|---|---|
| 2:89 | 110/70 | | UCs q 1½-2 min x 50-70 sec, to 60-70 mmHg IUPC calibrated c 50 mmHg/ba |
| :25 | 140 | | |
| 3:45 | 135 | | UC q 2-3 min x 40-80 sec. FHTs vari decel c = rapid return to baseline |
| :00 | 140- 57 | 37.0 7.9 | UC q 2 min. FHT's even STV + |
| :20 | | | UCs q 1½-2min x 60-80 sec type 1 c 15-20 mmHg UCs to 70 mmHg, Pitocin ↑ to 2.0 cc/hr obtain Rt lat. |
| :45 | 130/ 140 | 144 80 | UCs q 3 min x 60-70 sec OT to 80 BPM IUPC calibrated q 15-20 mmHg decreased variability variable decel to 90-100 BPM x 10 sec good recovery to baseline pt tense c UCs |
| :06 | 130 | 130/ 79 | |
| :10 | 130 | 89 | new scalp electrode applied decreased variability UCs q 1½-3 min x 60-70 sec Ob 75 mmHg |

730252 41 A
ALFARO, MARIA ROSIO

GARITE, THOMAS MD     /71

UCI MEDICAL CENTER

## LABOR AND DELIVERY OBSERVATION SHEET

SIDE-R     AGE 17

| Date/Time | FHT | Blood Pressure | T-P-R | Dil-atation | Efface-ment | Station Examined By | ROM | CVP/Pat Art Pres | PARA | Pito-cin | Medication/Lab Work | GESTATION | ALLERGIES | Nursing Observations and Interventions | Ini-tial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAGNOSIS: IUP     GRAVIDA 3     GESTATION 39 3/7     ALLERGIES NKDA



001601

# LABOR AND DELIVERY OBSERVATION SHEET

ALFARO, MARIA ROSIO
7302S2  41
GARITE THOMAS MD

SIDE: | AGE: 17

| Time | FHT | Blood Pressure | T-P-R | Dila-tation | Station ROM Examined By | Deep In Rel Ant Pres | CVP/Ful | Pito-cin | Medication Lab Work | GEST AGE 37/7 | ALLERGIES N/KDA | Nursing Observations and Interventions | Initial |
|------|-----|----------------|-------|-------------|------------------------|---------------------|---------|----------|---------------------|---------------|------------------|----------------------------------------|---------|
| 7 25 | 1500 | 120/57 | | | | | | ↑3mu | | | Quiet, sleeping. FHT'S reactive - lond by mom & sono UC's noted. Vaginal exam by RN | JB |
| | | | | | | | | | | | | FHT's mvs mod (7) along UC's q 2-3 min ↑ 75mm Hg | JB |
| 00 100 | 150 110/69 | | 5 | Clear Angela | | | | | | | UC q 2-5 min & FHTS c one STV | JS |
| 30 | 148 110/70 | | | | | | | | | | Sleeping, FHTS reactive - moderate. UC's q | JB |
| 140 | 1500 111/81 | | | | | | | | | | 2 min. Resting tone soft (7) 30-35mm Hg | JB |
| 30 | 1500 130/81 | 285 | | | | | | 3mu | | | Resting, FHT reactive UC q 3 min ↑ 75mm Hg on toco. mod | JB |
| 50 | 120-130 130/64 | 102 28 | 8 90 4/c | | | | | | | | Awake c/o backache. Position change to left side | JB |
| | 140/60 116/57 | 98 | 8 100 | 0-1 Clear Angela | | | ↑ 2mu | | | | UC's q 2-3 min. FHT's reactive Chartreux at time and (7) door. | JB |
| 205 | 128/50 | 132 | 128/6 51 | 128/6 51 | 118/61 51 | | 27/5 | 2570 50C "petechial" | | | Amnitomus liq c/o Reactive | JB |
| 220 | 150/80 132/58 | | | | | | | | | | Strep 6/0 Manns c/o Bird 15 milled FHT's react (?) | JB |
| 230 | 150 137/77 | | | | | | 2.5mu | | | | Reactive c/o back nose | JB |
| | 1500 147/81 | | 8 100 | 0 Angiol | | | | | | | Awake c/o back ac. Anesth to place epidur/ female Argst → Nadir c/o Belaury 143 | JB |

001602

EX 78    1512

# LABOR AND DELIVERY OBSERVATION SHEET



001603



POST PARTUM
OBSERVATION SHEET



N001605

OBSERVATION SHEET

730252  41
ALFARO, MARIA ROSIO



| BREASTS | NIPPLES | DATE | 10/12/89 | | | | | | | | | |
|---------|---------|------|----------|---|---|---|---|---|---|---|---|---|
| S=SOFT | BL=BLISTERS | AM/PM | A | A | A | A | | | | | |
| F=FILLING | CR=CRACKED | TIME | 00 | 02 | 04 | 8 | | | | | |
| E=ENGORGED | SORE | | | | | | | | | | |

LUNG SOUNDS | LOBES
R=RIGHT | U=UPPER
L=LEFT | M=MIDDLE
D=DECREASED | L=LOWER
CL=CLEAR
RA=RALES
RH=RHONCHI

INCISION
DDI=DRSG DRY INTACT
DR=DRAINAGE
ST=STAPLES INTACT
SS=STERISTRIPS
IN=INDURATION
RE=REDNESS

ABDOMEN
BS=BOWEL SOUNDS
F=FLATUS
D=DISTENSION

FUNDAL HEIGHT | CONSISTENCY
U=AT UMBILICUS | F=FIRM
-1= 1 BELOW U | B=BOGGY
-2= 2 BELOW U

LOCHIA
R=RUBRA
S=SEROSA
SC=SCANT
M=MODERATE
H=HEAVY

HEMORRHOIDS
SM=SMALL
MED=MEDIUM
LG=LARGE

PERICARE
PB=PERIBOTTLE
SB=SITZBATH
SURG=SURGIGATOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | | | | | | | |
| 40.5 | | | | | | | |
| 40 | | | | | | | |
| 39.5 | | | | | | | |
| 39 | | | | | | | |
| 38.5 | 3 | | | | | | |
| 38 | | | | | | | |
| 37.5 | | 6 | | | | | |
| 37 | | | 4 | | | | |
| 36.5 | | | | | | | |
| 36 | | | | | | | |
| 35.5 | | | | | | | |

| PULSE | 92 | 88 | 84 | | | | |
|-------|----|----|----|---|---|---|---|
| RESPIRAT'N | 20 | 20 | 20 | | | | |
| BLOOD PRESSURE | 140/78 | 132/70 | 133/74 | | | | |
| CVP/FHT | | | | | | | |

| | 7-12-89 | 7-12 | | | | | |
|---|---|---|---|---|---|---|---|
| DATE/TIME | 23-07 ADMIT | 7-3 | | | | | |
| BREASTS/NIPPLES | Soft | Lft | | | | | |
| LUNG SOUNDS/LOBES | CCL | Clear | | | | | |
| INCISION | Steri Strips | Steri strips | | | | | |
| ABDOMEN | Soft | Soft | | | | | |
| FUNDAL HEIGHT/CONSISTENCY | FB -1 | F-1 | | | | | |
| LOCHIA | Scant | Scant | | | | | |
| EPISIOTOMY/LACERATION | | ō | | | | | |
| HEMORRHOIDS | | ō | | | | | |
| PERICARE | Self/PB | Self | | | | | |
| URINE OUTPUT | Qto | QS | | | | | |
| STOOLS | | | | | | | |
| HOMAN'S SIGN | neg | Neg | | | | | |
| WEIGHT | | - | | | | | |
| INFANT CONTACT | good | gd | | | | | |
| SIDERAILS | ↑ ↑ | ↑ ↓ | | | | | |
| HYGIENE | ped | Self | | | | | |
| DIET (TYPE/AMOUNT) | Reg | Reg | | | | | |
| ACTIVITY | Ambu | Amb | | | | | |
| LABS | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| INITIALS | | m | | | | | |

001606

EX 78   1516