UCI MEDICAL CENTER

**INTAKE—OUTPUT RECORD**

**LABOR/DELIVERY/POST PARTUM**

722081 72A
ALFARO, MARIA ROSIO
F        /71        08/01/  CA 92604

PATIENT IDENTIFICATION

DATE 7/7/89

BOTTLE CODES: T.K.O.—To Keep Open  P.B.—Piggy Back
Specific IV containers
A.D.—etc.—Blood/Components

IV Change: X IV Insertion Site Every 48-72 hours / Y IV Tubing Every 24-48 Hours / Z IV Dressing Every 24 Hours



**PARENTERAL INTAKE**

| Time Start | Site | Bottle Code | Solution/Medication/Blood Products | Amount Hung | Time Stop | Amount Absorb | Running Total |
|---|---|---|---|---|---|---|---|
| 0015 | LA | #1 | LR | 1000 | | | |

Signature (II totaling for 8° shift) *Williams RN*

| | | #2 | LR | | 1000 | 0330 | 1000 |
| 0630 | | #3 | LR | | 1000 | 0815 | 1000 |
| 0830 | | #4 | L/R | | 1000 | | 500 |
| 1315 | | | | | | | 2300 |

Time Totaled 0630 — 1000

Signature (II totaling for 8° shift)

| 1520 | | #4 | LR Exper RN credit | | 700 | | 700 |
| 1130 | | #5 | LR | | 1000 | 2400 | 1000 |
| 2230 | | PB | IVPB Gent 120mg | | 100 | | 100 |
| 2330 | | PB | IVPB Curry 2gm | | 100 | | 100 |
| 0005 | | #6 | LR | | 1000 | | 1000 |
| 0735 | | PB | PB c̄ 400m MgSO4 | | 80 | | 80 |
| 0405 | | PB | MgSO4 2gm | | 40 | | |

Time Totaled 1500

Signature (II totaling for 8° shift)

| ORAL | | | | |
|---|---|---|---|---|
| Time | Amount cc (ml) | | | Running Total |

**URINE OUTPUT**

| Time | Amount Urine | Catheter | Glucose | Protein | Specific Gravity |
|---|---|---|---|---|---|
| 0515 | 350 | void | N | T | |

**PARENTERAL**

TIME TOT 0630 — 350

| 1030 | 300 | | N | +1 | KET Sm |
| 1315 | 100 | | | | |

TIME TOT 400

**PARENTERAL**

| 2030 | A- 150 (foley) | | N | 0 (foley) | Sm |
| 0400 | 100 | | | | 2+ |
| 0015 | 175 | | | | |
| | 300 | | | | |

TIME TOT OUTPUT

24 Hr. Total

IV SITES: RH—Right Hand / RA—Right Arm / RF—Right Foot  U—Jugular  LH—Left Hand / LA—Left Arm / LF—Left Foot  SC—Subclavian



UCI MEDICAL CENTER
OLAB INTAKE - OUTPUT RECORD

PATIENT IDENTIFICATION



UCI MEDICAL CENTER
INTAKE - OUTPUT RECORD

ALFARO, MARIA ROSIO

PATIENT IDENTIFICATION
GARITE, THOMAS MD

BOTTLE CODES
1 2 etc - IV containers
A B etc - Blood Components

TKO - To Keep Open
PB - Piggy Back

X - IV Insertion Site Every 48-72 Hours
Y - IV Tubing Every 24-48 Hours
Z - IV Dressing Every 24 Hours

PARENTERAL INTAKE

| Time Start | Site | Bottle Code | Solution/Medication/Blood Products | Amount Hung | Time Stop | Amount Absorb | Urine Time | Amount Urine | Cather | LABEL MISC. OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2220 | RA | 1B | MgSO4 2gm/hr | 40 | | 40 | | | | |
| 2220 | RA | 1B | D5LR | 250 | | | | | | |
| 2320 | RA | 1B | MgSO4 2gm/hr | 40 | | 40 | | | | |
| 0030 | RA | 1A | MgSO4 2gm/hr | 40 | | 40 | | | | |
| 0100 | RA | 1B | Ritodrine mg 120mg | 100 | | 100 | | | | |
| 0130 | PB | | MgSO4 gm ii | 40 | | 40 | | | | |
| 0210 | RA | 4B | D5LR @ TKO | 1000 | 0530 | 100 | | | | |
| 0230 | | PB | MgSO4 gm ii | 40 | | 40 | 0720 | 600 | | |

7-3
8 Hour 7-3 Totals accurate/complete
Signature:

| 0230 | | PB | MgSO4 gm ii | 40 | | 40 | | | | |
| 0400 | | PB | Ritodrine mg gm ii | 100 | | 100 | | | | |
| 0430 | | PB | MgSO4 gm ii | 40 | | 40 | | | | |
| | | | 0530 MgSO4 finished | | | | 0800 | 650 | | |
| | | | D/C'd per Dr Law | | | | | | | |

11-7a Signe RN

3-11
8 Hour 3-11 Totals accurate/complete
Signature:

8 Hour 11-7 Totals accurate/complete
Signature:

ORAL OR TUBE INTAKE
Time IN/OUT | Type Code | Amount cc (ml)
1330 / 0  840
040.0

7-3 8 Hr. Total

3-11 8 Hr. Total

11-7 8 Hr. Total

001610

EX 78   1520



INTAKE - OUTPUT RECORD

ALFARO, MARIA ROSIO

CHART    INTAKE - OUTPUT RECORD

FORM 124A 9/95

001611



001612

EX 78    1522

# HOSPITAL DISCHARGE SUMMARY

| OF ADMISSION | 10-12-71 | DATE OF DISCHARGE | 10-12-71 | (1) |

CODE NUMBER

IAGNOSES

1

TA GA female newborn.

PERATIONS

ECIAL
OCEDURES

SUMMARY OF HISTORY  B 40 G₁ P₀  VDRL-NR  O+  Forceps del of
# 7 g. female at 3 ¹⁴/A  10-12-71.  Appar 8

## PERTINENT POSITIVE FINDINGS

CAL EXAMINATION

ATORY

IARY OF COURSE
REATMENT  Mother had postpartum hemorrhage

TION AT DISCHARGE: ____IMPROVED  ____NOT IMPROVED  ____DIED  AUTOPSY: ____YES  ____NO

## SIGNATURES

001614

EX 78   1523

ORANGE COUNTY MEDICAL CENTER

| | | | PATIENT FILE NUMBER |
|---|---|---|---|
| *Alfaro* | *ALFARO* | *MA del ROCIO* | 310970.0 |
| LAST | FIRST | MIDDLE | |

FOR USE WHEN RELEASING NEWBORN MINORS OR
ADULTS IN CUSTODY OR UNDER LEGAL GUARDIANSHIP

AUTHORIZATION FOR RELEASE VERIFIED BY: TO BAL CENTER:

RECEIVED OF ORANGE COUNTY MEDICAL CENTER

## INPATIENT
## RECORD COVER

NAME OF PATIENT

ADDRESS TO WHICH TAKEN

CITY _____ STATE

PERSON IN WHOSE CHARGE PATIENT WILL BE PLACED *Mother*

WITNESS X *C. Reddy, RN*

WITNESS:

SIGNATURE OF PARENT LEGAL GUARDIAN OR AUTHORIZED PERSON XX

RELATIONSHIP *Mother*

*2D# 7784*

| SERVICE | ATTENDING PHYSICIAN | RESIDENT PHYSICIAN | INTERN | WARD |
|---|---|---|---|---|
| *Newborn* | *Ackerman* | *Tenebaum* | *Parkinson* | *OB Nsy* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE OF ADMISSION *10-12-71*

DATE OF DISCHARGE *10-17-71*

CC1615

# REGISTRATION AND CONSENT

GE COUNTY MEDICAL CENTER

| | DATE | | |
|---|---|---|---|
| | 10-12-71 | OBN | SW |

| TR 09 C | OLD PATIENT FILE NO. | OLD ALPHA ID | NEW PATIENT NAME • LAST |
|---|---|---|---|
| FIRST | | MIDDLE | TITLE |

☐ PRIVATE PATIENT
☐ U.C.I. PATIENT
☐

| 999 | N ☑ C | COL 3 | | RETURN VISIT ☐ |

| TR 01 | PATIENT FILE NO. 3109700 | PATIENT NAME • LAST ALFARO | | FIRST INFANT |
|---|---|---|---|---|
| | MIDDLE | TITLE | YEAR 1971 BIRTH DATE MO 10 DAY 12 | SEX FS MS DRIVER'S LICENSE NO. STATE CITI |

| TR 02 | HOUSE NO. 15384 | APT. NO. | R/M DIR | STREET NAME MICHELE | | SUFFIX |
|---|---|---|---|---|---|---|

| TR 03 | CITY NAME ANAHEIM | | STATE CA | ZIP CODE | TELEPHONE NO. 635-5302 |

NEXT OF KIN OR PERSON TO NOTIFY: Jose and Silvia (CATA)     RELATIONSHIP: parents

STREET ADDRESS: Same     CITY AND STATE:

ZIP CODE:     AREA CODE TELEPHONE NO. 714 635-5302     ☐ PATIENT IN CUSTODY     CUSTODIAL AGENCY:

| ADMITTING DIAGNOSIS | ADMIT DATE | TIME | WARD | SERVICE | INIT. |
|---|---|---|---|---|---|
| Newborn ④ | 10-12-71 | 3 AM 16 | OBN | 30 4 | SW |

| EMERGENCY TELEPHONE CONSENTS ONLY | WITNESS | | NAME OF PERSON AUTHORIZING TREATMENT & PHONE NO. | A.M. P.M. |
|---|---|---|---|---|
| | WITNESS | RELATIONSHIP | DATE | TIME |

| CAME VIA | PUBLIC TRANSP. | AUTO | CHP | SHERIFF | POLICE | AMBULANCE • NAME | OTHER |
|---|---|---|---|---|---|---|---|

## GENERAL CONSENT

undersigned patient and/or authorized person hereby consent to any and all medical, dental and surgical treatments and procedures which may be deemed advisable ssary by any of the physicians and surgeons, dentists or medical personnel (hereinafter referred to as Medical Staff) at the Orange County Medical Center (hereinafter to as Hospital). This consent is to apply to all care as an inpatient and as an outpatient for a period of 12 months.

undersigned further consent: to the demonstration and/or observation of the patient during the administration of medical treatment or surgical procedure by any person ons whose presence is deemed appropriate by the attending physician; to the taking of video tape-recordings while undergoing treatment; and to said Hospital the o take clinical photographs and to dispose of surgically removed tissues. We also grant to any of the physicians and surgeons of the Hospital permission to use the for clinical research or educational purposes.

undersigned further agree to the following conditions: The patient is to remain in the Hospital until the Medical Staff recommends discharge. The patient may be trans- to any institution or other available facility when deemed advisable by the Medical Staff. If the patient fails to comply with the rules of the Hospital as determined administrator of the Hospital, he may be forthwith discharged. The Hospital is authorized to release medical information to the patient's insurer, referring physician er agency and request is hereby made that payment of authorized benefits be made on the patient's behalf.

by assign any and all hospital and medical benefits and professional fees for physicians or other professional services for whom the Hospital is authorized to bill red to me or on my behalf at Hospital as may be payable under any federal or state laws and/or existing insurance policy or policies to the County of Orange, ge County Medical Center, 101 South Manchester Avenue, Orange, California 92668. I understand that this assignment may not be revoked and that I am financially nsible to the County of Orange for all charges to which this assignment does not apply.

ify that the information given by me in applying for payment under Title 18 of the Social Security Act is correct. I authorize release of all records required to act on quest. I request that payment of authorized benefits be made on my behalf.

by certify that the foregoing statements are true, correct and complete to the best of my knowledge. The undersigned certifies that he has read the foregoing, ed a copy thereof, and is the patient or duly authorized agent of the patient to execute the above and accepts its terms.

| DATE 10-12-71 | WITNESS S. Miller | SIGNATURE OF PATIENT |
|---|---|---|
| DATE | WITNESS | x Silvia Alfaro SIGNATURE OF AGENT OR RESPONSIBLE PARTY |

TRATION AND CONSENT

001816

ORANGE COUNTY MEDICAL CENTER
NEWBORN NURSERY RECORD
HISTORY

P.F.NO. 31 0970-0

_very Doctor_ Freeman                    MALE
                                    FEMALE INFANT OF _Alfaro, Silvia_

_r's_ _____ Mother's Name _Silvia_ Age _18_ RH _A+_ BIRTH
_o._ 3094.5 Father's Name _____ Age _____ DATE _____ 71 TIME 3:16 A.M./P.M.

_NAL ILLNESSES & TREATMENT (General)_ Ø

_ida_ I Para O Prior Prematures Ö Prior pregnancy date (HMD, Jaundice, Anomalies) Ö

_8-71_ EDC 10-15-71 SEROLOGY (Date & Results) NEG

_y_ trimester illnesses, treatment, etc. Ø

_nd_ trimester illnesses, treatment, etc. Ø

_d_ trimester illnesses, treatment, etc. Ø

_ranes_ ruptured: Duration 16 hr in Method Spont Amniotic fluid Clean, yellow

_t stage: Duration 14 hr 15 min Anesthesia (Dose & Time) 50 demerol/20 Lanyin
   Complications Ø                                    10/12/71   12:40 Am

_nd stage: Duration 2 hr 1 min Anesthesia (Dose & Time) SPINAL
   Complications Ø

_od of delivery_ Simpson's forceps Indication Prim-ip   Presentation OA-vertex

(minutes) 5 min        Resuciation used: Bulb syringe; mucous trap
                                        intubation
_r_            1
_rt Rate_      2       Placenta old infarct      6cm   9cm
_piration_     2                                         15cm
_lex irrit_    2       Abnormalities of infant Ø
_cle Tone_     2
_ar Score_     8

_de_ _____ Other Remarks
_ght_ 8' 9 g/l

                        B Cooper R.n.
                        (Signature of delivery room nurse)

_  20½_                 E Rodrigues Lon
                        (Signature of nursery nurse)

K 1 mg IM Yes ✓ No ____
                2000cc                                    M.D.

CC1617

ORANGE COUNTY MEDICAL CENTER

NEWBORN RECORD

*Alfaro*

MOTHER *Silvia N.*   DATE: *10-12-71*   TIME OF BIRTH: *3 A*   SEX: *Fe*   MOTHER'S RH: *A +*

**Birth Weight:** *8-9*   **Length:** *20½*   **Temp:** *96⁶*   **Type of Delivery:** *Forceps*

**Identification:** *7784*   **Delivery by:** *Dr. Freeman*

**Cord Clamped:** *Yes*   **Painted:** *No*   | **Abnormalities or Injuries:**
**Eyes Treatment:** *2 gtts AgNO₃ in â â eye & b/w Flush* | *none noted*

**Color:** *Sl cyanotic Red mark side of cheek*
**Cry:** *Fair*

**Respirations:** *appears normal*

**Newborn Care:** *Given*

**Trendelenberg Position:** *No*   |   **Nurse:** *E. Rodriguez Lvn*

| Date: | | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 |
|---|---|---|---|---|---|---|
| Weight: | | 8-9 | | 8-8½ | | 8-9 |
| Temp: | | 96⁶ | | 97⁶ | | |
| Urine: | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stool: | | mec | m | gr. | E | H |

**Remarks:** *10-12-71 No elimination as yet. R. Locklin*
*10-12-71 - no distress noted. A. Lake*
*10-13-1971 on stool noted on this slip. E. Rodriguez Lvn*
*10-13-71 Infant appears distended. Dr. Parkinson notified. Fed in this afternoon. mother c elevated temp 102 R. Locklin*

| FEEDINGS | 2A | | 1½ | 1½ | 3½ | 3½ |
|---|---|---|---|---|---|---|
| w = Water | 6A | wpc | ½ | 2½ | 4 | 4 |
| (Formula) | 10A | Npo | 2 | 3½ | 2 | 4 |
| or | 2P | | 2½ | 3 | 2½ | 4 |
| Breast | 6P | w2½ | 3 | 3 | 3½ | 2 |
| | 10P | F3 | 3 | 3 | 3½ | 3 |

*10/12/71 3-11³⁰*
*No distress noted. Lvn.*
*no distress noted this slip E. Rodriguez Lvn*
*10-14-1971*
*10-14-71 Trans to Nia 20 Lvn. R. Locklin*
*10-14-71 3-11³⁰ Baby to well nursery. Condition appears satisfactory. E. Lvn.*

**Medications:** *Vit K ½ cc 1 m in Del room*

**Remarks:**
*10-13-71 3-3 No distress noted. R. Salburg*
*10/15/71 3-11³⁰ No distress. E. Guzman Lvn*
*10/16/71 11-7¹⁵ No distress E. Umakih Lvn*
*10-16-71 3³⁵ No distress noted. Verdell Lvn. intro 10² Airducis Dr. Fa Willers F. L. und*

CC1618

ORANGE COUNTY MEDICAL CENTER
Orange, California

PF3 10 9 10 0
NEWBORN EXAMINATION

Date: _10-12-71_
Ward: _Canny_

Name: _Alfaro_   Wt. _8-9_

1. **General Appearance:**

   Color (Jaundice, Cyanosis, Etc.) _pink_

   Skin _warm, dry_

   Cry _vigorous_

2. **Measurements:**

   Head Circum: _36_   Chest: _37_   Abd. _35_

   Length: _20½_   Crown Rump: _____

3. **Physical:**

   Head:   Shape _WNL_   A.F. _1cm_   P.F. _patent_

   Ent:   Eyes _lite & red reflex bilat_

   Ears _patent canal_

   Nose _patent_

   Pharynx _no cleft_

   Congenital Anomalies _none_

   Chest: _BS bilat_   Resp. Rate: _45_

   Heart _RRR, no M_   Rate: _130_

   Abdomen: _soft, no masses or organomegaly_

   Extremities: _femorals bilat_

   Hips: _no clicks_

   Genitalia _normal ♀_

   Anus: _patent_

   Back: _WNL_

4. **Reflexes:**

   Moro _+/_   Sucking _+/_   Babinski _+/_

   Deep _+/_   Rooting _____

5. **Impression and Abnormal Findings:**   _Michael Isner_

GC1619

ORANGE COUNTY MEDICAL CENTER

INTERDISCIPLINARY NOTES MATERNITY
01:00

10 15 71

PF 310970.0
ALFARO. INFANT
-71   F   SW
MOTHER-SILVIA

1971

| DATE | TIME | NOTES |
|---|---|---|
| 10/14/1971 | 3-11 pm | Baby eats well. No stool on this shift. Condition appears to be satisfactory. E. Nielsen, R.N. |
| 10/17/71 | 11:45 | Nurses slip notes: Voided. Had yellow stool Sim 20 3rd on feeding. No distress. J.J. Conrad L.V.N. |
| 10/17/71 | 7am | Slip notes - Voided x 1. No stool. Formula 10 a.m. # 3. Discharged to mother, appt. 11 a.m. Y. Peddy L.N. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGN ALL ENTRIES, IDENTIFYING POSITION OR CLASSIFICATION

001620

LABORATORY REPORTS

*PKU — done*

*Lab — Have - it*

*(Paste 2nd report on this line)*

*(Paste 1st report on this line)*

To this sheet are attached the various analysis slips
which come from the laboratory. In the laboratory the
analysis slips are made out in triplicate, duplicate
or single. The first report received is attached at
the bottom line of this sheet and others above this,
leaving 3/8 inch of earlier report exposed in each
case.

001621

**ORANGE COUNTY MEDICAL CENTER**

PF 016970.0          **STANDING ORDER SHEET**

Name _Alfaroticy_                                                    Ward _OBray_

| DATE | TIME | BY WHOM | ORDER |
|------|------|---------|-------|
| 10-12-71 | 7³⁰/A | Parkinson | 8 hw.            two of ten 8 hw. |
|  |  |  | 1. N.P.O. FOR ~~12 HRS.~~ |
|  |  |  | 2. STERILE WATER 2 OZ. Q 4 HRS. ~~X 3~~ AFTER 12 HRS. |
|  |  |  | 3. SIMILAC 1 1. 2 OZ. Q 4 HRS. ~~AFTER 24 HRS.~~ |
|  |  |  | 4. AQUAMEPHYTON 1 MGM. I.M. STAT. |
| 10-12-71 | Noted | K Roche Lin. | |
| 10-14-71 | 4⁰⁰/A | Parkinson | D/C tomorrow |
| 10-14-1971 | 4⁴¹/PM | noted | E. Nielsen, LVN |
| 10-17. | 11⁰⁰/A | Parkinson | D/C today |
|  |  | Noted V. Reddy R.N. | |

002622

EX 78   1531



## NATIONWIDE MEDICAL CORRESPONDENCE SERVICES

Dear Requestor:

This cover letter is to inform you that the Patient Release Information you requested has been copied and processed by MED-COR.

MED-COR is a professional nationwide correspondence copy service contracted by this Medical Facility to copy and process all valid Requests and subpoenas pertaining to the Release of Patient Information.

As the agent of the hospital, MED-COR has copied this information in compliance with Federal and State laws governing the Protections and Confidentiality of such records. Please be advised Federal Regulation (42 C.F.R., Part 2) prohibits you from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

To expedite any and all inquiries regarding Billing or the Contents of the Documents you have received, please contact our Customer Service Department.

They are available Monday through Friday from 8:00 to 5:00 at 800-992-6332 or 408-866-7485. They will be happy to assist any needs you may have.

MED-COR thanks you for the opportunity to have done business with your company and looks forward to future opportunities.

2433 NORTH EUCLID AVE., SUITE H   UPLAND, CA 91786   TEL: (714) 949-3787 (800) 992-6332

001623

**UCI MEDICAL CENTER**
101 City Drive South, Orange, California 92668

## AUTHORIZATION FOR RELEASE OF INFORMATION FROM MEDICAL RECORD

Patient's Name _Alfaro Maria Del Rosio_ Birthdate ▮▮▮-71

PF No. _____ ☐ Male ☒ Female Telephone Number _____

I, the undersigned, hereby authorize the University of California Irvine Medical Center to release Medical Information _MA_, Psychiatric Information _MA_, Drug/Alcohol Information _MA_, HTLV III Testing and Results _MA_, from my medical record to:

_Sandberg Investigation_
Agency/Physician/Other

_414 W. Fourth St. Ste. A_
Address

_Santa Ana, CA 92701_
Attention

### (I UNDERSTAND ONLY THE INFORMATION INITIALED WILL BE RELEASED)

for the purpose of _trial preparation_

This information shall be valid for six months from the date of signing unless otherwise specified here:

I am advised of, and understand, my right to receive a copy of this authorization upon request.

☐ Copy of this authorization given to signee.

Signature _Maria Alfaro_ Date _11/1/90_
Record Subject

or _____ Date _____
Court Appointed Representative/Relationship to Patient

Witness _Laura Johnson_

_Release or transfer of the above information to any other person or organization is prohibited. An additional written consent must be obtained if any of the information is to be transferred to another person or organization._

**THIS FORM MUST BE COMPLETED IN FULL BEFORE INFORMATION CAN BE RELEASED**

001624

☐ EARLY DISCHARGE
☐ ROUTINE

**HEALTH CARE AGENCY/FIELD NURSING**
**POSTPARTUM BASELINE DATA**

PF# _____

PATIENT'S NAME _____ B.D. _____ GRAVIDA _3_ PARA _2_ AB _____

REFERRAL INFORMATION _____

DELIVERY DATE _7/7_ DELIVERY TYPE _____ BLOOD TYPE: _____

PREGNANCY HISTORY: ☐ NORMAL ☑ ABNORMAL  EXPLAIN _____

COMPLICATIONS this pregnancy: _____

SOURCE OF AP CARE _____    NO. OF PRENATAL VISITS _____    MONTH OF PREGNANCY AP CARE BEGAN _____

| ASSESSMENT | DATE CHECKED | CODE | TEACH | LIT. | COMMENTS |
|---|---|---|---|---|---|
| Vital Signs | 7/7/04 | | ✓ | | B/P ___ T 98° P ___ R ___ |
| Lochia | | | | | |
| Breasts | | | | | SBE ☐ |
| Fundus | | | ✓ | | |
| Episiotomy/Incision | | | | | |
| Gastrointestinal | | | | | |
| Genitourinary | | | | | |
| Endocrine | | | | | |
| Extremities | | | | | |
| Elimination | | | | | |
| Rest Sleep | | | ✓ | | |
| Exercise | | | | | |
| Hygiene | | | ✓ | | |
| Nutrition | | | | | |
| Medications | | | ✓ | | FeSo4 ☑  Vits ☐ |
| Sexual Relations | | | ✓ | | |
| Family Planning | | | ✓ | | Fam. Pl. Kit D ☐ |
| Infections | | | ✓ | | |
| PPD Status | | | | | ___ mm. ___ Written referral given |
| Postpartum Check | | | | | |
| HMO ☐  UCIMC ☑ | | | | | |
| PMD ☐  NOCCC ☐ | | | | | Refered to: FPC  UCI -2wk |
| PHMS ☐  CCOC ☐ | | | | | Will make appt. ☑  Has appt. ☑  Had appt. ☐ |
| Emotional Status | | | | | |
| Family Interaction - Husb/Other Children | | | | | |
| Maternal Infant Bonding | | ✓ | | | |
| Other | | | | | |

IMPRESSION, SIGNATURE, TIME, DATE _7/7/04_ _____

NCR copy of baseline sent to: _UCIMC_

Discharge summary sent to: _____

Complete assessment not done because: _____

QC1625

0310970 9  OUTPATIENT

722081 72A
ALFARO, MARIA ROSIO
F        /71        08/0    *OB* TRIAGE RECORD

NPC
in OBER X2

Date _7-4-89_ Time _CA 9280_ Room ___ Mode [X] Ambulatory
Primary Language _/_                              [ ] Wheelchair
Coach _____                        [ ] Stretcher
Chief Complaint _____              [ ] Transport
Age _17_ G _2_ P _T___ AB ____ LC ____ LMP ____ EDC _7-10-89_
B/P _118/52_ TEMP ____ Pulse ____ 100 Resp ____ FHT's _140's_ Fundal Height _UP_

**PATIENT CARE DATA** _pcc uc(s)_          Allergies/Sensitivities [ ] None
Contractions present [ ]yes [ ]no           [ ] Specify _____
  Onset _____ at ___:___ am/pm                                [ ] None
  Frequency_____ Duration____ Quality____   Current Medications          Last  Brought
**Membranes**                                Name/Type of Med.     Dose   In
  [ ]Intact [ ]SROM Date_____ Time____am/pm  _____  ____  [ ]
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____  ____  [ ]
Vaginal Bleeding [ ]yes [ ] no              _____  ____  [ ]
  [ ] Normal Show                           _____  ____  [ ]
  [ ] Bleeding (describe)_____        **Risk Assessment**    **Infectious Diseases**
**History Of**          **Patient Has**      [ ] Abruptio Placenta  [ ] TB
  [ ] Drug use          [ ] Dentures/caps    [ ] Placenta Previa    [ ] GC
  [ ] Preterm Labor     [ ] Glasses          [ ] Diabetes Class_____ [ ] Syphilis
  [ ] UTI               [ ] Contact Lenses   [ ] PIH                [ ] Herpes
  [ ] Blood Transfusion                      [ ] Prev C/S           [ ] Hepatitis
                                             [ ] Other_____       [ ] Other_____
**Vaginal Exam Results**
  Dilatation_____ Station_____ Effacement_____
  Examined by _____        Time_____

**PRENATAL DATA**
**Prenatal Care Location**        **Prenatal Education**
  [ ] Building 29    [ ] NPC      [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC           [ ] Other    [ ]yes [ ]no  Received prenatal care beginning wk_____
  [ ] PHD                         [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____              **Labs sent-time**
**Prenatal Lab Findings**                 [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____ PPD____ Date_____ [ ] UA   [ ] Cath UA Pro___ Glu___
  Rubella_____ HbsAg_____ Date____ [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date_____                  [ ] BUN  [ ] Uric acid  [ ] Creat
                                          [ ] SGOT [ ] SGPT

**REASON FOR ADMISSION**   **Observation**        **OBER TREATMENTS**
  [ ] Onset of Labor       [ ] Fetal Status       IV's_____
  [ ] SROM                 [ ] Med Complication    _____
  [ ] Induction            [ ] Obstetric compl.    _____
  [ ] C/S                                          Medications_____
  [ ] Other_____                            _____
**Patient Plans**                                  _____
  [ ] Breast feeding [ ] Bottle feeding            _____
  [ ] Private        [ ] Semi-private RM           Enema_____
  [ ] BTL Papers Signed [ ] Circumcision           Other_____
**Initial DC Plan**                                _____
  Consultation needed  [ ] MSW  [ ] Other____      _____
**Disposition:**                                   Signature_____
  [ ] Home    [ ] Admit  [ ] Clinic Referral

001626

MEDICAL CENTER

| DATE | |
|---|---|
| -14/89 | 10/cc: |
| 1745 | 17-y/o Hispanic ♀ G₃ P₁ SAB, ⊤ LMP 10/8/88 (unsure), EDC = 7/12/89 → EGA = 38⁶/₇ wks. Pt felt a gush of H₂O this am c̄ intermittent leakage + UC q 10 min this am (time unknown) |

1) Date - LMP 10/5/89 (uncertain of dates) EDC - 7/12/89 → EDC 38⁶/₇ wks. PNC: FHP initially then ∅ PNC → seen in UCI-ER OB × 2   FH 41.5cm   Uterus
     Best EGA by date @ 38⁶/₇ wks

2) Previous c/s @ Fountain Valley for ↓FHT c̄ documented.
     LTCS @ FVH

3) R/O SROM ⇒ Spec exam ⊕ferning, ⊖ nitrazine ∅ vaginal
     Cpooling

4) IV drug abuse - Cocaine + Heroin IV, last time in April
     & May   HIV⊖ 1988

PMH: ∅DM, ∅HD,   med's ∅   Allergies: NKDA   #1
Abuse: cigs ∅   drugs ⊕ Cocaine + Heroin IV, ETOH ⊕ early pregnancy
OE: VE: 1/30%/-2, ∅ Vag bleeding, VTX,
     ⊕ FHT - reactive / hypersensitive

Assessment: 1) Early labor -IUP @ 38⁶/₇ c̄
             2) Hx drug abuse

Plan: 1) Return time c̄ early pregnancy precautions
      2) Draw HIV - pt. signed consent
                    M. Hutchison R-1

001627

EX 78   1536

722081 72A
ALFARO, MARIA ROSIO
F _____ /71   08/01/89

## OB TRIAGE RECORD

CA 92904

Date __7/3/89__ Time __0245__ Room _____ Mode [✓] Ambulatory
Primary Language __English__      [ ] Wheelchair
Coach _____      [ ] Stretcher
Chief Complaint __UC Show__      [ ] Transport
Age __17__ G __3__ P __1__ AB ____ LC __1__ LMP __10/1/88__ EDC __7/10/89__
B/P __108/60__ TEMP __36.5__ Pulse __86__ Resp __20__ FHT's __120's__ Fundal Height __41__

PATIENT CARE DATA      Allergies/Sensitivities [✓] None
Contractions present [✓] yes [ ] no      [ ] Specify _____
  Onset ____ at __:__ am/pm      [ ] None
  Frequency ____ Duration ____ Quality ____      Current Medications    Last Brought
Membranes      Name/Type of Med.    Dose    In
  [✓] Intact [ ] SROM Date ____ Time ____ am/pm    __PNV__      [ ]
  fluid was [ ] Clear [✓] Meconium [ ] Foul smelling      [ ]
Vaginal Bleeding [ ] yes [ ] no      [ ]
  [✓] Normal Show      [ ]
  [ ] Bleeding (describe) ____      Risk Assessment    Infectious Diseases
History Of ____ Patient Has      [ ] Abruptio Placenta    [ ] TB
  [✓] Drug use ____ [ ] Dentures/caps    [ ] Placenta Previa    [ ] GC
  [ ] Preterm Labor ____ [ ] Glasses    [ ] Diabetes Class ____ [✓] Syphilis ____
  [ ] UTI ____ [ ] Contact Lenses    [✓] PIH    [ ] Herpes
  [ ] Blood Transfusion      [✓] Prev C/S    [✓] Hepatitis ____
     [ ] Other ____ [ ] Other ____

Vaginal Exam Results
Dilatation __2__ Station __high__ Effacement __30%__
Examined by __Dr Benal__      Time __0350__

PRENATAL DATA
Prenatal Care Location      Prenatal Education
  [✓] Building 29 [ ] NPC    [ ] yes [ ] no Attended classes/received instructions
  [ ] CCOC [✓] Other    [ ] yes [ ] no Received prenatal care beginning wk ____
  [ ] PHD __FHP__    [ ] yes [ ] no Records available on admission
  [ ] Pvt. Physician ____
    Pediatrician ____      Labs sent-time
Prenatal Lab Findings      [ ] CBC [ ] DIFF [ ] VDRL [ ] T&Rh
  Blood type & RH ____ PPD ____ Date ____    [ ] UA [ ] Cath UA Pro ____ Glu ____
  Rubella ____ HbsAg ____ Date ____    [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL ____ Date ____    [ ] BUN [ ] Uric acid [ ] Creat
     [ ] SGOT [ ] SGPT

REASON FOR ADMISSION    Observation      OBER TREATMENTS
  [ ] Onset of Labor    [ ] Fetal Status    IV's ____
  [ ] SROM    [ ] Med Complication    ____
  [ ] Induction    [ ] Obstetric compl.    ____
  [ ] C/S      Medications ____
  [ ] Other ____      ____
Patient Plans      ____
  [ ] Breast feeding [ ] Bottle feeding    ____
  [ ] Private [ ] Semi-private RM    Enema ____
  [ ] BTL Papers Signed [ ] Circumcision    Other __instructions__
Initial DC Plan      ____
  Consultation needed [ ] MSW [ ] Other ____
Disposition:      Signature ____
  [✓] Home [ ] Admit [ ] Clinic Referral

001628

MEDICAL CENTER

**DATE**

| | |
|---|---|
| 7/3/87 | 17 y.o. G₃ P₂ SAB₁ c̄ LMP 10/5/88, EDC 7/12/89 |

for EGA 39 8/7 weeks. Patient states began to have

contractions @ 09:00 on 7/2 q 15' now q 5'.

1# D₂ — LMP 10/5/88

PNC — FMP for 3 months    FH — 41    EFW — 3200

2# Hx of Syphilis + Hepatitis

3# Hx of Spontaneous Abortion at 2 months

4# ↓ FM in past week on 6/24 — note lytes

PMHx — Syphilis Hepatitis    Meds — Ø, NKDA

FHx — Ø HTN, DM, Tub

SHx — 1 ped; Øetoh; Hx of IVDA — HIV⊖ 1988

T — 36.5    P — 86    R — 20    BP — 108/60

Pelvis — 2cm / 30% / high

① D/C to home w/ labor precautions

[signature]

Physician making note sign and identify as follows:
- I = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff

**CHART**

071629

EX 78   1538

*Fountain Valley*
*979-1211*

**062589**

0310970 9  OUTPATIENT
722081 72 A
ALFARO, MARIA ROSIO
/71   08/01/89
CA 928

## OB TRIAGE RECORD

Date **6-25-89**  Time **2115**  Room **OBER**  Mode **Ambulatory**
Primary Language **Eng**  [ ] Wheelchair
Coach _____  [ ] Stretcher
Chief Complaint **ctx — ↓ FM**  [ ] Transport
Age **17**  G **3**  P **1**  S AB **1**  LC **1**  LMP **10-88**  EDC _____
B/P **126/70**  TEMP **36 8**  Pulse **88**  Resp **20**  FHT's **140**  Fundal Height **41**

### PATIENT CARE DATA
Contractions present [ ]yes [ ]no
  Onset_____ at__:__ am/pm
  Frequency____ Duration____Quality____
Membranes
  [X]Intact  [ ]SROM  Date____ Time____am/pm
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling
Vaginal Bleeding [ ]yes [ ]no
  [ ] Normal Show
  [ ] Bleeding (describe)_____
History Of          Patient Has
  [ ] Drug use       [ ] Dentures/caps
  [ ] Preterm Labor  [ ] Glasses
  [ ] UTI            [ ] Contact Lenses
  [ ] Blood Transfusion

Vaginal Exam Results
Dilatation_____ Station_____ Effacement_____
Examined by_____  Time_____

### PRENATAL DATA
Prenatal Care Location
  [ ] Building 29  [ ] NPC
  [ ] CCOC         [X] Other
  [ ] PHD          **FHP**
  [ ] Pvt. Physician_____
      Pediatrician_____
Prenatal Lab Findings
  Blood type & RH____ PPD____ Date____
  Rubella____ HbsAg____ Date____
  VDRL____ Date____

Allergies/Sensitivities [ ] None
[ ] Specify_____
                    [ ] None
Current Medications        Last Brought
  Name/Type of Med.   Dose   In
  _____       [ ]
  _____       [ ]
  _____       [ ]
  _____       [ ]
  _____       [ ]

Risk Assessment      Infectious Diseases
[ ] Abruptio Placenta  [ ] TB
[ ] Placenta Previa    [ ] GC
[ ] Diabetes Class     [ ] Syphilis
[ ] PIH                [ ] Herpes
[X] Prev C/S **F.Valley** [ ] Hepatitis
[ ] Other_____      [ ] Other____

Prenatal Education
[ ]yes [ ]no  Attended classes/received instructions
[ ]yes [ ]no  Received prenatal care beginning wk____
[ ]yes [ ]no  Records available on admission
Labs sent-time_____
[ ] CBC    [ ] DIFF   [ ] VDRL  [ ] T&Rh
[ ] UA     [ ] Cath UA Pro___ Glu___
[ ] Rubella [ ] Fibrinogen [ ] Other
[ ] BUN    [ ] Uric acid [ ] Creat
[ ] SGOT   [ ] SGPT

### REASON FOR ADMISSION     Observation
[ ] Onset of Labor    [ ] Fetal Status
[ ] SROM              [ ] Med Complication
[ ] Induction         [ ] Obstetric compl.
[ ] C/S
[ ] Other_____
Patient Plans
[ ] Breast feeding  [ ] Bottle feeding
[ ] Private         [ ] Semi-private RM
[ ] BTL Papers Signed [ ] Circumcision
Initial DC Plan
  Consultation needed  [ ] MSW [ ] Other____
Disposition:
  [ ] Home  [ ] Admit  [ ] Clinic Referral

### OBER TREATMENTS
IV's_____
_____
Medications_____
_____
_____
_____
Enema_____
Other_____
_____
Signature_____

001630

UCI
MEDICAL CENTER

8-14-87

documents LTCS @ FVH

**DATE**

| | |
|---|---|
| 1/25 | 17 yo G3P1SAS1 ☐ LMP 10/5/88, EDC 7/12/89 |
| | ⇒ EGA 37 3/7 wm c ↓ fetal |

#1 Dates: LMP 10/5/88 (sure, reg, q30d)
→ d/2 7/12/89 ⇒ EGA 37 3/7 wm
Dx: FHP initially then c AUS.
FH 41 EFW 2400 unt ✓
∴ But EGA 37 3/7 wm

#2 Pt c/o @ Fountain Valley for baby's H2↓
understood — attempted to call Fountain
Valley — records not available — till AM
they will call back @ office

#3 ↓ FM ⸱⸱ "shock" 2 nights ago
reactive / hyperactive

PmHx: ∅  PSHx: ∅  Meds: ∅  NKDA
FHx: ∅ HTN, DM, twins
SHx: leg, krag ∅ ETOH w/o NDA — HIV ⊖ 1988

Cx Closed / lo ⸱⸱ / part / vtx
reactive / hyperactive

① D/c home c labor precautions

② RDx in DM NSL / CST

Physician making note sign and identify as follows:
· I = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff

③ ✓ c L ↓12 to aim about c/o scan

**CHART**

001631

052939          03i0970 9  OUTPATIENT
722081 72 A
ALFARO, MARIA ROSIO
F          /71          08/01/89

CA 92904

## OB TRIAGE RECORD

Date 5-29-89 Time 2340    Room OBA    Mode [X] Ambulatory
Primary Language Eng_____    [ ] Wheelchair
Coach_____    [ ] Stretcher
Chief Complaint uts_____    [ ] Transport                30+7
Age 17  G 3  P 1   5 AB 1    LC 1    LMP 10-7-88 EDC 6-14-89
B/P 114/57   TEMP 369   Pulse 93   Resp 20   FHT's    Fundal Height 29  34/.

**PATIENT CARE DATA**

Contractions present [X]yes [ ]no          Allergies/Sensitivities [X] None
  Onset_____ at__:__ am/pm               [ ] Specify_____
  Frequency_____ Duration___ Quality____              [ ] None
Membranes                                 Current Medications    Last Brought
  [ ]Intact [ ]SROM Date____ Time____am/pm    Name/Type of Med.    Dose  In
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____ ____ [ ]
Vaginal Bleeding [X]yes [ ] no             _____ ____ [ ]
  [ ] Normal Show                          _____ ____ [ ]
  [X] Bleeding (describe) spotting         _____ ____ [ ]
History Of          Patient Has          Risk Assessment      Infectious Diseases
  [ ] Drug use     [ ] Dentures/caps      [ ] Abruptio Placenta  [ ] TB
  [ ] Preterm Labor [ ] Glasses           [ ] Placenta Previa    [ ] GC
  [ ] UTI          [ ] Contact Lenses     [ ] Diabetes Class_____ [ ] Syphilis
  [ ] Blood Transfusion                   [ ] PIH                [ ] Herpes
                                          [ ] Prev C/S           [ ] Hepatitis
Vaginal Exam Results                      [ ] Other_____ [ ] Other____
  Dilatation cl  Station -just  Effacement long
  Examined by N Alamo RN          Time 0035

**PRENATAL DATA**

Prenatal Care Location      Prenatal Education
  [ ] Building 29  [ ] NPC   [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC        [ ] Other  [ ]yes [ ]no  Received prenatal care beginning wk___
  [ ] PHD                    [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____    Labs sent-time _____
Prenatal Lab Findings       [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH___ PPD___ Date_____  [ ] UA  [ ] Cath UA Pro___ Glu___
  Rubella_____ HbsAg_____ Date____  [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date_____             [ ] BUN  [ ] Uric acid [ ] Creat
                                          [ ] SGOT [ ] SGPT

**REASON FOR ADMISSION**    **Observation**        **OBER TREATMENTS**
  [ ] Onset of Labor    [ ] Fetal Status        IV's_____
  [ ] SROM             [ ] Med Complication     _____
  [ ] Induction        [ ] Obstetric compl.     _____
  [ ] C/S                                       Medications_____
  [ ] Other                                     _____
Patient Plans                                   _____
  [ ] Breast feeding  [ ] Bottle feeding        _____
  [ ] Private         [ ] Semi-private RM       Enema_____
  [ ] BTL Papers Signed [ ] Circumcision        Other_____
Initial DC Plan                                 _____
  Consultation needed  [ ] MSW [ ] Other____    Signature_____
Disposition:
  [ ] Home   [ ] Admit   [ ] Clinic Referral

.001632

UCI
MEDICAL CENTER

DATE

5/29 L4 yo G3P1 SAB1 ē LMP 10/88 ⇒ EGA 30 1/7 - 34 2/7
[illegible] ē bag [illegible] [illegible] 8 pm

#1 Dates LMP 10/88 (unsure, reg, ∅ BCP)
PDC 6/14/89 [illegible] FHP clinic sono 2 [illegible] ago
EGA 37 4/7 weeks
PDC: 2 visits FHP clinic in [illegible]
[illegible]
Sono: in Marcer OBER BPD 35 c/w 38 5/7, AC 339 c/w 37 6/7
FH: 37 EFW: 3500 [illegible] FL 76 c/w 38 6/7
∴ Best EGA 37 4/7 weeks placenta - post ∅ [illegible]
AFI 2 10

#2 bag [illegible] x 2° - ∅ UCs
[illegible] intercourse yesterday.

#3 ∅ PDC records

#4 Prev C/S for Fetal Distress
Called FHP - ∅ records avail tonight - will call in AM

#5 IVDA - [illegible] in 1987

PmHx: Hepatitis PSHx: C/S Meds: ∅ NKDA
[illegible] tobacco, Occ [illegible], h/o IVDA

EM: [illegible] ∅ UCs
Cx: long closed / post

Physician making note sign and identify as follows:
I = Intern; R = Resident; S = Hospital Staff; A = Attending Staff

P/C home ē labor precautions

001633

```
09/01/90                    UCI MEDICAL CENTER                 CUMULATIVE SUMMA
20:03   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                    Y. KIKKAWA, M.D. & ASSOCIATES
```

```
NAME: FONVERGNE, VALERIE           SEX: F    AGE: 28Y    OUTPATIENT
H# : 022097C 8                                            LOC:        ERMA
                                   FC: T!0100423          ACCT#:   852421
```

```
           ====================== BLOOD CHEMISTRY (ER) ======================
TEST:       BUN      NA       K       CL      CO2   GLUCOSE  ANION GAP    MAG
UNITS:      MG/DL   -----------MMOL/L-------------  MG/DL               MG/DL
LO-HI:      [7-18]  [135-    [3.5-   [96-109][22-   [65-105]            [1.7-
                    148]     5.3]            31]                        2.2]


03/31/90
2205         6L      135      3.7     103     19L     121H      14       1.8
            STAT    STAT     STAT    STAT    STAT    STAT     STAT     STAT
```

```
           ====================== BLOOD COUNT (ER) ======================
TEST:       WBC      RBC      HGB     HCT     MCV      MCH
UNITS:      K/UL    M/UL      GM      %       FL       UUG
LO-HI:      [4.4-   [4.2-5.2][12.0-16.0][32-45]  [82-98]  [27.0-31.0]
            11.0]


03/31/90
2205         9.9     4.42    15.1    44.0    100H    34.2H
            STAT    STAT     STAT    STAT    STAT    STAT
```

```
           ---------------------- BLOOD COUNT (ER) ----------------------
TEST:       MCHC     PLT
UNITS:      %       K/UL
-HI:        [32.0-36.0][150-400]


03/31/90
2205         34.3     207
            STAT     STAT
```

001634

EX 78   1543

```
07/06/89                    UCI MEDICAL CENTER                CUMULATIVE SUMMA.
  20:31    DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE
                    Y. KIKKAWA, M.D. & ASSOCIATES
```

NAME: ALFARO/MARIA ROSIO          SEX: F    AGE: 17Y    OUTPATIENT
H#  : 0310970 9                                         LOC:          OBE?
DR:   GARITE, THOMAS              FC: A!0101211          ACCT#:   722081 ?
      CODE: 13359


        ========= HUMAN IMMUNODEFICIENCY VIRUS (HIV))/HTLV1 ANTIBODY ========

07/04/89
  RCV2005   HIV AB SCREEN
            HIV AB EIA SCREEN         NEGATIVE

                              EXPECTED VALUES:
                                NEGATIVE   HIV ANTIBODIES NOT DETECTED.
                                POSITIVE   HIV ANTIBODIES DETECTED BY
                                           REPEAT EIA. SUPPLEMENTARY
                                           TESTING BY WESTERN BLOT AND
                                           IMMUNOFLUORESCENCE REQUIRED.

                              COMMENTS:
                                A NEGATIVE EIA RESULT INDICATES THAT THE
                                PATIENT IS NOT INFECTED WITH HIV OR IF
                                INFECTED HAS NOT YET FORMED ANTIBODIES.
                                WHEN EARLY INFECTION IS SUSPECTED A SECOND
                                SPECIMEN OBTAINED 3 TO 4 WEEKS AFTER THE
                                INITIAL SPECIMEN MAY BE INDICATED TO
                                DOCUMENT SEROCONVERSION.
                                CALIFORNIA STATE LAW PROHIBITS DISCLOSURE
                                OF TEST RESULTS TO A THIRD (OUTSIDE) PARTY
                                WITHOUT PRIOR WRITTEN PATIENT CONSENT.

001635

DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668      LAB-CHART C
Y. KIKKAWA, M.D. & ASSOCIATES                 PAGE  1

NAME: ALFARO,MARIA ROSIO        SEX: F   AGE: 17Y    OUTPATIENT
H# :03109709                                        LOC:  OBGYN
DR:                                                 ACCT#: 7220817

H8381     COLL: 05/18/89 11:58   REC: 05/18/89 12:24   PHYS: UNK/UNK

SYPHILIS RPR
RPR QUAL SCREEN      * REACTIVE
RPR QUANT           H 8                      [<1]              TITER

EXPECTED VALUES:
     <1  NONREACTIVE
1 OR >1  REACTIVE

COMMENTS:
 A REAGIN
(NONTREPONEMAL)
TITER OF 1 OR >1 IS
USUALLY INDICATIVE
OF PAST OR PRESENT
SYPHILIS.  FALSE
POSITIVE REAGIN
REACTIONS OCCUR IN A
NUMBER OF DISEASES
AND CONDITIONS MOST
COMMONLY DRUG
ADDICTION,
AUTOIMMUNE DISORDERS
AND CERTAIN
BACTERIAL, VIRAL AND
PROTOZOAL
INFECTIONS.  TITERS
IN LATE LATENT AND
LATE SYPHILIS
DECLINE SLOWLY OR
NOT AT ALL.
 THE RPR REMAINS AS
THE TEST OF CHOICE
IN THE SEROLOGIC
DIAGNOSIS OF
ASYMPTOMATIC
NEONATAL CONGENITAL
SYPHILIS.  A DECLINE
IN TITER OVER A
PERIOD OF THREE
MONTHS DENOTES
PASSIVELY
TRANSFERRED REAGIN
WHEREAS A STABLE OR
RISING TITER
SUGGESTS NEONATAL
INFECTION.
 THE QUANTITATIVE

ALFARO,MARIA ROSIO              CONTINUED
05/22/89 21:43

001636

EX 78   1545

05/22/89                    UCI MEDICAL CENTER                    LAB-CHART COPY
21:10        DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                 Y. KIKKAWA, M.D. & ASSOCIATES              PAGE  2

NAME: ALFARO/MARIA ROSIO          SEX: F    AGE: 17Y      OUTPATIENT
4#  : 03109709                                            LOC:  OBGYN
JR:                                                       ACCT#: 7220817


      (CONTINUED)

  H5381      COLL: 05/18/89 11:58    REC: 05/18/89 12:24   PHYS: UNK/UNK
                        RPR MAY BE USEFUL TO
                        MONITOR THERAPY.  A
                        4-FOLD OR GREATER
                        DECLINE BETWEEN
                        PRETREATMENT AND
                        POSTTREATMENT TITERS
                        SUGGESTS ADEQUATE
                        TREATMENT.
                        CONVERSELY, A 4-FOLD
                        OR GREATER RISE IN
                        TITER MAY INDICATE
                        RELAPSE OR
                        REINFECTION.
                         TITERS SHOULD
                        CONVERT TO NEGATIVE
                        BY 6-12 MONTHS IN
                        TREATED PATIENTS
                        WITH EARLY SYPHILIS
                        AND BY 2 YEARS WITH
                        SECONDARY SYPHILIS.
                        SPECIFIC TREPONEMAL
                        TESTS SUCH AS THE
                        MHA-TP ARE
                        RECOMMENDED TO
                        CONFIRM THE
                        DIAGNOSIS OF
                        SYPHILIS.
  SYPHILIS (MHA-TP)    * REACTIVE

                        EXPECTED VALUES:
                          NONREACTIVE  NO
                        TREPONEMAL ANTIBODIES

                        DETECTED.
                            REACTIVE
                        TREPONEMAL
                        ANTIBODIES

                        PRESENT.
                            EQUIVOCAL
                        TREPONEMAL
                        ANTIBODIES MAY
                                  OR
                        MAY NOT BE PRESENT

                        (CONFIRMATION BY
                        FTA-ABS


001637

```
21:10        DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
             Y. KIKKAWA, M.D. & ASSOCIATES            PAGE  3

 NAME: ALFARO,MARIA ROSIO        SEX: F   AGE: 17Y    OUTPATIENT
 H#  : 03109709                                      LOC:  OBGYN
 DR:                                             .ACCT#: 7220817

    (CONTINUED)

 H8381     COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK/UNK

                         REQUIRED).
                          INCONCLUSIVE
                         NONSPECIFIC
                         AGGLUTINATION
                                  WITH
                         UNSENSITIZED CELLS

                         (TESTING BY FTA-ABS

                         REQUIRED).

                         COMMENTS:
                          A RESULT OF
                         REACTIVE INDICATES
                         SYPHILITIC INFECTION
                         AT AN UNDETERMINED
                         TIME.  A NEGATIVE
                         MHA-TP SHOULD RULE
                         OUT SYPHILIS EXCEPT
                         IN EARLY PRIMARY
                         INFECTION WHERE THE
                         SENSITIVITY IS
                         APPROXIMATELY 73%.
                         DURING OTHER STAGES
                         OF DISEASE
                         SENSITIVITY
                         APPROACHES 100%.
                         EQUIVOCAL &
                         INCONCLUSIVE RESULTS
                         OCCUR WITH <1% OF
                         PATIENTS TESTED.
                          THE SPECIFICITY OF
                         A REACTIVE MHA-TP
                         EXCEEDS THAT OF THE
                         FTA-ABS WHEN TESTING
                         POPULATIONS WITH A
                         LOW PREVALENCE OF
                         SYPHILIS AND IN
                         PATIENTS WITH
                         AUTOIMMUNE
                         DISORDERS.
                         TREPONEMAL
                         ANTIBODIES IN
                         TREATED PATIENTS
                         PERSIST THROUGHOUT
                         LIFE.


 ALFARO,MARIA ROSIO              END OF REPORT              PAGE 3
```

00C1638

EX 78   1547

```
21:27        DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668      LAB-CHART C
                     Y. KIKKAWA, M.D. & ASSOCIATES                    PAGE  1

     NAME: ALFARO,MARIA ROSIO         SEX: F     AGE: 17Y      OUTPATIENT
     H#  : 03109709                                            LOC:   OBGYN
     DR:                                                       ACCT#: 7220817


     H8381      COLL: 05/18/89 11:58   REC: 05/18/89 12:24   PHYS: UNK,UNK
```

HBS ANTIGEN            NONREACTIVE

RUBELLA SCREEN         IMMUNE

                      EXPECTED VALUES:
                       IMMUNE,   POSITIVE
                      FOR ANTIBODIES TO
                              RUBELLA.
                       NONIMMUNE, NEGATIVE
                      FOR RUBELLA

                      ANTIBODIES.

                      COMMENTS:
                       THE SENSITIVITY OF
                      THIS PROTOCOL IS
                      APPROXIMATELY THE
                      SAME AS THAT
                      ACHIEVED USING
                      HEMAGGLUTINATION
                      INHIBITION METHODS.
                      TO AVOID FALSE
                      POSITIVE RESULTS,
                      PATIENT SPECIMENS
                      ARE DILUTED 1:10.
                      WHEN RECENT
                      INFECTION IS
                      SUSPECTED, ACUTE AND
                      CONVALESCENT SERA
                      SHOULD BE TESTED BY
                      THE QUANTITATIVE IGG
                      PROCEDURE.

ALFARO,MARIA ROSIO                    END OF REPORT

001639

EX 78   1548

```
  05/18/89                    UCI MEDICAL CENTER              EAST CHART COPY
  22:21          DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                   Y. KIKKAWA, M.D. & ASSOCIATES                PAGE  1

  NAME: ALFARO,MARIA ROSIO        SEX: F     AGE: 17Y      OUTPATIENT
  H# : 03109709                                            LOC:  OBGYN
  DR:                                                      ACCT#: 7220817
```

H8381      COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK

| | | | |
|---|---|---|---|
| CBC/DIFFERENTIAL | | | |
| WBC | H 10.7 | [4.0-10.5] | THOUS/M |
| RBC | 3.75 | [3.7-5.0] | MILL/MC |
| HEMOGLOBIN | L 10.7 | [11.5-15.0] | G/DL |
| HEMATOCRIT | L 32.1 | [34.0-44.0] | % |
| MCV | 85.6 | [81.5-97.0] | FL |
| MCH | 28.6 | [27.0-33.5] | PG |
| MCHC | 33.5 | [32.0-35.5] | G/DL |
| RDW | H 15.8 | [12-15] | % |
| PLATELET COUNT | H 413 | [150-400] | THOUS/M |
| NEUTROPHILS | 7.60 | [2.0-8.1] | THOUS/M |
| | 70.9 % | | |
| LYMPHOCYTE | 2.4 | [0.9-3.3] | THOUS/M |
| | 22.4 % | | |
| MONOCYTE | 0.5 | [0-0.8] | THOUS/M |
| | 4.5 % | | |
| EOSINOPHIL | 0.1 | [0-0.5] | THOUS/M |
| | .8 % | | |
| BASOPHIL | 0.0 | [0-0.2] | THOUS/M |
| | .2 % | | |
| LARGE UNSTAINED CE | .12 | [0-0.50] | THOUS/M |
| | 1.1 % THIS CATEGORY | | |
| | NORMALLY INCLUDES | | |
| | LARGE MONONUCLEAR | | |
| | CELLS, NOTABLY | | |
| | ATYPICAL AND | | |
| | REACTIVE | | |
| | LYMPHOCYTES.  SLIDE | | |
| | IS REVIEWED WHEN | | |
| | NUMBER EXCEEDS | | |
| | NORMAL. | | |
| RBC MORPHOLOGY | NORMAL | | |

H8386      COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK,UNK

| | | |
|---|---|---|
| URINALYSIS | | |
| URINE APPEARANCE | YELLOW | |
| | CLOUDY | |
| URINE SPECIFIC GRA | 1.020 | |
| PH | 8.0 | |
| PROTEIN | NEGATIVE | MG/DL |
| SULFASAL | NOT PERFORMED | |
| GLUCOSE | NEGATIVE | MG/DL |
| KETONES | NEGATIVE | MG/DL |
| BILIRUBIN | NEGATIVE | |
| HEMOGLOBIN | NEGATIVE | |

```
                        UCI MEDICAL CENTER              LAST CHART COPY
  20:59      DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                 Y. KIKKAWA, M.D. & ASSOCIATES                   PAGE  1


NAME: ALFARO,MARIA ROSIO        SEX: F    AGE: 17Y    OUTPATIENT
H#  : 03109709                                        LOC:  OBGYN
DR:                                                   ACCT#: 7220817


H8390      COLL: 05/18/89 11:58    REC: 05/18/89 12:24  PHYS: UNK,UNK

     BACT CULT UR QT
        SPECIMEN DESCRIPTION        URINE, CLEAN VOID
        SPECIAL INFORMATION         NONE
        CULTURE RESULTS             > 100,000 COLONIES/ML
                                    KLEBSIELLA PNEUMONIAE
                                    50000 COL/ML ENTEROBACTER
                                    CLOACAE
        REPORT STATUS               FINAL 052089

     SUSCEPTIBILITY
        ORGANISM                    > 100,000 COLONIES/ML
                                    KLEBSIELLA PNEUMONIAE
        METHOD                      AMS MIC
        AMPICILLIN                  >=32 RESISTANT
        CEPHALOTHIN                 4 SUSCEPTIBLE
        CHLORAMPHENICOL             2 SUSCEPTIBLE
        GENTAMICIN                  <=.5 SUSCEPTIBLE
        TRIMETH-SULFAMETHOXAZOLE    <=10 SUSCEPTIBLE
        TETRACYCLINE                >=16 RESISTANT

     SUSCEPTIBILITY
        ORGANISM                    50000 COL/ML ENTEROBACTER
                                    CLOACAE
        METHOD                      AMS MIC
        AMPICILLIN                  >=32 RESISTANT
        CEPHALOTHIN                 >=32 RESISTANT
        CEFAMANDOLE                 <=2 SUSCEPTIBLE
        CEFOXITIN                   >=32 RESISTANT
        CHLORAMPHENICOL             8 SUSCEPTIBLE
        GENTAMICIN                  <=.5 SUSCEPTIBLE
        TRIMETH-SULFAMETHOXAZOLE    <=10 SUSCEPTIBLE
        TETRACYCLINE                >=16 RESISTANT
```

001641

```
05/19/89                  UCI MEDICAL CENTER                    LAB-CHART COPY
22:21          DEPT OF PATHOLOGY, 101 SO CITY DR, ORANGE CA 92668
                     Y. KIKKAWA, M.D. & ASSOCIATES                    PAGE  2


NAME: ALFARO/MARIA ROSIO          SEX: F   AGE: 17Y      OUTPATIENT
H#  : 03109709                                           LOC:  OBGYN
DR:                                                      ACCT#: 7220817


      (CONTINUED)


H8386     COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK/UNK
     LEUKOCYTE ESTERASE       NOT PERFORMED
     NITRITE                  NEGATIVE
     URINALYSIS UROBILI       1.0                      [0.1-1.0]      EU/DL
     URINE CASTS              NONE                                    #/LPF
     RBC                      NONE                                    #/HPF
     WBC                      NONE                                    #/HPF
     EPITHELIAL CELLS         0-5                                     #/HPF
     CRYSTALS                 3+ AMORPHOUS
                              PHOSPHATE CRYSTALS
     BACTERIA                 NONE
     URINALYSIS MUCOUS        NONE
     OTHER OBSERVATIONS       NONE
     URINE SAMPLE SITE        NOT SPECIFIED



H8397     COLL: 05/18/89 11:58   REC: 05/18/89 12:24  PHYS: UNK/UNK


     PRENATAL SCREEN
        ABO/RH(D)                      A POSITIVE
        COMMENT                        THE FOLLOWING INFORMATION
                                       APPLIES TO WOMEN OF
                                       CHILD-BEARING AGE:
                                       STATE LAW REQUIRES THAT THE
                                       WOMAN TESTED BE INFORMED AS
                                       TO THE RHESUS (RH) TYPING
                                       TEST RESULTS
        ANTIBODY SCREEN                NEGATIVE
```

N°1842

OBs
0310970 9 OUTPATIENT
722081 72.
ALFARO, MARIA ROSIO
F ███████ /71    09/01/89

**PATIENT IDENTIFICATION**

UCI MEDICAL CENTER
**FINAL PROGRESS NOTE**

ADMISSION DATE  7/7/89
DISCHARGE DATE

| CODE NO. | DESCRIPTION |
|---|---|
| **DIAGNOSES:** Record Primary Diagnosis first; do not use abbreviations or symbols when recording diagnoses, operations and procedures; include complications. | 656.61 | Intrauterine Pregnancy |
| | 648.31 | Breech Presentation |
| | 652.51 | |
| | 642.91 | |
| | 658.41 | |
| | 654.21 | |
| **OPERATIONS:** Record with dates. | 658.11 | |
| | V27.0 | |
| **SPECIAL PROCEDURES:** Diagnostic and non-surgical. | 74.0 | 9/8 |

**BRIEF SUMMARY OF HISTORY (REASON FOR ADMISSION, SYMPTOMOLOGY, PREVIOUS HISTORY)**

17 y.o. G₃P₁ @ 39 1/7 wks., LMP 10/5/89, UCS q 3-4 mos. use
Cs since 7/3/89 + SROM  NO PNC

**PERTINENT POSITIVE FINDINGS**

Physical examination: Cx 1 cm/30%/-2. Vtx.

Laboratory/X-ray: Blood type A/+/-  ADM Hct 32.2  PP Hct —  Rubella Immune
VDRL Reactive , HBSAg — , PPD — , PAP — Wayne Tox- ⊖

**SUMMARY OF COURSE AND TREATMENT**

**CONDITION OF DISCHARGE**  [X] Ambulatory  [ ] Self Care  [ ] Disabled  [ ] Deceased

**DISABILITY STATUS**
Estimated back-to-work/school date:          Follow-up visit in: (DAYS - WEEKS - MONTHS)  6 wks.

**INSTRUCTIONS GIVEN TO PATIENT/FAMILY**

Physical Activity:  [ ] ad lib  [X] Limited (specify): Pelvic Rest x 6 weeks

Diet:  [ ] Regular  [ ] Restricted (specify):

Medications:  [ ] None  [X] As prescribed (specify): PNV, FeSO₄, OCPs

Other: RTER ps T>35 Tpain Vaginal bleeding

**DISPOSITION**  [ ] AMA  [ ] To Home  [ ] Transferred to: Follow Bx 2ₒ OB          OB

Margarita Dorricina

001643

UCI MEDICAL CENTER
DISCHARGE SUMMARY

ALFARO, MARIA
PF#:  031-09-70

DATE OF ADMISSION:  7/7/89
DATE OF DISCHARGE:  7/12/89

HISTORY:  This patient is a 17 year old, Hispanic female, G3, P1, at
39 1/7 weeks gestation, who presented on 7/7/89 complaining of
uterine contractions and rupture of membranes.  The patient had had
minimal prenatal care at Family Health Plan times two visits.  The
patient also had a previous of intravenous drug use, syphilis and
hepatitis.  She also gave a history of previous C-section at Fountain
Valley Hospital which has been documented low transverse C-section.
The patient was admitted for a possible VBAC, trial of labor.

HOSPITAL COURSE:  The patient was expectantly managed initially and
was given Demerol for treatment of pain during latent labor.  She
subsequently progressed to 4 cm. and epidural anesthesia was
administered.  The patient remained at this dilitation for
approximately four hours with uterine contractions every 2-4 minutes,
however the amplitude was somewhat inadequate or dysfunctional.
Patient was given a trial of pitocin augmentation.  The mother
subsequently developed a fever consistent with chorioamnionitis.
Repeat sonogram evaluation of the infant revealed the estimated fetal
weight to be approximately 4000 grams by Shepherd and Hadlock
measurements and approximately 4500 grams by Leopold measurements.
The patient had had no previous diabetic screening.  The patient had
progressed to complete dilitation and pushing well with adequate
labor for approximately 2 1/2 hours, however remained at a persistent
1+ station with moderate amount of caput formation.  The pelvis was
felt to be adequate.  Because of this prolonged second stage,
probable fetal macrosomia without diabetic screening, it was
recommended that the patient undergo repeat Cesarean section.  The
risks, including injury to bowel, bladder and ureters, infection and
hemorrhage were explained to the patient, she agreed with the
recommended procedure.  On 7/8/89 the patient underwent repeat low
transverse Cesarean section with delivery of a 4270 gram male infant
with Apgar scores of 8 at one minute and 9 at five minutes.
Adhesions of omentum were noted to the uterus and the anterior
peritoneum.  Patient tolerated the surgery well.  Post-operatively
the patient was continued on antibiotic therapy for chorioamnionitis.
On the first post-operative day the patient was afebrile.  It should
also be noted that the patient was felt to have developed pregnancy
induced hypertension around the time of delivery and was started on
magnesium sulfate which was continued post-operatively for 24 hours.
Patient was started on clear liquids on the first post-operative
day.  The patient was subsequently ambulated.  On the second
post-operative day the patient continued to be afebrile on ampicillin
and gentamicin.  Antibiotics were discontinued when the patient was
afebrile for 48 hours.  It should be noted that her post-operative
hematocrit was 29.4 from pre-operative hematocrit of 32.2.  Her

0 1644

UCI MEDICAL CENTER                                    PAGE TWO
DISCHARGE SUMMARY

ALFARO, MARIA
PF#:  031-09-70

DATE OF ADMISSION:  7/7/89
DATE OF DISCHARGE:  7/12/89

rubella was immune, urine tox screen was negative and her blood type
A positive.  VDRL was reactive, however the patient had been treated
for this on 6/1/89.  On the third post-operative day the patient had
one temperature spike to 38.1, however it was felt possibly secondary
to recurrent endometritis vs. breast engorgement.  Urinalysis was
checked and the patient was observed.  The patient had repeat
temperature spike but subsequently defervesced.  Her breasts were
noted to be very engorged without evidence of mastitis and this was
felt to be the etiology of the patient's fever as she had a
completely unremarkable physical exam with regards to
endomyometritis.  The patient's fundus was completely nontender at
this point.  Urinalysis was negative.  Hence the patient was
discharged home with instructions to take her temperature every four
hours.  The patient's wound also was healing well.

DISCHARGE DIAGNOSIS:
1.  Term intrauterine pregnancy, delivered via repeat Cesarean
    section for failure to progress and fetal macrosomia.
2.  Resolved chorioamnionitis/endomyometritis.
3.  History of syphilis, treated 6/1/89.
4.  Past history of intravenous drug use.

Discharge instructions: Patient is to take her temperature every four
hours.  She is to recheck immediately should she have fever, severe
abdominal pain or severe vaginal bleeding.  She is to be at pelvic
rest and no heavy lifting for six weeks.  The patient is to recheck
in the GYN post-op Clinic in two weeks.  Patient desired birth
control pills at the time of discharge, she had no risk factors for
these and birth control pills were dispensed at the time of discharge
after risks and benefits had been explained to the patient.

STEPHEN THOMAS, M.D. R-III
DEPARTMENT OF OBSTETRICS/GYNECOLOGY

ST/pn/swmt  D 8/10/89  T 8/14/89  M4, C2

001645

722081 72A
ALFARO, MARIA ROSIO
F          8/01/89
OB TRIAGE RECORD

Date __7/10/89__ Time __Ammi__ Room __CA M822 Q__  [X] Ambulatory
Primary Language __English__                          [ ] Wheelchair
Coach _____            [ ] Stretcher
Chief Complaint __VCS__                               [ ] Transport        7-10-89
Age __17__ G __3__ P __1__ AB __1__ LC __1__    LMP __Kidock__  EDC __6-14-89__
B/P __113/56__ TEMP __372__ Pulse __88__ Resp __20__ FHT's __148__ Fundal Height __48__

**PATIENT CARE DATA**                          Allergies/Sensitivities [ ] None
Contractions present [X]yes [ ]no                [ ] Specify
  Onset __7/3 PM__ at __:__ am/(pm)                                    [ ] None
  Frequency __5-10m__ Duration ____ Quality____   Current Medications   Last  Brought
Membranes                                         Name/Type of Med.     Dose   In
  [ ]Intact  [X]SROM  Date __7/3__ Time __ am/pm__ _____ [ ]
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling _____ [ ]
Vaginal Bleeding [ ]yes [X]no                     _____ [ ]
  [ ] Normal Show                                 _____ [ ]
  [ ] Bleeding (describe)_____     Risk Assessment      Infectious Diseases
History Of        Patient Has                    [ ] Abruptio Placenta  [ ] TB
[X] Drug use      [ ] Dentures/caps              [ ] Placenta Previa    [ ] GC
[ ] Preterm Labor [ ] Glasses                    [ ] Diabetes Class____ [ ] Syphilis
[ ] UTI           [ ] Contact Lenses             [ ] PIH                [ ] Herpes
[ ] Blood Transfusion                            [X] Prev C/S           [ ] Hepatitis
                                                 [ ] Other_____      [ ] Other___
Vaginal Exam Results                                                    _____
  Dilatation_____ Station_____ Effacement_____
  Examined by _____ Time_____

**PRENATAL DATA**
Prenatal Care Location        Prenatal Education
[ ] Building 29    [X] NPC     [ ]yes [ ]no  Attended classes/received instructions
[ ] CCOC           [ ] Other   [ ]yes [ ]no  Received prenatal care beginning wk____
[ ] PHD                        [ ]yes [ ]no  Records available on admission
[ ] Pvt. Physician_____
    Pediatrician_____  Labs sent-time_____
Prenatal Lab Findings          [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____ PPD____ Date____  [ ] UA   [ ] Cath UA Pro__ Glu__
  Rubella_____ HbsAg____ Date____     [ ] Rubella [ ] Fibrinogen [ ] Other
  VDRL_____ Date____                  [ ] BUN   [ ] Uric acid [ ] Creat
                                       [ ] SGOT  [ ] SGPT

REASON FOR ADMISSION       Observation        OBER TREATMENTS
[ ] Onset of Labor      [ ] Fetal Status      IV's_____
[ ] SROM                [ ] Med Complication      _____
[ ] Induction           [ ] Obstetric compl.      _____
[ ] C/S                                        Medications_____
[ ] Other_____                                 _____
Patient Plans                                     _____
[ ] Breast feeding [ ] Bottle feeding             _____
[ ] Private        [ ] Semi-private RM         Enema_____
[ ] BTL Papers Signed [ ] Circumcision         Other_____
Initial DC Plan                                   _____
  Consultation needed  [ ] MSW [ ] Other____      _____
Disposition:                                   Signature_____
[ ] Home   [ ] Admit   [ ] Clinic Referral

NOB SM7/1-

001646

UCI
MEDICAL CENTER

722081 72 A
ALFARO, MARIA ROSIO
F        /71    08/01/89

**DATE**

| | |
|---|---|
| 7/6/89 | 17 y.o. G₅P₁ SAB₁ c̄ LMP 10/5/88 (unsure) EDC = |
| 2215 | 7/12/89 by OBER sono on 5/29/89 redated to 37⁴/₇ wks EGA. |
| | IUP now @ 39½ wks   Pt states she felt |
| | a gush of water down her legs on eve of 7/3. |
| | + since then has felt her pants wet on |
| | several occasions.  Pt states the fluid is clear |
| | also c/o burning urination since 7/3/89. |
| | Pt was seen 7/3 + 7/4 in OBER for UCs + |
| | ? ROM.  Her membranes were felt to be intact — |
| | ⊖ ferning, ⊖ pooling, ⊖ nitrazine on SSE. |
| | 7/4 VE: 1/30%/-2, Vtx.   ⊖ VB, ⊕ irreg UCs |
| | since 7/3. |
| #1 | IUP / Dates     unsure / reg / ∅ OCPs |
| | LMP — Oct/88  →ₑₐₗ 37³/₇ → 39⁵/₇ |
| | redated by sono ᵒ⁵ 5/29 → 37⁴/₇ which makes |
| | EGA now 39½/₇ |
| | PNC: 2 visits to FHP clinic in Anaheim  ∅ records |
| | FH 42 |
| | OBER sono: gr. 3 placenta    BPD 98 → 40½ wks |
| | AFI 4.1  7.7ᵁ = 15.4      AC 353 → 39½ wks |
| | 1.1  2.5         FL 80 → 40⁶/₇ wks |
| | c/w redate + 5/29 sono |
| #2 | R/O SROM |
| | SSE → |
| #3 | IV Drug Abuse — last use 3/89    HIV⊖ 1988 — |
| | repeat 7/4/89 → |

Physician making note sign and identify as follows:
· I = Intern;  R = Resident;  S = Hospital Staff;  A = Attending Staff

**CHART**

001647

0310970 9  OUTPATIENT

722081 72A
ALFARO, MARIA ROSIO      OB TRIAGE RECORD
F           /71    08/01/89

*2nd page 7/6*

Date_____ Time_____ Room_____ Mode [ ] Ambulatory
Primary Language_____ CA 92804      [ ] Wheelchair
Coach:_____            [ ] Stretcher
Chief Complaint_____     [ ] Transport
Age____ G____ P____ AB____ LC____ LMP____ EDC____
B/P____ TEMP____ Pulse____ Resp____ FHT's____ Fundal Height____

**PATIENT CARE DATA**                    Allergies/Sensitivities [ ] None
Contractions present [ ]yes [ ]no        [ ] Specify_____
  Onset_____ at___:___ am/pm                              [ ] None
  Frequency_____ Duration____ Quality____  Current Medications    Last  Brought
Membranes                                  Name/Type of Med.    Dose   In
  [ ]Intact [ ]SROM Date____ Time____am/pm  _____    ____  [ ]
  Fluid was [ ]Clear [ ]Meconium [ ]Foul smelling  _____  ____  [ ]
Vaginal Bleeding [ ]yes  [ ] no            _____    ____  [ ]
  [ ] Normal Show                          _____    ____  [ ]
  [ ] Bleeding (describe)_____          Risk Assessment    Infectious Diseases
History Of          Patient Has           [ ] Abruptio Placenta  [ ] TB
  [ ] Drug use      [ ] Dentures/caps      [ ] Placenta Previa   [ ] GC
  [ ] Preterm Labor [ ] Glasses           [ ] Diabetes Class____ [ ] Syphilis
  [ ] UTI           [ ] Contact Lenses    [ ] PIH              [ ] Herpes
  [ ] Blood Transfusion                   [ ] Prev C/S         [ ] Hepatitis
                                          [ ] Other_____  [ ] Other____
Vaginal Exam Results
  Dilatation_____ Station_____ Effacement_____
  Examined by_____ Time_____

**PRENATAL DATA**
Prenatal Care Location       Prenatal Education
  [ ] Building 29  [ ] NPC    [ ]yes [ ]no  Attended classes/received instructions
  [ ] CCOC         [ ] Other  [ ]yes [ ]no  Received prenatal care beginning wk____
  [ ] PHD                     [ ]yes [ ]no  Records available on admission
  [ ] Pvt. Physician_____
      Pediatrician_____   Labs sent-time_____
Prenatal Lab Findings        [ ] CBC  [ ] DIFF  [ ] VDRL  [ ] T&Rh
  Blood type & RH____ PPD____ Date____  [ ] UA  [ ] Cath UA  Pro___ Glu___
  Rubella_____ HbsAg____ Date____    [ ] Rubella  [ ] Fibrinogen  [ ] Other
  VDRL_____ Date____                 [ ] BUN  [ ] Uric acid  [ ] Creat
                                        [ ] SGOT  [ ] SGPT

REASON FOR ADMISSION       Observation        OBER TREATMENTS
  [ ] Onset of Labor       [ ] Fetal Status    IV's_____
  [ ] SROM                 [ ] Med Complication _____
  [ ] Induction            [ ] Obstetric compl. _____
  [ ] C/S                                       Medications_____
  [ ] Other_____                         _____
Patient Plans                                   _____
  [ ] Breast feeding  [ ] Bottle feeding        _____
  [ ] Private         [ ] Semi-private RM        Enema_____
  [ ] BTL Papers Signed  [ ] Circumcision        Other_____
Initial DC Plan                                  _____
  Consultation needed  [ ] MSW [ ] Other____     _____
Disposition:                                     Signature_____
  [ ] Home   [ ] Admit   [ ] Clinic Referral

001648

UCI
MEDICAL CENTER

DATE

7/6/89 (cont)

#4 Previous c/s @ Fountain Valley for ↓FHT c̄
documented LTCS. @ FVH

PMHx: Ø DM,  Ø HTN  ⊕ H/O Hepatitis + Syphillis— last Tx 6/1/89
87 + Dec

Meds Ø   NKDA

IVDA - Cocaine  & Heroin

                                    6 Baron R.

Admit to L+D → See  white  Admit  Sheet

SSE -   +/- pooling  c̄  alot of
                     mucous

         weakly  ⊕  Nitrazine

         ⊕ ferning

CvX : Soft   dilation  Not  visualized

Physician making note sign and identify as follows:
. I = Intern;   R = Resident;   S = Hospital Staff;   A = Attending Staff

CHART

001649

**OBSTETRICS · ADMISSION**
**HISTORY & PHYSICAL**

DATE: 7/7/89

TIME: ~~2:14~~ 00:48

Patient Identification 2/71   08/01/89

His y/o 17 An G 3 P 1 Sab 1 SB Ø Ectopic Ø LC 1

LMP: 10/5/88 (unsure of dates) making her now 39 1/7 weeks' gestation

Presents C/O: UCs q 4-5 minutes. ⊕ SROM, Ø Bleeding
NO PNC.

## Problems:

**1. IUP / Dates:**

LMP 10/5/88   LNMP ___   EDC 7/12/89 (By sono)

Sure [ ]   Unsure [X]   Regular [ ]   Irregular [ ]   BCP'S  yes [ ]  no [ ]

Pregnancy test: yes [X]  no [ ]   Date: 11/88   Type: Urine Test

Prenatal Care: Where ___ FHP x 2 visits only

1st Exam ___ ?

Records Available: No   Number of visits 2

Sono(s): 5/29/89 sono → EGA of 37 4/7 → EDC 7/12/89

7/6/89 sono - AFI = 15.4   BPD 98 → 40 1/2 wks
AC 353 → 39 1/7 wks   dy' redates 5/29 sono
FL ___ → 40 1/7 wks

FH 42   EFW 3800   Presentation VTX

Best EGA 39 1/2 weeks   poor / fair / good / excellent

2) Irregular UC's since 7/3/89. ⊕ SROM, Ø Bleed, ⊕ UB   EFW(H) 3933  3882 g

② ex 1 cm/30%/-2 VTX error

③ ⊕ Ferning, ⊕ Pooling, ⊕ Nitrazine

④ H/O IVDA & Syphilis & Hepatitis

⑤ Previous C/S @ Fountain Valley for ↓ FHT c̄ documented LT

## Past Medical History:

Allergies Ø (NKDA)

Medications Ø

Medical Problems: [ ] DM Ø  [ ] Heart dz' Ø  [ ] HTN Ø  [ ] Pulm / TB Ø  [ ] Renal Ø
[ ] STD's  [ ] Blood Transfusion(s) Ø
Hx syphilis 1987 & 1989   Tx 6/1/89

001850

EX 78   1559

Surgery ∅ _____

Ob hx ∅ _____

Gyn hx ∅ _____

Family hx    [ ] DM ∅   [ ] HTN ∅   [ ] Twins ∅ _____

Social hx    [ ] Tobacco ∅   [ ] ETOH ∅   [ ] Drugs ⊕ _last used_ _cocaine + heroin in 3/89_

Marital Status _SINGLE_ _____   Work ∅ _____

**Contraceptive Plans:** _____   [ ] Desires BTL   Papers signed _____

ROS:   [ ] HA ∅   [ ] Edema hands / face ⊕ _HANDS IN JUNE 1989_   [ ] Blurry vision ∅   [ ] Epigastric pain ∅

⊕ [ ] Dysuria ∅   [ ] C.P. ∅   [ ] S.O.B ∅   [ ] Vag bleeding ∅   [ ] N/V ∅   [ ] Fever ∅

_CONSTIPATE V 9/3/89 SINCE_

**Physical Exam:** General _MILD DISTRESS IN LABOR_   T 37² BP 113/56 P 88   RR 20

HEENT _PERLA, EOMI, NC/AT_   Neck _supple, ∅ thyromeg, ∅ adenopathy_

Lungs _clear_   Back _∅ CVA tenderness_

Cor _RRR s̄ (M)_   Breast _NT, ∅ masses_

Abdomen _Gravid, NT_   FH _42_   EFW _____   Presentation _VTX_

Pelvic _CX 1 / 30% / -2_   SSE → +/- pooling c̄ ↑ mucous

_Cx - soft, dilatation weakly ⊕ Nitrazine_
_not visualized ⊕ ferning_

Extremities _slight EDEMA, ∅ Homan's sign_

Other _____   Neuro _DTR 2+/4+ Bilat. sym._

**Labs:** Blood type _A/+/_   Rubella _Immune_   VDRL _____   PPD _____   PAP _____

1hr PG _____   CBC _____   UA _tox screen ⊖_

_U/A - ∅ WBC ∅ bact   trace protein   ∅ glucose_

**Fetal Monitor:** _____

**Assessment:** ① IUP _at nev Term (39 2/7 wks.) in Active labor c̄ ⊕ SROM 9/3/89_ -
_but probable high leak since high AFI_

② H/O IVDA

③ H/O Syphilis

④ Previous C/S - LTCS documented - OK for TOL

**Plan:** ① Admit to L&D - Anticipate VBAC - to follow expectant management x 24°

② CBC, T+S; Tox screen, VDRL, U/A

_F. Nkundi Ingutar MD III / ⊕ Baron R_

001651

**UCI MEDICAL CENTER**
**LABOR AND DELIVERY RECORD**

LR#3

PATIENT IDENTIFICATION
ALFARO MARIA
F                    /71
19

By Song

☐ Black   ☐ Mexican
☐ Caucasian   ☒ Other:

## PRENATAL

| Age | Gravida | Para | Spont. Abortions | Thera. Abortions | Stillborn | Living Children | Adoptions | LMP | EDC |
|-----|---------|------|------------------|------------------|-----------|-----------------|-----------|-----|-----|
| 17 | 3 | 0 7 1 4 7 7 | | | | | | 10-5-88 | 7-12-89 |

| CARE | Wks. at Onset | No. of Visits | ☐ Private Medical Dr. ☐ Clinic | Name/Location |
|------|---------------|---------------|-------------------------------|---------------|
| | | 2 | ☐ Public Health Dept. ☐ None | FHP |

| ANTEPARTUM LAB (Results & Date) | Hgb | Hct | VDRL Tx 6-1-89 | 2 Hr. Post Prandial | GTT | Blood Type & Rh |
|---|---|---|---|---|---|---|
| | Sent | Sent | resent | | | A+/− |

## ANTEPARTUM COMPLICATIONS

☒ None   ☐ Abruptio Placenta   ☐ Placenta Previa   ☐ Other:

☐ Cardiac Disease   Type & History   ☐ Diabetes Mellitus   Class   ☐ Hematological Disease   ☐ Pre-eclampsia
☐ Sickle Cell Anemia   ☐ Mild   ☐ Mod.   ☐ Severe

☐ Infectious Diseases:   ☐ Gonococcus   ☐ Syphilis   ☐ Parasites (specify):   ☐ Herpes   H/o hepatitis   TREATMENT 6-1-89 completed

☒ Premature rupture of membranes   How long before delivery? ? slow leak 7/3   Amniotic Fluid ☐ Clear ☐ Meconium   ☐ Other: some sauce 7/3   ☐ Febrile Temp.   How long?

☐ Fetal Evaluation   Enter Dates and Results   ☐ Amniocentesis   ☐ Oxytocin Challenge Test   ☐ Ultrasound   ☐ Estriols ☐ Low   ☐ Normal ☐ Falling   ☐ Suspected IUGR

Other: Rubella Immune
HbsAg NR

Substance Abuse (Type & Duration)
Cocaine Heroin
Last use 3/89

## LABOR

☐ Normal, Spontaneous   ☒ Augmentation © 1205
☐ Elective Induction   ☐ Indicated Induction—Explain:

Medications & Dosages During Labor
Demerol 50 mg > IVP © 0300 & 0630 7/1?
Largon 20 mg

COMPLICATIONS:   ☐ Chorioamnionitis   ☐ Failure to Progress
☐ Cephalopelvic Disproportion   ☐ Fetal Distress
☒ Other: macrosomia

☐ Fetal Scalp Sampling:   Cord Blood pH

Comments

## DELIVERY

☐ Spontaneous   ☐ Vacuum Extraction   ☐ Low Forceps:   ☐ Other:

PRESENTATION AND POSITION:
☒ Vertex   ☐ Breech
☐ Other
☐ EPISIOTOMY

LACERATIONS:   ☐ None   ☐ Cervical   ☐ Labial
☐ Periurethral   ☐ Vaginal   ☐ 3rd Degree   ☐ 4th Degree
☐ Other:

PLACENTA:   ☐ Spontaneous   ☒ Manual Removal   ☒ Intact
Comments:

Post Partum Hemorrhage Over 500cc:

☐ CESAREAN SECTION:   ☐ Primary   ☒ Repeat   ☐ Elective   ☐ Emergency
Indication:   ☐ Breech   ☐ Cephalopelvic Disproportion   ☐ Fetal Distress   ☐ Failure to Progress
☐ Pre-eclampsia   ☐ Repeat:_____   ☒ Other: macrosomia

Post Partum Tubal Ligation Desired

Comments: called for meconium, macrosomia — Baby vigorous — Intubated → No mec
below cord — suctioned, PD&P — Copious thick mec suctioned from stomach
Grunting, retracting @ 10min — O₂ CPAP given → To ISCU.

## ANESTHESIA
Specify Drug & Dose
☐ None   ☐ Local   ☐ Pudendal   ☐ Paracervical   ☒ Lumbar Epidural   ☐ Caudal Epidural   ☐ Spinal
☐ General

| Del. Date | Del. Time | Sex | Weight | Length | Weeks Gest. | Placenta Time | APGARS | 1 Min. | 5 Min. |
|-----------|-----------|-----|--------|--------|-------------|---------------|--------|--------|--------|
| 7-8-89 | 0230 | Boy | 4270 | 54 | 39 4/7 | 0231 | | 8 | 9 |

## INFANT

| Cord Vessels | RESUSCITATION: ☐ Bulb ☐ De Lee ☐ Intubation: ☐ AgNO₃ ☒ Vit. K |
|---|---|
| | ☐ O₂ ☐ Positive Pressure ☐ Wall Suction ☐ Cords Visualized DRUGS TO INFANT: ☐ Other: |

PEDIATRICS: ☒ Present ☐ Not Present ☒ Called   Major Congenital Anomaly   Ventral hernia @ midline —
I.D. Band No. 23786   P.F. No. 10960789

BONDING ☐ Held ☐ Touched
☒ Significant other PRESENT Comments: Boyfriend

FEEDING ☐ Bottle   Anesthetist
☐ Breast ☐ Bath

Obstetrician Leonard   OB Nurse   Pediatrician   Ped. Nurse   Resp. Therapist

UCI MEDICAL CENT
**RESIDENT**
ADMISSIO
NOT

| DATE: | TIME: |
|-------|-------|

Alfaro, Maria    03109709
PNC @ FHP → lost insurance.
Post dates   41 wks
Prev. c/s → documented LTCS
Needs     AFI / NST This week
         (Thus or Friday)
Discussed c̄ Dr. Jantsch
To call for appt
         778 - 6035

Continue on reverse side

FORM 130 84800

CHART

**RESIDENT**
ADMISSIO

001653

UNIVERSITY OF CALIFORNIA, IRVINE, MEDICAL CENTER

UCI MEDICAL CENTER
REPORT OF OPERATION

PATIENT NAME:  Alfaro, Maria R.
PF NO.:  031-09-70

DATE OF OPERATION:  07/08/89

PREOPERATIVE DIAGNOSES:  (1) Term intrauterine pregnancy.
(2) Chorioamnionitis.  (3) Failure to progress.  (4) Previous low
transverse Cesarean Section.

POSTOPERATIVE DIAGNOSIS:  Same.

OPERATION:  Repeat low transverse Cesarean Section.

SURGEON:  Michael L. Berman, M.D. (A); Martha Heppard, M.D. (RIV)
Steven Thomas, M.D. (RIII)

FINDINGS:  (1) Delivery of a 4,270 gram viable male infant with
Apgar scores of 8 at 1 minute and 9 at 5 minutes.  (2) Normal
appearing tubes, ovaries and uterus.  (3) Omental adhesions to
the anterior peritoneum and to the uterus.

ESTIMATED BLOOD LOSS:  600cc.

COMPLICATIONS:  None.

PROCEDURE IN DETAIL:  Informed consent was obtained and placed on
the chart.  The patient was typed and held for two units of
packed red blood cells and taken to the operating room, where
epidural anesthesia was reactivated.  The patient was placed in
the supine position with left lateral tilt and the abdomen was
prepped and draped in the usual sterile manner.  When adequate
anesthesia was confirmed, a Pfannenstiel incision was made two
fingerbreadths above the symphysis pubis and this was carried
down sharply in the midline until the anterior rectus sheath was
identified.  The rectus sheath was incised in a transverse manner
and the median raphe of the anterior rectus sheath was taken down
sharply both superiorly and inferiorly.  The anterior rectus
muscles were divided bluntly and the peritoneum entered high,
taking care to avoid damage to underlying viscera.  The
peritoneal incision was extended longitudinally, taking care to
avoid damage to the dome of the bladder.  The uterus was checked
for rotation, found to be in the mid position and a low
transverse uterine incision was performed.  Clear amniotic fluid
egressed.  The operator's hand was introduced into the uterus and
the vertex was delivered to the level of the incision, where the

D:  10/03/89  T:  10/04/89

PAGE  1

001654

EX 78   1563

UNIVERSITY OF CALIFORNIA, IRVINE, MEDICAL CENTER

UCI MEDICAL CENTER
REPORT OF OPERATION


PATIENT NAME:  Alfaro, Maria R.
PF NO.:  031-09-70


oro- and nasopharynx were suctioned.  The rest of the infant was
delivered atraumatically.  The cord was clamped and cut and the
infant was handed to the pediatricians who were in attendance.
The placenta was manually extracted and the uterus was then
exteriorized, wrapped in a wet lap sponge and a dry lap sponge
was used to wipe the uterus free of any retained fetal membranes.
The uterine incision was closed in layers, the first layer being
a running locking suture of O chromic suture, a second
imbricating layer of O chromic suture was then placed.  The
bladder flap was not closed, the uterine incision was noted to be
hemostatic, and the uterus was returned to the abdominal cavity,
where the pericolic gutters were irrigated and suctioned free of
blood and clots.  The peritoneum was closed using O chromic in a
running fashion.  The subfascial tissues were irrigated and noted
to be hemostatic.  The fascia was closed with O Vicryl beginning
at the apex and extending to the midline bilaterally.  The
subcutaneous tissues were irrigated and bleeding sites were
controlled with electrocautery.  The skin was closed with staples
and a dressing was applied.  All needle, sponge and instrument
counts were correct during and after the procedure.  The patient
was taken to the recovery room in stable condition, with the
Foley catheter draininng clear urine.

It should be noted that upon entering the peritoneum at the start
of the surgery, the patient was noted to have adhesions of the
omentum to the peritoneum, which were taken down both bluntly and
sharply.  Also noted were adhesions of the omentum to the uterus,
which were taken down bluntly and sharply.  Prior to closure of
the peritoneum, the omentum was reexamined and noted to have no
bleeding sites.


STEVEN J. THOMAS, M.D. (RIII)              MICHAEL L. BERMAN, M.D. (A)
DEPARTMENT OBSTETRICS/GYNECOLOGY
SJT/mk    m4 c2


D:  10/03/89  T:  10/04/89


001655

```
   07/15/89                UCI MEDICAL CENTER              CUMULATIVE SUMMAR
     20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                       Y. KIKKAWA, M.D. & ASSOCIATES

   NAME: ALFARO,MARIA ROSIO           SEX: F    AGE: 17Y      ROOM:      2235 01
   H#  : 0310970 9                                            LOC:          2T
   DR:   GARITE, THOMAS               FC: T!0107294           ACCT#:    730252 4
         CODE: 13359
```

```
            ============== ELECTROLYTES, BUN, CREATININE, GLUCOSE ==============
   TEST:       BUN     CREAT
   UNITS:      MG/DL   MG/DL
   LO-HI:      [5-25]  [0.7-1.5]


   07/08/89
     0606        14
                 STAT
     0606                  1.2
                          STAT
```

```
            ================== ROUTINE CHEMISTRY ==========================
   TEST:       UR AC   SGOT  SGPT
   UNITS:      MG/DL   U/L   U/L
   LO-HI:      [2.2-7.7] [0-41][0-45]


   07/08/89
     0606        7.7     67H   31
                 STAT    STAT  STAT
```

```
            ================= MISC ROUTINE BLOOD CHEMISTRIES =================:
   TEST:       MAGNESIUM
   ITS:        MG/DL
   LO-HI:      [1.8-2.4]


   07/08/89
     2139        4.9H
                 STAT
     1400        4.5H
                 STAT
     0819        3.6H
                 STAT
```

```
            ========================= DRUG SCREENS =========================:

   07/07/89
     0048   URINE DRUG SCREEN          NONE DETECTED

                                       UNLESS REPORTED PRESENT, THE FOLLOWING DRUGS
                                       WERE TESTED FOR BUT NOT DETECTED IN THE
                                       URINE SPECIMEN SUBMITTED:

                                       AMPHETAMINES:   AMPHETAMINE, METHAMPHETAMINE
                                       ANTIDEPRESSANTS:  AMITRIPTYLINE (ELAVIL),
                                          AMOXEPIN, DESIPRAMINE (NORPRAMIN), DOXEPIN

                                          (CONTINUED ON NEXT PAGE)
```

GG1656

```
07/15/89                    UCI MEDICAL CENTER           CUMULATIVE SUMMAR
  20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                   Y. KIKKAWA, M.D. & ASSOCIATES

  NAME: ALFARO,MARIA ROSIO              SEX: F   AGE: 17Y-    ROOM:    2235 01
  H#  : 0310970 9                                            LOC:        2T
  DR:   GARITE, THOMAS                  FC: T!0107294        ACCT#:  730252 4
        CODE: 13359
```

================================ DRUG SCREENS ============================

(CONTINUED FROM PREVIOUS PAGE)

```
                           (SINEQUAN), IMIPRAMINE (TOFRANIL),
                           NORTRIPTYLINE (AVENTYL)
                       ANTIHISTAMINES:  DIPHENHYRDAMINE
                           (BENADRYL)/DIMENHYDRINATE (DRAMAMINE),
                           PHENYLPROPANOLAMINE (DIETAC), EPHEDRINE
                           (ISUPREL)/PSEUDOEPHEDRINE
                       BARBITURATES:   AMOBARBITOL (AMYTAL),
                           BUTABARBITOL (BUTABARB), PENTOBARBITOL
                           (NEMBUTAL), PHENOBARBITOL (LUMINAL),
                           SECOBARBITAL (SECONAL)
                       BENZODIAZEPINES:   (UNDIFFERENTIATED)
                       CARDIACS:   LIDOCAINE (XYLOCAINE),
                           QUINIDINE/QUININE
                       NARCOTICS:   CODEINE, MEPERIDINE (DEMEROL),
                           METHADONE (DOLOPHINE), MORPHINE (HEROIN),
                           PENTAZOCINE (TALWIN), PROPOXYPHENE (DARVON)
                       PHENOTHIAZINES:   (UNDIFFERENTIATED)
                       SEDATIVES AND HYPNOTICS:   ETHCHLORVYNOL
                           (PLACIDYL), GLUTETHIMIDE (DORIDEN),
                           MEPROBAMATE (EQUANIL), METHAQUALONE
                           (QUAALUDE)
                       MISCELLANEOUS AGENTS: ACETAMINOPHEN, COCAINE,
                           PHENCYCLIDINE (PCP), DEXTROMETHORPHAN,
                           PHENYTOIN
                       STAT
```

================================ ROUTINE URINALYSIS ============================

| TEST: UNITS: | SAMPL SITE | APPEAR | SP GRAV | UR PH | PROT MG/DL | PROT CONF | GLUC MG/DL | KETONE MG/DL |
|---|---|---|---|---|---|---|---|---|
| 07/11/89 0910 | NSPEC | YELLOW HAZY | 1.008 | 8.0 | NEG | NP | NEG | NEG |
| 07/08/89 0016 | NSPEC STAT | YELLOW HAZY STAT | 1.017 STAT | 7.0 STAT | 2+ STAT | | NEG STAT | MOD STAT |
| 07/06/89 2237 | NSPEC STAT | YELLOW CLEAR STAT | 1.026 STAT | 6.5 STAT | TRACE STAT | | NEG STAT | NEG STAT |

```
---FOOTNOTES---
          MODERATE
          NOT PERFORMED
NSPEC   NOT SPECIFIED
```

001657

```
    07/15/89              UCI MEDICAL CENTER            CUMULATIVE SUMMAR
    20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                      Y. KIKKAWA, M.D. & ASSOCIATES
```

```
    NAME: ALFARO,MARIA ROSIO        SEX: F   AGE: 17Y    ROOM:   2235 01
    H#  : 0310970 9                                      LOC:       2T
    DR:   GARITE, THOMAS            FC: T!0107294        ACCT#:  730252 4
          CODE: 13359
```

--------------------- ROUTINE URINALYSIS ----------------------

| TEST: | BILE | BLOOD | LEUK ESTR | NITRITE | UROBIL |
|-------|------|-------|-----------|---------|--------|
| LO-HI: | | | | | [0.1-1.0] |
| 07/11/89 | | | | | |
| 0910 | NEG | 3+ | NP | NEGATIVE | 1.0 |
| 07/08/89 | | | | | |
| 0016 | NEG | 2+ | NP | NEGATIVE | 1.0 |
| | STAT | STAT | STAT | STAT | STAT |
| 07/06/89 | | | | | |
| 2237 | NEG | NEG | NP | NEGATIVE | 1.0 |
| | STAT | STAT | STAT | STAT | STAT |

================== ROUTINE URINALYSIS (MICROSCOPIC) ==================

| TEST: | CAST | RBC | WBC | EPI CELL | CRYSTAL |
|-------|------|-----|-----|----------|---------|
| UNITS: | /LPF | /HPF | /HPF | /HPF | |
| 07/11/89 | | | | | |
| 0910 | NONE | TNTC | 0-5 | 0-5 | NONE |
| 07/08/89 | | | | | |
| 0016 | NONE | TNTC | 0-5 | 0-5 | NONE |
| | STAT | STAT | STAT | STAT | STAT |
| 06/89 | | | | | |
| 2237 | NONE | NONE | NONE | 0-5 | NONE |
| | STAT | STAT | STAT | STAT | STAT |

------------------ ROUTINE URINALYSIS (MICROSCOPIC) ------------------

| TEST: | BACTERIA | MUCOUS | OTHER OBS |
|-------|----------|--------|-----------|
| 07/11/89 | | | |
| 0910 | NONE | NONE | NONE |
| 07/08/89 | | | |
| 0016 | NONE | RARE | NONE |
| | STAT | STAT | STAT |
| 07/06/89 | | | |
| 2237 | NONE | NONE | NONE |
| | STAT | STAT | STAT |

```
---FOOTNOTES---
       NOT PERFORMED
  C    TOO NUMEROUS TO COUNT
```

001658

EX 78   1567

```
07/15/89                UCI MEDICAL CENTER                CUMULATIVE SUMMAR
    20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                    Y. KIKKAWA, M.D. & ASSOCIATES
```

NAME: ALFARO,MARIA ROSIO          SEX: F     AGE: 17Y     ROOM:      2235 01
H#  : 0310970 9                                           LOC:          2T
DR:   GARITE, THOMAS              FC: T!0107294           ACCT#:    730252 4
      CODE: 13359

========================== BLOOD COUNT =========================

| TEST: | WBC | RBC | HGB | HCT | MCV |
|---|---|---|---|---|---|
| UNITS: | THOUS/MCL | MIL/MCL | G/DL | % | FL |
| LO-HI: | [4.0-10.5] | [3.7-5.0] | [11.5-15.0] | [34.0-44.0] | [81.5-97.0] |
| 07/11/89 0910 | 9.0 | 3.20L | 8.0L | 24.9L | 77.7L |
|  | 9.0 |  |  |  |  |
| 07/09/89 0545 | 16.1H | 2.92L | 7.3L | 22.8L | 78.0L |
| 07/08/89 0819 | 30.8H | 3.79 | 9.4L | 29.4L | 77.6L |
| 07/07/89 0048 | 11.8H | 4.12 | 10.4L | 32.2L | 78.0L |
|  | STAT | STAT | STAT | STAT | STAT |

-------------------------- BLOOD COUNT --------------------------

| TEST: | MCH | MCHC | RDW | PLATELETS |
|---|---|---|---|---|
| UNITS: | PG | G/DL | % | THOUS/MCL |
| LO-HI: | [27.0-33.5] | [32.0-35.5] | [12-15] | [150-400] |
| 07/11/89 0910 | 25.1L | 32.2 | 17.9H | 518H |
| 07/09/89 0545 | 24.9L | 31.9L | 18.4H | 318 |
| 07/08/89 0819 | 24.9L | 32.1 | 18.1H | 420H |
| 07/07/89 0048 | 25.3L | 32.5 | 17.5H | 403H |
|  | STAT | STAT | STAT | STAT |

========================== DIFFERENTIAL =========================

| TEST: | NEUTROPHIL | LARGE UNSTAINED CELLS | LYMPH | MONO | EOS |
|---|---|---|---|---|---|
| UNITS: | THOUS/MCL | THOUS/MCL | THOUS/MCL | THOUS/MCL | THOUS/MCL |
| LO-HI: | [2.0-8.1] | [0-0.50] | [0.9-3.3] | [0-0.8] | [0-0.5] |
| 07/11/89 0910 | 6.4 | 0.1 | 1.8 | 0.5 | 0.2 |
|  | 71% | 1% | 20% | 5% | 2% |
|  |  | LUCS |  |  |  |

-FOOTNOTES---
LUCS   THIS CATEGORY NORMALLY INCLUDES LARGE MONONUCLEAR CELLS, NOTABLY
       ATYPICAL AND REACTIVE LYMPHOCYTES.  SLIDE IS REVIEWED WHEN NUMBER
       EXCEEDS NORMAL.

001859

```
   07/15/89              UCI MEDICAL CENTER           CUMULATIVE SUMMAR
   20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668   PAGE
                    Y. KIKKAWA, M.D. & ASSOCIATES


   NAME: ALFARO,MARIA ROSIO        SEX: F   AGE: 17Y        ROOM:     2235 01
   H#  : 0310970 9                                          LOC:         2T
   DR:   GARITE, THOMAS            FC: T!0107294            ACCT#:   730252 4
         CODE: 13359

         --------------------------- DIFFERENTIAL ---------------------------
   TEST:           BASO
   UNITS:        THOUS/MCL
   LO-HI:        [0-0.2]

 07/11/89
    0910          0.0
                   0%


         ======================= DIFFERENTIAL/CONT'D =======================
   TEST:       RBC MORPHOLOGY

 07/11/89
    0910      SLIGHT ANISOCYTOSIS
              SLIGHT MICROCYTES
              SLIGHT HYPOCHROMIA


         ======================= SYPHILIS SEROLOGY =======================
   TEST:        RAPID        RPR      MICRO-
                PLASMA      QUANT   HEMAGGLUTINATION
                REAGIN               MHA-TP
   ITS:                     TITER
   -HI:         [NR]        [<1]       [NR]

 07/07/89
    0048    REACTIVE*        8H     REACTIVE*

                          RQT2    EXPECTED VALUES:
                          RQT3         MHR3
                          RQT4         MHR4
                                       MHR5
                          RQT6         MHR6
                          RQT7         MHR7
                          RQT8         MHR8
                          RQT9         MHR9
                          RQT10       MHR10
                                      MHR11
                                      MHR12
                                      MHR13
                                      MHR14

                                  COMMENTS:
                                      MHR17
                                      MHR18

   -FOOTNOTES---
...R10                 REQUIRED).
 MHR11    INCONCLUSIVE  NONSPECIFIC AGGLUTINATION
 MHR12                  WITH UNSENSITIZED CELLS
 MHR13                  (TESTING BY FTA-ABS
```

DURING OTHER STAGES OF DISEASE SENSITIVITY APPROACHES 100%. EQUIVOCAL
& INCONCLUSIVE RESULTS OCCUR WITH <1% OF PATIENTS TESTED.

MHR18      THE SPECIFICITY OF A REACTIVE MHA-TP EXCEEDS THAT OF THE FTA-ABS WHEN
TESTING POPULATIONS WITH A LOW PREVALENCE OF SYPHILIS AND IN PATIENTS
WITH AUTOIMMUNE DISORDERS. TREPONEMAL ANTIBODIES IN TREATED PATIENTS
PERSIST THROUGHOUT LIFE.

MHR3      NONREACTIVE   NO TREPONEMAL ANTIBODIES
MHR4                    DETECTED.
MHR5      REACTIVE      TREPONEMAL ANTIBODIES
MHR6                    PRESENT.
MHR7      EQUIVOCAL     TREPONEMAL ANTIBODIES MAY
MHR8                    OR MAY NOT BE PRESENT
MHR9                    (CONFIRMATION BY FTA-ABS
RQT10      TITERS SHOULD CONVERT TO NEGATIVE BY 6-12 MONTHS IN TREATED PATIENTS
WITH EARLY SYPHILIS AND BY 2 YEARS WITH SECONDARY SYPHILIS. SPECIFIC
TREPONEMAL TESTS SUCH AS THE MHA-TP ARE RECOMMENDED TO CONFIRM THE
DIAGNOSIS OF SYPHILIS.
RQT2      EXPECTED VALUES:
RQT3           <1   NONREACTIVE
RQT4      1 OR >1   REACTIVE
RQT6      COMMENTS:
RQT7       A REAGIN (NONTREPONEMAL) TITER OF 1 OR >1 IS USUALLY INDICATIVE OF
PAST OR PRESENT SYPHILIS. FALSE POSITIVE REAGIN REACTIONS OCCUR IN A
NUMBER OF DISEASES AND CONDITIONS MOST COMMONLY DRUG ADDICTION,
AUTOIMMUNE DISORDERS AND CERTAIN BACTERIAL, VIRAL AND PROTOZOAL
INFECTIONS. TITERS IN LATE LATENT AND LATE SYPHILIS DECLINE SLOWLY OR
NOT AT ALL.
RQT8       THE RPR REMAINS AS THE TEST OF CHOICE IN THE SEROLOGIC DIAGNOSIS OF
ASYMPTOMATIC NEONATAL CONGENITAL SYPHILIS. A DECLINE IN TITER OVER A
PERIOD OF THREE MONTHS DENOTES PASSIVELY TRANSFERRED REAGIN WHEREAS A
STABLE OR RISING TITER SUGGESTS NEONATAL INFECTION.
9       THE QUANTITATIVE RPR MAY BE USEFUL TO MONITOR THERAPY. A 4-FOLD OR
GREATER DECLINE BETWEEN PRETREATMENT AND POSTTREATMENT TITERS SUGGESTS
ADEQUATE TREATMENT. CONVERSELY, A 4-FOLD OR GREATER RISE IN TITER MAY
INDICATE RELAPSE OR REINFECTION.

ALFARO,MARIA ROSIO              CONTINUED                    PAGE 5
07/15/89 20:13                      INPATIENT MEDICAL RECORDS COPY-FINAL

001661

```
  07/13/39              UCI MEDICAL CENTER              CUMULATIVE SUMMAR
   20:13  DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                       Y. KIKKAWA, M.D. & ASSOCIATES
```

```
  NAME: ALFARO/MARIA ROSIO        SEX: F   AGE: 17Y     ROOM:     2235 01
  H# : 0310970 9                                        LOC:         2T
  DR:  GARITE, THOMAS             FC: T!0107294         ACCT#:   730252 4
       CODE: 13359
```

======== HUMAN IMMUNODEFICIENCY VIRUS (HIV))/HTLV1 ANTIBODY ========

```
07/04/89
  RCV2005   HIV AB SCREEN
            HIV AB EIA SCREEN        NEGATIVE
```

EXPECTED VALUES:
    NEGATIVE   HIV ANTIBODIES NOT DETECTED.
    POSITIVE   HIV ANTIBODIES DETECTED BY
            REPEAT EIA. SUPPLEMENTARY
            TESTING BY WESTERN BLOT AND
            IMMUNOFLUORESCENCE REQUIRED.

COMMENTS:
    A NEGATIVE EIA RESULT INDICATES THAT THE
    PATIENT IS NOT INFECTED WITH HIV OR IF
    INFECTED HAS NOT YET FORMED ANTIBODIES.
    WHEN EARLY INFECTION IS SUSPECTED A SECOND
    SPECIMEN OBTAINED 3 TO 4 WEEKS AFTER THE
    INITIAL SPECIMEN MAY BE INDICATED TO
    DOCUMENT SEROCONVERSION.
    CALIFORNIA STATE LAW PROHIBITS DISCLOSURE
    OF TEST RESULTS TO A THIRD (OUTSIDE) PARTY
    WITHOUT PRIOR WRITTEN PATIENT CONSENT.

========================= ANAEROBIC CULTURE =========================

```
07/07/89   ACC. NO.: F4234        TRANSPORT TIME: 0.2 HRS  *** FINAL 07/14/89 **
    2228   SPECIMEN DESCRIPTION:  AMNIOTIC FLUID
```

GRAM STAIN:  CORRECTED REPORT
            3+ WBC'S SEEN
            2+ RED BLOOD CELLS
            NO ORGANISMS SEEN

CULTURE RESULTS:
    #1   SCANT COAGULASE NEGATIVE STAPHYLOCOCCUS
    #2   ISOLATED FROM BROTH ONLY CANDIDA GLABRATA
    #3   NO ANAEROBES ISOLATED
    #4   NO NEISSERIA GONORRHOEAE ISOLATED

```
  ALFARO/MARIA ROSIO              CONTINUED                        PAGE
```

001662

```
    07/15/89              UCI MEDICAL CENTER              CUMULATIVE SUMMA
    20:13   DEPARTMENT OF PATHOLOGY, 101 SO CITY DRIVE, ORANGE CA 92668  PAGE
                     Y. KIKKAWA, M.D. & ASSOCIATES


   NAME: ALFARO,MARIA ROSIO          SEX: F    AGE: 17Y    ROOM:     2235 O
   H#  : 0310970 9                                         LOC:          2
   DR:  GARITE, THOMAS               FC: T!0107294         ACCT#:   730252
        CODE: 13359



        ========================= URINE CULTURE =========================


 07/11/89  ACC. NO.: T7656      TRANSPORT TIME: 0.9 HRS  *** FINAL 07/12/89 *
 +  0910   SPECIMEN DESCRIPTION:   URINE, CLEAN VOID

           CULTURE RESULTS:
             #1    1 ORGANISM(S) < 10,000 COLONIES/ML


        ================== BLOOD BANK: ROUTINE TESTING ==================:

 07/07/89
    0015   TYPE, SCREEN & HOLD
              BLOOD COMPONENT TYPE   COMPONENT GROUP FOR RED CELLS
              UNITS ORDERED          2
              ABO/RH(D)              A POSITIVE
              ANTIBODY SCREEN        NEGATIVE
              CROSSMATCH EXPIRATIO   071089
              COMMENT                THE FOLLOWING INFORMATION APPLIES TO WOMEN OF
                                     CHILD-BEARING AGE:
                                     STATE LAW REQUIRES THAT THE WOMAN TESTED BE
                                      INFORMED AS TO THE RHESUS (RH) TYPING TEST
                                      RESULTS


        ========================= CANCELLED TESTS =========================

 07/08/89   0606 CANCELLED: CBC/DIFFERENTIAL
            REASON:    CLOTTED SPECIMEN; NEW SPECIMEN REQUIRED
                       CALLED VICKI AT 0628
                       STAT
 07/07/89   2227 CANCELLED: BACT CULT GEN
            REASON:    DUPLICATE REQUEST
                       SEE F4234
 07/07/89   0015 CANCELLED: ABO/RH(D)
            REASON:    DUPLICATE REQUEST
                       CHANGED TO TYSCH
```

001663

EX 78   1572