1  SEAN K. KENNEDY
   Federal Public Defender
2  CRAIG A. HARBAUGH, Bar No. 194309
   email: craig_harbaugh@fd.org
3  LINDA L. GRIFFIS, Bar No. 100827
   eMail: linda_griffis@fd.org
4  Deputy Federal Public Defenders
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
6  Facsimile: (213) 894-7566

7  Attorneys for Petitioner

8  EDMUND G. BROWN, JR.
   Attorney General of the State of California
9  DANE R. GILLETTE
   Chief Assistant Attorney General
10 GARY W. SCHONS
   Senior Assistant Attorney General
11 HOLLY D. WILKENS
   Supervising Deputy Attorney General
12 KYLE NIKI SHAFFER, Bar no. 122374
   eMail: niki.shaffer@doj.ca.gov
13 Deputy Attorney General
   110 West A Street, Suite 1100
14 San Diego, California 92101
   Telephone: (619) 645-2011
15 Facsimile: (619) 645-2271

16 Attorneys for Respondent

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO, | Case No. CV 07-7072-CJC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **STIPULATION TO MODIFY LITIGATION SCHEDULE OF LOCAL RULE 83-17.7** |
| DEBORAH L. PATRICK, Warden of Central California Women's Facility, | |
| Respondent. | **(proposed) ORDER lodged herewith** |

The parties, by and through their counsel of record, hereby enter into the following stipulation, and respectfully request that the Court enter an order adopting the stipulation:

//

On August 1, 2008, Petitioner, through her counsel, filed what Petitioner denominated a Protective Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 *et seq.*, with supporting exhibits. Docket nos. 11-16.

Local Rule 83-17.7 establishes a litigation schedule and procedures for the consideration of habeas corpus petitions, subject to modification by the Court.

The parties stipulate that the litigation schedule and procedures set out in Local Rule 83-17.7 will not commence until March 3, 2009.

At the request of Petitioner's counsel, Respondent agrees to refrain from filing any responsive pleading required by Local Rule 83-17.7 until the earlier of March 3, 2009, or the date Petitioner or his counsel files any subsequent document (other than pleadings to obtain, inspect, or unseal state-court records) with this Court or any other court, whichever event occurs first.

By entering into this stipulation, Respondent does not waive any argument or defense, procedural or otherwise, to any claim or allegation that has been or may be presented in the Petition, any amended petition, or any other filing.

**IT IS SO STIPULATED.**

                                                          SEAN K. KENNEDY
                                                          Federal Public Defender

Dated: August 6, 2008              /s/ Linda L. Griffis
                                                          LINDA L. GRIFFIS
                                                          CRAIG A. HARBAUGH
                                                          Deputy Federal Public Defenders
                                                          Counsel for Petitioner
                                                          MARIA DEL ROSIO ALFARO

                                                          EDMUND G. BROWN, JR.
                                                          Attorney General of the State of California

Dated: August 6, 2008              /s/ Kyle Niki Shaffer
                                                          KYLE NIKI SHAFFER
                                                          Deputy Attorney General
                                                          Counsel for Respondent
                                                          DEBORAH L. PATRICK