1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>      Petitioner,<br><br>  v.<br><br>DEBORAH PATRICK, Warden of Central California Women's Facility,<br><br>      Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER GRANTING STAY OF FEDERAL HABEAS ACTION** |

/ / /

**FOR GOOD CAUSE SHOWN**, and upon stipulation of the parties:

1. The litigation schedule and procedures set out in Local Rule 83-17.7 will not commence until March 3, 2009.

2. Respondent shall refrain from filing any responsive pleading required by Local Rule 83-17.7 until the earlier of March 3, 2009, or the date Petitioner or his counsel files any subsequent document (other than pleadings to obtain, inspect, or unseal state-court records) with this Court or any other court, whichever event occurs first.

3. Respondent does not waive any argument or defense, procedural or otherwise, to any claim or allegation that has been or may be presented in the petition, any amended petition, or any other filing.

**IT IS SO ORDERED**.

Dated: August ___, 2008

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Proposed by:

/s/ Linda L. Griffis
LINDA L. GRIFFIS
CRAIG A. HARBAUGH
Deputy Federal Public Defenders

Counsel for Petitioner
MARIA DEL ROSIO ALFARO


/s/ Kyle Niki Shaffer
KYLE NIKI SHAFFER
Deputy Attorney General

Counsel for Respondent
DEBORAH PATRICK