# COUNTY OF ORANGE
## CLERK-RECORDER

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**

State Birth Certificate Number: 1U4-
Local Registration District and Certificate Number: 3004 10367

**THIS CHILD**
- 1A. Name of Child—First: JOSE
- 1B. Middle: LUIS
- 1C. Last: ALFARO
- 2. Sex: MALE
- 3A. This Birth, Single, Twin, etc.: SINGLE
- 5A. Date of Birth—Month, Day, Year: 1979
- 5B. Hour: 1818

**PLACE OF BIRTH**
- 6A. Place of Birth—Name of Hospital: ST. JOSEPH
- 6B. Street Address: STEWART DRIVE
- 6C. City or Town: ORANGE
- 6D. County: ORANGE

**MOTHER OF CHILD**
- 7A. Birth Name of Mother—First: Silvia
- 7C. Last: Melendez
- 8. State of Birth: Mexico
- 9. Age of Mother: 26

**FATHER OF CHILD**
- 10A. Name of Father—First: Jose
- 10B. Middle: Luis
- 10C. Last: Alfaro
- 11. State of Birth: Mexico
- 12. Age of Father: 26

**PARENT'S CERTIFICATION**
- 13B. Parent or Other Informant—Signature: [signature] Silvia Alfaro
- 13C. Relationship to Child: MOTHER
- 13D. Date Reviewed and Signed: June 4, 1979

**ATTENDANT'S CERTIFICATION**
- 14B. Physician signature
- 14C. Address: D. O'Driscoll M.D., 3642 S. Chapman Ave, Orange
- 14D. Attendant's License Number: C 30567

**LOCAL REGISTRAR**
- 16. Local Registrar—Signature: [signature]
- 17. Date Accepted for Registration: JUN 13 1979

THIS CERTIFICATION IS ISSUED FREE OF CHARGE AND IS TO BE USED ONLY FOR OFFICIAL COUNTY BUSINESS



**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA ) ss
COUNTY OF ORANGE )

DATE ISSUED: MAY 12 2008

[signature] Tom Daly
TOM DALY
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

**EX 93  1**