

# ESTADOS UNIDOS MEXICANOS
## ESTADO DE MICHOACAN
DIRECCION DE DOCUMENTACION Y REGISTRO
REGISTRO CIVIL

N° 1156164

No. DE CONTROL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE __MICHOACAN.-__
Y COMO JUEZ DEL REGISTRO CIVIL DE __TANGANCICUARO.-__
CERTIFICO: SER CIERTO QUE EN EL LIBRO No. __I__ TOMO __01__ SE ENCUENTRA
ASENTADA EL ACTA No. __635__ EN LA CUAL SE CONTIENEN LOS SIGUIENTES

FECHA DE REGISTRO: 16 DE OCTUBRE DE 1952.-

### ACTA DE NACIMIENTO

NOMBRE __JOSE LUIS ALFARO MEDINA.-__
FECHA DE NACIMIENTO __3 DE OCTUBRE DE 1952.-__
PRESENTADO: VIVO (X)   MUERTO ( )   SEXO ( )   MASCULINO (X)   FEMENINO ( )
LUGAR DE NACIMIENTO __ESTA VILLA.-__
COMPARECIO: EL PADRE ( )   LA MADRE ( )   AMBOS ( )   PERSONA DISTINTA (X)   REGISTRADO ( )

### PADRES
NOMBRE __J. GUADALUPE ALFARO.-__ EDAD __18__ NACIONALIDAD = = = = = = =
NOMBRE __MA. SOCORRO MEDINA.-__ EDAD __18__ NACIONALIDAD = = = = = = =

### ABUELOS
ABUELO PATERNO __EPIFANIO ALFARO.-__ NACIONALIDAD = = = = = = =
ABUELA PATERNA __GUADALUPE GONZALEZ.-__ NACIONALIDAD = = = = = = =
ABUELO MATERNO __GUADALUPE MEDINA.-__ NACIONALIDAD = = = = = = =
ABUELA MATERNA __ANGELINA CERMEÑO.-__ NACIONALIDAD = = = = = = =

### TESTIGOS
NOMBRE __RODOLFO HERNANDEZ.-__ EDAD __44__ NACIONALIDAD __MEXICANA.-__
NOMBRE __JOSE ZENDEJAS.-__ EDAD __39__ NACIONALIDAD __MEXICANA.-__
No. CERTIFICADO DE NACIMIENTO _____ C.U.R.P. _____

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO __46__
DEL CODIGO CIVIL VIGENTE EN EL ESTADO, EN __TANGANCICUARO, MICHOACAN.-__
A LOS __01__ DIAS DEL MES DE __FEBRERO__ DE __1994.-__
EL C. JUEZ DEL REGISTRO CIVIL, DOY FE.

__FLORENCIO RAMIREZ BARRAGAN.-__
NOMBRE     FIRMA

MICHOACAN DE OCAMPO
GOBIERNO DEL ESTADO
REGISTRO CIVIL DE
TANGANCICUARO, MICH.

CUCA./

DERECHOS $ _____     SEGUN RECIBO No. _____

EX 94  2