FORMA CRCM-02



## ESTADOS UNIDOS MEXICANOS
## ESTADO DE MICHOACAN
DIRECCION DE DOCUMENTACION Y REGISTRO
REGISTRO CIVIL

**58920**
No. DE CONTROL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE __MICHOACAN__
Y COMO JUEZ DEL REGISTRO CIVIL DE __TANGANCICUARO__
CERTIFICO: SER CIERTO QUE EN EL LIBRO No. __I__ DEL __TOMO I__
DEL REGISTRO CIVIL QUE ES A MI CARGO, EN LA FOJA __11 FTE. Y VTA.__ SE ENCUENTRA ASENTADA EL ACTA No. __11__ LEVANTADA POR EL C. JUEZ DEL REGISTRO CIVIL __JOAQUIN SALCEDA ISLAS__
EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS: __MATRIMONIO CELEBRADO EL 13 DE ENERO DE 1971__

### ACTA DE MATRIMONIO
#### CONTRAYENTES

NOMBRE DEL CONTRAYENTE __JOSE LUIS ALFARO MEDINA__ EDAD __18 AÑOS__
LUGAR DE NACIMIENTO __TANGANCICUARO, MICH.,__ NACIONALIDAD __MEXICANA__
NOMBRE DE LA CONTRAYENTE __SILVIA MELENDEZ GUILLEN__ EDAD __17 AÑOS__
LUGAR DE NACIMIENTO __TANGANCICUARO, MICH.,__ NACIONALIDAD __MEXICANA__

#### PADRES DEL CONTRAYENTE

NOMBRE DEL PADRE __J. GUADALUPE ALFARO GONZALES__ NACIONALIDAD __M=E=X=I=C=A=NA__
NOMBRE DE LA MADRE __SOCORRO MEDINA CERMEÑO__ NACIONALIDAD __M=E=X=I=C=A=NA__

#### PADRES DE LA CONTRAYENTE

NOMBRE DEL PADRE __JOSE MELENDEZ SAAVEDRA__ NACIONALIDAD __MEXICANA__
NOMBRE DE LA MADRE __MERCEDES GUILLEN CRUZ__ NACIONALIDAD __MEXICANA__

#### TESTIGOS DE LOS CONTRAYENTES

NOMBRE __LUIS MELGOZA MAGAÑA__ EDAD __47__ NACIONALIDAD = = = = = =
NOMBRE __BENITO OROZCO HERNANDEZ__ EDAD __44__ NACIONALIDAD = = = = = =
NOMBRE __JOSE MARIA RIOS LEON__ EDAD __28__ NACIONALIDAD = = = = = =
NOMBRE __DAVID CHAVEZ MADRIGAL__ EDAD __46__ NACIONALIDAD = = = = = =

NOMBRE(S) DE LA(S) PERSONA(S) QUE DA(N) SU CONSENTIMIENTO POR MINORIA DE EDAD DEL (OS) CONTRAYENTE (S)

AUTORIZACION DE LA SECRETARIA DE GOBERNACION EN EL CASO DE CONTRAYENTE(S) EXTRANJERO (S)

OBSERVACIONES:
NOTAS: MARGINALES AL REVERSO:

SE EXTIENDE ESTA CERTIFICACION __A SOLICITUD DEL INTERESADO EN LA VILLA DE TANGANCICUARO DEL ESTADO DE MICH.,__
A LOS __01__ DIAS DEL MES DE __FEBRERO__ DE __1994.__
EL C. JUEZ DEL REGISTRO CIVIL, DOY FE.

__FLORENCIO RAMIREZ BARRAGAN__
NOMBRE                    FIRMA

MICHOACAN DE OCAMPO
GOBIERNO DEL ESTADO
REGISTRO CIVIL DE
TANGANCICUARO, MICH.

DERECHOS $ _____ SEGUN RECIBO No. _____

EX 95   3