FORMA CRCDO-04



# ESTADOS UNIDOS MEXICANOS
## ESTADO DE MICHOACAN
DIRECCION DE DOCUMENTACION Y REGISTRO
REGISTRO CIVIL

0043134
No. DE CONTROL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE: __MICHOACAN__
Y COMO JUEZ DEL REGISTRO CIVIL DE: __TANGANCICUARO__
CERTIFICO; SER CIERTO QUE EN EL LIBRO No. __6__ DEL __TOMO I__
DEL REGISTRO CIVIL QUE ES A MI CARGO, EN LA FOJA ========= SE ENCUENTRA ASENTADA EL ACTA No. __00054__ LEVANTADA POR EL C. JUEZ DEL REGISTRO CIVIL __SILVIA ARTEAGA OCHOA.-__
EN LA CUAL SE CONTIENEN LOS SIGUIENTS DATOS:
FECHA DE REGISTRO DE LA DEFUNCION: 17 DE JULIO DE 1996.-

### ACTA DE DEFUNCION
#### FINADO(A)

NOMBRE __JOSE LUIS ALFARO MEDINA__  SEXO MASCULINO __X__  FEMENINO
ESTADO CIVIL __CASADO__  NACIONALIDAD __MEXICANA__  EDAD __43 AÑOS__
OCUPACION __=========__
NOMBRE DEL CONYUGE __SILVIA MELENDRES GUILLEN__  NACIONALIDAD __MEXICANA__
NOMBRE DEL PADRE __GUADALUPE ALFARO GONZALEZ (FINADO)__ NACIONALIDAD ========
NOMBRE DE LA MADRE __MARIA SOCORRO MEDINA ZERMEÑO__ NACIONALIDAD ========
DESTINO DEL CADAVER  INHUMACION __X__   CREMACION
NOMBRE DEL PANTEON O CREMATORIO __MUNICIPAL__
UBICACION __CARRETERA NACIONAL TANGANCICUARO, MICHOACAN__

#### FALLECIMIENTO
FECHA DE LA DEFUNCION: DIA __12__ MES __JULIO__ AÑO __1996__ HORA __17.00__
LUGAR __AV. DR. MIGUEL SILVA No. 264 TANGANCICUARO, MICHOACAN__
CAUSA(S) DE LA MUERTE __a) CIRROSIS HEPATICA b) ENCEFALOPATIA c) STD ALTO__

NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION __HECTOR MANUEL CHAVEZ SIERRA__
No. DE CEDULA PROFESIONAL __706076__
No. DE CERTIFICADO ========

#### COMPARECIENTE
NOMBRE __MANUEL OROPEZA LOPEZ__ EDAD __39 AÑOS__
NACIONALIDAD __MEXICANA__ PARENTESCO __NINGUNO__

#### TESTIGOS
NOMBRE __CARLOS MACIEL AGUIÑIGA__ EDAD __38 AÑOS__
NACIONALIDAD __MEXICANA__ PARENTESCO __NINGUNO__
NOMBRE __JESUS DUARTE MATEO__ EDAD __48 AÑOS__
NACIONALIDAD __MEXICANA__ PARENTESCO __NINGUNO__
OBSERVACIONES

SE EXTIENDE ESTA CERTIFICACION __A SOLICITUD DEL INTERESADO EN LA VILLA DE TANGANCICUARO DEL ESTADO DE MICHOACAN__
A LOS __31__ DIAS DEL MES __DICIEMBRE__ DE __1996__
EL C JUEZ DEL REGISTRO CIVIL, DOY FE

C. SILVIA ARTEAGA OCHOA
NOMBRE                    FIRMA
sam

DERECHOS $ _____   SEGUN RECIBO No. _____

EX 96  4