CARL KARCHER ENTERPRISES, INC.
1200 NO. HARBOR BLVD.
ANAHEIM, CALIFORNIA    92803
95-2415578                    0776758

| Type or print EMPLOYER'S name, address, ZIP code and Federal identifying number. | Copy C For employee's records |
|---|---|

OMB No. 1545-0008

| Employee's social security number | 1. Federal income tax withheld | 2. Wages, tips, and other compensation | 3. Social security tax withheld | 4. Social security wages |
|---|---|---|---|---|
| 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 | 2,662.31 | 24,195.96 | 1,621.13 | 24195.96 |

| | 5. Allocated tips | 6. Advance EIC payment | 7. |
|---|---|---|---|
| Type or print Employee's name, address, and ZIP code. | | | SDI 136.00 |

JOSE L. ALFARO
1856 N TAMARA LANE
ANAHEIM, CA 92804

| 8. State or local tax withheld | 9. State or local wages | 10. State or locality |
|---|---|---|
| 431.76 | 24195.96 | CA |

| 11. State or local tax withheld | 12. State or local wages | 13. State or locality |
|---|---|---|
| | | |

Form W-2 **Wage and Tax Statement 1983**
36-2515832   Department of the Treasury-Internal Revenue Service APP. 6/83

**EX 97  5**