| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE |
|---|
| JUSTICE CENTER: |
| ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045 |
| ☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512 |
| ☐ Harbor-Laguna Hills Facility - 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251 |
| ☐ Harbor-Laguna Niguel Facility – 30143 Crown Valley Parkway, Laguna Niguel, CA 92677-2089 |
| ☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595 |
| ☐ Lamoreaux - 341 The City Drive, Orange, CA 92868-3205 |
| ☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500 |
| ☐ West - 8141 13th Street, Westminster, CA 92683-4593 |

## RECORD SEARCH INFORMATION
## ☒ AND CERTIFICATION

Your request for a search of court records for: ☐ Unlimited Civil ☐ Limited Civil ☐ Small Claims ☐ Family Law ☐ Probate ☐ Juvenile ☒ Traffic ☒ Criminal has been completed for the above marked Justice Center. Unless otherwise indicated below, all databases and indexes were searched and produced the following information:

Name: Jose Luis Alfaro   DOB: 10/03/1952   CA Driver's License: n/a

☒  Records search for: 1981 through Present.

☐  No record(s) found.

☒  The records you are requesting have been destroyed in accordance with Government Code §68152.

☒  The following court records have been found:

| FILE/VIOLATION/ ISSUE DATE | CASE NUMBER | SHORT TITLE OR CHARGE(S) |
|---|---|---|
| 06/18/1985 | 85CN00762 | 270 |
|  |  |  |
|  |  |  |
|  |  |  |

☐ See attachment for additional court records.

Search Fee Paid $ N/A

Certification Fee Paid $ 15.00

Date: 06/13/2008

ALAN SLATER, Clerk of the Court
By: Sherrie Lane
DEPUTY CLERK

### CLERK'S CERTIFICATION

I certify the foregoing information is a true and correct finding of the records searched as listed above.

Date: 06/13/2008

ALAN SLATER, Clerk of the Court
By: Sherrie Lane
DEPUTY CLERK

Court Use Only
L1209 (Rev. January 1, 2006)

RECORD SEARCH INFORMATION

EX 98  6