**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

# COUNTY OF ORANGE
### CLERK-RECORDER

| 104- | | CERTIFICATE OF LIVE BIRTH<br>STATE OF CALIFORNIA<br>USE BLACK INK ONLY | | 1-89-20-19255 | |
|---|---|---|---|---|---|
| STATE FILE NUMBER | | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | |

| | 1A. NAME OF CHILD—FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) |
|---|---|---|---|
| THIS CHILD | MONICA | — | ALFARO |
| | 2. SEX | 3A. THIS BIRTH SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH DAY YEAR | 4B. HOUR—24 HOUR CLOCK TIME |
| | FEMALE | SINGLE | — | 1989 | 0155 |

| | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS—STREET NUMBER OR LOCATION |
|---|---|---|
| PLACE OF BIRTH | UCI MEDICAL CENTER | 101 CITY DRIVE SOUTH |
| | 5C. CITY | 5D. COUNTY | 5E. PLANNED PLACE OF BIRTH |
| | ORANGE | ORANGE | HOSPITAL |

| | 6A. NAME OF FATHER—FIRST (GIVEN) | 6B. MIDDLE | 6C. LAST (FAMILY) | 7. STATE OF BIRTH | 8. DATE OF BIRTH—MONTH DAY YEAR |
|---|---|---|---|---|---|
| FATHER OF CHILD | NOT STATED | — | — | — | — |

| | 9A. NAME OF MOTHER—FIRST (GIVEN) | 9B. MIDDLE | 9C. LAST (MAIDEN) | 10. STATE OF BIRTH | 11. DATE OF BIRTH—MONTH DAY YEAR |
|---|---|---|---|---|---|
| MOTHER OF CHILD | SILVIA | — | ALFARO | MEXICO | /73 |

| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT—SIGNATURE<br>*Silvia Alfaro* | 12B. RELATIONSHIP TO CHILD<br>MOTHER | 12C. DATE SIGNED<br>04/18/89 |
|---|---|---|---|---|
| CERTIFICATION OF BIRTH | I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER (SIGNATURE, DEGREE OR TITLE)<br>*Sandra H. Ashley* | 13B. LICENSE NUMBER<br>RESIDENT | 13C. DATE SIGNED<br>06/15/89 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT<br>EVE L. BOYD, M.D.   SAME AS 5A | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT<br>SANDRA M. ASHLEY,<br>CUSTODIAN OF MEDICAL RECORDS | | |

| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION<br>JUN 26 1989 |
|---|---|---|---|---|

078383


*00199403*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF ORANGE

DATE ISSUED   MAY 30 2008

TOM DALY
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

**EX 99  7**