| NAME | | Clínica CHOC |
|---|---|---|
| MR# | | para Niños |
| DATE OF BIRTH | /89 | |
| ~~SCHOOL~~ | 5/11/95 | WELL CHILD VISIT 4-6 YEARS |

| TIME: 1:35 | Age 6 4/25 | Temp 36.9 Ax | HR 108 | RR 24 |
|---|---|---|---|---|
| | Wt (illegible) 21.0 lbs | Lth 46" 116 3/4 cm | HC ✓ | BP 100/60 |
| | 25-50% | 75-50% | ✓ % | |

Current medications: Ø
Allergies to medications? NKDA   Immunization status: UTD
Any problems today? NONE.
Nurse's signature: (signature)

**TIME:**
**Current History:** Doing well.

**Diet:** ② picky eater ;
- BKF: cereal / milk
- Lunch: cup of noodle, 1/2 sandwich, box juice
- dinner: quesadilla 1/2 tortilla, juice, (illeg)
- snack: apple / orange

**Reaction to immunizations?**   Passive smoking exposure?
**Preschool/School?**

**Past Medical History:**
PMHx Ø.   # 2 yr of age was molested by cousin brother.
PSHx Ø.   OH/o murmur.
All Ø
Fx Ø.

**Physical Examination**

| N | ABN | | |
|---|---|---|---|
| ✓ | | General Appearance | Alert |
| ✓ | | Skin | |
| ✓ | | Head/Neck | |
| ✓ | | Eyes (RR, Cover Test) | esotropia |
| ✓ | | Ears | |
| ✓ | | Nose/Throat | |
| ✓ | | Teeth | dental filling |
| ✓ | | Nodes | shotty nodes (B) cervical |
| ✓ | | Chest/Lungs | |
| ✓ | | Heart | II/V systolic m |
| ✓ | | Abdomen | (illeg) |
| ✓ | | Ext Genitalia/Rectal | nl ♀ |
| ✓ | | Back | |
| ✓ | | Extremities/Gait | |
| ✓ | | Neuro | |
| Other | | | |

05/95

EX 100  8