Kaiser SCAL

Print Date    : Thu Oct 11 12:17:53 2007
ALFARO, MONICA                                214183526-DXP
Gender        : Female
Age           : 18
Birth Date    :        /1989
Birth Wgt     : 0
Disposition   : Home, Self Care (1)
Admit Date    : 10/06/2007
LOS           : 2
Disch Date    : 10/08/2007

## Medicare DRG

   775     VAGINAL DELIVERY W/O COMPLICATING DIAGNOSES

  CMS  wt  0.4461   A/LOS  2.3   G/LOS  2.1

## Principal Diagnosis

  *64511  ~POST TERM PG DELIV W/WO MENTION ANTPRTM COND
         Present On Admission: Y

## Secondary Diagnoses

  #65841  ~INFECTION OF AMNIOTIC CAVITY DELIVERED
         Present On Admission: N
  65971  ~ABN FETL HRT RATE/RHYTHM DELIV W/WO ANTPRTM COND
         Present On Admission: N
  64841  ~MATERNAL MENTAL DISORDERS WITH DELIVERY
         Present On Admission: Y
  30523  ~NONDEPENDENT CANNABIS ABUSE IN REMISSION
         Present On Admission: Y
  V270  ~OUTCOME OF DELIVERY SINGLE LIVEBORN
         POA Edit: Code exempt from POA reporting
         Present On Admission: Y
  64892  ~OTH CURRENT MATERNAL CCE W/DEL W/CURRNT PP COMPL
         Present On Admission: N
  9160  ~HIP THI LEG&ANK ABRASION/FRICION BURN W/O INF
         Present On Admission: N
  E8844  ~ACCIDENTAL FALL FROM BED
         Present On Admission: N
  E8497  ~PLACE OF OCCURRENCE RESIDENTIAL INSTITUTION
         POA Edit: Code likely to be POA
         Present On Admission: N

## Principal Procedure

  7359  ~MANUAL ASSIST DELIV NEC
      10/07/2007

## Other Procedures

  7535  ~DX PROC FETUS/AMNION NEC
      10/07/2007

Name **Alfaro , Monica**
KP# 17636007

Allergies: NKDA (none)

## HISTORY AND PHYSICAL - LABOR & DELIVERY, KP ORANGE COUNTY

Age 17    Gravidy 1    Parity 0    LMP 12/18/2006    EDC 9/29/2007    by early sono
Gest Age: 41    Weeks

**Reason for Admission** Labor at term
Post Date Pregnancy

**Complications of Current Pregnancy**
Teen PG -Low BMI, < 19th %ile
Hx Drug Abuse - + Drug Screen THC 2/07 - pt denies use for >1 yr.
Screen repeated 3/07 - neg - Plans breastfeeding/OC's
FOB 18
WIC

**Comments**    she was scheduled for IND today and started labor last night

## Past OB History

| Year | Location | Gest Age | Deliv. Type | Sex | Weight | Anesthesia | Maternal Comp | Neonat Comp |
|------|----------|----------|-------------|-----|--------|------------|---------------|-------------|

## Past Medical History

**Current Med Prob:** None
**Allergies** NKDA (none)
**Medications** PNV daily
**Family History** Maternal uncle with Down's Syndrome
**Surgical History** None
**Social Hx** Teen pregnancy - lives with mother and step dad , FOB involved , No domestic violence issues
**Tobacco** No
**EtOH** Social but not since pregnancy
**Drugs** Past use of marijuana
**ROS** Negative

## Physical Exam

**Vital Signs** BP: 132/72    Pulse: 76    RR: 20    Temp: 36.6
**General** Intermittent discmfort secondary to labor.
**HEENT** Benign
**Neck** Supple without thyromegaly
**Breasts** deferred
**Heart** RRR w/o significant murmur

Date Printed 10/6/2007 1:23:15 PM                                L&D, KP Orange Co. Page: 1

EX 101  10

# Record of Obstetric Appointments
# Kaiser Permanente, Orange County
## 2/20/2007 to 7/31/2007

Alfaro, Monica

KP #: 17636007

Page: 1

**Problem List**
Teen PG -Low BMI, < 19th %ile
Hx Drug Abuse - + Drug Screen THC 2/07 - pt denies use for >1 yr.  Screen repeated 3/07 - neg - Plans breastfeeding/OC's
FOB 18
WIC

**Age** 17     **Gravidy** 1     **Parity** 0

**EDC** 9/29/2007     by early sono

**Gest Age at date of printing:** 41

---

DATE OF APPOINTMENT: 2/20/2007
GESTATIONAL AGE: 7.4
Blood Pressure: 91/53   Weight: 97 CW=
0   Urine (Alb/Glu):  0 / 0
Fundal Height: NA     FHT: +      Kick Counts: NA

Ms. Alfaro  presents for her PNV 1 appointment. Her history was reviewed and recorded. Unplanned pregnancy, accepted
Here with Mom, but history dicussed with pt alone.
US Report: Office Exam - Vag Probe  Date of Exam: 2/20/2007 Sono GA =7.4 weeks.   This is less (later EDD) than dates signficantly, Single fetus,
The following problems were identified:  Teen PG, Low BMI
Plan/Actions: Routine pre natal care,  Education ROB appt advised,  Pap smear and Chlamydia/GC PCR today, Routine pre natal labs,  HIV,  Sono for dating ordered,  Begin FeSO4 and PreNatal Vitamins,  Diet and Nutrition reviewed.  Snack with protein and CHO q 2-3 hrs. Diet discussed. Fish precautions.
Return to clinic in 2 weeks; review lab, Sono, educational.
Signed by Sandra Anderson, RNP  2/20/2007 5:16:40 PM

---

DATE OF CHART ENTRY:  3/1/2007
+ THC on drug screen.
LMOM 2-22-07
No return call.
6:30 PM
Left message with mother TCB.  No info to mother.
Plans: Discuss + THC and offer chemical dependency help.
Discuss drug use in PG.
Repeat Drug Screen at later date.
Signed by Sandra Anderson, RNP  3/1/2007 6:32:09 PM

---

DATE OF APPOINTMENT: 3/6/2007
GESTATIONAL AGE: 9.4
Blood Pressure: 115/59   Weight: 99 CW=
2   Urine (Alb/Glu):  0 / 0
Fundal Height: NA     FHT: n/a    Kick Counts: NA

Ms. Alfaro  presents for her routine interval appointment. She has no complaints.
SIGNIFICANT OR INTERVAL HISTORY: Feels well
No bleeding
Denies drug use for > 1 yr
PLAN/ACTIONS:
+ Drug screen discussed. - Chemical dependency discussed.
Lab reviewed
Sono for dates
Nutrition, weight gain, fish precautions, L+D, Classes offered - recommend Healthy PG class, Provider option, SD access, safety in PG discussed.
WIC per request
Return in 3 weeks: Review Sono/Dates, Drug Screen.
Signed by Sandra Anderson, RNP  3/6/2007 5:08:56 PM

---

DATE OF APPOINTMENT: 3/29/2007
GESTATIONAL AGE: 13.7
Blood Pressure: 99/48   Weight: 99 CW=

Date Printed:  10/06/07

EX 101  11