# Health History Summary

Date: 10 25 04

HOLLISTER maternal/newborn RECORD SYSTEM

420827  /25/2004
ALFARO, SILVIA
/1973  31Y F
OCWMG/AKC

Age **31** | Date of birth __ / / __ | Race or ethnicity ___ | Religion ___ | Marital status **Single** | Years married ___ | Education **12th**

Social Security number ___ | Occupation **Special Ed. Assistant** | Work Tel. no. ___ | Home Tel. no. ___

Alternate contact ___ | Relation to patient ___ | Work Tel. no. ___ | Home Tel. no. ___

Referring physician ___ | Attending physician ___

| Medical History | Patient | Family | Check and detail positive findings including date and place of treatment. Precede findings by reference number. |
|---|---|---|---|
| 1. Congenital anomalies | — | ✓ | Pt's brother c̄ Downs Syndrome |
| 2. Genetic diseases | — | □ | |
| 3. Multiple births | — | ✓ | Pt's nephews are Twins. |
| 4. Diabetes mellitus | — | □ | |
| 5. Malignancies | — | □ | |
| 6. Hypertension | — | ✓ | #6 Pt's mother h/o PIH. Grandmother c̄ HBP. |
| 7. Heart disease | — | □ | |
| 8. Rheumatic fever | — | | |
| 9. Pulmonary disease | — | ✓ | FOB brother + father c̄ Asthma. |
| 10. GI problems | — | | |
| 11. Renal disease | — | □ | |
| 12. Genitourinary tract problems | — | | |
| 13. Abnormal uterine bleeding | — | | |
| 14. Infertility | — | | |
| 15. Venereal disease | — | | |
| 16. Phlebitis, varicosities | — | | |
| 17. Neurologic disorders | — | ✓ | #17 Pt's brother c̄ epilepsy. |
| 18. Metabol./endocrine disorders | — | □ | |
| 19. Anemia/hemoglobinopathy | — | ✓ | #19 Pt's daughter c̄ anemia not currently on iron. |
| 20. Blood disorders | — | □ | |
| 21. Drug abuse | — | | |
| 22. Smoking/alcohol use | — | | |
| 23. Infectious diseases | — | | |
| 24. Operations/accidents | — | | |
| 25. Allergies/meds sensitivity | — | | |
| 26. Blood transfusions | — | | |
| 27. Other hospitalizations | — | | |
| 28. ___ | | □ | |
| 29. ___ | | □ | |
| 30. **No known disease/problems** | | □ | |

**Preexisting Risk Guide**
Indicates pregnancy/outcome at risk
- 31. ☐ Age < 15 or > 35
- 32. ☐ < 8th grade education
- 33. ☐ Cardiac disease (class I or II)
- 34. ☐ Tuberculosis, active
- 35. ☐ Chronic pulmonary disease
- 36. ☐ Thrombophlebitis
- 37. ☐ Endocrinopathy
- 38. ☐ Epilepsy (on medication)
- 39. ☐ Infertility (treated)
- 40. ☐ 2 abortions (spontaneous/induced)
- 41. ☐ ≥ 7 deliveries
- 42. ☐ Previous preterm or SGA infants
- 43. ☐ Infants ≥ 4,000 gms
- 44. ☐ Isoimmunization (ABO, etc.)
- 45. ☐ Hemorrhage during previous preg.
- 46. ☐ Previous preeclampsia
- 47. ☐ Surgically scarred uterus
- 48. ☐ Preg. without familial support
- 49. ☐ Second pregnancy in 12 months
- 50. ☐ Smoking (≥ 1 pack per day)
- 51. ☐ ___
- 52. ☐ ___
- 53. ☐ ___

Indicates pregnancy/outcome at ___ risk
- 54. ☐ Age ≥ 40
- 55. ☐ Diabetes mellitus
- 56. ☐ Hypertension
- 57. ☐ Cardiac disease (class III or IV)
- 58. ☐ Chronic renal disease
- 59. ☐ Congenital/chromosomal anomalies
- 60. ☐ Hemoglobinopathies
- 61. ☐ Isoimmunization (Rh)
- 62. ☐ Alcohol or drug abuse
- 63. ☐ Habitual abortions
- 64. ☐ Incompetent cervix
- 65. ☐ Prior fetal or neonatal death
- 66. ☐ Prior neurologically damaged infant
- 67. ☐ Significant social problems
- 68. ☐ ___
- 69. ☐ ___
- 70. ☐ ___

**Historical ___**
- 71. ✓ No risk factors noted
- 72. ☐ At risk
- 73. ☐ At high risk

Signature ___

Copyright © 1975, 1977, 1979, 1986 Hollister Incorporated. All rights reserved. Printed in U.S.A.
HOLLISTER INCORPORATED 2000 HOLLISTER DR  LIBERTYVILLE IL 60048
TRADEMARK OF HOLLISTER INCORPORATED
5870-4/86
HEALTH HISTORY SUMMARY       MATERNAL RECORD COPY

EX 103  13