No past medical history on file.

PAST MEDICAL HISTORY
Obstetric History
 G6  P4  T0  P0  A2  E0  M0  L4
 Comment: SVD x2, TAB x2

Review of patient's family history indicates:
 Liver Cancer           Maternal Grandfather
 Hypertension           Maternal Grandmother
 Diabetes               Maternal Grandmother
 Hypertension           Mother
 DOWN SYNDROME          Brother
 Seizure Disorder       Brother

DIANA MARIE SPAK MD