

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

STATE FILE NUMBER: 104-
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 1-92-30-01625

**THIS CHILD**
- 1A. NAME OF CHILD — FIRST (GIVEN): ALEJANDRO
- 1B. MIDDLE: ---
- 1C. LAST (FAMILY): ALONSO
- 2. SEX: MALE
- 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE
- 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: -
- 4A. DATE OF BIRTH — MONTH, DAY, YEAR: 1992
- 4B. HOUR — (24 HOUR CLOCK TIME): 0024

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: KAISER FOUNDATION HOSPITAL
- 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 441 N LAKEVIEW AVE
- 5C. CITY: ANAHEIM
- 5D. COUNTY: ORANGE
- 5E. PLANNED PLACE OF BIRTH: HOSPITAL

**FATHER OF CHILD**
- 6A. NAME OF FATHER — FIRST (GIVEN): SALVADOR
- 6B. MIDDLE: ---
- 6C. LAST (FAMILY): ALONSO
- 7. STATE OF BIRTH: MEXICO
- 8. DATE OF BIRTH: /61

**MOTHER OF CHILD**
- 9A. NAME OF MOTHER — FIRST (GIVEN): SILVIA
- 9B. MIDDLE: ---
- 9C. LAST (MAIDEN): MELENDEZ
- 10. STATE OF BIRTH: MEXICO
- 11. DATE OF BIRTH: /53

**PARENT'S CERTIFICATION**
- 12A. (signature): Silvia Melendez
- 12B. RELATIONSHIP TO CHILD: MOTHER
- 12C. DATE SIGNED: 01/16/92

**CERTIFICATION OF BIRTH**
- 13A. ATTENDANT OR CERTIFIER — SIGNATURE: Susan Dart RN
- 13B. LICENSE NUMBER: A034099
- 13C. DATE SIGNED: 1-21-92
- 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: GORDON PUGMIRE, MD — 441 N LAKEVIEW AVE, ANAHEIM, CA 92807
- 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: SUSAN DART, RN

**LOCAL REGISTRAR**
- 15A. DATE OF DEATH:
- 15B. STATE FILE NO:
- 16. LOCAL REGISTRAR — SIGNATURE: K. by Betty J. Corona
- 17. DATE ACCEPTED FOR REGISTRATION: JAN 27 1992

076384

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA } SS
COUNTY OF ORANGE
DATE ISSUED: MAY 30 2008

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

TOM DALY
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.



*001894031*