

# COUNTY OF ORANGE
## CLERK-RECORDER

**CERTIFICATE OF LIVE BIRTH — STATE OF CALIFORNIA**

- **Name of Child:** Salvador Alonso, Jr.
- **Sex:** Male
- **This Birth:** Single
- **Date of Birth:** 1990
- **Hour:** 1216
- **Place of Birth:** Kaiser Foundation Hospital, Anaheim
- **Street Address:** 441 Lakeview Avenue
- **City:** Anaheim
- **County:** Orange
- **Planned Place of Birth:** Hospital
- **Father:** Salvador Alonso — State of Birth: Mexico — Date of Birth: -61
- **Mother:** Silvia Melendez — State of Birth: Mexico — Date of Birth: -63
- **Parent's Certification:** signed, Mother, 9-11-90
- **Attendant:** Linda Farrell, C.N.M., 1188 N. Euclid, Anaheim CA — License No. I-24539 — 9-26-90
- **Date Accepted for Registration:** SEP 28 1990

088393

*00198545 6*

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA  
COUNTY OF ORANGE } ss

DATE ISSUED: MAY 12 2008

TOM DALY  
CLERK-RECORDER  
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.



EX 106  16