Kaiser SCAL

Print Date   : Fri Jan 06 14:53:03 2006
ALONSO, SALVADOR                              21417081   BS
Gender       : Male
Age          : 15
Birth Date   : 09/11/1990
Birth Wgt    : 0
Admit Date   : 11/23/2005
LOS          : 1
Disch Date   : 11/23/2005

## Claim Type

02      Single day Ancillary claim (Status = X, without S,T or V)

## APC Overall Claim Disposition

0       No edits present on claim

## A    Bill Type

13X

## APC Condition Code

9999    No/Unknown Condition Code

## APC Detailed CPT Procedures

69210   REML IMPAC CERUMEN;1/BOTH EARS (sep proc)
        APC: 00340 - Minor Ancillary Procedures
        REV: 9999 - No Rev Code entered; partial OCE edits only
        Status: X - Ancillary service.

## Admit Dx

3804    IMPACTED CERUMEN

## Dx Reason for Visit

3804    IMPACTED CERUMEN

## Secondary Diagnoses

38420   PERFORATION OF TYMPANIC MEMBRANE, UNSPECIFIED
7580    DOWN'S SYNDROME

## ICD-9-CM Procedures

9652    IRRIGATION OF EAR


CPT-4 five-digit codes and/or nomenclature are copyright
2004 American Medical Association.

```
                         KAISER PERMANENTE         ALONSO JR SALVADOR
                         MEDICAL CENTER, ANAHEIM   PF# 10007220   ROOM
DICTATED BY                                        AGE 0    MALE     KP
QUENZER WALTRAUD                                   DOB 09/10/90     352
                                                   CHAI JOHN
DEVICE 768  JS
C# 01610450                       01/13/91  2144                PAGE 1
```

------------------------------------------------------------------------

## DISCHARGE SUMMARY

DATE OF ADMISSION:   DECEMBER 09, 1990.

DATE OF DISCHARGE:   DECEMBER 12, 1990.

DIAGNOSIS:   CROUP SYNDROME.

HISTORY AND HOSPITAL COURSE:   SALVADOR WAS ADMITTED BY DR. CHAI ON THE 9TH
   OF DECEMBER WITH THE DIAGNOSIS OF CROUP.  ON THE 10TH OF DECEMBER HE
   PRESENTED WITH SOME MORE RESPIRATORY DISTRESS AND PNEUMONIA WAS NOTED
   ALSO.  THE BABY ALSO HAS DOWN'S SYNDROME AND HAD A LOW PLATELET COUNT AT
   ONE TIME.  HE WAS SEEN BY DR. BROOME ON DECEMBER 11, 1990, AND AT THE TIM
   HE WAS DOING QUITE WELL.  HOWEVER SINCE HE HAD HAD THE DIFFICULTIES ON TH
   DAY BEFORE, WE DECIDED TO KEEP HIM ONE DAY LONGER AND DISCHARGE HIM THEN.

   HE HAD CONTINUED TO DO WELL AND EAT WELL.  THEN ON THE 11TH OF DECEMBER H
   WAS CHANGED TO KEEP OPEN IV AND CHANGE TO ORAL ANTIBIOTICS.  HE WAS
   DISCHARGED ON THE 12TH ON ORAL ANTIBIOTICS TO BE FOLLOWED BY DR. BROOME I
   THE OUTPATIENT DEPARTMENT.

WALTRAUD QUENZER, M.D.

D:...01/13/91   T:..01/13/91   JS

KAISER PERMANENTE
MEDICAL CENTER, ANAHEIM

ALONSO JR SALVADOR
PE# P1000732 ROOM 408
AGE 0    MALE    KP
DOB 09/10/90
CHAI JOHN

DICTATED BY
CHAI JOHN

DEVICE 4965 EJB
C# 01610450                        12/09/90 0633                            PAGE 1

---

## HISTORY

### HISTORY & PHYSICAL

CHIEF COMPLAINT: DIFFICULTY WITH BREATHING SINCE LAST NIGHT.

HISTORY OF PRESENT ILLNESS: THIS IS THE FIRST KAISER PERMANENTE MEDICAL
  CENTER ANAHEIM ADMISSION FOR THIS APPROXIMATELY THREE MONTH OLD
  SPANISH-AMERICAN MALE WHO WAS BASICALLY WELL UNTIL YESTERDAY EVENING, AT
  WHICH TIME THE PATIENT WAS NOTED TO HAVE SOME COUGHING AND SOME
  CONGESTION. OVERNIGHT THE COUGHING BECAME WORSE, AND ACCORDING TO THE
  MOM, THE CHILD WAS HAVING DIFFICULTY WITH BREATHING. THE PATIENT WAS,
  THEREFORE, BROUGHT TO THE EMERGENCY ROOM FOR EVALUATION.

  IN THE EMERGENCY ROOM THE PATIENT WAS FELT TO HAVE MODERATE CROUP. THE
  PATIENT WAS, THEREFORE, ADMITTED FOR FURTHER OBSERVATION.

  THE CHILD'S PAST HISTORY IS SIGNIFICANT IN THAT THE PATIENT HAD BEEN
  DIAGNOSED TO HAVE DOWN'S SYNDROME BY DR. BROOME. THE PATIENT APPARENTLY
  HAS BEEN EVALUATED, AND ACCORDING TO THE MOTHER THERE WERE NO FINDINGS
  CONSISTENT WITH A CONGENITAL HEART DISEASE. THE PATIENT HAS HAD NO FEVER
  NO VOMITING OR DIARRHEA. THERE HAVE BEEN NO OTHER MEMBERS OF THE FAMILY
  WHO HAVE BEEN ILL.

PAST MEDICAL HISTORY:

  IMMUNIZATIONS: THE PATIENT HAS HAD ONE DPT AND ORAL POLIO VACCINE WITH N
  SIGNIFICANT PROBLEMS AT TWO MONTHS OF AGE.

  PREVIOUS HOSPITALIZATIONS: NONE.

  ALLERGIES: NO ALLERGIES KNOWN.

  SURGERIES: NO SURGERIES IN THE PAST.

FAMILY HISTORY: THERE IS ONE OTHER SIBLING WHO IS A TWO-YEAR-OLD AND IS
  ALIVE AND WELL. BOTH PARENTS ARE ALIVE AND WELL.

REVIEW OF SYSTEMS: THERE HAS BEEN NO VOMITING OR DIARRHEA AS FAR AS
  GASTROINTESTINAL. RESPIRATORY - THE PATIENT HAS HAD SOME NOISY
  RESPIRATIONS, OTHERWISE, THERE HAS BEEN NO PRODUCTIVE SPUTUM.

### PHYSICAL EXAMINATION

WEIGHT: REPORTEDLY APPROXIMATELY 11 POUNDS.

VITAL SIGNS: TEMPERATURE 98.3. PULSE APPROXIMATELY 150 PER MINUTE.
  RESPIRATORY RATE APPROXIMATELY 28 PER MINUTE. THERE WERE MODERATE
  RETRACTIONS AND AUDIBLE INSPIRATORY STRIDOR.

SKIN: THE PATIENT'S COLOR WAS PINK WITH NO CYANOSIS. OF COURSE, THE
  PATIENT WAS BEING GIVEN A FLOW OF OXYGEN THAT WAS HUMIDIFIED AND COOL.

```
                          KAISER PERMANENTE            ALONSO JR SALVADOR
                       MEDICAL CENTER, ANAHEIM         RF # 100007220  ROOM 408
DICTATED BY                                            AGE 0      MALE       KP
CHAI JOHN                                              DOB 09/10/90
                                                       CHAI JOHN

DEVICE 4965 EJB
C# 01610450                    12/09/90 0633                           PAGE 2
```

---

## HISTORY

**HEAD/EYES/EARS/NOSE/THROAT:** HEAD WAS ATRAUMATIC. ANTERIOR AND POSTERIOR FONTANELLES WERE NORMAL POSITION. EARS - CANALS WERE EXTREMELY NARROW; TYMPANIC MEMBRANES COULD NOT BE VISUALIZED. EYES - TYPICAL IN APPEARANCE IN A CHILD WITH DOWN'S SYNDROME. THE SCLERAE AND CONJUNCTIVAE WERE CLEAR WITH NO EVIDENCE OF DISCHARGE. NOSE - NO LESIONS WERE SEEN. MOUTH - THE PALATE WAS INTACT. THE POSTERIOR PHARYNX WAS CLEAR WITH NO OBVIOUS LESIONS.

**NECK:** NO MASSES WERE PALPABLE.

**LUNGS:** THERE WAS OBVIOUS INSPIRATORY STRIDOR. THERE WERE NO RALES HEARD. AIR EXCHANGE WAS EXCELLENT.

**HEART:** REGULAR RATE AND RHYTHM WITHOUT MURMUR.

**ABDOMEN:** NO ORGANOMEGALY OR MASSES WERE PALPABLE. THERE WAS AN UMBILICAL HERNIA THAT WAS NOTED.

**EXTREMITIES:** NO DEFORMITIES. NO EDEMA WAS NOTED.

**GENITALIA:** NORMAL MALE GENITALIA.

**NEUROLOGICAL:** THE PATIENT IS GROSSLY INTACT.

**RECTAL EXAMINATION:** NOT DONE BECAUSE OF THE PATIENT'S CONDITION.

**IMPRESSION:** CROUP SYNDROME IN CHILD WITH DOWN'S SYNDROME.

**PLAN:** ADMIT FOR MIST TENT THERAPY OBSERVATION.

JOHN CHAI, M.D.

D....12/09/90   T...12/09/90    EB

EX 108 21

```
                         KAISER PERMANENTE            ALONSO JR SALVADOR
                         MEDICAL CENTER, ANAHEIM      PF# 10007220   ROOM 408
DICTATED BY                                           AGE 0    MALE    KP
CHAI JOHN                                             DOB 09/10/90   352
                                                      CHAI JOHN
DEVICE 5381 JS
C# 01610450                  12/10/90  1532                          PAGE 1
```

---

## PROGRESS NOTE

PROGRESS NOTE DICTATED FOR DECEMBER 10, 1990:

SALVADOR, SINCE ADMISSION YESTERDAY MORNING, HAS CONTINUED TO HAVE EPISODES OF APPARENT DISTRESS WITH INCREASED STRIDOR AND INCREASED RESPIRATORY RATE. THE PATIENT CONTINUES IN A COOL MIST TENT. PATIENTS TEMPERATURE HAD INCREASED TO APPROXIMATELY 102 DEGREES YESTERDAY, AND A CBC AND BLOOD CULTURE WERE DRAWN.

ON REVIEW OF THE CHART, THE CBC REVEALS A WHITE CELL COUNT OF 13,700 WITH REPORTEDLY 49% SEGS, 18% BANDS, WITH 27% LYMPHS. WHAT IS DISTURBING IS THAT APPARENTLY ON THE SMEAR THERE WERE 2 METAMYELOCYTES. IN ADDITION, REPORTEDLY THE PLATELET COUNT WAS 34,000 BY MANUAL COUNT. A REPEAT CBC WAS DRAWN THIS MORNING, APPARENTLY THAT HAD CLOTTED. ANOTHER CBC IS PENDING AT THIS TIME.

ON EVALUATION AND EXAMINATION THIS AFTERNOON, SALVADOR IS ALERT. HE CONTINUES TO HAVE A RAPID RESPIRATORY RATE OF APPROXIMATELY 50 TO 60 PER MINUTE. THE PATIENT CONTINUES TO HAVE AUDIBLE STRIDOR. THE PATIENT'S COLOR IS PINK WITH NO EVIDENCE OF CYANOSIS. THE PATIENT CONTINUES IN THE COOL MIST TENT WITH OXYGEN AT APPROXIMATELY 30% FIO2. PATIENT HAS BEEN TAKING ISOMIL FAIRLY WELL. THERE HAVE BEEN NO REPORTED EPISODES OF EMESIS. HIS URINE OUTPUT HAS BEEN EXCELLENT.

ON AUSCULTATION OF THE LUNGS, PATIENT CONTINUES TO HAVE INSPIRATORY STRIDOR. THERE ARE NO RALES, AND THE AIR EXCHANGE IS GOOD. AGAIN, PATIENT'S COLOR IS PINK WITH NO EVIDENCE OF CYANOSIS. THE REST OF THE EXAMINATION IS ESSENTIALLY UNREMARKABLE.

IMPRESSION:

(1) DOWN'S SYNDROME.

(2) CROUP, MOST LIKELY SECONDARY TO A VIRAL ILLNESS.

(3) PNEUMONIA. A REPEAT CHEST X-RAY REPORTEDLY WAS DONE TODAY, AND REPORTEDLY SHOWS A RIGHT UPPER LOBE INFILTRATE.

(4) POSSIBLE THROMBOCYTOPENIA WITH A SEVERE LEFT SHIFT.

PLAN:

(1) WILL ORDER A STAT REPEAT CBC.

(2) CONTINUE INTRAVENOUS AMPICILLIN PER DR. QUENZER'S ORDERS.

(3) THE PATIENT WILL BE CONTINUED ON COOL MIST TENT THERAPY WITH CAREFUL OBSERVATION.

(4) WILL REQUEST THAT DR. BROOME FOLLOW UP ON THE PATIENT.

```
                        KAISER PERMANENTE             ALONSO JR SALVADOR
                        MEDICAL CENTER, ANAHEIM       PP# 10807220    ROOM 408.
DICTATED BY                                           AGE 0    MALE    KP
CHAI JOHN                                             DOB 09/10/90   352
                                                      CHAI JOHN
DEVICE 5381 JS
C# 01610450                   12/10/90 1532                             PAGE 2

------------------------------------------------------------------------
                              PROGRESS NOTE

JOHN CHAI, M.D.

D:...12/10/90  T:..12/10/90  JS   1452
```