# STATE OF CALIFORNIA
## DEPARTMENT OF PUBLIC HEALTH
### CERTIFICATION OF VITAL RECORD

State File Number: 3052006027864
Local Registration Number: 3200630 003170

**Decedent Personal Data**
- 1. Name of Decedent — First: JOSE
- 2. Middle: —
- 3. Last: MELENDRES
- 5. Date of Birth: 12/03/1932
- 6. Age: 72
- 8. Sex: M
- 9. Birth State/Foreign Country: MEXICO
- 10. Social Security Number: 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
- 11. Ever in U.S. Armed Forces?: NO
- 13. Marital Status: MARRIED
- 14. Date of Death: 03/05/2005
- 15. Hour: 0435
- Education: 2
- Hispanic: YES — MEXICAN AMERICAN
- Race: MEXICAN AMERICAN
- 17. Usual Occupation: LAUNDRYMAN
- 18. Kind of Business or Industry: HOTEL
- 19. Years in Occupation: 22
- 20. Decedent's Residence: 1856 W. TAMARA LANE
- 21. City: ANAHEIM
- 22. County/Province: ORANGE
- 23. Zip Code: 92804
- 24. Years in County: 34
- 25. State/Foreign Country: CALIFORNIA
- 26. Informant's Name, Relationship: GUILLERMO MELENDEZ — SON
- 27. Informant's Mailing Address: 1873 W. TAMARA LANE ANAHEIM, CA 92804

**Spouse and Parent Information**
- 30. Name of Surviving Spouse — First: MERCEDES
- 33. Last: MELENDEZ
- 34. Name of Father — First: ENRRIQUE
- 36. Last: MELENDRES
- 37. Birth State: MEXICO
- 38. Name of Mother — First: REFUGIO
- 40. Last: SAAVEDRA
- 41. Birth State: MEXICO

**Funeral Director / Local Registrar**
- 39. Disposition Date: 03/10/2005
- 40. Place of Final Disposition: FOREST LAWN MEMORIAL PARK 4417 LINCOLN AVENUE CYPRESS, CA 90630
- 41. Type of Disposition: BU
- 42. Signature of Embalmer
- 43. License Number: 7773
- 44. Name of Funeral Establishment: FUNERARIA DEL ANGEL PIERCE BROTHERS ANAHEIM MORTUARY
- 45. License Number: FD1060
- 47. Date: 03/09/2005

**Place of Death**
- 101. Place of Death: RESIDENCE
- 103. County: ORANGE
- 105. Facility Address or Location Where Found: 1856 W. TAMARA LANE
- 106. City: ANAHEIM

**Cause of Death**
- 107. Cause of Death — Immediate Cause: CHOLANGIOCARCINOMA WITH METASTASIS — 3 MOS
- Death Reported to Coroner: YES — 05-01736-MI
- Biopsy Performed: NO
- Autopsy Performed: NO
- 112. Other Significant Conditions: NONE
- 113. Was Operation Performed: NO

**Physician's Certification**
- Decedent Attended Since: 05/10/2004
- Decedent Last Seen Alive: 02/25/2005
- License Number: A52320
- Date: 03/07/2005
- Type Name, Title: DUC PHAM, MD 1400 N. MAIN STREET SANTA ANA, CA 92701

FAX AUTH #: 9103A

---

This is to certify that this document is a true copy of the official record filed with the Office of Vital Records.

MARK B HORTON, MD, MSPH, Director and State Registrar of Vital Records

by:
LINETTE T SCOTT, MD, MPH, DEPUTY DIRECTOR
HEALTH INFORMATION AND STRATEGIC PLANNING DIVISION

DATE ISSUED: 08 JUN 23 AM 9 52

This copy not valid unless prepared on engraved border displaying seal and signature of the Deputy Director.

*002660946*




**EX 109 24**