# EXHIBITS 110 - 121

# PAGINATED 25 - 571

# FILED UNDER SEAL