# DECLARATION OF DENISE COBURN

I, DENISE COBURN, declare as follows:

1. I served as a juror on the second penalty phase trial of Maria Alfaro.

2. I remember that some of Miss Alfaro's testimony was either read into the record or we listened to her testimony on an audiotape. But while I did hear some of Miss Alfaro's own words, I thought it was important for her to personally testify. I waited for her to do so, but it never happened. I would have liked to hear Miss Alfaro express remorse.

3. I was aware of the victim's mother being in the courtroom almost every day. I knew it was her because she was there nearly daily and she wept alot. Both the defendant's family and the victim's family cried when the sentence was announced. At the announcement of the sentence, the victim's brother-in-law yelled out something inappropriate and that bothered me. The court personnel removed him immediately.

4. The jurors spent a week deliberating in a very careful and respectful process. The first couple of rounds of voting were done on paper, confidentially. After that, we voted by a show of hands. Not everyone was in support of the death penalty at the beginning of the process.

D.C.

1

5. I based my decision on the amount of evidence presented about the nature of the crime. I felt that the defendant had to accept responsibility for the choices she made and what she did.

4. On June 30, 2008, I met with representatives of the Los Angeles Federal Public Defender's Office. They explained to me that their office represents Maria Alfaro in connection with her federal habeas litigation, and that I have an absolute right to discuss my jury experience, or not, as I see fit.

I declare under penalty of perjury under the laws of the United States of America and under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 6 day of February, 2009.

_____
Denise Coburn

2

**EX 122  574**