# DECLARATION OF BRENT CONLEY

I, BRENT CONLEY, declare as follows:

1. I served as a juror on the second penalty phase trial of Maria Alfaro. At the time I served as a juror, I was open to the possibility of sentencing someone to death. Because of my experience on the Alfaro jury, I no longer believe in the death penalty.

2. The jury deliberated for about five days. In the initial vote, one woman and I voted no for death. She changed her vote to death, but I did not want to. The other jurors kept pressuring me to vote for death. They yelled at me and called me stupid. They also said to me that I was too liberal. Finally, I gave in to the other jurors and changed my vote to death. I still regret today that I did not stand up to the other jurors.

3. We did not hear direct testimony from Rosie Alfaro. I believe that if the jurors heard from Rosie that she was remorseful, I would have had more support for a sentence of life without the possibility of parole. I believe I would have been able to withstand the criticism I got from the other jurors.

4. While there was mention of a third person in the house with Rosie, the defense never presented the jury with information about who that third person

B.C.

1

EX 123  575

was. I don't believe that Rosie was alone in the house. If some evidence of the third person had been given to the jury, I would not have been convinced to change my vote to death.

5.  On July 9, 2008 and January 28, 2009, I met with representatives of the Los Angeles Federal Public Defender's Office. They explained to me that their office represents Maria Alfaro in connection with her federal habeas litigation, and that I have an absolute right to discuss my jury experience, or not, as I see fit.

I declare under penalty of perjury under the laws of the United States of America and under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 28 day of January, 2009.

_____
Brent Conley

2

EX 123 576