(COPY)

# DECLARATION OF DIANE DE LA MARE

I, Diane De La Mare declare as follows:

1.  Currently, I am the Vice President for Regulatory Affairs of the American Health Care Association. I am also a member of the State Bar of Texas, Bar No. 00783952.

2.  In 1981 and 1982, I was a Speech and Language Specialist in the Anaheim City School District in Anaheim, California. As a Speech and Language Specialist, I was responsible for testing students who were deemed by their teachers to have language acquisition problems. Classroom teachers recommended students for testing based on that student's classroom performance relative to the performance of that student's classmates.

3.  Based on the results of the testing, when necessary, I would fashion a specific program suited to the student's needs and abilities. These student-tailored programs were called an Individualized Education Program ("IEP"). IEPs were formalized, documented programs which specified the student's handicapping condition or conditions, needs, services required, goals and objectives and projected completion dates.

4.  I recall this time in my career clearly. A large number of Hispanic students were referred to me by the district's school teachers. It was a challenge for me to

DD

determine whether these students were having problems because English was their second language or because they had an actual language acquisition problem unrelated to the fact that English was not their first language. I struggled over this question and gave it a lot of thought.

5. It was my belief that Rosie Alfaro demonstrated a difficulty in understanding and using spoken language stemming from a disorder in language acquisition and comprehension unrelated to the fact that Spanish was her first language.

6. The goals I set for Ms. Alfaro were modest and very basic; such as learning sentences comprised of more than three or four words and learning the difference between words such as "big," "bigger" and "biggest." This is reflected in the attached IEP, dated April 12, 1982 (Exhibit 1) on which I am a signator and the attached Speech and Language Assessment, dated April 12, 1982 (Exhibit 2) which I authored.

7. I was contacted via telephone by Jeff Hasner, an investigator with the Office of the Federal Public Defender, in October 2008. He faxed to me the attached IEP, Speech and Language Assessment and a photograph of Ms. Alfaro for my review. This is the first contact I have ever had with any member of Ms. Alfaro's defense teams.

I declare under penalty of perjury under the laws of the United States of America, the State of California and The District of Columbia that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this __16__ day of __December__, 2008 in the District of Columbia.

*Dianne A. De La Mare*
Diane De La Mare

2

EX 124 578

Division of Education-Administration

INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Parent — Pink
Special Ed. Teacher — Goldenrod

Pupil: Rosio Alfaro  Birthdate: 1 - -71  Meeting date: 4-12-82
School: Madison  District of residence: Anaheim  Grade: 4  Normal grade placement: 5
Primary language of the home: Spanish  Pupil is ☐ Non-English  ☒ Limited English  ☐ Fluent English

| Special education and related services needed | Projected date | | Handicapping condition |
| --- | --- | --- | --- |
| | Placement | Duration | Language disorder involving understanding and associating word meanings. |
| Language Therapy 2 times a week, 30 minutes a session | 4-82 | 4-83 | |
| | | | Alternatives considered |
| | | | Language Therapy Resource Specialist Center |

Placement recommendation: Madison School, 1510 S. Nutwood

Rationale: Student has mastered academic skills sufficient for instructional groupings in the regular classroom.

Annual Review Date: 4-83     Third year reevaluation date: _____

The child is receiving services from ☐ CCS  ☐ Regional Center  Other _____

The Individualized Education Program was developed by the following:

Parent: [signature]  Date: 4/26/82
Administrator: Marvin Johnson  Date: 4/26/82
Parent: Judy McCollough  Date: 4/26/82
Psychologist: Betty DiRegolo  Date: 4-26-82
Teacher: Virgene Reynolds  Date: 4/26/82
Speech & Language Specialist: Dianne J. De La Mare  Date: 4/26/82
Special Education Teacher: [signature]  Date:
Occupational/Physical Therapist: Sheila Twombly-Heim R.N.  Date: 4-26-82
Other: Eve Cyr — Nursing Bilingual Prog Assistant  Title  Date: 4-26-82

Other _____  Title _____  Date _____

Exhibit 1 Page 1 of 3

EX 124 579

IEP                           Annual Goals

Pupil <u>Rosio Alfaro</u>
School <u>Madison</u>

| Present level of performance and measurement used | Date assessed | Annual goal |
|---|---|---|
| Illinois Test of Psycholinguistic Abilities<br>Auditory recep. = 5-2<br>Auditory association = 7-3<br>Grammatic closure = 7-7 | 4/82 | by ~~1~~ yr.<br>By 4/83 Rosio will have improved her language ages ^ in the areas of auditory reception, auditory association, & grammatic closure as determined by scores on the Illinois Test of Psycholinguistic Abilities. |

Exhibit 1 Page 2 of 3

Approved: WAT
B:dc  5/26/81

These goals do not reflect the standards of this district's regular educational program.

2a.

EX 124 580

NAME  Rosio Alfaro          SCHOOL  Madis_          GOAL AREA  Communication

| IEP INTERIM OBJECTIVES | AS MEASURED BY: | PROJECTED DATE OF COMPLETION | | | | DATE COMPLETED |
|---|---|---|---|---|---|---|
| | | 6/82 | 9/82 | 12/82 | 4/83 | |
| Rosio will: | | | | | | |
| 1. Use where, who, what, when to construct questions in a structured setting. | teacher test | ✓ | ✓ | | | |
| 2. use comparitives (big, bigger, biggest) | teacher test | | | | ✓ | |
| 3. use reflexive pronouns (myself, yourself) | teacher test | | | | | |
| 4. Sequence up to 5 events of a story. | teacher test | | ✓ | | | |
| 5. construct sentences of at least 6 words in length to respond to a question in therapy | teacher test | | | ✓ | | |
| 6. state similarities according to size, shape, color, & function. | teacher test | | | | ✓ | |
| 7. pick out 7 details & state, after hearing a short story. | teacher test | | | ✓ | | |
| 8. name 10 vocabulary items in each 4rth grade curriculum unit for social studies. | teacher test | | | | ✓ | |

Performance criteria  100%

Exhibit 1 Page 3 of 3

EX 124 581

ANAHEIM CITY SCHOOL DISTRICT  CONFIDENTIAL
Division of Education-Administration

## SPEECH AND LANGUAGE ASSESSMENT

Name: Rosio Alfaro  
School: Madison  
Teacher: McCollough  
Grade: 4  

Date: 4-12-82  
Birthdate:         -71  
Age:  
Normal grade placement:

According to the Test of Language Development (TOLD), Rosio's speech was adequate. Her conversational speech was clear, but sentence length was typically not more than three to four words as noted in observation. Performance on the Word Discrimination subtest indicated average ability to discriminate differences between sounds.

The TOLD and the Illinois Test of Psycholinguistic Abilities (ITPA) showed Rosio's receptive vocabulary to be at a 5-6 year old level. Her ability to process and recall information on the ITPA Auditory Association subtest was at a 7-3 language age. Other language areas assessed included verbal expression, auditory memory, and grammatic closure. She scored significantly higher in these areas because: (1) she's had a lot of training in the auditory perception areas, and (2), she is able to manipulate and use language correctly in spontaneous language as a result of the perception skills she's attained. She has a more significant problem with language within a structure. Her verbalization score on the ITPA was at a 10-5 year old level. According to the grammatic subtest on the TOLD and ITPA, Rosio's spoken language was below expectancy as evidenced by inappropriate sentence structure, length, and complexity. Specific errors of verbal performance included difficulty with reflexive pronouns, comparatives, plurals and quantitative words.

### SUMMARY AND RECOMMENDATIONS

Rosio displays a difficulty in understanding and using spoken language that interferes with her educational progress. Specifically she demonstrates a disorder in language acquisition and language comprehension. It is recommended that an individualized education program be developed.

Diane delaMare  
Speech and Language Specialist

bw

Exhibit 2