## DECLARATION OF ROGER ELLISON

I, Roger Ellison, declare as follows:

1. I served as a juror on the second penalty phase trial of Rosie Alfaro.

2. To me, the possibility that there was a third person involved in the commission of the crime sounded like something the defense made up. I frankly never took the possibility seriously and did not believe it. Had the defense introduced evidence that someone in addition to Ms. Alfaro was in the house at the time of the crime, it might have made a difference to me in how I voted.

3. I don't want to see anyone die and I would be comfortable if Ms. Alfaro was not executed. In my opinion, this should be decided by the little girls' mom.

4. On July 9, 2008, I met with representatives from the Los Angeles Federal Public Defender's office. They explained to me that their

\\\

\\\

R. E.

1

EX 125  583

office represents Rosie Alfaro in connection with her federal habeas proceeding. They informed me that I have an absolute right to discuss my jury experience or not, as I see fit.

I declare under penalty of perjury under the laws of the United States of America and under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 6 day of February, 2009.

Roger Ellison

2

**EX 125  584**