# DECLARATION OF GERARDO RANGEL

I, Gerardo Rangel, declare as follows:

1. I am currently a Bi-lingual Teaching Assistant at Katella High School, in the Anaheim Union School District (AUSD) Anaheim, California. I first began working for the AUSD in 1976. I hold an AA Degree in Language Arts and Bicultural Studies, which I received in 1984 or 1985. I attended classes at Cypress, Fullerton and Santa Ana Colleges in the course of my studies.

2. I first met Maria "Rosie" Alfaro in 1983, when I was a Bilingual Teaching Assistant at Ball Junior High School. Rosie was put into my "ELD Class" (English as a Second Language Development Program.) Each ELD class consisted of four or five students in a group, which met for thirty to forty minutes, several times a week. I carried a number of such ELD classes each term. In all, I had from forty to fifty such students in ELD classes each term.

3. Approximately twenty percent of the Ball Junior High students were Spanish speakers, students whose first language was Spanish. Approximately fifteen percent of this population were deemed deficient enough in English to require these remedial classes with me.

4. I assisted these students with their homework. I would translate their homework assignments into Spanish and explain the concepts in Spanish.

5. It didn't come easy to Rosie. It took a while for her to comprehend and


GR

1

EX 126  585

understand. The others I could tell once. I had to explain Rosie's homework assignments to her more than once and sometimes up to three times, in different ways, so that she could understand the material. Rosie required special attention, more attention than the other students in these special classes. The majority of the students in these special classes, all of whom were deemed to require special attention, were above Rosie's level.

      6.      If I rated all my ELD students on a scale of one to ten, with ten being the most proficient deficient student, I would rate Rosie at a five or six. The majority of my ELD students I would rate as a seven or eight.

      7.      I was contacted and interviewed by Rosie's trial counsel and state habeas counsel. I testified at Rosie's trial. Previous interviews and my trial testimony concerned the assistance I attempted to render to Rosie's mother, when Rosie was approximately thirteen, and in need of drug rehabilitation. I assisted Rosie's mother in attempting to find a drug rehabilitation program for Rosie.

      8.      None of the defense team members with whom I spoke, previous to my interview by Jeff Hasner of the Federal Public Defenders office, Los Angeles, California, ever questioned me in regard to Rosie's intellectual abilities or disabilities.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my

XXX

XXX

2

GR

**EX 126  586**

knowledge and that this declaration was executed this 25th day of September, 2008 in Anaheim, California.

_____
GERARDO RANGEL