# TECHNICAL ASSOCIATES, INC.
### FORENSIC SCIENCE CONSULTATION
952 Athens Street, Altadena, California 91001
Telephone 818/797-4827

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 17 March 1991

TO: Laura Lawhon

COMPANY: Sandberg Inv.

RE: Alfaro Report

FAX NO: (714) 836-1149

FROM: Marc Scott Taylor

FAX NO: 818-791-9695

TEL NO: 818-797-4827

Page ONE of 17.

Dear Laura,

Please call me when you get this.

—Marc

✓ Response requested    ___ No response needed

*TECHNICAL ASSOCIATES, INC.*
*FORENSIC SCIENCE CONSULTATION*
952 Athens Street, Altadena, California  91001
Telephone 818/797-4827

17 March 1992

William M. Monroe, Esq.
McDermott, Monroe and Trebler
450 W. Fourth St., Suite 101
Santa Ana, CA          92701

REPORT OF PROFESSIONAL SERVICES
(Report Summary)

Re: People v. Maria D. Alfaro
    TA Case # 91-273

CASE BACKGROUND

This case involves the death by stabbing of Autumn Wallace, a 10 year old girl. The stabbing took place in the master bathroom of her residence. The body was found clothed lying in a pool of blood on the bathroom floor. The victim had in excess of 50 stab wounds. Shoe prints in blood were found on the floor surrounding the body and in dirt outside the house. A knife was found lying on the floor near the body. Various blood stains were found on objects in the house and on clothing associated with Maria Alfaro. Items were missing from the house.

It was requested that I examine the police and crime lab reports, the photographs, the physical evidence collected by the police and perform testing to clarify the events involved with this death.

EVIDENCE EXAMINED

See attached photo list for description of evidence examined.

See attached evidence list for description of items received for testing.

SUMMARY OF FINDINGS

During the initial examination of evidence, shoe prints in blood were examined that could have been produced by the shoes (Item #77) purported to belong to Maria Alfaro. These shoes did not produce the shoe prints that were photographed and cast (Item #25 & 26) from outside the house. On Item #49 additional shoe prints were found that did not match any of the shoes examined in this case. These shoe prints were produced in a transparent liquid that tests positive with a presumptive test for blood. The prints appear to have been produced by stepping in serus fluid separated from blood in the area of the body after the stabbing.

During the examination of the pink towel (Item #10) with blood stains it was noted that many on the smears appear to be blood wiped from an object like a knife blade. One smear in particular was approximately 16 centimeters long. This is significant in that a smear of this length could not be produced by wiping the knife (Item #8) that was found in the master bathroom. This indicates that another longer knife was involved in this stabbing.

DNA typing using the polymerase chain reaction at the DQalpha locus was performed on known bloods from Maria Alfaro, Antonio Reynoso, Robert Gonzales and the victim Autumn Wallace. In addition to these known blood samples typing was performed on numerous items of evidence in this case. (See attached DNA Evidence Lists.) Many of these items caused inhibition of the test which results in no type, however the following list summarizes the results obtained.

It is possible to differentiate the known bloods from the four individuals listed above, therefore the other three individuals have been eliminated as the source of the blood on the following items.

The victim Autumn Wallace cannot be excluded as the source of the blood found on:
    The pink towel Item #10.
    The paring knife Item #8.
    The LA Gear Shoes Item #77.

Maria Alfaro cannot be excluded as the source of the blood found on:
    Blood stain A & B on the shoulder bag Item #83.
    Blood stain A on the black Levi 501s Item #78.

Robert Gonzales cannot be excluded as the source of the blood found on:
    The extract swab from the toe of the Gonzales shoe Item #104.

This report summarizes the conclusions reached to date and is not comprehensive in its description of the work performed.

Testing is ongoing and results will be reported as soon as they are achieved.

If you have any questions regarding this work please contact me.

Sincerely,

*[signature: Marc Scott Taylor]*

Marc Scott Taylor
President

## TECHNICAL ASSOCIATES, INC.
### FORENSIC SCIENCE CONSULTATION
952 Athens Street, Altadena, California   91001
Telephone 818/797-4827

### DESCRIPTION OF EVIDENCE PHOTOS - PEOPLE V. MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| 1 | | ID photo. |
| 2 - 11 | I.56 | 9015067 - One almond plastic basket, one black cardboard shoebox from southwest bedroom. |
| 12 - 22 | I.27 | 9014747 - Electric fan from living room. |
| 23 - 37 | I.55 | 9015066 - Two wooden desk drawers. |
| 38 | | ID photo. |
| 39 - 40 | I.55 | 9015066 - Two wooden desk drawers. |
| 41 - 102 | I.80 | 9015564 - Blue plastic bag containing remaining clothing/footwear not seized in s/w 10271 Antigua, Anaheim. |
| 103 - 111 | I.64 | 9015256 - Commode tank without lid. |
| 112 | | ID photo. |
| 113 - 119 | I.64 | 9015256 - Commode tank without lid. |
| 120 - 130 | I.26 | 9014746 - Plaster cast. |
| 131 - 140 | I.25 | 9014745 - Plaster cast of shoeprint in dirt in front yard. |
| 141 - 146 | I.65 | 9015257 - Lid to commode tank. |
| 147 | I.66 | 9015828 - Right verticle pole off headboard in master bedroom. |
| 148 | | ID photo. |
| 149 - 153 | I.66 | 9015828 - Right verticle pole off headboard in master bedroom. |
| 154 - 168 | I.94 | 9015750 - Grey Brother electric typewriter, Serial #96909360. |
| 169 - 172 | I.95 | 9015751 - Long sleeve sweater blouse multi-colored with black pattern. |
| 173 - 175 | I.96 | 9015752 - Long sleeve blue blouse with matching pants, pink blouse. |
| 176 - 178 | I.97 | 9015753 - One long sleeve coat black with white spots "J. Gallery", size 9/10. |
| 179 | | ID photo. |
| 180 - 192 | I.60 | 9015121 - Master bathroom vanity. |
| 193 - 195 | I.59 | 9015120 - Closet door from southwest bedroom. |
| 196 - 197 | I.60 | 9015121 - Master bathroom vanity. |
| 198 - 215 | I.73 | 9015405 - Kenmore brand microwave oven. |
| 216 | | ID photo. |
| 217 - 229 | I.73 | 9015405 - Kenmore brand microwave oven. |
| 230 - 233 | I.3 | 9014706 - Ponytail tie from hair of A. Wallace. |

DESCRIPTION OF DOCUMENTS TO MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| 234 - 236 | I.4 | 9014707 - Bloodstained small piece of paper from side of right eye. |
| 237 - 238 | I.5 | 9014708 - Bloodscrapings from blade & handle of paring knife. |
| 239 - 253 | I.10 | 9014722 - Pink towel "Celebration" brand "Galleria" with apparent blood stains. |
| 254 - 255 | | ID photo. |
| 256 - 262 | I.10 | 9014722 - Pink towel "Celebration" brand "Galleria" with apparent blood stains. |
| 263 - 268 | I.32 | 9014956 - Socks from A. Wallace's body. |
| 269 - 273 | I.33 | 9014957 - Panties from A. Wallace. |
| 274 - 275 | I.35 | 9014959 - Sexual assault kit from A. Wallace. |
| 276 - 285 | I.34 | 9014958 - Red dress with white hearts from A. Wallace. |
| 286 - 287 | I.139 | 9019868 - Fabric & swab extracted for DNA testing. |
| 288 - 290 | I.36 | 9014960 - Bloodstained pillow from master bathroom. |
| 291 | | ID photo. |
| 292 - 297 | I.36 | 9014960 - Bloodstained pillow from master bathroom. |
| 298 - 301 | I.37 | 9014962 - Yellow wash rag from floor of utility room. |
| 302 - 304 | I.38 | 9014964 - Eyelash curler from bathroom. |
| 305 - 307 | I.39 | 9014965 - Bracelet from wrist of A. Wallace. |
| 308 - 311 | I.41 | 9014967 - Hairs from sink counter in master bedroom bathroom. |
| 312 - 313 | I.43 | 9014969 - Cable clip from driveway. |
| 314 - 316 | I.44 | 9014970 - Excised bathroom throw rug with apparent blood stains. |
| 317 - 321 | I.45 | 9014971 - Misc. hairs & other trace evidence from A. Wallace's body. |
| 322 - 327 | I.77 | 9015561 - One pair of "L.A. Gear" hightop ladies tennis shoes with apparent blood residue in the sole. White, size 7 1/2. |
| 328 - 329 | | ID photo. |
| 330 - 336 | I.77 | 9015561 - One pair of "L.A. Gear" hightop ladies tennis shoes with apparent blood residue in the sole. White, size 7 1/2 |
| 337 - 345 | I.104 | 9015851 - One pair of white lowtop "L.A. Gear" men's tennis shoes with round drop of blood on toe of left shoe; one pair of "Levi Strauss" blue jeans - W38 L32. |
| 346 - 359 | I.47 | 9014974 - Bloody shoeprint found on linoleum near deceased in bathroom. |
| 360 - 361 | I.48 | 9014975 - Bloody shoeprints found outside of bedroom towards master bedroom on linoleum. |
| 362 | | ID photo. |

2

EX 127 593

## DESCRIPTION OF EVIDENCE PHOTOS - PEOPLE V. MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| 363 - 379 | I.49 | 9014976 - Bloody smear/transfer from master bathroom floor near front of vanity. |
| 380 - 387 | I.50 | 9014977 - Bloody shoeprint from entrance to bathroom from master bedroom. |
| 388 - 395 | I.79 | 9015563 - Men's faded black t-shirt, XL, with stains on the front. |
| 396 | I.78 | 9015562 - Men's faded black Levi Strauss "501" blue jeans with stains on the legs. |
| 397 | | ID photo. |
| 398 - 403 | I.78 | 9015562 - Men's faded black Levi Strauss "501" blue jeans with stains on the legs. |
| 404 - 419 | I.83 | 9015567 - Two vinyl/leather ladies shoulder bags and wallet containing misc. indices of Rosie Alfaro. |
| 420 - 431 | I.84 | 9015587 - Trace evidence from Items contained in PC #90-15564. |
| 432 - 441 | I.89 | 9015680 - One aqua blue long sleeve blouse. |
| 442 | I.90 | 9015681 - One pair black Levi type pants with black belt. |
| 443 | | ID photo. |
| 444 - 459 | I.90 | 9015681 - One pair black Levi type pants with black belt. |
| 460 - 462 | I.101 | 9015845 - Hairs adhering to left side of left "L.A. Gear" shoe. |
| 463 - 466 | I.103 | 9015847 - Blood scrapings from bottom of right "L.A. Gear" shoe. |
| 467 - 469 | I.6 | 9014709 - Head hair standard of victim from autopsy. |
| 470 - 471 | I.8 | 9014711 - Paring knife from master bathroom floor. |
| 472 | | ID photo. |
| 473 - 495 | I.8 | 9014711 - Paring knife from master bathroom floor. |
| 496 - 508 | I.17 | 9014737 - VCR cover, AKAI booklet, "T.V. Guide". |
| 509 | | ID photo. |
| 510 - 515 | I.17 | 9014737 - VCR cover, AKAI booklet, "T.V. Guide". |
| 516 - 520 | I.9 | 9014712 - Acetate overlays of stab wounds on A. Wallace. |
| 521 | I.18 | 9014738 - 12 oz. glass (wet with milk). |
| 522 | | ID photo. |
| 523 - 528 | I.18 | 9014738 - 12 oz. glass (wet with milk). |
| 529 - 532 | I.19 | 9014739 - "Fresh Start" bottle. |
| 533 - 538 | I.20 | 9014740 - "Hold-A-Bag" from utility room. |
| 539 - 545 | I.21 | 9014741 - Typed sheet of paper. |
| 546 | I.22 | 9014742 - Numeric key pad from hall floor. |
| 547 | | ID photo. |

3

DESCRIPTION OF EVIDENCE PHOTOS - PEOPLE V. MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| 548 - 554 | I.22 | 9014742 - Numeric key pad from hall floor. |
| 555 - 559 | I.23 | 9014743 - Panty hose box. |
| 560 - 564 | I.24 | 9014744 - Two knives; one wood handle, one S.S. flatware. |
| 565 - 568 | I.28 | 9014816 - 6" dagger (3" blade 3" handle). |
| 569 - 571 | I.31 | 9014861 - Two business cards. |
| 572 - 579 | I.51 | 9015062 - Fabric cosmetic bag and assorted cosmetics from southwest bedroom. |
| 580 - 583 | I.52 | 9015063 - Two metal eyelash curlers. |
| 584 | | ID photo. |
| 585 - 586 | I.52 | 9015063 - Two metal eyelash curlers. |
| 587 - 589 | I.53 | 9015064 - One power strip. |
| 590 - 592 | I.54 | 9015065 - One electric clock. |
| 593 - 596 | I.61 | 9015122 - 7" kitchen knife with wooden handle. |
| 597 - 604 | I.62 | 9015179 - Misc. knives from kitchen drawer. |
| 605 - 607 | I.63 | 9015180 - "Stuart Andersen's" glass. |
| 608 - 611 | I.67 | 9015259 - Kleenex box. |
| 612 - 618 | I.68 | 9015260 - Fingerprint lift from master bedroom brass headboard. |
| 619 - 621 | I.69 | 9015261 - Tupperware cup from garage. |
| 622 | | ID photo. |
| 623 - 634 | I.70 | 9015262 - Note from wall. |
| 635 - 639 | I.71 | 9015263 - 13 inch piece of wood trim from east bathroom doorway. |
| 640 - 642 | I.72 | 9015371 - Empty box to "Black & Decker" steam iron from closet in master bedroom. |
| 643 - 645 | I.81 | 9015565 - One pair ladies "Wild Rose" by Apollo calf high black leather boots. |
| 646 | I.75 | 9015492 - Two polaroid photos of a black boot. |
| 647 - 650 | I.8 | 9014711 - Paring knife from master bathroom floor. |
| 651 - 658 | I.82 | 9015566 - Light tan ladies cotton skirt with a zipper front, size 13/14. |
| 659 | | ID photo. |
| 660 | I.82 | 9015566 - Light tan ladies cotton skirt with a zipper front, size 13/14. |
| 661 - 663 | I.85 | 9015597 - One black & blue fabric belt with black plastic buckle from April Wallace. |
| 664 - 671 | I.91 | 9015682 - Pink make-up bag with syringe & make-up from in suspect's possession. |
| 672 - 675 | I.98 | 9015754 - One pair black acidwash designer jeans "Roglins" size 3T. |
| 676 | | ID photo. |
| 677 - 678 | I.93 | 9015707 - B/A blood from Maria Del Rosio Alfaro, Tube #268942. |
| 679 - 702 | I.92 | 9015684 - White tank top, black bra, |

DESCRIPTION OF EVIDENCE PHOTOS - PEOPLE V. MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| | | purple underpants, grey stretch pants, black sandals, black & white hair clip, and black rubber bracelet. |
| 703 - 704 | I.112 | 9016141 - Composite sketch of male suspect drawn by Marilyn Droz from witness Susan Mata. |
| 705 - 709 | I.114 | 9016180 - One baseball cap, silver with mesh back, solid white front & lettering "CHIQUES" on front in black. |
| 710 - 712 | I.116 | 9016591 - Card stub with social security number for Rosio Alfaro Melendez. |
| 713 - 716 | I.120 | 9016786 - "Special Bulletin" with property items identified by Alfaro. |
| 717 - 720 | I.121 | 9016787 - Blow up of "Jeffrey-Lynne neighborhood" map. |
| 721 - 724 | I.122 | 9016788 - "Special Bulletin" of property items identified by Reynoso. |
| 725 - 728 | I.127 | 9016910 - Piece of paper with numbers "491-8034" written on one side, from Tammy Benedict. |
| 729 - 732 | I.129 | 9016995 - Circuit City receipts for VCR, no serial number. |
| 733 - 748 | I.131 | 9017102 - Misc. photos of several Gonzales/Martinez from OCSD records. |
| 749 - 750 | | ID photos. |
| 751 - 755 | I.131 | 9017102 - Misc. photos of several Gonzales/Martinez from OCSD records. |
| 756 - 764 | I.132 | 9017103 - Product owner's manuals - brochures. |
| 765 - 767 | I.133 | 9017185 - One handwritten list of clothing articles from April Wallace. |
| 768 - 772 | I.135 | 9017383 - Photo lineup - Antonio Reynoso. |
| 773 - 775 | I.134 | 9017382 - Photo lineup - Martin Gonzales. |
| 776 - 781 | I.138 | 9019581 - Store receipts from Circuit City. |
| 782 - 786 | I.141 | 9031264 - White shoebox, blue folder, light blue folder (front & back covers), page from STAR magazine. |
| 787 | | ID photo. |
| 788 - 821 | I.141 | 9031264 - White shoebox, blue folder, light blue folder (front & back covers), page from STAR magazine. |
| 822 | | ID photo. |
| 823 - 844 | I.90 | 9015681 - One pair black Levi type pants with black belt. |
| 845 - 854 | I.104 | 9015851 - Size 38W 32L faded blue jeans (Levi's), one pair of white L.A. Gear shoes. |
| 855 - 858 | I.10 | 9014722 - One pink towel with apparent blood. |
| 859 | | ID photo. |

5

## DESCRIPTION OF EVIDENCE PHOTOS - PEOPLE V. MARIA ALFARO

| PHOTO #s | EVID. #s | DESCRIPTION |
|---|---|---|
| 860 - 863 | I.10 | 9014722 - One pink towel with apparent blood. |
| 864 | I.89 | 9015680 - One aqua blue long sleeve blouse. |
| 865 - 869 | I.35 | 9014959 - Sexual assault evidence from victim Autumn Wallace. |
| 870 - 875 | I.33 | 9014957 - Panties from victim A. Wallace. |
| 876 - 895 | I.78 | 9015562 - Men's faded black Levi-Strauss "501" jeans with stains. |
| 896 | | ID photo. |
| 897 - 902 | I.79 | 9015563 - Men's faded black t-shirt, size XL, with stains on front. |
| 903 - 911 | I.83 | 9015567 - Two vinyl/leather ladies shoulder bags & wallet with stains. |
| 912 | | Tube labelled only "shoe Gonzales" received from Crim. Tanya Vermeulen, containing extract of swab tip, blood drop, toe of shoe. |
| 913 - 915 | I.118 | 9016637 - Dried stain from EDTA of Maria Alfaro. |
| 916 - 918 | I.2 | 9014705 - Heart blood stain from victim. |
| 919 - 921 | I.103 | 9015847 - Blood scrapings from bottom of right L.A. Gear shoe (released). |
| 922 - 924 | I.102 | 9015846 - Swab and control from bottom of right L.A. Gear shoe (released). |
| 925 - 926 | I.5 | 9014708 - Bloodscrapings from blade and handle of paring knife. |
| 927 - 928 | I.42 | 9014968 - Blood scrapings from bathroom floor near door. |
| 929 | | ID photo. |
| 930 - 931 | I.8 | 9014711 - Paring knife from master bathroom floor. |
| 932 - 933 | I.28 | 9014816 - 6" dagger (3" blade, 3" handle) |
| 934 - 940 | I.91 | 9015682 - Pink make-up bag with syringe and make-up. |
| 941 - 952 | I.77 | 9015561 - One pair of "L.A. Gear" high top ladies tennis shoes with apparent stain. |
| 953 - 956 | I.92 | 9015684 - White tank top, etc. |
| 957 - 965 | I.80 | 9015564 - Blue plastic bag containing remaining clothing/foot wear not specifically given item numbers. |
| 966 | | ID photo. |
| 967 - 1002 | I.80 | 9015564 - Blue plastic bag containing remaining clothing/foot wear not specifically given item numbers. |

6

EX 127 597

```
               ***********************************************
               ***** EVIDENCE LIST -- T.A. CASE #: 91-273 *****
               ***********************************************


DATE OF REPORT: 18 MAR 1992


LINE# EVID# LET. DESCRIPTION                                      DATE REC

 91-273
  1    .001       WHOLE BLOOD, EDTA, MARIA ALFARO, OLD.            01/29/9
  2    .002       WHOLE BLOOD, EDTA, ANTONIO REYNOSO, OLD.         01/29/9
  3    .003       WHOLE BLOOD, EDTA, ROBERT GONZALES, OLD.         01/29/9
  4    .004       ITEM #90, PCN #90-15681, ONE PAIR BLACK LEVI-    01/28/9
  5               TYPE PANTS W/ BLACK BELT.
  6    .004  A    CONTROL FOR STAIN #1, UP & TO THE LEFT OF #1
  7               STICKER.
  8    .004  B    SPLIT OF STAIN #1, BELOW & TO THE RIGHT OF #1
  9               STICKER (8 mm X 15 mm).
 10    .004  C    CONTROL FOR STAIN #2, UP & TO THE LEFT OF #2
 11               STICKER.
 12    .004  D    SPLIT OF STAIN #2, SLIGHTLY DOWN & TO THE RIGHT
 13               OF #2 STICKER (12 mm X 18 mm).
 14    .004  E    CONTROL FOR STAIN #4, UP & TO THE RIGHT OF
 15               STICKER (6 mm X 15 mm).
 16    .004  F    SPLIT OF STAIN #4A, DOWN & TO THE LEFT OF
 17               STICKER NEAR SEAM (12 mm X 16 mm).
 18    .004  G    SPLIT OF STAIN #4B, UP & TO THE LEFT OF STICKER
 19               CLOSE TO STICKER, FLUORESCENT AREA.
 20    .004  H    CONTROL FOR STAINS #5 & 6, UP & TO THE RIGHT OF
 21               CUTOUT FOR #5 & ABOVE CUT OUT FOR #6.
 22    .004  I    SPLIT OF STAIN #5A, BELOW & ADJACENT TO BOTTOM
 23               OF CUTOUT.
 24    .004  J    SPLIT OF STAIN #5B, SEPARATE POSSIBLE SMEAR
 25               ABOVE CUTOUT FOR #5.
 26    .004  K    SPLIT OF STAIN #6, MATERIAL FROM LOWER EDGE OF
 27               CUTOUT #6.
 28    .004  L    CONTROL FOR STAIN #7, ABOVE & TO THE RIGHT OF
 29               STICKER NEAR INNER SEAM.
 30    .004  M    SPLIT ONE OF SEVERAL STAINS AROUND STICKER #7,
 31               ABOVE & TO THE LEFT OF STICKER.
 32               (PLACED YELLOW STICKERS ON MY CUT SITES.)
 33    .005       ITEM #104, PCN #9015851, SIZE 38W 32L FADED      01/28/9
 34               BLUE JEANS (LEVIS), PAIR OF WHITE L.A. GEAR
 35               SHOES.
 36    .005  A    SAMPLE CUT FROM EDGE OF LEATHER NEXT TO WHERE
 37               BLOOD DROP WAS LOCATED - BLOOD?
 38    .005  B    CONTROL FOR PIECE OF EDGE OF LEATHER NEXT TO
 39               OLD LOCATION OF BLOOD DROPLET.
 40    .005  C    SUBSTRATE OF DROPLET FROM OLD STAIN.
 41    .006       ITEM #10, PCN #9014722, PINK TOWEL W/ APPARENT   01/28/9
 42               BLOOD
 43    .006  A    155 mm FROM TOP OF LONG WIPE DOWN BACK TO EDGE
 44               OF TOWEL.
 45    .006  B    CONTROL OF PINK TOWEL.
```

EX 127  598

| Line | Item | Sub | Description | Date |
|---|---|---|---|---|
| 46 | .007 | | ITEM #35, PCN #9014969, SEXUAL ASSAULT EVIDENCE FROM AUTUMN WALLACE. | |
| 47 | .007 | A | CONTROL SWAB – SKIN. | |
| 48 | .007 | B | VAGINAL SWAB #3. | |
| 49 | .007 | C | PERIVAGINAL SWAB #4. | |
| 50 | .007 | D | ANAL SWAB #6. | |
| 51 | .007 | E | PERIANAL SWAB #6. | |
| 52 | .007 | F | ORAL SWAB #1111. | |
| 53 | .007 | G | BREAST SWAB. | |
| 54 | .008 | | ITEM #33, PCN #9014957, PANTIES FROM AUTUMN WALLACE. | 01/28/92 |
| 55 | .008 | A | PORTION OF CROTCH OF PANTIES. | |
| 56 | .008 | B | STAIN IN REAR OF PANTIES (A), SOAKED W/ BLOOD. | |
| 57 | .008 | C | STAIN IN REAR OF PANTIES (B), SOAKED W/ BLOOD. | |
| 58 | .009 | | ITEM #78, PCN #9015562, MEN'S FADED BLACK LEVI-STRAUSS "501" JEANS W/ STAINS ON THE LEGS. | 01/28/92 |
| 59 | .009 | A | CONTROL FOR STAINS, LEFT LEG OF BLACK LEVI'S. | |
| 60 | .009 | B | SPLIT OF STAIN A, LEFT LEG OF BLACK LEVI'S. | |
| 61 | .009 | C | SPLIT OF STAIN B, LEFT LEG OF BLACK LEVI'S. | |
| 62 | .009 | D | SPLIT OF STAIN C, LEFT LEG OF BLACK LEVI'S. | |
| 63 | .009 | E | SPLIT OF STAIN D, LEFT LEG OF BLACK LEVI'S. | |
| 64 | .009 | F | CONTROL FOR STAIN, RIGHT LEG OF BLACK LEVI'S. | |
| 65 | .009 | G | SPLIT OF STAIN E, RIGHT LEG OF BLACK LEVI'S. | |
| 66 | .010 | | ITEM #83, PCN #9015567, TWO VINYL/LEATHER LADIES SHOULDER BAGS & WALLET. | 01/28/92 |
| 67 | .010 | A | CONTROL FROM FLAP. | |
| 68 | .010 | B | HALF OF STAIN A ON FLAP OF ONE PURSE W/ WHITE LINING. | |
| 69 | .010 | C | HALF OF STAIN B ON FLAP OF ONE PURSE W/ WHITE LINING. | |
| 70 | .010 | D | SPLIT OF POSSIBLE STAIN FROM INSIDE ONE PURSE. | |
| 71 | .011 | | ITEM #104, PCN #9015851, SIZE 38W 32L FADED BLUE JEANS (LEVIS), PAIR OF WHITE L.A. GEAR SHOES. | 01/28/... |
| 72 | .011 | A | TUBE LABELLED ONLY "SHOE GONZALES", RECEIVED FROM CRIM. TANYA VERMEULEN, CONTAINING EXTRACT OF SWAB TIP, BLOOD DROP, TOE OF SHOE. | |
| 73 | .012 | | ITEM #118, PCN #9016637, DRIED STAIN FROM EDTA OF MARIA ALFARO. | 01/28 |
| 74 | .013 | | ITEM #2, PCN #9014705, HEART BLOOD STAIN FROM AUTUMN WALLACE, SAMPLE TAKEN. | |
| 75 | .014 | | ITEM #5, PCN #9014708, BLOODSCRAPINGS FROM BLADE & HANDLE OF PARING KNIFE, SPLIT TAKEN. | |
| 76 | .015 | | ITEM #42, PCN #9014968, BLOOD SCRAPINGS (2 STANDARD) FROM BATHROOM FLOOR NEAR DOOR, AUTUMN WALLACE, SAMPLE TAKEN. | 01/2... |
| 77 | .016 | | ITEM #8, PCN #9014711, PARING KNIFE FROM MASTER BATHROOM FLOOR, BLOOD SCRAPING. | 01/2... |
| 78 | .017 | | ITEM #91, PCN #9015682, PINK MAKE-UP BAG W/ SYRINGE & MAKE-UP. | 01/2... |
| 79 | .017 | A | CONTROL SAMPLE OF PINK MAKE-UP BAG. | |
| 80 | .017 | B | STAIN A FROM PINK MAKE-UP BAG. | |
| 81 | .017 | C | STAIN B FROM PINK MAKE-UP BAG. | |
| 82 | .018 | | ITEM #77, PCN #9015561, ONE PAIR OF L.A. GEAR HIGH TOP LADIES TENNIS SHOES. | 01/... |
| 83 | .018 | A | CONTROL THREAD FROM SEWN RUBBER SOLE, RT. SHOE. | |
| 84 | .018 | B | STAINED THREAD A FROM SEWN RUBBER SOLE, RT. SHOE. | |
| 85 | .018 | C | CONTROL THREAD FROM LEFT SHOE. | |
| 86 | .018 | D | STAINED THREAD A FROM LEFT SHOE. | |

Case 2:07-cv-07072-CJC Document 20-25 Filed 03/02/09 Page 13 of 17 Page ID #:3796

| Line | Code | Sub | Description | Date |
|---|---|---|---|---|
| 106 | .019 | | ITEM #80, PCN #9015564, BLUE PLASTIC BAG CONT. | 01/29/9? |
| 107 | | | CLOTHING. | |
| 108 | .019 | A | CLOTHING #38 HALTER TOP, CONTROL FROM NECKSEAM. | |
| 109 | .019 | B | CLOTHING #38 HALTER TOP, HALF OF STAIN GROUPING | |
| 110 | | | A NECKSEAM. | |
| 111 | .019 | C | CLOTHING #18 ORANGE SHORTS, CONTROL FROM FRONT | |
| 112 | | | OF RIGHT THIGH. | |
| 113 | .019 | D | CLOTHING #18 ORANGE SHORTS, HALF OF STAIN FROM | |
| 114 | | | FRONT OF RIGHT THIGH. | |
| 115 | .019 | E | CLOTHING #3 SHIRT, CONTROL FROM FRONT CHEST. | |
| 116 | .019 | F | CLOTHING #3 SHIRT, HALF OF STAIN FROM FRONT | |
| 117 | | | CHEST. | |
| 118 | .019 | G | CLOTHING #3 SHIRT, HALF OF STAIN B FROM FRONT | |
| 119 | | | CHEST. | |
| 120 | .019 | H | CLOTHING #3 SHIRT, HALF OF STAIN C AT HEM, LEFT | |
| 121 | | | FRONT OF SHIRT. | |
| 122 | .019 | I | CLOTHING #3 SHIRT, HALF OF STAIN D INSIDE RIGHT | |
| 123 | | | BACK. | |
| 124 | .019 | J | CLOTHING #51 GREEN PANTIES, CONTROL FROM HEM. | |
| 125 | .019 | K | CLOTHING #51 GREEN PANTIES, HALF LARGE STAIN | |
| 126 | | | FROM HEM. | |
| 127 | .019 | L | CLOTHING #2 TAN STRETCH PANTS, CONTROL FROM | |
| 128 | | | INSIDE HEM OF RIGHT LEG. | |
| 129 | .019 | M | CLOTHING #2 TAN STRETCH PANTS, HALF STAIN A | |
| 130 | | | FROM INSIDE RIGHT LEG. | |
| 131 | .019 | N | CLOTHING #7 GREY SWEATS, CONTROL FROM RT FRONT. | |
| 132 | .019 | O | CLOTHING #7 GREY SWEATS, HALF OF STAIN A. | |
| 133 | .019 | P | CLOTHING #56 WHITE BRA, CONTROL. | |
| 134 | .019 | Q | CLOTHING #56 WHITE BRA, HALF OF STAINED AREA A | |
| 135 | | | RIGHT CUP. | |
| 136 | .019 | R | CLOTHING #17 GOLD BLOUSE, CONTROL FROM FRONT. | |
| 137 | .019 | S | CLOTHING #17 GOLD BLOUSE, SPLIT STAIN A FROM | |
| 138 | | | FRONT LEFT CHEST. | |
| 139 | .019 | T | CLOTHING #1 PERMITT WHITE SHORTS, CONTROL. | |
| 140 | .019 | U | CLOTHING #1 PERMITT WHITE SHORTS, SPLIT STN A. | |
| 141 | .019 | V | CLOTHING #1 PERMITT WHITE SHORTS, SPLIT STN B. | |
| 142 | .020 | | ITEM #79, PCN #9015563, MEN'S FADED BLACK | 01/28/9? |
| 143 | | | T-SHIRT, SIZE XL, W/ STAINS ON THE FRONT. | |
| 144 | .020 | A | CONTROL FROM UPPER RIGHT CHEST. | |
| 145 | .020 | B | SPLIT OF STAIN A IN CENTRAL CHEST. | |
| 146 | .020 | C | SPLIT OF STAIN B IN CENTRAL ABDOMIN. | |
| 147 | .021 | | ITEM #102, PCN #9015846, SWAB AND CONTROL FROM | |
| 148 | | | BOTTOM OF RIGHT L.A. GEAR SHOE (RELEASED). | |
| 149 | .022 | | ITEM #103, PCN #9015847, BLOOD SCRAPINGS FROM | |
| 150 | | | BOTTOM OF RIGHT L.A. GEAR SHOE (RELEASED). | |

```
DNA-EVID.........  DESCRIPTION................  SR.  VOL  CONC.

91-273.000
91-273.001            W BLD, ALFARO,M OC#87.        H2O
91-273.002            W BLD, REYNOSO,A OC#115.      H2O
91-273.003            W BLD, GONZALES,R OC#105.     H2O
91-273.004A           CONT S #1, BLK LEVI PANTS #90. H2O 3       0.0
91-273.004A+K562      EXT 91-273.004A + K562 DNA.
91-273.004A+K562/C    91-273.004A+K562 W/ ELEC SEP.
91-273.004A/C         CONT S #1, BLK PANTS #9 W/C    X   3       0.0
91-273.004B           BLD STN #1, BLK LEVI PANTS #90 X   3
91-273.004B(C         STN #1 BLK LEVI #90, CENT WASH X
91-273.004B/C         BS #1, BLK PANTS #9 W/C.       X   3       0.0
91-279.004B/ET        BLD STN #1, BLK LEVI PANTS #90 X
91-273.004D           BLD STN #2, BLK LEVI PANTS #90 X
91-273.004D/2         BLD STN #2, BLK LEVI PANTS #  H2O  3       0.5
91-273.004D/2/C       BS #2, BLK PANTS #9 W/C.       X   3       0.0
91-273.004D/ET        BLD STN #2, BLK LEVI PANTS #90 X
91-273.004F           BLD STN #4A BLK LEVI PANTS #90 X
91-273.004F/2         BLD STN #4A BLK LEVI PANTS #90 H2O 3       0.5
91-273.004F/2/C       BS #4A, BLK PANTS #9 W/C.      X   3       0.0
91-273.004F/ET        BLD STN #4A BLK LEVI PANTS #90 X
91-273.004G           BLD STN #4B BLK LEVI PANTS #90 X
91-273.004G/ET        BLD STN #4B BLK LEVI PANTS #90 X
91-273.004H           CONT S #5&6 BLK LEVI PANTS #90 H2O 3       0.1
91-273.004H/C         CONT S #5&6 BLK PANTS #9 W/C   X   3       0.0
91-273.004I           BLD STN #5A BLK LEVI PANTS #90 X
91-273.004I/2         BLD STN #5A BLK LEVI PANTS #90 H2O 3       5.0
91-273.004I/2/C       BLD STN EXT W/ ELEC SEP.       X   3       0.5
91-273.004I/ET        BLD STN #5A BLK LEVI PANTS #90 X
91-273.004J           BLD STN #5B BLK LEVI PANTS #90 X
91-273.004J/2         BLD STN #5B BLK LEVI PANTS #90 H2O 3       7.0
91-273.004J/2/C       BS #5B, BLK PANTS #9 W/C.      X   3       2.0
91-273.004J/ET        BLD STN #5B BLK LEVI PANTS #90 X
91-273.004K           BLD STN #6, BLK LEVI PANTS #90 X
91-273.004K/ET        BLD STN #6, BLK LEVI PANTS #90 X
91-273.004M           BLD STN #7, BLK LEVI PANTS #90 X
91-273.004M/2         BLD STN #7, BLK LEVI PANTS #90 H2O 3      50.0
91-273.004M/2/C       BS #7, BLK PANTS #9 W/C.       X   3      10.0
91-273.004M/ET        BLD STN #7, BLK LEVI PANTS #90 X
91-273.004M/ET-2      BKD STN #7, BLK LEVI PANTS #90 X
91-273.006A           BLD STN WIFE PINK TOWEL #10.   X
91-273.006B           CONT PINK TOWEL #10.           H2O 3       7.0
91-273.009A           CONT STN A-D BLK LEVI 501S #78 H2O 3       5.0
91-273.009B           BLD STN A BLK LEVI 501S #78.   X
91-273.009B/2         BLD STN A BLK LEVI 501S #78.   H2O 3       4.0
91-273.009B/2/C       BLD STN EXT W/ ELEC SEP.
91-273.009B/2/F       EXT 91-273.009B/2 W/ FILTER.   H2O 3       4.0
91-273.009B/ET        BLD STN A BLK LEVI 501S #78.   X
91-273.009C           BLD STN B BLK LEVI 501S #78.   X
91-273.009C/2         BLD STN B BLK LEVI 501S #78.   H2O 3       3.0
91-273.009C/2/F       EXT 91-273.009C/2 W/ FILTER.   H2O 3       3.0
91-273.009C/ET        BLD STN B BLK LEVI 501S #78.   X
91-273.009D           BLD STN C BLK LEVI 501S #78.   X
91-273.009D/ET        BLD STN C BLK LEVI 501S #78.   X
91-273.009E           BLD STN D BLK LEVI 501S #78.   X
91-273.009E/2         BLD STN D BLK LEVI 501S #78.   H2O 3       3.0
91-273.009E/2/F       EXT 91-273.009E/2 W/ FILTER.   H2O 3       3.0
91-273.009E/ET        BLD STN D BLK LEVI 501S #78.   X
91-273.009F           CONT STN E BLK LEVI 501S #78
91-273.009G           BLD STN E BLK LEVI 501S #78.   X
91-273.009G/ET        BLD STN E BLK LEVI 501S #78.   X
```

```
91-273.010A         CONT STN A&B SHOULDER BAG #83.  H2O 3      0.0
91-273.010B         BLD STN A SHOULDER BAG #83.     H2O 3      0.5
91-273.010C         BLD STN B SHOULDER BAG #83.     H2O 3      0.5
 -273.011A          EXT SWAB OF BLD ON SHOE #104.   X
 1-273.013          WHL BLD STN, WALLACE,AUTUMN.    XX
91-273.014          BLD SCRAPED FROM PARING KNI #5  X
91-273.017C         BLD STN B PINK MAKEUP BAG #91.  H2O 3      0.1
91-273.018B         BLD STN THREAD SOLE SHOE #77.   X
91-273.018D         BLD STN THREAD SOLE SHOE #77.   X
91-273.018b
91-273.019F         BLD STN BLUE SHIRT #80-3A.      X
91-273.019H         BLD STN BLUE SHIRT #80-3C.      X
91-273.019I         BLD STN BLUE SHIRT #80-3D.      X
91-273.019M         BLD STN A TAN STRETCH PT #80-2  H2O 3      0.1
91-273.019O         BLD STN GREY SWEATS #80-7A.     X
91-273.019O/2/ET    BLD STH GRET SWEATS #80-7A.     X
91-273.019O/ET      BLD STN GREY SWEATS #80-7A.     X
91-273.020A         CONT STN A&B BLK T-SHIRT #79.   H2O 3      0.0
91-273.020B         BLD STN #A BLK T-SHIRT #79.     X
91-273.020B/2       BLD STN #A BLK T-SHIRT #79.     X
91-273.020B/2/ET    BLD STN #A BLK T-SHIRT #79.     X
91-273.020B/ET      BLD STN #A BLK T-SHIRT #79.     X
91-273.020C         BLD STN #B BLK T-SHIRT #79.     X
91-273.020C/2       BLD STN B BLK T-SHIRT #79.      H2O 3      3.0
91-273.020C/ET      BLD STN #B, BLK T-SHIRT #78.    X
91-273.996          TE CONTROL ELECT. SEP. = /C.    X     3    0.0
91-273.997          TE + 6X LOAD ELEC BLANK.
91-273.999          EXTRACTION BLANK STERILE MAT.   X
 -273.999/ET        EXTRACTION BLANK STERILE MAT.   X

89 ITEMS LISTED.
```

| | | | | |
|---|---|---|---|---|
| 15-18 | 91-273.001 | W BLD, ALFARO,M OC#87. | M | 1,1,3 |
| 15-19 | 91-273.002 | W BLD, REYNOSO,A OC#115. | M | 1,1,2 |
| 15-20 | 91-273.003 | W BLD, GONZALES,R OC#105. | VL | 3,4 |
| -01 | 91-273.004B | BLD STN #1, BLK LEVI PANTS #90 | I | |
| 18-02 | 91-273.004I | BLD STN #5A BLK LEVI PANTS #90 | I | |
| 18-03 | 91-273.006A | BLD STN WIPE PINK TOWEL #10. | H | 1,2,4 |
| 18-04 | 91-273.009C | BLD STN B BLK LEVI 501S #78. | I | |
| 18-05 | 91-273.009G | BLD STN E BLK LEVI 501S #78. | I? | |
| 18-06 | 91-273.011A | EXT SWAB OF BLD ON SHOE #104. | VL | 3,4 |
| 18-07 | 91-273.013 | WHL BLD STN, WALLACE,AUTUMN. | H | 1,2,4 |
| 18-08 | 91-273.014 | BLD SCRAPED FROM PARING KNI #5 | H | 1,2,4 |
| 18-09 | 91-273.018B | BLD STN THREAD SOLE SHOE #77. | M | 1,2,4 |
| 18-10 | 91-273.018D | BLD STN THREAD SOLE SHOE #77. | L | 1,2,4 |
| 18-11 | 91-273.019F | BLD STN BLUE SHIRT #80-3A. | I | |
| 18-12 | 91-273.019H | BLD STN BLUE SHIRT #80-3C. | I | |
| 18-13 | 91-273.019I | BLD STN BLUE SHIRT #80-3D. | I | |
| 18-14 | 91-273.019O | BLD STN GREY SWEATS #80-7A. | I | |
| 18-15 | 91-273.020C | BLD STN #B BLK T-SHIRT #79. | I | |
| 18-16 | 91-273.999 | EXTRACTION BLANK STERILE MAT. | NA | NA |
| 20-01 | 91-273.004B | BLD STN #1, BLK LEVI PANTS #90 | I | |
| 20-02 | 91-273.004B/ET | BLD STN #1, BLK LEVI PANTS #90 | I | |
| 20-03 | 91-273.004D | BLD STN #2, BLK LEVI PANTS #90 | I | |
| 20-04 | 91-273.004D/ET | BLD STN #2, BLK LEVI PANTS #90 | I | |
| 20-05 | 91-273.004F | BLD STN #4A BLK LEVI PANTS #90 | I | |
| 20-06 | 91-273.004F/ET | BLD STN #4A BLK LEVI PANTS #90 | I | |
| 20-07 | 91-273.004I | BLD STN #5A BLK LEVI PANTS #90 | I | NA |
| 20-08 | 91-273.004I/ET | BLD STN #5A BLK LEVI PANTS #90 | I | NA |
| 20-09 | 91-273.004M | BLD STN #7, BLK LEVI PANTS #90 | I | |
| -10 | 91-273.004M/ET | BLD STN #7, BLK LEVI PANTS #90 | I | |
| -11 | 91-273.004M/ET-2 | BLD STN #7, BLK LEVI PANTS #90 | I | |
| 20-12 | 91-273.009B | BLD STN A BLK LEVI 501S #78. | I | |
| 20-13 | 91-273.009B/ET | BLD STN A BLK LEVI 501S #78. | I | |
| 20-14 | 91-273.009E | BLD STN D BLK LEVI 501S #78. | I? | NA |
| 20-15 | 91-273.009E/ET | BLD STN D BLK LEVI 501S #78. | I | |
| 20-16 | 91-273.009G | BLD STN E BLK LEVI 501S #78. | I | |
| 20-17 | 91-273.009G/ET | BLD STN E BLK LEVI 501S #78. | I | |
| 20-18 | 91-273.011A | EXT SWAB OF BLD ON SHOE #104. | L | 3,4 |
| 20-19 | 91-273.020C | BLD STN #B BLK T-SHIRT #79. | I | |
| 20-20 | 91-273.020C/ET | BLD STN #B, BLK T-SHIRT #79. | I | |
| 20-21 | 91-273.020B/2/ET | BLD STN #A BLK T-SHIRT #79. | I | |
| 20-22 | 91-273.999/ET | EXTRACTION BLANK STERILE MAT. | I? | NA |
| 22-01 | 91-273.004A | CONT S #1, BLK LEVI PANTS #90. | I | |
| 22-02 | 91-273.004D/2 | BLD STN #2, BLK LEVI PANTS #90 | I | |
| 22-03 | 91-273.004F/2 | BLD STN #4A BLK LEVI PANTS #90 | I | |
| 22-04 | 91-273.004I/2 | BLD STN #5A BLK LEVI PANTS #90 | I | |
| 22-05 | 91-273.004I/2 | BLD STN #5A BLK LEVI PANTS #90 | I | |
| 22-06 | 91-273.004H | CONT S #5&6 BLK LEVI PANTS #90 | I | |
| 22-07 | 91-273.004J/2 | BLD STN #5B BLK LEVI PANTS #90 | I | |
| 22-08 | 91-273.004J/2 | BLD STN #5B BLK LEVI PANTS #90 | I | |
| 22-09 | 91-273.004M/2 | BLD STN #7, BLK LEVI PANTS #90 | I | |
| 22-10 | 91-273.004M/2 | BLD STN #7, BLK LEVI PANTS #90 | I | |
| 22-11 | 91-273.006B | CONT PINK TOWEL #10. | I | |
| 22-12 | 91-273.009A | CONT STN A-D BLK LEVI 501S #78 | I | |
| 13 | 91-273.009B/2/F | EXT 91-273.009B/2 W/ FILTER. | I | |
| -14 | 91-273.009C/2/F | EXT 91-273.009C/2 W/ FILTER. | I | |
| 22-15 | 91-273.009E/2 | BLD STN D BLK LEVI 501S #78. | I | |
| 22-16 | 91-273.010A | CONT STN A&B SHOULDER BAG #83. | I? | |
| 22-17 | 91-273.010B | BLD STN A SHOULDER BAG #83. | M | 1,1,3W4,1,3 |
| 22-18 | 91-273.010C | BLD STN B SHOULDER BAG #83. | L? | 1,1,3 |
| 22-19 | 91-273.020A | CONT STN A&B BLK T-SHIRT #79. | I | |

```
DNA-AMP...   SAMPLE ID.........   DESCRIPTION...................   RES TYPE........

22-20        91-273.020C/2        BLD STN B BLK T-SHIRT #79.        I
22-21        91-273.017C          BLD STN B PINK MAKEUP BAG #91.    I
22-22        91-273.019M          BLD STN A TAN STRETCH PT #80-2    I
  -01        91-273.004A+K562     EXT 91-273.004A + K562 DNA.       I
23-02        91-273.004A+K562/C   91-273.004A+K562 W/ ELEC SEP.     H    3,4,W1.1
23-03        91-273.004I/2/C      BLD STN EXT W/ ELEC SEP.          I    NA
23-04        91-273.009B/2/C      BLD STN EXT W/ ELEC SEP.          VL   1.1,3
23-05        91-273.997           TE + 6X LOAD ELEC BLANK.          NA   NA
23-09        91-273.009B
24-01        91-273.004A/C        CONT S #1, BLK PANTS #9 W/C
24-02        91-273.004B/C        BS #1, BLK PANTS #9 W/C.
24-03        91-273.004D/2/C      BS #2, BLK PANTS #9 W/C.
24-04        91-273.004F/2/C      BS #4A, BLK PANTS #9 W/C.
24-05        91-273.004H/C        CONT S #5&6 BLK PANTS #9 W/C
24-06        91-273.004I/2/C      BLD STN EXT W/ ELEC SEP.
24-07        91-273.004J/2/C      BS #5B, BLK PANTS #9 W/C.
24-08        91-273.004M/2/C      BS #7, BLK PANTS #9 W/C.
24-09        91-273.996           TE CONTROL ELECT. SEP. = /C.

78 ITEMS LISTED.
```