## DECLARATION OF ELLEN TURLINGTON

I, Ellen Turlington, declare as follows:

1. I am an investigator for the Office of the Federal Public Defender ("FPD"). I have personal knowledge of the facts stated herein and, if sworn, could competently testify thereto.

2. On January 14, 2009 and February 20, 2009, FPD investigator Jeff Hasner and I met with Sabrina Duran at the Intake and Release Center of the Santa Ana Jail. Ms. Duran told us the following:

3. Ms. Duran knew Maria "Rosie" Alfaro for about a year before she was arrested. Ms. Duran saw Alfaro on the streets of Little Tijuana in Anaheim almost every day. Ms. Duran was living in different hotel rooms and spent most of her days on the streets.

4. After a few days of seeing each other, Ms. Duran and Ms. Alfaro started using drugs together. Ms. Alfaro used a large amount of drugs. On the days they spent together, Ms. Duran often saw Ms. Alfaro shoot a mixture of cocaine and heroin. Ms. Alfaro sometimes used these drugs four or five times during an eight-hour period. Ms. Alfaro usually used a dime ($10) of heroin and a nickel ($5) of cocaine in each shot. During the same time period, Ms. Duran used less than half that amount, less than half as frequently.

1

E.T.

5. Ms. Duran's uncle is Juan Jimenez. Although Duran's uncle did not use or sell drugs, he "hung out" a lot with Manuel Torres Graciano, who was a drug dealer in the neighborhood. Jimenez allowed Ms. Duran and Ms. Alfaro to come to his apartment on Jeffrey Street to "hang out" and use drugs. Torres Graciano also came to the apartment sometimes, although he was more often on the streets selling drugs.

6. Torres Graciano gave Ms. Alfaro drugs. Duran never knew Alfaro to pay for the drugs. In her experience, drug dealers gave drugs to women they considered as girlfriends. From what she saw, Torres Graciano acted as if he were Ms. Alfaro's boyfriend and gave her drugs. Torres Graciano seemed to have an "attitude" towards Alfaro; once or twice, Ms. Duran saw him yell at Alfaro with a mean voice. On those occasions, Ms. Alfaro remained quiet and listened to Torres Graciano. She did not argue back.

7. On the day Ms. Alfaro left Juan Jiminez's apartment with "Shorty" (Antonio Reynoso) and Torres Graciano, Ms. Duran injected Alfaro with heroin and cocaine in a vein in her neck.

8. Ms. Duran identified the men in the two photographs attached to this declaration. The individual in photograph #1 is the man she knew as "Shorty" (Reynoso). The man in photograph #2 is Manuel Torres Graciano.

2

E.T.

9. Ms. Duran stated that no one from Ms. Alfaro's trial defense team ever contacted her. Had they done so, Ms. Duran would have been willing to provide the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 25th day of February, 2009.

Ellen Turlington

3

# PHOTOGRAPH # 1



# PHOTOGRAPH # 2

