## DECLARATION OF LORELEI SONTAG, Ph.D.

I, Lorelei Sontag, Ph.D., declare as follows:

1. I am a clinical and social psychologist licensed to practice in the State of California. My expertise is in the investigation, evaluation and presentation of the social histories of criminal defendants. I have twenty-seven years of experience in researching and preparing the social histories of defendants charged in capital cases throughout California. I have testified as an expert witness in the penalty phase trials in numerous state courts and served as a consultant in approximately sixty capital cases in both state and federal courts. I have also submitted expert declarations in capital appeals and habeas corpus proceedings. I maintain a private consulting practice in Berkeley, California.

2. I received a Bachelor's degree in psychology from Oberlin College in 1978 and a Doctoral degree in psychology from the University of California at Santa Cruz in 1990, qualifying with distinction. The subject of my doctoral dissertation was the investigation of penalty phase jurors' decision-making under the California death penalty statute. As part of my research, I conducted post-verdict interviews with jurors in capital cases regarding those factors they considered and the decision-making processes involved in choosing between a sentence of death or life without the possibility of parole under California's balancing instructions. In furtherance of my research, I was awarded the Regents

Fellowship by the University of California in 1983-84, 1987 and 1988-89; the Division of Social Sciences Research Grant by the University of California-Santa Cruz in 1989; and the Charlotte Newcombe Doctoral Dissertation Fellowship by the Woodrow Wilson Foundation in 1988-89.

3. In 1990 and 1991, I served as Capital Case Consultant to the Alameda County Public Defender's Office, where I worked as part of an inter-disciplinary Capital Trial Unit. In that capacity, I consulted with attorneys and investigators and assisted them in the development and investigation of mitigation penalty phase evidence. My focus was on the proper development of a social history as part of trial preparation, and the standard of care required to ensure effective penalty phase representation. While in this position, I consulted on approximately thirty-five cases.

4. From July of 1993 through June of 1995, I was a Post-doctoral Fellow at the Outpatient Psychiatry Department of the University of California-San Francisco (UCSF) at Mount Zion Medical Center, training in psychotherapy, assessment and consultation with both adults and children. I received a third year of specialized, post-doctoral clinical training in the Infant-Parent Program at UCSF, San Francisco General Hospital, where I worked from September of 1995 through July of 1996. My training in this program was in the assessment and treatment of disorders in children under the age of three and early intervention,

with special focus on attachment disorders and their treatment.

5. From 1981 through 1987, prior to receiving my psychology doctorate, I practiced as a private investigator, specializing in social history and mitigation investigations in capital cases. I am licensed by the State of California. Although my investigator's license is currently inactive, I continue to serve as a faculty member for CLE training seminars, where I train attorneys and investigators in the investigation and interpretation of criminal defendants' social histories.

6. I serve on the Adjunct Clinical Faculty at the Wright Institute in Berkeley; have served as Visiting Faculty at the Wright Institute; and Visiting Instructor at Stanford University's Program on Social and Political Issues. While in graduate school, I was a Graduate Teaching Assistant and a Teaching Fellow at the University of California-Santa Cruz. I have given numerous presentations and lectures at universities and professional associations throughout California. I am a member of the American Psychological Association, Divisions 1 (General Psychology), 8 (Personality and Social Psychology), 9 (Society for the Psychological Study of Social Issues), 39 (Psychoanalysis), 40, (Clinical Neruopsychology), 41 (American Psychology and Law Society), and 45 (Trauma Psychology); and the Law and Society Association. My Curriculum Vitae is attached here to Appendix A.

7. I have been asked by counsel for Maria Alfaro to evaluate her social

history and background, paying particular attention to her familial, cultural, medical, and psychiatric history. I also have been asked to discuss the effects of that social background on her psychological development, as well as on her level of functioning and adjustment as a teenager. I have also been asked to review defense counsel's presentation of evidence at Ms. Alfaro's second penalty phase trial and opine on the adequacy of that presentation and the underlying investigation.

8. I have been provided with extensive documents pertaining to Ms. Alfaro and her family, including the following: school, medical, employment and psychiatric records. I list of this material is included in Appendix B to this declaration.

9. I am submitting at this time a brief, preliminary statement of my findings to date concerning Ms. Alfaro's social history and background. I am in the process of preparing a more detailed declaration in which I will more fully develop Ms. Alfaro's social history. It is my understanding that the more detailed declaration will be submitted at a later date in this litigation.

10. Because I require additional time to complete a detailed analysis of the penalty phase presentation and available life and family history, federal habeas counsel has provided me with excerpts from Ms. Alfaro's initial federal habeas corpus petition including (a) Section II, pp. 5-9; (b) Sections IV & V, pp. 10-32;

and (c) Section VI, Claim 1, pp. 32-107. While I have reviewed Claim 1, I have not had an opportunity to read all the cited supporting evidence in depth, nor have I had the opportunity to interview Ms. Alfaro.

11. If the statements of fact in Claim 1 accurately reiterate the available evidence in mitigation and materials documenting Ms. Alfaro's background and life, it is my opinion that important aspects of her social history and background, as well as the effects of her history and background on her psychological development, could have been provided to the jury as mitigation evidence. Had trial counsel conducted the investigation reasonably required of capital defense attorneys at the time of Ms. Alfaro's trial, and consulted appropriate experts, counsel would have been able to present, among other things, abundant, compelling evidence that Ms. Alfaro suffered from organic brain damage, and the effects of those deficits upon her development, behavior, and functioning; that Ms. Alfaro has a family history of psychiatric illness and substance abuse, and the effects of that history; that Ms. Alfaro suffered more extensive effects of abuse, trauma, and neglect than was demonstrated at trial; and the nature and effects of Ms. Alfaro's psychiatric illness and substance abuse disorders.

12. One of the purposes of mitigation evidence in a capital trial is to humanize the defendant so that the jury can see the defendant as a uniquely individual human being. It is reasonable to posit that had all important mitigation

EX 130 619

evidence been presented, Ms. Alfaro's jury could have concluded that her culpability for her crime bore some connection to her background, and/or have empathy for Ms. Alfaro, notwithstanding the heinousness of the crime, and used this as a basis for a sentence less than death.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Signed this 26th day of February 2009 at Berkeley, California.

_____
Lorelei Sontag, Ph.D.

EX 130 620

# APPENDIX A

# CURRICULUM VITAE

## LORELEI SONTAG

**PERSONAL**

    Work Address:    1563 Solano Avenue, #365
        Berkeley, California 94707
        (510) 528-4194
        loreleisontag@earthlink.net

    Date of Birth:    █████ 1957

    Citizenship:    U.S.A.

**EDUCATION**

    Ph.D., Psychology:    University of California, Santa Cruz, 1990, qualifying with honors.

    B.A., Psychology:    Oberlin College, 1978.

**LICENSURE**

    Licensed Psychologist:    California PSY 14638.

    Licensed Private Investigator:    California PI 10122 (inactive).

**PROFESSIONAL EXPERIENCE**

Social and Clinical Psychologist, independent practice, San Francisco and Berkeley, 1991 through present. Forensic consultation on investigation and evaluation of defendants' social histories. Expert testimony in capital cases, at penalty trial and on appeal*.

Adjunct Faculty, Wright Institute, Berkeley, 2008 through present, forensic track.

Visiting Faculty, Wright Institute, Berkeley, California, Spring 2004. Participated in

team-taught graduate seminar, "Forensic and Correctional Mental Health."

Home-school Teacher, elementary and middle school grade levels, all subjects, 2000-2005.

Psychotherapist, private practice, San Francisco and Berkeley, September 1995 through 2000. Treatment of children, adults, and families.

Post-doctoral Trainee, Infant-Parent Program, Department of Psychiatry, University of California, San Francisco, San Francisco General Hospital, September 1995 through July 1996. One year post-doctoral training in early intervention, the assessment and treatment of disorders in children under age three and their multi-risk families, with special focus on attachment disorders and their treatment.

Post-doctoral Fellow, Outpatient Psychiatry Clinical Internship, University of California, San Francisco, Mt. Zion Medical Center, July 1993 through June 1995. Two year post-doctoral training in psycho-dynamic psychotherapy, assessment, and consultation with adults and children.

Capital Case Consultant, Office of the Public Defender, Alameda County, Oakland, CA, 1990-1991. Originated an inter-disciplinary Capital Trial Unit within the Public Defender's Office, consisting of a litigation attorney, a research attorney, an investigator and a psychologist. Consulted with attorneys and investigators on investigating, understanding, and explaining the social histories of their capital defendants. Responsible for 35 capital cases in various stages of preparation.

Visiting Instructor, Stanford University Program on Social and Political Issues, 1989. Co-taught advanced undergraduate seminar, "Dead Man Walking: The Death Penalty in the United States."

Teaching Fellow, University of California, Santa Cruz, Psychology Board of Studies, 1987. Taught advanced undergraduate class, "Psychology and Law."

Graduate Teaching Assistant, University of California, Santa Cruz, Psychology Board of Studies, 1985-1987. Assisted in teaching undergraduate courses on Abnormal Psychology (Prof. Ted Sarbin), Social Psychology (Prof. Elliot Aronson), Social Psychology of Sex and Gender (Instr. Deborah Wright), History and Systems of Psychology (Prof. M. Brewster Smith).

Private Investigator, independent practice, San Francisco Bay Area, CA, 1983-1987. Social history investigation in capital cases.

Private Investigator, The People's Eye, San Francisco, CA, 1981-1983. Investigation

in full range of civil and criminal cases. Social history investigation in capital cases.

Foster Family Support Services Coordinator, J.A.C.K.I.E. Foster Care Agency, San Francisco, 1980-1981. Developed and coordinated support services and training for foster parents. Organized and facilitated neighborhood support groups for foster parents in every neighborhood in San Francisco.

Activities Coordinator, Salvation Army New Life House, Chicago, Summer 1979. Milieu therapy, and development of free and low-cost activities for runaway children and children in emergency placement in an inner-city community.

## ACADEMIC AWARDS

Charlotte W. Newcombe Doctoral Dissertation Fellowship, Woodrow Wilson Foundation, 1988-1989.

Division of Social Sciences Research Grant, University of California, Santa Cruz, 1989.

Regents Fellowships, University of California, 1988-1989, 1987, 1983-1984.

Finalist, National Science Foundation Pre-doctoral Fellowship, 1983.

## ARTICLES & PRESENTATIONS AT PROFESSIONAL CONFERENCES

Post-doctoral Continuing Education Teacher in Forensic Psychology, November 11, 2006, Social Histories in Capital Cases, Alameda County Psychological Association Professional Training Program.

Haney, C., Sontag, L. & Costanzo, S. (1994). Deciding to Take a Life: Capital Juries, Sentencing Instructions, and the Jurisprudence of Death. Journal of Social Issues, 50:2, 149-176. Invited paper for special issue on psychology and capital punishment.

Sontag, L. (1991, August). Jurors' Sentencing Decisions in California Under the Balancing Schema. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Sontag, L. (1989, June). Deciding Death: Jurors' Decisions in Capital Trials. Paper presented at the annual meeting of the Law & Society Association, Madison, WI.

Haney, C. and Sontag, L. (1988, August). <u>Capital Jury Instructions and Death Penalty Decision Making</u>. Paper presented at the annual meeting of the American Psychological Association, Atlanta, GA.

Sontag, L. (1985, April). <u>Jurors' Understanding of Aggravating and Mitigating Circumstances</u>. Paper presented at the annual meeting of the Western Psychological Association, San Jose, CA.

## LECTURES & INVITED PRESENTATIONS

Sontag, L. (October 12, 2005). <u>Social histories and the mind of the murderer</u>. Talk presented to Forensic Psychology graduate seminar, Wright Institute, Berkeley, CA.

Sontag, L. and Talley, B. (2004, February 16). <u>The client who wants to die</u>. Talk presented at the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Sontag, L. (2003, February 15). <u>The suicidal client</u>. Talk presented at the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Sontag, L. (2000, March 7). <u>Social history evaluation: Issues and standards</u>. Talk presented to Forensic Psychology graduate seminar, Wright Institute, Berkeley, CA.

Sontag, L. (1999, October 30). <u>Talking to the real jury.</u> Talk presented at the Capital Trial Seminar of the Los Angeles Public Defenders, Los Angeles, CA.

Sontag, L. and Pemberton, N. S. (1999, February 13). <u>Jury debriefing for misconduct and learning</u>. Talk presented at the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Sontag, L. (1997, May 21 and May 28). <u>Clinical issues in the treatment of anti-social patients</u>. Two-part talk presented at the Staff Meeting of the Outpatient Psychiatry Department, University of California, San Francisco, Mt. Zion Medical Center, San Francisco, CA.

Sontag, L. and Erickson, M. (1997, February 16). <u>Eliciting family secrets</u>. Talk presented at the Annual Death Penalty Defense Seminar of the California

Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Friedman, R. and Sontag, L. (1997, February 15). <u>Accessing and interviewing jurors.</u> Talk presented at the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Sontag, L. (1996, March 26). <u>Psychodiagnostic assessment of accused murderers.</u> Talk presented to Psychodiagnostic Assessment graduate seminar at the California School of Professional Psychology, Alameda, CA.

Haney, C. and Sontag, L. (1995, February 18). <u>Jurors and social science.</u> Plenary session presented at the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Monterey, CA.

Sontag, L., Peoples, W., Sawyer, S. F. (1991, June 19). <u>Penalty Phase as Moral Narrative.</u> Talk presented to the Alameda County Office of the Public Defender, Oakland, CA.

Sontag, L. (1991, May 17). <u>Getting the Whole Story: Penalty Phase Investigation.</u> Talk presented to the Alameda County Office of the Public Defender, Oakland, CA.

Sontag, L. (1991, February 17). <u>Working Together: The Team Approach.</u> Talk presented to the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Palm Springs, CA.

Sontag, L. (1991, February 18). <u>Interviewing Capital Jurors.</u> Talk presented to the Annual Death Penalty Defense Seminar of the California Attorneys for Criminal Justice and the California Appellate Project, Palm Springs, CA.

Sontag, L. (1990, July 22). <u>The Narrative Self: Case Study of a Murderer.</u> Talk presented to the Camp Hill Community, Vallersund Gard, Norway.

Sontag, L. (1988, October 5). <u>Punishment and the Public's Purposes.</u> Talk presented to class on prisons, "Society Behind Bars," Stanford University, Stanford, CA.

Kornblith, C. R., and Sontag, L. (1988, October 24). <u>Predicting Your Own Dangerousness: Factors for Change.</u> Workshop presented to pre-release prisoners, Vacaville Medical Facility, Vacaville, CA.

Sontag, L. (1987, October 7). <u>The Psychology of Murder</u>. Talk presented to Abnormal Psychology class, San Jose State University, San Jose, CA.

**PROFESSIONAL SOCIETIES**

American Psychological Association
    General Psychology (Division 1)
    Personality and Social Psychology (Division 8)
    Society for the Psychological Study of Social Issues (Division 9)
    Psychoanalysis (Division 39)
    Clinical Neuropsychology (Division 40)
    American Psychology and Law Society (Division 41)
    Trauma Psychology (Division 45)

Law and Society Association

3

\* I have consulted and/or given testimony in the following capital cases (This list does not include those cases in which I conducted post-decision jury interviews only, nor does it include the cases I studied for research purposes only):

**State Trial Level:**

## ALAMEDA COUNTY

Denzel Allison
Johnny Barnes
George Bryan
Randall Cash
Louis Chavez
Fred Clark
Adrien Collins
John Flores
Dewain Hall
Michael Huggins
Lamar Jones
Delaney Marks
Michael Martinez
William Nichols

Milton Pollock
Gregory Rector
Ronnie Scott
Same Saelee
Robert Sellers
Rory Taber
Gregory Tate
Robert Thomas
Richard Tully
Thomas Walker
James Webb
Richard Wilson
*and others*

## CONTRA COSTA COUNTY

Dawn Godman
LeMar Harrison
Freddy Roberson
Jason Young
Mark Fregia
Ed Wycoff

## MARIN COUNTY

Raul Antonio Valle

## RIVERSIDE COUNTY

David Riker

## SAN FRANCISCO COUNTY

Philip Wayne Henderson (as penalty phase investigator)
Brandon Ry

## SAN JOAQUIN COUNTY

Sylvester Flores

## SANTA CLARA COUNTY

Richard Allen Davis (change of venue from Sonoma County)
Alberto Guillen
Denny Mickle (as penalty phase investigator)

## SANTA CRUZ COUNTY

James Irwin Dotson

## SHASTA COUNTY

Benjamin Matthew Williams
Patrick James Wilson

## SOLANO COUNTY

Steve Brannam (as penalty phase investigator)

**Federal Trial Level:**

Charles White

**Appeals:**

Troy Ashmus
Manny Babbitt
William George Bonin
Donald Boston
Curtis Fauber
Michael Mattson
Teofilo Medine, Jr.
Chris Tobin
George Brett Williams

## APPENDIX B
## DOCUMENTS PROVIDED TO LORELEI SONTAG, Ph.D.

### Volume I

1. Federal Petition excerpts
   Section II, pp. 5-9
   Sections IV & V, pp. 10-32
   Section VI, Claim 1, pp. 32-107

2. Reporter's Transcript excerpt -
   Testimony of Maria Alfaro, pp. 1592-1746

3. Reporter's Transcript excerpt -
   Testimony of Armando Morales, D.S.W., pp. 3956-4030

### Volume II

4. Reporter's Transcript excerpt -
   Testimony of Consuelo Edwards, M.D., pp. 4032-4229

5. Federal Petition Exhibit #1 - Declaration of Raymond McGrath, 7/30/2001

6. Federal Petition Exhibit #2 - Declaration of Martha Rogers, Ph.D., 9/13/2000

### Volume III

7. Federal Petition Exhibit #3 - Declaration of Silvia Melendez Alonso, 5/21/2001

8. Federal Petition Exhibit #4 - Declaration of Maria Del Rosio Alfaro, 7/27/2001

9. Federal Petition Exhibit #5 - Declaration of Charles Sanislow, Ph.D., 7/3/2001

10. Federal Petition Exhibit #6 - Declaration of Sabrina Duran, 9/20/2000

11. Federal Petition Exhibit #7 - Declaration of Natasha Khazanov, Ph.D., 7/14/2001

12. Federal Petition Exhibit #8 - Declaration of Pablo Stewart, M.D., 7/23/2001

13. Federal Petition Exhibit #9 - Declaration of Silvia Alfaro, 5/22/2001

14. Federal Petition Exhibit #10 - Declaration of Cynthia Asprodites, Ph.D., 5/28/2001

15. Federal Petition Exhibit #11 - Declaration of Marcy Arcueta, 5/21/2001

16. Federal Petition Exhibit #12 - Declaration of Betty Cleary-Soto, 9/18/2000

17. Federal Petition Exhibit #13 - Declaration of Rosa Melendez Sanchez, 5/21/2001

18. Federal Petition Exhibit #14 - Legal research memo from Stephen Shepard to William Monroe, 11/22/1991

19. Federal Petition Exhibit #27 - Psychiatric Evaluation by Consuelo Edwards, M.D., 3/23/1992

20. Federal Petition Exhibit #29 - Report by Armando Morales, D.S.W., 3/29/1992

21. Federal Petition Exhibit #30 - Anatomical Typing Chart by Consuelo Edwards, M.D.

22. Federal Petition Exhibit #56 - Multi-Generational Family Alcohol History Chart

23. Federal Petition Exhibit #57 - WAIS-III and WAIS-R Records, 11/6/1990

24. Federal Petition Exhibit #58 - WMS-R Records, 11/8/1990

25. Federal Petition Exhibit #59 - MMPI-2 Records, 2/3/1992

26. Federal Petition Exhibit #60 - Interpretive Report and Profile of Maria Del Rosio Alfaro, Alcohol Use Inventory, 10/24/1990

## Volume IV

27. Federal Petition Exhibit #61 - Juvenile Court Records of Ms. Alfaro

28. Federal Petition Exhibit #62 - Pre-sentence Report by Bruce M. Carel, DPO, Orange Co. Probation Dept., 7/14/1992

29. Federal Petition Exhibit #63 - Interview notes of Consuelo Edwards, M.D., 1/31/1992

30. Federal Petition Exhibit #64 - 190.4(e) Hearing Order, 7/14/1992

31. Federal Petition Exhibit #66 - Medical records of Jose Alfaro, Jr.

32. Federal Petition Exhibit #67 - Jose Alfaro, Jr.'s Pre-sentence Report, 1/29/1999

33. Federal Petition Exhibit #68 - Birth Certificate of Manuel Cuevas, Jr.

34. Federal Petition Exhibit #69 - Birth Certificate of Ehdie Berto Cueva-Alfaro

35. Federal Petition Exhibit #70 - Birth Certificate of Ernesto Cueva-Alfaro

36. Federal Petition Exhibit #71 - Birth Certificate of Daniel Alfaro

37. Federal Petition Exhibit #72 - Medical records from CIGNA Healthplans, 10/20/1985-12/4/1985

38. Federal Petition Exhibit #73 - Medical records from Doctors Hospital of Lakewood and New Beginnings, 1/8-16/1987

39. Federal Petition Exhibit #74 - Discharge notes from Phoenix House, 1/16-18/1987

40. Federal Petition Exhibit #75 - Medical records from FHP Hospital-Fountain Valley, 8/14/1987

41. Federal Petition Exhibit #76 - Medical records from Western Medical Center, 7/30/1988

**Volume V**

42. Federal Petition Exhibit #77 - Medical records from the University of California Irvine Medical Center, 7/4-15/1989

43. Federal Petition Exhibit #78 - Medical records from UCI Medical Center, 7/8/1989

**Volume VI**

44. Federal Petition Exhibit #79 - Medical records from Western Medical Center and Orange County Jail

**Volume VII**

45. Federal Petition Exhibit #80 - Medical records from Western Medical Center

46. Federal Petition Exhibit #81 - Medical records from the CA Correctional Women's Facility

**Volume VIII**

47. Federal Petition Exhibit #82 - School records from the Anaheim City School District

48. Federal Petition Exhibit #88 - Declaration of Silvia Alfaro, 7/16/2008

49. Federal Petition Exhibit #89 - Declaration of Tamara Benedict, 7/18/2008

50. Federal Petition Exhibit #90 - Declaration of Jeff Hasner re Gerardo Rangel, 7/29/2008

51. Federal Petition Exhibit #91 - Declaration of Ralph Glass, 7/29/2008

52. Federal Petition Exhibit #92 - Declaration of Ian McNeil, 7/30/2008