# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden of Central California Women's Facility<br><br>Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER GRANTING STAY OF FEDERAL PROCEEDINGS PENDING RESOLUTION OF STATE HABEAS PROCEEDINGS** |

Having considered Petitioner Maria Del Rosio Alfaro's Motion to Stay Federal Proceedings Pending Resolution of State Habeas Proceedings, and finding good cause,

**IT IS HEREBY ORDERED** that Ms. Alfaro's request that the Court stay this action pending a final ruling on her state habeas petition is hereby granted.

**IT IS SO ORDERED**.


Dated: March ___, 2009

_____
HONORABLE CORMAC J. CARNEY
United States District Court Judge

Proposed by:

/s/ Linda L. Griffis
LINDA L. GRIFFIS
CRAIG A. HARBAUGH
Deputy Federal Public Defenders
Counsel for Petitioner

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in Los Angeles County, California; that my business address is the Federal Public Defender's Office, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **NOTICE OF MOTION; MOTION TO STAY FEDERAL PROCEEDINGS PENDING RESOLUTION OF STATE HABEAS PROCEEDINGS; DECLARATION OF LINDA L. GRIFFIS** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [X] Placing same in an envelope for hand-delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Office of the Attorney General of California
KYLE NIKI SHAFFER
Deputy Attorney General
110 West A Street
San Diego, CA  92101

*Via Hand Delivery*
DEATH PENALTY LAW CLERK
United States Courthouse
312 N. Spring Street, Rm. 810D
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on March 2, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　　　  /S/ *Patricia Jacobson*
　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA JACOBSON