```
SEAN K. KENNEDY, Bar no. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566
```

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden of Central California Women's Facility,<br><br>Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**PROOF OF SERVICE OF UNDER SEAL EXHIBITS, NOTED ON THE DOCKET AS:**<br><br>1) Exhibits 110-113, Document No. 26<br><br>2) Exhibits 114-121, Document No. 27 |

Pursuant to Petitioner's Ex Parte Application (Document No. 24) to allow under seal filings of Exhibits, and the Order thereon (Document No. 25),

I, the undersigned, declare that I am employed in Los Angeles County, California; that my business address is the Federal Public Defender's Office, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy in *sealed envelopes* of (1) Exhibits 110-113, noted as Document No. 26 and (2) Exhibits 114-121, noted as Document No. 27 on the following individual(s) by:

| | | | |
|---|---|---|---|
| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand-delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office: | [ ] Faxing same via facsimile machine addressed as follows: |

*Via U.S. Mail*
OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
KYLE NIKI SHAFFER
DEPUTY ATTORNEY GENERAL
110 WEST A STREET
SAN DIEGO, CA    92101

*Via Hand Delivery*
DEATH PENALTY LAW CLERK
United States Courthouse
312 N. Spring Street, Rm. 810D
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on March 6, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　*//s// Patricia Jacobson*
　　　　　　　　　　　　　　　　　　　　PATRICIA JACOBSON