SEAN K. KENNEDY, Bar no. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ADRIANNE S. DENAULT
Deputy Attorney General
KYLE NIKI SHAFFER (Bar no. 122374)
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, California  92101
Telephone:  (619) 645-2226
Facsimile:   (619) 645-2191
E-mail:  Niki.Shaffer@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>  Petitioner,<br><br>  v.<br><br>MARY LATTIMORE, Warden of<br>Central California Women's Facility,<br><br>  Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION TO STAY THE FEDERAL ACTION PENDING EXHAUSTION OF STATE COURT REMEDIES**<br><br>(Proposed ORDER lodged herewith) |

The parties, by and through their counsel of record, hereby enter into the following stipulation, and respectfully request that the Court enter an order adopting

the stipulation:

On August 1, 2008 Petitioner, through her federal habeas counsel (the "FPD"), filed what Petitioner denominated a Protective Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 *et seq.*, with supporting exhibits. Docket nos. 11-16. *See Pace v. DiGuglielmo*, 544 U.S. 408, 416-17, 125 S. Ct. 1807, 161 L. Ed. 2d 669 (2005). On March 2, 2009, Petitioner filed what she denominated a First Amended Petition for Writ of Corpus ("First Amended Petition") with supporting exhibits. Docket nos. 20, 26-27. Because a number of the claims have not been exhausted, Petitioner also filed on March 2, 2009, a Petition for Writ of Habeas Corpus with the California Supreme Court including all unexhausted claims.

Because the California Supreme Court has yet to consider the merits of the unexhausted material that Ms. Alfaro has presented in her First Amended Petition, the parties respectfully request that the Court stay the federal proceedings pursuant to its authority under *Rhines v. Weber*, 544 U.S. 269, 125 S. Ct. 1528, 161 L. Ed. 2d 440 (2005) (authorizing a district court to stay, rather than dismiss, a habeas petition containing exhausted and unexhausted claims); *see also Pace*, 544 U.S. at 416-17. The parties request that the stay of federal proceedings remain in force until the California Supreme Court rules on Petitioner's state habeas petition which was filed on March 2, 2009.

The parties further request that the Court suspend the litigation schedule set forth in Local Rule 83-17.7 until the earlier of: (1) thirty (30) days from a ruling by the California Supreme Court on the Petitioner's pending state habeas petition; or, (2) the filing of an amended federal petition.

By entering into this stipulation, Respondent does not waive any argument or defense, procedural or otherwise, to any claim or allegation that has been or may be presented in the Protective Petition filed on August 1, 2008, the First Amended Petition, any amended petition, or any other filing.

///

Petitioner agrees to update the Court every ninety (90) days, commencing with the March 2, 2009, filing date of her First Amended Petition, on the status of the state court proceedings. Petitioner further agrees to file any amended federal petition within thirty (30) days of any order by the California Supreme Court denying the state habeas petition filed on March 2, 2009.

**IT IS SO STIPULATED.**

                                            Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender
CRAIG A. HARBAUGH
LINDA L. GRIFFIS
Deputy Federal Public Defenders

Dated: March 10, 2009           //s// Linda L. Griffis
                                       LINDA L. GRIFFIS
                                       Deputy Federal Public Defender

                                       Counsel for Petitioner
                                       MARIA DEL ROSIO ALFARO

                                       EDMUND G. BROWN JR.
                                       Attorney General of California
                                       ADRIANNE S. DENAULT
                                       KYLE NIKI SHAFFER
                                       Deputies Attorney General

Dated: March 10, 2009           //s// Kyle niki Shaffer
                                       KYLE NIKI SHAFFER
                                       Deputy Attorney General

                                       Counsel for Respondent
                                       MARY LATTIMORE