UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>    Petitioner,<br><br>    v.<br><br>MARY LATTIMORE, Warden of Central California Women's Facility,<br><br>    Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~] **ORDER GRANTING STAY OF FEDERAL HABEAS ACTION** |

**FOR GOOD CAUSE SHOWN**, and upon stipulation of the parties:

    (1) Pursuant to *Rhines v. Weber*, 544 U.S. 269, 125 S. Ct. 1528, 161 L. Ed. 2d 440 (2005), the federal proceedings are stayed until the California Supreme Court rules on Petitioner's state habeas petition filed on March 2, 2009.

    (2) Petitioner will update the Court every ninety (90) days, commencing on March 2, 2009.

    (3) Petitioner will file any amended federal petition within thirty (30) days of any order by the California Supreme Court denying the state habeas petition filed March 2, 2009.

/ / /

(4) The litigation schedule set forth in Local Rule 83-17.7 is suspended until the earlier of: (1) thirty (30) days from a ruling by the California Supreme Court on the March 2, 2009 state habeas petition; or, (2) the filing of an amended federal petition.

(5) By entering into this stipulation, Respondent does not waive any argument or defense, procedural or otherwise, to any claim or allegation that has been or may be presented in the Protective Petition filed on August 1, 2008, the First Amended Petition, any subsequent amended petition, or any other filing.

**IT IS SO ORDERED**.

Dated: March 12 , 2009

_____
HONORABLE CORMAC J. CARNEY
United States District Court Judge

Proposed by:

//s// Linda L. Griffis
LINDA L. GRIFFIS
CRAIG A. HARBAUGH
Deputy Federal Public Defenders
Counsel for Petitioner