SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden of Central California Women's Facility,<br><br>Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S FIRST QUARTERLY STATUS REPORT ON THE STATUS OF STATE EXHAUSTION PROCEEDINGS** |

TO THIS HONORABLE COURT AND ALL PARTIES:

Pursuant to this Court's order, filed March 12, 2009, Petitioner hereby files this report, notifying the Court of the status of the state habeas proceedings pending before the California Supreme Court on Petitioner's behalf.

On March 10, 2009, the California Supreme Court requested from Respondent an informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del Rosio Alfaro*, Petitioner, On Habeas Corpus, No. S170966.

On April 7, 2009, the California Supreme Court granted Respondent's first request for an extension of time to file the informal response until June 8, 2009. In the Application for Extension of Time to File Informal Response, counsel for

///

1  Respondent represented that he anticipates filing the informal response by
2  December 7, 2009.
3
4                                             Respectfully submitted,
5                                             SEAN K. KENNEDY
                                              Federal Public Defender
6
7  Dated: June 1, 2009                        By: //s// Craig A. Harbaugh
                                              CRAIG A. HARBAUGH
8                                             LINDA L. GRIFFIS
                                              Deputy Federal Public Defenders
9
                                              Attorneys for Petitioner
10                                            MARIA DEL ROSIO ALFARO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE**

I, the undersigned, declare that: I am employed in Los Angeles County, California; my business address is the Federal Public Defender's Office, 321 East Second Street, Los Angeles, California 90012-4202; I am over the age of eighteen years; I am not a party to the above-entitled action; I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **PETITIONER'S FIRST QUARTERLY STATUS REPORT ON THE STATUS OF STATE EXHAUSTION PROCEEDINGS** on the following individual(s), addressed as follows, by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery:

[ x ] Placing same in an envelope for hand-delivery and personally served:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office:

[ ] Faxing same via facsimile machine:

*Via Hand Delivery*

OFFICE OF DEATH PENALTY LAW CLERKS
U.S. Courthouse, 8th Floor
312 North Spring Street
Los Angeles, CA  90012

This proof of service is executed at Los Angeles, California, on June 1, 2009. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

//s//Patricia Jacobson
Patricia Jacobson