SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA DEL ROSIO ALFARO, | Case No. CV 07-7072-CJC |
|---|---|
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| MARY LATTIMORE, Warden of Central California Women's Facility, | **PETITIONER'S SECOND STATUS REPORT RE: STATE EXHAUSTION PROCEEDINGS** |
| Respondent. | |

Maria Del Rosio Alfaro, by and through counsel, hereby notifies the Court of the status of the state habeas proceedings pending before the California Supreme Court pursuant to this Court's March 12, 2009 order.

On March 10, 2009, the state supreme court requested from Respondent an informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del Rosio Alfaro*, Petitioner, On Habeas Corpus, No. S170966.

On April 7, 2009, the California Supreme Court granted Respondent's first request for an extension of time to file the informal response until June 8, 2009. On

///

///

///

July 31, 2009, the California Supreme Court granted Respondent's second extension request until October 6, 2009.

                                               Respectfully submitted,

                                               SEAN K. KENNEDY
                                               Federal Public Defender

Dated: September 1, 2009         By: *//s//Craig A. Harbaugh*
                                               CRAIG A. HARBAUGH
                                               LINDA L. GRIFFIS
                                               Deputy Federal Public Defenders

                                               Attorneys for Petitioner
                                               MARIA DEL ROSIO ALFARO