SEAN K. KENNEDY
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden of Central California Women's Facility,<br><br>Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S THIRD STATUS REPORT RE: STATE EXHAUSTION PROCEEDINGS** |
|---|---|

Maria Del Rosio Alfaro, by and through counsel, hereby notifies the Court of the status of the state habeas proceedings pending before the California Supreme Court pursuant to this Court's March 12, 2009 order.

On March 10, 2009, the state supreme court requested from Respondent an informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del Rosio Alfaro*, Petitioner, On Habeas Corpus, No. S170966.

/ / /

/ / /

On September 24, 2009, the California Supreme Court granted Respondent's fourth request for an extension of time to file the informal response until December 7, 2009.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Dated:  December 2, 2009      By: *//s//Craig A. Harbaugh*
                                                 CRAIG A. HARBAUGH
                                                 LINDA L. GRIFFIS
                                                 Deputy Federal Public Defenders

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO