SEAN K. KENNEDY
Federal Public Defender
CRAIG A. HARBAUGH, Bar No. 194309
eMail: craig_hargaugh@fd.org
LINDA L. GRIFFIS, Bar No. 100827
eMail: linda_griffis@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL ROSIO ALFARO, | Case No. CV 07-7072-CJC |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| MARY LATTIMORE, Warden of Central California Women's Facility, | **PETITIONER'S FOURTH STATUS REPORT RE:  STATE EXHAUSTION PROCEEDINGS** |
| Respondent. | |

Maria Del Rosio Alfaro, by and through counsel, hereby notifies the Court of the status of the state habeas proceedings pending before the California Supreme Court pursuant to this Court's March 12, 2009 order.

On March 10, 2009, the state supreme court requested from Respondent an informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del Rosio Alfaro*, Petitioner, On Habeas Corpus, No. S170966.  Respondent's informal

/ / /

/ / /

1 | response was filed on or about December 11, 2009. Petitioner's informal reply will
2 | be filed on or about July 10, 2010.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Dated: February 25, 2010        By: *//s//Linda L. Griffis*
                                LINDA L. GRIFFIS
                                CRAIG A. HARBAUGH
                                Deputy Federal Public Defenders

                                Attorneys for Petitioner
                                MARIA DEL ROSIO ALFARO