1  SEAN K. KENNEDY, Bar No. 145632
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   LINDA L. GRIFFIS, Bar No. 100827
3  (E-mail: Linda_Griffis@fd.org)
   MICHAEL D. WEINSTEIN, Bar No. 262179
4  (E-mail: Michael_Weinstein@fd.org)
   Deputy Federal Public Defender
5  Office of the Federal Public Defender
   321 East 2nd Street
6  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
7  Facsimile:  (213) 894-0081

8  Attorneys for Petitioner
   MARIA DEL ROSIO ALFARO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA DEL ROSIO ALFARO, | CASE NO. CV 07-7072-CJC |
|---|---|
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| VINCENT CULLEN, Warden, California State Prison at San Quentin, | **NOTICE OF APPEARANCE** |
| Respondent. | |

PLEASE TAKE NOTICE that Michael D. Weinstein, Deputy Federal Public Defender with the Office of the Federal Public Defender for the Central District of California, having been assigned to Ms. Alfaro's case, enters his appearance as co-counsel.

\\
\\
\\
\\

1  Deputy Federal Public Defender Linda L. Griffis remains as counsel for Ms.
2  Alfaro as well.

                                  Respectfully submitted,

                                  SEAN K. KENNEDY
                                  Federal Public Defender

DATED:  April 9, 2010         By */s/ Michael D. Weinstein*
                                  MICHAEL D. WEINSTEIN
                                  Deputy Federal Public Defender

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **NOTICE OF APPEARANCE**.

On April 9, 2010, following ordinary business practice, service was:

| [X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

DEATH PENALTY CLERK
United States Court House
312 North Spring Street, Suite
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on April 9, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Masha Walton*
MASHA WALTON