1   SEAN K. KENNEDY
    Federal Public Defender
2   LINDA L. GRIFFIS, Bar No. 100827
    eMail: Linda_Griffis@fd.org
3   MICHAEL D. WEINSTEIN, Bar No. 262179
    eMail: Michael_Weinstein@fd.org
4   Deputy Federal Public Defenders
    321 East 2nd Street
5   Los Angeles, California  90012-4202
    Telephone (213) 894-2854
6   Facsimile (213) 894-7566

7   Attorneys for Petitioner
    MARIA DEL ROSIO ALFARO

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11  MARIA DEL ROSIO ALFARO,          )   Case No. CV 07-7072-CJC
                                     )
12              Petitioner,          )   **DEATH PENALTY CASE**
                                     )
13        v.                         )
                                     )   **PETITIONER'S SEVENTH**
14  MARY LATTIMORE, Warden of        )   **STATUS REPORT**
    Central California Women's Facility, )  **RE:  STATE EXHAUSTION**
15                                   )   **PROCEEDINGS**
                Respondent.          )
16                                   )
    _____ )

17

18        Maria Del Rosio Alfaro, by and through counsel, hereby notifies the Court

19  of the status of the state habeas proceedings pending before the California Supreme

20  Court ("CSC") pursuant to this Court's March 12, 2009 order.

21        On March 10, 2009, the state supreme court requested from Respondent an

22  informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del*

23  *Rosio Alfaro*, *Petitioner, On Habeas Corpus*, No. S170966.  Respondent's informal

24  / / /

25  / / /

26

27

28

response was filed on or about December 11, 2009.  On July 9, 2010, Petitioner filed her Reply to the Informal Response.  The CSC has not yet ruled on the pending proceedings.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Dated: December 1, 2010        //s//Linda L. Griffis
                               LINDA L. GRIFFIS
                               MICHAEL D. WEINSTEIN
                               Deputy Federal Public Defenders

                               Attorneys for Petitioner
                               MARIA DEL ROSIO ALFARO

2

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **PETITIONER'S SEVENTH STATUS REPORT RE:  STATE EXHAUSTION PROCEEDINGS**

On December  1, 2010, following ordinary business practice, service was:

| | | |
|---|---|---|
| [X] Placed in a closed envelope, for collection and *hand-delivery* by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |

DEATH PENALTY CLERK
United States Court House
312 North Spring Street, Suite 810
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on December 1, 2010.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s//Patricia Jacobson*
Patricia Jacobson