UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden,<br>Central California Women's Facility<br><br>Respondent. | CASE NO. CV 07-7072 CJC<br><br>**DEATH PENALTY CASE**<br><br>ORDER RE QUARTERLY<br>STATUS REPORTS |

On March 12, 2009, the Court stayed this matter pending exhaustion of petitioner's claims in state court. In so doing, the Court ordered petitioner to file quarterly status reports regarding the state habeas proceedings in this case. The Court directed petitioner to file these reports until the California Supreme Court disposes of petitioner's state habeas petition.

Petitioner has not provided a status report since March 1, 2011. On or before July 1, 2011, petitioner shall file a status report and shall resume the submission of quarterly reports thereafter.

IT IS SO ORDERED.

Dated: June 24, 2011.

_____
CORMAC J. CARNEY
United States District Judge