1  KAMALA D. HARRIS
   Attorney General of California
2  HOLLY D. WILKENS
   Supervising Deputy Attorney General
3  State Bar No. 88835
    110 West A Street, Suite 1100
4   San Diego, CA 92101
    P.O. Box 85266
5   San Diego, CA 92186-5266
    Telephone: (619) 645-2197
6   Fax: (619) 645-2191
    E-mail: Holly.Wilkens@doj.ca.gov
7  *Attorneys for Respondent*

8
             IN THE UNITED STATES DISTRICT COURT
9
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11

12  **MARIA DEL ROSIO ALFARO,**          **CAPITAL CASE**

13                    *Petitioner*,      CV 07-7072 CJC

14       **v.**                          **NOTICE OF APPEARANCE**

15
    **DEBORAH K. JOHNSON, *Warden*,**
16  ***Central California Women's Facility*,**

17                    *Respondent*.

18

19       TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

20  CALIFORNIA, UNITED STATES DISTRICT JUDGE CORMAC J. CARNEY, AND

21  TO PETITIONER:

22       PLEASE TAKE NOTICE that Respondent in the above-entitled matter is

23  represented by California Attorney General Kamala D. Harris, and that the deputy

24  with principal charge over the case is Supervising Deputy Attorney General

25  Holly D. Wilkens.  Counsel for Respondent can be reached as follows:

26  ///

27  ///

28  ///

                              1

1    HOLLY D. WILKENS

2    Supervising Deputy Attorney General

3    Office of the Attorney General

4    Department of Justice

5    State of California

6    110 West A Street, Suite 1100

7    San Diego, California 92101

8    Telephone:  (619) 645-2197

9    Facsimile:  (619) 645-2191

10    E-mail:  Holly.Wilkens@doj.ca.gov

11   Dated:  January 9, 2012          Respectfully submitted,

12                                     KAMALA D. HARRIS
                                       Attorney General of California
13
                                        /s/ Holly D. Wilkens
14
                                       HOLLY D. WILKENS
15                                     Supervising Deputy Attorney General
                                       Attorneys for Respondent
16

17   HDW:sm
     SD2007701081
18   80591016.doc

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   ***Alfaro  v.  Johnson***
No.:               **CV 07-7072 CJC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 9, 2012, I served the attached **NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

**DEATH PENALTY LAW CLERKS**
**U S DISTRICT COURT**
**312   N SPRING ST     STE 810**
**LOS ANGELES  CA   90012**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 9, 2012, at San Diego, California.

| STEPHEN MCGEE | /s/ *Stephen McGee* |
|:---:|:---:|
| Declarant | Signature |