SEAN K. KENNEDY
Federal Public Defender
LINDA L. GRIFFIS, Bar No. 100827
eMail: Linda_Griffis@fd.org
MICHAEL D. WEINSTEIN, Bar No. 262179
eMail: Michael_Weinstein@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
MARIA DEL ROSIO ALFARO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>Petitioner,<br><br>v.<br><br>JAVIER CAVAZOS, Warden of Central California Women's Facility,<br><br>Respondent. | Case No. CV 07-7072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S THIRTEENTH STATUS REPORT RE: STATE EXHAUSTION PROCEEDINGS** |

Maria Del Rosio Alfaro, by and through counsel, hereby notifies the Court of the status of the state habeas proceedings pending before the California Supreme Court ("CSC") pursuant to this Court's June 24, 2011 order.

On March 10, 2009, the state supreme court requested from Respondent an informal response to the Petition for Writ of Habeas Corpus filed in *In re Maria Del Rosio Alfaro*, *Petitioner, On Habeas Corpus*, No. S170966. Respondent's informal

///

///

response was filed on or about December 11, 2009. On July 9, 2010, Petitioner filed her Reply to the Informal Response. The CSC has not yet ruled on the pending proceedings.

                                          Respectfully submitted,

                                          SEAN K. KENNEDY
                                          Federal Public Defender

Dated: June 1, 2012                      *//s// Linda L. Griffis*
                                          LINDA L. GRIFFIS
                                          MICHAEL D. WEINSTEIN
                                          Deputy Federal Public Defenders

                                          Attorneys for Petitioner
                                          MARIA DEL ROSIO ALFARO

## **PROOF OF SERVICE**

I, the undersigned, declare that I am employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **PETITIONER'S THIRTEENTH STATUS REPORT RE: STATE EXHAUSTION PROCEEDINGS**

On June 1, 2012 following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and *hand-delivery* by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

DEATH PENALTY CLERK
United States Court House
312 North Spring Street, Suite 810
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on June 1, 2012. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*//s// Patricia Jacobson*
Patricia Jacobson