JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSIO ALFARO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBORAH K. JOHNSON, Warden,<br>Central California Women's Facility,<br><br>　　　　Respondent. | Case No. CV 07-07072-CJC<br><br>**DEATH PENALTY CASE**<br><br>**FINAL JUDGMENT ON CLAIM TWENTY-NINE (FRCP 54(b))** |

Pursuant to the Court's Order Granting Claim Twenty-Nine of Petitioner's Habeas Corpus Petition and Vacating Petitioner's Death Sentence, February 5, 2015, ECF No. 89, Petitioner's Claim Twenty-Nine is GRANTED and her death sentence is VACATED. The clerk is directed to enter final judgment on Claim Twenty-Nine immediately. Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines that there is no just reason for delay in the entry of this judgment until final determination on the remaining claims in this matter.

DATED: February 10, 2015

　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge